United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____     Chapter    11

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | The Diocese of Rochester | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | The Roman Catholic Diocese of Rochester | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 16-0755765 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 1150 Buffalo Road <br> Rochester, NY 14624 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Monroe <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.dor.org |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Case 2-19-20905,   Doc 1,   Filed 09/12/19,   Entered 09/12/19 09:29:38, Description:
Main Document , Page 1 of 32

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8131__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|--|--|--|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/12/19
                       MM / DD / YYYY

X /s/ Lisa M. Passero                                               Lisa M. Passero
Signature of authorized representative of debtor          Printed name

Title    Chief Financial Officer

**18. Signature of attorney**

X /s/ Stephen A. Donato                                          Date 09/12/19
Signature of attorney for debtor                                     MM / DD / YYYY

Stephen A. Donato
Charles J. Sullivan
Ingrid Palermo
Printed name

Bond, Schoeneck & King, PLLC
Firm name

One Lincoln Center
Syracuse, NY 13202

and

350 Linden Oaks, hird Floor
Rochester, NY 14625
Number, Street, City, State & ZIP Code

Contact phone    (315) 218-8000          Email address    sdonato@bsk.com
                         (585) 362-4700                                 csullivan@bsk.com
                                                                                  ipalermo@bsk.com

101522 (NDNY)
507717 (NDNY)
510678 (NDNY)
Bar number and State

Aaron Kelly
223 1st Street
Breesport, NY 14816


Abila, Inc.
Dept. 3303
P.O. Box 123303
Dallas, TX 75312-3303


Abila, Inc.
10800 Pecan Park Boulevard
Suite 400
Austin, TX 78750


ACE American Insurance Company
5505 N. Cumberland Avenue
Suite 307
Chicago, IL 60656


Adam D. Horowitz, Esq.
Horowitz Law
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301


ADP Work Force Now
One ADP Boulevard
Roseland, NJ 07068


ADP, LLC
P.O. Box 842875
Boston, MA 02284-2875


All Saints
222 Dodge Avenue
Corning, NY 14830


All Saints
347 Ridge Road
Lansing, NY 14882


All Saints Academy
158 State Street
Corning, NY 14830-2594

Allied Building Products
1160 Scottsville Road
Rochester, NY 14624


Amos T. Hall, Jr.
c/o Nixon Law Firm
102 East Smith Street, Suite 100
Herkimer, NY 13350


Apostolic Nunciature
3339 Massachusetts Avenue, NW
Washington, DC 20008


Berkley National Insurance Company
215 Shuman Boulevard
Suite 200
Naperville, IL 60563


Blessed Sacrament, Rochester
259 Rutgers Street
Rochester, NY 14607


Blessed Trinity
300 Main Street
Owego, NY 13827


Blessed Trinity
11956 Washington Street
Wolcott, NY 14590


Bradley W. Komanecky
700 Crossroads Building
2 State Street
Rochester, NY 14614


Business Needs
4201 Shortsville Road
Shortsville, NY 14548


Butch's Handyman Service LLC
8950 Route 31
Lyons, NY 14489-9392

```
Butch's Handyman Services LLC
P.O. Box 317
Lyons, NY 14489


Butch's Handyman Services LLC
8950 Route 31
Lyons, NY 14489-9392


Camp Stella Maris of Livonia, Inc.
4395 Lake Road
Livonia, NY 14487


Canandaigua Quick Print
330 South Main Street
Canandaigua, NY 14424


Cascade Recovery
1845 Emerson Street
Rochester, NY 14606


Cascades Recovery
1845 Emerson Street
Rochester, NY 14606


Cathedral Community
296 Flower City Park
Rochester, NY 14615


Catholic Charities - Livingston County
34 E. State Street
Mount Morris, NY 14510-9727


Catholic Charities - Office of Director
1150 Buffalo Road
Rochester, NY 14624


Catholic Charities - Wayne County
94 Exchange Street
Geneva, NY 14456


Catholic Charities Community Services
Attn: Finance Office
94 Exchange Street
Geneva, NY 14456
```

Catholic Charities of the Finger Lakes
94 Exchange Street
Geneva, NY 14456


Catholic Charities of the Roman Catholic
Diocese of Rochester
1150 Buffalo Raod
Rochester, NY 14624


Catholic Charities of the Roman Catholic
Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624


Catholic Charities Southern Tier Div.
215 E. Church Street
Suite 101
Elmira, NY 14901


Catholic Charities, Inc.
1150 Buffalo Road
Rochester, NY 14624


Catholic Family Center
87 N. Clinton Avenue
Rochester, NY 14604-1007


Catholic Newman Comm. at Univ. of Roch.
Interfaith Chapel
1425 Joseph C. Wilson Boulevard
Rochester, NY 14627


Catholic Relief Services
US Conference of Catholic Bishops
3211 Fourth St NE
Washington, DC 20017


Chase
P.O. Box 182051
Columbus, OH 43218


CHUBB Group of Insurance Companies
One Beaver Valley Road
Wilmington, DE 19803

Church Mutual Insurance Co.
P.O. Box 342
Merrill, WI 54452


Church of St. Jerome
207 Garfield Street
East Rochester, NY 14445


Church of the Assumption
20 East Avenue
Fairport, NY 14450


Church of the Resurrection
63 Mason Road
Fairport, NY 14450


Church of the Transfiguration
50 West Bloomfield Road
Pittsford, NY 14534


Crystal Pix, Inc.
84 South Main Street
Fairport, NY 14450


Curriculum Associates, LLC
P.O. Box 936600
Atlanta, GA 31193-6600


Daniel Levin, Esq.
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106


David Andrews
Meadowood
151 Bluebird Crossing
Lansdale, PA 19446-5843


David Cataline
18 Universal Avenue
Geneva, NY 14456


Dell USA
P.O. Box 643561
Pittsburgh, PA 15264-3561

DOR-Lay Pension Trust
1150 Buffalo Road
Rochester, NY 14624


Doritex Corporation
11980 Walden Avenue
Alden, NY 14004


Doyle Security Systems Inc.
792 Calkins Road
Rochester, NY 14623


ElderOne
2066 Hudson Avenue
Rochester, NY 14617


Electrostim Medical Services Inc.
3504 Cragmont Drive, Suite 100
Tampa, FL 33619


Elizabeth Castner
226 East Main Street
Penn Yan, NY 14527


Emanuel Petracca
c/o R & R Support Services, Inc.
100 Linden Oaks, Suite 200
Rochester, NY 14625


Emmanuel, Church of the Deaf
34 Monica Street
Rochester, NY 14619


Employee Network, Inc.
1040 Vestal Parkway E.
Vestal, NY 13850


Equian
363 Ford Hill Road
Berkshire, NY 13736


Excellus
165 Court Street
Rochester, NY 14647

Excellus Blue Cross/Blue Shield
P.O. Box 5266
Binghamton, NY 13902-5266


Fidelity Investments
c/o Burke Group
80 Linden Oaks Drive
Suite 210
Rochester, NY 14625


Fidelity Security Life Insurance
162 Prospect Hill Road
Suite 101A
Brewster, NY 10509-2374


First National Bank of Dryden
7 West Main Street
Dryden, NY 13053


Frontier Communication Corp.
401 Merritt 7
Norwalk, CT 06851


Frontier Communications Corp.
401 Merritt 7
Norwalk, CT 06851


Frontier Telephone of Rochester
P.O. Bx 740407
Cincinnati, OH 45274-0407


George Bastedo
10768 Anstee Road
Clyde, NY 14433


Good Shepherd Catholic Community
P.O. Box 296
Aurora, NY 13026


GreenLight Networks
1255 University Avenue
Suite 204
Rochester, NY 14604

Greg Sheefield
42 Crestview Drive East
Pine City, NY 14871


Holy Apostles
7 Austin Street
Rochester, NY 14606


Holy Cross
375 George Road
Freeville, NY 13068


Holy Cross
4492 Lake Avenue
Rochester, NY 14612


Holy Family
85 North Street
Auburn, NY 13021


Holy Family Catholic Community
206 Fremont Street
Wayland, NY 14572


Holy Spirit
1355 Hatch Road
Webster, NY 14580


Holy Trinity
1460 Ridge Road
Webster, NY 14580


HR Works, Inc.
200 WillowBrook Office Park
Fairport, NY 14450


Immaculate Conception
113 N. Geneva Street
Ithaca, NY 14850


Immaculate Conception/St. Bridget
445 Frederick Douglass St.
Rochester, NY 14608

Info Advantage Inc.
769 Emerson Street
Rochester, NY 14613


James A. Schwartz
43 Gebhardt Road
Penfield, NY 14526


James Muscatella
81 Landstone Terrace
Rochester, NY 14606


JC Fibers Rochester Inc.
1801 Mount Read Boulevard
Rochester, NY 14615


John E. Ehmann
1857 N. Adams Street
South Bend, IN 46628-3238


John Murray
P.O. Box 235
Keuka Park, NY 14478


John Yankton
27 Grove Avenue
Auburn, NY 13021


Jordan Merson, Esq.
Merson Law, PLLC
150 East 58th Street, 34th Floor
New York, NY 10155


Joseph Martuscello
40 Houghton Circle
Corning, NY 14830


Joseph Maurici
104 Chili Wheatland Townline Road
Scottsville, NY 14546


K & D Disposal Inc.
5076 NY-31
Newark, NY 14513

Keidel's Inc.
P.O. Box 565
Rushville, NY 14544


Kelner & Kelner
140 Broadway, 37th Floor
New York, NY 10005


Key Bank
P.O. Box 93855
Cleveland, OH 44101


Lasertec
8455 Kirk Drive
Colorado Springs, CO 80908


Leander L. James, Esq.
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur D Alene, ID 83814


Leo J. Roth Corp.
840 Holt Road
Webster, NY 14580


Leo J. Roth Corporation
841 Holt Road
Webster, NY 14580


Lifetime Benefit Solutions
Attn: Reimbursement Account Admin Dept
165 Court Street
Rochester, NY 14647


Lineage
385 North French Road
Buffalo, NY 14228


Lloyd's of London Underwriters
One Lime Street
London EC3M 7HA
UNITED KINGDOM

M&T Bank
255 East Avenue
Rochester, NY 14624


Mail Finance
478 Wheelers Farm Road
Milford, CT 06461


Margaret Joynt
6 Warder Drive
Pittsford, NY 14534


Mark Wegener
809 West Church Street
Elmira, NY 14905


Marsh Risk Consulting
550 S. Main Street
Suite 525
Greenville, SC 29601


Mary BroyldBell
600 Island Cottage Road, #225
Rochester, NY 14612


Mary Lynch
105 Upland Drive
Rochester, NY 14617


Mary's Place Refugee Outreach
414 Lexington Avenue
Rochester, NY 14613


Mary, Mother of Mercy
P.O. Box 337
Ovid, NY 14521


McCullagh Coffee
245 Swan Street
Buffalo, NY 14204


ME Burgess & Co.
1900 Brewerton Road
Syracuse, NY 13211

Merkel Donohue
106 Despatch Drive, Suite 2
East Rochester, NY 14445


Michael Reck, Esq.
Jeff Anderson & Associates
57 West 57th Street, 4th Floor
New York, NY 10019


Michael T. Pfau, Esq.
Pfau Cochran Vertetis Amala
Columbia House
403 Columbia Street, Suite 500
Seattle, WA 98104


Microworx
20 Allens Creek Road
Rochester, NY 14615


Mitchell Garabedian, Esq.
Law Offices of Mitchell Garabedian
100 State Street, 6th
Boston, MA 02109


Mitchell Script Advisor
110 Theory, Suite 250
Irvine, CA 92617


Mondavi Design
1 Modavi Circle
Spencerport, NY 14559


Monroe 2 - Orleans BOCES
3599 Big Ridge Road
Spencerport, NY 14559-1799


Monroe County Water Authority
475 Norris Drive
Rochester, NY 14610


More Direct, Inc.
3401 N. Federal Highway
Suite 216
Boca Raton, FL 33431

MoreDirect, Inc.
P.O. Box 536464
Pittsburgh, PA 15253-5906


Mutual of Omaha
Payment Processing Center
P.O. Box 2147
Omaha, NE 68103-2147


Mutual of Omaha Insurance
3300 Mutual of Omaha Plaza
Omaha, NE 68175


My Catholic Faith Delivered
12603 Hemlock
Suite C
Overland Park, KS 66213


Nathaniel L. Foote, Esq.
Andreozzi & Associates, P.C.
111 North Front Street
Harrisburg, PA 17101


Nativity of the BVM, Brockport
152 Main Street
Brockport, NY 14420


Nativity Preparatory Academy
15 Whalin St
Rochester, NY 14620


New Wave Energy Corporation
434 Delaware Avenue
Buffalo, NY 14202


New York Physical Medicine Center
1295 Portland Avenue, Suite 9
Rochester, NY 14621-2726


New York State Attorney General
28 Liberty Street
New York, NY 10005

New York State Catholic Conference
465 State Street
Albany, NY 12203-1004


New York State Unemployment Insurance
P.O. Box 4301
Binghamton, NY 13902


Newman Catholic Campus Min. of Geneseo
Interfaith Center
11 Franklin Street
Geneseo, NY 14454


Newman Community - Geneseo
c/o St. Luke the Evangelist
13 North Street
Geneseo, NY 14454


Newman Community - RIT
RIT Center for Religious Life
40 Lomb Memorial Drive
Rochester, NY 14623


Newman Community at Ithaca College
c/o Cornell Catholic Community
548 College Avenue
G-19 Anabel Taylor Hall
Ithaca, NY 14853


Newman Community of Univ. of Rochester
Interfaith Chapel
1045 Wilson Boulevard
Rochester, NY 14627


NFCYM
Progress in Planning
6745 Kingery Highway
Willowbrook, IL 60527


Nicholas H. Noyes Memorial Hospital
111 Clara Barton Street
Dansville, NY 14437-9527


Omni Underwriting Managers, LLC
726 Exchange Street, Suite 618
Buffalo, NY 14210

Omni Underwriting Managers, LLC
726 Exchange Street
Suite 618
Buffalo, NY 14210


Orkin Pest Control
205 Summit Point Drive, Suite 3B
Henrietta, NY 14467


Our Lady of Lourdes
150 Varinna Drive
Rochester, NY 14618


Our Lady of Peace
130 Exchange Street
Geneva, NY 14456


Our Lady of the Lakes
210 Keuka Street
Penn Yan, NY 14527


Our Lady of the Snow
2667 Hamilton Street
Weedsport, NY 13166


Our Lady of the Valley
27 Erie Avenue
Hornell, NY 14843


Our Lady of Victory
210 Pleasant Street
Rochester, NY 14604


Our Lady Queen of Peace
601 Edgewood Avenue
Rochester, NY 14618


Our Mother of Sorrows
5000 Mount Read Boulevard
Rochester, NY 14612


Parish of the Most Holy Name of Jesus
1010 Davis Street
Elmira, NY 14901

Paul Schnacky
34 Center Street
Apt. 1
Hornell, NY 14843


Peace of Christ
25 Empire Boulevard
Rochester, NY 14609


People Systems
5795 Waterways Parkway
Syracuse, NY 13214


People Systems
5795 Widewaters Parkway
Syracuse, NY 13214


Perry's Ice Cream Co.
One Ice Cream Plaza
Akron, NY 14001-1031


Person Centered Housing Options, Inc
31 West Street
Fairport, NY 14450


Providence Housing Development Corp
1150 Buffalo Road
Rochester, NY 14624


Providence Housing Development Corp.
1150 Buffalo Road
Rochester, NY 14624


Provident Life and Casualty Inc.
1 Mercantile Street
Worcester, MA 01608


RBA Staffing
150 State Street
Suite 400
Rochester, NY 14614


Reverend Thomas P. Dugan
150 French Road
Rochester, NY 14618

RIT Newman
Rochester Institute of Technology
1 Lomb Memorial Drive
Rochester, NY 14623


Rochester Catholic Press Association
1150 Buffalo Road
Rochester, NY 14624


Rochester Gas & Electric
89 East Avenue
Rochester, NY 14649


Ronald R. Benjamin, Esq.
Law Office of Ronald R. Benjamin
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902


RSUI Indemnity Company
945 E. Paces Ferry Road
Suite 1800
Atlanta, GA 30326


Sacred Heart
90 Melrose Road
Auburn, NY 13021


Sean Bassler
129 Acorn Drive
Horseheads, NY 14845


Siemens Industry Inc.
c/o CitiBank
P.O. Box 2134
Carol Stream, IL 60132-2134


Siemens Industry Inc.
1000 Deerfield Parkway
Buffalo Grove, IL 60089


SJ Parking LLC
259 Alexander St
Rochester, NY 14607

Society for the Propogation of the Faith
1150 Buffalo Road
Rochester, NY 14624

Ss. Isidore & Maria Torribia
51 Maple Street
Addison, NY 14801

Ss. Mary and Martha
299 Clark Street
Auburn, NY 13021

St. Agnes
108 Prospect Street
Avon, NY 14414

St. Alphonsus
10 S. Lewis Street
Auburn, NY 13021

St. Ann's - Owasco
4890 Twelve Corners Road
Auburn, NY 13021

St. Anne
150 Varinna Drive
Rochester, NY 14618

St. Anthony
312 Locke Road
Groton, NY 13073

St. Benedict
95 N. Main Street
Canandaigua, NY 14424

St. Benedicts - Odessa
304 Speedway
Odessa, NY 14869

St. Bernard's School of Theology &
Ministry
120 French Road
Rochester, NY 14618

St. Bernard's School of Theology & Min.
120 French Road
Rochester, NY 14618


St. Boniface
330 Gregory Street
Rochester, NY 14620


St. Catherine of Siena
302 Saint Catherine Circle
Ithaca, NY 14850


St. Catherine of Siena
26 Mendon-Ionia Road
Mendon, NY 14506


St. Charles Borromeo
3003 Dewey Avenue
Rochester, NY 14616


St. Christopher
P.O. Box 399
North Chili, NY 14514


St. Elizabeth Ann Seton
P.O. Box 149
Hamlin, NY 14464


St. Frances Xavier Cabrini
124 Evergreen Street
Rochester, NY 14605


St. Francis & St. Clare
25 Center Street
Waterloo, NY 13165


St. George
150 Varinna Drive
Rochester, NY 14618


St. John of Rochester
8 Wickford Way
Fairport, NY 14450

St. John the Evangelist
2400 West Ridge Road
Rochester, NY 14626


St. John the Evangelist
55 Martha Street
Spencerport, NY 14559


St. John Vianney
32 E. Morris Street
Bath, NY 14810


St. John Vianney Center
151 Woodbine Road
Downingtown, PA 19335-3057


St. Joseph
43 Gebhardt Road
Penfield, NY 14526


St. Joseph the Worker
43 W. DeZeng Street
Clyde, NY 14433


St. Kateri Tekakwitha
445 Kings Highway S.
Rochester, NY 14617


St. Katharine Drexel
52 Main Street
Macedon, NY 14502-1000


St. Lawrence
1000 N. Greece Road
Rochester, NY 14626


St. Leo
P.O. Box 725
Hilton, NY 14468


St. Louis
64 S. Main Street
Pittsford, NY 14534

St. Luke The Evangelist
13 North Street
Geneseo, NY 14454


St. Marianne Cope
3318 E. Henrietta Road
Henrietta, NY 14467


St. Mark
54 Kuhn Road
Rochester, NY 14612


St. Martin De Porres
198 North Street
Caledonia, NY 14423


St. Mary
15 Clark Street
Auburn, NY 13021


St. Mary
15 Saint Mary's Place
Rochester, NY 14607


St. Mary of the Lake
P.O. Box 289
Watkins Glen, NY 14891


St. Mary Our Mother
816 West Broad Street
Horseheads, NY 14845


St. Mary, Honeoye
P.O. Box 725
Honeoye, NY 14471


St. Matthew
P.O. Box 77
Livonia, NY 14487


St. Maximillian Kolbe
5823 Walworth Road
Ontario, NY 14519

St. Michael
401 S. Main Street
Newark, NY 14513


St. Monica
34 Monica Street
Rochester, NY 14619


St. Patrick
115 Maple Avenue
Victor, NY 14564


St. Patrick's
300 Main Street
Owego, NY 13827


St. Paul
783 Hard Road
Webster, NY 14580


St. Paul of the Cross
37 Monroe Street
Honeoye Falls, NY 14472


St. Peter
12 Hibbard Avenue
Clifton Springs, NY 14432


St. Pius X
3010 Chili Avenue
Rochester, NY 14624


St. Rita
1008 Maple Drive
Webster, NY 14580


St. Rose
P.O. Box 8A
Lima, NY 14485


St. Stanislaus Kostka
34 Saint Stanislaus Street
Rochester, NY 14621

St. Theodore
168 Spencerport Road
Rochester, NY 14606


St. Thomas More
2617 East Avenue
Rochester, NY 14610


Staples Advantage
500 Staples Drive
Framingham, MA 01702


Stephen A. Segar, Esq.
Segar & Sciortino PLLC
400 Meridian Centre, Suite 320
Rochester, NY 14618


Stephen Boyd, Esq.
Law Offices of Steven Boyd & John Elmore
40 North Forest Road
Williamsville, NY 14221


Steven Lewis
c/o St. Charles Borromeo
3003 Dewey Avenue
Rochester, NY 14616-3731


Technical System Group, Inc.
1799 N. Clinton Avenue
Rochester, NY 14621


Technical Systems Group, Inc.
1799 Clinton Avenue North
Rochester, NY 14621


Technical Systems Group, Inc.
1799 N. Clinton Avenue
Rochester, NY 14621


Ted Hosmer, Inc.
P.O. Box 888
Henrietta, NY 14467

Ted Hosmer, Inc.
1249 Lehigh Station Road
Henrietta, NY 14467


The Bank of New York
240 Greenwich Street
New York, NY 10286


The Cause Collaborative
55 Railroad Street
Suite 113
Rochester, NY 14609


The Communis Fund of the Diocese
of Rochester, Inc
1150 Buffalo Road
Rochester, NY 14624


The Diocese of Rochester Lay Employees
Retirement Accumulation Plan
1150 Buffalo Road
Rochester, NY 14624


The Diocese of Rochester Priests'
Retirement Plan
1150 Buffalo Road
Rochester, NY 14624


The Links at Greystone
1400 Atlantic Avenue
Walworth, NY 14568


The Parish of the Holy Family
4100 Lyell Road
Rochester, NY 14606


Thomas Erdle
100 McAuley Drive
Apt. 275
Rochester, NY 14610


Thomas Plumb
1550 Portland Avenue
Apt. 1202
Rochester, NY 14621

Thyssenkrupp Elevator Corp.
2495 Walden Avenue
Suite 600
Buffalo, NY 14225


Tiara Moye o/b/o Faith Sanders
c/o Lipsitz Green Scime Cambria
Attn: Max Humann, Esq.
42 Delaware Avenue, Suite 120
Buffalo, NY 14202


Time Warner Cable
4145 S. Falkenburg Road
Riverview, FL 33578-8652


Toshiba Business Solutions
275 Kenneth Drive, Suite 400
Rochester, NY 14623


Toshiba Business Solutions
275 Kenneth Drive
Suite 400
Rochester, NY 14623


Town of Marion
P.O. Box 260
Marion, NY 14505-0260


Town of Marion
P.O. Box 260
Marion, NY 14505


TruGreen
860 Ridge Lake Boulevard
Memphis, TN 38120


U.S. Conference of Catholic Bishops
3211 Fourth Street, N.E.
Washington, DC 20017


U.S. Conference of Catholic Bishops
P.O. Box 96992
Washington, DC 20090-6992

Univera HealthCare Direct
165 Court Street
Rochester, NY 14647


VARIOUS SEX ABUSE CLAIMANTS


Verizon
P.O. Box 489
Newark, NJ 07101-0489


Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408


Waldorf Risk Solutions LLC
P.O. Box 590
Huntington, NY 11743


Wayne County Water and Sewer
3377 Dansen Road
Walworth, NY 14568


WB Mason Co.
59 Centre Street
Brockton, MA 02303


Wegmans
P.O. Box 92217
Rochester, NY 14692


Weitz & Luxenberg
700 Broadway
New York, NY 10003


William Graf
681 High Street
Apt. 171
Victor, NY 14564


Wilmington Trust
1100 North Market Street
Wilmington, DE 19890

```
Windstream Comminucations
P.O. Box 3177
Cedar Rapids, IA 52406-3177
```

# FORM G
# United States Bankruptcy Court
## Western District of New York

In re    The Diocese of Rochester                                  Case No. _____

                                       Debtor(s)       Chapter     11

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

## PART I - DECLARATION OF PETITIONER

I (WE) ___Lisa M. Passero___ and _____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number(s), (Official Form B21) prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

☐      If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) ____ and ____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct.

☑      If petitioner is a corporation or partnership: I declare under penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

☐      If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated:      September 12, 2019

Signed:      /s/ Lisa M. Passero                                _____
                   Lisa M. Passero
                   (Applicant)                                     (Joint Applicant)

## PART II - DECLARATION OF ATTORNEY

I ***declare under penalty of perjury*** that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s), Official Form B21, before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated:      September 12, 2019                        /s/ Stephen A. Donato
                                                 Stephen A. Donato
                                               Attorney for Debtor(s)

                                                 Address of Attorney
                                                 One Lincoln Center
                                                 Syracuse, NY 13202
                                                 (315) 218-8000 Fax:(315) 218-8100
                                                 sdonato@bsk.com