Fill in this information to identify the case:

Debtor name: The Diocese of Rochester
United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK
Case number (if known): 19-20905

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Unsecured Claim |
|---|---|---|---|---|
| M&T Bank<br>255 East Avenue<br>Rochester, NY 14624<br><br>P.O. Box 844<br>Buffalo, NY 14240-0844 | Hodgson Russ LLP<br>Attn: Garry M. Graber, Esq.<br>140 Pearl Street<br>Suite 100<br>Buffalo, NY 14202<br>(716) 848-1273<br>ggraber@hodgsonruss.com | Contingent standby letter of credit for workers compensation liability | Contingent | $844,000.00 |
| ▬▬▬▬▬▬ | Maura G. McGuire, Esq.<br>Morgenstern DeVoesick PLLC<br>1080 Pittsford Victor Rd.<br>Pittsford, NY 14534<br>(585) 672-5500<br>mmcguire@morgdevo.com | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| AB 100 Doe | Jeffrey R. Anderson, Esq.<br>Jeff Anderson & Associates, P.A.<br>52 Duane Street, 7th Floor<br>New York, NY 10007<br>(888) 920-9258 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| AB 102 Doe | Jeffrey R. Anderson, Esq.<br>Jeff Anderson & Associates, P.A.<br>52 Duane Street, 7th Floor<br>New York, NY 10007<br>(888) 920-9258 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| AB 103 Doe | Jeffrey R. Anderson, Esq.<br>Jeff Anderson & Associates, P.A.<br>52 Duane Street, 7th Floor<br>New York, NY 10007<br>(888) 920-9258 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ▬▬▬▬▬▬ | Michael Reck, Esq.<br>Jeff Anderson & Associates P.A.<br>57 West 57th Street, 4th Floor<br>New York, NY 10019<br>(646) 759-2551 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans | Indicate if claim is contingent, unliquidated, or disputed | Unsecured Claim |
|---|---|---|---|---|
| ███████████ | Michael Reck, Esq.<br>Jeff Anderson & Associates P.A.<br>57 West 57th Street, 4th Floor<br>New York, NY 10019<br>(646) 759-2551 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Michael Reck, Esq.<br>Jeff Anderson & Associates P.A.<br>57 West 57th Street, 4th Floor<br>New York, NY 10019<br>(646) 759-2551 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(800) 895-1774 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(800) 895-1774 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(800) 895-1774 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(800) 895-1774 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(800) 895-1774 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109<br>(800) 895-1774 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Leadner L. James, Esq.<br>James Vernon & Weeks, P.A.<br>20 Vesey Street, New York, NY 10007<br>(347) 852-8061 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Leadner L. James, Esq.<br>James Vernon & Weeks, P.A.<br>20 Vesey Street, New York, NY 10007<br>(347) 852-8061 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ███████████ | Leadner L. James, Esq.<br>James Vernon & Weeks, P.A.<br>20 Vesey Street, New York, NY 10007<br>(347) 852-8061 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans...) | Indicate if claim is contingent, unliquidated, or disputed | Unsecured Claim |
|---|---|---|---|---|
| ▅▅▅▅▅▅▅▅▅▅ | Leadner L. James, Esq. James Vernon & Weeks, P.A. 20 Vesey Street, New York, NY 10007 (347) 852-8061 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ▅▅▅▅▅▅▅▅ | Leadner L. James, Esq. James Vernon & Weeks, P.A. 20 Vesey Street, New York, NY 10007 (347) 852-8061 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |
| ▅▅▅▅▅▅ | Leadner L. James, Esq. James Vernon & Weeks, P.A. 20 Vesey Street, New York, NY 10007 (347) 852-8061 | CVA lawsuit | Contingent, Unliquidated, Disputed | $100,000.00* |

\* For each CVA lawsuit, the claim amount has been estimated solely for purposes of identifying a list of the top 20 unsecured creditors.