# Exhibit D

2019-2020 Policy Declarations

3414168.4

Case 2-19-20905-PRW, Doc 10-4, Filed 09/12/19, Entered 09/12/19 11:54:46, Description: Exhibit D - 2019-2020 Policy Declarations, Page 1 of 7

This Insurance is effected with certain Underwriters at Lloyd's, London and HDI Global Specialty SE under Binding Authority Agreement Number: **B128411222W19**

This Certificate is issued in accordance with the limited authorization granted to the Coverholder by HDI Global Specialty SE and certain Underwriters at Lloyd's, London whose syndicate numbers (where applicable) and the proportions underwritten by them, which are defined in the attached Schedule of Security, can be ascertained from the office of the said Coverholder (such Underwriters being hereinafter called "the Insurers") and in consideration of the premium specified herein, the Insurers hereby bind themselves severally and not jointly, each for his own part and not one for another, their Executors and Administrators.

The Insured is requested to read this Certificate, and if it is not correct, return it immediately to the Coverholder for appropriate alteration.

In Witness whereof this Certificate has been signed at the place and on the date specified below;

For And on Behalf of: **THE COVERHOLDER,
BMS Group Limited,
One America Square,
London,
EC3N 2LS.**

*[signature]*

Dated in London: 16th August 2019

Case 2-19-20905-PRW, Doc 10-4, Filed 09/12/19, Entered 09/12/19 11:54:46, Description: Exhibit D - 2019-2020 Policy Declarations, Page 2 of 7

## MAIN DECLARATIONS

**Certificate No.:** 19W2012

**Unique Market Reference (UMR) Number:** B128419W2012

**Name of Insured:**

**DIOCESE OF ROCHESTER, NEW YORK**, Most Reverend Salvatore Ronald Matano Roman Catholic Bishop of Rochester or his successor and all subordinate civil corporations and all unincorporated agencies, departments or commissions composing the Diocese of Rochester under his management and control, as may now or hereafter be constituted, including Parishes, Schools, Cemeteries and other directly connected agencies and Providence Housing Development, and its Subsidiary, Associated or Allied Company, Corporation, Firm, Organization and its interest in any partnership or joint venture in which it has at least fifty-one per cent (51%) management control or ownership as now constituted or hereafter is acquired as their respective interest may appear, all hereafter referred to as the "Insured", including legal representatives.

**Address of Named Insured:**

1150 Buffalo Road, Rochester, New York, New York 14624-1890, United States of America.

**Period of Insurance:**

**From:** 1st July 2019
**To:** 1st July 2020

Both days at 12.01 a.m. Standard Time at the address of the Named Insured shown above and for such further period or periods as may be mutually agreed upon.

**Type of Insurance:**

Institutional Property Insurance, Commercial General Liability Insurance, Sexual Misconduct Liability, Employee Dishonesty and Crime, Errors and Omissions, Employment Practices and Management Liability Insurance, Employee Benefits Administration and Fiduciary Liability and Crisis Administration Liability.

**The Interest:**

| | |
|---|---|
| Section A | All real and personal property of every kind and description belonging to the Insured including the property of others in the care, custody or control of the Insured. |
| Section B (1) | Commercial General Liability, on all the Named Insured's operations. |
| Section B (2) | Sexual Misconduct Liability. |
| Section B (3) | Employee Dishonesty and Crime. |
| Section B (4) | Errors and Omissions. |
| Section B (5) | Employment Practices and Management Liability. |
| Section B (6) | Employee Benefits Administration and Fiduciary Liability. |
| Section B (7) | Crisis Administration Liability. |

Page 3


EXCESS LINE ASSOCIATION OF NEW YORK

This is to certify that Excess Line Association of New York received and reviewed the attached insurance document in accordance with Article 21 of the New York State Insurance Law    08/19/2019    Id:865076080

THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION, AND IN THE EVENT OF THE INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECURITY FUNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE DEPARTMENT OF FINANCIAL SERVICES PERTAINING TO POLICY FORMS.

# MAIN DECLARATIONS

**Certificate No.:** 19W2012

**Unique Market Reference (UMR) Number:** B128419W2012

**Name of Insured:**

**DIOCESE OF ROCHESTER, NEW YORK**, Most Reverend Salvatore Ronald Matano Roman Catholic Bishop of Rochester or his successor and all subordinate civil corporations and all unincorporated agencies, departments or commissions composing the Diocese of Rochester under his management and control, as may now or hereafter be constituted, including Parishes, Schools, Cemeteries and other directly connected agencies and Providence Housing Development, and its Subsidiary, Associated or Allied Company, Corporation, Firm, Organization and its interest in any partnership or joint venture in which it has at least fifty-one per cent (51%) management control or ownership as now constituted or hereafter is acquired as their respective interest may appear, all hereafter referred to as the "Insured", including legal representatives.

**Address of Named Insured:**

1150 Buffalo Road, Rochester, New York, New York 14624-1890, United States of America.

**Period of Insurance:**

From: 1st July 2019
To: 1st July 2020

Both days at 12.01 a.m. Standard Time at the address of the Named Insured shown above and for such further period or periods as may be mutually agreed upon.

**Type of Insurance:**

Institutional Property Insurance, Commercial General Liability Insurance, Sexual Misconduct Liability, Employee Dishonesty and Crime, Errors and Omissions, Employment Practices and Management Liability Insurance, Employee Benefits Administration and Fiduciary Liability and Crisis Administration Liability.

**The Interest:**

| | |
|---|---|
| Section A | All real and personal property of every kind and description belonging to the Insured including the property of others in the care, custody or control of the Insured. |
| Section B (1) | Commercial General Liability, on all the Named Insured's operations. |
| Section B (2) | Sexual Misconduct Liability. |
| Section B (3) | Employee Dishonesty and Crime. |
| Section B (4) | Errors and Omissions. |
| Section B (5) | Employment Practices and Management Liability. |
| Section B (6) | Employee Benefits Administration and Fiduciary Liability. |
| Section B (7) | Crisis Administration Liability. |

**Territorial Limits:**

    Worldwide.

**Insurance Limit(s) of Liability:**

| | |
|---|---|
| Section A | USD100,000,000 each and every loss sub-limited as per the schedule of sub-limits attached. |
| Section B(1) | USD1,000,000 combined single limit each and every occurrence subject to an aggregate of USD3,000,000. |
| Section B(2) | USD1,000,000 per claim inclusive of Defense Costs subject to an aggregate of USD2,000,000 inclusive of Defense Costs. |
| Section B(3) | USD1,000,000 per loss and in the aggregate. |
| Section B(4) | USD1,000,000 per claim inclusive of Defense Costs and in the aggregate. |
| Section B(5) | USD1,000,000 per claim inclusive of Defense Costs and in the aggregate. |
| Section B(6) | USD1,000,000 per claim inclusive of Defense Costs and in the aggregate. |
| Section B(7) | USD100,000 — Crisis Administration Loss (inclusive of Crisis Administration Counseling) per circumstance. |
| | USD10,000 — Crisis Administration Counseling per Circumstance |
| | USD50,000 — aggregate limit for all Crisis Administration Loss |
| | USD100,000 — aggregate limit for all Crisis Administration Loss |

**Premium:**

USD1,228,287.80 (100%) annual being allocated as follows:

**Section A**

USD904,896.71 (100%) annual.

**Section B**

USD323,391.09 (100%) annual.

Premium is exclusive of any taxes and charges payable by the Insured in addition to the premium.

**Premium Payment Terms:**

    45 days

## SCHEDULE OF SECURITY DETAILS

### SECTION A

| Proportion % | Lloyd's Syndicate / Insurance Company | |
|---|---|---|
| 20.000 | XL Catlin Underwriting Agencies Limited | XLC 2003 |
| 11.750 | Chubb Underwriting Agencies Limited | CGM 2488 |
| 10.000 | Ascot Underwriting Limited | ASC 1414 |
| 9.000 | Argenta Syndicate Management Limited | ARG 2121 |
| 8.250 | Vibe Syndicate Management Limited | VSM 5678 |
| 7.500 | QBE Underwriting Limited | QBE 1886 |
| 6.500 | Axis Managing Agency Ltd | AXS 1686 |
| 5.000 | S.A. Meacock & Company Limited | SAM 727 |
| 2.000 | Pioneer PPP Consortium 9981<br>Lloyd's Syndicate No. 1980 – PIO - 100% | PPP 9981 |
| 20.000 | HDI Global Specialty SE | |

In accordance with the authority granted under Binding Authority Reference: B1284 11222W19

**TOTAL LINE**

**100.000%**

## SCHEDULE OF SECURITY DETAILS

## SECTION B

| Proportion % | Lloyd's Syndicate / Insurance Company | |
|---|---|---|
| 30.000 | MS Amlin Underwriting Limited | AML 2001 |
| 22.000 | Chaucer Syndicates Limited | CSL 1084 |
| 10.000 | XL Catlin Underwriting Agenices Limited | XLC 2003 |
| 7.000 | Pembroke Managing Agency Limited | ACA 2014 |
| 3.500 | Vibe Syndicate Management Limited | VSM 5678 |
| 3.500 | AEGIS Managing Agency Limited | AES 1225 |
| 4.000 | S.A. Meacock & Company Limited | SAM 727 |
| 20.000 | HDI Global Specialty SE | |

In accordance with the authority granted under Binding Authority Reference: B1284 11222W19

**TOTAL LINE**

**100.000%**