UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                                          Chapter 11

THE DIOCESE OF ROCHESTER,                       Case No. 19-20905 - PRW

               Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Hodgson Russ LLP ("**Hodgson**") hereby enters its appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of creditor, Manufacturers and Traders Trust Company ("M&T Bank"), and requests that it be added to the service list in this case and that copies of all notices and pleadings given or filed in this case be given and served upon the person listed below at the following address and telephone number:

Garry M. Graber, Esq.
HODGSON RUSS LLP
140 Pearl Street, Suite 100
Buffalo, NY  14202
Telephone:  (716) 856-4000
Facsimile  (716) 849-0349
Email:  ggraber@hodgsonruss.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned and

any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, telecopier, or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named party in interest's rights (1) to have final orders in noncore matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party in interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named party in interest expressly reserves.

Date: September 18, 2019
Buffalo, New York

**HODGSON RUSS LLP**

*/s/ Garry M. Graber*
Garry M. Graber, Esq.
140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000
Facsimile (716) 849-0349
Email: ggraber@hodgsonruss.com

*Attorneys for Manufacturers and Traders Trust Company*