UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re                                                        Chapter 11

        The Diocese of Rochester,                           BK 19-20905

                                Debtor.

---

### APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102 of the Bankruptcy Code, the following creditors of the above-captioned debtor, being among those willing to serve, are hereby appointed to the Committee of Unsecured Creditors:

>Thomas Adams
>John Bell
>Scott Barker
>Kevin Higley
>Carol DuPré
>Victor Rivera
>James Cali
>Chris Wall
>Roberto Lopez

DATED:    September 25, 2019          WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE


                                      By:_____
                                      Kathleen D. Schmitt
                                      Assistant United States Trustee
                                      Federal Office Building
                                      100 State Street, Room 6090
                                      Rochester, New York 14614
                                      (585) 263-5706


cc:    Debtor
       Debtor's Attorney
       Members of Committee