UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> THE DIOCESE OF ROCHESTER, <br><br> Debtor. | Case No. 19-20905-PRW <br><br> Chapter 11 |

## *EX PARTE* MOTION TO ADMIT MITCHELL GARABEDIAN AS COUNSEL *PRO HAC VICE*

Attorney Mitchell Garabedian hereby moves this Honorable Court for an order allowing the admission of movant as attorney *pro hac vice*, to participate in any and all proceedings relative to the above-captioned matter on behalf of Creditors Bernardo Benitez, Victor Burgos, Guy Cruz, James Drum, Carol DuPré, Michael Fennell, John McHugh, Gerardo Reyes, Bernabé Rivera, Victor Rivera, and Howard Thomas, as well as other Creditors of the Debtor who have retained the Law Offices of Mitchell Garabedian to represent them. Attorney Garabedian is a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

In support of this motion, movant files herewith Affidavit in Support of *Ex Parte* Motion to Admit Mitchell Garabedian as Counsel *Pro Hac Vice*.

WHEREFORE, Mitchell Garabedian respectfully requests admission to practice, *pro hac vice*, before this Court for the purpose of representing Creditors Bernardo Benitez, Victor Burgos, Guy Cruz, James Drum, Carol DuPré, Michael Fennell, John McHugh,

- 1 -

Gerardo Reyes, Bernabé Rivera, Victor Rivera, and Howard Thomas, as well as other Debtor's Creditors who have retained the Law Offices of Mitchell Garabedian to represent them in the above-captioned action.

Respectfully submitted,

Dated: October 17, 2019

*/s/ Mitchell Garabedian*
Mitchell Garabedian
mgarabedian@garabedianlaw.com
Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250