UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF ROCHESTER,

    Debtor.

Case No. 19-20905-PRW

Chapter 11

**AFFIDAVIT IN SUPPORT OF *EX PARTE* MOTION TO ADMIT
MITCHELL GARABEDIAN AS COUNSEL *PRO HAC VICE***

Mitchell Garabedian, an attorney duly admitted to practice law in the Commonwealth of Massachusetts, hereby deposes and states as follows under penalties of perjury:

1. I am associated with the law firm of:

    Name:    Law Offices of Mitchell Garabedian
    Address:  100 State Street, 6th Floor
                 Boston, MA 02109
    Telephone: (617) 523-6250

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto as Exhibits 1 and 2, I am a member of good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

4. There are no pending disciplinary proceedings against me in any State or Federal Court, nor has discipline been previously imposed on me in any jurisdiction.

- 1 -

5.  I acknowledge that I shall be subject to the jurisdiction of the United States Bankruptcy Court for the Western District of New York with respect to any acts occurring during the course of my participation in this matter.

6.  Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2019

Mitchell Garabedian
mgarabedian@garabedianlaw.com
Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

# EXHIBIT 1

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1979**, said Court being the highest Court of Record in said Commonwealth:

**Mitchell Garabedian**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **September** in the year of our Lord **two thousand and nineteen.**

*MAURA S. DOYLE*, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

# EXHIBIT 2

## UNITED STATES DISTRICT COURT

District of Massachusetts

CERTIFICATE OF

GOOD STANDING

*I, Robert M. Farrell, Clerk of this Court, certify that* **Mitchell Garabedian**, *Bar* **184760**, *was duly admitted to practice in this Court on* **April 15, 1980**, *and is in good standing as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on* **October 11, 2019**

_____
*Robert M. Farrell*
**CLERK**

_____
**DEPUTY CLERK**