UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 19-20905-PRW |
| THE DIOCESE OF ROCHESTER, | Chapter 11 |
| Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the *ex parte* motion of Mitchell Garabedian to be admitted, *pro hac vice*, to represent Creditors Bernardo Benitez, Victor Burgos, Guy Cruz, James Drum, Carol DuPré, Michael Fennell, John McHugh, Gerardo Reyes, Bernabé Rivera, Victor Rivera, and Howard Thomas, as well as other Creditors of the Debtor who have retained the Law Offices of Mitchell Garabedian to represent them, and upon the movant's certification that the movant is a member of good standing of the bar of the Commonwealth of Massachusetts and the bar of the United States District Court for the District of Massachusetts, it is hereby:

ORDERED, that Mitchell Garabedian is admitted to practice, *pro hac vice*, before this Court for the purpose of representing Creditors Bernardo Benitez, Victor Burgos, Guy Cruz, James Drum, Carol DuPré, Michael Fennell, John McHugh, Gerardo Reyes, Bernabé Rivera, Victor Rivera, and Howard Thomas, as well as other Debtor's Creditors

Case 2-19-20905-PRW, Doc 101-2, Filed 10/18/19, Entered 10/18/19 12:19:28, Description: Proposed Order , Page 1 of 2

who have retained the Law Offices of Mitchell Garabedian to represent them, in the above-captioned action.

Dated: _____
     Rochester, New York

                                                _____
                                                THE HONORABLE PAUL R. WARREN