UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No. 19-20905
Chapter 11 Case

Debtor.

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I mailed, via first class mail using the United States Postal Service in the State of New York, copies of the *Final Order (I) Authorizing the Continued Maintenance of the Debtor's Protected Self-Insurance Program; and (II) Authorizing the Payment of Certain Prepetition Obligations in Respect Thereof and Other Legacy Claims* to the individuals on the annexed service list.

          /s/ Ann P. Masica
          Ann P. Masica

3452783.1

Kathleen D. Schmitt, Esq.
Office of the U.S. Trustee
Federal Office Building
100 State Street, Room 6090
Rochester, NY 14614

Garry M. Graber, Esq.
Hodgson Russ LLP
*Attorneys for Manufacturers and Traders Trust Co.*
140 Pearl Street, Suite 100
Buffalo, NY 14202

Manufacturers and Traders Trust Company
Attn: Philip Smith, Senior Vice President
255 East Avenue
Rochester, NY 14624

KeyBank, N.A.
Attn: Lauren Weckesser, Branch Manager
1005 Elmgrove Road
Rochester, NY 14624

JPMorgan Chase
Attn: Sarah Cornell, Branch Manager
2130 Chili Avenue
Rochester, NY 14624

Wilmington Trust, a Division of M&T Bank
Attn: Christine G. Cotton, Asst. Vice President
285 Delaware Avenue, 3rd Floor
Buffalo, NY 14202

Lisa M. Passero, Chief Financial Officer
The Diocese of Rochester
1150 Buffalo, Road
Rochester, NY 14624

James Stang, Esq.
Ilan D. Scharf, Esq.
Pachulski Stang Ziehl & Jones, LLP
*Proposed Counsel for Creditors' Committee*
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Jeffrey A. Dove, Esq.
Barclay Damon, LLP
*Attorneys for Continental Insurance Company*
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

Michael J. Grygiel, Esq.
Greenberg Taurig, LLP
*Attorneys for Democrat and Chronicle*
54 State Street, 6th Floor
Albany, NY 12207

Leander L. James, Esq.
James, Vernon & Weeks, P.A.
*Attorneys for CVA Claimants*
1626 Lincoln Way
Coeur D'Alene, ID 83814

Michael Reck, Esq.
Jeff Anderson & Associates, P.A.
*Attorneys for CVA Claimants*
57 West 57th Street, 4th Floor
New York, NY 10019

Michael Reck, Esq.
Jeff Anderson & Associates, P.A.
*Attorneys for CVA Claimants*
52 Duane Street, 7th Floor
New York, NY 10007

Michael T. Pfau, Esq.
Pfau Cochran Vertetis Amala
*Attorneys for CVA Claimants*
Columbia House
403 Columbia Street, Suite 500
Seattle, WA 98104

Stephen A. Segar, Esq.
Segar & Sciortino PLLC
*Attorneys for CVA Claimants*
400 Meridian Centre, Suite 320
Rochester, NY 14618

John Merson, Esq.
Merson Law, PLLC
*Attorneys for CVA Claimants*
150 East 58th Street, 34th Floor
New York, NY 10155

Daniel Levin, Esq.
Levin Sedran & Berman
*Attorneys for CVA Claimants*
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Jarrod W. Smith, Esq.
*Attorney for CVA Claimants*
11 South Main Street
P.O. Box 173
Jordan, NY 13080

Mitchell Garabedian, Esq.
Law Offices of Mitchell Garabedian
*Attorneys for CVA Claimants*
100 State Street, Suite 6
Boston, MA 02109

Stephen Boyd, Esq.
Law Offices of Steven Boyd and John Elmore
*Attorneys for CVA Claimants*
40 North Forest Road
Williamsville, NY 14221

Nathaniel L. Foote, Esq.
Andreozzi & Associates, P.C.
*Attorneys for CVA Claimants*
111 North Front Street
Harrisburg, PA 17101

Ronald R. Benjamin, Esq.
Law Office of Ronald R. Benjamin
*Attorneys for CVA Claimants*
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

Adam D. Horowitz, Esq.
Horowitz Law
*Attorneys for CVA Claimants*
110 East Broward Boulevard, Suite 1850
Fort Lauderdale, FL 33301

Mitchell A. Toups, Esq.
Weller, Green, Toups & Terrell, LLP
*Attorneys for CVA Claimants*
P.O. Box 350
Beaumont, TX 77704

| | |
|---|---|
| Maura C. McGuire, Esq.<br>*Attorney for CVA Claimants*<br>1080 Pittsford Victor Road, Suite 200<br>Pittsford, NY 14534 | John M. Bansbach, Esq.<br>Bansbach Law P.C.<br>*Attorneys for CVA Claimants*<br>31 Erie Canal Drive, Suite A<br>Rochester, NY 14626 |
| Jeffrey Marc Herman, Esq.<br>Herman Law<br>*Attorneys for CVA Claimants*<br>1800 North Military Trail, Suite 160<br>Boca Raton, FL 33431 | Jeffrey M. Herman, Esq.<br>Herman Law<br>*Attorneys for CVA Claimants*<br>434 W. 33rd Street, Penthouse<br>New York, NY 10001 |
| Kelner & Kelner<br>*Attorneys for CVA Claimants*<br>140 Broadway, 37th Floor<br>New York, NY 10005 | Weitz & Luxenberg<br>*Attorneys for CVA Claimants*<br>700 Broadway<br>New York, NY 10003 |
| Paul LeClair, Esq. and Mary Jo S. Korona, Esq.<br>Adams Leclair LLP<br>*Attorneys for Bishop Emeritus Matthew Clark and St. Bernard's School of Theology*<br>First Federal Plaza<br>28 E. Main Street, Suite #1500<br>Rochester NY 14614 | Eric Ward, Esq.<br>Ward Greenberg<br>*Attorneys for Catholic Charities*<br>1800 Bausch and Lomb Pl.<br>Rochester, NY 14604 |
| Harter Secrest & Emery, LLP<br>*Attorneys for Holy Sepulcher Cemetery*<br>1600 Bausch and Lomb Pl.<br>Rochester, NY 14604 | Woods Oviatt Gilman LLP<br>*Attorneys for The Ad Hoc Parish Committee*<br>1900 Bausch and Lomb Pl.<br>Rochester, NY 14604 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Insolvency Group I<br>Niagara Center, 2nd Floor<br>130 S. Elmwood Avenue<br>Buffalo, NY 14202 |

NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300

Office of the Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202

Office of the NYS Attorney General
Litigation Bureau, Bankruptcy Unit
The Capital
Albany, NY 12224-0341

US Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, NY 14614

NYS Workers' Compensation Board
Attn: Sean Breen, Principal Workers' Comp. Examiner
Office of Self-Insurance
328 State Street
Schenectady, NY 12305

U.S. Department of Labor
Federal Building
100 State Street, Suite 4190
Rochester, NY 14614

New York State Department of Labor
State Office Campus
Building #12, Room 256
Albany, NY 12240

New York State Department of Labor – Bus. Services
Attn: Regenna Darrah
276 Waring Road, Room 100
Rochester, NY 14609