UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:                                                          Case No.: 2-19-20905-PRW

The Diocese of Rochester,                                       Chapter 11

             Debtor.
-----------------------------------------------------------------X

## *EX PARTE* MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF PETER P. MCNAMARA

Attorney Peter P. McNamara hereby requests admission *pro hac vice* before the Honorable Paul R. Warren to represent Interstate Fire and Casualty Company ("Interstate") and National Surety Corporation ("NSC") in this matter.

I have been requested by Interstate and NSC to represent them in connection with claims by Debtor The Diocese of Rochester (the "Diocese") seeking insurance coverage under certain insurance policies Interstate and NSC issued to the Diocese in connection with the underlying abuse claims at issue in this action.

I certify that I am a member in good standing of the Bar of the State of New York (admitted 1982), the United States District Court for the Southern District of New York (admitted 1982), the United States District Court for the Eastern District of New York (admitted 1982), the United States District Court for the Northern District of New York (admitted 2009), the United States Court of Appeals for the Third Circuit (admitted 2004), the United States Court of Appeals for the Second Circuit (admitted 2006), and United States Court of Appeals for Veteran Claims (admitted 1991).

There are no pending disciplinary proceedings against me in any State or Federal Court, nor has discipline been previously imposed on me in any jurisdiction.

WHEREFORE, I respectfully request admission to practice, *pro hac vice*, before this Court for the purposes of representing Interstate and NSC in the above captioned action.

Dated: Uniondale, New York
November 15, 2019

Respectfully submitted,

By: /s/ Peter P. McNamara

Peter P. McNamara
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY 11556-0926
P: (516) 357-3000
F: (516) 357-3333
Peter.McNamara@Rivkin.com
*Attorneys for Interstate Fire and Casualty Company and National Surety Corporation*