UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF ROCHESTER,[1]

Debtor.

Case No. 19-20905
Chapter 11 Case

# NOTICE OF AMENDMENT TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR THE DIOCESE OF ROCHESTER

**PLEASE TAKE NOTICE**, that Debtor, The Diocese of Rochester (the "Debtor") filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code on September 12, 2019 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE**, that the Debtor has amended its Schedule A/B: Assets – Real and Personal Property pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and Local Rule 1009-1 to **amend** the amount of the doubtful or uncollectible accounts for the Legacy Campaign Pledge Receivable and to **amend** the values of the Debtor's interests in certain insurance policies, as well as the date the cash surrender value was calculated.

**PLEASE TAKE FURTHER NOTICE**, that the Debtor has amended its Schedule E/F: Creditors Who Have Unsecured Claims pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and Local Rule 1009-1 to **add** the claims of certain creditors listed on **Exhibit "A"**, to **amend** the claims of certain creditors listed on **Exhibit "B"**, and to **add** the date(s) the debts were incurred and last four digits of account numbers for certain creditors.

---

[1] The last four digits of the Debtor's federal tax identification number are 5765.

3455233.1

**PLEASE TAKE FURTHER NOTICE**, that the Debtor has amended its Statement of Financial Affairs for Non-Individuals Filing Bankruptcy pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and Local Rule 1009-1 to **amend** the Debtor's gross revenue for years ending June 30, 2018 and June 30, 2019, to **add** non-business revenue for years ending June 30, 2018 and June 30, 2019, to **amend** the list of payments made to creditors within 90 days of the Petition Date, to **amend** the amounts the Debtor paid professionals for bankruptcy related services, to **amend** and **add** property held for another person, and to **add** an additional date of service for The Bonadio Group's audit of the Debtor's books and records.

Dated: November 19, 2019
       Syracuse, New York

                                      BOND, SCHOENECK & KING, PLLC

                                      By: /s/ Charles J. Sullivan
                                            Stephen A. Donato, Esq.
                                            Charles J. Sullivan, Esq.
                                            *Proposed Attorneys for The Diocese of Rochester*
                                            One Lincoln Center
                                            Syracuse, New York 13202
                                            Telephone: (315) 218-8000
                                            Facsimile: (315) 218-8100
                                            Email: sdonato@bsk.com and csullivan@bsk.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF ROCHESTER,[1]

Debtor.

Case No. 19-20905
Chapter 11 Case

## AMENDMENT TO SCHEDULES A/B, E/F AND STATEMENT OF FINANCIAL AFFAIRS OF DEBTOR THE DIOCESE OF ROCHESTER

The Diocese of Rochester (the "Debtor"), pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and Local Rule 1009-1, hereby submits an amendment to its Schedules of Assets and Liabilities and Statement of Financial Affairs as follows:

### I. Petition

The Debtor does not amend its Voluntary Petition for relief filed on September 12, 2019.

### II. Schedules

The Debtor amends the following portions of its Schedules of Assets and Liabilities, dated October 4, 2019:

**Official Form 206A/B Schedule A/B: Assets – Real and Personal Property**

This Schedule is amended to update the amount of the doubtful or uncollectible accounts for the Legacy Campaign Pledge Receivable and to update the values of the Debtor's interests in certain insurance policies, as well as the date the cash surrender value was calculated.

An amended Official Form 206A/B Schedule A/B: Assets - Real and Personal Property has been filed separately herewith.

---

[1] The last four digits of the Debtor's federal tax identification number are 5765.

3455422.1

**Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims**

This Schedule is amended to include the names of various creditors holding pre-petition claims which were not included in the original Schedule filed on October 4, 2019 (See <u>Exhibit A</u>).

1. Total New Claims: $3,018.43

In addition, this Schedule is amended to update the claims of certain creditors which were originally listed on Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims filed on October 4, 2019 (see <u>Exhibit B</u>).

An amended Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims has been filed separately herewith.

**Summary of Debts and Property**

The amendments set forth above amend the Debtor's Official Form 206Sum Summary of Assets and Liabilities for Non-Individuals as set forth below:

Assets –

| | |
|---|---|
| Schedule A/B | $63,865,217.32 |
| Real Property and Personal Property | (no change) |
| **Total Assets -** | **$67,951,417.32** |

Debts –

| | |
|---|---|
| Schedule D (Creditors Who Have Secured Claims) | (no change) |
| Schedule E/F (Creditors Who Have Unsecured Claims) | $113,105,124.21 |
| **Total Liabilities -** | **$113,105,124.21** |

## III. Statement of Financial Affairs

The Debtor **amends** its Statement of Financial Affairs, dated October 4, 2018. Specifically, the Debtor **amends** its gross revenue for years ending June 30, 2018 and June 30, 2019, **adds** non-business revenue for years ending June 30, 2018 and June 30, 2019, **amends** the list of payments made to creditors within 90 days of the Petition Date, **amends** the amounts the Debtor paid professionals for bankruptcy related services, **amends** and **adds** property held for another person, and **adds** an additional date of service for The Bonadio Group's audit of the Debtor's books and records.

I, Charles J. Sullivan, attorney for The Diocese of Rochester, declare under the penalty of perjury that I have read the foregoing amendments to the Debtor's Voluntary Petition, Schedules and Statement of Financial Affairs and that they are true and correct to the best of my knowledge, information and belief.

Executed on November 19, 2019
Syracuse, New York

BOND, SCHOENECK & KING, PLLC

/s/ Charles J. Sullivan
Stephen A. Donato, Esq.
Charles J. Sullivan, Esq.
*Proposed Attorneys for The Diocese of Rochester*
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: sdonato@bsk.com and csullivan@bsk.com

THE DIOCESE OF ROCHESTER
CHAPTER 11 CASE NO. 19-20905

THE DIOCESE OF ROCHESTER
EXHIBIT "A"

OFFICIAL FORM 206E/F
SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

**New Unsecured Claims**

| Name and Address of Creditor | New Amount of Unsecured Claim |
|---|---|
| Kristen Rita Wendtland<br>18 Kesnick Way<br>Fairport, NY 14450 | $1,940.00 |
| MAS Translation Services<br>66 Northwick Drive<br>Rochester, NY 14617 | $238.86 |
| Monroe County Water Authority<br>475 Norris Drive<br>Rochester, NY 14610 | $66.38 |
| St. Kateri Tekakwitha<br>445 Kings Highway S.<br>Rochester, NY 14617 | $418.78 |
| The Cause Collaborative<br>55 Railroad Street, Suite 113<br>Rochester, NY 14609 | $100.00 |
| Town of Marion<br>P.O. Box 260<br>Marion, NY 14505-0260 | $118.00 |
| United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | $73.72 |

| **Name and Address of Creditor** | **New Amount of Unsecured Claim** |
|---|---:|
| Wayne County Water & Sewer Authority<br>3377 Daansen Road<br>Walworth, NY 14568 | $59.00 |
| Windstream Communications<br>P.O. Box 3177<br>Cedar Rapids, IA 52406-3177 | $3.69 |
| **Total New Unsecured Claims:** | **$3,018.43** |

THE DIOCESE OF ROCHESTER
CHAPTER 11 CASE NO. 19-20905

THE DIOCESE OF ROCHESTER
EXHIBIT "B"

OFFICIAL FORM 206E/F
SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

**Updated Unsecured Claims**

| Name and Address of Creditor | Old Amount of Unsecured Claim | New Amount of Unsecured Claim |
| --- | --- | --- |
| Costich Engineering, PC<br>217 Lake Avenue<br>Rochester, NY 14608 | $210.77 | $504.91 |
| Iron Mountain<br>P.O. Box 27128<br>New York, NY 10087-7128 | $634.53 | $745.16 |
| Keidel's Inc.<br>P.O. Box 565<br>Rushville, NY 14544 | $4,900.00 | $11,596.63 |
| Paradigm<br>179 Lake Avenue<br>Rochester, NY 14608 | $3,163.00 | $4,783.00 |
| Ted Hosmer, Inc.<br>P.O. Box 888<br>Henrietta, NY 14467 | $1,572.00 | $2,358.00 |
| Verizon Wireless<br>P.O. Box 408<br>Newark, NJ 07101-0408 | $1,926.46 | $2,264.56 |

6

3455422.1

Case 2-19-20905-PRW,   Doc 237,   Filed 11/19/19,   Entered 11/19/19 14:41:14,
Description: Main Document  , Page 8 of 8