UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

```
------------------------------------ X
                                     :
In re:                               :    Case No. 19-20905-PRW
                                     :
The Diocese of Rochester,            :    CHAPTER 11
                                     :
                 Debtor.             :
                                     :
------------------------------------ X
```

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Troutman Sanders LLP hereby appears as counsel for Interstate Fire and Casualty Company and National Surety Corporation, and hereby requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in these cases also be given to and served at the following addresses and facsimile numbers:

| | |
|---|---|
| Harris B. Winsberg | Matthew G. Roberts |
| **TROUTMAN SANDERS LLP** | **TROUTMAN SANDERS LLP** |
| 600 Peachtree St. NE | 600 Peachtree St. NE |
| Suite 3000 | Suite 3000 |
| Atlanta, GA 30308 | Atlanta, GA 30308 |
| Tel: 404.885.3348 | Tel: 404.885.2737 |
| Fax: 404.885.3900 | Fax: 404.885.3900 |
| Email: harris.winsberg@troutman.com | Email: matthew.roberts2@troutman.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without

limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtor.  <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in these cases.</u>

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Atlanta, Georgia.
      November 19, 2019

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ *Harris B. Winsberg*
    Harris B. Winsberg (*pro hac vice* pending)
    Matthew G. Roberts (*pro hac vice* pending)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    404.885.3000

    *Attorneys for Interstate Fire and Casualty Company and National Surety Corporation*