UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**AMENDED NOTICE OF MOTION OF THE DEBTOR
FOR ENTRY OF AN ORDER AUTHORIZING
THE DEBTOR TO OBTAIN SECURED CREDIT CARDS**

**PLEASE TAKE NOTICE** that, on November 20, 2019, the above-captioned debtor and debtor-in-possession (the "Debtor") filed the *Motion of the Debtor for Entry of an Order Authorizing the Debtor to Obtain Secured Credit Cards* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtor will move before the Honorable Paul R. Warren, United States Bankruptcy Judge, United States Bankruptcy Court for the Western District of New York, at the Federal Building, 100 State Street, Rochester, New York **on December 5, 2019 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, for the entry of an order granting the relief sought in the Motion, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that all responses or objections to the relief requested in the Motion, if any, must comply with the Federal Rules of Bankruptcy Procedure and be filed with the United States Bankruptcy Court Clerk's Office in Rochester, New York and served upon the undersigned counsel for the Debtor **on or before December 2, 2019**.

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Motion may be obtained from the Clerk's Office, United States Bankruptcy Court for the Western District of

New York, Rochester Division via the Court's electronic case management system at https://ecf.nywb.uscourts.gov, or from the undersigned counsel for the Debtor.

Dated: November 20, 2019                    BOND, SCHOENECK & KING, PLLC

                                              By:         /s/ Stephen A. Donato
                                                     Stephen A. Donato
                                                     Charles J. Sullivan
                                                     Grayson T. Walter
                                                     One Lincoln Center
                                                     Syracuse, NY 13202-1355
                                                     Telephone: (315) 218-8000
                                                   sdonato@bsk.com
                                                   csullivan@bsk.com
                                                   gwalter@bsk.com

                                                   Ingrid C. Palermo
                                                   350 Linden Oaks, Third Floor
                                                   Rochester, New York 14625-2825
                                                   Telephone: (585) 362-4700
                                                   ipalermo@bsk.com

                                                   *Proposed Attorneys for the Diocese of Rochester*

3457645.1