UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re:                                                                Case No.: 2-19-20905-PRW

The Diocese of Rochester,                           Chapter 11

            Debtor.
-------------------------------------------------------------------X

## *EX PARTE* MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF CHARLES E. JONES

Attorney Charles E. Jones hereby requests admission *pro hac vice* before the Honorable Paul R. Warren to represent Interstate Fire and Casualty Company ("Interstate") and National Surety Corporation ("NSC") in this matter.

I have been requested by Interstate and NSC to represent them in connection with claims by Debtor The Diocese of Rochester (the "Diocese") seeking insurance coverage under certain contracts of indemnity insurance between Interstate and NSC and the Diocese, in connection with the underlying abuse claims at issue in this action. I will be associating with Peter P. McNamara, of Rivkin Radler.

I certify that I am a member in good standing of the Bar of the States of Minnesota (1989), North Dakota (2015) and Wisconsin (2016); I also have been admitted to practice before the United States District Court for the District of Minnesota (1989); the United States Court of Appeals, Eighth Circuit (1995), the United States District Court for the District of Colorado (1997), the United States District Court for the Northern District of Texas (1997), the United States Court of Appeals, Tenth Circuit (1997), and the United States District Court for the Western District of Wisconsin (2019).

There are no pending disciplinary proceedings against me in any State or Federal Court, nor has discipline been previously imposed on me in any jurisdiction.

WHEREFORE, I respectfully request admission to practice, *pro hac vice*, before this Court for the purposes of representing Interstate and NSC in the above captioned action.

Dated: November 18, 2019          By:      */s/ Charles E. Jones*
Charles E. Jones (#202708)
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 877-5259
Charles.jones@lawmoss.com
*Attorneys for Interstate Fire and Casualty Company and National Surety Corporation*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re:                                                  Case No.: 2-19-20905-PRW

The Diocese of Rochester,                               Chapter 11

        Debtor.
-------------------------------------------------------------------X

## *EX PARTE* ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*, OF CHARLES E. JONES

Upon the *ex parte* motion (the "Motion") of Charles E. Jones, to be admitted, *pro hac vice*, to represent Interstate Fire and Casualty Company ("Interstate") and National Surety Corporation ("NSC"), in the above-referenced matter, and upon the movant's certification that the movant is a member in good standing of the Bar of the States of Minnesota, North Dakota and Wisconsin; and also has been admitted to practice before the United States District Court for the District of Minnesota; the United States Court of Appeals, Eighth Circuit, the United States District Court for the District of Colorado, the United States District Court for the Northern District of Texas, the United States Court of Appeals, Tenth Circuit, and the United States District Court for the Western District of Wisconsin, it is hereby:

ORDERED, that Charles E. Jones is admitted to practice, *pro hac vice*, before this Court for the purpose of representing Interstate and NSC in the above-captioned action.

Dated: _____

                                                            The Honorable Paul R. Warren,
                                                            U.S.B.J. Rochester, NY