UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                                                     Chapter 11

THE DIOCESE OF ROCHESTER,                   Case No. 19-20905-PRW

                 Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Leader L. James IV, of James, Vernon & Weeks, P.A. ("JVW") hereby enters its appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") on behalf of creditors, Kenneth G. Cubiotti, and other creditors, and requests that he be added to the service list in this case and that copies of all notices and pleadings, given or filed in this case, be served upon the person listed below at the following address:

Leander L. James, IV, Esq.
James Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814

Telephone: (208) 667-0685
Fax: (208) 664-1684
Email: ljames@jvwlaw.net

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the bankruptcy rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answers, objection, reply papers, memorandum or briefs in support of any of the forgoing, and

any other documents brought before this Court with respect to those proceedings, formal or informal, and whether transmitted in any written or oral format, or otherwise.

The Notice of Appearance and Request for Service of papers shall not be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named party in interest's rights to have final orders in non-core matters entered only after de novo review by a District Court judge; to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, to any other right, claims, actions, setoffs, or recoupments to which the above-named party in interest may otherwise be entitled or expressly reserves.

DATED: November 15, 2019    JAMES VERNON & WEEKS, P.A.

By: _____
LEANDER L.JAMES, IV
1626 Lincoln Ave.
Coeur d'Alene, ID 83814
Telephone: (208) 667-0685
Fax: (208) 664-1684
Email: ljames@jvwlaw.net