UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                    :        Chapter 11
                                         :
The Diocese of Rochester,                :        Case No. 19-20905
                                         :
                            Debtor.      :
------------------------------------------------------x

## UNITED STATES TRUSTEE'S RESERVATION OF RIGHTS REGARDING THE FIRST MONTLY FEE STATEMENTS OF PROFESSIONALS

William K. Harrington, the United States Trustee for Region 2, respectfully submits this reservation of rights with respect to the (i) *First Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period September 12, 2019 Through October 31, 2019* [ECF No. 322]; (ii) *First Monthly Fee Statement of Harris Beach PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Diocese of Rochester for the Period September 12, 2019 through November 30, 2019* [ECF No. 327]; and (iii) *First Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Rochester for the Period September 12, 2019 Through November 30, 2019* [ECF No. 329] (collectively, the " **First Monthly Fee Statements**").

## FACTS

On December 5, 2019, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committee [ECF No. 318], which provided, *inter alia*,

that professionals may seek monthly compensation by filing a Monthly Fee Statement with the Court on or before the 20th day of each month (the "**Monthly Compensation Order**").

## RESERVATION OF RIGHTS

The United States Trustee reserves his rights to raise objections to the First Monthly Fee Statements, which would further allow for discussions with the professionals in resolving issues the United States Trustee identifies to the professionals[1].

Dated: December 16, 2019

                                        WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE, Region 2

By    */s/ Kathleen Schmitt*
        Kathleen Schmitt
        Assistant United States Trustee
        100 State Street, Suite 4180
        Rochester, NY 14614
        (585) 263-5706

---

[1] The United States Trustee believes that there are multiple issues with the Monthly Fee Statements that were filed, and it is anticipated that upon identification and discussion with the professionals, the professionals will take actions to remedy any such issues. Accordingly, the United States Trustee is hopeful that this reservation of rights will lead to results that would dispose of a formal objection to the Court.

Case 2-19-20905-PRW, Doc 331, Filed 12/16/19, Entered 12/16/19 16:41:29, Description: Main Document , Page 2 of 2