**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## <u>NOTICE OF FILING</u>

PLEASE TAKE NOTICE that, in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees [Docket No. 318], Pachulski Stang Ziehl & Jones LLP has filed the *First Monthly Fee Statement of Pachulski Stang Ziehl & Jones, LLP for Compensation for Services Rendered and Reimbursement of Expenses As Counsel to The Official Committee of Unsecured Creditors for The Diocese Of Rochester for The Period September 24, 2019 Through November 30, 2019*, a copy of which is attached hereto and hereby served upon you.

Date: December 17, 2019

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James I. Stang*
James I. Stang (*pro hac vice*)
Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    jstang@pszjlaw.com
              ischarf@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD
SEPTEMBER 24, 2019 THROUGH NOVEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors for the Diocese of Rochester |
| Date of Retention: | Order Entered November 1, 2019 [Docket No. 160] Employment Effective September 24, 2019 |
| Period for which compensation and Reimbursement is sought: | September 24, 2019 through November 30, 2019 |
| Amount of compensation sought as well as actual, reasonable and necessary: | 80% OF $157,522.50 ($126,018.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3,790.46 |

This is a __X__ monthly _____ quarterly _____ final application
This is the first monthly fee statement by Pachulski Stang Ziehl & Jones LLP in this case.

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

November 30, 2019

JIS

Invoice   123646
Client    18489
Matter    00002
**JIS**

RE:   Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/30/2019**

| | |
|---|---|
| FEES | $157,522.50 |
| EXPENSES | $3,790.46 |
| **TOTAL CURRENT CHARGES** | **$161,312.96** |
| **TOTAL BALANCE DUE** | **$161,312.96** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:     2
Invoice 123646
November 30, 2019

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BDD | Dassa, Beth D. | Paralegal | 395.00 | 6.10 | $2,409.50 |
| CHM | Mackle, Cia H. | Counsel | 650.00 | 9.20 | $5,980.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 13.40 | $9,380.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 120.10 | $84,070.00 |
| JIS | Stang, James I. | Partner | 700.00 | 49.70 | $34,790.00 |
| KHB | Brown, Kenneth H. | Partner | 700.00 | 2.40 | $1,680.00 |
| LAF | Forrester, Leslie A. | Other | 425.00 | 0.50 | $212.50 |
| LSC | Canty, La Asia S. | Paralegal | 395.00 | 5.40 | $2,133.00 |
| SWG | Golden, Steven W. | Associate | 575.00 | 7.30 | $4,197.50 |
| VAN | Newmark, Victoria A. | Counsel | 700.00 | 18.10 | $12,670.00 |
| | | | | 232.20 | $157,522.50 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:        3
Invoice 123646
November 30, 2019

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 20.40 | $14,280.00 |
| BL | Bankruptcy Litigation [L430] | 10.60 | $7,420.00 |
| CA | Case Administration [B110] | 19.10 | $12,907.50 |
| CF | Committee Formation | 3.70 | $2,440.00 |
| CO | Claims Admin/Objections[B310] | 10.80 | $5,486.00 |
| CP | Compensation Prof. [B160] | 0.80 | $560.00 |
| FF | Financial Filings [B110] | 2.80 | $1,960.00 |
| FN | Financing [B230] | 0.90 | $630.00 |
| GC | General Creditors Comm. [B150] | 43.10 | $30,170.00 |
| HE | Hearing | 10.40 | $7,219.00 |
| IC | Insurance Coverage | 15.00 | $10,500.00 |
| MC | Meeting of Creditors [B150] | 32.60 | $22,820.00 |
| OP | Operations [B210] | 2.20 | $1,540.00 |
| RP | Retention of Prof. [B160] | 4.00 | $2,068.00 |
| RPO | Ret. of Prof./Other | 2.40 | $1,680.00 |
| SL | Stay Litigation [B140] | 53.40 | $35,842.00 |
|  |  | 232.20 | $157,522.50 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:     4
Invoice 123646
November 30, 2019

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Air Fare [E110] | $1,643.51 |
| Conference Call [E105] | $504.02 |
| Federal Express [E108] | $58.72 |
| Hotel Expense [E110] | $1,512.18 |
| Reproduction/ Scan Copy | $10.40 |
| Travel Expense [E110] | $61.63 |
| | $3,790.46 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:      5
Invoice 123646
November 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis/Recovery[B120]**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2019 | IDS | AA | Email to Jim Stang regarding financials. | 0.20 | 700.00 | $140.00 |
| 10/03/2019 | IDS | AA | Telephone conference with W. Gordon regarding Diocese/Parish relationship. | 0.40 | 700.00 | $280.00 |
| 10/06/2019 | IDS | AA | Review form 990 filings for entities related to debtor. | 1.60 | 700.00 | $1,120.00 |
| 10/14/2019 | JIS | AA | Prepare draft of document due diligence list. | 1.50 | 700.00 | $1,050.00 |
| 10/16/2019 | JIS | AA | Review email regarding document production request, review request and respond. | 0.10 | 700.00 | $70.00 |
| 10/17/2019 | JIS | AA | Review and revise document production request and forward to Debtor, Committee and state court counsel. | 0.60 | 700.00 | $420.00 |
| 10/17/2019 | JIS | AA | Telephone call with W. Gordon regarding discovery changes. | 0.10 | 700.00 | $70.00 |
| 10/17/2019 | IDS | AA | Revise document request to debtor. | 2.10 | 700.00 | $1,470.00 |
| 10/17/2019 | IDS | AA | Review notes from 341 meeting, SOAL, SOFA redocument requests to debtor. | 1.80 | 700.00 | $1,260.00 |
| 10/18/2019 | IDS | AA | Email with Debtor counsel regarding document request. | 0.20 | 700.00 | $140.00 |
| 10/19/2019 | KHB | AA | Telephone call with J. Stang re Debtor's fiduciary duties and issues raised by fund raising based on restrictions to keep funds from creditors. | 0.30 | 700.00 | $210.00 |
| 10/19/2019 | KHB | AA | Review authorities re Debtor's fiduciary duties and issues raised by fund raising based on restrictions to keep funds from creditors. | 0.20 | 700.00 | $140.00 |
| 10/21/2019 | JIS | AA | Review website and related materials regarding restricted solicitations. | 1.20 | 700.00 | $840.00 |
| 10/21/2019 | KHB | AA | Analyze New York nonprofit law and email to J. Stang re standing to sue management for breach of duty. | 1.00 | 700.00 | $700.00 |
| 10/22/2019 | JIS | AA | Telephone call with Donato regarding meeting agenda, including restricted gifts(.3) review Diocese of Spokane materials re Debtor's duty on gifts (.3). | 0.60 | 700.00 | $420.00 |
| 10/29/2019 | IDS | AA | Email to Jim Stang regarding discovery. | 0.40 | 700.00 | $280.00 |
| 10/29/2019 | IDS | AA | Telephone conference with J. Amala regarding discovery. | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    -00002

Page:      6

Invoice 123646

November 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2019 | JIS | AA | Review and comment on non disclosure agreement. | 1.10 | 700.00 | $770.00 |
| 11/13/2019 | JIS | AA | Review confidentiality agreement redline. | 0.20 | 700.00 | $140.00 |
| 11/13/2019 | IDS | AA | Revise confi agreement of Diocese. | 0.60 | 700.00 | $420.00 |
| 11/13/2019 | IDS | AA | Telephone conference with Jim Stang regarding confi. | 0.30 | 700.00 | $210.00 |
| 11/13/2019 | IDS | AA | Telephone conference with Debtor's counsel regarding NDA, Discovery, stay. | 1.10 | 700.00 | $770.00 |
| 11/13/2019 | IDS | AA | Revise NDA. | 0.20 | 700.00 | $140.00 |
| 11/13/2019 | IDS | AA | Telephone conference with Bill Gordon regarding NDA | 0.50 | 700.00 | $350.00 |
| 11/14/2019 | JIS | AA | Research regarding restricted gift solicitation and impact of insolvency. | 2.20 | 700.00 | $1,540.00 |
| 11/18/2019 | IDS | AA | Revise NDA. | 0.60 | 700.00 | $420.00 |
| 11/19/2019 | IDS | AA | Revise NDA. | 0.30 | 700.00 | $210.00 |
| 11/27/2019 | JIS | AA | Telephone Cia Mackle regarding memo on donative intent (.3); revise memo re donative intent (.3). | 0.60 | 700.00 | $420.00 |
| | | | | 20.40 | | $14,280.00 |

## Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/25/2019 | IDS | BL | Review first day affidavits. | 1.70 | 700.00 | $1,190.00 |
| 09/27/2019 | IDS | BL | Initial review of utility motion. | 0.20 | 700.00 | $140.00 |
| 09/27/2019 | IDS | BL | Initial review of employee comp motion. | 0.40 | 700.00 | $280.00 |
| 09/27/2019 | IDS | BL | Initial review of PSIP motion. | 0.40 | 700.00 | $280.00 |
| 10/07/2019 | IDS | BL | Telephone conference with counsel to Democrat and Caerter regarding seal motion. | 0.30 | 700.00 | $210.00 |
| 10/07/2019 | IDS | BL | Review motion to seal | 0.90 | 700.00 | $630.00 |
| 10/07/2019 | IDS | BL | Telephone conference with Jim Stang regarding motion to seal. | 0.20 | 700.00 | $140.00 |
| 10/11/2019 | IDS | BL | Memo to committee regarding first day motions. | 0.80 | 700.00 | $560.00 |
| 10/11/2019 | IDS | BL | Review cash management motion. | 0.80 | 700.00 | $560.00 |
| 10/11/2019 | IDS | BL | Review utility motion. | 0.60 | 700.00 | $420.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2019 | IDS | BL | Review PSIP motion. | 0.80 | 700.00 | $560.00 |
| 10/11/2019 | IDS | BL | Review wage and compensation motion. | 1.00 | 700.00 | $700.00 |
| 10/11/2019 | IDS | BL | Review order to seal schedule F. | 0.40 | 700.00 | $280.00 |
| 10/11/2019 | IDS | BL | Telephone conference with Jim Stang regarding first day motions. | 0.40 | 700.00 | $280.00 |
| 10/17/2019 | JIS | BL | Telephone call UST regarding October 24 matters. | 0.30 | 700.00 | $210.00 |
| 10/22/2019 | JIS | BL | Telephone call with Donato and law clerk regarding 10.24 hearing. | 0.10 | 700.00 | $70.00 |
| 10/23/2019 | IDS | BL | Call with SCC regarding hearing. | 0.80 | 700.00 | $560.00 |
| 10/25/2019 | IDS | BL | Telephone conference with Jim Stang regarding hearing; transcript, report to Committee. | 0.40 | 700.00 | $280.00 |
| 11/13/2019 | IDS | BL | Revise ex parte motion for electronic access. | 0.10 | 700.00 | $70.00 |
| | | | | **10.60** | | **$7,420.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/25/2019 | IDS | CA | Emails with SCC regarding administrative matters. | 0.40 | 700.00 | $280.00 |
| 09/27/2019 | IDS | CA | Emails to Committee regarding meeting scheduling. | 0.30 | 700.00 | $210.00 |
| 09/27/2019 | IDS | CA | Draft WIP list. | 1.20 | 700.00 | $840.00 |
| 09/27/2019 | IDS | CA | Follow up with SCC regarding contracts for case. | 0.40 | 700.00 | $280.00 |
| 09/30/2019 | CHM | CA | Conference call with state court counsel. | 1.50 | 650.00 | $975.00 |
| 10/01/2019 | CHM | CA | Committee conference call. | 1.50 | 650.00 | $975.00 |
| 10/02/2019 | IDS | CA | Review articles and disclosures regarding DOR, including abuse allegations and property issues. | 2.40 | 700.00 | $1,680.00 |
| 10/07/2019 | CHM | CA | Conference call with state court counsel. | 1.20 | 650.00 | $780.00 |
| 10/07/2019 | IDS | CA | Draft agenda for SCC meeting. | 0.40 | 700.00 | $280.00 |
| 10/11/2019 | LSC | CA | Draft notice of appearance. | 0.20 | 395.00 | $79.00 |
| 10/16/2019 | CHM | CA | Committee conference call. | 1.40 | 650.00 | $910.00 |
| 10/16/2019 | JIS | CA | Review issues related to McQuade High School. | 1.20 | 700.00 | $840.00 |
| 10/16/2019 | IDS | CA | Telephone conference with Jim Stang regarding document request; PSZJ retention. | 0.30 | 700.00 | $210.00 |
| 10/17/2019 | KHB | CA | Review media reports re abuse at McQuaid. | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    -00002

Page:    8
Invoice 123646
November 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2019 | CHM | CA | Conference call with state court counsel. | 0.60 | 650.00 | $390.00 |
| 10/24/2019 | IDS | CA | Meet with Jim Stang to prepare for hearing, meeting with Debtor. | 1.00 | 700.00 | $700.00 |
| 10/24/2019 | IDS | CA | Meet with Debtor's counsel regarding case issues; documents, first days. | 3.50 | 700.00 | $2,450.00 |
| 11/13/2019 | LSC | CA | File motion re personal electronic devices and correspondence regarding the same. | 0.30 | 395.00 | $118.50 |
| 11/21/2019 | IDS | CA | Meet with Debtor's counsel regarding case status and document issues. | 1.00 | 700.00 | $700.00 |
|  |  |  |  | **19.10** |  | **$12,907.50** |

### Committee Formation

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 09/27/2019 | CHM | CF | Draft bylaws for DOR Committee; email same to I. Scharf for review. | 0.70 | 650.00 | $455.00 |
| 09/27/2019 | CHM | CF | Update bylaws per I. Scharf comments and email same to I. Scharf and J. Stang. | 1.10 | 650.00 | $715.00 |
| 09/27/2019 | IDS | CF | Review and revise Bylaws. | 0.70 | 700.00 | $490.00 |
| 10/01/2019 | CHM | CF | Review Diocese of Rochester bylaws and email J. Stang re role of chair and vice-chair in light of discussion on conference call. | 0.20 | 650.00 | $130.00 |
| 10/02/2019 | CHM | CF | Telephone conference with J. Cali re Chair and Vice Chair roles and update Diocese of Rochester Committee bylaws with Chair and Vice Chair roles defined; email same to J. Stang. | 1.00 | 650.00 | $650.00 |
|  |  |  |  | **3.70** |  | **$2,440.00** |

### Claims Admin/Objections[B310]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 09/25/2019 | IDS | CO | Review complaints against Diocese of Rochester regarding CVA cases. | 3.40 | 700.00 | $2,380.00 |
| 10/02/2019 | JIS | CO | Telephone call with state court counsel regarding window constitutionality. | 0.30 | 700.00 | $210.00 |
| 10/04/2019 | LSC | CO | Research and retrieval of complaints in connection with pending litigation. | 0.70 | 395.00 | $276.50 |
| 10/10/2019 | BDD | CO | Email J. Stang re bar dates for diocese cases | 0.10 | 395.00 | $39.50 |
| 10/15/2019 | BDD | CO | Confer with J. Stang re bar date order project | 0.10 | 395.00 | $39.50 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/2019 | JIS | CO | Review bar date spreadsheet and email to state court counsel re same. | 0.30 | 700.00 | $210.00 |
| 10/18/2019 | BDD | CO | Update Diocese chart re bar dates and email J. Stang re same | 5.90 | 395.00 | $2,330.50 |
|  |  |  |  | **10.80** |  | **$5,486.00** |

### Compensation Prof. [B160]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/04/2019 | JIS | CP | Review interim compensation motion and email to I. Scharf and J. Dove re same. | 0.20 | 700.00 | $140.00 |
| 11/22/2019 | IDS | CP | Comments to interim comp motion. | 0.60 | 700.00 | $420.00 |
|  |  |  |  | **0.80** |  | **$560.00** |

### Financial Filings [B110]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 11/01/2019 | IDS | FF | Brief review of September MOR | 1.00 | 700.00 | $700.00 |
| 11/01/2019 | IDS | FF | Respond to email from B. Gordon regarding MOR. | 0.20 | 700.00 | $140.00 |
| 11/04/2019 | IDS | FF | Review MOR, draft questions regarding same for debtor. | 1.30 | 700.00 | $910.00 |
| 11/05/2019 | IDS | FF | Email to I. Palermo regarding MOR | 0.30 | 700.00 | $210.00 |
|  |  |  |  | **2.80** |  | **$1,960.00** |

### Financing [B230]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/01/2019 | JIS | FN | Review and comment on draft order re M&T credit cards. | 0.30 | 700.00 | $210.00 |
| 10/03/2019 | IDS | FN | Review cash collateral stipulation. | 0.60 | 700.00 | $420.00 |
|  |  |  |  | **0.90** |  | **$630.00** |

### General Creditors Comm. [B150]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 09/27/2019 | JIS | GC | Draft memo to Committee regarding upcomiing committee call agenda. | 0.40 | 700.00 | $280.00 |
| 09/27/2019 | IDS | GC | Update case WIP spreadsheet. | 0.80 | 700.00 | $560.00 |
| 09/30/2019 | JIS | GC | Conference call with state court counsel regarding case background. | 1.60 | 700.00 | $1,120.00 |
| 10/01/2019 | JIS | GC | Telephone conference with C. MGarabedian/Lee James (separate calls) regarding committee agenda issues. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    10
Invoice 123646
November 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2019 | JIS | GC | Committee call. | 1.50 | 700.00 | $1,050.00 |
| 10/02/2019 | IDS | GC | Respond to Committee member questions regarding financials/discovery. | 0.20 | 700.00 | $140.00 |
| 10/02/2019 | IDS | GC | Telephone conference with Amala regarding Diocese litigation issues. | 0.30 | 700.00 | $210.00 |
| 10/02/2019 | IDS | GC | Call with SCC regarding case issues; background. | 0.70 | 700.00 | $490.00 |
| 10/03/2019 | JIS | GC | Telephone call with Debtor's counsel regarding bar date, affiliate litigation, 341(a) meeting, document productions (1.5); follow up with Ilan Scharf (.2). | 1.70 | 700.00 | $1,190.00 |
| 10/03/2019 | IDS | GC | Email to Committee regarding call scheduling and first meeting. | 0.30 | 700.00 | $210.00 |
| 10/07/2019 | JIS | GC | State Court Counsel call re 341 meeting and professionals. | 1.20 | 700.00 | $840.00 |
| 10/11/2019 | JIS | GC | Telephone call with Ilan Scharf regarding judicial issues. | 0.20 | 700.00 | $140.00 |
| 10/14/2019 | JIS | GC | Conference call with state court counsel regarding case issues. | 1.00 | 700.00 | $700.00 |
| 10/16/2019 | JIS | GC | Committee conference call meeting. | 1.50 | 700.00 | $1,050.00 |
| 10/16/2019 | KHB | GC | Confer with J. Stang re recusal issues. | 0.30 | 700.00 | $210.00 |
| 10/16/2019 | IDS | GC | Attend committee meeting. | 1.40 | 700.00 | $980.00 |
| 10/16/2019 | IDS | GC | Review material in advance of committee meeting. | 0.60 | 700.00 | $420.00 |
| 10/17/2019 | JIS | GC | Review case law regarding recusal based on board membership; research re facts of recusal and email to Committee and counsel re status of review. | 1.30 | 700.00 | $910.00 |
| 10/17/2019 | JIS | GC | Telephone call with Debtor's counsel regarding case issues, including recusal, October 24 hearings. | 1.80 | 700.00 | $1,260.00 |
| 10/17/2019 | JIS | GC | Two calls with advisors on recusal issues. | 0.40 | 700.00 | $280.00 |
| 10/17/2019 | KHB | GC | Review authorities re recusal standard. | 0.30 | 700.00 | $210.00 |
| 10/17/2019 | IDS | GC | Call with Debtor's counsel regarding various matters. | 0.90 | 700.00 | $630.00 |
| 10/17/2019 | IDS | GC | Telephone conference with Jim Stang regarding call with debtor. | 0.20 | 700.00 | $140.00 |
| 10/18/2019 | JIS | GC | Telephone call with Ilan Scharf re recusal issues and other case issues. | 0.30 | 700.00 | $210.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2019 | JIS | GC | Review email inquiring about Paul Schnacky and email to debtor's counsel re same; check website for Schnacky status. | 0.20 | 700.00 | $140.00 |
| 10/21/2019 | JIS | GC | Conference call with state court counsel re issues for October 24 hearing. | 0.50 | 700.00 | $350.00 |
| 10/21/2019 | JIS | GC | Draft email to Committee re status. | 0.50 | 700.00 | $350.00 |
| 10/23/2019 | JIS | GC | Committee call. | 1.10 | 700.00 | $770.00 |
| 10/24/2019 | JIS | GC | Breakfast meeting with Ilan Scharf to review agenda for Debtor's meeting (1.2); attend meeting with Debtor's counsel re case issues (2.3). | 3.50 | 700.00 | $2,450.00 |
| 10/24/2019 | JIS | GC | Draft email to committee regarding meeting with Debtor and hearing. | 1.10 | 700.00 | $770.00 |
| 10/24/2019 | IDS | GC | Meet with Jim Stang regarding hearing; next steps in case. | 1.00 | 700.00 | $700.00 |
| 10/28/2019 | IDS | GC | Prepare for and attend call with SCC regarding documents, case, parish stay. | 1.30 | 700.00 | $910.00 |
| 10/29/2019 | IDS | GC | Email to SCC regarding electronics order. | 0.20 | 700.00 | $140.00 |
| 10/29/2019 | IDS | GC | Review correspondence from J. Coli. | 0.40 | 700.00 | $280.00 |
| 10/30/2019 | JIS | GC | Committee call. | 0.60 | 700.00 | $420.00 |
| 10/30/2019 | IDS | GC | Prepare for and attend Committee call. | 0.30 | 700.00 | $210.00 |
| 10/30/2019 | IDS | GC | Draft agenda for committee call. | 0.30 | 700.00 | $210.00 |
| 11/04/2019 | JIS | GC | Conference call with state court counsel re case. | 0.70 | 700.00 | $490.00 |
| 11/04/2019 | IDS | GC | Prepare for call with SCC | 0.40 | 700.00 | $280.00 |
| 11/04/2019 | IDS | GC | Attend call with SCC regarding documents, parish stay and stay relief. | 0.80 | 700.00 | $560.00 |
| 11/06/2019 | JIS | GC | Email to State Court Counsel regarding telephone call with Donato. | 0.20 | 700.00 | $140.00 |
| 11/06/2019 | JIS | GC | Telephone call with Steve Donato regarding parish stay, bar date, document production. | 0.70 | 700.00 | $490.00 |
| 11/06/2019 | JIS | GC | Telephone call to Ingrid Palermo regarding parish service, documents and MOR questions. | 0.30 | 700.00 | $210.00 |
| 11/06/2019 | IDS | GC | Prepare for and attend meeting with committee regarding documents and motion for stay relief. | 1.00 | 700.00 | $700.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    - 00002

Page:    12

Invoice 123646

November 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/11/2019 | JIS | GC | Conference call with state court counsel regarding document production, NDA, stay relief. | 0.70 | 700.00 | $490.00 |
| 11/11/2019 | IDS | GC | Revise electronics order. | 0.40 | 700.00 | $280.00 |
| 11/11/2019 | IDS | GC | Draft agenda for committee. | 0.50 | 700.00 | $350.00 |
| 11/11/2019 | IDS | GC | Telephone conference with J. Allen regarding case/hearing. | 0.40 | 700.00 | $280.00 |
| 11/11/2019 | IDS | GC | Committee call. | 1.40 | 700.00 | $980.00 |
| 11/13/2019 | JIS | GC | Conference call with Debtor regarding Sec. 345, NDA, parish stay, CNA stay relief motion. | 0.90 | 700.00 | $630.00 |
| 11/13/2019 | JIS | GC | Committee call (1.4) and follow up with Ilan Scharf (.3). | 1.70 | 700.00 | $1,190.00 |
| 11/18/2019 | JIS | GC | State Court Counsel call. | 0.50 | 700.00 | $350.00 |
| 11/18/2019 | IDS | GC | Attend call with SCC regarding case; NDA, documents, parish stay, stay relief. | 0.70 | 700.00 | $490.00 |
| 11/19/2019 | IDS | GC | Memo to client regarding November 21st hearing. | 1.20 | 700.00 | $840.00 |
| 11/25/2019 | IDS | GC | Call with SCC regarding case status. | 0.50 | 700.00 | $350.00 |
| | | | | 43.10 | | $30,170.00 |

**Hearing**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/23/2019 | IDS | HE | Telephone conference with Jim Stang regarding hearing. | 0.40 | 700.00 | $280.00 |
| 10/23/2019 | IDS | HE | Prepare for hearing. Review applicable motions and order. | 2.80 | 700.00 | $1,960.00 |
| 10/24/2019 | JIS | HE | Attend Bankruptcy Court hearing. | 1.80 | 700.00 | $1,260.00 |
| 10/24/2019 | IDS | HE | Attend hearing | 2.00 | 700.00 | $1,400.00 |
| 10/24/2019 | IDS | HE | Telephone conference with SCC regarding hearing. | 0.40 | 700.00 | $280.00 |
| 11/19/2019 | LSC | HE | Coordinate telephonic appearance at 11/20/19 hearing and correspondence regarding the same. | 0.20 | 395.00 | $79.00 |
| 11/21/2019 | JIS | HE | Telephone conference with Ilan Scharf regarding November 21, 2019 hearing. | 0.60 | 700.00 | $420.00 |
| 11/21/2019 | IDS | HE | Attend hearing. | 1.50 | 700.00 | $1,050.00 |
| 11/21/2019 | IDS | HE | Email to Committee regarding hearing. | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    - 00002

Page:    13

Invoice 123646

November 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/21/2019 | IDS | HE | Telephone conference with Jim Stang regarding hearing. | 0.40 | 700.00 | $280.00 |
| | | | | **10.40** | | **$7,219.00** |

### Insurance Coverage

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/26/2019 | IAWN | IC | Exchange emails with local counsel and James I Stang re pro hac vice v. bar admission | 0.10 | 700.00 | $70.00 |
| 09/30/2019 | IAWN | IC | Telephone conference with James I. Stang re status | 0.10 | 700.00 | $70.00 |
| 10/09/2019 | IAWN | IC | Review first day, follow up with James I Stang re same | 0.50 | 700.00 | $350.00 |
| 10/11/2019 | IAWN | IC | Review James I Stang email re insurance, review first day motion, respond to James I Stang via email and telephone conference, email Murray and Donato re same | 1.40 | 700.00 | $980.00 |
| 10/11/2019 | JIS | IC | Meeting with Iain Nasatir regarding insurance coverage issues on pool motion. | 0.30 | 700.00 | $210.00 |
| 10/12/2019 | IAWN | IC | Exchange emails with Murray, Donato and James I Stang re first day motion | 0.20 | 700.00 | $140.00 |
| 10/14/2019 | IAWN | IC | Exchange emails with Donato, conference call with Donato, Grayson re first day motion | 0.70 | 700.00 | $490.00 |
| 10/14/2019 | IAWN | IC | Review emails from James I Stang to SCC re agreement with diocese | 0.30 | 700.00 | $210.00 |
| 10/15/2019 | IAWN | IC | Exchange emails and telephone conferences with Grayson re first day order language, exchange emails with James I Stang re same | 0.90 | 700.00 | $630.00 |
| 10/15/2019 | IAWN | IC | Review emails from Donato and Grayson re confidentiality agreement and other issues | 0.20 | 700.00 | $140.00 |
| 10/16/2019 | IAWN | IC | Email Grayson re language in order | 0.10 | 700.00 | $70.00 |
| 10/17/2019 | IAWN | IC | Review emails with James I Stang and Ilan Scharf and Diocese re first day order | 0.20 | 700.00 | $140.00 |
| 10/17/2019 | IAWN | IC | Conference call email etc with Diocese re first day order insurance | 0.40 | 700.00 | $280.00 |
| 10/31/2019 | IAWN | IC | Review article on insurance in case, review first day motion re same | 0.80 | 700.00 | $560.00 |
| 11/04/2019 | IAWN | IC | Review insurance order and email trail for Ilan Scharf and confirm | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489   - 00002

Page:   14

Invoice 123646

November 30, 2019

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/2019 | IAWN | IC | Review Ilan Scharf email re agenda, James I Stang and Murray emails re call re insurance | 0.20 | 700.00 | $140.00 |
| 11/07/2019 | IAWN | IC | Conference call re insurance, review coverage chart and analyze | 2.30 | 700.00 | $1,610.00 |
| 11/07/2019 | JIS | IC | Review insurance coverage chart. | 0.20 | 700.00 | $140.00 |
| 11/07/2019 | JIS | IC | Conference call with Diocese re coverage maps. | 1.60 | 700.00 | $1,120.00 |
| 11/07/2019 | JIS | IC | Office conference with Ilan Scharf regarding insurance coverage maps. | 0.20 | 700.00 | $140.00 |
| 11/07/2019 | IDS | IC | Call with Diocese coverage | 1.60 | 700.00 | $1,120.00 |
| 11/07/2019 | IDS | IC | Office conference with Jim Stang regarding coverage. | 0.20 | 700.00 | $140.00 |
| 11/11/2019 | IAWN | IC | Review emails from Ilan Scharf and James I Stang re agenda | 0.10 | 700.00 | $70.00 |
| 11/12/2019 | IAWN | IC | Exchange emails with James I Stang re insurers' strategy | 0.10 | 700.00 | $70.00 |
| 11/13/2019 | IAWN | IC | Exchange emails with James I Stang  and Ilan Scharf re relief from stay objection | 0.40 | 700.00 | $280.00 |
| 11/14/2019 | IAWN | IC | Reviewed draft objections and emails re same from debtor | 0.80 | 700.00 | $560.00 |
| 11/25/2019 | IAWN | IC | Review James I Stang email and research from Cia Mackle | 0.70 | 700.00 | $490.00 |
|  |  |  |  | **15.00** |  | **$10,500.00** |

### Meeting of Creditors [B150]

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/27/2019 | JIS | MC | Email to Debtor's counsel regarding hearing/341 dates. | 0.20 | 700.00 | $140.00 |
| 10/01/2019 | JIS | MC | Telephone call with UST regarding 341 meeting. | 0.30 | 700.00 | $210.00 |
| 10/02/2019 | JIS | MC | Telephone conference with Debtor counsel regarding 341 meeting and schedules deadline. | 0.50 | 700.00 | $350.00 |
| 10/02/2019 | IDS | MC | Draft questions for committee members for 341 meeting. | 0.70 | 700.00 | $490.00 |
| 10/06/2019 | IDS | MC | Review of First Day Declarations in preparation for 341 meeting. | 1.20 | 700.00 | $840.00 |
| 10/06/2019 | IDS | MC | Review of FY2018 financial statement in preparation for 341 meeting. | 1.80 | 700.00 | $1,260.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/06/2019 | IDS | MC | Review of miscellaneous documents in preparation for 341 meeting. | 2.70 | 700.00 | $1,890.00 |
| 10/06/2019 | IDS | MC | Draft outline of questions for 341 meeting. | 2.10 | 700.00 | $1,470.00 |
| 10/07/2019 | JIS | MC | Telephone call with Ilan Scharf regarding 341 meeting and SOAL/SOFA issues. | 0.20 | 700.00 | $140.00 |
| 10/07/2019 | IDS | MC | Detailed review of schedules and SOFA | 4.20 | 700.00 | $2,940.00 |
| 10/07/2019 | IDS | MC | Prepare questions for 341 meeting. | 1.70 | 700.00 | $1,190.00 |
| 10/07/2019 | IDS | MC | Telephone conference with Jim Stang regarding schedules and SOFA. | 0.30 | 700.00 | $210.00 |
| 10/08/2019 | JIS | MC | Committee call re 341 meeting. | 1.20 | 700.00 | $840.00 |
| 10/08/2019 | IDS | MC | Call with committee regarding 341 meeting; Chapter 11 issues. | 1.00 | 700.00 | $700.00 |
| 10/08/2019 | IDS | MC | Telephone conference with Jim Stang regarding 341 Meeting. | 0.40 | 700.00 | $280.00 |
| 10/08/2019 | IDS | MC | Telephone conference with Debtor's counsel regarding 341 meeting. | 0.50 | 700.00 | $350.00 |
| 10/08/2019 | IDS | MC | Review outline of 341 meeting questions. | 1.80 | 700.00 | $1,260.00 |
| 10/09/2019 | IDS | MC | Meeting with SCC regarding 341 meeting. | 2.20 | 700.00 | $1,540.00 |
| 10/10/2019 | IDS | MC | Meet with SCC regarding 341 meeting. | 1.50 | 700.00 | $1,050.00 |
| 10/10/2019 | IDS | MC | Telephone conference with JIm Stang regarding 341 meeting. | 0.60 | 700.00 | $420.00 |
| 10/10/2019 | IDS | MC | Prepare for 341 meeting. | 1.50 | 700.00 | $1,050.00 |
| 10/10/2019 | IDS | MC | Attend 341 meeting. | 6.00 | 700.00 | $4,200.00 |
| | | | | 32.60 | | $22,820.00 |

## Operations [B210]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/2019 | JIS | OP | Draft email to Committee regarding payments to listed priests. | 0.30 | 700.00 | $210.00 |
| 10/21/2019 | JIS | OP | Telephone call with M. Garabedian and telephone call with Lee James re payments for insurance for perpetrators. | 0.20 | 700.00 | $140.00 |
| 10/22/2019 | JIS | OP | Telephone call to V. Rivera regarding insurance premium issues. | 0.20 | 700.00 | $140.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    -00002

Page:    16
Invoice 123646
November 30, 2019

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/2019 | JIS | OP | Telephone call with Committee member regarding premium insurance payment. | 0.20 | 700.00 | $140.00 |
| 11/21/2019 | IDS | OP | Review pleadings regarding 345 motion. | 1.30 | 700.00 | $910.00 |
| | | | | **2.20** | | **$1,540.00** |

### Retention of Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/26/2019 | LSC | RP | Draft retention application, declarations, and proposed order. | 2.40 | 395.00 | $948.00 |
| 09/27/2019 | JIS | RP | Review and revise employment application, declaration and order. | 0.40 | 700.00 | $280.00 |
| 10/03/2019 | IDS | RP | Review local counsel disclosures regarding retention application. | 0.30 | 700.00 | $210.00 |
| 10/08/2019 | IDS | RP | Telephone conference with Jim Stang regarding local counsel retention. | 0.40 | 700.00 | $280.00 |
| 10/11/2019 | JIS | RP | Email to Committee regarding employment application and local counsel. | 0.40 | 700.00 | $280.00 |
| 10/21/2019 | JIS | RP | Review UST email regarding employment order and telephone call to Shannon Scott re employment application order and instructions to revise. | 0.10 | 700.00 | $70.00 |
| | | | | **4.00** | | **$2,068.00** |

### Ret. of Prof./Other

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2019 | JIS | RPO | Review emails regarding J. Dove employment application and respond. | 0.20 | 700.00 | $140.00 |
| 10/08/2019 | JIS | RPO | Telephone calls to various state court counsel re employment issues. | 0.60 | 700.00 | $420.00 |
| 10/18/2019 | IDS | RPO | Email to Jim Stang regarding conflict issue. | 0.20 | 700.00 | $140.00 |
| 10/18/2019 | IDS | RPO | Analysis of potential conflict issue. | 1.00 | 700.00 | $700.00 |
| 10/18/2019 | IDS | RPO | Email with SCC regarding conflict. | 0.20 | 700.00 | $140.00 |
| 10/21/2019 | JIS | RPO | Review email from Debtor's counsel re Stretto employment application, review application and email to Debtor's counsel re rate schedule. | 0.10 | 700.00 | $70.00 |
| 11/15/2019 | JIS | RPO | Review of amended affidavit for Debtor's counsel. | 0.10 | 700.00 | $70.00 |
| | | | | **2.40** | | **$1,680.00** |

Pachulski Stang Ziehl & Jones LLP

Page:    17

Diocese of Rochester O.C.C.

Invoice 123646

18489    - 00002

November 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Stay Litigation [B140]** |  |  |  |  |  |  |
| 10/14/2019 | JIS | SL | Email regarding terms of parish stay. | 0.60 | 700.00 | $420.00 |
| 10/15/2019 | JIS | SL | Review comments to letter re parish stay and revise; email to Debtor's counsel. | 0.20 | 700.00 | $140.00 |
| 10/29/2019 | IDS | SL | Review Continental Motion for stay relief. | 0.80 | 700.00 | $560.00 |
| 10/29/2019 | IDS | SL | Email to Jim Stang regarding Continental stay relief. | 0.20 | 700.00 | $140.00 |
| 10/30/2019 | IAWN | SL | Review and anayze Continental relief from stay motion, exchange emails and telephone conference with James I Stang re same | 1.30 | 700.00 | $910.00 |
| 10/30/2019 | IDS | SL | Email memo regarding stay relief. | 0.70 | 700.00 | $490.00 |
| 10/30/2019 | IDS | SL | Telephone conference with Jim Stang regarding Continental Motion | 0.30 | 700.00 | $210.00 |
| 10/30/2019 | IDS | SL | Review stay status of insurance coverage issues in NY state. | 1.20 | 700.00 | $840.00 |
| 10/31/2019 | VAN | SL | Phone conference with Ilan Scharf regarding opposition to Continental Insurance motion for relief from stay. | 0.20 | 700.00 | $140.00 |
| 11/01/2019 | LAF | SL | Legal research re: Stay relief to file declaratory action. | 0.50 | 425.00 | $212.50 |
| 11/01/2019 | VAN | SL | Analysis regarding Continental Insurance relief from stay motion. | 0.60 | 700.00 | $420.00 |
| 11/01/2019 | SWG | SL | Research regarding insurer relief from stay motion. | 1.60 | 575.00 | $920.00 |
| 11/04/2019 | IDS | SL | Review case law regarding stay relief. | 0.80 | 700.00 | $560.00 |
| 11/04/2019 | IDS | SL | Telephone conference with Steve Golden regarding response to stay relief. | 0.20 | 700.00 | $140.00 |
| 11/04/2019 | IDS | SL | Email with V. Newmark regarding stay relief objection. | 0.30 | 700.00 | $210.00 |
| 11/04/2019 | VAN | SL | Analysis regarding Continental Insurance relief from stay motion. | 2.20 | 700.00 | $1,540.00 |
| 11/04/2019 | SWG | SL | Research issues regarding insurer relief from stay. | 5.20 | 575.00 | $2,990.00 |
| 11/05/2019 | IDS | SL | Email and respond to S. Golden; email memo regarding stay relief. | 0.50 | 700.00 | $350.00 |
| 11/05/2019 | VAN | SL | Analysis regarding opposition to Continental Insurance RFS motion; draft same. | 1.20 | 700.00 | $840.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2019 | SWG | SL | Research issues re: insurers' lift stay motion | 0.50 | 575.00 | $287.50 |
| 11/06/2019 | VAN | SL | Analysis regarding opposition to Continental Insurance RFS motion; draft same. | 4.90 | 700.00 | $3,430.00 |
| 11/07/2019 | VAN | SL | Draft/revise opposition to Continental Insurance RFS motion. | 4.80 | 700.00 | $3,360.00 |
| 11/08/2019 | JIS | SL | Review CNA stay relief motion and Duluth docket regarding coverage actions. | 0.80 | 700.00 | $560.00 |
| 11/08/2019 | JIS | SL | Partial review of stay stipulation. | 0.60 | 700.00 | $420.00 |
| 11/08/2019 | VAN | SL | Draft/revise opposition to Continental Insurance RFS motion. | 3.40 | 700.00 | $2,380.00 |
| 11/11/2019 | IDS | SL | Revise stay relief objection. | 1.80 | 700.00 | $1,260.00 |
| 11/11/2019 | IDS | SL | Telephone conference with Jim Stang regarding stay relief objection. | 0.30 | 700.00 | $210.00 |
| 11/11/2019 | IDS | SL | Revise motion/stipulation regarding stay relief. | 0.80 | 700.00 | $560.00 |
| 11/12/2019 | IAWN | SL | Review insurer relief from stay motion and draft response, propose suggested additional historical information | 1.20 | 700.00 | $840.00 |
| 11/13/2019 | IDS | SL | Emails with Jim Stang. IAWN regarding continental lift stay. | 0.20 | 700.00 | $140.00 |
| 11/13/2019 | IDS | SL | Review debtor's draft objection to CNA lift stay. | 0.80 | 700.00 | $560.00 |
| 11/13/2019 | IDS | SL | Revise objection to DNA motion. | 0.70 | 700.00 | $490.00 |
| 11/13/2019 | VAN | SL | Attention to opposition to Continental Insurance relief from stay motion. | 0.80 | 700.00 | $560.00 |
| 11/14/2019 | JIS | SL | Review insurance coverage declaratory relief complaint. | 0.30 | 700.00 | $210.00 |
| 11/14/2019 | JIS | SL | Review final version of stay relief objection. | 0.10 | 700.00 | $70.00 |
| 11/14/2019 | IDS | SL | Review debtor objection to stay relief. | 1.20 | 700.00 | $840.00 |
| 11/14/2019 | IDS | SL | Review insurance declaration. | 0.70 | 700.00 | $490.00 |
| 11/14/2019 | IDS | SL | Revise objection to stay relief | 1.80 | 700.00 | $1,260.00 |
| 11/14/2019 | LSC | SL | Review and revise opposition to Continental's motion for relief from stay and correspondence regarding the same (.5); file and serve same (.3). | 0.80 | 395.00 | $316.00 |
| 11/19/2019 | LSC | SL | Research and correspondence in connection with Continental motion for relief from stay and | 0.80 | 395.00 | $316.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    19
Invoice 123646
November 30, 2019

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | responses/objections thereto. |  |  |  |
| 11/20/2019 | IDS | SL | Revise parish stipulation. | 1.80 | 700.00 | $1,260.00 |
| 11/20/2019 | IDS | SL | Prepare for oral arguments on stay relief (continental); review pleadings and caselaw regarding same. | 4.50 | 700.00 | $3,150.00 |
| 11/21/2019 | IDS | SL | Prepare for oral arguments on stay relief | 1.00 | 700.00 | $700.00 |
| 11/25/2019 | IDS | SL | Telephone conference with B. Gordon regarding Parish stipulation. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | 53.40 |  | $35,842.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                **$157,522.50**

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    20
Invoice 123646
November 30, 2019

## **Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/01/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.21 |
| 10/01/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 142.78 |
| 10/03/2019 | AF | Air Fare [E110] Delta Airlines, Tkt. 006424015747320, From LAG to ROC, IDS | 224.80 |
| 10/07/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 62.08 |
| 10/08/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 87.72 |
| 10/09/2019 | AF | Air Fare [E110] Delta Airlines, from STL to DTW, DTW to ROC, round trip, J. Cali | 876.81 |
| 10/10/2019 | HT | Hotel Expense [E110] Strathallan Hotel, 09/09/19-09/10/19, 1 nights, J. Cali | 238.70 |
| 10/10/2019 | HT | Hotel Expense [E110] The Strathallan Hotel, 1 night, IDS | 260.00 |
| 10/10/2019 | TE | Travel Expense [E110] Super Park, Parking Fee, J. Cali | 38.00 |
| 10/14/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.35 |
| 10/14/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 40.80 |
| 10/15/2019 | HT | Hotel Expense [E110] Hilton Hotel, 1 night , IDS | 350.01 |
| 10/16/2019 | HT | Hotel Expense [E110] Hilton Hotel, 1 night, IDS | 199.21 |
| 10/16/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/17/2019 | AF | Air Fare [E110] Delta Airlines, Tkt. 00624035845263, From LGA to RST , IDS | 409.60 |
| 10/17/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 10/18/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.22 |
| 10/18/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 10.77 |
| 10/21/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 24.57 |
| 10/21/2019 | FE | 18489.00002 FedEx Charges for 10-21-19 | 17.52 |
| 10/21/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/23/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 57.47 |
| 10/24/2019 | HT | Hotel Expense [E110] The Strathallan Rochester Hotel, 1 night, IDS | 464.26 |
| 10/28/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 30.51 |
| 10/28/2019 | FE | 18489.00002 FedEx Charges for 10-28-19 | 17.52 |
| 10/30/2019 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 46.54 |
| 10/31/2019 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 10/31/2019 | TE | Travel Expense [E110] Travel Insurance, IDS | 23.63 |
| 11/13/2019 | FE | 18489.00002 FedEx Charges for 11-13-19 | 11.84 |
| 11/14/2019 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    -00002

Page:    21

Invoice 123646

November 30, 2019

| 11/15/2019 | FE | 18489.00002 FedEx Charges for 11-15-19 | 11.84 |
| 11/21/2019 | AF | Air Fare [E110] Delta Airlines, Tkt. 00624043958624, From RST to JFK, IDS | 132.30 |

**Total Expenses for this Matter**                                    **$3,790.46**

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:    22
Invoice 123646
November 30, 2019

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:     11/30/2019**

**Total Fees** $157,522.50

**Total Expenses** 3,790.46

**Total Due on Current Invoice** $161,312.96

**Outstanding Balance from prior invoices as of     11/30/2019     (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices:** $161,312.96

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Sophia L. Lee, an Administrative Assistant at the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for The Official Committee of Unsecured Creditors for The Diocese of Rochester, Inc., being over the age of 18 and residing in Los Angeles, California, hereby certify under penalty of perjury that on the 17th day of December 2019, I electronically filed the _FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD SEPTEMBER 24, 2019 THROUGH NOVEMBER 30, 2019_, with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system.

I also certify that on December 17, 2019, via First Class Mail, using the United States Postal Service in the State of California, copies of the above-referenced document were mail to:

Kathleen D. Schmitt, Esq.          Stephen A. Donato
Office of the U.S. Trustee          Bond, Schoeneck & King, PLLC
Federal Office Building            One Lincoln Center
100 State Street, Room 6090        Syracuse, NY  13202-1355
Rochester, NY 14614

Dated: <u>December 17, 2019</u>                    /s/ _Sophia L. Lee_____
                                         Sophia L. Lee