UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- X
                                                               :

In re:                                          Case No. 19-20905-PRW

The Diocese of Rochester,              CHAPTER 11

                      Debtor.

------------------------------------- X

## NOTICE OF WITHDRAWAL OF DOCUMENT

**PLEASE TAKE NOTICE** that the *Notice of Appearance and Request for Service of Notices and Papers* [Docket No. 359] is hereby **withdrawn** as having been filed in error; provided, however, this withdrawal shall not affect the *Notice of Appearance and Request for Service of Notices of Papers* [Docket No. 245] filed on November 19, 2019.

[*Signature on following page*]

Dated: Atlanta, Georgia.
January 10, 2020

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ *Harris B. Winsberg*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
404.885.3000

*-and-*

RIVKIN RADLER LLP
Peter P. McNamara (admitted *pro hac vice*)
926 RXR Plaza
Uniondale, NY 1156-0926
516.357.3000

*-and-*

MOSS & BARNETT, P.A.
Charles E. Jones (admitted *pro hac vice*)
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402
612.877.5259

*Attorneys for Interstate Fire and Casualty Company and National Surety Corporation*