# **Exhibit A**

(Excerpts of Transcript of 341 Meeting)

1      UNITED STATES BANKRUPTCY COURT
2       WESTERN DISTRICT OF NEW YORK
3
4
5
6   In re:
7   The Diocese of Rochester,
8                 Debtor.
9
10  Transcript of Audio File of 341 Meeting
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| | |
|---|---|
| Page 162 | Page 163 |

**Page 162**

1  document that with this letter; is that right?
2  BISHOP MATANO: Yes.
3  MR. LEANDER JAMES: Okay, thanks. There
4  was in reference to the parishes I heard that
5  you are on the board of each parish within the
6  diocese. Is that accurate or not?
7  BISHOP MATANO: Yes.
8  MR. LEANDER JAMES: It is. And do you
9  have a title on the board of each parish within
10  the diocese?
11  BISHOP MATANO: We follow the New York
12  State Religious Corporation Law. The diocese
13  was incorporated into New York on November 11th
14  of 1887. The incorporation was amended in
15  1907, I believe. And then, again, in the
16  1960's. And it follows that. And the bishop
17  is the President of the corporation. The vicar
18  general is the Vice President. The pastor is
19  the Secretary/Treasurer. And then there are
20  two lay trustees appointed.
21  MR. LEANDER JAMES: And that's true for
22  each parish, those are the titles and the
23  individuals that hold those titles?
24  BISHOP MATANO: Yes. And then the
25  trustees are renewed each year.

**Page 163**

1  MR. LEANDER JAMES: With respect to
2  formation of the board, do you as the President
3  and also I suppose as the bishop and the vicar
4  general, do either of you have any influence
5  whatsoever as to the lay individuals chosen for
6  the board?
7  BISHOP MATANO: Those are submitted by the
8  pastor. And if they are being renewed then we
9  accept them. But usually for new ones they
10  would attach a curriculum vitae and the reason
11  why that person has been chosen.
12  MR. LEANDER JAMES: Is the process then
13  you and the vicar general and the pastor review
14  that material and make a decision as to who is
15  suitable?
16  BISHOP MATANO: I review what is submitted
17  like the curriculum vitae and the reasons why
18  and then add my signature to it.
19  MR. LEANDER JAMES: Are you or the vicar
20  general on any other boards other than the
21  parish boards? For example, Catholic Charities
22  or other organizations?
23  BISHOP MATANO: I'm a member of Catholic
24  Charities board. And I serve on any number of
25  boards as the President. I'm on the

**Page 164**

1  Stewardship Council, obviously. The
2  Presbyteral Council.
3  MR. LEANDER JAMES: Let's do this if we
4  can. If you can list the boards that you are
5  on and your position on them?
6  BISHOP MATANO: We can provide those.
7  MR. DONATO: Yes.
8  MR. LEANDER JAMES: We don't have to go
9  through it all today, but you can provide that
10  to us.
11  MR. DONATO: I'm just going to provide a
12  list. This is a 341 meeting. I want to be
13  cooperative. We'll give you a list and then we
14  can explore further.
15  MR. LEANDER JAMES: I understand that
16  Bishop Clark is provided a vehicle by the
17  diocese. Does he still operate that vehicle?
18  MS. PASSERO: Yes.
19  BISHOP MATANO: It's to his use, yes.
20  MR. LEANDER JAMES: So he still drives the
21  vehicle?
22  BISHOP MATANO: No. He has an assistant
23  who would drive him or some other person
24  because as you know he's been diagnosed with
25  the initial stages of Alzheimer's, but still is

**Page 165**

1  able to function. But it's been a little while
2  now since he has driven, but he is provided a
3  car.
4  MR. LEANDER JAMES: Last question. I
5  think I know the answer to this. There was a
6  specific question as to one survivor who
7  contends that therapy bills were cut off by the
8  diocese. I have clients who have made the same
9  contention. My question is you offered to
10  consider paying the bills of an individual
11  survivor, I'd imagine you would consider paying
12  the bills of any others who we find were cut
13  off?
14  MR. DONATO: Put them together and send
15  them to us. We'll review them and we'll revise
16  them.
17  MR. LEANDER JAMES: Thank you.
18  MR. DONATO: Thank you.
19  MR. LEANDER JAMES: Thank you very much.
20  MS. SCHMITT: Again, if you just identify
21  yourself for the record.
22  MR. FINNEGAN: Mike Finnegan with Jeff
23  Anderson & Associates. And we represent John
24  Bell (phonetic) who is one of the survivors on
25  the committee and a number of other survivors.

42 (Pages 162 to 165)

TSG Reporting - Worldwide    877-702-9580
Case 2-19-20905-PRW, Doc 380-1, Filed 01/24/20, Entered 01/24/20 17:45:32,
Description: Exhibit A, Page 3 of 3