UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  Case No. 2-19-20905-PRW

The Diocese of Rochester,  Chapter 11

      Debtor.

**INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION'S RESPONSE TO COMMITTEE'S MOTION TO DEPOSE BISHOP EMERITUS MATTHEW HARVEY CLARK**

Interstate Fire and Casualty Company ("Interstate") and National Surety Corporation ("NSC" and, together with Interstate, the "IFC/NSC Insurers"), by and through undersigned counsel, file this limited response to the Official Committee of Unsecured Creditors's Motion pursuant to Federal Rule of Bankruptcy Procedure 2004 for permission to depose Bishop Emeritus Matthew Harvey Clark [Docket No. 380]:

The IFC/NSC Insurers hereby join in the Limited Response to the Motion filed by London Market Insurers ("LMI"). Like LMI, the IFC/NSC Insurers are parties to the mediation process. If Bishop Clark's deposition proceeds, the IFC/NSC Insurers should have an equal opportunity to obtain information relevant to the mediation process by fully participating in the deposition.

**CONCLUSION**

WHEREFORE, the IFC/NSC Insurers respectfully request an opportunity to participate in the deposition of Bishop Emeritus Clark, if this Court grants the Motion.

Dated: Minneapolis, MN.
     February 6, 2020

Respectfully submitted,

MOSS & BARNETT, P.A.

By: /s/ *Charles E. Jones*
    Charles E. Jones (admitted *pro hac vice*)
    150 South Fifth Street
    Suite 1200
    Minneapolis, MN 55402
    612.877.5259

-and-

RIVKIN RADLER LLP
Peter P. McNamara
926 RXR Plaza
Uniondale, NY 1156-0926
516.357.3000

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg
Matthew G. Roberts
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
404.885.3000

*Attorneys for Interstate Fire and Casualty Company and National Surety Corporation*

5957387v1