**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Debtor,

Case No.: 19-20905
Chapter 11 Case

## NOTICE OF DEBTOR'S REVISED ABUSE PROOF OF CLAIM FORM

The Diocese of Rochester (the "Debtor" or "Diocese"), by and through its undersigned counsel, and in support of the *Motion of the Debtor for Entry of an Order Establishing a Deadline for Filing of Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 376] (the "Motion")[1], hereby provides notice of its revised proposed Abuse Proof of Claim Form and respectfully represents as follows:

1. On January 17, 2020, the Debtor filed the Motion with the United States Bankruptcy Court for the Western District of New York (the "Court").

2. The Debtor solicited input from both the Committee and its insurers both prior to and after filing the Motion. As a result of its ongoing discussions with all interested parties, the Debtor has modified the Abuse Proof of Claim Form. The Debtor respectfully submits that the modified Abuse Proof of Claim Form attached hereto as **Exhibit A** appropriately addresses all legitimate concerns of both the Committee and its insurers. A redline comparison showing changes to the Abuse Proof of Claim Form from the original form as proposed in the Motion is attached as **Exhibit B**.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3494656.1

Dated: February 10, 2020               BOND, SCHOENECK & KING, PLLC

                                       By:    /s/  Stephen A. Donato
                                       Stephen A. Donato
                                       Charles J. Sullivan
                                       Grayson T. Walter
                                       One Lincoln Center
                                       Syracuse, NY 13202-1355
                                       Telephone: (315) 218-8000
                                       sdonato@bsk.com
                                       csullivan@bsk.com
                                       gwalter@bsk.com

                                       *Attorneys for the Diocese of Rochester*