UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

            Debtor.

Case No. 19-20905

Chapter 11

## CERTIFICATE OF SERVICE

    I, Giovanna M. Luciano, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On February 10, 2020 at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Debtor's Revised Abuse Proof of Claim Form** (Docket No. 402)

Dated: February 11, 2020

*/s/ Giovanna M. Luciano*
Giovanna M. Luciano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
Giovanna.Luciano@Stretto.com

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| BISHOP EMERITUS MATTHEW CLARK AND ST. BERNARD'S SCHOOL OF THEOLOGY | C/O ADAMS LECLAIR LLP | ATTN: PAUL LECLAIR & MARY JO S. KORONA | FIRST FEDERAL PLAZA | 28 E. MAIN STREET, SUITE #1500 | ROCHESTER | NY | 14614 |
| CATHOLIC CHARITIES | C/O WARD GREENBERG | ATTN: ERIC WARD | 1800 BAUSCH AND LOMB PL. | | ROCHESTER | NY | 14604 |
| CERTAIN LONDON MARKET COMPANIES | C/O CLYDE & CO US LLP | ATTN: CATALINA SUGAYAN | 55 WEST MONROE STREET | SUITE 3000 | CHICAGO | IL | 60603 |
| CERTAIN LONDON MARKET COMPANIES | C/O MENDES & MOUNT | 750 SEVENTH AVENUE | | | NEW YORK | NY | 10019 |
| CERTAIN LONDON MARKET COMPANIES | C/O WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | 150 EAST 42ND STREET | | | NEW YORK | NY | 10017 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | C/O CLYDE & CO US LLP | ATTN: CATALINA SUGAYAN & PETER GARTHWAITE | 55 WEST MONROE STREET | SUITE 3000 | CHICAGO | IL | 60603 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | C/O MENDES & MOUNT | 750 SEVENTH AVENUE | | | NEW YORK | NY | 10019 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | C/O WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | 150 EAST 42ND STREET | | | NEW YORK | NY | 10017 |
| COLONIAL PENN INSURANCE COMPANY | C/O 21ST CENTURY CENTENNIAL INSURANCE COMPANY | C/O CORPORATION SERVICE COMPANY | 2595 INTERSTATE DRIVE | SUITE 103 | HARRISBURG | PA | 17110 |
| CVA CLAIMANTS | ATTN: JARROD W. SMITH | 11 SOUTH MAIN STREET | PO BOX 173 | | JORDAN | NY | 13080 |
| CVA CLAIMANTS | C/O ANDREOZZI & ASSOCIATES, P.C. | ATTN: NATHANIEL L. FOOTE | 111 NORTH FRONT STREET | | HARRISBURG | PA | 17101 |
| CVA CLAIMANTS | C/O BANSBACH LAW P.C. | ATTN: JOHN M. BANSBACH | 31 ERIE CANAL DRIVE | SUITE A | ROCHESTER | NY | 14626 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY M. HERMAN | 434 W. 33RD STREET | PENTHOUSE | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY MARC HERMAN | 1800 NORTH MILITARY TRAIL | SUITE 160 | BOCA RATON | FL | 33431 |
| CVA CLAIMANTS | C/O HOROWITZ LAW | ATTN: ADAM D. HOROWITZ | 110 EAST BROWARD BOULEVARD | SUITE 1850 | FORT LAUDERDALE | FL | 33301 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON & MICHAEL RECK | 55 W 39TH ST | RM 1101 | NEW YORK | NY | 10018-3811 |
| CVA CLAIMANTS | C/O KELNER & KELNER | 140 BROADWAY | 37TH FLOOR | | NEW YORK | NY | 10005 |
| CVA CLAIMANTS | C/O LAW OFFICE OF RONALD R. BENJAMIN | ATTN: RONALD R. BENJAMIN | 126 RIVERSIDE DRIVE | PO BOX 607 | BINGHAMTON | NY | 13902 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN | 100 STATE STREET | SUITE 6 | BOSTON | MA | 02109 |
| CVA CLAIMANTS | C/O LAW OFFICES OF STEVEN BOYD AND JOHN ELMORE | ATTN: STEPHEN BOYD | 40 NORTH FOREST ROAD | | WILLIAMSVILLE | NY | 14221 |
| CVA CLAIMANTS | C/O LEVIN SEDRAN & BERMAN | ATTN: DANIEL LEVIN | 510 WALNUT STREET | SUITE 500 | PHILADELPHIA | PA | 19106 |
| CVA CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JOHN MERSON | 150 EAST 58TH STREET | 34TH FLOOR | NEW YORK | NY | 10155 |
| CVA CLAIMANTS | C/O MORGENSTERN DEVOESICK PLLC | ATTN: MAURA G. MCGUIRE | 1080 PITTSFORD VICTOR RD. | SUITE 200 | PITTSFORD | NY | 14534 |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA | ATTN: MICHAEL T. PFAU | COLUMBIA HOUSE | 403 COLUMBIA STREET, SUITE 500 | SEATTLE | WA | 98104 |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG | 700 BROADWAY | | | NEW YORK | NY | 10003 |
| CVA CLAIMANTS | C/O WELLER, GREEN, TOUPS & TERRELL, LLP | ATTN: MITCHELL A. TOUPS | PO BOX 350 | | BEAUMONT | TX | 77704 |
| CX REINSURANCE COMPANY LIMITED | C/O CLYDE & CO US LLP | ATTN: CATALINA SUGAYAN | 55 WEST MONROE STREET | SUITE 3000 | CHICAGO | IL | 60603 |
| CX REINSURANCE COMPANY LIMITED | C/O MENDES & MOUNT | 750 SEVENTH AVENUE | | | NEW YORK | NY | 10019 |
| CX REINSURANCE COMPANY LIMITED | C/O WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | 150 EAST 42ND STREET | | | NEW YORK | NY | 10017 |
| DEMOCRAT AND CHRONICLE | C/O GREENBERG TAURIG, LLP | ATTN: MICHAEL J. GRYGIEL | 54 STATE STREET | 6TH FLOOR | ALBANY | NY | 12207 |
| HDI GLOBAL SPECIALTY SE | C/O WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | 150 EAST 42ND STREET | | | NEW YORK | NY | 10017 |
| HOLY SEPULCHER CEMETARY | C/O HARTER SECREST & EMERY, LLP | 1600 BAUSCH AND LOMB PL. | | | ROCHESTER | NY | 14604 |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I | NIAGARA CENTER, 2ND FLOOR | 130 S. ELMWOOD AVENUE | | BUFFALO | NY | 14202 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| INTERSTATE FIRE & CASUALTY COMPANY | 225 W. WASHINGTON STREET | SUITE 1800 | | | CHICAGO | IL | 60606 |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O TROUTMAN SANDERS LLP | ATTN: HARRIS B. WINSBERG & MATTHEW G. ROBERTS | 600 PEACHTREE ST. NE | SUITE 3000 | ATLANTA | GA | 30308 |
| JPMORGAN CHASE | ATTN: SARAH CORNELL, BRANCH MANAGER | 2130 CHILI AVENUE | | | ROCHESTER | NY | 14624 |
| KENNETH G. CUBIOTTI, CVA CLAIMAINTS, AND OTHER CREDITORS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: BRIANNA ESPELAND & LEANDER L. JAMES, IV | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83814 |
| KEYBANK, N.A. | ATTN: BANKRUPTCY DEPT | 4910 TIEDEMAN ROAD | | | BROOKLYN | OH | 44144 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | ATTN: PHILIP SMITH, SENIOR VICE PRESIDENT | 1 M&T PLAZA | | | BUFFALO | NY | 14203 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 |
| MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED | C/O CLYDE & CO US LLP | ATTN: CATALINA SUGAYAN | 55 WEST MONROE STREET | SUITE 3000 | CHICAGO | IL | 60603 |
| MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED | C/O MENDES & MOUNT | 750 SEVENTH AVENUE | | | NEW YORK | NY | 10019 |
| MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED | C/O WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | 150 EAST 42ND STREET | | | NEW YORK | NY | 10017 |
| NATIONAL SURETY CORPORATION | 225 W. WASHINGTON STREET | SUITE 1800 | | | CHICAGO | IL | 60606 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE CAMPUS | BUILDING #12 | ROOM 256 | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR - BUS. SERVICES | ATTN: REGENNA DARRAH | 276 WARING ROAD | ROOM 100 | | ROCHESTER | NY | 14609 |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER | OFFICE OF SELF-INSURANCE | 328 STATE STREET | | SCHENECTADY | NY | 12305 |
| OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER | SUITE 300A | 350 MAIN STREET | | BUFFALO | NY | 14202 |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| OFFICE OF THE NYS ATTORNEY GENERAL | THE CAPITOL | | | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | | ROCHESTER | NY | 14614 |
| TENECOM LIMITED | C/O CLYDE & CO US LLP | ATTN: CATALINA SUGAYAN | 55 WEST MONROE STREET | SUITE 3000 | CHICAGO | IL | 60603 |
| TENECOM LIMITED | C/O MENDES & MOUNT | 750 SEVENTH AVENUE | | | NEW YORK | NY | 10019 |
| TENECOM LIMITED | C/O WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | 150 EAST 42ND STREET | | | NEW YORK | NY | 10017 |
| THE CONTINENTAL INSURANCE COMPANY | C/O CHOATE, HALL & STEWART LLP | ATTN: DAVID A. ATTISANI | TWO INTERNATIONAL PLACE | | BOSTON | MA | 02110 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | 125 EAST JEFFERSON STREET | | SYRACUSE | NY | 13202 |
| THE DIOCESE OF ROCHESTER | ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER | 1150 BUFFALO ROAD | | | ROCHESTER | NY | 14624 |
| THE DOMINION INSURANCE COMPANY LIMITED | C/O CLYDE & CO US LLP | ATTN: CATALINA SUGAYAN | 55 WEST MONROE STREET | SUITE 3000 | CHICAGO | IL | 60603 |
| THE DOMINION INSURANCE COMPANY LIMITED | C/O MENDES & MOUNT | 750 SEVENTH AVENUE | | | NEW YORK | NY | 10019 |
| THE DOMINION INSURANCE COMPANY LIMITED | C/O WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER | 150 EAST 42ND STREET | | | NEW YORK | NY | 10017 |
| THE MENEO LAW GROUP | C/O MENEOLAW, PLLC | ATTN: RON M. MENEO | 234 CHURCH STREET | 6TH FLOOR | NEW HAVEN | CT | 06510 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES STANG AND ILAN D. SCHARF | 780 THIRD AVENUE, 34TH FLOOR | | NEW YORK | NY | 10017-2024 |
| US ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 100 STATE STREET | SUITE 500 | | ROCHESTER | NY | 14614 |
| US DEPARTMENT OF LABOR | FEDERAL BUILDING | 100 STATE STREET | SUITE 4190 | | ROCHESTER | NY | 14614 |
| WILMINGTON TRUST, A DIVISION OF M&T BANK | ATTN: CHRISTINE G. COTTON, ASST. VICE PRESIDENT | 285 DELAWARE AVENUE | 3RD FLOOR | | BUFFALO | NY | 14202 |