UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

          Debtor.

Case No. 19-20905

Chapter 11

**AGREED STIPULATION AND ORDER PURSUANT TO <u>11 U.S.C. § 105(a)</u>
STAYING CONTINUED PROSECUTION OF CERTAIN LAWSUITS**

This matter came before the Court on the *Motion For Entry of a Stipulation and Order Staying the Continued Prosecution of Certain Lawsuits* (the "<u>Motion</u>"),[1] filed by The Diocese of Rochester as debtor and debtor in possession (the "<u>Debtor</u>"); the Court finding that (i) it has jurisdiction over this matter pursuant to <u>28 U.S.C. §1334</u>; <u>(ii)</u> this matter is a core proceeding pursuant to <u>28 U.S.C. § 157(b)(2)(A)</u> and <u>(O)</u>; <u>(iii)</u> the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; and (iv) after due deliberation, and good and sufficient cause appearing therefor, the Court hereby determines that the relief requested in the Motion should be granted;

NOW, THEREFORE, IT IS HEREBY FOUND, STIPULATED AND AGREED AS FOLLOWS:

A.      Attached hereto as Schedule 1 is a list of lawsuits or claims (collectively, the "<u>CVA Actions</u>") against the Debtor and/or various third-parties set forth on Schedule 2 attached hereto (collectively, the "<u>Stay Defendants</u>") which (a) were pending as of the Petition Date or (b) have been filed or otherwise asserted against Stay Defendants on or after the Petition Date, alleging that the Debtor and/or the named Stay Defendants are liable to the applicable plaintiff on account of sexual abuse perpetrated against such plaintiff.

---

[1] Capitalized terms used but not defined herein shall have the meanings and definitions ascribed to them in the Motion.

B.     Although the CVA Actions are stayed by operation of 11 U.S.C. § 362(a) to the extent they seek relief against the Debtor, the plaintiffs in the CVA Actions assert that the automatic stay does not, subject to compliance with applicable rules of civil procedure, prohibit them from pursuing their claims against any non-debtor defendant(s).

C.     The Debtor and the Committee, in consultation with the State Court Attorneys, have agreed to stay the CVA Actions against the Stay Defendants in accordance with the terms set forth in this Stipulation and Order.

AND IT IS THEREFORE ORDERED AND AGREED THAT:

1.     Pursuant to 11 U.S.C. § 105(a), except to the limited extent provided below, the CVA Actions set forth on Schedule 1 are hereby stayed as to the Stay Defendants and any and all further proceedings under the CVA Actions, or other actions by the parties thereto in furtherance of their prosecution, are hereby stayed from the date hereof (the "Effective Date") through and including 11:59 p.m. (prevailing Eastern time) on ~~February 29~~ March 31, 2020 (the "Termination Date"). 

2.     Subject to Sections 4 and 5 below, prior to the occurrence of the Termination Date, no person shall prosecute against any Stay Defendant any action alleging claims substantially similar to those asserted by such plaintiff in a pending CVA Action, nor shall any plaintiff seek to sever his or her claims against the Debtor in any CVA Action in order to proceed with such CVA Action against any Stay Defendant.

3.     Prior to the occurrence of the Termination Date, no Stay Defendant shall take any action against a signatory to this Stipulation and Order in any CVA Action, including without limitation, seeking discovery or dismissal of the CVA Action. Nothing herein shall preclude a Stay Defendant from answering a complaint in a CVA Action, but any obligation to do so shall be tolled pursuant to Section 6 below.

4. The stay imposed by this Stipulation and Order shall not prohibit or enjoin the filing of a complaint for purposes of commencing a CVA Action against, or service of a complaint related to any CVA Action upon, any of the Stay Defendants or any other non-debtor defendant, including service of a complaint in any CVA Action filed prior to the Effective Date. Any stay pursuant to this Stipulation and Order or 11 U.S.C. § 362 (to the extent applicable) is hereby lifted to the limited extent necessary to (i) allow any person to file and serve a CVA Action against a Stay Defendant, as well as to file and serve any proof of service therefor, and (ii) to allow any Stay Defendant or the Debtor to tender the defense of any CVA Actions or similar claims to any insurance carrier who may have provided coverage with respect to the claim at issue (each, an "Insurer"); provided, however, that nothing herein is intended to authorize any payment by an Insurer to or on behalf of a Stay Defendant if doing so would serve to reduce the amount of insurance coverage available to the Debtor.

5. For those Stay Defendants identified as a "parish" on Schedule 2, service of a complaint filed in any CVA Action may be effected by any plaintiff against such Stay Defendants by serving such complaint upon Woods Oviatt Gilman LLP, 1900 Bausch & Lomb Place, Rochester, New York 14604, Attn: Timothy P. Lyster, Esq. Service of complaints filed in any CVA Action against Catholic Charities of the Diocese of Rochester, Catholic Youth Organization of Catholic Charities of the Diocese of Rochester, Camp Stella Maris of the Diocese of Rochester (a/k/a Camp Stella Maris of Livonia, N.Y), Villa of Hope (f/k/a St. Joseph's Villa), or Providence Housing Development Corporation may be effected by serving such complaint upon their counsel Ward Greenberg Heller & Reidy LLP, 1800 Bausch & Lomb Place, Rochester, New York 14604, Attn: Eric Ward, Esq. Service of complaints filed in any CVA Action against St. Bernard's School of Theology and Ministry may be effected by any signatory to this Stipulation and Order by serving

such complaint upon Adams LeClair LLP, 28 East Main Street, Ste. 1500, Rochester, New York, 14614. Attn: Paul L. Leclair, Esq. Any plaintiff commencing or serving a CVA Action shall provide copies of the complaint via email to each of the undersigned counsel to the Debtor and the Committee on the same date as service of the complaint pursuant to this Section 5 or within three (3) business days of service of this Stipulation and Order upon such person.

6. The period beginning on the Effective Date and ending on the Termination Date (the "Standstill Period") shall not be included in computing the running of any time periods with respect to any (i) deadline to file an answer, motion to dismiss, or other responsive pleading, (ii) deadline to make or respond to dispositive motions or discovery demands, (iii) deadline to seek removal of an action to federal court, or (iv) other time deadlines (whether statutory, rule-based, equitable, contractual, or otherwise) relating to the prosecution or defense of the CVA Actions, such that all claims, defenses, rights and privileges with respect thereto shall be preserved and remain viable to the same extent that they existed as of the Effective Date, *provided, however*, that the foregoing shall not be deemed to extend or waive any applicable statutes of limitations, statutes of repose, laches or estoppel periods or other time deadlines or defenses relating to the initial assertion of a claim or filing of a CVA Action, and *provided further* that, upon the occurrence of the Termination Date, all Stay Defendants shall have not less than forty-five (45) days to file their initial answer, motion to dismiss, or other responsive pleading(s) in any CVA Action in which they are named.

7. The Standstill Period shall not apply to any potential defendant that is not a Stay Defendant listed on Schedule 2 hereto. Additional defendants may be added to Schedule 2 hereto only with consent of the Debtor and the Committee. Except to the extent they are included on Schedule 2 hereto, no defendant in a CVA Action may be deemed a beneficiary of this Stipulation

and Order without written consent of the Debtor and the Committee. Within ten business days of the addition of any defendant to Schedule 2, the Debtor shall file an amended Schedule 2 on the docket of the Chapter 11 Case.

8.     Approximately every thirty (30) days after the Effective Date, the Debtor shall file an amended Schedule 1, which will include additional CVA Actions subject to this Stipulation and Order, on the Docket of the Chapter 11 Case; *provided, however*, that such schedule shall identify any plaintiff only as set forth in their complaint (by pseudonym where applicable), and by counsel to the plaintiff and the Index Number or case number of the case.

9.     The Termination Date may be extended by mutual agreement between the Debtor and the Committee, which shall be memorialized in a stipulation filed with the Court (an "Extension Notice") and served on all plaintiffs to CVA Actions (through their counsel of record in any CVA Action) and any other party that was served with notice of the Motion. Any plaintiff in a CVA Action may object to the application of such extension of the Termination Date to such plaintiff's CVA Action by filing with the Bankruptcy Court, within ten (10) business days of the date of an Extension Notice, an objection setting forth the basis for its objection(s) to the Extension Notice (an "Extension Objection"). Upon filing of an Extension Objection by any plaintiff (an "Objecting Party"), the Termination Date with respect to such Objecting Party's CVA Action shall be extended through and including the later of (a) the Termination Date (without giving effect to the extension set forth in the Extension Notice) and (b) date on which the Bankruptcy Court enters an Order regarding the Extension Objection. An Objecting Party shall serve any Extension Objection on the undersigned counsel to the Committee, the undersigned counsel to the Debtor and counsel to any affected Stay Defendant or their counsel of record. Notwithstanding the filing of an Extension Objection, the Termination Date shall be

extended as to any plaintiff who does not object to the Extension Notice.

10.     The entry of this Stipulation and Order is without prejudice to the rights of the Debtor to enforce the terms of this Stipulation and Order, including through an injunction under 11 U.S.C. § 105(a), against any plaintiff that does not comply with the terms of this Stipulation and Order. Nothing herein shall be construed to limit the rights of the Debtor to seek relief similar to the relief provided in this Stipulation and Order, including through an injunction under 11 U.S.C. § 105(a), against any party. In the event the Debtor takes any action seeking such an injunction on terms substantially similar to those set forth in this Stipulation and Order prior to the Termination Date, the Committee shall support such requested relief; *provided, however*, that nothing herein shall be construed to restrict or prohibit the rights of any party to oppose an extension of the Termination Date; and *provided further* that nothing herein shall be construed to restrict or prohibit the rights of the Committee or any plaintiff in a CVA Action to oppose any effort by the Debtor or any Stay Defendant(s) after the Termination Date to stay or enjoin any CVA Action. Nothing in the Motion or this Stipulation and Order shall be construed as an admission by the Committee or any plaintiff regarding any efforts by the Debtor or any Stay Defendant to obtain an order enforcing the automatic stay or enjoining prosecution of any CVA Action after the Termination Date.

11.     Subject to the Committee's execution of a confidentiality and non-disclosure agreement in form and substance acceptable to the Debtor, during the Standstill Period the Debtor agrees to use commercially reasonable, good faith efforts to promptly provide the Committee documents in its possession responsive to the document requests described on Schedule 3 hereto, subject to the Debtor's right to raise reasonable objections based upon scope, relevance and privilege; *provided, however*, that as the Debtor has submitted documents responsive to Request

No. 44 on Schedule 3 to a third-party redaction company for redaction of certain personal information (the "<u>Redacted Documents</u>"), the Debtor shall produce the Redacted Documents to the Committee no later than fourteen (14) days after receipt of the Redacted Documents back from the redaction company. This date may be extended by consent of the Committee or by Order of the Court for good cause shown. The Debtor shall notify the Committee when the Debtor receives the Redacted Documents back from the redaction company. This Section 11 shall be enforceable by the Committee even if the Bankruptcy Court does not enter an Order approving this Stipulation and Order.

12.    The Debtor shall not object to a request by the Committee to conduct a Bankruptcy Rule 2004 Exam of Bishop Emeritus Matthew Harvey Clark for deposition. This Section 12 shall remain effective notwithstanding the occurrence of the Termination Date without extension or the termination or expiration of this Stipulation and Order.

13.    Nothing in this Stipulation and Order is intended or shall be deemed to constitute any admission or acknowledgement of any fact, conclusion of law, potential liability or liability of any party, nor does this Stipulation and Order constitute a waiver by any party of any time-based defenses, except to the extent any otherwise applicable deadlines may be tolled during the Standstill Period as provided herein. Except as otherwise provided herein, all parties shall be deemed to reserve all available rights, remedies, claims and defenses without waiver.

14.    Until such time as the Court either (a) approves and enters this Stipulation and Order, or (b) denies the relief requested in the Motion, the parties hereto shall abide by, and conduct themselves in accordance with, the agreements, terms and conditions hereof as if same had been approved by the Court.

15.    Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this

Stipulation and Order are immediately effective and enforceable upon its entry.

16.     The Debtor is authorized to file a copy of this Stipulation and Order (including any amended Schedules thereto) with any court in which a CVA Action is or may hereafter become pending as proof that such action is stayed and enjoined as set forth herein.

17.     Nothing herein shall be construed to limit or affect any party's right to seek appropriate relief from this Court to the extent necessary to respond to any actions by a court in which a CVA Action is pending that, but for the stay provided herein, would require a party to act before the Termination Date.

18.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Stipulation and Order.

Dated: _March 19_, 2020
       Rochester, New York

_____
Hon. Paul R. Warren
United States Bankruptcy Judge


_STIPULATED AND AGREED TO BY:_

BOND, SCHOENECK & KING, PLLC

By:_____
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

- and -

HARRIS BEACH PLLC

PACHULSKI STANG ZIEHL & JONES LLP

By:_____
James I. Stang (_pro hac vice_ pending)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
jstang@pszjlaw.com

Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
ischarf@pszjlaw.com

_Attorneys for the Official Committee of_

3448301.14 2/24/2020

By: _Philip J. Spellane_ (signature)                    *Unsecured Creditors*
Philip G. Spellane
99 Garnsey Road
Pittsford, NY 14534
Telephone: (585) 419-8800
pspellane@harrisbeach.com

*Attorneys for the Diocese of Rochester*

3446301.14 2/24/2020

## Schedule 1

### CVA Actions

| S&C Date Filed with County Clerk | Supreme Court in Identified County | Index Number | Defendant(s) | Opposing counsel |
|---|---|---|---|---|
| 8/19/2019 | Monroe | E2019007874 | Roman Catholic Diocese of Rochester, and St. Patrick Parish | McGuire/Foote |
| 10/29/2019 | Monroe | E2019010180 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of The Diocese of Rochester; and the Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 8/26/2019 | Monroe | E2019008111 | Roman Catholic Diocese of Rochester | McGuire/Foote |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 1/14/2020 | Monroe | E2020000525 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anne's Roman Catholic Society, Palmyra; The Parish of St. Katharine Drexel, Wayne County NY; St. Anthony's Church of Elmira, NY; Blessed Sacrament Roman Catholic Church of Elmira, NY, aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of the Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; and Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007700 | The Diocese of Rochester; St. Theodore Catholic Church, aka St. Theodore | Anderson/Boyd |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 8/14/2019 | Monroe | E2019007695 | The Diocese of Rochester; St. John the Evangelist Church of Greece aka St. John the Evangelist aka St. John Evangelist | Anderson/Reck |

| Date | County | Case Number | Defendants | Attorney |
|------|--------|-------------|------------|----------|
| 10/30/2019 | Monroe | E2019010252 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish Of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and the Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007699 | The Diocese of Rochester; Sisters of Mercy, aka and dba Sisters of Mercy of the Americas, aka and dba Sisters of Mercy of the Americas - New York, Pennsylvania, Pacific West Community, Inc., fka Congregation of the Sisters of Mercy and Motherhouse of the Sisters of Mercy | Anderson/Boyd |
| 12/9/2019 | Monroe | E2019011543 | St. Mary's Catholic Church German of Dansville, NY; Holy Family Catholic Community; St. Patrick Church of Oswego, NY; Blessed Trinity and St. Patrick Parish; St. Cecilia Church of Irondequoit, NY; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007702 | The Diocese of Rochester | Anderson/Boyd |
| 12/23/2019 | Monroe | E2019011989 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and the Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 12/23/2019 | Monroe | E2019011990 | St. Patrick's Roman Catholic Church Society of Owego, NY; Sacred Heart Church of Auburn, NY; and Church of St. John the Evangelist, aka Church of St. John the Evangelist, Spencerport, Monroe County, NY | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007691 | The Diocese of Rochester aka Roman Catholic Diocese of Rochester; Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (formerly "St. Philip Neri Church of Rochester, NY", a religious corporation) | James |
| 8/14/2019 | Monroe | E2019007747 | The Diocese of Rochester aka Roman Catholic Diocese of Rochester; Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (formerly St. Andrews Roman Catholic Church of Rochester NY) | James |
| 11/15/2019 | Monroe | E2019010848 | Church of the Transfiguration Parish and DOES 1-5 whose identities are unknown to Plaintiff | Greenstein |

| 8/14/2019 | Monroe | E2019007693 | Diocese of Rochester, St. Mary's Church, and Our Lady of the Lakes | Merson |
|---|---|---|---|---|
| 12/9/2019 | Monroe | E2019011545 | St. Mary's Catholic Church German of Dansville, NY; Holy Family Catholic Community; St. Patrick Church of Oswego, NY; Blessed Trinity and St. Patrick Parish; St. Cecilia Church of Irondequoit, NY; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 12/9/2019 | Monroe | E2019011541 | St. Mary's Catholic Church German of Dansville, NY; Holy Family Catholic Community; St. Patrick Church of Oswego, NY; Blessed Trinity and St. Patrick Parish; St. Cecilia Church of Irondequoit, NY; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 9/12/2019 | Monroe | E2019008707 | The Diocese of Rochester; Saint Gregory's Roman Catholic Church of Marion, New York; and The Parish of St. Katharine Drexel, Wayne County, New York | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007710 | The Diocese of Rochester; St. Patrick's; Most Holy Name of Jesus | Anderson/Boyd |
| 11/19/2019 | Monroe | E2019010928 | (Basilian Fathers and Aquinas High School; no DOR affiliated defendants) | Herman |
| 8/14/2019 | Monroe | E2019007745 | Roman Catholic Diocese of Rochester | McGuire/Foote |
| 8/14/2019 | Monroe | E2019007705 | The Diocese of Rochester | Anderson/Reck |
| 8/14/2019 | Monroe | E2019007703 | The Diocese of Rochester; Nativity of the Blessed Virgin Mary, aka Church of Nativity of the Blessed Virgin Mary; Sisters of St. Joseph (Rochester), aka Sisters of Saint Joseph of Rochester, aka Sisters of St. Joseph; and Does 1-5 whose identities are unknown to Plaintiff | Anderson/Reck |
| 8/14/2019 | Monroe | E2019007717 | The Diocese of Rochester; St. John Evangelist, aka St. John the Evangelist, aka St. John the Evangelist Greece | Bansbach |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 12/23/2019 | Monroe | E2019011988 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of the Most Holy Name of Jesus, Chemung County, NY; St. Frances of Assisi Church of Rochester, NY; St. Salome Church; and Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |

| 8/14/2019 | Monroe | E2019007709 | The Diocese of Rochester; St. John the Evangelist aka St. John Evangelist aka St. John the Evangelist Parish aka St. John the Evangelist Greece a Parish of the Roman Catholic Diocese of Rochester; Church of the Annunciation aka Annunciation Church; St. Frances Xavier Cabrini aka and dba Roman Catholic Parish of St. Frances Xavier Cabrini aka St. Frances Xavier Cabrini Parish and Does 1-5 whose identities are unknown to Plaintiff | Anderson/Boyd |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 12/9/2019 | Monroe | E2019011533 | St. Mary's Catholic Church German of Dansville, NY; Holy Family Catholic Community; St. Patrick Church of Oswego, NY; Blessed Trinity and St. Patrick Parish; St. Cecilia Church of Irondequoit, NY; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 8/19/2019 | Monroe | E2019007874 | Roman Catholic Diocese of Rochester, and St. Patrick Parish | McGuire/Foote |
| 8/19/2019 | Monroe | E2019007874 | Roman Catholic Diocese of Rochester, and St. Patrick Parish | McGuire/Foote |
| 8/19/2019 | Monroe | E2019007874 | Roman Catholic Diocese of Rochester, and St. Patrick Parish | McGuire/Foote |
| 8/26/2019 | Chemung | 2019-5256 | Roman Catholic Diocese of Rochester, Parish of the Most Holy Name of Jesus, St. Mary Church in Elmira, New York, Bishop Joseph Lloyd Hogan, Individually and in his capacity as a Roman Catholic Priest in the Diocese of Rochester, and Bishop Emeritus Matthew Harvey Clark, Individually and in his capacity as a Roman Catholic Priest in the Diocese of Rochester | Smith |
| 12/9/2019 | Monroe | E2019011539 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; the Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Frances of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of The Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of The Diocese of Rochester | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 8/14/2019 | Monroe | E2019007692 | The Diocese of Rochester aka Roman Catholic Diocese of Rochester; Church of the Nativity of the Blessed Virgin Mary | James |

| 8/19/2019 | Monroe | E2019007875 | Roman Catholic Diocese of Rochester | McGuire/Foote |
|---|---|---|---|---|
| 8/14/2019 | Monroe | E2019007697 | The Diocese of Rochester; St. Theodore Catholic Church, aka St. Theodore; and Does 1-5 whose identities are unknown to Plaintiff | Anderson/Reck |
| 8/14/2019 | Monroe | E2019007720 | The Diocese of Rochester; St. Boniface, aka Southeast Rochester Catholic Community; and Does 1-5 whose identities are unknown to Plaintiff | Bansbach |
| 11/21/2019 | Monroe | E2019011098 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 11/21/2019 | Monroe | E2019011096 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 1/7/2020 | Tioga | 2020-00060994 | Blessed Trinity & St. Patrick Parish, St. Patrick's Church and St. Patrick Elementary School | Herman |
| 12/23/2019 | Monroe | E2019011987 | St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; St. Anthony's Church of Elmira, NY; Blessed Sacrament Roman Catholic Church of Elmira, NY, aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; Catholic Charities of the Diocese of Rochester; and the Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 12/10/2019 | Monroe | E2019011585 | St. John the Evangelist Church aka St. John the Evangelist Church of Greece, a religious corporation | James |
| 8/14/2019 | Monroe | E2019007719 | The Diocese of Rochester; St. Boniface, aka Southeast Rochester Catholic Community; and Does 1-5 whose identities are unknown to Plaintiff | Bansbach |
| 8/14/2019 | Monroe | E2019007701 | The Diocese of Rochester; Catholic Charities of the Diocese of Rochester aka Rochester Catholic Charities; Camp Stella Maris; St. Bernard's School of Theology & Ministry, fka St. Bernard's Institute, fka St. Bernard's Seminary | Anderson/Reck |
| 8/14/2019 | Monroe | E2019007708 | The Diocese of Rochester; St. Bernard's School of Theology & Ministry, fka St. Bernard's Institute, fka St. Bernard's Seminary; Christ the King; Kateri Tekakwitha Roman Catholic Parish | Anderson/Reck |

| Date | County | Index | Defendants | Attorney |
|------|--------|-------|------------|----------|
| 1/7/2020 | Monroe | E2020000266 | St. Paul of the Cross of Honeoye Falls, NY; Saint Agnes, Paul and Rose Catholic Parish; St. Boniface Church of Rochester, NY aka St. Boniface Society of Rochester, NY; Southeast Rochester Catholic Community; Immaculate Conception of the Blessed Virgin Mary Church of Ithaca, NY; Holy Cross Catholic Church in Ovid, NY; The Parish of Mary Mother of Mercy; St. Patrick Church in Elmira, NY; Parish of the Most Holy Name of Jesus; St. Mary's Catholic Church German of Dansville, NY; Holy Family Catholic Community; St. Joachim Church in Canisteo, NY; St. Mary Church in Rexville, NY; and Our Lady of the Valley Parish | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007696 | The Diocese of Rochester; St. Louis, aka St. Lous Church; Church of the Good Shepherd; Marianne Cope Roman Catholic Parish, aka Marianne Cope | Anderson/Boyd |
| 8/14/2019 | Monroe | E2019007711 | The Diocese of Rochester; St. Helen, aka St. Helen's; The Parish of The Holy Family, aka The Parish of The Holy Family, Gates, NY | Anderson/Reck |
| 11/20/2019 | Monroe | E2019011053 | St. Michael's Church of Rochester, NY n/k/a Roman Catholic Parish of St. Frances, Xavier Cabrini aka St. Frances Xavier Cabrini Parish and Vincent Panepinto | James |
| 8/14/2019 | Monroe | E2019007707 | The Diocese of Rochester; Holy Cross, aka Holy Cross Catholic Church | Anderson/Reck |
| 8/14/2019 | Monroe | E2019007712 | The Diocese of Rochester; St. Anne's; The Parish of St. Katharine Drexel | Anderson/Reck |
| 1/21/2020 | Monroe | E2020000725 | Diocese of Rochester, in Rochester, New York, and St. John the Evangelist Church | Benjamin |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 8/28/2019 | Monroe | E2019008210 | The Roman Catholic Diocese of Rochester, aka The Most Rev. Salvatore R. Matano, as Bishop and Corporate Sole of the Diocese of Rochester, Villa of Hope fka St. Joseph's Villa | Herman |
| 8/28/2019 | Monroe | E2019008215 | The Roman Catholic Diocese of Rochester, aka The Most Rev. Salvatore R. Matano, as Bishop and Corporate Sole of the Diocese of Rochester, DePaul Adult Care Communities, Inc. (formerly known as the DePaul Mental Health Services, Inc.) | Herman |
| 8/26/2016 | Chemung | 2019-5256 | Roman Catholic Diocese of Rochester, Parish of the Most Holy Name of Jesus, St. Mary Church in Elmira, New York, Bishop Joseph Lloyd Hogan, Individually and in his capacity as a Roman Catholic Priest in the Diocese of Rochester, and Bishop Emeritus Matthew Harvey Clark, Individually and in his capacity as a Roman Catholic Priest in the Diocese of Rochester | Smith |
| 8/14/2019 | Monroe | E2019007715 | The Diocese of Rochester; St. Bridget aka St. Bridget's; Immaculate Conception/St. Bridget | Anderson/Boyd |
| 8/28/2019 | Monroe | E2019008208 | The Roman Catholic Diocese of Rochester, aka The Most Rev. Salvatore R. Matano, as Bishop and Corporate Sole of the Diocese of Rochester, and St. Mary's Catholic Church | Herman |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 12/6/2019 | Monroe | E2019011546 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; and Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |

| 8/14/2019 | Monroe | E2019007714 | The Diocese of Rochester; St. Bernard's School of Theology & Ministry, fka St. Bernard's Institute, fka St. Bernard's Seminary; Our Lady of Mercy; Our Mother of Sorrows | Anderson/Reck |
|---|---|---|---|---|
| 8/14/2019 | Monroe | E2019007704 | The Diocese of Rochester; Most Holy Redeemer; Roman Catholic Parish of St. Frances Xavier Cabrini | Anderson/Boyd |
| 11/21/2019 | Monroe | E2019011093 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 11/6/2019 | Monroe | E2019010537 | St. Michael's Church of Rochester, NY; Roman Catholic Parish of St. Frances Xavier Cabrini Parish; St. Bridget's Church aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, NY; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and the Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 10/29/2019 | Monroe | E2019010189 | St. Michael's Church of Rochester, NY; Roman Catholic Parish of St. Frances Xavier Cabrini, aka St. Frances Xavier Cabrini Parish; St. Mary of the Assumption Church of Auburn, NY, aka St. Mary of the Assumption Parish; The Church of The Holy Apostles of Rochester, NY aka Holy Apostles Parish; St. Ambrose Church of Rochester, NY; Peace of Christ Parish; Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, NY; Blessed Sacrament Roman Catholic Church of Elmira, NY, aka Blessed Sacrament RomanCatholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Frances of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of The Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 12/20/2019 | Monroe | E2019011929 | Becket Hall, Inc.; Church of the Most Holy Trinity of Webster; and St. Michael's Church | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007722 | The Diocese of Rochester; St. Boniface, aka Southeast Rochester Catholic Community | Bansbach |
| 6/10/2019 | Monroe | E2019005335 | The Diocese of Rochester; The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester; Catholic Charities of the Diocese of Rochester; Most Holy Redeemer Parish; St. Bridget's Church, aka St. Bridget's Church Rochester; Roman Catholic Parish of St. Frances Xavier Cabrini, aka St. Frances Xavier Cabrini Parish; and Immaculate Conception/St. Bridget's Church | Garabedian |
| 10/29/2019 | Monroe | E2019010177 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of The Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |

| Date | County | Case No. | Defendants | Attorney |
|------|--------|----------|------------|----------|
| 10/29/2019 | Monroe | E2019010191 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and the Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 10/21/2019 | Monroe | E2019009929 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, New York; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 1/6/2020 | Monroe | E2020000338 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, NY; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Hanley/Garabedian |
| 8/29/2019 | Monroe | E2019008258 | Roman Catholic Diocese of Rochester | McGuire/Foote |
| 9/17/2019 10/15/19 personal service | Monroe | E2019008843 | Diocese of Rochester and St. Francis of Assisi | Zekowski |
| 8/14/2019 | Monroe | E2019007706 | The Diocese of Rochester; Immaculate Heart of Mary Seminary (Preparatory); St. Patrick's; St. Francis & St. Clare, aka St. Francis and St. Clare Roman Catholic Parish, Seneca County, NY | Anderson/Boyd |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 8/14/2019 | Monroe | E2019007721 | The Diocese of Rochester; St. John Evangelist, aka St. John the Evangelist, aka St. John the Evangelist Greece | Bansbach |
| 8/14/2019 | Monroe | E2019007713 | The Diocese of Rochester | Anderson/Boyd |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 8/14/2019 | Monroe | E2019007718 | The Diocese of Rochester; St. John Evangelist, aka St. John the Evangelist, aka St. John the Evangelist Greece | Bansbach |
| 8/14/2019 | Monroe | E2019007723 | The Diocese of Rochester; St. Boniface, aka Southeast Rochester Catholic Community | Bansbach |
| 9/9/2019 | Monroe | E2019008550 | The Diocese of Rochester; Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester, NY (formerly Church of the Annunciation of Rochester, NY); | James |
| 11/13/2019 | Monroe | E2019010764 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, NY aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, New York; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; and Camp Stella Maris of Livonia, NY | Hanley/Garabedian |

| Date | County | Case No. | Parties | Attorney |
|---|---|---|---|---|
| 12/9/2019 | Monroe | E2019011540 | St. Mary's Catholic Church German of Dansville, NY; Holy Family Catholic Community; St. Patrick Church of Oswego, NY; Blessed Trinity and St. Patrick Parish; St. Cecilia Church of Irondequoit, NY; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007724 | The Diocese of Rochester; St. Boniface, aka Southeast Rochester Catholic Community | Bansbach |
| 10/7/2019 | Monroe | E2019009501 | Roman Catholic Diocese of Rochester and Villa of Hope formerly known as St. Joseph's Villa | Zekowski |
| 12/9/2019 | Monroe | E2019011531 | St. Mary's Catholic Church German of Dansville, NY; Holy Family Catholic Community; St. Patrick Church of Oswego, NY; Blessed Trinity and St. Patrick Parish; St. Cecilia Church of Irondequoit, NY; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007716 | The Diocese of Rochester; St. Bridget aka St. Bridget's Immaculate Conception/St. Bridget | Anderson/Reck |
| 8/14/2019 | Monroe | E2019007694 | Diocese of Rochester; St. Christopher's Church; St. Bridget's Church; St. Leo the Great Catholic Church; St. Francis Xavier Church; St. Bridget's Church and School; Good Shepherd Parish and School; Holy Rosary Church and School; St. Boniface Church and School; St. Mary of the Assumption; and Church of the Annunciation | Pfau |
| 12/5/2019 | Monroe | E2019011482 | Church of the Holy Name of Jesus of Rochester, New York; Church of St. Charles Borromeo, of Greece, N.Y., aka Church of St. Charles Borromeo; St. Patrick's Church of Victor; The Church of St. Francis DeSales; DeSales High School; Our Lady of Peace Roman Catholic Parish of Geneva, N.Y.; Saint Augustine's Church, Rochester, N.Y., aka Saint Augustine's Church, Rochester, N.Y.; Saint Monica's Church; St. Mary's Catholic Church German of Dansville, N.Y.; and Holy Family Catholic Community, Inc. | Hanley/Garabedian |
| 8/14/2019 | Monroe | E2019007693 | Diocese of Rochester, St. Mary's Church, and Our Lady of the Lakes | Merson |
| 8/14/2019 | Monroe | E2019007698 | The Diocese of Rochester; St. John of Rochester Church, aka St. John of Rochester Church of Perinton, New York, aka Church of St. John of Rochester of Perinton, New York, aka St. John of Rochester Catholic Church | Anderson/Reck |
| 2/4/2020 | Livingston | 000112-2020 | Joseph Edward Larrabee; St. Agnes of Avon, NY; Saint Agnes Paul and Rose Catholic Parish; St. Mary's Catholic Church German of Dansville, NY; and Holy Family Catholic Community | Hanley/Garabedian |
| 2/5/2020 | Monroe | E2020001361 | St. Boniface Church of Rochester, NY aka St. Boniface Society of Rochester, NY; Southeast Rochester Catholoic Community; Sacred Heart Cathedral; and the Cathedral Community at the Sacred Heart Cathedral | Hanley/Garabedian |
| 2/4/2020 | Livingston | 000113-2020 | Joseph Edward Larrabee; St. Agnes of Avon, NY; Saint Agnes Paul and Rose Catholic Parish; St. Mary's Catholic Church German of Dansville, NY; and Holy Family Catholic Community | Hanley/Garabedian |
| | Monroe | E2020004402 | Camp Stella Maris | Garabedian |
| | Broome | EFCA2019003403 | The Roman Catholic Diocese of Syracuse; The Church of the Blessed Sacrament; St. Vincent Roman De Paul - Blessed Sacrament Church of Vestal, N.Y.; Young Men's Christian Association of Broome County; and Camp Stella Maris of Livonia, N.Y. | Garabedian |
| 2/20/2020 | Monroe | E2020001886 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, N.Y., aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, New York; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Garabedian |
| 2/20/2020 | Monroe | E2020001888 | Joseph Edward Larrabee; St. John the Evangelist Church of Greece; St. Agnes of Avon, NY; Saint Agnes, Paul and Rose Catholic Parish, St. Mary's Catholic Church German of Dansville, NY; and Holy Family Catholic Community | Garabedian |
| 2/20/2020 | Monroe | E2020001895 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, N.Y., aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, New York; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Garabedian |

| Date | County | Case Number | Defendants | Counsel |
|------|--------|-------------|------------|---------|
| 2/20/2020 | Monroe | E2020001897 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, N.Y., aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish Of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, New York; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Garabedian |
| 2/20/2020 | Monroe | E2020001898 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, N.Y., aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish Of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, New York; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Garabedian |
| 2/20/2020 | Monroe | E2020001899 | St. Bridget's Church, aka St. Bridget's Church Rochester; Immaculate Conception/St. Bridget Church Society; St. Anthony's Church of Elmira, New York; Blessed Sacrament Roman Catholic Church of Elmira, N.Y., aka Blessed Sacrament Roman Catholic Church of Elmira, NY; The Parish Of The Most Holy Name of Jesus, Chemung County, NY; St. Francis of Assisi Church of Rochester, New York; St. Salome Church; Kateri Tekakwitha Roman Catholic Parish, Monroe County, NY; Catholic Charities of the Diocese of Rochester; and The Catholic Youth Organization of Catholic Charities of the Diocese of Rochester | Garabedian |
| 2/19/2020 | Monroe | E2020001863 | St. Boniface Church of Rochester, NY, aka St. Boniface Society of Rochester, NY; Southeast Rochester Catholic Community; Immaculate Conception of the Blessed Virgin Mary Church of Ithaca, NY; St. Bernard Seminary, aka St. Bernard's School of Theology & Ministry; and Eugene G. Emo | Garabedian |
| 2/20/2020 | Monroe | E2020001884 | Church of the Good Shepherd; and Marianne Cope Roman Catholic Parish of Monroe County | Garabedian |
| 2/20/2020 | Monroe | E2020001885 | Church of the Good Shepherd; and Marianne Cope Roman Catholic Parish of Monroe County | Garabedian |
| 2/20/2020 | Monroe | E2020001871 | Church of the Good Shepherd; and Marianne Cope Roman Catholic Parish of Monroe County | Garabedian |

Opposing Counsel Key:
Maura C. McGuire
Nathanial L. Foote
Paul Hanley
Mitchell Garabedian
Michael T. Pfau
Jeffrey R. Anderson
Steve Boyd
J. Michael Reck
John M. Bansbach
Robert J. Greenstein
Jeff Herman
Leander James
Ron Benjamin
Jarrod W. Smith
Brett A. Zekowski

## **Schedule 2**

### Stay Defendants

Parishes
1. Sacred Heart Cathedral, Rochester
2. **Annunciation, Rochester
3. **St. Ambrose, Rochester
4. **St. Andrew, Rochester
5. **St. Anthony of Padua, Rochester
6. **St. Augustine, Rochester
7. St. Anne, Rochester
8. Blessed Sacrament, Rochester
9. **Corpus Christi, Rochester
10. St. Boniface, Rochester
11. **St. Bridget, Rochester
12. ** St. Cecilia, Rochester
13. St. Charles Borromeo, Rochester
14. **Christ the King, Rochester
15. **Church of the Annunciation, Rochester
16. Emmanuel Church of the Deaf, Rochester
17. **St. Feehan, Rochester
18. **St. Francis of Assisi, Rochester
19. St. Frances Xavier Cabrini, Rochester
20. St. George, Rochester
21. **Guardian Angels, Rochester
22. **St. Helen, Rochester
23. Holy Apostles, Rochester
24. Holy Cross, Rochester
25. **Holy Ghost, Rochester
26. **Holy Family, Rochester
27. **Holy Name of Jesus, Rochester
28. **Holy Redeemer, Rochester
29. St. Francis Xavier, Rochester
30. **Holy Redeemer/St. Francis Xavier, Rochester
31. **Holy Rosary, Rochester
32. **Immaculate Conception, Rochester
33. Immaculate Conception/St. Bridget, Rochester
34. **St. James, Rochester
35. **St. John the Evangelist, Rochester
36. St. John the Evangelist, Rochester
37. **St. Joseph, Rochester
38. Kateri Tekakwitha Roman Catholic, Rochester
39. St. Lawrence, Rochester
40. **St. Lucy, Rochester
41. **Light of Christ Roman Catholic Parish, Rochester
42. **St. Margaret Mary, Rochester
43. St. Mark, Rochester
44. St. Mary, Rochester
45. **St. Michael, Rochester
46. St. Monica, Rochester
47. **Our Lady of the Americas, Rochester

| | |
|---|---|
| 48. | **Our Lady of Good Counsel, Rochester |
| 49. | Our Lady of Lourdes, Rochester |
| 50. | **Our Lady of Mount Carmel, Rochester |
| 51. | **Our Lady of Mercy, Rochester |
| 52. | **Our Lady of Perpetual Help, Rochester |
| 53. | **Our Lady of Sorrows, Rochester |
| 54. | Our Lady of Victory-St. Joseph, Rochester |
| 55. | Our Lady Queen of Peace, Rochester |
| 56. | Our Mother of Sorrows, Rochester |
| 57. | The Parish of the Holy Family, Rochester |
| 58. | Peace of Christ, Rochester |
| 59. | **St. Patrick, Rochester |
| 60. | **Sts Peter & Paul, Rochester |
| 61. | St. Pius Tenth, Rochester |
| 62. | **St. Salome, Rochester |
| 63. | St. Stanislaus, Rochester |
| 64. | St. Theodore, Rochester |
| 65. | **St. Theresa of the Infant Jesus, Rochester |
| 66. | St. Thomas More, Rochester |
| 67. | **St. Thomas the Apostle, Rochester |
| 68. | **St. Catherine of Siena, Addison |
| 69. | Saints Isidore and Maria Torribia, Addison |
| 70. | **St. Margaret Mary, Appalachin |
| 71. | **St. Mathias, Atlanta |
| 72. | St. Alphonsus, Auburn |
| 73. | **St. Aloysius, Auburn |
| 74. | **St. Francis of Assisi, Auburn |
| 75. | Holy Family, Auburn |
| 76. | **St. Hyacinth, Auburn |
| 77. | St. Mary, Auburn |
| 78. | Saints Mary and Martha, Auburn |
| 79. | Sacred Heart, Auburn |
| 80. | Good Shephard Catholic Community, Aurora |
| 81. | St. Agnes, Avon |
| 82. | St. John Vianney, Bath |
| 83. | **St. Mary, Bath |
| 84. | **St. Stanislaus, Bradford |
| 85. | Nativity of the Blessed Virgin Mary, Brockport |
| 86. | **St. Columba, Caledonia |
| 87. | The Parish of Saint Martin De Porres, Caledonia |
| 88. | **Our Lady of Lebanon, Canandaigua |
| 89. | St. Benedict, Canandaigua |
| 90. | **St. Mary, Canandaigua |
| 91. | **St. Joachim, Canisteo |
| 92. | **St. William, Cameron Mills |
| 93. | **St. Joseph, Campbell |
| 94. | **St. Patrick, Cato |
| 95. | **St. Francis of Assisi, Catatonk |
| 96. | **St. Joseph, Cayuga |
| 97. | **St. Vincent De Paul, Churchville |
| 98. | **St. Felix, Clifton Springs |
| 99. | **St. Felix/St. Francis Parish Cluster, Clifton Springs |
| 100. | St. Peter's Roman Catholic Parish, Clifton Springs |

101.	**St. John the Evangelist, Clyde
102.	St. Joseph the Worker, Clyde
103.	**St. Pius V, Cohocton
104.	**St. William, Conesus
105.	All Saints, Corning
106.	**Santa Maria de Mercede, Cuylerville
107.	**St. Mary, Dansville
108.	**St. Patrick, Dansville
109.	**St. Andrew, Dundee
110.	Holy Cross, Dryden
111.	**St. Bridget, East Bloomfield
112.	St. Jerome, East Rochester
113.	**St. Charles Borromeo, Elmira
114.	**St. Anthony, Elmira
115.	**Blessed Sacrament, Elmira
116.	**St. Casimir, Elmira
117.	**St. Cecilia, Elmira
118.	**Christ the Redeemer, Elmira
119.	**St. John the Baptist, Elmira
120.	**St. Mary, Elmira
121.	**Our Lady of Lourdes, Elmira
122.	The Parish of the Most Holy Name of Jesus, Elmira
123.	**St. Patrick, Elmira
124.	**Sts. Peter and Paul Catholic Parish, Elmira
125.	Church of the Assumption, Fairport
126.	Church of the Resurrection, Fairport
127.	St. John of Rochester, Fairport
128.	St. Luke the Evangelist, Geneseo
129.	**St. Mary, Geneseo
130.	**St. Francis De Sales, Geneva
131.	Our Lady of Peace, Geneva
132.	**St. Stephen, Geneva
133.	**St. Hillary, Genoa
134.	**St. Mary, Greenwood
135.	St. Anthony, Groton
136.	**Holy Name of Jesus, Groveland
137.	St. Elizabeth Ann Seton, Hamlin
138.	**St. Gabriel, Hammondsport
139.	**Church of the Good Shepherd, Henrietta
140.	St. Marianne Cope, Henrietta
141.	St. Leo, Hilton
142.	St. Paul of the Cross, Honeoye Falls
143.	St. Mary, Our Lady of the Hills, Honeoye
144.	**St. Ann, Hornell
145.	Our Lady of the Valley, Hornell
146.	**St. Ignatius Loyola, Hornell
147.	St. Mary Our Mother, Horseheads
148.	**St. Francis Solanus, Interlaken
149.	St. Catherine of Siena, Ithaca
150.	Immaculate Conception, Ithaca
151.	**Our Lady of the Lake, King Ferry
152.	All Saints, Lansing
153.	**St. Thomas Aquinas, Leicester

154. St. Rose, Lima
155. St. Matthew Catholic Church Society, Livonia
156. **St. Joseph, Livonia
157. **St. Michael, Livonia Center
158. **St. Michael, Lyons
159. **St. Patrick, Macedon
160. **St. Gregory, Marion
161. **St. Patrick, McLean
162. St. Catherine of Siena, Mendon
163. **St. Michael, Montezuma
164. **St. Patrick, Moravia
165. **Church of the Assumption, Mount Morris
166. **St. Patrick, Mount Morris
167. **St. Patrick, Mumford
168. **St. Januarius, Naples
169. **St. John the Evangelist, Newark Valley
170. St. Michael, Newark
171. St. Christopher, North Chili
172. **Holy Angels, Nunda
173. St. Benedict, Odessa
174. **St. Mary of the Lake, Ontario
175. St. Maximillian Kolbe, Ontario
176. **Holy Cross, Ovid
177. The Parish of Mary, Mother of Mercy, Interlaken
178. St. Ann, Owasco
179. Blessed Trinity, Owego
180. St. Patrick, Owego
181. **Immaculate Heart of Mary, Painted Post
182. **St. Anne, Palmyra
183. The Parish of St. Katharine Drexel, Palmyra
184. Holy Spirit, Webster
185. St. Joseph, Penfield
186. **St. Michael, Penn Yan
187. Our Lady of Lakes Catholic Community, Penn Yan
188. **Sacred Heart of Jesus, Perkinsville
189. **St. Francis, Phelps
190. Church of the Transfiguration, Pittsford
191. St. Louis, Pittsford
192. **St. Raphael, Piffard
193. **St. Patrick, Prattsburg
194. **St. Thomas the Apostle, Red Creek
195. **St, Lucy, Retsof
196. **St. Mary, Rexville
197. **St. Joseph, Rush
198. **St. Mary, Rushville
199. **St. Patrick, Savannah
200. **St. Bernard, Scipio Center
201. **St. Mary of the Assumption, Scottsville
202. **St. Patrick, Seneca Falls
203. **St. Dominic, Shortsville
204. **Epiphany, Sodus
205. **St. Rose of Lima, Sodus Point
206. St. John the Evangelist, Spencerport

207. **St. Theresa, Stanley
208. **St. James the Apostle, Trumansburg
209. **St. Michael's, Union Springs
210. **St. Pius the Tenth, Van Etten
211. St. Patrick, Victor
212. St. Francis and St. Clare, Waterloo
213. **St. Mary, Waterloo
214. St. Mary of the Lake, Watkins Glen
215. **St. James, Waverly
216. Holy Family Catholic Community, Wayland
217. **St. Joseph, Wayland
218. Holy Trinity, Webster
219. St. Paul, Webster
220. St. Rita, Webster
221. **St. John, Weedsport
222. **St. Joseph, Cato
223. Our Lady of the Snow, Weedsport
224. **St. Joseph, West Bloomfield
225. Catholic Community of Blessed Trinity, Wolcott
226. **St. Mary Magdalene, Wolcott


Other Entities
1. Catholic Charities of the Diocese of Rochester, Inc.
2. Rochester Catholic Press Association, Inc. ("Catholic Courier")
3. Catholic Youth Organization of Catholic Charities of the Diocese of Rochester
4. Providence Housing Development Corporation
5. Camp Stella Maris of Livonia, N.Y.
6. St. Bernards School of Theology and Ministry
7. Villa of Hope (f/k/a St. Joseph's Villa)
8. De Paul Community Services (f/k/a De Paul Mental Health Clinic)


Schools
1. All Saints in Corning
2. Holy Family in Elmira
3. St. Joseph in Auburn
4. St. Francis/St. Stephen in Geneva
5. De Sales High School in Geneva


** Indicates a parish that is closed, has merged with another or is otherwise inactive at this time.

**Schedule 3**

Document Requests

**Document Request by Official Creditors' Committee to Diocese of Rochester**

**October __, 2019**

As used in this Document Request, the term "Diocesan" or "Diocese" includes both the civil entity and Canon law juridic person identified The Diocese of Rochester on the Petition, and any predecessor thereof.

1. All versions of Diocesan articles of incorporation in last twenty years.
2. All versions of Diocesan bylaws in last twenty years.
3. All versions of the norms, statutes, operating guidelines/policies/instructions and policy manuals issued by/created by Diocese in the last ten years.
4. Audited Financial Statements of the Diocese for the last ten years.
5. List of all Diocesan committees, subcommittees and councils that existed over the last ten years.
6. List of all entities in which the Bishop, Chancellor or Vicar General of the Diocese are or have been an officer or director in the last ten years (including positions held ex officio).
7. Minutes of meetings (including any agendas and materials distributed at meetings) of following Diocesan councils/subcommittees/committees for the last 10 years:
    a. Stewardship Council;
    b. Finance and
    c. Presbyteral.
8. List of all general ledger accounts for any entity that is in the possession, custody or control of the Diocese.
9. All documentation of restrictions for all funds listed under question no. 77 of Schedules A/B of the Schedules of Assets and Liabilities (as they may be amended, the "SOAL") (Docket No. 79).
10. All documents regarding the use of funds received in the Our Legacy, Our Hope capital campaign described in Note 4 of the 2018 Financials.
11. All documents and communications regarding the PSIP Fund listed on question no. 77 of the SOAL (page 13 of 64).
12. All documents temporarily restricted net assets described in Note 6 (page 9) of The Diocese of Rochester Pastoral Center Operations and Associated Funds Financial Statements as of June 30, 2018 (the "2018 Financials").
13. All documents regarding Board Designated, Temporarily Restricted and Permanently Restricted funds listed in Note 7 (pages 9-10) of the 2018 Financials.
14. Current accounts receivable aging by payee.
15. Amounts due to Diocese from insurance carriers for defense costs/fees by carrier.
16. All documents regarding Investments held for insurance reserves described in Note 5 (page 8) of the 2018 Financials.
17. All documents regarding Insurance Funding described in Note 9 (page 12) of the 2018 Financials.
18. All Diocesan personal property inventories for the last 10 years.
19. All appraisals for real and personal property disclosed on the SOAL and the Statement of Financial Affairs (as amended, the "SOFA") (Docket No. 79), regardless of whether Debtor contends that property is held for benefit of a third party.
20. All documents regarding Fixed Assets listed in Note 8 (page 11) of the 2018 Financials.

21. Copies of all real property deeds from Debtor to third parties conveying property in the last ten years, including to or for the benefit of parishes or missions. Committee requests copies of recorded deeds if available.
22. All unexpired leases or permissive use agreements in excess of one year from Diocese to third party.
23. Last two quinquennial reports.
24. All norms, statutes, operating guidelines/policies/instructions and policy manuals issued by/created by Diocese related to parishes.
25. Samples of each form of Affiliation Agreement (or any agreement to similar effect regardless of nomenclature) used by the Diocese and any entity during the last 20 years.
26. All parish financial statements from 2009 to present.
27. Minutes of meetings of the boards of directors of each parish from 2017 to the present.
28. All inventories of parish property from 2009 to present.
29. Identify IRS rulings based on which the Diocese has determined that priests should be treated as employees of the parishes.
30. All versions of the articles of incorporation of the Communis Fund of the Diocese of Rochester, Inc. (the "Communis Fund").
31. All versions of Communis Fund bylaws.
32. List of all Communis Fund directors and officers (including ex officio) for last ten years.
33. All versions of the norms, statutes, operating guidelines/policies/instructions and policy manuals issued by/created by Diocese related to the Communis Fund.
34. List of all Communis Fund committees, subcommittees and councils that existed over the last ten years.
35. Minutes of meetings (including any agendas and materials distributed at meetings) of Communis Fund councils/subcommittees/committees.
36. All annual financial statements (income statement, balance sheet and change in position) for Communis Fund.
37. All documents evidencing Diocesan funds, restricted and non-restricted, deposited at the Communis Fund and all documents evidencing restrictions on such funds.
38. List of accounts in Communis Fund and balances of such accounts.
39. List of loans due to Communis Fund, summary of terms and conditions and status (e.g. delinquent/current).
40. All documents regarding any pension plans covering Diocesan or parish employees (including clergy) (e.g., the Diocese of Rochester Priests' Retirement Plan and the Diocese of Rochester Lay Employees' Retirement Plan), including without limitation the following for the period from 2009 to the Petition Date:
    a. Master Trust Agreements in effect during the last ten years (including the agreements listed at responses 2.160 and 2.161 of Schedule G of the SOAL);
    b. Calculations of reserves.
    c. Calculations of shortfalls, including as described in Note 12 of the 2018 Financials (page 13).
    d. Financial statements (including balance sheets, profit and loss statements, and statements of cash flows);
    e. Reports to any governmental agency.

41. To the extent any priest is identified on the Diocesan webpage named "Dispositions 2002-Present" under the webpage tab named "Protecting Our Children" has, since the disposition of the claims against the priest, received any funds or support from the Diocese, parish or any pension plan identified in the Diocesan SOAL or SOFA, (a) the amount of each payment/type of support, (b) a schedule of all amounts received by the priest by month and year, (c) all documents

evidencing basis for his entitlement to payments/support and (d) all documents evidencing the priest's interest in any applicable pension plan.

42. Basis for calculating "Discretionary pension contributions" described on page 3 of the 2018 Financials.

43. Personnel files for any priest is identified on the Diocesan webpage named "Dispositions 2002-Present" under the webpage tab named "Protecting Our Children".

44. All confidential files maintained by the Bishop pursuant to Canon 489 of the Code of Canon Law.

45. All files of the Diocesan Review Board.

46. Diocese's written therapy policy

47. By name and address, a schedule of parish cemeteries and regional cemeteries associated with the Diocese.

48. Financial statements for each of the parish and regional cemeteries of Catholic Cemeteries of the Roman Catholic Diocese of Rochester from 2015-present.

49. All documents evidencing any trust claim over assets of Catholic Cemeteries of the Roman Catholic Diocese of Rochester, including any claims of trust over maintenance funds.

50. Copy of all subpoenas from any governmental entity to the Diocese since 2016.

51. Copy of all responses to any subpoena identified in no. 40.

52. All documents regarding the life insurance policies described in response question 73 of Schedule A/B of the SOAL.

53. All documents regarding the 602 shares of Great Expectations Ltd. Described in response to question 15 of Schedule A/B of the SOAL.

54. Schedule of transfers between the Diocese the following from 2009 to the Petition Date:
    a. Catholic Charities of the Diocese of Rochester;
    b. St. Padre Pio Institute of Rochester, Inc.; and
    c. Providence Housing Development Corporation.

55. Copies of all insurance policies in which the Diocese, Parishes, or any other entity related to the Diocese (including without limitation schools, foster care agencies, adoption agencies, social services agencies, housing agencies) claims an interest in the proceeds thereof (including as an insured, additional insured, or otherwise).

56. Copies of all insurance coverage letters regarding claims under the CVA.

57. Agreements between any Religious Institute (including entities or institutions operated by Religious Institutes, such as schools, monastaries, or convents) and the Diocese from 1945 to the Petition Date.

58. List of all Religious Institutes that operated in the territory of the Diocese between 1945 and the present.

59. Index of the Diocese's archives.