**EXHIBIT A-2**

UST Informal Objections and Bond Responses

September 12, 2019 – October 31, 2019

3522308.4

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 1 of 19

# OBJECTION DETAIL

| | |
|---|---|
| FEE ENTRIES OBJECTED TO: | 148 |
| EXPENSE ENTRIES OBJECTED TO: | 1 |
| ADDITIONAL CONCERNS/ FEES: | 0 |
| ADDITIONAL CONCERNS/ EXPENSES: | 0 |
| TOTAL FEE OBJECTIONS: | $28,790.94 |
| TOTAL EXPENSE OBJECTIONS: | $22.50 |
| TOTAL OF ALL OBJECTIONS: | $28,813.44 |

**Codes:** MC- miscounted hours; DC- double counted time value; DU- duplicate time entry or segment; CD- conference time discrepancy; HD- hearing time discrepancy; BL- block billing; VA- vague fee entry; TG- transitory timekeeping or grazing; RD- staffing redundancy; SE- seniority/task mismatch; RC- non-compensable retention/compensation task; CS- excessive conference staffing; HA- excessive hearing attendance; LT- excessive time billed for routine task; HH- excessive hours billed in day by timekeeper; RI- rate increase; UT- untimely fee or expense; BI- global reduction based on billing increment issues; NC- noncompensable/overhead timekeeper; TR- Non-working travel billed at full rate; EX- unauthorized or excessive expense; OT- other

Return

| Line Number | Applicant | Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 474 | - | 0 | F | 10/2/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 5.50 | $1,595.00 | VA (segment 1) | | 2.75 | $797.50 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 520 | - | 0 | F | 10/3/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 2.50 | $725.00 | VA (segment 1) | | 1.25 | $362.50 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 640 | - | 0 | F | 10/9/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 2.20 | $638.00 | VA (segment 1) | | 1.10 | $319.00 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 657 | - | 0 | F | 10/10/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 4.50 | $1,305.00 | VA (segment 1) | | 2.25 | $652.50 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 681 | - | 0 | F | 10/11/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 6.30 | $1,827.00 | VA (segment 1) | | 3.15 | $913.50 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 731 | - | 0 | F | 10/15/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 1.60 | $464.00 | VA (segment 1) | | 0.80 | $232.00 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 752 | - | 0 | F | 10/16/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 3.20 | $928.00 | VA (segment 1) | | 1.60 | $464.00 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 770 | - | 0 | F | 10/17/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 0.60 | $174.00 | VA (segment 1) | | 0.30 | $87.00 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 814 | - | 0 | F | 10/21/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 1.00 | $290.00 | VA (segment 1) | | 0.50 | $145.00 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 2 of 19

1 of 18

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 903 | -0 | F | 10/24/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 1.10 | $319.00 | VA (segment 1) | | 0.55 | $159.50 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 972 | -0 | F | 10/29/2019 | Bopp, Claire | Reviewed documents for insurance production<br><br>Partial review of approximatley 16,000+ documents regarding insurance coverage issues (multiple day project) | 2.00 | $580.00 | VA (segment 1) | | 1.00 | $290.00 | Vague fee entry. Boilerplate/repeated fee description. (segment 1) |
| 81 | -0 | F | 9/16/2019 | Calaprico, James | Consulted with Bankruptcy Paralegal regarding same text relative to creditors<br><br>Consulted with Bankruptcy Paralegal regarding preparation of notices of appearance for varoius counsel | 0.40 | $56.00 | VA (segment 1) | | 0.20 | $28.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 16 | -0 | F | 9/12/2019 | Donato, Stephen | Filed chapter 11 case<br><br>Consultations with Bond attorneys and paralegals regarding finalization of pleadings in connection with filing of Chapter 11 case | 0.50 | $216.00 | SE (segment 1) | | 0.25 | $110.15 | Seniority-task mismatch. Timekeeper is an attorney with a billing rate substantially above the firm's average, but the time entry appears to include a type of work normally assigned to junior attorneys. (based on imputed project FILING AND SERVICE OF DOCUMENTS) (segment 1) |
| 17 | -0 | F | 9/12/2019 | Donato, Stephen | Comprehensive preparation and attendance at first-day motion hearings<br><br>Prepared for hearings on first day motions (7.00)<br>Attended hearings on first day motions (2.00)<br>Communications regarding finalization of orders on first day motions (1.50) | 10.50 | $4,536.00 | BL (segment 1) | | 2.10 | $907.20 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 18 | -0 | F | 9/12/2019 | Donato, Stephen | Prepared for and participated in employee meeting<br><br>Prepared for meeting with Debtor's employees to discuss chapter 11 filing (.50)<br>Attended meeting with Debtor's employees to discuss chapter 11 filing (1.00) | 1.50 | $648.00 | BL (segment 1)<br>VA (segment 1) | | 0.75 | $324.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1)<br>Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 19 | -0 | F | 9/12/2019 | Donato, Stephen | Prepared for and participated at press conference with Bishop Matano<br><br>Prepared Bishop Matano for press conference on chapter 11 filing (1.2)<br>Attended press conference with Bishop Matano regarding chapter 11 filing (.8) | 2.00 | $864.00 | BL (segment 1) | | 0.40 | $172.80 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 20 | -0 | F | 9/12/2019 | Donato, Stephen | Outlined initial first-day issues and conferred with L. Passero and Bishop Matano regarding same<br><br>Outlined initial first-day issues (.40)<br>Conferred with L. Passero and Bishop Matano regarding first day hearings (.60) | 1.00 | $432.00 | BL (segment 1) | | 0.20 | $86.40 | Block billing-- combines conferences with other activities. (segment 1) |
| 47 | -0 | F | 9/13/2019 | Donato, Stephen | Conferred with L. Passero regarding pension issues and impacts concerning chapter 11 and reviewed draft letter regarding same<br><br>Conferred with L. Passero regarding pension issues and impacts concerning chapter 11 (.50)<br>Reviewed draft letter regarding pension issues (.10) | 0.60 | $259.20 | BL (segment 1) | | 0.12 | $51.84 | Block billing-- combines conferences with other activities. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 3 of 19

2 of 18

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | - 0 | F | 9/13/2019 | Donato, Stephen | Reviewed and revised draft first-day motion orders regarding incorporation of Court and United States Trustee comments<br><br>NO CHANGE REQUIRED | 0.90 | $388.80 | VA (segment 1) | | 0.45 | $194.40 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 97 | - 0 | F | 9/16/2019 | Donato, Stephen | Prepared for and participated in conference call with CFO and comptroller regarding United States Trustee Guideline compliance and operational issues<br><br>Prepared for conference call with CFO and comptroller regarding United States Trustee Guideline compliance and impact on business operational issues (.40)<br>Participated in conference call with CFO and comptroller regarding maintaining business operations as a debtor in possession in accordance with the United States Trustee Guidelines (1.10) | 1.50 | $648.00 | BL (segment 1)<br>RC (segment 1) | | 1.50 | $648.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1)<br>Non-reimbursable overhead activity related to general fee guidelines compliance (segment 1) |
| 125 | - 0 | F | 9/17/2019 | Donato, Stephen | Reviewed insurance coverage chart and updated litigation claims and conferred with J. Murray regarding same<br><br>Reviewed insurance coverage chart and updated litigation claims with J. Murray | 1.30 | $561.60 | BL (segment 1) | | 0.26 | $112.32 | Block billing-- combines conferences with other activities. (segment 1) |
| 167 | - 0 | F | 9/18/2019 | Donato, Stephen | Conferred with P. Spellane regarding third-party suit issues and impacts concerning state court pre-trial orders and reviewed stay issues in regard to third-party litigation<br><br>Conferred with P. Spellane regarding third-party suit issues and impacts concerning state court pre-trial orders including stay issues in regard to third-party litigation | 0.60 | $259.20 | BL (segment 1) | | 0.12 | $51.84 | Block billing-- combines conferences with other activities. (segment 1) |
| 226 | - 0 | F | 9/20/2019 | Donato, Stephen | Conferred with plaintiff's counsel regarding creditors' Committee role and participation and initial review of case background regarding same<br><br>Conferred with plaintiff's counsel regarding (a) creditors Committee's role and participation in chapter 11 case and (b) initial review of chapter 11 case background with plaintiff's counsel | 0.80 | $345.60 | BL (segment 1) | | 0.16 | $69.12 | Block billing-- combines conferences with other activities. (segment 1) |
| 227 | - 0 | F | 9/20/2019 | Donato, Stephen | Reviewed email and conferred with prospective Creditors' Committee counsel regarding initial issues and case background regarding same<br><br>Reviewed email from prospective Creditor's Committee Counsel (.1)<br>Conferred with prospective Creditors' Committee counsel regarding initial issues and case background (.8) | 0.90 | $388.80 | BL (segment 1) | | 0.18 | $77.76 | Block billing-- combines conferences with other activities. (segment 1) |
| 244 | - 0 | F | 9/22/2019 | Donato, Stephen | Further revisions to M&T Bank credit card program order and prepared email regarding same<br><br>Revisions to M&T Bank credit card program order and prepared email to client regarding same | 0.70 | $302.40 | VA (segment 1) | | 0.35 | $151.20 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/ Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 262 | -0 | F | 9/23/2019 | Donato, Stephen | Prepared for and participated in conference call with counsel for the parishes regarding initial issues<br><br>Prepared for conference call with counsel for the parishes regarding initial issues (.30)<br>Participated in conference call with counsel for the parishes regarding initial bankruptcy issues (.40) | 0.70 | $302.40 | BL (segment 1) | | 0.14 | $60.48 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 265 | -0 | F | 9/23/2019 | Donato, Stephen | Conferred with J. Murray regarding insurance coverage update and analysis and reviewed existing insurance coverage regarding same<br><br>Conferred with J. Murray regarding insurance coverage update and analysis and review existing insurance coverage with J. Murray | 2.10 | $907.20 | BL (segment 1) | | 0.42 | $181.44 | Block billing-- combines conferences with other activities. (segment 1) |
| 299 | -0 | F | 9/24/2019 | Donato, Stephen | Conferred with L. Passero regarding credit card program reactivation terms and conditions and reviewed revised order regarding same<br><br>Conferred with L. Passero regarding credit card program reactivation terms and conditions (.50)<br>Reviewed revised credit card order regarding reactivation terms and conditions (.10) | 0.60 | $259.20 | BL (segment 1) | | 0.12 | $51.84 | Block billing-- combines conferences with other activities. (segment 1) |
| 443 | -0 | F | 10/1/2019 | Donato, Stephen | Prepared for and attended client meeting regarding chapter 11 operational issues, U.S. Trustee Guideline compliance and review of insurance coverage issues<br><br>Prepared for client meeting regarding chapter 11 operational issues, U.S. Trustee Guideline compliance and review of insurance coverage issues (1.0)<br>Attended client meeting regarding chapter 11 operational issues, U.S. Trustee Guideline compliance and review of insurance coverage issues (3.0) | 4.00 | $1,728.00 | BL (segment 1) | | 0.80 | $345.60 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 481 | -0 | F | 10/2/2019 | Donato, Stephen | Prepared for and participated in conference call with Creditors' Committee counsel regarding 341 meeting, schedule preparation and M&T Bank credit card restoration issues<br><br>Prepared for conference call with Creditors' Committee counsel (.30)<br>Participated in conference call with Creditors' Committee counsel regarding 341 meeting, schedule preparation and M&T Bank credit card restoration issues (.80) | 1.10 | $475.20 | BL (segment 1) | | 0.22 | $95.04 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 522 | -0 | F | 10/3/2019 | Donato, Stephen | Prepared for and participated in Creditors' Committee conference call regarding initial case background, 341 meeting issues and document production requests<br><br>Prepared for Creditors' Committee conference call (.50)<br>Participated in Creditors' Committee conference call regarding initial case background, 341 meeting issues and document production requests (1.40) | 1.90 | $820.80 | BL (segment 1) | | 0.38 | $164.16 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 630 | -0 | F | 10/8/2019 | Donato, Stephen | Conferred with L. Passero regarding initial 341 meeting preparation issues and reviewed operational issues<br><br>Conferred with L. Passero regarding operational issues and initial 341 meeting preparation issues | 0.90 | $388.80 | BL (segment 1) | | 0.18 | $77.76 | Block billing-- combines conferences with other activities. (segment 1) |

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 632 | -0 | F | 10/8/2019 | Donato, Stephen | Reviewed weekly meeting agenda regarding status quo update and conferred with L. Passero regarding same<br><br>Reviewed weekly meeting agenda regarding status quo update (.30)<br>Conferred with L. Passero regarding weekly meeting agenda and status quo update (.30) | 0.60 | $259.20 | BL (segment 1) | | 0.12 | $51.84 | Block billing-- combines conferences with other activities. (segment 1) |
| 635 | -0 | F | 10/8/2019 | Donato, Stephen | Conferred with Creditors' Committee counsel regarding 341 meeting issues and reviewed Bankruptcy schedules regarding same<br><br>Conferred with Creditors' Committee counsel regarding 341 meeting issues (.70)<br>Reviewed Bankruptcy schedules regarding 341 meeting issues (.40) | 1.10 | $475.20 | BL (segment 1) | | 0.22 | $95.04 | Block billing-- combines conferences with other activities. (segment 1) |
| 653 | -0 | F | 10/9/2019 | Donato, Stephen | Attended meeting with Bishop Matano and L. Passero regarding 341 meeting preparation issues and reviewed schedules regarding same<br><br>Attended meeting with Bishop Matano and L. Passero regarding 341 meeting preparation issues (2.40)<br>Reviewed schedules in preparation for 341 meeting (1.60) | 4.00 | $1,728.00 | BL (segment 1) | | 0.80 | $345.60 | Block billing-- combines conferences with other activities. (segment 1) |
| 668 | -0 | F | 10/10/2019 | Donato, Stephen | Prepared for and attended 341 meeting<br><br>Prepared for 341 meeting (1.00)<br>Attended 341 meeting (4.00) | 5.00 | $2,160.00 | BL (segment 1) | | 1.00 | $432.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 670 | -0 | F | 10/10/2019 | Donato, Stephen | Supplemental consultation with United States Trustee and client regarding 341 meeting and consulted regarding same<br><br>Supplemental consultation with United States Trustee and client regarding 341 meeting | 0.70 | $302.40 | VA (segment 1) | | 0.35 | $151.20 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 671 | -0 | F | 10/10/2019 | Donato, Stephen | Initial outline of issues concerning schedule amendments<br><br>Initial outline of issues concerning amendments to bankruptcy schedules | 0.70 | $302.40 | VA (segment 1) | | 0.35 | $151.20 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 702 | -0 | F | 10/13/2019 | Donato, Stephen | Continued review of 341 meeting notes regarding schedule amendment issues<br><br>NO CHANGE NEEDED | 1.10 | $475.20 | BL (segment 1) | | 0.22 | $95.04 | Block billing-- combines conferences with other activities. (segment 1) |
| 761 | -0 | F | 10/16/2019 | Donato, Stephen | Prepared for and participated in conference call with M. Cooney regarding funds analysis and reviewed Creditors' Committee comments regarding same<br><br>Prepared for conference call with M. Cooney regarding funds analysis (.30)<br>Participated in conference call with M. Cooney regarding funds analysis (.60)<br>Reviewed Creditors' Committee comments regarding funds analysis (.30) | 1.20 | $518.40 | BL (segment 1) | | 0.24 | $103.68 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |

5 of 18

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 6 of 19

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 774 | - 0 | F | 10/17/2019 | Donato, Stephen | Prepared for and participated in conference call with attorneys for parishes regarding Committee stay proposal and supplemental consultation with J. Stang regarding same<br><br>Prepared for conference call with attorneys for parishes regarding Committee stay proposal (.20)<br>Participated in conference call with attorneys for parishes regarding Committee stay proposal (.60)<br>Supplemental consultation with J. Stang regarding Committee stay proposal (.30) | 1.10 | $475.20 | BL (segment 1) | | 0.22 | $95.04 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 775 | - 0 | F | 10/17/2019 | Donato, Stephen | Prepared for and participated in conference call with Committee counsel regarding revisions, modifications and inquiries concerning second day motion relief<br><br>Prepared for conference call with Committee counsel regarding revisions, modifications and inquiries concerning second day motion relief (.30)<br>Participated in conference call with Committee counsel regarding revisions, modifications and inquiries concerning second day motion relief (1.00) | 1.30 | $561.60 | BL (segment 1) | | 0.26 | $112.32 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 827 | - 0 | F | 10/21/2019 | Donato, Stephen | Reviewed and analyzed final proposed draft financial statement and conferred with L. Passero regarding same<br><br>Reviewed and analyzed final proposed draft financial statement (.60)<br>Conferred with L. Passero regarding draft financial statement (.30) | 0.90 | $388.80 | BL (segment 1) | | 0.18 | $77.76 | Block billing-- combines conferences with other activities. (segment 1) |
| 860 | - 0 | F | 10/22/2019 | Donato, Stephen | Reviewed and revised 341 meeting document production and schedule amendment requirements and prepared final edits regarding same<br><br>Reviewed and revised checklist of 341 meeting document production and schedule amendment requirements and prepared final edits to checklist. | 1.20 | $518.40 | BL (segment 1) | | 0.24 | $103.68 | Block billing-- combines conferences with other activities. (segment 1) |
| 863 | - 0 | F | 10/22/2019 | Donato, Stephen | Prepared for and attended insurance coverage meeting with representatives of Lloyd's of London and participated in various conferences with J. Murray regarding same<br><br>Prepared for insurance coverage meeting with representatives of Lloyd's of London (1.00)<br>Participated in insurance coverage meeting with representatives of Lloyd's of London 3.20)<br>Participated in various conferences with J. Murray regarding insurance coverage meeting (1.70) | 5.90 | $2,548.80 | BL (segment 1) | | 1.18 | $509.76 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 904 | - 0 | F | 10/24/2019 | Donato, Stephen | Prepared for and attended meeting with Committee counsel regarding initial case issues<br><br>Prepared for meeting with Committee counsel regarding initial case issues (.80)<br>Participated in meeting with Committee counsel regarding initial case issues (2.40) | 3.20 | $1,382.40 | BL (segment 1) | | 0.64 | $276.48 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 907 | - 0 | F | 10/24/2019 | Donato, Stephen | Prepared for and attended second day hearings<br><br>Prepared for second day hearings (1.00)<br>Attended second day hearings (1.10) | 2.10 | $907.20 | BL (segment 1) | | 0.42 | $181.44 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 7 of 19

6 of 18

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 983 | -0 | F | 10/29/2019 | Donato, Stephen | Prepared for and attended client meeting regarding operational issues, claim bar date review, and annual fund issues<br><br>Prepared for client meeting regarding operational issues, claim bar date review, and annual fund issues (.60)<br><br>Attended client meeting regarding operational issues, claim bar date review, and annual fund issues (1.40) | 2.00 | $864.00 | BL (segment 1) | | 0.40 | $172.80 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 1027 | -0 | F | 10/31/2019 | Donato, Stephen | Prepared for and participated in Committee conference call regarding follow-up issues including document production requests, non-disclosure agreement, parish standstill agreement and CNA motion strategies<br><br>Prepared for Committee conference call regarding follow-up issues including document production requests, non-disclosure agreement, parish standstill agreement and CNA motion strategies (.80)<br>Participated in Committee conference call regarding follow-up issues including document production requests, non-disclosure agreement, parish standstill agreement and CNA motion strategies (1.10) | 1.90 | $820.80 | BL (segment 1) | | 0.38 | $164.16 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 1184 | -0 | E | 10/10/2019 | Donato, Stephen | meals VENDOR: STEPHEN A. DONATO; INVOICE#: 1467487; DATE: 10/10/2019<br><br>MEAL PURCHASED FOLLOWING ATTENDANCE AT 341 MEETING | 1.00 | $42.50 | EX | | 0.53 | $22.50 | Excessive or unexplained meal charge |
| 24 | -0 | F | 9/12/2019 | Doner, Kristin | Participated in various office and telephone conferences with Attorneys Donato, Sullivan, Temes and Walter regarding commencement of case<br><br>Participated in telephone conference with Attorneys Donato, Sullivan, Temes and Walter regarding commencement of case | 0.70 | $126.00 | BL (segment 1) | | 0.14 | $25.20 | Block billing-- combines conferences with other activities. (segment 1) |
| 378 | -0 | F | 9/27/2019 | Doner, Kristin | Participated in various office conferences with Attorney Temes regarding updates to schedules<br><br>Participated in office conference with Attorney Temes regarding updates to schedules | 1.50 | $270.00 | BL (segment 1) | | 0.30 | $54.00 | Block billing-- combines multiple conferences or communications. (segment 1) |
| 473 | -0 | F | 10/2/2019 | Doner, Kristin | Continued working on the schedules and statement of financial affairs<br><br>NO CHANGE NEEDED | 4.30 | $774.00 | VA (segment 1) | | 2.15 | $387.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 678 | -0 | F | 10/11/2019 | Doner, Kristin | Outlined and drafted correspondence to Attorney Walter regarding proposed supplemental interim order<br><br>Outlined and drafted correspondence to Attorney Walter regarding proposed supplemental interim order pertaining to the M&T credit card program | 0.10 | $18.00 | VA (segment 1) | | 0.05 | $9.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 3 | -0 | F | 9/12/2019 | Laudadio, Brian | Worked on coverage issues including response to CNA demand for information<br><br>Worked on insurance coverage issues including response to CNA demand for information | 2.50 | $987.50 | VA (segment 1) | | 1.25 | $493.75 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |

| | Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/ Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 107 | -0 | F | 9/17/2019 | Laudadio, Brian | Continued work on correspondence to carriers<br><br>Continued work on correspondence to carriers regarding insurance coverage issues | 2.40 | $948.00 | VA (segment 1) | | 1.20 | $474.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 68 | 890 | -0 | F | 10/24/2019 | Laudadio, Brian | Meeting regarding carrier document production<br><br>Attended meeting with Bond professionals regarding document production for insurance carriers. | 0.30 | $118.50 | VA (segment 1) | | 0.15 | $59.25 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 69 | 451 | -0 | F | 10/1/2019 | McDonald, Gregory | Prepared for and attended meeting with Diocese concerning bankruptcy and insurance coverage matters<br><br>Prepared for meeting with Diocese concerning bankruptcy and insurance coverage matters (.50)<br><br>Participated in meeting with Diocese concerning bankruptcy and insurance coverage matters (3.0) | 3.50 | $1,386.00 | BL (segment 1) | | 0.70 | $277.20 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 70 | 539 | -0 | F | 10/4/2019 | McDonald, Gregory | Worked on bankruptcy schedules regarding CVA claimants<br><br>NO CHANGE NEEDED | 3.00 | $1,188.00 | VA (segment 1) | | 1.50 | $594.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 71 | 612 | -0 | F | 10/8/2019 | McDonald, Gregory | Prepared for and attended client conference regarding insurance coverage and CVA claims<br><br>Prepared for client conference regarding insurance coverage and CVA claims (.40)<br>Participated in client conference regarding insurance coverage and CVA claims (1.10) | 1.50 | $594.00 | BL (segment 1) | | 0.30 | $118.80 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 72 | 723 | -0 | F | 10/14/2019 | McDonald, Gregory | Prepared for and attended telephone conference concerning insurance coverage matters for CVA claims<br><br>Prepared for telephone conference with client concerning insurance coverage matters for CVA claims (.20)<br>Participated in telephone conference with client concerning insurance coverage matters for CVA claims (.80) | 1.00 | $396.00 | BL (segment 1)<br>VA (segment 1) | | 0.50 | $198.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1)<br>Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 73 | 726 | -0 | F | 10/14/2019 | McDonald, Gregory | Identified potential insurance coverage for CVA claimants<br><br>NO CHANGE NEEDED | 0.80 | $316.80 | VA (segment 1) | | 0.40 | $158.40 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 74 | 737 | -0 | F | 10/15/2019 | McDonald, Gregory | Prepared for and attended meeting with Diocese regarding bankruptcy and insurance coverage issues<br><br>Prepared for meeting with Diocese regarding bankruptcy and insurance coverage issues (.30)<br>Attended meeting with Diocese regarding bankruptcy and insurance coverage issues (2.70) | 3.00 | $1,188.00 | BL (segment 1) | | 0.60 | $237.60 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 75 | 854 | -0 | F | 10/22/2019 | McDonald, Gregory | Prepared for and attended meeting with client regarding bankruptcy and insurance matters<br><br>Prepared for meeting with client regarding bankruptcy and insurance matters (.40)<br>Attended meeting with client regarding bankruptcy and insurance matters (1.80) | 2.20 | $871.20 | BL (segment 1) | | 0.44 | $174.24 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 9 of 19

8 of 18

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 856 | -0 | F | 10/22/2019 | McDonald, Gregory | Prepared for and attended meeting with counsel for Lloyd's and London Market Insurers<br><br>Prepared for meeting with counsel for Lloyd's and London Market Insurers (.80)<br>Attended meeting with counsel for Lloyd's and London Market Insurers (1.70) | 2.50 | $990.00 | BL (segment 1) | | 0.50 | $198.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 982 | -0 | F | 10/29/2019 | McDonald, Gregory | Prepared for and attended meeting with client regarding insurance coverage and bankruptcy matters<br><br>Prepared for meeting with client regarding insurance coverage and bankruptcy matters (.60)<br>Attended meeting with client regarding insurance coverage and bankruptcy matters (2.90) | 3.50 | $1,386.00 | BL (segment 1) | | 0.70 | $277.20 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 1014 | -0 | F | 10/30/2019 | McDonald, Gregory | Prepared for and attended telephone conference regarding insurance coverage issues and Continental Insurance Company lift stay motion<br><br>Prepared for telephone conference with client regarding insurance coverage issues and Continental Insurance Company lift stay motion (.1)<br>Attended telephone conference with client regarding insurance coverage issues and Continental Insurance Company lift stay motion (.4) | 0.50 | $198.00 | VA (segment 1) | | 0.25 | $99.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 5 | -0 | F | 9/12/2019 | Palermo, Ingrid | Participated in Debtor's employee announcement meeting<br><br>Participated in Debtor's employee meeting regarding chapter 11 case announcement. | 0.50 | $189.00 | VA (segment 1) | | 0.25 | $94.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 62 | -0 | F | 9/14/2019 | Palermo, Ingrid | Performed conflict screening<br><br>Analyzed conflict search results in connection with preparation of retention application papers. | 0.30 | $113.40 | VA (segment 1) | | 0.15 | $56.70 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 70 | -0 | F | 9/16/2019 | Palermo, Ingrid | Performed conflict screening<br><br>Analyzed conflict search results in connection with preparation of retention application papers. | 0.80 | $302.40 | VA (segment 1) | | 0.40 | $151.20 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 71 | -0 | F | 9/16/2019 | Palermo, Ingrid | Performed conflict screening<br><br>Analyzed conflict search results in connection with preparation of retention application papers. | 3.00 | $1,134.00 | VA (segment 1) | | 1.50 | $567.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 251 | -0 | F | 9/23/2019 | Palermo, Ingrid | Prepared for and participated in conference call with Attorney Lyster regarding parish committee, CVA litigation and insurance recovery<br><br>Prepared for conference call with Attorney Lyster regarding parish committee, CVA litigation and insurance recovery (.40)<br>Participated in conference call with Attorney Lyster regarding parish committee, CVA litigation and insurance recovery (.60) | 1.00 | $378.00 | BL (segment 1) | | 0.20 | $75.60 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 290 | -0 | F | 9/24/2019 | Palermo, Ingrid | Participated in Creditors' Committee formation meeting, including meetings with plaintiff's counsel and potential Committee counsel<br><br>NO CHANGE NEEDED | 3.00 | $1,134.00 | BL (segment 1) | | 0.60 | $226.80 | Block billing-- combines conferences with other activities. (segment 1) |

9 of 18

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 10 of 19

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 316 | -0 | F | 9/25/2019 | Palermo, Ingrid | Participated in Bishops conference call<br><br>Participated in conference call with all New York Bishops regarding Bankruptcy case filing and CVA issues. | 1.50 | $567.00 | VA (segment 1) | | 0.75 | $283.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 343 | -0 | F | 9/26/2019 | Palermo, Ingrid | Participated in Diocesan CVA conference call<br><br>Participated in conference call with personnel from all New York Dioceses regarding CVA issues | 1.20 | $453.60 | VA (segment 1) | | 0.60 | $226.80 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 349 | -0 | F | 9/26/2019 | Palermo, Ingrid | Participated in telephone conference with and emailed related documents to Attorney Zagraniczny regarding easement and restriction issues in bankruptcy<br><br>Participated in telephone conference with Attorney Zagraniczny regarding easement and restriction issues in bankruptcy (.8) Email to Attorney Zagraniczny regarding easement documents (.1) | 0.90 | $340.20 | BL (segment 1) | | 0.18 | $68.04 | Block billing-- combines conferences with other activities. (segment 1) |
| 428 | -0 | F | 9/30/2019 | Palermo, Ingrid | Participated in insurance negotiation status call<br><br>Participated in negotiation status conference call with insurers | 0.60 | $226.80 | VA (segment 1) | | 0.30 | $113.40 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 440 | -0 | F | 10/1/2019 | Palermo, Ingrid | Prepared for and participated in all attorney meeting regarding operating issues<br><br>Prepared for meeting with client regarding operating issues (1.00)<br>Participated in meeting with client regarding operating issues (2.50) | 3.50 | $1,323.00 | BL (segment 1)<br>VA (segment 1) | | 1.75 | $661.50 | Block billing-- combines preparation time with time for conference or hearing. (segment 1)<br>Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 509 | -0 | F | 10/3/2019 | Palermo, Ingrid | Participated in Diocesan attorney CVA conference call<br><br>Participated in conference call with personnel from all New York Dioceses regarding CVA issues | 1.00 | $378.00 | VA (segment 1) | | 0.50 | $189.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 600 | -0 | F | 10/8/2019 | Palermo, Ingrid | Participated in Diocesan attorney meeting with client on issues to review and actions to take<br><br>NO CHANGE NEEDED | 1.00 | $378.00 | BL (segment 1) | | 0.20 | $75.60 | Block billing-- combines conferences with other activities. (segment 1) |
| 606 | -0 | F | 10/8/2019 | Palermo, Ingrid | Analyzed 341 meeting transcripts from other Diocesan cases to prepare for Diocese of Rochester questions<br><br>NO CHANGE NEEDED | 2.10 | $793.80 | BL (segment 1) | | 0.42 | $158.76 | Block billing-- combines conferences with other activities. (segment 1) |
| 641 | -0 | F | 10/9/2019 | Palermo, Ingrid | Prepared for and participated in 341 preparation meetings with L. Passero, Bishop Matano, Father Condon, D. Mandelaro, and Attorney Spellane<br><br>Prepared for 341 meeting (2.60)<br>Participated in 341 preparation meeting with L. Passero, Bishop Matano, Father Condon, D. Mandelaro, and Attorney Spellane (4.40) | 7.00 | $2,646.00 | BL (segment 1) | | 1.40 | $529.20 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 682 | -0 | F | 10/11/2019 | Palermo, Ingrid | Drafted 341 meeting memo summary for document requests, amendments requested by United States Trustee and issues to consider<br><br>NO CHANGE NEEDED | 0.70 | $264.60 | BL (segment 1) | | 0.14 | $52.92 | Block billing-- combines conferences with other activities. (segment 1) |
| 710 | -0 | F | 10/14/2019 | Palermo, Ingrid | Participated in insurance recovery conference call<br><br>Participated in conference call with client regarding insurance recovery | 1.00 | $378.00 | VA (segment 1) | | 0.50 | $189.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 732 | -0 | F | 10/15/2019 | Palermo, Ingrid | Prepared for and participated in meeting with L. Passero, Father Condon, Father Tomasso, D. Mandelaro, Bishop Matano regarding 341 meeting and operational issues<br><br>Prepared for meeting with L. Passero, Father Condon, Father Tomasso, D. Mandelaro, Bishop Matano regarding 341 meeting and operational issues (.40)<br>Participated in meeting with L. Passero, Father Condon, Father Tomasso, D. Mandelaro, Bishop Matano regarding 341 meeting and operational issues (2.60) | 3.00 | $1,134.00 | BL (segment 1) | | 0.60 | $226.80 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 816 | -0 | F | 10/21/2019 | Palermo, Ingrid | Participated in insurance recovery conference call<br><br>Participated in conference call with client regarding insurance recovery | 1.00 | $378.00 | VA (segment 1) | | 0.50 | $189.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 819 | -0 | F | 10/21/2019 | Palermo, Ingrid | Analyzed Continental Insurance Company letters regarding coverage<br><br>Analyzed letters from Continental Insurance Company regarding coverage | 0.70 | $264.60 | VA (segment 1) | | 0.35 | $132.30 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 846 | -0 | F | 10/22/2019 | Palermo, Ingrid | Prepared for and participated in all attorney meeting regarding actions to take after 341 meeting<br><br>Prepared for meeting with client regarding actions to take after 341 meeting (.40)<br>Participated in meeting with Attorneys Donato and Sullivan regarding actions to take after 341 meeting (2.10) | 2.50 | $945.00 | BL (segment 1) | | 0.50 | $189.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 847 | -0 | F | 10/22/2019 | Palermo, Ingrid | Prepared for and participated in insurance preparation meeting with L. Passero, Attorneys McDonald, Murry, Donato and Sullivan<br><br>Prepared for insurance preparation meeting with L. Passero, Attorneys McDonald, Murry, Donato and Sullivan (.40)<br>Participated in insurance preparation meeting with L. Passero, Attorneys McDonald, Murry, Donato and Sullivan (2.0) | 2.40 | $907.20 | BL (segment 1) | | 0.48 | $181.44 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 877 | -0 | F | 10/23/2019 | Palermo, Ingrid | Advised client on pre-petition amounts due to various professionals<br><br>Advised client regarding bankruptcy treatment of pre-petition amounts due to various professionals | 0.20 | $75.60 | VA (segment 1) | | 0.10 | $37.80 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 893 | -0 | F | 10/24/2019 | Palermo, Ingrid | Prepared for and participated in meeting with Creditors' Committee counsel to discuss case issues<br><br>Prepared for meeting with Creditors' Committee counsel to discuss case issues (1.80)<br>Participated in meeting with Creditors' Committee counsel to discuss case issues (2.50) | 4.30 | $1,625.40 | BL (segment 1) | | 0.86 | $325.08 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 12 of 19

11 of 18

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/ Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 973 | - 0 | F | 10/29/2019 | Palermo, Ingrid | Prepared for and participated in meeting with L. Passero, Father Condon, and Attorney Spellane regarding Creditors' Committee document demands and planned responses<br><br>Prepared for meeting with L. Passero, Father Condon, and Attorney Spellane regarding Creditors' Committee document demands and planned responses (.90)<br>Participated in Prepared for and participated in meeting with L. Passero, Father Condon, and Attorney Spellane regarding Creditors' Committee document demands and planned responses (2.10) | 3.00 | $1,134.00 | BL (segment 1) | | 0.60 | $226.80 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 993 | - 0 | F | 10/30/2019 | Palermo, Ingrid | Prepared for and participated in conference call with insurance counsel and State Court counsel regarding lift stay motion filed by Continental Insurance Company and approach to take<br><br>Prepared for conference call with insurance counsel and State Court counsel regarding lift stay motion filed by Continental Insurance Company and approach to take (.20)<br>Participated in conference call with insurance counsel and State Court counsel regarding lift stay motion filed by Continental Insurance Company and approach to take (.90) | 1.10 | $415.80 | BL (segment 1) | | 0.22 | $83.16 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 1023 | - 0 | F | 10/31/2019 | Palermo, Ingrid | Participated in Diocesan CVA attorney call<br><br>Participated in conference call with personnel from all New York Dioceses regarding CVA issues | 1.20 | $453.60 | VA (segment 1) | | 0.60 | $226.80 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 1024 | - 0 | F | 10/31/2019 | Palermo, Ingrid | Prepared for and participated in conference call with Committee counsel regarding Continental Insurance Company motion for relief from the automatic stay<br><br>Prepared for conference call with Committee counsel regarding Continental Insurance Company motion for relief from the automatic stay (.30)<br>Participated in conference call with Committee counsel regarding Continental Insurance Company motion for relief from the automatic stay (1.50) | 1.80 | $680.40 | BL (segment 1) | | 0.36 | $136.08 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 354 | - 0 | F | 9/26/2019 | Rivera, Andrew | Calculated pre-petition payments to professionals for statement of financial affairs<br><br>NO CHANGE NEEDED | 1.50 | $249.75 | VA (segment 1) | | 0.75 | $124.88 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 573 | - 0 | F | 10/7/2019 | Rivera, Andrew | Consulted with Attorney Temes regarding order to file Schedule E/F under seal<br><br>NO CHANGE NEEDED | 0.20 | $33.30 | VA (segment 1) | | 0.10 | $16.65 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 764 | - 0 | F | 10/16/2019 | Rivera, Andrew | Consulted with Attorney Donato regarding second day hearings on first day motions<br><br>NO CHANGE NEEDED | 0.20 | $33.30 | VA (segment 1) | | 0.10 | $16.65 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 783 | - 0 | F | 10/17/2019 | Rivera, Andrew | Examined Quinquennial report for potential confidential information<br><br>NO CHANGE NEEDED | 3.30 | $549.45 | VA (segment 1) | | 1.65 | $274.73 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 801 | -0 | F | 10/18/2019 | Rivera, Andrew | Examined Quinquennial Report for confidential information<br><br>NO CHANGE NEEDED | 1.00 | $166.50 | VA (segment 1) | | 0.50 | $83.25 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 952 | -0 | F | 10/28/2019 | Rivera, Andrew | Consulted with Attorney Donato regarding establishing a bar date before close of CVA window<br><br>NO CHANGE NEEDED | 0.30 | $49.95 | VA (segment 1) | | 0.15 | $24.98 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 1012 | -0 | F | 10/30/2019 | Rivera, Andrew | Examined motion to lift stay and attached proposed complaint filed by Continental Insurance Company<br><br>NO CHANGE NEEDED | 1.30 | $216.45 | VA (segment 1) | | 0.65 | $108.23 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 26 | -0 | F | 9/12/2019 | Sullivan, Charles | Appeared and presented oral argument on first day motions<br><br>NO CHANGE NEEDED | 2.00 | $792.00 | VA (segment 1) | | 1.00 | $396.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 30 | -0 | F | 9/12/2019 | Sullivan, Charles | Traveled to and from Rochester, New York for hearings in Chapter 11 case<br><br>NO CHANGE NEEDED | 1.50 | $594.00 | VA (segment 1) | | 0.75 | $297.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 91 | -0 | F | 9/16/2019 | Sullivan, Charles | Worked on bankruptcy schedules<br><br>NO CHANGE NEEDED | 2.00 | $792.00 | VA (segment 1) | | 1.00 | $396.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 235 | -0 | F | 9/20/2019 | Sullivan, Charles | Participated in several calls with counsel for various creditors and prepared for formation meeting of the Unsecured Creditors Committee<br><br>Participated in calls with counsel for various creditors regarding case issues (.50)<br>Prepared for formation meeting of the Unsecured Creditors (2.0) Committee | 2.50 | $990.00 | BL (segment 1) | | 0.50 | $198.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 306 | -0 | F | 9/24/2019 | Sullivan, Charles | Prepared for and participated in formation meeting of the Unsecured Creditors Committee<br><br>Prepared presentation to creditors for formation meeting of the Unsecured Creditors Committee (2.0)<br>Participated in formation meeting of the Unsecured Creditors Committee (1.00) | 3.00 | $1,188.00 | BL (segment 1) | | 0.60 | $237.60 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 422 | -0 | F | 9/30/2019 | Sullivan, Charles | Received, reviewed and responded to various emails regarding Committee inquiries<br><br>Received, reviewed and responded to emails regarding Committee information requests. | 0.50 | $198.00 | VA (segment 1) | | 0.25 | $99.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 458 | -0 | F | 10/1/2019 | Sullivan, Charles | Received, reviewed and responded to various emails<br><br>Received, reviewed and responded to case-related emails from client. | 0.50 | $198.00 | VA (segment 1) | | 0.25 | $99.00 | Vague fee entry. Does not adequately describe subject of task. (segment 1) |
| 498 | -0 | F | 10/2/2019 | Sullivan, Charles | Prepared for and participated in telephone conference with Committee counsel and followed up concerning preparation for section 341 meeting<br><br>Prepared for telephone conference with Committee counsel regarding 341 meeting (.50)<br>Participated in telephone conference with Committee counsel regarding 341 meeting (1.50)<br>Followed up with client concerning preparation for section 341 meeting (.50) | 2.50 | $990.00 | BL (segment 1) | | 0.50 | $198.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 14 of 19

13 of 18

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 552 | -0 | F | 10/4/2019 | Sullivan, Charles | Prepared for and participated in telephone conference regarding insurance issues<br><br>Prepared for (.1) and participated in telephone conference with client regarding insurance issues (.4) | 0.50 | $198.00 | VA (segment 1) | | 0.25 | $99.00 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 627 | -0 | F | 10/8/2019 | Sullivan, Charles | Prepared for and participated in meeting with client regarding operational issues<br><br>Prepared for meeting with client regarding operational issues (.30)<br>Participated in meeting with client regarding operational issues (1.20) | 1.50 | $594.00 | BL (segment 1) | | 0.30 | $118.80 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 652 | -0 | F | 10/9/2019 | Sullivan, Charles | Prepared for and participated in meeting with client concerning preparation for section 341 meeting of creditors<br><br>Prepared for meeting with client concerning preparation for section 341 meeting of creditors (1.60)<br>Participated in meeting with client concerning preparation for section 341 meeting of creditors (2.40) | 4.00 | $1,584.00 | BL (segment 1) | | 0.80 | $316.80 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 692 | -0 | F | 10/11/2019 | Sullivan, Charles | Consulted with Attorney Walter regarding Section 345 compliance concerning Communis investments<br><br>NO CHANGE NEEDED | 0.50 | $198.00 | VA (segment 1) | | 0.25 | $99.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 851 | -0 | F | 10/22/2019 | Sullivan, Charles | Prepared for and participated in telephone conference with client regarding numerous operating issues<br><br>Prepared for telephone conference with client regarding numerous operating issues (.50)<br>Participated in telephone conference with client regarding numerous operating issues (1.50) | 2.00 | $792.00 | BL (segment 1) | | 0.40 | $158.40 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 898 | -0 | F | 10/24/2019 | Sullivan, Charles | Traveled to and from Rochester, New York for hearings in Chapter 11 case<br><br>NO CHANGE NEEDED | 1.50 | $594.00 | VA (segment 1) | | 0.75 | $297.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 899 | -0 | F | 10/24/2019 | Sullivan, Charles | Prepared for and participated in meeting with counsel for unsecured creditors Committee regarding second day hearings<br><br>Prepared for meeting with counsel for unsecured creditors Committee regarding second day hearings (.50)<br>Participated in meeting with counsel for unsecured creditors Committee regarding second day hearings (2.00) | 2.50 | $990.00 | BL (segment 1) | | 0.50 | $198.00 | Block billing-- combines preparation time with time for conference or hearing. (segment 1) |
| 1031 | -0 | F | 10/31/2019 | Sullivan, Charles | Worked on outline of parish stay stipulation and consulted with Attorney Walter regarding same<br><br>NO CHANGE NEEDED | 1.00 | $396.00 | VA (segment 1) | | 0.50 | $198.00 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 460 | -0 | F | 10/1/2019 | Taylor, Matthew | Attended and participated in meeting to discuss document review and analysis for production to carriers in support of coverage claims<br><br>NO CHANGE NEEDED | 0.50 | $115.00 | VA (segment 1) | | 0.25 | $57.50 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 540 | -0 | F | 10/4/2019 | Temes, Sara | Participated in discussions and edited schedules and confidential claimant schedules<br><br>Participated in discussions with K. Doner regarding bankruptcy schedules (.80)<br>Edited bankruptcy schedules and confidential claimant schedules (2.50) | 3.50 | $1,102.50 | BL (segment 1)<br>VA (segment 1) | | 1.75 | $551.25 | Block billing-- combines multiple conferences or communications. (segment 1)<br>Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 672 | -0 | F | 10/10/2019 | Temes, Sara | Addressed additional retention issues for Bonadio and Nixon Peabody<br><br>NO CHANGE NEEDED | 0.90 | $283.50 | VA (segment 1) | | 0.45 | $141.75 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 727 | -0 | F | 10/14/2019 | Temes, Sara | Addressed Blank Rome retention application<br><br>Consulted with Blank Rome regarding issue raised by the United States Trustee to Blank Rome retention application | 0.30 | $94.50 | VA (segment 1) | | 0.15 | $47.25 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 836 | -0 | F | 10/21/2019 | Temes, Sara | Reviewed 341 meeting requests and addressed open issues with regard to filing of schedules and statements of financial affairs<br><br>Reviewed 341 meeting requests (.3)<br>Addressed open issues from 341 meeting with regard to filing of schedules and statements of financial affairs (.60) | 0.90 | $283.50 | BL (segment 1) | | 0.18 | $56.70 | Block billing-- combines conferences with other activities. (segment 1) |
| 912 | -0 | F | 10/24/2019 | Temes, Sara | Addressed open issues with regard to retention applications<br><br>Addressed issues raised by the United States Trustee with regard to professional retention applications | 0.90 | $283.50 | VA (segment 1) | | 0.45 | $141.75 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 957 | -0 | F | 10/28/2019 | Temes, Sara | Addressed section 345 bonding issues<br><br>Addressed section 345 bonding issues raised by the United States Trustee in connection with cash management motion | 0.70 | $220.50 | VA (segment 1) | | 0.35 | $110.25 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 959 | -0 | F | 10/28/2019 | Temes, Sara | Addressed Harris Beach retention issues<br><br>Addressed Harris Beach retention issues raised by the United States Trustee | 0.30 | $94.50 | VA (segment 1) | | 0.15 | $47.25 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 84 | -0 | F | 9/16/2019 | Walter, Grayson | Participated in call with client to discuss Chapter 11 U.S. Trustee guidelines and preparation for Initial Debtor Interview<br><br>Participated in call with client for the purpose of educating client regarding compliance with Chapter 11 U.S. Trustee operating guidelines and preparation of client for Initial Debtor Interview with United States Trustee. | 1.70 | $527.85 | BL (segment 1)<br>RC (segment 1) | | 1.70 | $527.85 | Block billing-- combines preparation time with time for conference or hearing. (segment 1)<br>Non-reimbursable overhead activity related to general fee guidelines compliance (segment 1) |
| 121 | -0 | F | 9/17/2019 | Walter, Grayson | Multiple calls and emails with client regarding chapter 11 compliance issues, preparation of schedules and statement of financial affairs and first-day relief<br><br>Communications with client regarding chapter 11 compliance issues (1.0)<br>Communications with client regarding preparation of schedules and statement of financial affairs (2.0)<br>Communications with client regarding first-day relief (.7) | 3.70 | $1,148.85 | BL (segment 1) | | 0.74 | $229.77 | Block billing-- combines conferences with other activities. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 16 of 19

15 of 18

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/ Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | -0 | F | 9/17/2019 | Walter, Grayson | Exchanged calls and emails with client and U.S. Trustee regarding scheduling Initial Debtor Interview<br><br>Exchanged communications with client regarding scheduling Initial Debtor Interview (.4)<br>Exchanged communications with U.S. Trustee regarding scheduling Initial Debtor Interview (.3) | 0.70 | $217.35 | BL (segment 1) | | 0.14 | $43.47 | Block billing-- combines conferences with other activities. (segment 1) |
| 153 | -0 | F | 9/18/2019 | Walter, Grayson | Reviewed correspondence regarding payment of claims and analysis of same and conferred with I. Palermo regarding same<br><br>Reviewed correspondence regarding payment of claims and analysis of same (.50)<br>Conferred with I. Palermo regarding analysis of claims (.30) | 0.80 | $248.40 | BL (segment 1) | | 0.16 | $49.68 | Block billing-- multiple unrelated activities combined. (segment 1) |
| 155 | -0 | F | 9/18/2019 | Walter, Grayson | Participated in calls with client regarding Chapter 11 operational issues<br><br>Participated in call with client regarding Chapter 11 operational issues (1.0)<br>Participated in additional call with client regarding Chapter 11 operational issues (.6) | 1.60 | $496.80 | BL (segment 1) | | 0.32 | $99.36 | Block billing-- combines multiple conferences or communications. (segment 1) |
| 197 | -0 | F | 9/19/2019 | Walter, Grayson | Exchanged emails regarding schedules and statement of financial affairs issues<br><br>Exchanged email with client and K. Doner regarding schedules and statement of financial affairs issues | 0.60 | $186.30 | VA (segment 1) | | 0.30 | $93.15 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 285 | -0 | F | 9/23/2019 | Walter, Grayson | Reviewed initial debtor interview materials and participated in call with L. Passero regarding same<br><br>Reviewed initial debtor interview materials (.20)<br>Participated in call with L. Passero regarding initial debtor interview materials (.70) | 0.90 | $279.45 | BL (segment 1) | | 0.18 | $55.89 | Block billing-- combines conferences with other activities. (segment 1) |
| 286 | -0 | F | 9/23/2019 | Walter, Grayson | Exchanged emails regarding M&T credit card order modifications<br><br>Exchanged emails with client regarding M&T credit card order modifications | 0.40 | $124.20 | VA (segment 1) | | 0.20 | $62.10 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 364 | -0 | F | 9/26/2019 | Walter, Grayson | Attended initial debtor interview telephonically and conferred with client following same<br><br>Attended initial debtor interview telephonically (1.60)<br>Conferred with client following initial debtor interview (.40) | 2.00 | $621.00 | BL (segment 1) | | 0.40 | $124.20 | Block billing-- combines conferences with other activities. (segment 1) |
| 421 | -0 | F | 9/30/2019 | Walter, Grayson | Exchanged emails regarding insurance accounts<br><br>Exchanged emails with client regarding insurance accounts | 0.40 | $124.20 | VA (segment 1) | | 0.20 | $62.10 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

16 of 18

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 17 of 19

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 466 | -0 | F | 10/1/2019 | Walter, Grayson | Exchanged multiple emails and calls regarding M&T credit card issues<br><br>Exchanged email with client regarding M&T credit card issues (.1)<br>Call with client re credit cards issues (.1)<br>Exchanged email with counsel to M&T regarding credit card issues (.3)<br>Call with counsel to M&T bank regarding credit card issues (.2) | 0.70 | $217.35 | BL (segment 1)<br>VA (segment 1) | | 0.35 | $108.68 | Block billing-- combines conferences with other activities. (segment 1) Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 502 | -0 | F | 10/2/2019 | Walter, Grayson | Exchanged calls and emails with U.S. Trustee regarding credit card order and consulted with Attorneys Sullivan and Donato regarding same<br><br>Consulted with Attorney Sullivan regarding credit card order (.2) review and analysis of email from U.S. Trustee regarding credit card order objections (.5)<br>Exchange voicemail with U.S. Trustee regarding credit card order (.2)<br>Consulted with Attorney Donato regarding credit card order (.30) | 1.20 | $372.60 | BL (segment 1) | | 0.24 | $74.52 | Block billing-- combines conferences with other activities. (segment 1) |
| 532 | -0 | F | 10/3/2019 | Walter, Grayson | Multiple calls and emails regarding order authorizing credit card use and revisions to same<br><br>Communications with client and bank regarding order authorizing credit card use (1.4)<br>Revisions to credit card order (1.3) | 2.70 | $838.35 | BL (segment 1) | | 0.54 | $167.67 | Block billing-- combines conferences with other activities. (segment 1) |
| 619 | -0 | F | 10/8/2019 | Walter, Grayson | Multiple calls and emails regarding insurance issues<br><br>Email communication with client and I. Palermo regarding insurance coverage issues (.4)<br>Call with L. Passero regarding insurance issues (.2)<br>Call with I. Palermo regarding insurance issues (.1) | 0.70 | $217.35 | BL (segment 1)<br>VA (segment 1) | | 0.35 | $108.68 | Block billing-- combines conferences with other activities. (segment 1) Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 662 | -0 | F | 10/10/2019 | Walter, Grayson | Exchanged emails and calls with M&T regarding credit card order<br><br>Exchange email with cousel to M&T regarding credit card order (.2)<br>Call with M&T counsel re credit card order (.3)<br>Additional call with M&T counsel re credit card order (.1) | 0.60 | $186.30 | BL (segment 1) | | 0.12 | $37.26 | Block billing-- combines conferences with other activities. (segment 1) |
| 663 | -0 | F | 10/10/2019 | Walter, Grayson | Worked on 345 compliance issues<br><br>Research regarding possible ways to comply with section 345 of the Bankruptcy Code in connection with U.S. Trustee's objection to cash management motion | 1.50 | $465.75 | VA (segment 1) | | 0.75 | $232.88 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |
| 686 | -0 | F | 10/11/2019 | Walter, Grayson | Exchanged emails regarding finalization of M&T credit card order<br><br>Exchanged emails with client and bank regarding finalization of M&T credit card order | 0.20 | $62.10 | VA (segment 1) | | 0.10 | $31.05 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 688 | -0 | F | 10/11/2019 | Walter, Grayson | Exchanged emails regarding Communis governance documents and review of same<br><br>Exchanged email with I. Palermo regarding Communis governance documents (.1)<br>Review of Communis governance documents (.4) | 0.50 | $155.25 | VA (segment 1) | | 0.25 | $77.63 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 18 of 19

17 of 18

| Line Number | Applicant Item ID | Type | Date | Timekeeper | Narrative | Hours/Units | Fee | Objections | Concerns | Hours Objected to | Objection Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 793 | - 0 | F | 10/17/2019 | Walter, Grayson | Emailed and called client regarding Committee requested changes to PSIP order<br><br>Call to client regarding Committee requested changes to PSIP order (.5)<br>Email to Client rearding requested changes to PSIP Order (.2) | 0.70 | $217.35 | BL (segment 1) | | 0.14 | $43.47 | Block billing-- combines conferences with other activities. (segment 1) |
| 832 | - 0 | F | 10/21/2019 | Walter, Grayson | Participated in call regarding insurance issues<br><br>Participated in call with J. Murray regarding insurance issues | 0.80 | $248.40 | VA (segment 1) | | 0.40 | $124.20 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 888 | - 0 | F | 10/23/2019 | Walter, Grayson | Exchanged emails regarding insurance status<br><br>Exchanged email with K. Schmitt and S. Becker regarding insurance status (.2)<br>Email to Client regarding U.S. Trustee inquiries regarding insurance status (.2) | 0.40 | $124.20 | VA (segment 1) | | 0.20 | $62.10 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 923 | - 0 | F | 10/25/2019 | Walter, Grayson | Exchanged emails regarding monthly operating reports and reviewed same<br><br>Exchanged emails with client and K. Doner regarding preparation of monthly operating reports (.1)<br>Review of Monthly Operating Repor (.3) | 0.40 | $124.20 | VA (segment 1) | | 0.20 | $62.10 | Vague fee entry. Does not adequately describe other parties to communication. (segment 1) |
| 1033 | - 0 | F | 10/31/2019 | Walter, Grayson | Consulted with Attorney Sullivan regarding stipulation regarding state court litigation<br><br>Consulted with Attorney Sullivan regarding negotiation of stipulation staying state court litigation against parishes | 0.60 | $186.30 | VA (segment 1) | | 0.30 | $93.15 | Vague fee entry. Does not adequately describe nature of task. (segment 1) |

Case 2-19-20905-PRW, Doc 495-2, Filed 04/08/20, Entered 04/08/20 16:13:10, Description: Exhibit A-2 (U.S. Trustee Informal Objections to Bonds September and Octob, Page 19 of 19

18 of 18