UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    The Diocese of Rochester,        Bankruptcy Case No. 19-20905-PRW
                                                Chapter 11

                Debtor.

## ORDER GRANTING
## FIRST APPLICATION FOR INTERIM COMPENSATION
## AND REIMBURSEMENT OF EXPENSES
## OF BOND, SCHOENECK & KING, PLLC,
## AS ATTORNEYS FOR THE DIOCESE
## FOR THE PERIOD SEPTEMBER 12, 2019 THROUGH JANUARY 31, 2020

This matter is before the Court on the First Application for Interim Compensation and Reimbursement of Expenses of Bond, Schoeneck & King, PLLC, as Attorneys for the Diocese for the period September 24, 2019 through January 31, 2020. (ECF No. 495). In the Application, Bond requests: (a) allowance of interim compensation for professional services performed by Bond for the First Interim Compensation Period in the amount of $726,230.60; (b) reimbursement of its actual and necessary expenses in the amount of $14,044.79 incurred during the First Interim Compensation Period; and (c) directing the Debtor to pay Bond the amount of $143,001.39 for the unpaid total.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on May 13, 2020, and the Court having considered the Omnibus Objection of the United States Trustee to the Application of Bond (ECF No. 538) and the Response of Bond (ECF No. 541), hereby overrules the objections as having been fully addressed, and the Court having found that all services rendered by Bond and expenses incurred were reasonable, necessary, and beneficial to the estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Application is **GRANTED** in its entirety; and it is further

**ORDERED**, that Bond's compensation for professional services rendered during the First Interim Compensation Period is allowed on an interim basis in the amount of $726,230.60, of which $143,118.72 remains unpaid; and it is further

**ORDERED**, that reimbursement of Bond's expenses incurred during the First Interim Compensation Period is allowed on an interim basis in the amount of $14,044.79, of which *-$117.33* remains unpaid (this expense credit will be deducted from the unpaid fee amount specified in the preceding paragraph); and it is further

**ORDERED**, that the Debtor is directed to pay Bond the amount of $143,001.39 for the unpaid amounts incurred during the First Interim Compensation Period; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to § 330(a)(5) of the Code; and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Bond's right to seek additional compensation for services performed and expenses incurred during the First Interim Compensation Period, which were not processed at the time of the Application; and it is further

**ORDERED**, that the Court retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

**IT IS SO ORDERED.**

DATED: May 13, 2020
Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge