UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Bankruptcy Case No. 19-20905-PRW
Chapter 11

Debtor.

**ORDER GRANTING
FIRST APPLICATION FOR INTERIM COMPENSATION
AND REIMBURSEMENT OF EXPENSES
OF HARRIS BEACH PLLC,
AS SPECIAL COUNSEL TO THE DEBTOR
FOR THE PERIOD SEPTEMBER 12, 2019 THROUGH FEBRUARY 29, 2020**

This matter is before the Court on the First Application for Interim Compensation and Reimbursement of Expenses of Harris Beach PLLC, as Special Counsel to the Debtor for the period September 24, 2019 through February 29, 2020. (ECF No. 499). In the Application, Harris Beach requests: (a) allowance of interim compensation for professional services performed by Harris Beach for the First Interim Compensation Period in the amount of $271,546.50; (b) reimbursement of its actual and necessary expenses in the amount of $62,942.84 incurred during the First Interim Compensation Period; and (c) directing the Debtor to pay Harris Beach the amount of $261,859.40 for the unpaid total.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on May 13, 2020, and the Court having considered the Omnibus Objection of the United States Trustee indicating that the UST reached a compromise with regard to Harris Beach requested fees (ECF No. 538, n. 1) and the Court having found that all services rendered by Harris Beach and expenses incurred were reasonable, necessary, and beneficial to the estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Application is **GRANTED** in its entirety; and it is further

**ORDERED**, that Harris Beach's compensation for professional services rendered during the First Interim Compensation Period is allowed on an interim basis in the amount of $271,546.50 of which $200,018.90 remains unpaid (minus a reduction, on consent, of $7,622.00), for a remaining unpaid balance of $192,396.90; and it is further

**ORDERED**, that reimbursement of Harris Beach's expenses incurred during the First Interim Compensation Period is allowed on an interim basis in the amount of $62,942.84, of which $61,840.59 remains unpaid; and it is further

**ORDERED**, that the Debtor is directed to pay Harris Beach the amount of $254,237.49 for the unpaid amounts incurred during the First Interim Compensation Period; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to § 330(a)(5) of the Code; and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Harris Beach's right to seek additional compensation for services performed and expenses incurred during the First Interim Compensation Period, which were not processed at the time of the Application; and it is further

**ORDERED**, that the Court retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

**IT IS SO ORDERED.**

DATED: May 13, 2020
Rochester, New York

HON. PAUL R. WARREN
United States Bankruptcy Judge