**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## <u>NOTICE OF FILING</u>

PLEASE TAKE NOTICE that, in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees [Docket No. 318], Pachulski Stang Ziehl & Jones LLP has filed the *Fifth Monthly Fee Statement of Pachulski Stang Ziehl & Jones, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for The Diocese Of Rochester for The Period March 1, 2020 Through March 31, 2020*, a copy of which is attached hereto and hereby served upon you.

Date: June 5, 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/Ilan D. Scharf*
James I. Stang (*pro hac vice*)
Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:    jstang@pszjlaw.com
             ischarf@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (PRW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FIFTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES
LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD
MARCH 1, 2020 THROUGH MARCH 31, 2020**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors for the Diocese of Rochester |
| Date of Retention: | Order Entered November 1, 2019 [Docket No. 160] Employment Effective as of September 24, 2019 |
| Period for which compensation and Reimbursement is sought: | March 1, 2020 through March 31, 2020 |
| Amount of compensation sought as well as actual, reasonable and necessary: | 80% of $58,445.00 ($46.756.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $5,707.02 |

This is a _X_ monthly _____ quarterly _____ final application
This is the first monthly fee statement by Pachulski Stang Ziehl & Jones LLP in this case.

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

March 31, 2020
Invoice    124954
Client      18489
Matter      00002
**JIS**

RE:  Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2020**

| | |
|---|---|
| FEES | $58,445.00 |
| EXPENSES | $5,707.02 |
| **TOTAL CURRENT CHARGES** | **$64,152.02** |
| **BALANCE FORWARD** | **$260,112.73** |
| **TOTAL BALANCE DUE** | **$324,264.75** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:     2
Invoice 124954
March 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| CHM | Mackle, Cia H. | Counsel | 675.00 | 15.30 | $10,327.50 |
| GNB | Brown, Gillian N. | Counsel | 700.00 | 1.20 | $840.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 2.40 | $1,680.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 34.50 | $24,150.00 |
| JIS | Stang, James I. | Partner | 700.00 | 11.20 | $7,840.00 |
| LAF | Forrester, Leslie A. | Other | 450.00 | 1.30 | $585.00 |
| LSC | Canty, La Asia S. | Paralegal | 425.00 | 0.50 | $212.50 |
| VAN | Newmark, Victoria A. | Counsel | 700.00 | 9.00 | $6,300.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 9.30 | $6,510.00 |
| | | | | 84.70 | $58,445.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:     3
Invoice 124954
March 31, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 13.60 | $9,520.00 |
| BL | Bankruptcy Litigation [L430] | 9.00 | $6,300.00 |
| CA | Case Administration [B110] | 5.30 | $3,710.00 |
| CO | Claims Admin/Objections[B310] | 0.50 | $350.00 |
| CP | Compensation Prof. [B160] | 15.70 | $10,727.50 |
| DO | Document Production | 15.30 | $10,327.50 |
| GC | General Creditors Comm. [B150] | 15.00 | $10,500.00 |
| HE | Hearing | 1.60 | $1,120.00 |
| IC | Insurance Coverage | 3.60 | $2,320.00 |
| PD | Plan & Disclosure Stmt. [B320] | 0.70 | $490.00 |
| RP | Retention of Prof. [B160] | 1.60 | $1,120.00 |
| SL | Stay Litigation [B140] | 2.80 | $1,960.00 |
| | | 84.70 | $58,445.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:      4
Invoice 124954
March 31, 2020

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
| --- | --- |
| Air Fare [E110] | $789.60 |
| Auto Travel Expense [E109] | $134.72 |
| Bloomberg | $278.19 |
| Conference Call [E105] | $615.18 |
| CourtLink | $16.85 |
| Federal Express [E108] | $18.21 |
| Hotel Expense [E110] | $669.02 |
| Pacer - Court Research | $5.80 |
| Postage [E108] | $8.40 |
| Reproduction/ Scan Copy | $58.80 |
| Research [E106] | $500.00 |
| Transcript [E116] | $2,612.25 |
| | $5,707.02 |

|            |     |    |                                                                                      | Hours | Rate   | Amount   |
|------------|-----|----|--------------------------------------------------------------------------------------|-------|--------|----------|

### Asset Analysis/Recovery[B120]

| Date       |     |    | Description                                                                          | Hours | Rate   | Amount   |
|------------|-----|----|--------------------------------------------------------------------------------------|-------|--------|----------|
| 03/03/2020 | IDS | AA | Telephone call with W.Gordon regarding deposition issue (B.Clark).                   | 0.30  | 700.00 | $210.00  |
| 03/03/2020 | IDS | AA | Follow up with W.Gordon recap of deposition of B.Clark.                              | 0.50  | 700.00 | $350.00  |
| 03/03/2020 | IDS | AA | Revise document production tracing chart.                                            | 0.30  | 700.00 | $210.00  |
| 03/04/2020 | IDS | AA | Telephone call with W.Gordon regarding deposition of  B. Clark.                      | 0.30  | 700.00 | $210.00  |
| 03/04/2020 | IDS | AA | Follow up with Debtor (telephone call to  G.Walter) regarding document production.   | 0.30  | 700.00 | $210.00  |
| 03/09/2020 | IDS | AA | Spot check documents received last week from debtor.                                 | 0.40  | 700.00 | $280.00  |
| 03/09/2020 | IDS | AA | Email to SCC regarding access to documents.                                          | 0.40  | 700.00 | $280.00  |
| 03/09/2020 | IDS | AA | Telephone conference with C. Mackle regarding document production by debtor          | 0.30  | 700.00 | $210.00  |
| 03/09/2020 | IDS | AA | Review signed joinder agreements to NDA by SCC.                                      | 0.30  | 700.00 | $210.00  |
| 03/09/2020 | IDS | AA | Email to Debtor's counsel transmitting joinders to NDA by SCC.                       | 0.20  | 700.00 | $140.00  |
| 03/09/2020 | IDS | AA | Telephone conference with T. Newmark regarding research assignment for property and governance issues. | 0.40 | 700.00 | $280.00 |
| 03/09/2020 | IDS | AA | Email memo to T. Newmark regarding research assignment for property and governance issues. | 0.40 | 700.00 | $280.00 |
| 03/09/2020 | IDS | AA | Follow up email with S. Boyd regarding NDA and document access.                      | 0.20  | 700.00 | $140.00  |
| 03/10/2020 | IDS | AA | Telephone conference with Jim Stang regarding discovery.                             | 0.20  | 700.00 | $140.00  |
| 03/10/2020 | IDS | AA | Attend call with SCC regarding documents review.                                     | 0.70  | 700.00 | $490.00  |
| 03/10/2020 | IDS | AA | Telephone conference with C. Mackle regarding document production.                   | 0.20  | 700.00 | $140.00  |
| 03/10/2020 | IDS | AA | General review of document production and chart re same.                             | 1.00  | 700.00 | $700.00  |
| 03/11/2020 | IDS | AA | Follow up email to debtor's counsel regarding redactions.                            | 0.10  | 700.00 | $70.00   |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    - 00002

Page:      6

Invoice 124954

March 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/16/2020 | IDS | AA | Emails to committee regarding Bishop Clark deposition. | 0.80 | 700.00 | $560.00 |
| 03/16/2020 | IDS | AA | Review transcript of Bishop Clark deposition. | 1.40 | 700.00 | $980.00 |
| 03/18/2020 | IDS | AA | Email to T. Newmark regarding legal research for property and governance issues. | 0.60 | 700.00 | $420.00 |
| 03/19/2020 | IDS | AA | Email to C. Mackle regarding document production. | 0.20 | 700.00 | $140.00 |
| 03/19/2020 | IDS | AA | Brief review of  recent downloads and documents from Debtor. | 0.20 | 700.00 | $140.00 |
| 03/23/2020 | IDS | AA | Call with Debtor's counsel regarding various issues, including document production. | 0.80 | 700.00 | $560.00 |
| 03/23/2020 | IDS | AA | Email from S. Donato regarding document production. | 0.10 | 700.00 | $70.00 |
| 03/23/2020 | IDS | AA | Email to James Stang regarding document production. | 0.10 | 700.00 | $70.00 |
| 03/23/2020 | IDS | AA | Email to  S. Donato regarding document production. | 0.10 | 700.00 | $70.00 |
| 03/30/2020 | IDS | AA | Email to C. Mackle regarding document production. | 0.10 | 700.00 | $70.00 |
| 03/31/2020 | IDS | AA | Initial review of financial procedures per document production. | 2.70 | 700.00 | $1,890.00 |
| | | | | **13.60** | | **$9,520.00** |

## Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/09/2020 | VAN | BL | Analysis regarding veil piercing research. | 0.30 | 700.00 | $210.00 |
| 03/21/2020 | VAN | BL | Research regarding veil-piercing and substantive consolidation theories. | 1.90 | 700.00 | $1,330.00 |
| 03/22/2020 | VAN | BL | Research regarding veil-piercing and substantive consolidation theories. | 1.80 | 700.00 | $1,260.00 |
| 03/22/2020 | VAN | BL | Research regarding veil-piercing and substantive consolidation theories. | 1.30 | 700.00 | $910.00 |
| 03/23/2020 | VAN | BL | Draft memorandum regarding veil-piercing and substantive consolidation theories. | 2.70 | 700.00 | $1,890.00 |
| 03/24/2020 | VAN | BL | Draft/revise memorandum regarding veil-piercing and substantive consolidation. | 1.00 | 700.00 | $700.00 |
| | | | | **9.00** | | **$6,300.00** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:      7
Invoice 124954
March 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Case Administration [B110]

| 03/03/2020 | IDS | CA | Email to debtor regarding various matters (discovery notice) | 0.30 | 700.00 | $210.00 |
| 03/05/2020 | IDS | CA | Telephone call with C. Sullivan regarding multiple issues. | 0.30 | 700.00 | $210.00 |
| 03/10/2020 | IDS | CA | Telephone conference with L. Testa regarding NY AG appearance. | 0.40 | 700.00 | $280.00 |
| 03/10/2020 | IDS | CA | Telephone conference with E. Stern and D. Harz (NY AG Charities Bureau) regarding appearance and case. | 0.40 | 700.00 | $280.00 |
| 03/13/2020 | IDS | CA | Prepare for call with  Debtor's counsel re fee examiners and other matters. | 0.40 | 700.00 | $280.00 |
| 03/13/2020 | IDS | CA | Call with Debtor's counsel re fee examiners and other matters. | 0.40 | 700.00 | $280.00 |
| 03/16/2020 | JIS | CA | Telephone call with Debtor's counsel regarding parish stay, document production. | 1.00 | 700.00 | $700.00 |
| 03/23/2020 | JIS | CA | Conference call with Debtor regarding document production, notice of bar date. | 0.80 | 700.00 | $560.00 |
| 03/30/2020 | IDS | CA | Call with Debtor's counsel regarding document production, Cabrini, Parish stipulation;  fee examiner. | 1.00 | 700.00 | $700.00 |
| 03/30/2020 | IDS | CA | Prepare for call with Debtor's counsel. | 0.30 | 700.00 | $210.00 |
|  |  |  |  | 5.30 |  | $3,710.00 |

### Claims Admin/Objections[B310]

| 03/15/2020 | JIS | CO | Review email regarding different parish notices of bar date on website (.1) and email to Debtor's counsel re same and requesting modification (.1). | 0.30 | 700.00 | $210.00 |
| 03/19/2020 | IDS | CO | Email to Debtor regarding potential claim by former employee. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | 0.50 |  | $350.00 |

### Compensation Prof. [B160]

| 03/11/2020 | IDS | CP | Telephone conference with Brad Sandler regarding fee examiner. | 0.20 | 700.00 | $140.00 |
| 03/11/2020 | LSC | CP | Retrieve and transmit documents in connection with | 0.50 | 425.00 | $212.50 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:     8  
Invoice 124954  
March 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | professional fees. |  |  |  |
| 03/13/2020 | LAF | CP | Research re: Fee examiners. | 0.50 | 450.00 | $225.00 |
| 03/18/2020 | IDS | CP | Email to UST regarding fee examiner. | 0.20 | 700.00 | $140.00 |
| 03/24/2020 | IDS | CP | Revise PSZJ December invoice for fee application. | 0.80 | 700.00 | $560.00 |
| 03/26/2020 | JIS | CP | Review and edit February 2020 bill for fee application | 0.20 | 700.00 | $140.00 |
| 03/26/2020 | IDS | CP | Revise PSZJ February invoice for fee application. | 0.90 | 700.00 | $630.00 |
| 03/26/2020 | IDS | CP | Telephone conference with Jim Stang regarding fee application. | 0.20 | 700.00 | $140.00 |
| 03/26/2020 | IDS | CP | Update January PSZJ invoice for review by Committee Chair and for fee application. | 0.40 | 700.00 | $280.00 |
| 03/27/2020 | IDS | CP | Revise PSZJ February invoice for fee statement. | 0.80 | 700.00 | $560.00 |
| 03/30/2020 | WLR | CP | Correspondence to Ilan Scharf re first interim fee application (Diocese of Rochester) | 0.20 | 700.00 | $140.00 |
| 03/30/2020 | WLR | CP | Review correspondence from Ilan Scharf regarding staffing, procedures and open issues regarding first interim fee application | 0.20 | 700.00 | $140.00 |
| 03/30/2020 | WLR | CP | Draft first interim fee application | 3.70 | 700.00 | $2,590.00 |
| 03/30/2020 | IDS | CP | Email to Debtor's counsel regarding fee applications. | 0.20 | 700.00 | $140.00 |
| 03/30/2020 | IDS | CP | Finalize invoices for fee application (.4); email to W. Ramseyer regarding fee applications (.2) | 0.60 | 700.00 | $420.00 |
| 03/30/2020 | IDS | CP | Draft PSZJ January fee statement for fee application. | 0.50 | 700.00 | $350.00 |
| 03/30/2020 | IDS | CP | Draft February PSZJ Fee statement for fee application. | 0.40 | 700.00 | $280.00 |
| 03/31/2020 | WLR | CP | Draft first interim fee application | 1.00 | 700.00 | $700.00 |
| 03/31/2020 | WLR | CP | Research local rules regarding fee applications | 0.50 | 700.00 | $350.00 |
| 03/31/2020 | WLR | CP | Draft first interim fee application | 1.50 | 700.00 | $1,050.00 |
| 03/31/2020 | WLR | CP | Review and revise first interim fee application | 2.20 | 700.00 | $1,540.00 |
|  |  |  |  | 15.70 |  | $10,727.50 |

## Document Production

| 03/03/2020 | CHM | DO | Review documents produced and draft document production tracking spreadsheet; email same to I. | 2.90 | 675.00 | $1,957.50 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    - 00002

Page:    9

Invoice 124954

March 31, 2020

|            |     |    |                                                                                                                        | Hours | Rate   | Amount      |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
|            |     |    | Scharf.                                                                                                                |       |        |             |
| 03/04/2020 | CHM | DO | Review email re scope of production, review database and email I. Scharf re same.                                      | 0.30  | 675.00 | $202.50     |
| 03/04/2020 | CHM | DO | Coordinate with Everlaw to upload first set of CVA documents to Everlaw and correspond with Everlaw re load file issues. | 0.30  | 675.00 | $202.50     |
| 03/05/2020 | CHM | DO | Email C. Tsan re CVA documents and review CVA documents in Everlaw.                                                    | 0.80  | 675.00 | $540.00     |
| 03/09/2020 | CHM | DO | Telephone conferences with CD (committee member) re Everlaw access and review.                                         | 0.80  | 675.00 | $540.00     |
| 03/09/2020 | CHM | DO | Coordinate with Everlaw to upload additional documents to Everlaw platform and configure database for counsel and committee review. | 1.60  | 675.00 | $1,080.00   |
| 03/10/2020 | CHM | DO | Prepare for and conduct Everlaw training sessions for committee members and counsel and follow up with individuals as needed re same. | 2.80  | 675.00 | $1,890.00   |
| 03/11/2020 | CHM | DO | Update document production tracking spreadsheet and email same to I. Scharf.                                           | 0.30  | 675.00 | $202.50     |
| 03/11/2020 | CHM | DO | Prepare for (.1); and conduct Everlaw training session with committee members (.8).                                    | 0.90  | 675.00 | $607.50     |
| 03/13/2020 | CHM | DO | Add documents to Everlaw and review and segregate insurance documents for I. Nasatir review.                          | 1.60  | 675.00 | $1,080.00   |
| 03/18/2020 | CHM | DO | Review email from SB (committee member) re Everlaw training and reply.                                                 | 0.10  | 675.00 | $67.50      |
| 03/19/2020 | CHM | DO | Upload documents to Everlaw and email I. Scharf re same.                                                               | 0.40  | 675.00 | $270.00     |
| 03/19/2020 | CHM | DO | Everlaw training with committee member and emails with I. Scharf and W. Gordon re same.                               | 0.90  | 675.00 | $607.50     |
| 03/20/2020 | CHM | DO | Review and code newly added documents and email committee and counsel re same.                                        | 0.50  | 675.00 | $337.50     |
| 03/27/2020 | CHM | DO | Review email from I. Scharf re upcoming production and reply.                                                          | 0.10  | 675.00 | $67.50      |
| 03/30/2020 | CHM | DO | Review email from CD (committee member), run searches in Everlaw, review documents and reply.                         | 0.80  | 675.00 | $540.00     |
| 03/31/2020 | CHM | DO | Download redacted documents and coordinate replacement with Everlaw; email C. Tsan re same.                           | 0.20  | 675.00 | $135.00     |
|            |     |    |                                                                                                                        | **15.30** |    | **$10,327.50** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    10
Invoice 124954
March 31, 2020

## General Creditors Comm. [B150]

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2020 | IDS | GC | Email to SCC regarding weekly call. | 0.20 | 700.00 | $140.00 |
| 03/04/2020 | IDS | GC | Prepare for committee meeting. | 0.30 | 700.00 | $210.00 |
| 03/04/2020 | IDS | GC | Attend call with committee re discovery and B. Clark deposition. | 0.50 | 700.00 | $350.00 |
| 03/10/2020 | JIS | GC | Committee call regarding discovery and document production, bar date, channeling injunction and extension of parish stipulation. | 1.00 | 700.00 | $700.00 |
| 03/10/2020 | IDS | GC | Email to SCC with agenda for counsel call. | 0.20 | 700.00 | $140.00 |
| 03/10/2020 | IDS | GC | Attend call with SCC regarding various matters including discovery, parish stay. | 1.00 | 700.00 | $700.00 |
| 03/11/2020 | IDS | GC | Committee call regarding various issues, including discovery, asset analysis and pending motions. | 0.80 | 700.00 | $560.00 |
| 03/11/2020 | IDS | GC | Emails to Committee regarding agenda for weekly call. | 0.20 | 700.00 | $140.00 |
| 03/16/2020 | JIS | GC | Telephone call with Ilan Scharf regarding State Court Counsel call for Rochester. | 0.20 | 700.00 | $140.00 |
| 03/16/2020 | JIS | GC | Rochester State Court Counsel call regarding document production, parish stay, fee examiner. | 1.00 | 700.00 | $700.00 |
| 03/16/2020 | IDS | GC | Attend counsel call regarding parish stipulation, fee examiner, discovery. | 1.00 | 700.00 | $700.00 |
| 03/16/2020 | IDS | GC | Email to SCC regarding status, weekly agenda. | 0.40 | 700.00 | $280.00 |
| 03/16/2020 | IDS | GC | Draft agenda regarding SCC call. | 0.20 | 700.00 | $140.00 |
| 03/17/2020 | IDS | GC | Call to JIS regarding inquiry to claim hot line. | 0.20 | 700.00 | $140.00 |
| 03/18/2020 | JIS | GC | Telephone call with Jason Amala regarding letter from BSA to survivors and effect on DOR chapter 11 case. | 0.40 | 700.00 | $280.00 |
| 03/18/2020 | JIS | GC | Committee call regarding document production, bar date, NYSAG and parish stay. | 1.00 | 700.00 | $700.00 |
| 03/18/2020 | IDS | GC | Attend committee call regarding bar date document production, AG, Notice process. | 1.00 | 700.00 | $700.00 |
| 03/18/2020 | IDS | GC | Email agenda and update memo to Committee regarding case status. | 0.80 | 700.00 | $560.00 |
| 03/19/2020 | IDS | GC | Telephone conference with caller to claim form hotline. | 0.30 | 700.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    11
Invoice 124954
March 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2020 | IDS | GC | Email to SCC regarding weekly call agenda | 0.40 | 700.00 | $280.00 |
| 03/23/2020 | IDS | GC | Attend weekly call with SCC regarding case issues including bar date notice, document production, parish stipulation. | 1.00 | 700.00 | $700.00 |
| 03/25/2020 | JIS | GC | Committee call regarding document production, notice and bar date. | 0.80 | 700.00 | $560.00 |
| 03/26/2020 | IDS | GC | Email to Committee member (CD) regarding Everlaw and document access. | 0.20 | 700.00 | $140.00 |
| 03/30/2020 | JIS | GC | Telephone call with M. Garabedian and W. Gordon regarding parish stay and mediation | 0.50 | 700.00 | $350.00 |
| 03/30/2020 | JIS | GC | State Court Counsel call regarding parish stay and document production (left early). | 0.50 | 700.00 | $350.00 |
| 03/30/2020 | IDS | GC | Call with SCC regarding exclusivity and parish stipulation. | 0.80 | 700.00 | $560.00 |
| 03/30/2020 | IDS | GC | Email to SCC regarding counsel call agenda. | 0.10 | 700.00 | $70.00 |
|  |  |  |  | **15.00** |  | **$10,500.00** |

### Hearing

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/19/2020 | JIS | HE | Attend hearing regarding parish stay. | 0.60 | 700.00 | $420.00 |
| 03/19/2020 | IDS | HE | Prepare for hearing. | 0.40 | 700.00 | $280.00 |
| 03/19/2020 | IDS | HE | Attend telephonic hearing re parish stay motion. | 0.60 | 700.00 | $420.00 |
|  |  |  |  | **1.60** |  | **$1,120.00** |

### Insurance Coverage

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/13/2020 | LAF | IC | Locate NY action by Continental against Buffalo Diocese | 0.80 | 450.00 | $360.00 |
| 03/17/2020 | IAWN | IC | Review Clark deposition transcript re abuse knowledge timing | 1.50 | 700.00 | $1,050.00 |
| 03/19/2020 | IDS | IC | Emails regarding document production by debtor to carriers. | 0.20 | 700.00 | $140.00 |
| 03/20/2020 | IAWN | IC | Review VFR re insurance documentation | 0.40 | 700.00 | $280.00 |
| 03/25/2020 | IAWN | IC | Exchange emails with Ilan Scharf re Clark deposition | 0.10 | 700.00 | $70.00 |
| 03/31/2020 | IAWN | IC | Review recent caselaw on Channelling in NY/2d | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    12
Invoice 124954
March 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Cir. and forward to Ilan Scharf and James I Stang |  |  |  |
| 03/31/2020 | IDS | IC | Emails with SCC regarding coverage chart. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | 3.60 |  | $2,320.00 |

### Plan & Disclosure Stmt. [B320]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2020 | JIS | PD | Email to G. Zive regarding mediation procedures. | 0.10 | 700.00 | $70.00 |
| 03/11/2020 | IDS | PD | Respond to Judge Zive regarding mediation. | 0.20 | 700.00 | $140.00 |
| 03/31/2020 | IDS | PD | Telephone conference with M. Tuegel regarding mediation process for non-committee member claims. | 0.40 | 700.00 | $280.00 |
|  |  |  |  | 0.70 |  | $490.00 |

### Retention of Prof. [B160]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2020 | GNB | RP | Draft supplemental declaration of J. Stang in support of PSZJ employment. | 1.20 | 700.00 | $840.00 |
| 03/23/2020 | JIS | RP | Email to Gillian Brown regarding supplementary declaration regarding BSA and revise declaration. | 0.30 | 700.00 | $210.00 |
| 03/23/2020 | JIS | RP | Review and revise declaration regarding BSA employment. | 0.10 | 700.00 | $70.00 |
|  |  |  |  | 1.60 |  | $1,120.00 |

### Stay Litigation [B140]

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/16/2020 | IDS | SL | Reviews CNA objection to parish stipulation. | 0.40 | 700.00 | $280.00 |
| 03/23/2020 | JIS | SL | Telephone call with Ilan Scharf regarding impact of no filing rule on parish stay. | 0.30 | 700.00 | $210.00 |
| 03/23/2020 | JIS | SL | State Court Counsel conference call regarding extension of parish stay. | 0.80 | 700.00 | $560.00 |
| 03/23/2020 | JIS | SL | Draft email to S. Donato regarding parish stay stipulation extension. | 0.40 | 700.00 | $280.00 |
| 03/25/2020 | JIS | SL | Telephone call with S. Donato regarding extension of parish stay. | 0.40 | 700.00 | $280.00 |
| 03/30/2020 | JIS | SL | Conference call with Debtor's counsel regarding parish stay issues | 0.50 | 700.00 | $350.00 |
|  |  |  |  | 2.80 |  | $1,960.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                  **$58,445.00**

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    13
Invoice 124954
March 31, 2020

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    14
Invoice 124954
March 31, 2020

---

## **Expenses**

| | | | |
|---|---|---|---:|
| 01/14/2020 | AT | Auto Travel Expense [E109] Uber Transportation Services, to Court, IDS | 4.18 |
| 01/14/2020 | AT | Auto Travel Expense [E109] Uber Transportation Services, to airport, IDS | 20.41 |
| 01/14/2020 | HT | Hotel Expense [E110] The Strathallan Rochester, 01/13/20-01/14/20, 1 night, IDS | 215.00 |
| 01/15/2020 | AF | Air Fare [E110] Delta Airlines, Tkt. 0062419753229, from LGA to ROC, ROC to LGA, IDS | 254.80 |
| 02/05/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 23.46 |
| 02/05/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 40.15 |
| 02/10/2020 | AT | Auto Travel Expense [E109] Uber Transportation Services, to hotel, IDS | 22.66 |
| 02/11/2020 | AT | Auto Travel Expense [E109] Uber Transportation Services, to court, IDS | 15.85 |
| 02/11/2020 | AT | Auto Travel Expense [E109] Uber Transportation Services, from airport to office, IDS | 53.63 |
| 02/11/2020 | HT | Hotel Expense [E110] Hilton, 02/10/20-02/11/20, 1 night, IDS | 225.00 |
| 02/12/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.08 |
| 02/12/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 90.10 |
| 02/24/2020 | AF | Air Fare [E110] Delta Airlines, Tkt., 00624206964371, From LGA to RST to LGA, IDS | 534.80 |
| 02/24/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 26.98 |
| 02/24/2020 | HT | Hotel Expense [E110] The Strathalan Rochester hotel, 1 night, IDS | 229.02 |
| 02/25/2020 | AT | Auto Travel Expense [E109] Uber Transportation Service, to hotel,  IDS | 17.99 |
| 03/03/2020 | TR | Transcript [E116] TSG Reporting, Inv.706966, LSC | 2,612.25 |
| 03/10/2020 | CC | Conference Call [E105] AT&T Conference Call, CHM | 3.83 |
| 03/10/2020 | CC | Conference Call [E105] AT&T Conference Call, CHM | 10.90 |
| 03/11/2020 | CC | Conference Call [E105] AT&T Conference Call, CHM | 4.06 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 2.09 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 3.00 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |

Pachulski Stang Ziehl & Jones LLP        Page:    15
Diocese of Rochester O.C.C.        Invoice 124954
18489    - 00002        March 31, 2020

| | | | |
|---|---|---|---:|
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 3.10 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |
| 03/13/2020 | BB | 18489.00002 Bloomberg Charges for 03-13-20 | 30.00 |
| 03/18/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.37 |
| 03/18/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 69.74 |
| 03/19/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 282.87 |
| 03/19/2020 | CL | 18489.00002 CourtLink charges for 03-19-20 | 16.85 |
| 03/23/2020 | FE | 18489.00002 FedEx Charges for 03-23-20 | 18.21 |
| 03/25/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 62.22 |
| 03/30/2020 | PO | 18489.00002 :Postage Charges for 03-30-20 | 8.40 |
| 03/30/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/30/2020 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 03/30/2020 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 03/30/2020 | RE2 | SCAN/COPY (168 @0.10 PER PG) | 16.80 |
| 03/30/2020 | RE2 | SCAN/COPY ( 285 @0.20 PER PG) | 28.50 |
| 03/31/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.42 |
| 03/31/2020 | PAC | Pacer - Court Research | 5.80 |
| 03/31/2020 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 03/31/2020 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 03/31/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 03/31/2020 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 03/31/2020 | RS | Research [E106]Everlaw, Inv. 25550 | 500.00 |

**Total Expenses for this Matter**        **$5,707.02**

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:    16
Invoice 124954
March 31, 2020

---

### REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    03/31/2020

**Total Fees**                                                                    **$58,445.00**

**Total Expenses**                                                              **5,707.02**

**Total Due on Current Invoice**                                        **$64,152.02**

**Outstanding Balance from prior invoices as of**    **03/31/2020**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 123646 | 11/30/2019 | $157,522.50 | $3,790.46 | $31,504.50 |
| 124553 | 12/31/2019 | $56,445.00 | $3,377.86 | $59,822.86 |
| 124554 | 01/31/2020 | $93,707.50 | $1,482.24 | $95,189.74 |
| 124560 | 02/29/2020 | $72,490.00 | $1,105.63 | $73,595.63 |

**Total Amount Due on Current and Prior Invoices:**                **$324,264.75**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Sophia L. Lee, an Administrative Assistant at the law firm of Pachulski Stang Ziehl & Jones LLP, attorneys for The Official Committee of Unsecured Creditors for The Diocese of Rochester, Inc., being over the age of 18 and residing in Los Angeles, California, hereby certify under penalty of perjury that on the 5th day of June 2020, I electronically filed the *FIFTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD MARCH 1, 2020 THROUGH MARCH 31, 2020* with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system.

I also certify that on June 5, 2020, via First Class Mail, using the United States Postal Service in the State of California, copies of the above-referenced document were mailed to:

| | | |
|---|---|---|
| Hon. Paul R. Warren | Kathleen D. Schmitt, Esq. | Stephen A. Donato |
| United States Bankruptcy | Office of the U.S. Trustee | Bond, Schoeneck & King, PLLC |
| Court – Western District | Federal Office Building | One Lincoln Center |
| 100 State St. | 100 State Street, Room 6090 | Syracuse, NY 13202-1355 |
| Rochester, NY 14614 | Rochester, NY 14614 | |

Dated: June 5, 2020                                      /s/ *Sophia L. Lee*
                                                                    Sophia L. Lee