UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re:                                                          Case No.: 2-19-20905-PRW

The Diocese of Rochester,                           Chapter 11

            Debtor.
-------------------------------------------------------------------X

## *EX PARTE* MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF SIOBHAIN P. MINAROVICH

Attorney Siobhain P. Minarovich hereby requests admission *pro hac vice* before the Honorable Paul R. Warren to represent Interstate Fire and Casualty Company ("Interstate") and National Surety Corporation ("NSC") in this matter.

I have been requested by Interstate and NSC to represent them in connection with claims by Debtor The Diocese of Rochester (the "Diocese") seeking insurance coverage under certain insurance policies Interstate and NSC issued to the Diocese in connection with the underlying abuse claims at issue in this action.

I certify that I am a member in good standing of the Bar of the State of New York (admitted 2013), the Bar of the State of New Jersey (admitted 2012), the United States District Court for the Southern District of New York (admitted 2013), the United States District Court for the Eastern District of New York (admitted 2013), and the United States District Court for the Central District of Illinois (admitted 2018).

There are no pending disciplinary proceedings against me in any State or Federal Court, nor has discipline been previously imposed on me in any jurisdiction.

WHEREFORE, I respectfully request admission to practice, *pro hac vice*, before this Court for the purposes of representing Interstate and NSC in the above captioned action.

Dated: Uniondale, New York
October 5, 2020

Respectfully submitted,

By: /s/ *Siobhain P. Minarovich*
Siobhain P. Minarovich
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY 11556-0926
P: (516) 357-3000
F: (516) 357-3333
Siobhain.Minarovich@Rivkin.com
*Attorneys for Interstate Fire and Casualty Company and National Surety Corporation*