UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor,

**ORDER GRANTING FIRST APPLICATION FOR COMPENSATION OF
BONADIO & CO. LLP, AS ACCOUNTANTS FOR THE DIOCESE**

This matter came before the Court on the First Application for Compensation of Bonadio & Co. LLP ("Bonadio"), as Accountants for the Diocese for the period of September 12, 2019 through September 16, 2020 [Docket No. 783] (the "First Interim Fee Application")[1]. Through the Application, Bonadio respectfully requested allowance of interim compensation and professional services performed by Bonadio for the First Interim Compensation Period in the amount of $44,500.00; and directing the Diocese to pay Bonadio $44,500.00 for the unpaid total.

The Court, having considered the First Interim Fee Application and notice of the First Interim Fee Application appearing adequate, and having convened a hearing on November 5, 2020, and no objections to the relief requested having been filed; and the Court having found that all services rendered by Bonadio and expenses incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the First Interim Fee Application is granted in its entirety, and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the First Interim Fee Application.

1

**ORDERED**, that Bonadio's compensation for professional services rendered during the First Compensation Period is allowed on an interim basis in the amount of $44,500.00, and it is further

**ORDERED**, that the Diocese is directed to pay Bonadio the amount of $44,500.00 for the unpaid portion of compensation sought through the First Interim Fee Application, and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Bonadio's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

DATED: November 17, 2020  _____/s/_____
       Rochester, New York      HON. PAUL R. WARREN
                                        United States Bankruptcy Judge