**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Debtor,

Case No.: 19-20905
Chapter 11 Case

**ORDER GRANTING SECOND APPLICATION FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BOND,
SCHOENECK & KING, PLLC, AS ATTORNEYS FOR THE DIOCESE**

This matter came before the Court on the Second Application for Interim Compensation and Reimbursement of Expenses of Bond Schoeneck & King, PLLC, as Attorneys for the Diocese for the period of February 1, 2020[1] through July 31, 2020 [Docket No. 780] (the "Second Interim Fee Application")[2]. In the Application, Bond requests: (a) allowance of interim compensation and professional services performed by Bond for the Additional January Compensation in the amount of $73,948.96; (b) allowance of interim compensation and professional services performed by Bond for the Second Interim Compensation Period in the amount of $577,682.60; (c) reimbursement of its actual and necessary expenses in the amount of $3,624.40 incurred during the Second Interim Compensation Period; and (d) directing the Diocese to pay Bond $246,277.81 for the unpaid total.

The Court, having considered the Second Interim Fee Application and notice of the Second Interim Fee Application appearing adequate, and having convened a hearing on November 5, 2020, and no objections to the relief requested having been filed; and the Court having found that all services rendered by Bond and expenses incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

---

[1] This time period includes the Additional January Compensation discussed further in the Second Interim Fee Application.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Second Interim Fee Application.

1

**ORDERED**, that the Second Interim Fee Application is granted as set forth herein, and it is further

**ORDERED**, that Bond's compensation for professional services related to the Additional January Compensation is allowed on an interim basis in the amount of $65,048.96[3], and it is further

**ORDERED**, that Bond's compensation for professional services rendered during the Second Interim Compensation Period is allowed on an interim basis in the amount of $577,682.60, and it is further

**ORDERED**, that reimbursement of Bond's expenses incurred during the Second Interim Compensation Period is allowed on an interim basis in the amount of $3,624.40, and it is further

**ORDERED**, that the Diocese is directed to pay Bond the amount of $179,406.44 for the unpaid portion of fees and expenses sought through the Second Interim Fee Application, and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Bond's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

DATED: November 18, 2020  _____/s/_____
       Rochester, New York        HON. PAUL R. WARREN
                                           United States Bankruptcy Judge

---

[3] After filing the Second Interim Fee Application, Bond granted the Diocese a further credit of $8,900.00 to be applied to the Additional January Compensation.

2

11549430.2 11/16/2020
Case 2-19-20905-PRW, Doc 835, Filed 11/18/20, Entered 11/18/20 12:16:28, Description: Main Document , Page 2 of 2