**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor,

## ORDER GRANTING SECOND APPLICATION FOR COMPENSATION OF BLANK ROME LLP, AS SPECIAL INSURANCE COUNSEL FOR THE DIOCESE

This matter came before the Court on the Second Application for Compensation of Blank Rome LLP ("Blank Rome"), as Special Insurance Counsel for the Diocese for the period of February 1, 2020 – July 31, 2020 [Docket No. 781] (the "Second Interim Fee Application")[1]. Through the Application, Blank Rome respectfully requested allowance of interim compensation and professional services performed by Blank Rome for the Second Interim Compensation Period in the amount of $86,759.73; and directing the Diocese to pay Blank Rome $17,351.97 for the unpaid total.

The Court, having considered the Second Interim Fee Application and notice of the Second Interim Fee Application appearing adequate, and having convened a hearing on November 5, 2020, and no objections to the relief requested having been filed; and the Court having found that all services rendered by Blank Rome and expenses incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Second Interim Fee Application is granted in its entirety, and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Second Interim Fee Application.

1

**ORDERED**, that Blank Rome's compensation for professional services rendered during the Second Compensation Period is allowed on an interim basis in the amount of $86,759.73, and it is further

**ORDERED**, that the Diocese is directed to pay Blank Rome the amount of $17,351.97 for the unpaid portion of compensation sought through the Second Interim Fee Application, and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Blank Rome's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.


DATED: November 18, 2020       _____/s/_____
      Rochester, New York       HON. PAUL R. WARREN
                          United States Bankruptcy Judge