**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor,

**ORDER GRANTING THIRD APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BLANK ROME, LLP, AS SPECIAL COUNSEL FOR THE DIOCESE**

This matter came before the Court on the Third Application for Interim Compensation and Reimbursement of Expenses of Blank Rome, LLP ("Blank Rome"), as special counsel for the Diocese for the period of August 1, 2020 through December 31, 2020 [Docket No. 949] (the "Third Interim Fee Application")[1]. In the Application, Blank Rome requests: (a) allowance of interim compensation and professional services performed by Blank Rome for the Third Interim Compensation Period in the amount of $173,039.39; and (b) directing the Diocese to pay Blank Rome $40,218.43 for the unpaid balance total.

The Court, having considered the Third Interim Fee Application and notice of the Third Interim Fee Application appearing adequate, and having taken the Third Interim Fee Application under submission, and no objections to the relief requested having been filed; and the Court having found that all services rendered by Blank Rome incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Third Interim Fee Application is granted as set forth herein, and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Third Interim Fee Application.

1

**ORDERED**, that Blank Rome's compensation for professional services rendered during the Third Interim Compensation Period is allowed on an interim basis in the amount of $173,039.39, and it is further

**ORDERED**, that the Diocese is directed to pay Blank Rome the amount of $40,218.43 for the unpaid portion of fees sought through the Third Interim Fee Application, and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Blank Rome's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

SO ORDERED.

DATED: May 11, 2021 　　　　　　　_____/s/_____
　　Rochester, New York　　　　　　HON. PAUL R. WARREN
　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

2

12491778.2 5/7/2021
Case 2-19-20905-PRW, Doc 986, Filed 05/11/21, Entered 05/11/21 11:27:10, Description: Main Document, Page 2 of 2