UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor,

**ORDER GRANTING THIRD APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HARRIS BEACH PLLC, AS SPECIAL COUNSEL TO THE DEBTOR**

This matter came before the Court on the Third Application for Interim Compensation and Reimbursement of Expenses of Harris Beach PLLC ("Harris Beach") as special counsel for the Diocese as debtor and debtor-in-possession for the period of September 1, 2020 through January 31, 2021 [Docket No. 950] (the "Third Interim Fee Application")[1]. In the Application, Harris Beach requests: (a) allowance of interim compensation and professional services performed by Harris Beach for the Third Interim Compensation Period in the amount of $266,047.50; (b) reimbursement of its actual and necessary expenses in the amount of $77,963.65 incurred during the Third Interim Compensation Period; and (c) directing the Diocese to pay Harris Beach $166,273.10 for the unpaid services balance plus $16,013.33 for the unpaid expenses balance, for a total unpaid balance of $182,286.43.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Third Interim Fee Application.

1

The Court, having considered the Third Interim Fee Application and notice of the Third Interim Fee Application appearing adequate, and having taken the Third Interim Fee Application under submission, and no objections to the relief requested having been filed; and the Court having found that all services rendered by Harris Beach were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Third Interim Fee Application is granted as set forth herein, and it is further

**ORDERED**, that Harris Beach's compensation for professional services rendered during the Third Interim Compensation Period is allowed on an interim basis in the amount of $266,047.50, and it is further

**ORDERED**, that reimbursement of Harris Beach's expenses incurred during the Third Interim Compensation Period is allowed on an interim basis in the amount of $77,963.65, and it is further

**ORDERED**, that the Diocese is directed to pay Harris Beach the amount of $182,286.43 for the unpaid portion of fees and expenses sought through the Third Interim Fee Application, and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Harris Beach's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

SO ORDERED.

DATED: May 11, 2021  
       Rochester, New York

_____/s/_____  
HON. PAUL R. WARREN  
United States Bankruptcy Judge