UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- X
                                            :

In re:                                      Case No. 19-20905-PRW

The Diocese of Rochester,               CHAPTER 11

               Debtor.

------------------------------------- X

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** Matthew G. Roberts of TROUTMAN PEPPER HAMILTON SANDERS LLP (*f/k/a* TROUTMAN SANDERS LLP) hereby withdraws as attorney of record for Interstate Fire and Casualty Company and National Surety Corporation and requests that he be removed from the noticing list (including CM/ECF) for the above-referenced case and all adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that the appearances by other attorneys at TROUTMAN PEPPER HAMILTON SANDERS LLP, RIVKIN RADLER LLP, and/or MOSS & BARNETT, P.A. are unaffected by this withdrawal.

Dated: May 27, 2021                            Respectfully submitted,

                                                                               /s/ *Matthew G. Roberts*
                                                                               Matthew G. Roberts (admitted *pro hac vice*)
                                                                               **TROUTMAN PEPPER HAMILTON SANDERS LLP**
                                                                               600 Peachtree Street NE
                                                                               Suite 3000
                                                                               Atlanta, GA 30308-2216
                                                                               404.885.3000

                                                                               *Counsel for Interstate Fire and Casualty Company and National Surety Corporation*