# Cover Sheet
## 362(d) Relief From Stay
### (To summarize information set forth in the motion)

Debtor: Diocese of Rochester

Chapter: 11
Case No. 19-20905

Date debtor(s) petition filed: September 12, 2019

Trustee: N/A

## Equity Analysis

1. (a) Collateral  N/A

   (b) Owned by  N/A

2. Market value of property and basis  N/A
   - ☐ Schedules
   - ☐ Appraisal
   - ☐ Tax Assessment
   - ☐ NADA (for auto)
   - ☐ Other

3. Amount of mortgages and liens  N/A

4. Estimated cost of sale  N/A

5. Total equity  N/A

6. Is this the debtor's residence  ☐ yes  ☐ no

## Payment Information

a) Number of missed payments  N/A

b) Total arrearages  N/A


**Please Note the Following:**

**1. This cover sheet must accompany every 362(d) motion served and filed with this court for the purpose of assisting the court in its review of your papers. Failure to do so will result in your papers being returned to you unprocessed.**

**2. Copies of mortgage or lien documents and proof of lien perfection must be attached to every 362(d) motion involving secured property. Failure to do so will result in the motion being denied.**

**3. Every motion must be accompanied by the following: a) A proposed order which is an exhibit to the motion to be served on all parties. b) An original order to be submitted to the court for determination and subsequent entry.**