# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**ORDER AUTHORIZING RELIEF FROM AUTOMATIC STAY**

Upon the *Motions for Relief from Automatic Stay* [Docket Nos. 1037 – 1075] (the "**Motions**") filed by twenty (20) Sexual Abuse Claimants (collectively, the "**Movants**") and (b) the *Joinder of the Official Committee of Unsecured Creditors to Motions for Relief from Automatic Stay* (the "**Joinder**") [Docket No. 1079] and the *Memorandum of Law of the Official Committee of Unsecured Creditors in Support of Joinder and Motions for Relief from the Automatic Stay* ("**Memorandum of Law**") [Docket No. 1080];[1] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motions establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that

      1.      The relief requested in the Motions is hereby GRANTED;

      2.      The Movants are relieved from the automatic stay to continue the prosecution of their claims in the State Court Actions pending in New York state court through entry of a final judgment, including any appeals;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3. Notwithstanding anything contained in this Order, the Movants shall not take any action to enforce or execute any judgment against the Debtor, or against the property of the bankruptcy estate without further order of the Bankruptcy Court, pursuant to notice and hearing; and

4. Notwithstanding anything contained in this Order, any order of the Bankruptcy Court confirming a plan of reorganization may supersede this Order and the relief from stay granted herein.

Dated: July    , 2021
       Rochester, New York

_____
UNITED STATES BANKRUPTCY JUDGE