# EXHIBIT 22

CHART OF MOVANT'S CLAIMS

| Claim No. | Identity of Abuser | Years Abuse Occurred | Age of Survivor During Abuse | Parish or School Where Perpetrator Assigned | Religious Order of Perpetrator | Location(s) of Abuse | Number of Acts of Abuse | Type(s) of Abuse |
|---|---|---|---|---|---|---|---|---|
| 185 | Br. John D. Walsh | 1983-85 | 13 to 15 years old | Cardinal Mooney High School | Congregation of the Holy Cross | Locker room; equipment room; and Walsh's office at Cardinal Mooney High School. | 20+ | Walsh touched, fondled and probed claimant's penis, buttocks and groin; forced the claimant to be nude in front of Walsh; and hugged claimant while claimant was nude. |
| 197 | Br. John D. Walsh | 1982-1985 | 14-17 years old | Cardinal Mooney High School | Congregation of the Holy Cross | Walsh's office and dormitory at Cardinal Mooney High School; and Walsh's car. | 35-40 | Walsh engaged in sexualized spanking and fondling of claimant's buttocks; and forced claimant to perform oral sex on Walsh. Showed claimant a gun and threatened him and his family if he told anyone. |
| 74 | Fr. Albert H. Cason | 1977-1982 | 11 to 16 years old | St. Patrick's Church in Owego, NY | N/A | Cason's apartment at St. Patrick's rectory; Cason's camper; hotel rooms, including in Florida; and Owego Treadway Inn and Suites. | 100+ | Cason fondled claimant's genitals; masturbated claimant; performed oral sex on claimant; forced claimant to perform oral sex on Cason; and raped claimant. Cason abused claimant in front of other children, who were also victims of Cason. |
| 354 | Fr. Albert H. Cason | 1962-1968 | 10 to 16 years old | Sacred Heart Church in Auburn, NY | N/A | Car | 50+ | Cason fondled claimant's genitals over and under his clothing; forced claimant to fondle Cason's genitals skin-on-skin. |
| 278 | Fr. Dennis J. Shaw | 1977-1985 | 9 to 18 years old | St. Francis of Assisi Church in Rochester, NY | N/A | Parish rectory; camping trips in state parks in New York and the Thousand Islands area; and on a road trip. | 100+ | Shaw fondled claimant's genitals over and under his clothing; performed oral sex on claimant; rubbed Shaw's genitals between claimant's bare buttocks; and attempted to have claimant perform oral sex on Shaw. |

CHART OF MOVANT'S CLAIMS

| Claim No. | Identity of Abuser | Years Abuse Occurred | Age of Survivor During Abuse | Parish or School Where Perpetrator Assigned | Religious Order of Perpetrator | Location(s) of Abuse | Number of Acts of Abuse | Type(s) of Abuse |
|---|---|---|---|---|---|---|---|---|
| 204 | Fr. Eugene Emo | 1973-1974 | 12 to 12/13 years old | St. Michael Church and School in Rochester, NY | | Fr. Emo's Cabin in Cohocton, NY | 4 | Emo fondled claimant's genitals over and under his clothing; ground Emo's groin in claimant's face while claimant was pinned down and handcuffed by Emo; and performed oral sex on claimant. |
| 330 | Fr. Foster P. Rogers | 1975-1979 | 9 to 12 years old | Assumption of the Blessed Virgin Mary in Fairport, NY | N/A | Parish; and Rogers' car. | 3-4 | Rogers exposed himself to claimant; fondled claimant; and forced claimant to touch Rogers' genitals. |
| 41 | Fr. Francis H. Vogt | 1961-1966 | 10 to 15 years old | St. Bridget's Church in Rochester, NY | N/A | Parish rectory; CYO swimming pool in Rochester, NY; Vogt's car in numerous locations in western New York. | 100+ | Vogt fondled claimant's genitals and buttocks over and under his clothing; observed claimant naked; masturbated claimant on one occasion; made claimant fondle Vogt's genitals over and under Vogt's clothing; and made claimant masturbate Vogt. |
| 44 | Fr. Francis H. Vogt | 1966-1970 | 6 to 10 years old | St. Bridget's Church in Rochester, NY | N/A | Parish rectory; CYO in Rochester, NY; on swimming trips in western New York; and in Vogt's car in varous locations in western New York | 100+ | Vogt fondled claimant's genitals over and under his clothes; forced claimant to fondle Vogt under his clothes; showered naked with claimant; fondled claimant's buttocks; introduced claimant to pornography; and penetrated claimant's anus with his finger |
| 396 | Fr. Francis H. Vogt | 1965-1970 | 6 to 11 years old | St. Bridget's Church in Rochester | N/A | Columbus Civic Center; CYO; and at a camp or lodge | 20+ | Vogt forcibly touched claimant's buttocks and genitals over and under his clothes |

CHART OF MOVANT'S CLAIMS

| Claim No. | Identity of Abuser | Years Abuse Occurred | Age of Survivor During Abuse | Parish or School Where Perpetrator Assigned | Religious Order of Perpetrator | Location(s) of Abuse | Number of Acts of Abuse | Type(s) of Abuse |
|---|---|---|---|---|---|---|---|---|
| 374 | Fr. John F. Gormley | 1968-1974 | 14 to 20 years old. | St. David's Church in Newfield, NY | N/A | Gormley abused the survivor in the survivor's home; in Gormley's family's home; Gormley's vehicle; and the survivor's apartment. | 100+ | Gormley fondled claimant's genitals over his clothing; attempted to rape claimant; coerced claimant to penetrate Gormley's anus with his penis; forced claimant to have oral sex with Gormley. |
| 149 | Fr. Joseph E. Larrabee | 1984 or 1985 | 15 or 16 years old | St. John the Evangelist Church of Greece in Rochester, NY | N/A | Prish rectory | 1 | Larrabee performed oral sex on claimant; and masturbated himself in claimant's view. |
| 187 | Fr. Joseph E. Larrabee | 1982 or 1983 | 12 or 13 years old | St. Agnes Parish in Avon, NY | N/A | Parish rectory | 1 | Larrabee fondled claimant's genitals after removing his clothing as claimant slept. Then threatened claimant with expulsion from school. |
| 275 | Fr. Joseph E. Larrabee | 1982-1983 | 12 to 14 years old | St. Agnes Parish in Avon, NY | N/A | Parish rectory | 4+ | Larrabee coerced claimant to undress to his underwear in front of Larrabee; Larrabee stripped to his underwear in front of claimant; and fondled claimant's buttocks and genitals under his clothing. |
| 247 | Fr. Paul I. Cloonan | 1971-1972 | 12 or 13-13 or 14 years old | Our Lady of Good Counsel Church in Rochester, NY | N/A | Public park in Rochester, NY; in a room in the back of the Parish church; and the sacristy of the Parish church. | 20+ | Cloonan placed his genitals on claimant's face; fondled claimant's genitals over his clothing under the guise of helping him stretch or "horseplay" or of adjusting his clothing before or after claimant performed his duties as an altar boy. |

CHART OF MOVANT'S CLAIMS

| Claim No. | Identity of Abuser | Years Abuse Occurred | Age of Survivor During Abuse | Parish or School Where Perpetrator Assigned | Religious Order of Perpetrator | Location(s) of Abuse | Number of Acts of Abuse | Type(s) of Abuse |
|---|---|---|---|---|---|---|---|---|
| 65 | Fr. Paul Schnacky | Approx 1971-76 | 10 to 15 years old | Most Holy Redeemer Church in Rochester, NY | N/A | Parish Church; Schnacky's vehicle; and Turner's Club in Rochester, NY. | 100+ | Schnacky fondled claimant's genitals under his clothing; coerced claimant and other boys to swim naked with Schnacky; performed oral sex on claimant; and raped claimant multiple times. |
| 335 | Fr. Paul Schnacky | 1973-1974 | 9 to 10 years old | Most Holy Redeemer Church in Rochester, NY | N/A | Turner's Recreation Center in Rochester, NY | multiple occasions | Schancky coerced claimant to swim naked with Schnacky; and fondled claimant's genitals under his clothing. |
| 127 | Fr. Robert F. O'Neill | 1979 | 14 years old | St. John the Evangelist Church in Greece, NY | N/A | Cottage near Chaumont, NY; hotel in New York City. | 2 | O'Neill fondled claimant's genitals under his clothing; took claimant to a sexually explicit show; inserted his finger into claimant's rectum; and masturbated himself in claimant's presence. |
| 231 | Fr. Robert F. O'Neill | 1976-1977 | 12 years old | St. Boniface in Rochester, NY | N/A | O'Neill's cabin. | 1 | O'Neill coerced claimant's into sleeping in O'Neill's bed during an overnight trip to O'Neill's cabin; and fondled claimant's genitals under his clothing. |
| 133 | Sis. Janice Nadeau | 1976-77 | 11 to 12 years old | St. Margaret Mary Church and School in Irondequoit, NY | Province of the School Sisters of Notre Dame, Inc. | St. Mary Mary Margaret elementary School; and various locations off school grounds. | 100+ | Nadeau would grab claimant's genitals over his clothing in front of others, including teachers, priests and other students. On many occasions, the genital contact would last for a long period of time. |