UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# NOTICE OF HEARING ON
# MOTIONS FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE** that, on June 8, 2021, twenty (20) Sexual Abuse Claimants (collectively, the "**Movants**") filed the *Motions for Relief from Automatic Stay* [Docket Nos. 1037, 1039, 1041, 1042, 1045, 1047, 1048, 1049, 1050, 1051, 1052, 1053, 1061, 1063, 1064, 1065, 1070, 1073, 1074 and 1075] (collectively, the "**Motions**") and (b) the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtor and debtor-in-possession filed its *Joinder of the Official Committee of Unsecured Creditors to Motions for Relief from Automatic Stay* (the "**Joinder**") [Docket No. 1079] and the *Memorandum of Law of the Official Committee of Unsecured Creditors in Support of Joinder and Motions for Relief from the Automatic Stay* ("**Memorandum of Law**") [Docket No. 1081].

**PLEASE TAKE FURTHER NOTICE** that the Movants will move before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York, at the United States Courthouse, 100 State Street, Rochester, New York on **July 9, 2021 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, for the entry of an order granting the relief sought in the Motion, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, and the Local

Bankruptcy Rules for the Western District of New York and be filed with the Court and served so as to be actually received **on or before July 2, 2021** (**prevailing Eastern Time**) (the "Objection Deadline") by the following parties: (a) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Ilan Scharf; (b) counsel to the Debtor, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato and Charles J. Sullivan; (c) the Office of the United States Trustee for the Western District of New York, 100 State Street, Room 609, Rochester, New York 14614, Attn: Shannon Scott, (d) counsel to the AB 113 Doe, AB 174 Doe, AB 110 Doe, AB 214 Doe, and AB 371 Doe, Jeff Anderson & Associates, 366 Jackson Street, Suite 100, St. Paul, MN 55101, Attn: Michael Finnegan, (e) counsel to VJR 41, BB 44, SM 247, MS 275, DG 278, and SHC-MG-2 Doe, Law Offices of Mitchell Garabedian, 100 State Street, 6th Floor, Boston, MA 02109, Attn: Mitchell Garabedian, (f) counsel to TDA, Andreozzi + Foote, 4503 N. Front Street, Harrisburg, PA 17110, Attn: Nathaniel L. Foote, (g) counsel to M.G. 133, G.M. 127, J.P. 185, and C.W. 187, James, Vernon & Weeks, P.A., 20 Vesey Street, New York, NY 10007, Attn: Leeander James, (h) counsel to LCVAWCR-DOE, Phillips & Paolicelli LLP, 747 Third Avenue, Sixth Floor, New York NY 10017, Attn: Steven J. Phillips, (i) counsel to M.G, S.B., and R.O, Marsh Law Firm PLLC, 31 Hudson Yards, 11th Floor, New York, NY 10001, Attn: James R. Marsh and (j) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

        **PLEASE TAKE FURTHER NOTICE** that a copy of the Motions, the Joinder, and the Memorandum of Law and all other documents filed in this Chapter 11 Case may be obtained free of charge at the Diocese's case management website (https://case.stretto.com/rochesterdiocese) or by contacting the undersigned counsel for the Committee.

Date: June 10, 2021

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | JEFF ANDERSON & ASSOCIATES, P.A. |

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Iain Nasatir
Brittany Michael
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:   jstang@pszjlaw.com
     ischarf@pszjlaw.com
     inasatir@pszjlaw.com
     bmichael@pszjlaw.com
*Counsel to the Official Committee of Unsecured Creditors*

LAW OFFICES OF MITCHELL GARABEDIAN
By: */s/ Mitchell Garabedian*
Mitchell Garabedian
mgarabedian@garabedianlaw.com
William H. Gordon
wgordon@garabedianlaw.com
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

*Counsel to VJR 41, BB 44, SM 247, MS 275, DG 278, and SHC-MG-2 Doe*

MARSH LAW FIRM PLLC
By */s/ James R. Marsh*
James R. Marsh
jamesmarsh@marsh.law
31 Hudson Yards, 11th Floor
New York, NY 10001
Phone: (212) 372-3030

*Counsel to M.G, S.B., and R.O*

JEFF ANDERSON & ASSOCIATES, P.A.
By:  */s/ Michael G. Finnegan*
Jeffrey R. Anderson
Michael G. Finnegan
Elin M. Lindstrom
366 Jackson Street, Suite 100
St. Paul, MN 55101
Telephone: 651-227-9990
Email: jeff@andersonadvocates.com
     mike@andersonadvocates.com
     elin@andersonadvocates.com
*Counsel to the AB 113 Doe, AB 174 Doe, AB 110 Doe, AB 214 Doe, and AB 371 Doe*

JAMES, VERNON & WEEKS, P.A.
By: */s/ Leander James*
Leander James, ljames@jvwlaw.net
Craig Vernon, cvernon@jvwlaw.net
20 Vesey Street
New York, NY 10007

Patrick Noaker, patrick@noakerlaw.com
1600 Utica Ave. S, 9th Fl.
St. Louis Park, MN 55416
(952) 491-6798
*Counsel to M.G. 133, G.M. 127, J.P. 185, and C.W. 187*

PHILLIPS & PAOLICELLI LLP
By: */s/ Steven J. Phillips*
Steven J. Phillips
747 Third Avenue, Sixth Floor
New York NY 10017
(212) 388-5100
sphillips@p2law.com
*Counsel to LCVAWCR-DOE*

ANDREOZZI + FOOTE
By: */s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esq.
4503 N. Front Street
Harrisburg, PA 17110
*Counsel to TDA*