UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 (CGM) |
| Debtor. | |

**NOTICE OF HEARING ON THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION TO RETAIN AND EMPLOY THE CLARO GROUP, LLC AS VALUATION EXPERT EFFECTIVE AS OF JUNE 16, 2021 AND PROVIDING THE CLARO GROUP, LLC WITH ACCESS TO THE SEXUAL ABUSE PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that, on June 24, 2021, the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtor and debtor-in-possession filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed.R.Bankr. P. 2014(a) Authorizing Retention of The Claro Group, LLC as Valuation Expert Effective as of June 16, 2021 and Providing The Claro Group, LLC with Access to the Sexual Abuse Proofs of Claim* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Committee will move before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York, at the United States Courthouse, 100 State Street, Rochester, New York **on July 9, 2021 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, for the entry of an order granting the relief sought in the Motion, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Western District of New York and be filed with the Court and served so as to be actually received **on or before July 6, 2021 (prevailing Eastern Time)** (the

DOCS_LA:338588.2 18491/002

Case 2-19-20905-PRW, Doc 1119-3, Filed 06/24/21, Entered 06/24/21 21:34:42, Description: Notice Notice of Hearing, Page 1 of 2

"Objection Deadline") by the following parties: (a) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067-4003, Attn: James I. Stang; (b) the Debtor, The Diocese of Rochester, Attn: Lisa Passero, CFO, 1150 Buffalo Road, Rochester, New York 14624; (c) counsel to the Debtor, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato and Charles J. Sullivan; (d) counsel for any additional Committees that may be hereafter appointed; (e) the Office of the United States Trustee for the Western District of New York, 100 State Street, Room 609, Rochester, New York 14614, Attn: Kathleen D. Schmitt, and (f) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and all other documents filed in this Chapter 11 Case may be obtained free of charge at the Diocese's case management website (https://case.stretto.com/rochesterdiocese) or by contacting the undersigned counsel for the Committee.

Date: June 24, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Ilan D. Scharf*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Brittany M. Michael, Esq.
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:    jstang@pszjlaw.com
          ischarf@pszjlaw.com
          bmichael@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors of The Diocese of Rochester*