UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| THE DIOCESE OF ROCHESTER, | ) Case No. 19-20905 (CGM) |
| Debtor. | ) |

### *EX PARTE* MOTION TO ADMIT JESSE J. BAIR AS COUNSEL *PRO HAC VICE*

Jesse J. Bair ("Applicant"), a partner of the law firm Burns Bowen Bair LLP, hereby moves this Court for an order to practice and appear before this Court as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester. In support of this Motion, counsel states and alleges as follows:

a) Applicant's name and office address, phone number and email address are as follows:

> Jesse J. Bair
> Burns Bowen Bair LLP
> One South Pinckney St., Suite 930
> Madison, WI 53703
> Telephone: (608) 286-2302
> Email: jbair@bbblawllp.com

b) Applicant is a practicing attorney who resides in the State of Wisconsin and is a member in good standing of the Bar of the State of Wisconsin and, if applicable, the bars of the United States District Courts for the Eastern and Western Districts of Wisconsin, and the United States Court of Appeals for the Seventh Circuit.

c) The necessity for appearance and participation is to serve as insurance counsel for creditors alleging claims for sexual abuse against the Diocese of Rochester, New York.

d) Applicant has not been disbarred, sanctioned, or formally censured by any Court or by a state bar association, and there are no disciplinary proceedings pending against Applicant.

e) Applicant has previously applied and been granted approval to appear *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York, Judge Shelly C. Chapman presiding, in the case known as the Roman Catholic Diocese of Rockville Centre, New York, Case No. 20-12345 (SCC) as Special Insurance Counsel for the Official Committee of Unsecured Creditors.

Date: July 2, 2021

**BURNS BOWEN BAIR LLP**

*/s/ Jesse J. Bair*
Jesse J. Bair, Esq. (*pro hac vice* admission pending)
One South Pinckney St., Suite 930
Madison, WI 53703
Telephone: (608) 286-2302
Email: jbair@bbblawllp.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| THE DIOCESE OF ROCHESTER, | ) Case No. 19-20905 (CGM) |
| Debtor. | ) |

**DECLARATION IN SUPPORT OF *EX PARTE* MOTION**
**TO ADMIT JESSE J. BAIR AS COUNSEL *PRO HAC VICE***

I, Jesse J. Bair, declare under penalty of perjury as follows:

1. I am a partner of Burns Bowen Bair LLP and maintain an office at One South Pinckney St., Suite 930, Madison, WI 53703. I am duly admitted to practice law in the State of Wisconsin and the United States District Courts for the Eastern and Western Districts of Wisconsin and the U.S. Court of Appeals for the 7th Circuit.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Madison, Wisconsin on July 2, 2021

                                                    */s/ Jesse J. Bair*
                                                    Jesse J. Bair

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon consideration of the *Ex Parte* Motion to Admit Jesse J. Bair as Counsel *Pro Hac Vice* to represent the Official Committee of Unsecured Creditors of the Diocese of Rochester as Special Insurance Counsel, and upon Movant's certification that the Movant is a member of good standing of the bar of the State of Wisconsin and the bars of the United States District Courts for the Eastern and Western Districts of Wisconsin and U.S. Court of Appeals for the 7th Circuit,

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED**.

Dated: _____, 2021
      Rochester, New York

                                             THE HONORABLE PAUL R. WARREN
                                             U.S. BANKRUPTCY JUDGE