UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Sophia L. Lee, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, California 90067.

Pursuant to the Court's Amended Administrative Procedures, on July 2, 2021, in addition to service via the Court's ECF system, I caused a true and correct copy of the foregoing documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**:

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION
TO EX PARTE MOTION OF LONDON MARKET INSURERS
AND INTERSTATE FIRE & CASUALTY COMPANY
FOR AN ORDER PERMITTING (I) THE FILING OF
PLEADINGS CONTAINING CERTAIN INFORMATION; AND (II)
PERMITTING MOVANTS TO PROVIDE THE ABUSE SURVIVORS'
PROOFS OF CLAIM TO AN EXPERT WITNESS**

*/s/ Sophia L. Lee*
Sophia L. Lee

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AB 1 Doe c/o Law Offices Of Stephen Boyd & John Elmore | Stephen Boyd | sboyd@steveboyd.com |
| Ad Hoc Parish Committee c/o Woods Oviatt Gilman LLP | Timothy Patrick Lyster | tlyster@woodsoviatt.com |
| Amaryllis Figueroa c/o Mcconville, Considine, Cooman & Morin, PC | Lucien A. Morin, II | lmorin@mccmlaw.com |
| Bishop Emeritus Matthew Harvey Clark c/o Adams Leclair LLP | Mary Jo S. Korona | mkorona@adamsleclair.law |
| Brian S. Delafranier c/o James, Vernon & Weeks, P.A. | Brianna M Espeland | brianna@jvwlaw.net |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Ward Greenberg Heller & Reidy LLP | Katerina M. Kramarchyk | kkramarchyk@wardgreenberg.com |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Boylan Code LLP | Devin Lawton Palmer Christopher K. Werner | dpalmer@boylancode.com |
| Certain Personal Injury Creditors c/o Jeff Anderson & Associates, P.A. | Michael G. Finnegan & Elin M. Lindstrom | mike@andersonadvocates.com; elin@andersonadvocates.com |
| Certain Personal Injury Creditors c/o Thomas LaBarbera Counselors At Law, P.C. | Anne LaBarbera | anne@tlcpc.law |
| Continental Insurance Company c/o David Christian Attorneys LLC | David Christian, II | dchristian@dca.law |
| Continental Insurance Company c/o Barclay Damon LLP | Jeffrey Austin Dove | jdove@barclaydamon.com |
| Continental Insurance Company c/o Wilmer Cutler Pickering Hale and Dorr LLP | Craig Goldblatt Isley Markman Gostin | craig.goldblatt@wilmerhale.com isley.gostin@wilmerhale.com |
| CVA Claimants c/o Jeff Anderson & Associates, P.A. | Jeffrey R. Anderson & Michael Reck | jeff@andersonadvocates.com; mreck@andersonadvocates.com |
| CVA Claimants c/o Morgenstern Devoesick PLLC | Maura G. McGuire | mmcguire@morgdevo.com |
| Donna Oppedisano and Kathleen Israel c/o Jarrod W. Smith, Esq., PLLC | Jarrod W. Smith | jarrodsmithlaw@gmail.com |
| Harris Beach PLLC | Lee E. Woodard | bkemail@harrisbeach.com |
| Interstate Fire and Casualty Company c/o Moss & Barnett | Charles Edwin Jones | charles.jones@lawmoss.com |
| Interstate Fire and Casualty Company c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |
| Interstate Fire and Casualty Company c/o Troutman Sanders LLP | Matt Roberts Harris Winsberg | matthew.roberts2@troutmansanders.com harris.winsberg@troutmansanders.com |
| James Vernon & Weeks, P.A. | Leander L. James | firm@jvwlaw.net |
| Kenneth Cubiotti c/o James Vernon & Weeks | Brianna M Espeland Leander Laurel James, IV | brianna@jvwlaw.net ljames@jvwlaw.net |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Manufacturers and Traders Trust Company c/o Hodgson Russ LLP | Garry M. Graber | ggraber@hodgsonruss.com |
| National Surety Corporation c/o Moss & Barnett, a Professional Association | Charles Edwin Jones | charles.jones@lawmoss.com |
| National Surety Corporation c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |
| National Surety Corporation c/o Troutman Sanders LLP | Matt Roberts<br>Harris Winsberg | matthew.roberts2@troutmansanders.com<br>harris.winsberg@troutmansanders.com |
| Office of the United States Trustee | Kathleen Dunivin Schmitt | ustpregion02.ro.ecf@usdoj.gov |
| People of the State of New York c/o Office of the New York State Attorney General | Louis J. Testa, Assistant Attorney General | louis.testa@ag.ny.gov |
| St. Bernard's School of Theology and Ministry c/o Adams Leclair LLP | Paul L. LeClair | pleclair@adamsleclair.law |
| Swiss re America Corporation as Administrator for 21st Century Centennial Insurance Company, Formerly Known as Colonial Penn Insurance Company c/o Kenney Shelton Liptak Nowak LLP | Dirk C. Haarhoff | dchaarhoff@kslnlaw.com |
| Swiss re America Corporation as Administrator for 21st Century Centennial Insurance Company, Formerly Known as Colonial Penn Insurance Company c/o Kenney Shelton Liptak Nowak LLP | Judith Treger Shelton | jtshelton@kslnlaw.com |
| Swiss re America Corporation as Administrator for 21st Century Centennial Insurance Company, Formerly Known as Colonial Penn Insurance Company c/o Walker Wilcox Matousek LLP | Robert P. Arnold & Kaitlin M. Calov | rarnold@walkerwilcox.com;<br>kcalov@walkerwilcox.com |
| The Chubb Companies c/o Duane Morris LLP | Catherine Beideman Heitzenrater | cheitzenrater@duanemorris.com |
| The Diocese of Rochester c/o Bond, Schoeneck & King, PLLC | Stephen A. Donato, Ingrid S. Palermo, Charles J. Sullivan, Grayson T. Walter | sdonato@bsk.com<br>ipalermo@bsk.com<br>csullivan@bsk.com<br>gwalter@bsk.com |

Exhibit 2

```
Label Matrix for local noticing        Ad Hoc Parish Committee              Bankruptcy Management Solutions, Inc.
0209-2                                  c/o Woods Oviatt Gilman LLP          d/b/a Stretto
Case 2-19-20905-PRW                     Timothy P. Lyster, Esq.              410 Exchange, Ste. 100
Western District of New York            1900 Bausch & Lomb Place             Irvine, CA   92602-1331
Rochester                               Rochester, NY 14604-2714
Fri Jul  2 15:37:32 EDT 2021

Berkeley Research Group, LLC            Blank Rome, LLP                      Bonadio & Co., LLP
70 W. Madison St., Suite 5000           1825 Eye Street NW                   171 Sully's Trail
Chicago, IL 60602-4217                  Washington, DC 20006-5403            Pittsford, NY 14534-4557


Bond, Schoeneck & King, PLLC            Burns Bowen Bair LLP                 Camp Stella Maris of Livonia
Attn: Stephen A. Donato, Esq.           One South Pinckney St.               4395 E. Lake Road
One Lincoln Center                      Suite 930                            Livonia, NY 14487-9627
Syracuse, NY 13202-1306                 Madison, WI 53703-2864


Catholic Charities of the Diocese of Rochest   Catholic Youth Organization   Continental Insurance Company
1150 Buffalo Road                              905 Monroe Avenue             David Christian Attorneys LLC
Rochester, NY 14624-1823                       Rochester, NY 14620-1707      105 W. Madison St.
                                                                             14th Floor
                                                                             Chicago, IL 60602-4654

Continental Insurance Company           Gannett Co., Inc.                    Harris Beach PLLC
c/o Barclay Damon LLP                   175 Sully's Trail                    99 Garnsey Road
Attn:  Jeffrey A. Dove, Esq.            3rd Floor                            Pittsford, NY 14534-4596
Barclay Damon Tower                     Pittsford, NY 14534-4560
125 East Jefferson Street
Syracuse, NY 13202-2515

Interstate Fire and Casualty Company    Jeff Anderson & Associates           M.G.
C/O Troutman Sanders LLP                366 Jackson Street                   c/o Marsh Law Firm PLLC
600 Peachtree St. NE                    St. Paul, MN 55101-2989              31 Hudson Yards
Suite 3000                                                                   11th Floor
Atlanta, GA 30308-2305                                                       New York, NY 10001-2170

Manufacturers and Traders Trust Company National Surety Corporation          Nixon Peabody, LLP
c/o Garry M. Graber                     C/O Troutman Sanders LLP             1300 Clinton Square
Hodgson Russ LLP                        600 Peachtree St. NE                 Rochester, NY 14604-1707
140 Pearl Street                        Suite 3000
Suite 100                               Atlanta, GA 30308-2305
Buffalo, NY 14202-4040

People of the State of New York         R.O.                                 S.B.
c/o Office of the Attorney General      c/o Marsh Law Firm PLLC              c/o Marsh Law Firm PLLC
Charities Bureau                        31 Hudson Yards                      31 Hudson Yards
28 Liberty Street                       11th Floor                           11th Floor
New York, NY 10005-1400                 New York, NY 10001-2170              New York, NY 10001-2170

Sexual Abuse Survivor/Creditor          St. Joseph's Villa                   Stretto
Trevett Cristo                          3300 Dewey Avenue                    Attn:  Sheryl Betance
Two State Street, Suite 1000            Rochester, NY 14616-3795             410 Exchange, Ste. 100
Rochester, NY 14614-1352                                                     Irvine, CA 92602-1331


The Diocese of Rochester                U.S. Bankruptcy Court                A Print
1150 Buffalo Road                       100 State Street                     66 W. Garden Drive
Rochester, NY 14624-1890                Rochester, NY 14614-1367             Rochester, NY 14606-4707
```

| | | |
|---|---|---|
| ACE American Insurance Company<br>5505 N. Cumberland Avenue<br>Suite 307<br>Chicago, IL 60656-4761 | ADP Work Force Now<br>One ADP Boulevard<br>Roseland, NJ 07068-1786 | ADP, LLC<br>P.O. Box 842875<br>Boston, MA 02284-2875 |
| Aaron Kelly<br>223 1st Street<br>Breesport, NY 14816-9701 | Abila, Inc.<br>10800 Pecan Park Boulevard<br>Suite 400<br>Austin, TX 78750-1477 | Abila, Inc.<br>Dept. 3303<br>P.O. Box 123303<br>Dallas, TX 75312-3303 |
| Adam D. Horowitz, Esq.<br>Horowitz Law<br>425 North Andrews Avenue, Suite 2<br>Fort Lauderdale, FL 33301-3268 | All Saints<br>222 Dodge Avenue<br>Corning, NY 14830-1829 | All Saints<br>347 Ridge Road<br>Lansing, NY 14882-8801 |
| All Saints Academy<br>158 State Street<br>Corning, NY 14830-2594 | Allied Building Products<br>1160 Scottsville Road<br>Rochester, NY 14624-5124 | Amazon Capital Services<br>401 Terry Avenue North<br>Seattle, WA 98109-5263 |
| Amos T. Hall, Jr.<br>c/o Nixon Law Firm<br>102 East Smith Street, Suite 100<br>Herkimer, NY 13350-2374 | Apostolic Nunciature<br>3339 Massachusetts Avenue, NW<br>Washington, DC 20008-3610 | Barb Catalano<br>5 Reitz Circle<br>Pittsford, NY 14534-2203 |
| Barton Cotton<br>3030 Waterview Avenue<br>Baltimore, MD 21230-3520 | Berkley National Insurance Company<br>215 Shuman Boulevard<br>Suite 200<br>Naperville, IL 60563-8109 | Blessed Sacrament, Rochester<br>259 Rutgers Street<br>Rochester, NY 14607-3294 |
| Blessed Trinity<br>11956 Washington Street<br>Wolcott, NY 14590-1133 | Blessed Trinity<br>309 Front Street<br>Owego, NY 13827-1603 | Bradley W. Komanecky<br>700 Crossroads Building<br>2 State Street<br>Rochester, NY 14614-1327 |
| Bradley W. Komanecky, Esq.<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604-2714 | Business Needs<br>4201 Shortsville Road<br>Shortsville, NY 14548-9759 | Butch's Handyman Service LLC<br>8950 Route 31<br>Lyons, NY 14489-9392 |
| Butch's Handyman Services LLC<br>8950 Route 31<br>Lyons, NY 14489-9392 | Butch's Handyman Services LLC<br>P.O. Box 317<br>Lyons, NY 14489-0317 | CHUBB Group of Insurance Companies<br>One Beaver Valley Road<br>Wilmington, DE 19803-1115 |
| Camp Stella Maris of Livonia, Inc.<br>4395 Lake Road<br>Livonia, NY 14487-9627 | Canandaigua Quick Print<br>330 South Main Street<br>Canandaigua, NY 14424-2117 | Cascade Recovery<br>1845 Emerson Street<br>Rochester, NY 14606-3123 |

| | | |
|---|---|---|
| Cascades Recovery<br>1845 Emerson Street<br>Rochester, NY 14606-3123 | Cathedral Community<br>296 Flower City Park<br>Rochester, NY 14615-3613 | Cathedral Corp.<br>632 Ellsworth Road<br>Rome, NY 13441-4808 |
| Catholic Charities - Livingston County<br>34 E. State Street<br>Mount Morris, NY 14510-9727 | Catholic Charities - Office of Director<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Catholic Charities - Wayne County<br>94 Exchange Street<br>Geneva, NY 14456-1830 |
| Catholic Charities Community Services<br>Attn:  Finance Office<br>94 Exchange Street<br>Geneva, NY 14456-1830 | Catholic Charities Southern Tier Div.<br>215 E. Church Street<br>Suite 101<br>Elmira, NY 14901-2743 | Catholic Charities of the Finger Lakes<br>94 Exchange Street<br>Geneva, NY 14456-1830 |
| Catholic Charities of the Roman Catholic<br>Diocese of Rochester<br>1150 Buffalo Raod<br>Rochester, NY 14624-1890 | Catholic Charities of the Roman Catholic<br>Diocese of Rochester<br>1150 Buffalo Road<br>Rochester, NY 14624-1890 | Catholic Charities, Inc.<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 |
| Catholic Courier<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Catholic Family Center<br>87 N. Clinton Avenue<br>Rochester, NY 14604-1458 | Catholic Newman Comm. at Univ. of Roch.<br>Interfaith Chapel<br>1425 Joseph C. Wilson Boulevard<br>Rochester, NY 14627 |
| Catholic Relief Services<br>US Conference of Catholic Bishops<br>3211 Fourth St NE<br>Washington, DC 20017-1194 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Church Mutual Insurance Co.<br>P.O. Box 342<br>Merrill, WI 54452-0342 |
| Church of St. Jerome<br>207 Garfield Street<br>East Rochester, NY 14445-2251 | Church of the Assumption<br>20 East Avenue<br>Fairport, NY 14450-1492 | Church of the Resurrection<br>63 Mason Road<br>Fairport, NY 14450-9567 |
| Church of the Transfiguration<br>50 West Bloomfield Road<br>Pittsford, NY 14534-9733 | Costich Engineering, PC<br>217 Lake Avenue<br>Rochester, NY 14608-1299 | Crystal Pix, Inc.<br>84 South Main Street<br>Fairport, NY 14450-2137 |
| Crystal Rock<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | Curriculum Associates, LLC<br>P.O. Box 936600<br>Atlanta, GA 31193-6600 | DOR-Lay Pension Trust<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 |
| Daniel Levin, Esq.<br>Levin Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3625 | David Andrews<br>Meadowood<br>151 Bluebird Crossing<br>Lansdale, PA 19446-5843 | David Cataline<br>18 Universal Avenue<br>Geneva, NY 14456-2237 |

| | | |
|---|---|---|
| Dell USA<br>P.O. Box 643561<br>Pittsburgh, PA 15264-3561 | Doritex Corporation<br>11980 Walden Avenue<br>Alden, NY 14004-9698 | Doyle Security Systems Inc.<br>792 Calkins Road<br>Rochester, NY 14623-4436 |
| ElderOne<br>2066 Hudson Avenue<br>Rochester, NY 14617-4300 | Electrostim Medical Services Inc.<br>3504 Cragmont Drive, Suite 100<br>Tampa, FL 33619-8300 | Elizabeth Castner<br>226 East Main Street<br>Penn Yan, NY 14527-1604 |
| Elizabeth Johnston<br>85 Suellen Drive<br>Rochester, NY 14609-3217 | Emanuel Petracca<br>c/o R & R Support Services, Inc.<br>100 Linden Oaks, Suite 200<br>Rochester, NY 14625-2831 | Emmanuel, Church of the Deaf<br>34 Monica Street<br>Rochester, NY 14619-1916 |
| Employee Network, Inc.<br>1040 Vestal Parkway E.<br>Vestal, NY 13850-2354 | Equian<br>363 Ford Hill Road<br>Berkshire, NY 13736-2134 | Excellus<br>165 Court Street<br>Rochester, NY 14647-0002 |
| Excellus Blue Cross/Blue Shield<br>P.O. Box 5266<br>Binghamton, NY 13902-5266 | Father Peter Helfrich<br>34 Milrace Drive<br>East Rochester, NY 14445-1102 | FedEx<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 |
| Fidelity Investments<br>c/o Burke Group<br>80 Linden Oaks Drive<br>Suite 210<br>Rochester, NY 14625-2809 | Fidelity Security Life Insurance<br>162 Prospect Hill Road<br>Suite 101A<br>Brewster, NY 10509-2374 | First National Bank of Dryden<br>7 West Main Street<br>Dryden, NY 13053 |
| Frontier Communication Corp.<br>401 Merritt 7<br>Norwalk, CT 06851-1000 | Frontier Communications Corp.<br>401 Merritt 7<br>Norwalk, CT 06851-1069 | Frontier Telephone of Rochester<br>P.O. Bx 740407<br>Cincinnati, OH 45274-0407 |
| George Bastedo<br>10768 Anstee Road<br>Clyde, NY 14433-9310 | Good Shepherd Catholic Community<br>P.O. Box 296<br>Aurora, NY 13026-0296 | GreenLight Networks<br>1255 University Avenue<br>Suite 204<br>Rochester, NY 14607-1651 |
| Greg Sheefield<br>42 Crestview Drive East<br>Pine City, NY 14871-9219 | HR Works, Inc.<br>200 WillowBrook Office Park<br>Fairport, NY 14450-4221 | High Falls Tree Services, LLC<br>64 Cedarwood Road<br>Rochester, NY 14617-3836 |
| Holy Apostles<br>7 Austin Street<br>Rochester, NY 14606-1797 | Holy Cross<br>375 George Road<br>Freeville, NY 13068-9610 | Holy Cross<br>4492 Lake Avenue<br>Rochester, NY 14612-4597 |

| | | |
|---|---|---|
| Holy Family<br>85 North Street<br>Auburn, NY 13021-2691 | Holy Family Catholic Community<br>206 Fremont Street<br>Wayland, NY 14572-1206 | Holy Spirit<br>1355 Hatch Road<br>Webster, NY 14580-2493 |
| Holy Trinity<br>1460 Ridge Road<br>Webster, NY 14580-3699 | Immaculate Conception<br>113 N. Geneva Street<br>Ithaca, NY 14850-4188 | Immaculate Conception/St. Bridget<br>445 Frederick Douglass St.<br>Rochester, NY 14608-2467 |
| Info Advantage Inc.<br>769 Emerson Street<br>Rochester, NY 14613-1801 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Iron Mountain<br>P.O. Box 27128<br>New York, NY 10087-7128 | JC Fibers Rochester Inc.<br>1801 Mount Read Boulevard<br>Rochester, NY 14615 | James A. Schwartz<br>43 Gebhardt Road<br>Penfield, NY 14526-1301 |
| James Muscatella<br>81 Landstone Terrace<br>Rochester, NY 14606-4358 | John E. Ehmann<br>1857 N. Adams Street<br>South Bend, IN 46628-3238 | John Murray<br>P.O. Box 235<br>Keuka Park, NY 14478-0235 |
| John Yankton<br>27 Grove Avenue<br>Auburn, NY 13021-4903 | Jordan Merson, Esq.<br>Merson Law, PLLC<br>150 East 58th Street, 34th Floor<br>New York, NY 10155-3499 | Joseph Bronco<br>38 DaVinoi Drive<br>Rochester, NY 14624-3809 |
| Joseph Martuscello<br>40 Houghton Circle<br>Corning, NY 14830-2016 | Joseph Maurici<br>104 Chili Wheatland Townline Road<br>Scottsville, NY 14546-9628 | K & D Disposal Inc.<br>5076 NY-31<br>Newark, NY 14513 |
| Keidel's Inc.<br>P.O. Box 565<br>Rushville, NY 14544-0565 | Kelner & Kelner<br>140 Broadway, 37th Floor<br>New York, NY 10005-1118 | Key Bank<br>P.O. Box 93855<br>Cleveland, OH 44101 |
| Kristen Rita Wendtland<br>18 Kesnick Way<br>Fairport, NY 14450-3219 | Lasertec<br>8455 Kirk Drive<br>Colorado Springs, CO 80908-2911 | Leander L. James, Esq.<br>James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur D Alene, ID 83814-2459 |
| Leclair Korona Cole LLP<br>28 E. Main Street, Suite 1500<br>Rochester, NY 14614-1917 | Leo J. Roth Corp.<br>840 Holt Road<br>Webster, NY 14580-9204 | Leo J. Roth Corporation<br>841 Holt Road<br>Webster, NY 14580-9200 |

| | | |
|---|---|---|
| Lifetime Benefit Solutions<br>Attn: Reimbursement Account Admin Dept<br>165 Court Street<br>Rochester, NY 14647-0001 | Lineage<br>385 North French Road<br>Buffalo, NY 14228-2032 | Lisa M. Passero<br>The Diocese of Rochester<br>1150 Buffalo Road<br>Rochester, NY 14624-1890 |
| Lloyd's of London Underwriters<br>One Lime Street<br>London EC3M 7HA<br>UNITED KINGDOM | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MAS Translation Services<br>66 Northwick Drive<br>Rochester, NY 14617-5634 |
| ME Burgess & Co.<br>1900 Brewerton Road<br>Syracuse, NY 13211-1763 | Mail Finance<br>478 Wheelers Farm Road<br>Milford, CT 06461-9105 | Margaret Joynt<br>6 Warder Drive<br>Pittsford, NY 14534-3125 |
| Margaret Reiss<br>230 Marion Street<br>Rochester, NY 14610-1121 | Mark Wegener<br>809 West Church Street<br>Elmira, NY 14905-2323 | Marsh Risk Consulting<br>550 S. Main Street<br>Suite 525<br>Greenville, SC 29601-5012 |
| Mary BroyldBell<br>600 Island Cottage Road, #225<br>Rochester, NY 14612-2354 | Mary Lynch<br>105 Upland Drive<br>Rochester, NY 14617-3215 | Mary's Place LLC<br>296 Flower City Park<br>Rochester, NY 14615-3613 |
| Mary's Place Refugee Outreach<br>414 Lexington Avenue<br>Rochester, NY 14613-1962 | Mary, Mother of Mercy<br>P.O. Box 337<br>Ovid, NY 14521-0337 | McCullagh Coffee<br>245 Swan Street<br>Buffalo, NY 14204-2051 |
| Merkel Donohue<br>106 Despatch Drive, Suite 2<br>East Rochester, NY 14445-1448 | Michael Reck, Esq.<br>Jeff Anderson & Associates<br>57 West 57th Street, 4th Floor<br>New York, NY 10019-2827 | Michael T. Pfau, Esq.<br>Pfau Cochran Vertetis Amala<br>Columbia House<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104-1625 |
| Microworx<br>20 Allens Creek Road<br>Rochester, NY 14618-3253 | Mitchell Garabedian, Esq.<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th<br>Boston, MA 02109-2415 | Mitchell Script Advisor<br>110 Theory, Suite 250<br>Irvine, CA 92617-3202 |
| Mondavi Design<br>1 Modavi Circle<br>Spencerport, NY 14559-2215 | Monroe 2 - Orleans BOCES<br>3599 Big Ridge Road<br>Spencerport, NY 14559-1799 | Monroe County Water Authority<br>475 Norris Drive<br>Rochester, NY 14610-2498 |
| More Direct, Inc.<br>3401 N. Federal Highway<br>Suite 216<br>Boca Raton, FL 33431-6007 | MoreDirect, Inc.<br>P.O. Box 536464<br>Pittsburgh, PA 15253-5906 | Mutual of Omaha<br>Payment Processing Center<br>P.O. Box 2147<br>Omaha, NE 68103-2147 |

| | | |
|---|---|---|
| Mutual of Omaha Insurance<br>3300 Mutual of Omaha Plaza<br>Omaha, NE 68175-0002 | My Catholic Faith Delivered<br>12603 Hemlock<br>Suite C<br>Overland Park, KS 66213-1484 | NFCYM<br>Progress in Planning<br>6745 Kingery Highway<br>Willowbrook, IL 60527-5142 |
| NYS Department of Labor<br>State Office Campus<br>Building #12, Room #256<br>Albany, NY 12240-0001 | Nathaniel L. Foote, Esq.<br>Andreozzi & Associates, P.C.<br>111 North Front Street<br>Harrisburg, PA 17101-1446 | Nativity Preparatory Academy<br>15 Whalin St<br>Rochester, NY 14620-1310 |
| Nativity of the BVM, Brockport<br>152 Main Street<br>Brockport, NY 14420-1936 | New Wave Energy Corporation<br>410 Main Street<br>Buffalo, NY 14202-3735 | New York Physical Medicine Center<br>1295 Portland Avenue, Suite 9<br>Rochester, NY 14621-2726 |
| New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005-1496 | New York State Catholic Conference<br>465 State Street<br>Albany, NY 12203-1004 | New York State Unemployment Insurance<br>P.O. Box 4301<br>Binghamton, NY 13902-4301 |
| Newman Catholic Campus Min. of Geneseo<br>Interfaith Center<br>11 Franklin Street<br>Geneseo, NY 14454-1047 | Newman Community - Geneseo<br>c/o St. Luke the Evangelist<br>13 North Street<br>Geneseo, NY 14454-1143 | Newman Community - RIT<br>RIT Center for Religious Life<br>40 Lomb Memorial Drive<br>Rochester, NY 14623-5604 |
| Newman Community at Ithaca College<br>c/o Cornell Catholic Community<br>548 College Avenue<br>G-19 Anabel Taylor Hall<br>Ithaca, NY 14853 | Newman Community of Univ. of Rochester<br>Interfaith Chapel<br>1045 Wilson Boulevard<br>Rochester, NY 14627 | Nicholas H. Noyes Memorial Hospital<br>111 Clara Barton Street<br>Dansville, NY 14437-9527 |
| Nixon Peabody LLP<br>Michael Cooney<br>799 9th Street NW Suite 500<br>Washington, DC 20001-5327 | ONEHDA<br>7107 Vineyard Road<br>Conesus, NY 14435-9521 | Omni Underwriting Managers, LLC<br>726 Exchange Street<br>Suite 618<br>Buffalo, NY 14210-1463 |
| Orkin Pest Control<br>205 Summit Point Drive, Suite 3B<br>Henrietta, NY 14467-9631 | Our Lady Queen of Peace<br>601 Edgewood Avenue<br>Rochester, NY 14618-4329 | Our Lady of Lourdes<br>150 Varinna Drive<br>Rochester, NY 14618-1599 |
| Our Lady of Peace<br>130 Exchange Street<br>Geneva, NY 14456-1804 | Our Lady of Victory<br>210 Pleasant Street<br>Rochester, NY 14604-1394 | Our Lady of the Lakes<br>210 Keuka Street<br>Penn Yan, NY 14527-1143 |
| Our Lady of the Snow<br>2667 Hamilton Street<br>Weedsport, NY 13166-9765 | Our Lady of the Valley<br>27 Erie Avenue<br>Hornell, NY 14843-1909 | Our Mother of Sorrows<br>5000 Mount Read Boulevard<br>Rochester, NY 14612-3853 |

| | | |
|---|---|---|
| Pam Moore<br>P.O. Box 17268<br>Rochester, NY 14617-0268 | Panagiotis Jamanis<br>1 San Gabriel Drive<br>Rochester, NY 14610-2833 | Paradigm<br>179 Lake Avenue<br>Rochester, NY 14608-1234 |
| Parish of the Most Holy Name of Jesus<br>1010 Davis Street<br>Elmira, NY 14901-1013 | ParishSOFT<br>3767 Ranchero Drive, Suite 100<br>Ann Arbor, MI 48108-2770 | Paul Schnacky<br>34 Center Street<br>Apt. 1<br>Hornell, NY 14843-1956 |
| Peace of Christ<br>25 Empire Boulevard<br>Rochester, NY 14609-4335 | People Systems<br>5795 Waterways Parkway<br>Syracuse, NY 13214 | People Systems<br>5795 Widewaters Parkway<br>Syracuse, NY 13214-1832 |
| Perry's Ice Cream Co.<br>One Ice Cream Plaza<br>Akron, NY 14001-1031 | Person Centered Housing Options, Inc<br>31 West Street<br>Fairport, NY 14450-2109 | Pontifical North American College<br>P.O. Box 8<br>Hicksville, NY 11802-0008 |
| Providence Housing Development Corp<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Provident Life and Casualty Inc.<br>1 Mercantile Street<br>Worcester, MA 01608-3102 | RBA Staffing<br>150 State Street<br>Suite 400<br>Rochester, NY 14614-1354 |
| RCL Benziger<br>P.O. Box 1840<br>Dubuque, IA 52004-1840 | RIT Newman<br>Rochester Institute of Technology<br>1 Lomb Memorial Drive<br>Rochester, NY 14623-5698 | RSUI Indemnity Company<br>945 E. Paces Ferry Road<br>Suite 1800<br>Atlanta, GA 30326-1373 |
| Respect Life<br>3570 Bladensburg Road<br>Brentwood, MD 20722-1807 | Reverend Donald Curtiss<br>231 Monastery Road<br>Pine City, NY 14871-9785 | Reverend Thomas P. Dugan<br>150 French Road<br>Rochester, NY 14618-3822 |
| Richard Ganey<br>c/o Daniel C. Levin<br>Levin Sedran & Berman<br>510 Walnut Street, Ste. 500<br>Philadelphia, PA 19106-3625 | Roberta Mandell<br>c/o Daniel C. Levin<br>Levin Sedran & Berman<br>510 Walnut Street, Ste. 500<br>Philadelphia, PA 19106-3625 | Rochester Catholic Press Association<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 |
| Rochester Colonial<br>1794 Lyell Avenue<br>Rochester, NY 14606-2398 | Rochester Gas & Electric<br>89 East Avenue<br>Rochester, NY 14649-0002 | Ronald R. Benjamin, Esq.<br>Law Office of Ronald R. Benjamin<br>126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902-0607 |
| SJ Parking LLC<br>259 Alexander St<br>Rochester, NY 14607-2514 | Sacred Heart<br>90 Melrose Road<br>Auburn, NY 13021-9212 | Sean Bassler<br>129 Acorn Drive<br>Horseheads, NY 14845-2901 |

| | | |
|---|---|---|
| Secretary of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220-0001 | Siemens Industry Inc.<br>1000 Deerfield Parkway<br>Buffalo Grove, IL 60089-4513 | Siemens Industry Inc.<br>c/o CitiBank<br>P.O. Box 2134<br>Carol Stream, IL 60132-2134 |
| Simple Online Ordering LLC<br>3488 W. Walworth Road<br>Macedon, NY 14502-9310 | Society for the Propogation of the Faith<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Ss. Isidore & Maria Torribia<br>51 Maple Street<br>Addison, NY 14801-1125 |
| Ss. Mary and Martha<br>299 Clark Street<br>Auburn, NY 13021-2236 | St. Agnes<br>108 Prospect Street<br>Avon, NY 14414-1023 | St. Alphonsus<br>10 S. Lewis Street<br>Auburn, NY 13021-2708 |
| St. Ann's - Owasco<br>4890 Twelve Corners Road<br>Auburn, NY 13021 | St. Anne<br>150 Varinna Drive<br>Rochester, NY 14618-1532 | St. Anthony<br>312 Locke Road<br>Groton, NY 13073-9444 |
| St. Benedict<br>95 N. Main Street<br>Canandaigua, NY 14424-1223 | St. Benedicts - Odessa<br>304 Speedway<br>Odessa, NY 14869 | St. Bernard's School of Theology &<br>Ministry<br>120 French Road<br>Rochester, NY 14618-3822 |
| St. Bernard's School of Theology & Min.<br>120 French Road<br>Rochester, NY 14618-3822 | St. Boniface<br>259 Rutgers Street<br>Rochester, NY 14607-3226 | St. Catherine of Siena<br>26 Mendon-Ionia Road<br>Mendon, NY 14506-9730 |
| (c)ST. CATHERINE OF SIENA<br>309 SIENA DR<br>ITHACA NY 14850-1797 | St. Charles Borromeo<br>3003 Dewey Avenue<br>Rochester, NY 14616-3798 | St. Christopher<br>P.O. Box 399<br>North Chili, NY 14514-0399 |
| St. Elizabeth Ann Seton<br>P.O. Box 149<br>Hamlin, NY 14464-0149 | St. Frances Xavier Cabrini<br>124 Evergreen Street<br>Rochester, NY 14605-1016 | St. Francis & St. Clare<br>25 Center Street<br>Waterloo, NY 13165-1022 |
| St. Francis Cabrini<br>124 Evergreen Street<br>Rochester, NY 14605-1016 | St. George<br>150 Varinna Drive<br>Rochester, NY 14618-1532 | St. John Vianney<br>32 E. Morris Street<br>Bath, NY 14810-1643 |
| St. John Vianney Center<br>151 Woodbine Road<br>Downingtown, PA 19335-3057 | St. John of Rochester<br>8 Wickford Way<br>Fairport, NY 14450-3132 | St. John the Evangelist<br>2400 West Ridge Road<br>Rochester, NY 14626-3043 |

| | | |
|---|---|---|
| St. John the Evangelist<br>55 Martha Street<br>Spencerport, NY 14559-1342 | St. Joseph<br>43 Gebhardt Road<br>Penfield, NY 14526-1301 | St. Joseph the Worker<br>43 W. DeZeng Street<br>Clyde, NY 14433-1121 |
| St. Kateri Tekakwitha<br>445 Kings Highway S.<br>Rochester, NY 14617-4138 | St. Katharine Drexel<br>52 Main Street<br>Macedon, NY 14502-8989 | St. Lawrence<br>1000 N. Greece Road<br>Rochester, NY 14626-1098 |
| St. Leo<br>P.O. Box 725<br>Hilton, NY 14468-0725 | St. Louis<br>64 S. Main Street<br>Pittsford, NY 14534-1986 | St. Luke The Evangelist<br>13 North Street<br>Geneseo, NY 14454-1143 |
| St. Marianne Cope<br>3318 E. Henrietta Road<br>Henrietta, NY 14467-9146 | St. Mark<br>54 Kuhn Road<br>Rochester, NY 14612-1438 | St. Martin De Porres<br>198 North Street<br>Caledonia, NY 14423-1035 |
| St. Mary<br>15 Clark Street<br>Auburn, NY 13021-3501 | St. Mary<br>15 Saint Mary's Place<br>Rochester, NY 14607-1713 | St. Mary Our Mother<br>816 West Broad Street<br>Horseheads, NY 14845-2201 |
| St. Mary of the Lake<br>P.O. Box 289<br>Watkins Glen, NY 14891-0289 | St. Mary, Honeoye<br>P.O. Box 725<br>Honeoye, NY 14471-0725 | St. Matthew<br>P.O. Box 77<br>Livonia, NY 14487-0077 |
| St. Maximillian Kolbe<br>P.O. Box 499<br>Ontario, NY 14519-0499 | St. Michael<br>401 S. Main Street<br>Newark, NY 14513-1722 | St. Monica<br>34 Monica Street<br>Rochester, NY 14619-1999 |
| St. Patrick<br>115 Maple Avenue<br>Victor, NY 14564-1392 | St. Patrick's<br>309 Front Street<br>Owego, NY 13827-1699 | St. Paul<br>783 Hard Road<br>Webster, NY 14580-8948 |
| St. Paul of the Cross<br>97 Prospect Street<br>Avon, NY 14414 | St. Peter<br>12 Hibbard Avenue<br>Clifton Springs, NY 14432-1064 | St. Pius X<br>3010 Chili Avenue<br>Rochester, NY 14624-4597 |
| St. Rita<br>1008 Maple Drive<br>Webster, NY 14580-1798 | St. Rose<br>P.O. Box 8A<br>Lima, NY 14485-0808 | St. Stanislaus Kostka<br>34 Saint Stanislaus Street<br>Rochester, NY 14621-3793 |

| | | |
|---|---|---|
| St. Theodore<br>168 Spencerport Road<br>Rochester, NY 14606-5297 | St. Thomas More<br>2617 East Avenue<br>Rochester, NY 14610-3149 | Stacia Kanellopoulos<br>27 Woodworth Street<br>Victor, NY 14564-1341 |
| Staples Advantage<br>500 Staples Drive<br>Framingham, MA 01702-4474 | Staples Business Advantage<br>Staples/Tom Riggleman<br>7 Technology Circle<br>Columbia SC 29203-9591 | State of New York, Dept of Labor<br>Unemployment Insurance Division<br>Gov W Averell Harriman State<br>Office Bldg, Bldg 12, Rm 256<br>Albany, NY 12240-0001 |
| Stephen A. Segar, Esq.<br>Segar & Sciortino PLLC<br>400 Meridian Centre, Suite 320<br>Rochester, NY 14618-3991 | Stephen Boyd, Esq.<br>Law Offices of Steven Boyd & John Elmore<br>40 North Forest Road<br>Williamsville, NY 14221-5230 | Steven Lewis<br>c/o St. Charles Borromeo<br>3003 Dewey Avenue<br>Rochester, NY 14616-3731 |
| Teacher Innovations Inc.<br>2451 Sheehan Drive<br>Unit 102<br>Naperville, IL 60564-4861 | Technical System Group, Inc.<br>1799 N. Clinton Avenue<br>Rochester, NY 14621-1594 | Technical Systems Group, Inc.<br>1799 Clinton Avenue North<br>Rochester, NY 14621-1594 |
| Technical Systems Group, Inc.<br>1799 N. Clinton Avenue<br>Rochester, NY 14621-1594 | Ted Hosmer, Inc.<br>1249 Lehigh Station Road<br>Henrietta, NY 14467-9228 | Ted Hosmer, Inc.<br>P.O. Box 888<br>Henrietta, NY 14467-0888 |
| The Bank of New York<br>240 Greenwich Street<br>New York, NY 10286-0001 | The Cause Collaborative<br>55 Railroad Street<br>Suite 113<br>Rochester, NY 14609-6160 | The Communis Fund of the Diocese<br>of Rochester, Inc<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 |
| The Diocese of Rochester Lay Employees<br>Retirement Accumulation Plan<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | The Diocese of Rochester Priests'<br>Retirement Plan<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | The Links at Greystone<br>1400 Atlantic Avenue<br>Walworth, NY 14568-9741 |
| The Parish of the Holy Family<br>4100 Lyell Road<br>Rochester, NY 14606-4309 | Thomas Erdle<br>100 McAuley Drive<br>Apt. 275<br>Rochester, NY 14610-2359 | Thomas Plumb<br>1550 Portland Avenue<br>Apt. 1202<br>Rochester, NY 14621-3050 |
| Thomas W. Plumb<br>c/o Lacy Katzen<br>130 E. Main Street<br>PO Box 22878<br>Rochester, NY 14692-2878 | Thyssenkrupp Elevator Corp.<br>245 Summit Point Drive, Suite 2B<br>Henrietta, NY 14467-9608 | Tiara Moye o/b/o Faith Sanders<br>c/o Lipsitz Green Scime Cambria<br>Attn: Max Humann, Esq.<br>42 Delaware Avenue, Suite 120<br>Buffalo, NY 14202-3857 |
| Time Warner Cable<br>4145 S. Falkenburg Road<br>Riverview, FL 33578-8652 | Toshiba Business Solutions<br>275 Kenneth Drive<br>Suite 400<br>Rochester, NY 14623-4277 | Town of Brighton<br>2300 Elmwood Drive<br>Rochester, NY 14618-2196 |

| | | |
|---|---|---|
| Town of Marion<br>P.O. Box 260<br>Marion, NY 14505-0260 | TruGreen<br>40 Ridgeland Road<br>Rochester, NY 14623-3112 | U.S. Attorney<br>100 State Street<br>Room 500<br>Rochester, NY 14614-1350 |
| U.S. Conference of Catholic Bishops<br>3211 Fourth Street, N.E.<br>Washington, DC 20017-1104 | U.S. Conference of Catholic Bishops<br>P.O. Box 96992<br>Washington, DC 20090-6992 | U.S. Securities and Exchange Commission<br>Northeast Regional Office<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1013 |
| United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | Univera HealthCare Direct<br>165 Court Street<br>Rochester, NY 14647-0001 | Verizon<br>P.O. Box 489<br>Newark, NJ 07101-0489 |
| Verizon Wireless<br>P.O. Box 408<br>Newark, NJ 07101-0408 | WB Mason Co.<br>59 Centre Street<br>Brockton, MA 02301-4075 | Waldorf Risk Solutions LLC<br>P.O. Box 590<br>Huntington, NY 11743-0590 |
| Wayne County Water & Sewer Authority<br>3377 Daansen Road<br>Walworth, NY 14568-9315 | Wayne County Water and Sewer<br>3377 Dansen Road<br>Walworth, NY 14568-9315 | Wegmans<br>P.O. Box 92217<br>Rochester, NY 14692-0217 |
| Weitz & Luxenberg<br>700 Broadway<br>New York, NY 10003-9536 | William Graf<br>681 High Street<br>Apt. 171<br>Victor, NY 14564-1373 | Wilmington Trust<br>1100 North Market Street<br>Wilmington, DE 19890-0001 |
| Windstream Comminucations<br>P.O. Box 3177<br>Cedar Rapids, IA 52406-3177 | 1 - Doe AB | Amaryllis Figueroa<br>c/o Law Office of Robert King<br>19 West Main Street<br>Suite 250<br>Suite 250<br>Rochester, NY 14614-1503 |
| BB 44<br>Law Offices of Mitchell Garabedian<br>100 State Street<br>6th Floor<br>Boston, MA 02109-2415 | Brian S. Delafranier<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814-2435 | CW187 DOE<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814 United Stat 83814-243 |
| Carol Dupre<br>and various other individual creditors<br>50 Maier Circle<br>Spencerport, NY 14559-2419 | Charles J. Sullivan<br>Bond, Schoeneck & King, PLLC<br>1 Lincoln Center<br>18th Floor<br>Syracuse, NY 13202-1306 | Claimant MM<br>c/o Marsh Law Firm PLLC<br>151 E Post Rd<br>Ste 102<br>White Plains, NY 10601-5210 |
| DG 278<br>Law Offices of Mitchell Garabedian<br>100 State Street<br>6th Floor<br>Boston, MA 02109-2415 | GM127 DOE<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814 United Stat 83814-243 | Grayson T. Walter<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1306 |

| | | |
|---|---|---|
| Ingrid S. Palermo<br>Bond, Schoeneck & King, PLLC<br>350 Linden Oaks, Suite 310<br>Rochester, NY 14625-2825 | JP185 DOE<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814 United Stat 83814-2459 | James R Murray<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 |
| Kathleen Israel | Kathleen Dunivin Schmitt<br>Office of the United States Trustee<br>100 State Street, Room 6090<br>Rochester, NY 14614-1321 | Kenneth Cubiotti<br>c/o James Vernon & Weeks<br>1626 Lincoln Way<br>Coeur d Alene, ID 83814-2435 |
| Kenneth G. Cubiotti<br>James Vernon & Weeks P.A.<br>1626 Lincoln Way<br>Coeur d Alene, ID 83814-2435 | MG133 DOE<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814-2435 | MS 275<br>Law Offices of Mitchell Garabedian<br>100 State Street<br>6th Floor<br>Boston, MA 02109-2415 |
| SHC-MG-2 Doe<br>Law Offices of Mitchell Garabedian<br>100 State Street<br>6th Floor<br>Boston, MA 02109-2415 | SM 247<br>Law Offices of Mitchell Garabedian<br>100 State Street<br>6th Floor<br>Boston, MA 02109-2415 | Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1306 |
| Thomas David Adams<br>36 Vermont Court<br>Asheville, NC 28806-3021 | VJR 41<br>Law Offices of Mitchell Garabedian<br>100 State Street<br>6th Floor<br>Boston, MA 02109-2415 | Victor Rivera<br>75 Hinchey Road<br>Rochester<, NY 14624-2929 |
| William K. Harrington<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-4811 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>P.O. Box 182051<br>Columbus, OH 43218 | Internal Revenue Service<br>Insolvency Group I, Niagara Center<br>2nd Floor<br>130 S. Elmwood Avenue<br>Buffalo, NY 14202 | M&T Bank<br>255 East Avenue<br>Rochester, NY 14624 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

St. Catherine of Siena
302 Saint Catherine Circle
Ithaca, NY 14850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534-4596

(u)Interstate Fire and Casualty Company

(u)LCVAWCR-DOE

(u)London Market Insurers

(u)National Surety Corporation

(u)Official Committee of Unsecured Creditors

(u)Pachulski Stang Ziehl & Jones LLP

(u)St. Bernard's School of Theology and Mi

(u)Swiss Re America Corporation as Administra
for 21st Century Centennial Insurance
Company formerly known as
Colonial Penn Insurance Company

(u)The Chubb Companies

(u)Thomas LaBarbera Counselors At Law PC

(d)Omni Underwriting Managers, LLC
726 Exchange Street, Suite 618
Buffalo, NY 14210-1463

(d)Providence Housing Development Corp.
1150 Buffalo Road
Rochester, NY 14624-1823

(d)Toshiba Business Solutions
275 Kenneth Drive, Suite 400
Rochester, NY 14623-4277

(d)Town of Marion
P.O. Box 260
Marion, NY 14505-0260

(u)VARIOUS SEX ABUSE CLAIMANTS

(u)Bishop Emeritus Matthew H. Clark

(u)Donna Oppedisano

(du)LCVAWCR DOE

(d)Lisa M. Passero
The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

End of Label Matrix
Mailable recipients    375
Bypassed recipients     20
Total                  395