**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| THE DIOCESE OF ROCHESTER, | ) Case No. 19-20905 (CGM) |
| Debtor. | ) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon consideration of the *Ex Parte* Motion to Admit James K.T. Hunter as Counsel *Pro Hac Vice* to represent the Official Committee of Unsecured Creditors for the Diocese of Rochester, and upon Movant's certification that the Movant is a member of good standing of the bar of the State of California and the bars of the United States District Courts for the Southern, Central and Northern Districts of California and the U.S. Court of Appeals for the 9th Circuit,

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED**.

DATED: July 7, 2021  _____/s/_____
Rochester, New York  HON. PAUL R. WARREN
United States Bankruptcy Judge