# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 7/7/2021 | |
| Case: 2–19–20905–PRW | Form ID: pdforder | Total: 9 | |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | Grayson T. Walter | gwalter@bsk.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Ingrid S. Palermo | ipalermo@bsk.com |
| aty | James K.T. Hunter | jhunter@pszjlaw.com |
| aty | Stephen A. Donato | sdonato@bsk.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 | |
| pr | Lisa M. Passero | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 |
| smg | Office of the U.S. Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 | |

TOTAL: 3