# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 7/12/2021 | |
| Case: 2–19–20905–PRW | Form ID: noe362 | Total: 19 | |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | Eric John Ward | eward@wardgreenberg.com |
| aty | Grayson T. Walter | gwalter@bsk.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Ingrid S. Palermo | ipalermo@bsk.com |
| aty | James R Marsh | jamesmarsh@marsh.law |
| aty | Kathleen Thomas | kat@tlclawllc.com |
| aty | Leander Laurel James, IV | ljames@jvwlaw.net |
| aty | Michael Finnegan | mike@andersonadvocates.com |
| aty | Mitchell Garabedian | mgarabedian@garabedianlaw.com |
| aty | Nathaniel Foote | nate@vca.law |
| aty | Russell Webb Roten | RWRoten@duanemorris.com |
| aty | Siobhain Patricia Minarovich | siobhain.minarovich@rivkin.com |
| aty | Stephen A. Donato | sdonato@bsk.com |
| aty | Steve Phillips | sphillips@p2law.com |
| aty | Timothy Patrick Lyster | tlyster@woodsoviatt.com |

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 | |
| pr | Lisa M. Passero | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 |
| smg | Office of the U.S. Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 | |

TOTAL: 3