UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Burns Bowen Bair LLP has filed the *Monthly Fee Statement of Burns Bowen Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period May 26, 2021 through June 30, 2021*, a copy of which is attached hereto and hereby served upon you. In addition, Burns Bowen Bair LLP has provided the United States Trustee with a copy of its invoice in text format.

Dated: July 22, 2021

**BURNS BOWEN BAIR LLP**

 /s/ Timothy W. Burns
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
1 S. Pinckney St., Suite 930
Madison, WI 53703
Telephone: (608) 286-2808
Email: tburns@bbblawllp.com
Email: jbair@bbblawllp.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BOWEN BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD MAY 26, 2021 THROUGH JUNE 30, 2021**

| | |
|---|---|
| Name of Applicant: | Burns Bowen Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Rochester |
| Date of Retention: | Effective May 26, 2021 pursuant to Order entered June 22, 2021 [Docket No. 1113] |
| Period for which compensation and reimbursement is sought: | May 26, 2021 through June 30, 2021 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $48,498.00 ($38,798.40) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a: _X_ monthly ___ quarterly ___ final application.

This is Burns Bowen Bair LLP's first monthly fee statement in this case.

# Burns Bowen Bair LLP

One South Pinckney St.
Suite 930
Madison, WI 53703
608-286-2808
www.bbblawllp.com

| | |
|---|---|
| **Issue Date :** | 7/1/2021 |
| **Bill # :** | 00505 |
| **Due Date :** | Upon Receipt |

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

**Matter:** Insurance

**Fees**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/28/2021 | Jesse J Bair | Correspondence with PSZJ re upcoming call re insurance strategy (.1); | 0.10 | $625.00 | $62.50 |
| 5/28/2021 | Timothy W Burns | Review and respond to emails about LMI-Interstate's Settlement Motion (.2); | 0.20 | $700.00 | $140.00 |
| 5/28/2021 | Jesse J Bair | Review correspondence with PSZJ and state-court counsel re the proposed LMI/Interstate settlement agreement (.1); | 0.10 | $625.00 | $62.50 |
| 5/28/2021 | Jesse J Bair | Begin analyzing the proposed LMI/Interstate settlement agreement, including motion to approve same (1.1); | 1.10 | $625.00 | $687.50 |
| 5/29/2021 | Jesse J Bair | Continue analyzing the proposed LMI/Interstate settlement agreement, including motion to approve same (1.0); | 1.00 | $625.00 | $625.00 |
| 6/1/2021 | Jesse J Bair | Participate in telephone conference with PSZJ and T. Burns re opposition strategy to the proposed LMI/Interstate settlement (.8); | 0.80 | $625.00 | $500.00 |
| 6/1/2021 | Timothy W Burns | Call with J. Bair about research projects in connection with potential opposition strategies to the motion for approval of the LMI/Interstate settlement (.2); | 0.20 | $700.00 | $140.00 |
| 6/1/2021 | Timothy W Burns | Supplemental conference with J. Bair about opposition to settlement approval motion (.2); | 0.20 | $700.00 | $140.00 |
| 6/1/2021 | Jesse J Bair | Prepare for call with PSZJ re opposition strategy to the proposed LMI/Interstate settlement (.1); | 0.10 | $625.00 | $62.50 |
| 6/1/2021 | Jesse J Bair | Conference with T. Burns regarding opposition to settlement approval motion of the LMI/Interstate settlement (.2); | 0.20 | $625.00 | $125.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/1/2021 | Jesse J Bair | Supplemental conference with T. Burns re research projects in connection with potential opposition strategies to the motion for approval of the LMI/Interstate settlement (.2); | 0.20 | $625.00 | $125.00 |
| 6/1/2021 | Timothy W Burns | Call with I. Scharf, B. Michael, J. Bair, and I. Nasitir about planning for response to motion to approve LMI/Interstate settlement (.8); | 0.80 | $700.00 | $560.00 |
| 6/1/2021 | Timothy W Burns | Review motion to approve LMI/Interstate settlement papers (.8); | 0.80 | $700.00 | $560.00 |
| 6/2/2021 | Jesse J Bair | Provide instructions to K. Gurewitz re detailed research project in connection with the proposed LMI/Interstate settlement agreement (.5) | 0.50 | $625.00 | $312.50 |
| 6/2/2021 | Timothy W Burns | Reviewed retention application materials (.4); | 0.40 | $700.00 | $280.00 |
| 6/2/2021 | Timothy W Burns | Review and respond to emails about valuation issues (.2); | 0.20 | $700.00 | $140.00 |
| 6/2/2021 | Jesse J Bair | Analyze conflict information in connection with BBB's retention application (.3); | 0.30 | $625.00 | $187.50 |
| 6/2/2021 | Jesse J Bair | Analysis re potential valuation expert issue (.2); | 0.20 | $625.00 | $125.00 |
| 6/2/2021 | Jesse J Bair | Edit and revise BBB's retention application (1.4); | 1.40 | $625.00 | $875.00 |
| 6/2/2021 | Jesse J Bair | Provide instructions to B. Cawley re additional research project in connection with the proposed LMI settlement agreement (.1); | 0.10 | $625.00 | $62.50 |
| 6/2/2021 | Jesse J Bair | Correspondence with PSZJ re the UCC's document requests to the debtor (.2); | 0.20 | $625.00 | $125.00 |
| 6/2/2021 | Jesse J Bair | Review agenda for upcoming UCC meeting (.1); | 0.10 | $625.00 | $62.50 |
| 6/2/2021 | Timothy W Burns | Participate in Committee call to discuss insurance issues (.8); | 0.80 | $700.00 | $560.00 |
| 6/2/2021 | Jesse J Bair | Edit and revise the UCC's draft document requests to the debtor (.9); | 0.90 | $625.00 | $562.50 |
| 6/2/2021 | Jesse J Bair | Analyze revised version of the UCC's draft document requests to the debtor, incorporating additional comments from PSZJ (.3); | 0.30 | $625.00 | $187.50 |
| 6/2/2021 | Jesse J Bair | Participate in UCC meeting to discuss insurance issues (.8); | 0.80 | $625.00 | $500.00 |
| 6/2/2021 | Timothy W Burns | Review and respond to emails about committee meeting (.2); | 0.20 | $700.00 | $140.00 |
| 6/2/2021 | Jesse J Bair | Review and respond to correspondence with PSZJ and T. Burns re BBB's retention application (.3); | 0.30 | $625.00 | $187.50 |
| 6/2/2021 | Jesse J Bair | Review and respond to correspondence with PSZJ re potential valuation expert (.2); | 0.20 | $625.00 | $125.00 |
| 6/3/2021 | Brian P. Cawley | Begin research in connection with upcoming Rule 9019 hearing (.6); | 0.60 | $420.00 | $252.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/3/2021 | Jesse J Bair | Correspondence with T. Burns re outcome of preliminary call with potential valuation expert (.2); | 0.20 | $625.00 | $125.00 |
| 6/3/2021 | Jesse J Bair | Analyze and edit the UCC's first set of document requests to LMI (.2); | 0.20 | $625.00 | $125.00 |
| 6/3/2021 | Jesse J Bair | Correspondence with potential valuation expert re retention issues (.2); | 0.20 | $625.00 | $125.00 |
| 6/3/2021 | Jesse J Bair | Correspondence with PSZJ re proof of debt issues related to certain insolvent LMI entities (.2); | 0.20 | $625.00 | $125.00 |
| 6/3/2021 | Jesse J Bair | Preliminary call with potential valuation expert re case background (.4); | 0.40 | $625.00 | $250.00 |
| 6/3/2021 | Jesse J Bair | Analyze and edit the UCC's first set of document requests to Interstate (.1); | 0.10 | $625.00 | $62.50 |
| 6/3/2021 | Jesse J Bair | Analyze and edit revised version of the UCC's draft discovery requests to the debtor (.2); | 0.20 | $625.00 | $125.00 |
| 6/3/2021 | Jesse J Bair | Prepare for call with potential valuation expert (.1); | 0.10 | $625.00 | $62.50 |
| 6/3/2021 | Timothy W Burns | Edit BBB retention application materials (.3); correspondence about same (.3); | 0.60 | $700.00 | $420.00 |
| 6/4/2021 | Jesse J Bair | Correspondence with PSZJ re upcoming call with potential valuation expert (.1); | 0.10 | $625.00 | $62.50 |
| 6/4/2021 | Timothy W Burns | Call with J. Murray about BBB retention (.2); | 0.20 | $700.00 | $140.00 |
| 6/4/2021 | Jesse J Bair | Review final version of the UCC's first set of document requests (.1); | 0.10 | $625.00 | $62.50 |
| 6/4/2021 | Kacy Gurewitz | Analyze the LMI/Interstate Settlement Motion (.5); | 0.50 | $420.00 | $210.00 |
| 6/4/2021 | Jesse J Bair | Participate in telephone conference with potential valuation expert and T. Burns, I. Scharf, and I. Nasatir (.8); | 0.80 | $625.00 | $500.00 |
| 6/4/2021 | Jesse J Bair | Correspondence with potential valuation expert re upcoming call (.1); | 0.10 | $625.00 | $62.50 |
| 6/4/2021 | Timothy W Burns | Review email between BBB and J. Murray about insolvent London insurers (.2); | 0.20 | $700.00 | $140.00 |
| 6/4/2021 | Jesse J Bair | Review and respond to correspondence with J. Murray re filing proofs of debt in the UK liquidation proceedings of certain insolvent LMI subscribers (.2); | 0.20 | $625.00 | $125.00 |
| 6/4/2021 | Timothy W Burns | Participate in telephone conference with potential valuation expert and J. Bair, I. Scharf, and I. Nasatir (.8); | 0.80 | $700.00 | $560.00 |
| 6/5/2021 | Jesse J Bair | Review order re hearing date on the UCC's motion for retention of BBB (.1); | 0.10 | $625.00 | $62.50 |
| 6/7/2021 | Kacy Gurewitz | Begin research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (.5); | 0.50 | $420.00 | $210.00 |
| 6/7/2021 | Jesse J Bair | Correspondence with PSZJ re upcoming insurance strategy call (.1); | 0.10 | $625.00 | $62.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/7/2021 | Kacy Gurewitz | Continue research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (1.3); | 1.30 | $420.00 | $546.00 |
| 6/7/2021 | Brian P. Cawley | Continue research in connection with upcoming Rule 9019 hearing (.8); | 0.80 | $420.00 | $336.00 |
| 6/7/2021 | Kacy Gurewitz | Continue analyzing the LMI/Interstate settlement motion (.1); | 0.10 | $420.00 | $42.00 |
| 6/7/2021 | Brian P. Cawley | Continue research in connection with upcoming Rule 9019 hearing (1.5); | 1.50 | $420.00 | $630.00 |
| 6/7/2021 | Brian P. Cawley | Additional research in connection with upcoming Rule 9019 hearing (1.4); | 1.40 | $420.00 | $588.00 |
| 6/9/2021 | Kacy Gurewitz | Continue research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (.9); | 0.90 | $420.00 | $378.00 |
| 6/9/2021 | Brian P. Cawley | Continue research in connection with upcoming Rule 9019 hearing (2.3); | 2.30 | $420.00 | $966.00 |
| 6/9/2021 | Kacy Gurewitz | Continue research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (2.2); | 2.20 | $420.00 | $924.00 |
| 6/9/2021 | Jesse J Bair | Review correspondence with PSZJ re upcoming insurance call (.1); | 0.10 | $625.00 | $62.50 |
| 6/9/2021 | Brian P. Cawley | Draft summary of research in connection with upcoming Rule 9019 hearing (.9); | 0.90 | $420.00 | $378.00 |
| 6/10/2021 | Timothy W Burns | Strategy call with UCC bankruptcy counsel about motion to approve settlement agreement (1.0); | 1.00 | $700.00 | $700.00 |
| 6/10/2021 | Jesse J Bair | Provide additional instructions to K. Gurewitz re research project in connection with objecting to the proposed LMI/Interstate settlement agreement (.3); | 0.30 | $625.00 | $187.50 |
| 6/10/2021 | Kacy Gurewitz | Participate in meeting with J. Bair re research project in connection with objecting to the proposed LMI/Interstate settlement agreement (.3); | 0.30 | $420.00 | $126.00 |
| 6/10/2021 | Kacy Gurewitz | Continue research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (2.0); | 2.00 | $420.00 | $840.00 |
| 6/10/2021 | Jesse J Bair | Review email memorandum summarizing Rule 9019 research project results (.2); | 0.20 | $625.00 | $125.00 |
| 6/10/2021 | Jesse J Bair | Analyze the UCC's memorandum of law in support of its motion to lift the stay (.5); | 0.50 | $625.00 | $312.50 |
| 6/10/2021 | Kacy Gurewitz | Analysis regarding Rule 9019 objection issues (.1); | 0.10 | $420.00 | $42.00 |
| 6/10/2021 | Jesse J Bair | Edit and revise the UCC's letter to the debtor re filing their Rule 9019 motion in the wrong proceeding (.3); | 0.30 | $625.00 | $187.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/10/2021 | Jesse J Bair | Participate in telephone conference with PSZJ team regarding LMI/Interstate settlement objection strategy (1.0); | 1.00 | $625.00 | $625.00 |
| 6/10/2021 | Jesse J Bair | Correspondence with PSZJ re additional edits to the draft letter to the Diocese regarding procedural deficiencies with the debtor's Rule 9019 motion (.2); | 0.20 | $625.00 | $125.00 |
| 6/11/2021 | Kacy Gurewitz | Continue research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (.5); | 0.50 | $420.00 | $210.00 |
| 6/11/2021 | Jesse J Bair | Analyze Rule 9019 objection outline (.1); | 0.10 | $625.00 | $62.50 |
| 6/11/2021 | Jesse J Bair | Correspondence with PSZJ and potential valuation experts re upcoming calls (.1); | 0.10 | $625.00 | $62.50 |
| 6/11/2021 | Kacy Gurewitz | Continue research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (3.6); | 3.60 | $420.00 | $1,512.00 |
| 6/11/2021 | Jesse J Bair | Correspondence with B. Michael re Rule 9019 objection issues (.1); | 0.10 | $625.00 | $62.50 |
| 6/11/2021 | Kacy Gurewitz | Analysis re Rule 9019 objection issues (.2); | 0.20 | $420.00 | $84.00 |
| 6/12/2021 | Kacy Gurewitz | Continue research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (.3); | 0.30 | $420.00 | $126.00 |
| 6/13/2021 | Timothy W Burns | Revise 30(b)(6) deposition notice involving settlement approval issue (.8); | 0.80 | $700.00 | $560.00 |
| 6/13/2021 | Kacy Gurewitz | Draft memorandum summarizing research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (2.7); | 2.70 | $420.00 | $1,134.00 |
| 6/13/2021 | Jesse J Bair | Analyze I. Nasatir's edits to the 30(b)(6) deposition notice (.1); | 0.10 | $625.00 | $62.50 |
| 6/13/2021 | Kacy Gurewitz | Finish drafting memorandum summarizing research project on New York insurance law in connection with the proposed LMI/Interstate settlement agreement (.2); | 0.20 | $420.00 | $84.00 |
| 6/13/2021 | Jesse J Bair | Analyze T. Burns' edits to the 30(b)(6) deposition notice (.1); | 0.10 | $625.00 | $62.50 |
| 6/13/2021 | Jesse J Bair | Edit and revise the 30(b)(6) deposition notice (1.0); | 1.00 | $625.00 | $625.00 |
| 6/14/2021 | Jesse J Bair | Preliminary analysis re K. Gurewitz research memorandum re the proposed LMI/Interstate settlement agreement (.1) | 0.10 | $625.00 | $62.50 |
| 6/14/2021 | Jesse J Bair | Review correspondence with PSZJ re outcome of recent call with debtor (.1); | 0.10 | $625.00 | $62.50 |
| 6/14/2021 | Timothy W Burns | Edit revised version of the 30(b)(6) deposition notice (.8); | 0.80 | $700.00 | $560.00 |
| 6/14/2021 | Jesse J Bair | Review agenda for upcoming state court counsel call (.1); | 0.10 | $625.00 | $62.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/14/2021 | Timothy W Burns | Emails concerning valuation expert for objection to the LMI/Interstate settlement (.4); | 0.40 | $700.00 | $280.00 |
| 6/14/2021 | Jesse J Bair | Correspondence with T. Burns re 30(b)(6) issues (.1); | 0.10 | $625.00 | $62.50 |
| 6/14/2021 | Jesse J Bair | Edit and revise new version of the draft 30(b)(6) notice (.2); | 0.20 | $625.00 | $125.00 |
| 6/14/2021 | Jesse J Bair | Correspondence with PSZJ re LMI/Interstate objection strategy (.1); | 0.10 | $625.00 | $62.50 |
| 6/14/2021 | Jesse J Bair | Review correspondence with PSZJ and potential valuation experts re upcoming call (.1); | 0.10 | $625.00 | $62.50 |
| 6/14/2021 | Jesse J Bair | Edit and revise most recent iteration of the draft 30(b)(6) notice (.3); | 0.30 | $625.00 | $187.50 |
| 6/15/2021 | Jesse J Bair | Draft revised version of the 30(b)(6) deposition notice, incorporating T. Burns' suggested edits (.1); | 0.10 | $625.00 | $62.50 |
| 6/15/2021 | Timothy W Burns | Review and respond to emails concerning edits to the 30(b)(6) deposition notice (.2); | 0.20 | $700.00 | $140.00 |
| 6/15/2021 | Jesse J Bair | Correspondence with PSZJ re the July 9 hearing (.1); | 0.10 | $625.00 | $62.50 |
| 6/15/2021 | Jesse J Bair | Analyze T. Burns' suggested edits to the 30(b)(6) deposition notice (.1); | 0.10 | $625.00 | $62.50 |
| 6/16/2021 | Jesse J Bair | Participate in Committee meeting regarding valuation expert retention (1.4); | 1.40 | $625.00 | $875.00 |
| 6/16/2021 | Jesse J Bair | Review case management order directing notice and service of LMI's ex parte motion (.1); | 0.10 | $625.00 | $62.50 |
| 6/17/2021 | Jesse J Bair | Follow-up call with B. Michael re the Committee's opposition brief to the Diocese's Rule 9109 motion (.3); | 0.30 | $625.00 | $187.50 |
| 6/17/2021 | Jesse J Bair | Participate in telephone conference with I. Scharf, I. Nasatir, B. Michael, and J. Hunter re objection strategy to the proposed LMI/Interstate settlement (.7); | 0.70 | $625.00 | $437.50 |
| 6/17/2021 | Kacy Gurewitz | Begin drafting motion to intervene (.8); | 0.80 | $420.00 | $336.00 |
| 6/17/2021 | Jesse J Bair | Review LMI/Interstate's motion for entry of an order permitting sharing of POCs with their proposed valuation expert (.2); | 0.20 | $625.00 | $125.00 |
| 6/17/2021 | Jesse J Bair | Provide instructions to K. Gurewitz re drafting the Committee's motion to intervene in the insurance adversary proceeding (.2); | 0.20 | $625.00 | $125.00 |
| 6/17/2021 | Kacy Gurewitz | Confer with J. Bair re drafting motion to intervene (.2); | 0.20 | $420.00 | $84.00 |
| 6/18/2021 | Timothy W Burns | Call with J. Bair about retention application hearing (.1); | 0.10 | $700.00 | $70.00 |
| 6/18/2021 | Timothy W Burns | Emails about retention issues (.2); | 0.20 | $700.00 | $140.00 |
| 6/18/2021 | Timothy W Burns | Emails concerning 9019 motion (.2); | 0.20 | $700.00 | $140.00 |
| 6/18/2021 | Kacy Gurewitz | Continue drafting motion to intervene (.8); | 0.80 | $420.00 | $336.00 |
| 6/18/2021 | Timothy W Burns | Emails concerning coverage issues (.3); | 0.30 | $700.00 | $210.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/18/2021 | Timothy W Burns | Review LMI/Interstate's motion for entry of an order permitting sharing of POCs with their proposed valuation expert (.4); | 0.40 | $700.00 | $280.00 |
| 6/18/2021 | Jesse J Bair | Preliminary review of draft objection to the Diocese's Rule 9019 motion (.1); | 0.10 | $625.00 | $62.50 |
| 6/18/2021 | Kacy Gurewitz | Continue drafting motion to intervene (2.1); | 2.10 | $420.00 | $882.00 |
| 6/18/2021 | Kacy Gurewitz | Continue drafting motion to intervene (.9); | 0.90 | $420.00 | $378.00 |
| 6/18/2021 | Jesse J Bair | Participate in telephone conference with T. Burns re upcoming BBB retention hearing (.1); | 0.10 | $625.00 | $62.50 |
| 6/18/2021 | Jesse J Bair | Correspondence with PSZJ re draft objection to the Diocese's Rule 9019 motion (.1); | 0.10 | $625.00 | $62.50 |
| 6/18/2021 | Kacy Gurewitz | Continue drafting motion to intervene (.2); | 0.20 | $420.00 | $84.00 |
| 6/18/2021 | Timothy W Burns | Review case management order (.2); | 0.20 | $700.00 | $140.00 |
| 6/21/2021 | Jesse J Bair | Draft declaration in support of the Committee's intervention motion (.2); | 0.20 | $625.00 | $125.00 |
| 6/21/2021 | Jesse J Bair | Correspondence with PSZJ re the Committee's intervention papers (.2); | 0.20 | $625.00 | $125.00 |
| 6/21/2021 | Jesse J Bair | Edit and revise the Committee's motion to intervene in the insurance adversary proceeding (1.6); | 1.60 | $625.00 | $1,000.00 |
| 6/21/2021 | Jesse J Bair | Draft proposed order granting the committee's intervention in the insurance adversary proceeding (.2); | 0.20 | $625.00 | $125.00 |
| 6/21/2021 | Jesse J Bair | Research re the scope of Committee intervention rights (.1); | 0.10 | $625.00 | $62.50 |
| 6/21/2021 | Jesse J Bair | Correspondence with I. Scharf re the US Trustee's questions regarding BBB's retention application (.1); | 0.10 | $625.00 | $62.50 |
| 6/21/2021 | Jesse J Bair | Correspondence with T. Burns re the US Trustee's questions regarding BBB's retention application (.1); | 0.10 | $625.00 | $62.50 |
| 6/21/2021 | Jesse J Bair | Participate in telephone conference with T. Burns re BBB retention hearing (.2); | 0.20 | $625.00 | $125.00 |
| 6/21/2021 | Jesse J Bair | Identify exhibits to be included with the Committee's intervention motion (.1); | 0.10 | $625.00 | $62.50 |
| 6/21/2021 | Timothy W Burns | Call with J. Bair about BBB retention application (.2); | 0.20 | $700.00 | $140.00 |
| 6/22/2021 | Jesse J Bair | Review final version of 30(b)(6) deposition notice served on the debtor (.1); | 0.10 | $625.00 | $62.50 |
| 6/22/2021 | Jesse J Bair | Correspondence with I. Scharf re amended BBB retention application materials (.1); | 0.10 | $625.00 | $62.50 |
| 6/22/2021 | Jesse J Bair | Review correspondence from B. Michael re Claro Group retention application (.1); | 0.10 | $625.00 | $62.50 |
| 6/22/2021 | Jesse J Bair | Call with T. Burns about BBB retention hearing (.2); | 0.20 | $625.00 | $125.00 |
| 6/22/2021 | Timothy W Burns | Review Claro Group application (.2); | 0.20 | $700.00 | $140.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/22/2021 | Jesse J Bair | Review amended version of the proposed order approving BBB's retention (.1); | 0.10 | $625.00 | $62.50 |
| 6/24/2021 | Jesse J Bair | Analyze the Murray declaration filed in support of the Debtor's Rule 9019 motion (.2); | 0.20 | $625.00 | $125.00 |
| 6/24/2021 | Jesse J Bair | Correspondence with B. Michael re BBB confidentiality agreement (.1); | 0.10 | $625.00 | $62.50 |
| 6/24/2021 | Jesse J Bair | Begin analysis re the Diocesan insurance program (.3); | 0.30 | $625.00 | $187.50 |
| 6/24/2021 | Jesse J Bair | Execute confidentiality agreement (.1); | 0.10 | $625.00 | $62.50 |
| 6/24/2021 | Jesse J Bair | Participate in weekly call with PSZJ and K. McNally re case strategy (.9); | 0.90 | $625.00 | $562.50 |
| 6/24/2021 | Jesse J Bair | Prepare for upcoming call with PSZJ and K. McNally (.1); | 0.10 | $625.00 | $62.50 |
| 6/25/2021 | Jesse J Bair | Correspondence with D. Hinojosa re BBB pro hac vice applications (.1); | 0.10 | $625.00 | $62.50 |
| 6/26/2021 | Jesse J Bair | Analyze New York law re allegations of negligent supervision constituting an occurrence under a CGL policy (.2); | 0.20 | $625.00 | $125.00 |
| 6/26/2021 | Jesse J Bair | Analyze New York law re the enforceability of SIRs when an insured has declared bankruptcy (.3); | 0.30 | $625.00 | $187.50 |
| 6/26/2021 | Jesse J Bair | Analyze initial draft of the Committee's preliminary objection to the debtor's Rule 9019 motion (.6); | 0.60 | $625.00 | $375.00 |
| 6/26/2021 | Jesse J Bair | Correspondence with PSZJ re the insurers' responses to the Committee's document requests (.1); | 0.10 | $625.00 | $62.50 |
| 6/26/2021 | Jesse J Bair | Analyze New York law re the expected or intended defense (.3); | 0.30 | $625.00 | $187.50 |
| 6/26/2021 | Jesse J Bair | Analyze New York law re the number of occurrences issue (.2); | 0.20 | $625.00 | $125.00 |
| 6/27/2021 | Jesse J Bair | Begin drafting insurance section of the UCC's Rule 9019 preliminary objection motion (.4); | 0.40 | $625.00 | $250.00 |
| 6/28/2021 | Jesse J Bair | Preliminary analysis re insurance production recently received (.2); | 0.20 | $625.00 | $125.00 |
| 6/28/2021 | Jesse J Bair | Continue drafting insurance section of the Committee's Rule 9019 opposition brief (3.9); | 3.90 | $625.00 | $2,437.50 |
| 6/28/2021 | Jesse J Bair | Provide instructions re document review project concerning insurance materials (.2); | 0.20 | $625.00 | $125.00 |
| 6/29/2021 | Kacy Gurewitz | Analyze insurance documents produced by the debtor (1.3); | 1.30 | $420.00 | $546.00 |
| 6/29/2021 | Nathan Kuenzi | Begin analyzing and coding insurance materials produced by the debtor (5.4); | 5.40 | $420.00 | $2,268.00 |
| 6/29/2021 | Jesse J Bair | Provide supplemental instructions re insurance document review project (.2); | 0.20 | $625.00 | $125.00 |
| 6/29/2021 | Brian P. Cawley | Discuss strategy for analyzing and coding recently produced insurance materials (.3); | 0.30 | $420.00 | $126.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/29/2021 | Jesse J Bair | Incorporate T. Burns' suggested edits into the UCC's objection to the Debtor's Rule 9019 motion (.3); | 0.30 | $625.00 | $187.50 |
| 6/29/2021 | Kacy Gurewitz | Continue analyzing and coding insurance materials produced by the debtor (.2); | 0.20 | $420.00 | $84.00 |
| 6/29/2021 | Jesse J Bair | Correspondence with PSZJ re the Rule 9019 opposition brief (.1); | 0.10 | $625.00 | $62.50 |
| 6/29/2021 | Kacy Gurewitz | Discuss strategy for analyzing and coding recently produced insurance materials (.3); | 0.30 | $420.00 | $126.00 |
| 6/29/2021 | Jesse J Bair | Review order extending the stay of proceedings (.1); | 0.10 | $625.00 | $62.50 |
| 6/29/2021 | Nathan Kuenzi | Discuss strategy for analyzing and coding recently produced insurance materials (.3); | 0.30 | $420.00 | $126.00 |
| 6/29/2021 | Timothy W Burns | Review and revise preliminary objection to the debtor's Rule 9019 motion (1.2); | 1.20 | $700.00 | $840.00 |
| 6/29/2021 | Brian P. Cawley | Continue analyzing and coding insurance materials produced by the debtor (4.2); | 4.20 | $420.00 | $1,764.00 |
| 6/30/2021 | Nathan Kuenzi | Continue analyzing and coding insurance materials produced by the debtor (4.3); | 4.30 | $420.00 | $1,806.00 |
| 6/30/2021 | Jesse J Bair | Edit T. Burns pro hac vice motion (.1); | 0.10 | $625.00 | $62.50 |
| 6/30/2021 | Brian P. Cawley | Continue analyzing and coding insurance materials produced by the debtor (2.2); | 2.20 | $420.00 | $924.00 |
| 6/30/2021 | Jesse J Bair | Edit J. Bair pro hac vice motion (.1); | 0.10 | $625.00 | $62.50 |
| **Fees Subtotal** | | | **91.40** | | **$48,498.00** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian P. Cawley | 14.20 | $420.00 | $5,964.00 |
| Jesse J Bair | 33.20 | $625.00 | $20,750.00 |
| Kacy Gurewitz | 22.20 | $420.00 | $9,324.00 |
| Nathan Kuenzi | 10.00 | $420.00 | $4,200.00 |
| Timothy W Burns | 11.80 | $700.00 | $8,260.00 |

**Total Due This Invoice: $48,498.00**

We appreciate your prompt payment.