**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| THE DIOCESE OF ROCHESTER | ) | Case No. 19-20905 |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

# CERTIFICATE OF SERVICE

I, Natasha D. Robinson, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024. I hereby certify under penalty of perjury that on the 22nd day of July 2021, I electronically filed the *Monthly Fee Statement of Burns Bowen Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period May 26, 2021 through June 30, 2021* with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system.

I also certify that on July 22, 2021, copies of the above-referenced document were served via First Class US Mail upon the parties set forth below:

| | |
|---|---|
| Kathleen D. Schmitt, Esq.<br>Office of the U.S. Trustee<br>Federal Office Building<br>100 State Street, Room 6090<br>Rochester, NY 14614 | Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1355 |

| | |
|---|---|
| The Ad Hoc Parish Committee<br>c/o Woods Oviatt Gilman LLP<br>Attn: Timothy P. Lyster<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604 | The Diocese of Rochester<br>Attn: Lisa M. Passero<br>Chief Financial Officer<br>1150 Buffalo Road<br>Rochester, NY 14624 |
| Dated: <u>July 22, 2021</u> | <u>/s/ *Natasha D. Robinson*</u><br>   Natasha D. Robinson |