# EXHIBIT A
# [September 2020 Notice of Invoice]

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

September 30, 2020
Invoice 128227
Client 18489
Matter 00002
**JIS**

RE: Committee Representation

_____

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2020**

| | |
|---|---:|
| FEES | $146,365.00 |
| EXPENSES | $696.62 |
| **TOTAL CURRENT CHARGES** | **$147,061.62** |
| **BALANCE FORWARD** | **$470,311.91** |
| **A/R Adjustments** | -$235,943.63 |
| **TOTAL BALANCE DUE** | **$381,429.90** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 650.00 | 68.70 | $44,655.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 25.20 | $17,640.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 113.30 | $79,310.00 |
| JIS | Stang, James I. | Partner | 700.00 | 6.50 | $4,550.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 0.70 | $210.00 |
|  |  |  |  | 214.40 | $146,365.00 |

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 34.10 | $22,210.00 |
| CO | Claims Admin/Objections[B310] | 55.60 | $38,920.00 |
| CP | Compensation Prof. [B160] | 1.00 | $700.00 |
| CPO | Comp. of Prof./Others | 0.50 | $150.00 |
| GC | General Creditors Comm. [B150] | 7.90 | $5,365.00 |
| IC | Insurance Coverage | 61.40 | $42,840.00 |
| ME | Mediation | 44.80 | $29,890.00 |
| PD | Plan & Disclosure Stmt. [B320] | 0.50 | $350.00 |
| RP | Retention of Prof. [B160] | 3.90 | $2,650.00 |
| SL | Stay Litigation [B140] | 4.70 | $3,290.00 |
| | | 214.40 | $146,365.00 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Conference Call [E105] | $185.12 |
| Pacer - Court Research | $11.50 |
| Research [E106] | $500.00 |
|  | $696.62 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 09/10/2020 | BMM | AA | Research and draft summary of NY law regarding the number of occurrences under insurance policies in abuse cases. | 3.10 | 650.00 | $2,015.00 |
| 09/11/2020 | BMM | AA | Review and analyze Debtor's document production. | 1.00 | 650.00 | $650.00 |
| 09/11/2020 | BMM | AA | Research and draft summary of NY law regarding the number of occurrences under insurance policies in abuse cases. | 0.80 | 650.00 | $520.00 |
| 09/14/2020 | BMM | AA | Review and analyze Debtor's document production. | 6.80 | 650.00 | $4,420.00 |
| 09/15/2020 | BMM | AA | Review and analyze Debtor's document production. | 5.90 | 650.00 | $3,835.00 |
| 09/16/2020 | BMM | AA | Review and analyze Debtor's document production. | 3.60 | 650.00 | $2,340.00 |
| 09/17/2020 | IDS | AA | Finalize BRG confidentiality agreement. | 0.40 | 700.00 | $280.00 |
| 09/18/2020 | IDS | AA | Zoom with BRG regarding parish assets analysis. | 0.50 | 700.00 | $350.00 |
| 09/18/2020 | BMM | AA | Meeting with I. Scharf, R. Strong and M. Babcock regarding parish asset analysis. | 0.50 | 650.00 | $325.00 |
| 09/22/2020 | BMM | AA | Meeting with R. Strong and M. Babcock regarding parish asset analysis. | 0.40 | 650.00 | $260.00 |
| 09/22/2020 | BMM | AA | Meeting with C. Mackle regarding Diocese's documents. | 0.20 | 650.00 | $130.00 |
| 09/22/2020 | BMM | AA | Review and organize Diocese's documents. | 0.70 | 650.00 | $455.00 |
| 09/23/2020 | BMM | AA | Analyze Debtor's document production. | 4.80 | 650.00 | $3,120.00 |
| 09/23/2020 | BMM | AA | Work with BRG to organize Debtor's documents in Everlaw to facilitate parish analysis. | 0.50 | 650.00 | $325.00 |
| 09/24/2020 | BMM | AA | Analyze Debtor's document production. | 2.40 | 650.00 | $1,560.00 |
| 09/24/2020 | BMM | AA | Research delayed insurer notice in New York. | 0.80 | 650.00 | $520.00 |
| 09/25/2020 | BMM | AA | Research delayed insurer notice in New York. | 1.70 | 650.00 | $1,105.00 |
| | | | | **34.10** | | **$22,210.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 09/01/2020 | IDS | CO | Continue analysis of claims and insurance. | 4.10 | 700.00 | $2,870.00 |
| 09/02/2020 | IDS | CO | Continue claims review and analysis | 4.40 | 700.00 | $3,080.00 |
| 09/03/2020 | IDS | CO | Continue claims and insurance analysis. | 4.60 | 700.00 | $3,220.00 |
| 09/04/2020 | IDS | CO | Work on claims/ insurance analysis. | 3.50 | 700.00 | $2,450.00 |
| 09/09/2020 | IDS | CO | Continue claims/insurance analysis. | 3.00 | 700.00 | $2,100.00 |
| 09/10/2020 | IDS | CO | Continue claims analysis (121-130) | 2.20 | 700.00 | $1,540.00 |

|            |     |     |                                                                 | Hours | Rate   | Amount     |
|------------|-----|-----|-----------------------------------------------------------------|-------|--------|------------|
| 09/10/2020 | IDS | CO  | Continue claims analysis (101- 120)                             | 2.40  | 700.00 | $1,680.00  |
| 09/10/2020 | IDS | CO  | Continue claims analysis (80-100)                               | 3.40  | 700.00 | $2,380.00  |
| 09/14/2020 | IDS | CO  | Continue claims analysis (191-220)                              | 2.80  | 700.00 | $1,960.00  |
| 09/14/2020 | IDS | CO  | Continue claims analysis (166-190)                              | 2.70  | 700.00 | $1,890.00  |
| 09/17/2020 | IDS | CO  | Continue claims review ( 401-435)                               | 3.30  | 700.00 | $2,310.00  |
| 09/17/2020 | IDS | CO  | Continue claims review (351-400)                                | 2.20  | 700.00 | $1,540.00  |
| 09/17/2020 | IDS | CO  | Continue claims review (361-380)                                | 2.70  | 700.00 | $1,890.00  |
| 09/17/2020 | IDS | CO  | Revise/ update claims spreadsheet.                              | 1.10  | 700.00 | $770.00    |
| 09/18/2020 | IDS | CO  | Continue claims analysis ( 481 - 500)                           | 2.70  | 700.00 | $1,890.00  |
| 09/18/2020 | IDS | CO  | Continue claims analysis (461 - 480)                            | 2.80  | 700.00 | $1,960.00  |
| 09/18/2020 | IDS | CO  | Continue claims analysis (436-460)                              | 3.30  | 700.00 | $2,310.00  |
| 09/18/2020 | IDS | CO  | Update and revise claims spreadsheet.                           | 1.40  | 700.00 | $980.00    |
| 09/22/2020 | IDS | CO  | Email and telephone call with L.James regarding claim filed.    | 0.40  | 700.00 | $280.00    |
| 09/22/2020 | IDS | CO  | Continue claims analysis and review.                            | 2.20  | 700.00 | $1,540.00  |
| 09/25/2020 | JIS | CO  | Call Ilan Scharf regarding changes to bar date reconsideration motion (.1) and review Debtor's motion for reconsideration (.3). | 0.40 | 700.00 | $280.00 |
|            |     |     |                                                                 | **55.60** |    | **$38,920.00** |

### Compensation Prof. [B160]

|            |     |     |                                                                 | Hours | Rate   | Amount  |
|------------|-----|-----|-----------------------------------------------------------------|-------|--------|---------|
| 09/01/2020 | IDS | CP  | Review analysis of fee statements and fee statements (all profi'ls) | 1.00 | 700.00 | $700.00 |
|            |     |     |                                                                 | **1.00** |    | **$700.00** |

### Comp. of Prof./Others

|            |     |     |                                                                 | Hours | Rate   | Amount  |
|------------|-----|-----|-----------------------------------------------------------------|-------|--------|---------|
| 08/31/2020 | LSC | CPO | Review, revise, finalize, and file GlassRatner's June monthly statement. | 0.50 | 300.00 | $150.00 |
|            |     |     |                                                                 | **0.50** |    | **$150.00** |

### General Creditors Comm. [B150]

|            |     |     |                                                                 | Hours | Rate   | Amount  |
|------------|-----|-----|-----------------------------------------------------------------|-------|--------|---------|
| 09/09/2020 | JIS | GC  | Meeting with Committee regarding claims analysis and mediation issues. | 0.80 | 700.00 | $560.00 |
| 09/09/2020 | IDS | GC  | Attend committee call re mediation and claims.                  | 0.80  | 700.00 | $560.00 |
| 09/09/2020 | BMM | GC  | Attend committee meeting re mediation.                          | 0.80  | 650.00 | $520.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/21/2020 | JIS | GC | Attend call with Rochester State Court Counsel regarding issues related to mediation. | 1.30 | 700.00 | $910.00 |
| 09/23/2020 | IDS | GC | Attend committee meeting re mediation. | 1.30 | 700.00 | $910.00 |
| 09/23/2020 | BMM | GC | Participate in and take minutes for committee meeting re mediation. | 1.40 | 650.00 | $910.00 |
| 09/24/2020 | JIS | GC | Call Ilan Scharf regarding committee call issues: gap claims/mediation. | 0.10 | 700.00 | $70.00 |
| 09/24/2020 | BMM | GC | Prepare minutes from committee meeting. | 0.50 | 650.00 | $325.00 |
| 09/25/2020 | IDS | GC | Revise meeting minutes. | 0.30 | 700.00 | $210.00 |
| 09/25/2020 | BMM | GC | Prepare minutes from committee meeting. | 0.60 | 650.00 | $390.00 |
|  |  |  |  | **7.90** |  | **$5,365.00** |

**Insurance Coverage**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/07/2020 | IAWN | IC | Exchange emails with Ilan Scharf re insurance | 0.10 | 700.00 | $70.00 |
| 09/08/2020 | IDS | IC | Work on insurance and claims analysis. | 2.00 | 700.00 | $1,400.00 |
| 09/14/2020 | IAWN | IC | Review James I Stang email re Zive and mediation brief | 0.10 | 700.00 | $70.00 |
| 09/16/2020 | IAWN | IC | Review and analyze Brooklyn diocese decisions re insurance coverage | 1.00 | 700.00 | $700.00 |
| 09/16/2020 | IAWN | IC | Telephone conference with James I Stang, Ilan Scharf and Michaels re mediation brief; check with Ilan Scharf and Michaels time for call | 0.20 | 700.00 | $140.00 |
| 09/16/2020 | IAWN | IC | Review and analyze Rochester coverage chart | 0.80 | 700.00 | $560.00 |
| 09/16/2020 | IDS | IC | Review insurance matters for claims analysis. | 0.50 | 700.00 | $350.00 |
| 09/16/2020 | IDS | IC | Continue insurance analysis and overlay with claims. | 3.00 | 700.00 | $2,100.00 |
| 09/17/2020 | IAWN | IC | Analyzed insurance structure from coverage maps and policy information | 2.30 | 700.00 | $1,610.00 |
| 09/17/2020 | IAWN | IC | Provide additional comment to Michaels outline | 0.10 | 700.00 | $70.00 |
| 09/21/2020 | IDS | IC | Revise / update insurance and claims analysis for SCC. | 4.40 | 700.00 | $3,080.00 |
| 09/22/2020 | IAWN | IC | Review and analysis Michaels memo re occurrences. | 0.30 | 700.00 | $210.00 |
| 09/22/2020 | IAWN | IC | Review and analyze two Diocese of Brooklyn cases w/r/t DDR claims. | 1.20 | 700.00 | $840.00 |
| 09/22/2020 | IAWN | IC | Review Lloyds policies 1977 - 88 re SIR, accident definition and SAE (broad or limited). | 3.40 | 700.00 | $2,380.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2020 | IAWN | IC | Review and analyze insurance policies re SIRs | 1.00 | 700.00 | $700.00 |
| 09/22/2020 | IAWN | IC | Review and analyze Continental policies 1975-78 re aggregates | 1.00 | 700.00 | $700.00 |
| 09/22/2020 | IAWN | IC | Review Ilan Scharf frequency chart against coverage chart and analyze for insurance | 1.80 | 700.00 | $1,260.00 |
| 09/22/2020 | IAWN | IC | Review Ilan Scharf Garabedian email exchange re CVA | 0.10 | 700.00 | $70.00 |
| 09/22/2020 | IDS | IC | Continue insurance / claim analysis. | 2.70 | 700.00 | $1,890.00 |
| 09/23/2020 | IAWN | IC | Exchange emails with Michaels re brief | 0.10 | 700.00 | $70.00 |
| 09/23/2020 | IAWN | IC | Continued review and analysis of policies re occurrence and SIR interplay | 3.30 | 700.00 | $2,310.00 |
| 09/23/2020 | IAWN | IC | Exchange emnails with James I Stang re language in policy | 0.10 | 700.00 | $70.00 |
| 09/23/2020 | IDS | IC | Claims and insurance analysis. | 1.40 | 700.00 | $980.00 |
| 09/23/2020 | IDS | IC | Claims and insurance and analysis. | 2.10 | 700.00 | $1,470.00 |
| 09/24/2020 | IAWN | IC | Telephone conference with James I Stang re CNA, CVA and notice | 0.20 | 700.00 | $140.00 |
| 09/24/2020 | IAWN | IC | Prepare for call re mediation brief | 0.80 | 700.00 | $560.00 |
| 09/24/2020 | IAWN | IC | Attend conference call with Ilan Scharf and Michaels re issues for mediator, and briefing, insurance issues | 1.60 | 700.00 | $1,120.00 |
| 09/24/2020 | IAWN | IC | Review file and pull SIR article and send to Michaels | 0.20 | 700.00 | $140.00 |
| 09/24/2020 | JIS | IC | Call Iain Nasatir regarding status of Rochester insurance review. | 0.20 | 700.00 | $140.00 |
| 09/24/2020 | IDS | IC | Zoom with B. Michael, IAWN regarding insurance / mediation statement. | 0.50 | 700.00 | $350.00 |
| 09/24/2020 | IDS | IC | Revise insurance analysis after discussion with IAWN. | 1.80 | 700.00 | $1,260.00 |
| 09/24/2020 | IDS | IC | Review research regarding insurance issues. | 1.40 | 700.00 | $980.00 |
| 09/25/2020 | IAWN | IC | Telephone conference with Murray re coverage chart issues | 0.50 | 700.00 | $350.00 |
| 09/25/2020 | IAWN | IC | Exchange emails with Murray re telephone call timing | 0.10 | 700.00 | $70.00 |
| 09/25/2020 | IAWN | IC | Draft and send Ilan Scharf, Michaels and James I Stang email re Murray coverage conversation | 0.20 | 700.00 | $140.00 |
| 09/27/2020 | IDS | IC | Continue claims / insurance analysis. | 2.20 | 700.00 | $1,540.00 |
| 09/28/2020 | BMM | IC | Research number of occurrence insurance analysis | 1.90 | 650.00 | $1,235.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | under New York law. |  |  |  |
| 09/29/2020 | IAWN | IC | Review revised mediation brief, analyze | 1.20 | 700.00 | $840.00 |
| 09/29/2020 | IAWN | IC | Send email re need for time to revise thinking on brief | 0.10 | 700.00 | $70.00 |
| 09/29/2020 | IAWN | IC | Exchange emails with Ilan Scharf re coverage year 1984 | 0.10 | 700.00 | $70.00 |
| 09/29/2020 | JIS | IC | Call Ilan Scharf regarding insurance coverage issues. | 0.70 | 700.00 | $490.00 |
| 09/29/2020 | IDS | IC | Continue insurance analysis with claims overlay. | 1.40 | 700.00 | $980.00 |
| 09/29/2020 | IDS | IC | Continue insurance analysis with claims overlay. | 2.80 | 700.00 | $1,960.00 |
| 09/29/2020 | IDS | IC | Telephone call with IAWN regarding insurance analysis. | 0.30 | 700.00 | $210.00 |
| 09/29/2020 | IDS | IC | Update / revise insurance/ coverage chart. | 1.70 | 700.00 | $1,190.00 |
| 09/29/2020 | BMM | IC | Research number of occurrence insurance analysis under New York law. | 0.90 | 650.00 | $585.00 |
| 09/30/2020 | IAWN | IC | Telephone conferences with Ilan Scharf re insurance, | 0.80 | 700.00 | $560.00 |
| 09/30/2020 | IAWN | IC | Telephone conference with Committee re incurnce issues | 1.00 | 700.00 | $700.00 |
| 09/30/2020 | IAWN | IC | Telephone conference with Ilan Scharf re TCC call and late notice | 0.20 | 700.00 | $140.00 |
| 09/30/2020 | IAWN | IC | Exchange emails with James I Stang and Ilan Scharf re insurance research staffing | 0.10 | 700.00 | $70.00 |
| 09/30/2020 | IAWN | IC | Review and revise master claims chart for totals | 0.20 | 700.00 | $140.00 |
| 09/30/2020 | IAWN | IC | Exchange emails and telephone calls with Washington re manipulating claims chart | 0.10 | 700.00 | $70.00 |
| 09/30/2020 | IAWN | IC | Exchange emails with Murrary future call | 0.10 | 700.00 | $70.00 |
| 09/30/2020 | JIS | IC | Call Brittany Michael regarding research project on window SOL and notice to insurance cos. | 0.10 | 700.00 | $70.00 |
| 09/30/2020 | IDS | IC | Continue insurance analysis. | 3.30 | 700.00 | $2,310.00 |
| 09/30/2020 | IDS | IC | Update / revise coverage chart. | 1.70 | 700.00 | $1,190.00 |
|  |  |  |  | **61.40** |  | **$42,840.00** |

**Mediation**

| 09/14/2020 | JIS | ME | Call G. Zive regarding Rochester mediation milestones. | 0.20 | 700.00 | $140.00 |
|---|---|---|---|---|---|---|
| 09/16/2020 | BMM | ME | Telephone conference with I. Scharf and I. Nasatir regarding mediation statement. | 0.60 | 650.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    10  
Invoice 128227  
September 30, 2020

|            |      |    |                                                                                                 | Hours | Rate   | Amount     |
|------------|------|----|-------------------------------------------------------------------------------------------------|-------|--------|------------|
| 09/16/2020 | BMM  | ME | Work on mediation statement.                                                                    | 1.60  | 650.00 | $1,040.00  |
| 09/17/2020 | IAWN | ME | Review and provide comments to Michaels re draft outline for mediation brief.                   | 0.80  | 700.00 | $560.00    |
| 09/17/2020 | IDS  | ME | Email to committee regarding mediation.                                                         | 0.20  | 700.00 | $140.00    |
| 09/17/2020 | BMM  | ME | Research New York law on delayed notice to insurers.                                            | 3.70  | 650.00 | $2,405.00  |
| 09/18/2020 | IDS  | ME | Review mediation statement outline from BMM.                                                    | 0.40  | 700.00 | $280.00    |
| 09/18/2020 | BMM  | ME | Research NY delayed notice and expected and intended law.                                       | 3.10  | 650.00 | $2,015.00  |
| 09/21/2020 | JIS  | ME | Call with certain State Court Counsel regarding mediation strategy.                             | 0.80  | 700.00 | $560.00    |
| 09/21/2020 | JIS  | ME | Call T. Gallagher regarding mediator role.                                                      | 0.20  | 700.00 | $140.00    |
| 09/21/2020 | JIS  | ME | Call Ilan Scharf regarding insurance map and claims for mediation demand.                       | 0.50  | 700.00 | $350.00    |
| 09/21/2020 | IDS  | ME | Call with some SCC regarding mediation strategy.                                                | 0.80  | 700.00 | $560.00    |
| 09/21/2020 | IDS  | ME | Email to SCC regarding insurance demand analysis.                                               | 0.40  | 700.00 | $280.00    |
| 09/21/2020 | BMM  | ME | Research NY delayed notice and expected and intended law for mediation statement.               | 3.10  | 650.00 | $2,015.00  |
| 09/21/2020 | BMM  | ME | Call with certain state court counsel regarding mediation strategy.                             | 1.00  | 650.00 | $650.00    |
| 09/22/2020 | IDS  | ME | Telephone call with BMM, IAWN regarding mediation statement.                                    | 0.50  | 700.00 | $350.00    |
| 09/22/2020 | IDS  | ME | Review of settlement / verdict comps from N.Foote.                                              | 0.40  | 700.00 | $280.00    |
| 09/22/2020 | IDS  | ME | Analysis of settlement and verdict comps for mediation analysis.                                | 1.80  | 700.00 | $1,260.00  |
| 09/22/2020 | BMM  | ME | Draft insurance mediation statement.                                                            | 7.30  | 650.00 | $4,745.00  |
| 09/23/2020 | IDS  | ME | Telephone call with J. Zive regarding mediation.                                                | 0.40  | 700.00 | $280.00    |
| 09/23/2020 | IDS  | ME | Review and revise mediation statement.                                                          | 1.70  | 700.00 | $1,190.00  |
| 09/24/2020 | BMM  | ME | Discussion with I. Scharf and I. Nasatir regarding Diocese's insurance coverage and mediation preparations. | 1.60  | 650.00 | $1,040.00  |
| 09/24/2020 | BMM  | ME | Research treatment of self-insured retentions in New York.                                      | 0.80  | 650.00 | $520.00    |
| 09/25/2020 | BMM  | ME | Research treatment of self-insured retentions in New York.                                      | 0.20  | 650.00 | $130.00    |
| 09/28/2020 | BMM  | ME | Research treatment of self-insured retentions in New York.                                      | 0.60  | 650.00 | $390.00    |

|            |     |    |                                                                          | Hours | Rate   | Amount      |
|------------|-----|----|--------------------------------------------------------------------------|-------|--------|-------------|
| 09/29/2020 | IDS | ME | Revise mediation statement.                                              | 1.60  | 700.00 | $1,120.00   |
| 09/29/2020 | IDS | ME | Review research regarding insurance coverage and other mediation issues. | 2.20  | 700.00 | $1,540.00   |
| 09/29/2020 | BMM | ME | Draft mediation statement regarding New York insurance law.              | 4.80  | 650.00 | $3,120.00   |
| 09/30/2020 | JIS | ME | Call with state court counsel regarding insurance program and mediation strategy. | 1.00 | 700.00 | $700.00 |
| 09/30/2020 | JIS | ME | Call with Ilan Scharf regarding insurance coverage issues.               | 0.20  | 700.00 | $140.00     |
| 09/30/2020 | IDS | ME | Call with SCC regarding demand for mediation.                            | 1.10  | 700.00 | $770.00     |
| 09/30/2020 | IDS | ME | Review SCC email regarding mediation demand.                             | 0.20  | 700.00 | $140.00     |
| 09/30/2020 | BMM | ME | State court counsel call to discuss mediation preparations.              | 1.00  | 650.00 | $650.00     |
|            |     |    |                                                                          | **44.80** |    | **$29,890.00** |

### Plan & Disclosure Stmt. [B320]

|            |     |    |                                                               | Hours | Rate   | Amount  |
|------------|-----|----|---------------------------------------------------------------|-------|--------|---------|
| 09/16/2020 | IDS | PD | Telephone call with IAWN, B. Michaels regarding mediation.    | 0.50  | 700.00 | $350.00 |
|            |     |    |                                                               | **0.50** |    | **$350.00** |

### Retention of Prof. [B160]

|            |     |    |                                                                          | Hours | Rate   | Amount  |
|------------|-----|----|--------------------------------------------------------------------------|-------|--------|---------|
| 08/27/2020 | LSC | RP | File and serve letter of adjournment regarding BRG's retention application. | 0.20 | 300.00 | $60.00 |
| 09/01/2020 | IDS | RP | Email to S. Scott regarding BRG retention.                               | 0.40  | 700.00 | $280.00 |
| 09/02/2020 | IDS | RP | Telephone call with G. Walter regarding BRG retention.                   | 0.80  | 700.00 | $560.00 |
| 09/03/2020 | IDS | RP | Telephone call with G. Walter regarding BRG retention.                   | 0.80  | 700.00 | $560.00 |
| 09/03/2020 | IDS | RP | Revise BRG retention.                                                    | 0.60  | 700.00 | $420.00 |
| 09/10/2020 | IDS | RP | Prepare for BRG retention hearing.                                       | 0.40  | 700.00 | $280.00 |
| 09/10/2020 | IDS | RP | Attend BRG retention hearing.                                            | 0.30  | 700.00 | $210.00 |
| 09/10/2020 | IDS | RP | Finalize BRG retention application.                                      | 0.40  | 700.00 | $280.00 |
|            |     |    |                                                                          | **3.90** |    | **$2,650.00** |

### Stay Litigation [B140]

|            |     |    |                                                                            | Hours | Rate   | Amount  |
|------------|-----|----|----------------------------------------------------------------------------|-------|--------|---------|
| 09/10/2020 | IDS | SL | Call with PCVA regarding parish stipulation and effect on religious orders. | 0.60  | 700.00 | $420.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/10/2020 | IDS | SL | Follow up telephone call with PCVA team regarding religious order litigation affect on bky. | 1.00 | 700.00 | $700.00 |
| 09/10/2020 | IDS | SL | Telephone call with James Stang regarding religious order claims/stay effect on bky. | 0.40 | 700.00 | $280.00 |
| 09/11/2020 | IDS | SL | Prepare for hearing on Roy M for stay relief. | 0.50 | 700.00 | $350.00 |
| 09/11/2020 | IDS | SL | Attend hearing on motion for stay relief. | 0.50 | 700.00 | $350.00 |
| 09/23/2020 | IDS | SL | Finalize parish stay extension. | 0.40 | 700.00 | $280.00 |
| 09/25/2020 | IDS | SL | Email with James Stang regarding parish stay and effect on other defendants. | 0.40 | 700.00 | $280.00 |
| 09/25/2020 | IDS | SL | Telephone call with A. Doumanion, Amala regarding parish stay. | 0.40 | 700.00 | $280.00 |
| 09/30/2020 | IDS | SL | Telephone call with S. Boyd, PCVA regarding parish stay. | 0.50 | 700.00 | $350.00 |
|  |  |  |  | 4.70 |  | $3,290.00 |

**TOTAL SERVICES FOR THIS MATTER:** $146,365.00

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:     13  
Invoice 128227  
September 30, 2020

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/03/2020 | CC | Conference Call [E105] Loop Up, Inv. 284898, JIS | 18.21 |
| 08/03/2020 | CC | Conference Call [E105] Loop Up, Inv. 284898, JIS | 18.21 |
| 08/05/2020 | CC | Conference Call [E105] Loop Up, Inv. 284898, JIS | 0.08 |
| 08/10/2020 | CC | Conference Call [E105] Loop Up, Inv. 284898, JIS | 48.52 |
| 08/21/2020 | CC | Conference Call [E105] Loop Up, Inv. 284898, JIS | 0.07 |
| 08/24/2020 | CC | Conference Call [E105] Loop Up, Inv. 284898, JIS | 0.07 |
| 08/26/2020 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 1.14 |
| 09/09/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.60 |
| 09/09/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.08 |
| 09/09/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.45 |
| 09/16/2020 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 6.30 |
| 09/21/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 70.92 |
| 09/22/2020 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 20.04 |
| 09/28/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.07 |
| 09/28/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.07 |
| 09/28/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.29 |
| 09/30/2020 | RS | Research [E106] Everlaw, Inc. Inv. 31044 | 500.00 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | Page: | 14 |
| Diocese of Rochester O.C.C. | | Invoice 128227 | |
| 18489    - 00002 | | September 30, 2020 | |

| | | | |
|---|---|---|---:|
| 09/30/2020 | PAC | Pacer - Court Research | 11.50 |

**Total Expenses for this Matter**     **$696.62**

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:** 09/30/2020

| | |
|---|---:|
| **Total Fees** | $146,365.00 |
| **Total Expenses** | 696.62 |
| **Total Due on Current Invoice** | $147,061.62 |

Outstanding Balance from prior invoices as of    09/30/2020    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |

**Total Amount Due on Current and Prior Invoices:**                                                                                    **$381,429.90**