# EXHIBIT B
# [October 2020 Notice of Invoice]

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | October 31, 2020 |
| JIS | Invoice  128231 |
| | Client  18489 |
| | Matter  00002 |
| | **JIS** |

RE: Committee Representation

___

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  10/31/2020**

| | |
|---|---|
| FEES | $83,000.00 |
| EXPENSES | $1,677.01 |
| **TOTAL CURRENT CHARGES** | **$84,677.01** |
| **BALANCE FORWARD** | **$381,429.90** |
| **TOTAL BALANCE DUE** | **$466,106.91** |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    2  
Invoice 128231  
October 31, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 650.00 | 24.20 | $15,730.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 300.00 | 2.40 | $720.00 |
| EG | Gray, Erin | Counsel | 700.00 | 0.20 | $140.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 20.30 | $14,210.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 58.50 | $40,950.00 |
| JIS | Stang, James I. | Partner | 700.00 | 7.90 | $5,530.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 3.60 | $1,080.00 |
| SLL | Lee, Sophia L. | Other | 300.00 | 1.00 | $300.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 6.20 | $4,340.00 |
| | | | | 124.30 | $83,000.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     3
Diocese of Rochester O.C.C.                                           Invoice 128231
18489    - 00002                                                      October 31, 2020

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis/Recovery[B120] | 9.70 | $6,680.00 |
| BL | Bankruptcy Litigation [L430] | 0.10 | $65.00 |
| CA | Case Administration [B110] | 3.00 | $2,100.00 |
| CP | Compensation Prof. [B160] | 13.20 | $6,440.00 |
| GC | General Creditors Comm. [B150] | 19.70 | $13,330.00 |
| IC | Insurance Coverage | 25.80 | $17,855.00 |
| ME | Mediation | 52.30 | $36,180.00 |
| SL | Stay Litigation [B140] | 0.50 | $350.00 |
|  |  | 124.30 | $83,000.00 |

Case 2-19-20905-PRW,    Doc 1258-2,    Filed 08/25/21,    Entered 08/25/21 12:29:32,
Description: Exhibit B - October 2020, Page 4 of 15

Pachulski Stang Ziehl & Jones LLP                                      Page:     4
Diocese of Rochester O.C.C.                                            Invoice 128231
18489    - 00002                                                       October 31, 2020

## Summary of Expenses

| Description | Amount |
|---|---:|
| Conference Call [E105] | $32.41 |
| Pacer - Court Research | $6.20 |
| Postage [E108] | $112.80 |
| Reproduction Expense [E101] | $980.80 |
| Reproduction/ Scan Copy | $32.90 |
| Research [E106] | $511.90 |
| | $1,677.01 |

Case 2-19-20905-PRW,   Doc 1258-2,   Filed 08/25/21,   Entered 08/25/21 12:29:32,
Description: Exhibit B - October 2020, Page 5 of 15

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:     5  
Invoice 128231  
October 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2020 | BMM | AA | Discuss asset valuation with R. Strong, M. Babcock, and I. Scharf. | 0.30 | 650.00 | $195.00 |
| 10/06/2020 | BMM | AA | Work with BRG to review Diocese's asset information. | 0.50 | 650.00 | $325.00 |
| 10/15/2020 | IDS | AA | Review parish asset analysis from BRG. | 1.80 | 700.00 | $1,260.00 |
| 10/16/2020 | BMM | AA | Meeting with M. Babcock and R. Strong regarding their analysis of assets. | 0.50 | 650.00 | $325.00 |
| 10/20/2020 | IDS | AA | Email to Committee regarding parish asset analysis. | 0.40 | 700.00 | $280.00 |
| 10/21/2020 | IDS | AA | Call with R. Strong, M. Babcock regarding presentation for Committee re assets | 0.40 | 700.00 | $280.00 |
| 10/27/2020 | EG | AA | (1/3) Call with Ilan Scharf re: investigation regarding Fidelis sale | 0.20 | 700.00 | $140.00 |
| 10/27/2020 | IDS | AA | Telephone call with Erin Gray regarding Fidelis transaction (1/3) | 0.20 | 700.00 | $140.00 |
| 10/28/2020 | IDS | AA | Work on parish/Diocese asset analysis. | 1.80 | 700.00 | $1,260.00 |
| 10/29/2020 | IDS | AA | Attention to parish asset analysis; assess methodology and results | 1.10 | 700.00 | $770.00 |
| 10/29/2020 | IDS | AA | Zoom with BRG regarding parish asset analysis. | 0.50 | 700.00 | $350.00 |
| 10/29/2020 | IDS | AA | Review documents regarding asset restrictions. | 1.10 | 700.00 | $770.00 |
| 10/29/2020 | BMM | AA | Review information regarding parish assets in document production (.3); and communicate with M. Babcock, R. Strong, and I. Scharf regarding same (.1). | 0.40 | 650.00 | $260.00 |
| 10/29/2020 | BMM | AA | Call with M. Babcock, R. Strong, and I. Scharf regarding parish asset analysis. | 0.50 | 650.00 | $325.00 |
|  |  |  |  | **9.70** |  | **$6,680.00** |

### Bankruptcy Litigation [L430]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2020 | BMM | BL | Review docket and check for upcoming hearings. | 0.10 | 650.00 | $65.00 |
|  |  |  |  | **0.10** |  | **$65.00** |

### Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/2020 | IDS | CA | Finalize legal letter for Dioceses' audit. | 0.80 | 700.00 | $560.00 |
| 10/09/2020 | IDS | CA | Draft legal letter for Dioceses' audit. | 1.10 | 700.00 | $770.00 |
| 10/20/2020 | IDS | CA | Review decision by Justice Silver regarding out of state claims (50%) | 0.80 | 700.00 | $560.00 |

|            |     |     |                                                                                                                                                                                                                             | Hours | Rate   | Amount    |
|------------|-----|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 10/27/2020 | IDS | CA  | Telephone call with S. Donato regarding case status and mediation.                                                                                                                                                          | 0.30  | 700.00 | $210.00   |
|            |     |     |                                                                                                                                                                                                                             | 3.00  |        | $2,100.00 |

### Compensation Prof. [B160]

|            |     |    |                                                                                                                                                                                                                                                                                                                        | Hours | Rate   | Amount    |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 10/02/2020 | WLR | CP | Correspondence to and from La Asia Canty and Ilan Scharf re second interim fee application                                                                                                                                                                                                                             | 0.20  | 700.00 | $140.00   |
| 10/09/2020 | SLL | CP | Prepare and efile four monthly fee statements.                                                                                                                                                                                                                                                                         | 1.00  | 300.00 | $300.00   |
| 10/11/2020 | WLR | CP | Draft 2nd interim fee application                                                                                                                                                                                                                                                                                      | 4.00  | 700.00 | $2,800.00 |
| 10/12/2020 | CAK | CP | Draft 2nd Interim fee application shell; email same to William L. Ramseyer to update                                                                                                                                                                                                                                   | 0.30  | 300.00 | $90.00    |
| 10/12/2020 | CAK | CP | Edit 2nd Interim fee application; gather filed statements included in same.                                                                                                                                                                                                                                            | 0.30  | 300.00 | $90.00    |
| 10/12/2020 | WLR | CP | Review and revise 2nd interim fee application                                                                                                                                                                                                                                                                          | 1.90  | 700.00 | $1,330.00 |
| 10/13/2020 | CAK | CP | Review and update 2nd Interim fee application                                                                                                                                                                                                                                                                          | 1.30  | 300.00 | $390.00   |
| 10/13/2020 | CAK | CP | Update spreadsheet in preparation of 2nd Interim fee application                                                                                                                                                                                                                                                       | 0.50  | 300.00 | $150.00   |
| 10/13/2020 | WLR | CP | Review correspondence from Ilan Scharf re 2nd interim fee application                                                                                                                                                                                                                                                  | 0.10  | 700.00 | $70.00    |
| 10/20/2020 | LSC | CP | Finalize, file, and serve second interim fee application (1.8); call Court regarding hearing date (.1).                                                                                                                                                                                                                | 1.90  | 300.00 | $570.00   |
| 10/21/2020 | LSC | CP | Draft notice of hearing on second interim fee application and certificate of service for same, including updating service list (.8); file and serve notice and second interim fee application, and correspondence regarding the same (.9).                                                                             | 1.70  | 300.00 | $510.00   |
|            |     |    |                                                                                                                                                                                                                                                                                                                        | 13.20 |        | $6,440.00 |

### General Creditors Comm. [B150]

|            |     |    |                                                                                | Hours | Rate   | Amount  |
|------------|-----|----|--------------------------------------------------------------------------------|-------|--------|---------|
| 10/07/2020 | IDS | GC | Attend committee call/ Zoom regarding mediation.                               | 1.00  | 700.00 | $700.00 |
| 10/07/2020 | IDS | GC | Prepare for committee call regarding mediation.                                | 0.70  | 700.00 | $490.00 |
| 10/07/2020 | IDS | GC | Review and revise minutes of committee meeting.                                | 0.30  | 700.00 | $210.00 |
| 10/07/2020 | BMM | GC | Participate in committee meeting and draft minutes.                            | 1.50  | 650.00 | $975.00 |
| 10/13/2020 | IDS | GC | Committee meeting regarding mediation.                                         | 0.50  | 700.00 | $350.00 |
| 10/19/2020 | JIS | GC | Call with Ilan Scharf regarding agenda for counsel call: discovery agenda, BRG review. | 0.10  | 700.00 | $70.00  |
| 10/19/2020 | BMM | GC | Participate in State Court Counsel meeting.                                    | 0.20  | 650.00 | $130.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2020 | JIS | GC | Call with Committee re parish assets | 1.00 | 700.00 | $700.00 |
| 10/21/2020 | IDS | GC | Prepare for Committee call regarding parish assets | 0.80 | 700.00 | $560.00 |
| 10/21/2020 | IDS | GC | Attend Committee Meeting regarding parish asset analysis, mediation. | 1.00 | 700.00 | $700.00 |
| 10/21/2020 | BMM | GC | Participate in and take minutes for committee meeting re parish assets | 1.50 | 650.00 | $975.00 |
| 10/22/2020 | IDS | GC | Draft email to SCC and committee meeting protocols. | 0.40 | 700.00 | $280.00 |
| 10/23/2020 | IDS | GC | Revise draft email to SCC regarding committee meeting protocols. | 0.40 | 700.00 | $280.00 |
| 10/26/2020 | JIS | GC | Call with state court counsel regarding committee meeting agenda. | 0.60 | 700.00 | $420.00 |
| 10/26/2020 | IDS | GC | Email to committee regarding agenda for next meeting. | 0.40 | 700.00 | $280.00 |
| 10/26/2020 | BMM | GC | Participate in State Court Counsel meeting re mediation | 0.60 | 650.00 | $390.00 |
| 10/28/2020 | JIS | GC | Attend introduction to committee meeting. | 0.10 | 700.00 | $70.00 |
| 10/28/2020 | IDS | GC | Email with committee member regarding committee meeting procedures. | 0.80 | 700.00 | $560.00 |
| 10/28/2020 | BMM | GC | Prepare memorandum regarding 341 meeting for Committee with K. Dine (for part). | 0.90 | 650.00 | $585.00 |
| 10/28/2020 | BMM | GC | Draft Committee meeting minutes and other meeting follow-up. | 0.40 | 650.00 | $260.00 |
| 10/29/2020 | JIS | GC | Call with certain committee members regarding case status. | 0.80 | 700.00 | $560.00 |
| 10/29/2020 | IDS | GC | Email to Committee regarding agenda for committee meeting. | 0.20 | 700.00 | $140.00 |
| 10/29/2020 | IDS | GC | Call with M. Garabedian committee members regarding case status. | 0.80 | 700.00 | $560.00 |
| 10/29/2020 | IDS | GC | Telephone call with James Stang regarding committee procedure issues. | 0.20 | 700.00 | $140.00 |
| 10/29/2020 | BMM | GC | Participate in and take notes during Committee meeting. | 1.10 | 650.00 | $715.00 |
| 10/30/2020 | IDS | GC | Draft agenda for SCC call. | 0.40 | 700.00 | $280.00 |
| 10/30/2020 | BMM | GC | Draft communications to the Committee re parish stip | 0.40 | 650.00 | $260.00 |
| 10/30/2020 | BMM | GC | Draft and circulate Committee meeting minutes | 0.30 | 650.00 | $195.00 |
| 10/30/2020 | BMM | GC | Draft communication to state court counsel | 2.30 | 650.00 | $1,495.00 |

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  | regarding issues related to preliminary injunction and conditions to stay. | | | | |
|  |  |  | | 19.70 | | $13,330.00 |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/01/2020 | IAWN | IC | Review and analyze Interstate, Lloyds, Centennial policies re drop down, layer. | 3.80 | 700.00 | $2,660.00 |
| 10/02/2020 | IAWN | IC | Review and analyze revised coverage charts from carte | 1.60 | 700.00 | $1,120.00 |
| 10/05/2020 | IAWN | IC | Exchange emails with Ilan Scharf re mediation statement (.1); review mediation statement (.8) | 0.90 | 700.00 | $630.00 |
| 10/05/2020 | BMM | IC | Research insurers' delayed notice defense. | 0.80 | 650.00 | $520.00 |
| 10/06/2020 | IAWN | IC | Review and analyze coverage chart and Lloyds policies re accuracy | 2.80 | 700.00 | $1,960.00 |
| 10/06/2020 | IAWN | IC | Review DRVC grand jury report re expected or intended defense for application to DOR | 0.80 | 700.00 | $560.00 |
| 10/06/2020 | IAWN | IC | Telephone conference with Ilan Scharf re insurance issues | 0.10 | 700.00 | $70.00 |
| 10/06/2020 | IAWN | IC | Draft email to Carter re questions for review of policies and chart | 0.10 | 700.00 | $70.00 |
| 10/06/2020 | IAWN | IC | Exchange emails re timing for call with Michaels and Ilan Scharf | 0.10 | 700.00 | $70.00 |
| 10/07/2020 | IAWN | IC | Review mediation statement (.7), recommend changes (.2), exchange emails with Michaels re same (.1) | 1.00 | 700.00 | $700.00 |
| 10/07/2020 | IAWN | IC | Review 80, 83 & 86 policies and revise statement accordingly | 1.70 | 700.00 | $1,190.00 |
| 10/08/2020 | IDS | IC | Follow up on research regarding insurance defenses. | 2.40 | 700.00 | $1,680.00 |
| 10/09/2020 | IAWN | IC | Review and analyze Carter response to questions re coverage | 0.20 | 700.00 | $140.00 |
| 10/09/2020 | BMM | IC | Research issue of notice to insurance companies in other states with revival windows. | 0.70 | 650.00 | $455.00 |
| 10/10/2020 | IAWN | IC | Review Gordon email re structure of parish v. diocese | 0.20 | 700.00 | $140.00 |
| 10/12/2020 | IAWN | IC | Telephone conference with Ilan Scharf re insurance issues for mediation | 0.30 | 700.00 | $210.00 |
| 10/12/2020 | IAWN | IC | Telephone conference with TCC re mediation | 0.30 | 700.00 | $210.00 |
| 10/12/2020 | IAWN | IC | Exchange emails with James I Stang re Carter email | 0.10 | 700.00 | $70.00 |
| 10/12/2020 | IAWN | IC | Draft email to Carter re coverage chart | 0.10 | 700.00 | $70.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2020 | IAWN | IC | Review and analyze Carter email response re chart | 0.20 | 700.00 | $140.00 |
| 10/12/2020 | IAWN | IC | Prepare for mediation with analysis of insurance coverage | 1.30 | 700.00 | $910.00 |
| 10/13/2020 | IAWN | IC | Exchange emails with Michaels and Ilan Scharf re Zive comments on occurrence | 0.20 | 700.00 | $140.00 |
| 10/13/2020 | BMM | IC | Continue research issue of notice to insurance companies in other states with revival windows. | 1.30 | 650.00 | $845.00 |
| 10/14/2020 | IAWN | IC | Committee meeting | 0.40 | 700.00 | $280.00 |
| 10/14/2020 | IAWN | IC | Attend mediation | 0.70 | 700.00 | $490.00 |
| 10/14/2020 | IAWN | IC | Telephone conference with Ilan Scharf re mediation session | 0.30 | 700.00 | $210.00 |
| 10/14/2020 | IAWN | IC | Exchange emails with Michaels and Ilan Scharf re coverage action | 0.10 | 700.00 | $70.00 |
| 10/14/2020 | BMM | IC | Further research issue of notice to insurance companies in other states with revival windows per IDS comments | 1.30 | 650.00 | $845.00 |
| 10/15/2020 | IAWN | IC | Review Ilan Scharf email re mediation and respond with issue | 0.10 | 700.00 | $70.00 |
| 10/20/2020 | IAWN | IC | Review James email re mediation progress | 0.10 | 700.00 | $70.00 |
| 10/29/2020 | IDS | IC | Update insurance analysis. | 1.80 | 700.00 | $1,260.00 |
|  |  |  |  | **25.80** |  | **$17,855.00** |

### Mediation

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 10/02/2020 | IDS | ME | Email to J. Zive regarding mediation. | 0.20 | 700.00 | $140.00 |
| 10/02/2020 | IDS | ME | Telephone call with committee members regarding mediation process. | 0.40 | 700.00 | $280.00 |
| 10/02/2020 | IDS | ME | Email to Committee regarding mediation. | 0.30 | 700.00 | $210.00 |
| 10/02/2020 | IDS | ME | Work on mediation statement. | 1.80 | 700.00 | $1,260.00 |
| 10/05/2020 | JIS | ME | Review mediation statement. | 0.50 | 700.00 | $350.00 |
| 10/06/2020 | JIS | ME | Call with Ilan Scharf regarding mediation statement. | 0.20 | 700.00 | $140.00 |
| 10/06/2020 | IDS | ME | Revise mediation statement. | 1.40 | 700.00 | $980.00 |
| 10/06/2020 | IDS | ME | Call with IAWN, BMM regarding mediation statement. | 0.50 | 700.00 | $350.00 |
| 10/06/2020 | IDS | ME | Review cases regarding insurance defenses for mediation. | 1.70 | 700.00 | $1,190.00 |
| 10/06/2020 | IDS | ME | Revise presentation to committee regarding mediation/insurance. | 1.30 | 700.00 | $910.00 |

|            |      |    |                                                                    | Hours | Rate   | Amount    |
|------------|------|----|--------------------------------------------------------------------|-------|--------|-----------|
| 10/06/2020 | BMM  | ME | Discuss insurance valuation and mediation statement with I. Nasatir and I. Scharf. | 0.70  | 650.00 | $455.00   |
| 10/06/2020 | BMM  | ME | Draft mediation statement.                                         | 1.90  | 650.00 | $1,235.00 |
| 10/07/2020 | IDS  | ME | Telephone call with J. Zive regarding mediation.                   | 0.50  | 700.00 | $350.00   |
| 10/07/2020 | IDS  | ME | Further revisions to committee presentation regarding insurance.   | 0.80  | 700.00 | $560.00   |
| 10/07/2020 | IDS  | ME | Further revisions to mediation statement.                          | 1.10  | 700.00 | $770.00   |
| 10/07/2020 | BMM  | ME | Review demand analysis and edit mediation statement.               | 0.40  | 650.00 | $260.00   |
| 10/08/2020 | JIS  | ME | Call with Ilan Scharf regarding mediation issues.                  | 0.20  | 700.00 | $140.00   |
| 10/08/2020 | JIS  | ME | Review mediation statement.                                        | 0.50  | 700.00 | $350.00   |
| 10/08/2020 | IDS  | ME | Revise mediation statement.                                        | 1.40  | 700.00 | $980.00   |
| 10/08/2020 | BMM  | ME | Draft mediation statement.                                         | 0.60  | 650.00 | $390.00   |
| 10/09/2020 | IDS  | ME | Finalize mediation statement.                                      | 1.70  | 700.00 | $1,190.00 |
| 10/09/2020 | IDS  | ME | Revise mediation statement.                                        | 3.50  | 700.00 | $2,450.00 |
| 10/09/2020 | IDS  | ME | Review cases cited in mediation statement.                         | 3.30  | 700.00 | $2,310.00 |
| 10/09/2020 | IDS  | ME | Revise and update insurance analysis for mediation.                | 2.80  | 700.00 | $1,960.00 |
| 10/09/2020 | IDS  | ME | Telephone conference with Debtor's counsel regarding mediation.    | 0.40  | 700.00 | $280.00   |
| 10/09/2020 | IDS  | ME | Revise mediation statement.                                        | 1.40  | 700.00 | $980.00   |
| 10/12/2020 | JIS  | ME | Call regarding issues related to mediation brief and demand.       | 0.30  | 700.00 | $210.00   |
| 10/12/2020 | IDS  | ME | Prepare for mediation.                                             | 1.30  | 700.00 | $910.00   |
| 10/12/2020 | IDS  | ME | Email to IAWN regarding mediation.                                 | 0.60  | 700.00 | $420.00   |
| 10/12/2020 | IDS  | ME | Attend counsel call regarding mediation.                           | 0.80  | 700.00 | $560.00   |
| 10/13/2020 | IAWN | ME | Prepare for (.2); and attend mediation (2.2).                      | 2.40  | 700.00 | $1,680.00 |
| 10/13/2020 | JIS  | ME | Attend first mediation session.                                    | 1.50  | 700.00 | $1,050.00 |
| 10/13/2020 | JIS  | ME | Call with Ilan Scharf regarding mediation follow up.               | 0.20  | 700.00 | $140.00   |
| 10/13/2020 | JIS  | ME | Meeting with mediator and follow up with Committee.                | 0.70  | 700.00 | $490.00   |
| 10/13/2020 | IDS  | ME | Attend opening mediation session.                                  | 1.50  | 700.00 | $1,050.00 |
| 10/13/2020 | IDS  | ME | Email to C.Wall regarding settlement. issues.                      | 0.20  | 700.00 | $140.00   |
| 10/13/2020 | IDS  | ME | Prepare for mediation.                                             | 1.20  | 700.00 | $840.00   |
| 10/13/2020 | IDS  | ME | Attend closing of mediation session.                               | 0.40  | 700.00 | $280.00   |

Case 2-19-20905-PRW, Doc 1258-2, Filed 08/25/21, Entered 08/25/21 12:29:32, Description: Exhibit B - October 2020, Page 12 of 15

|            |      |    |                                                                    | Hours | Rate   | Amount     |
|------------|------|----|--------------------------------------------------------------------|-------|--------|------------|
| 10/13/2020 | IDS  | ME | Email with IAWN regarding mediation                                | 0.40  | 700.00 | $280.00    |
| 10/13/2020 | BMM  | ME | Participate in mediation.                                          | 2.90  | 650.00 | $1,885.00  |
| 10/14/2020 | IAWN | ME | Attend Mediation                                                   | 0.40  | 700.00 | $280.00    |
| 10/14/2020 | JIS  | ME | Call Ilan Scharf re mediation report.                              | 0.30  | 700.00 | $210.00    |
| 10/14/2020 | IDS  | ME | Attend mediation.                                                  | 3.00  | 700.00 | $2,100.00  |
| 10/14/2020 | IDS  | ME | Email to Committee regarding mediation.                            | 0.60  | 700.00 | $420.00    |
| 10/14/2020 | BMM  | ME | Participate in mediation.                                          | 2.10  | 650.00 | $1,365.00  |
| 10/19/2020 | JIS  | ME | Call with state court counsel re mediation demands.                | 0.40  | 700.00 | $280.00    |
| 10/21/2020 | IDS  | ME | Email to Committee regarding mediation.                            | 0.40  | 700.00 | $280.00    |
| 10/22/2020 | JIS  | ME | Call with Ilan Scharf regarding questions posed to mediator.       | 0.20  | 700.00 | $140.00    |
| 10/22/2020 | JIS  | ME | Call Ilan Scharf regarding questions for mediators.                | 0.20  | 700.00 | $140.00    |
| 10/26/2020 | IDS  | ME | Email to L .James regarding mediation.                             | 0.40  | 700.00 | $280.00    |
| 10/26/2020 | IDS  | ME | Telephone call with L. James regarding mediation.                  | 0.40  | 700.00 | $280.00    |
|            |      |    |                                                                    | **52.30** |    | **$36,180.00** |

### Stay Litigation [B140]

|            |     |    |                                                                                  | Hours | Rate   | Amount  |
|------------|-----|----|----------------------------------------------------------------------------------|-------|--------|---------|
| 10/06/2020 | JIS | SL | Review Ilan Scharf email regarding religious order stays.                        | 0.10  | 700.00 | $70.00  |
| 10/30/2020 | IDS | SL | Attention to effects of stay on religious orders(.3); email re same (.1)         | 0.40  | 700.00 | $280.00 |
|            |     |    |                                                                                  | **0.50** |     | **$350.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                            **$83,000.00**

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/05/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.59 |
| 10/05/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.07 |
| 10/09/2020 | PO | 18489.00002 :Postage Charges for 10-09-20 | 7.80 |
| 10/09/2020 | RE | ( 111 @0.20 PER PG) | 22.20 |
| 10/09/2020 | RE | ( 132 @0.20 PER PG) | 26.40 |
| 10/09/2020 | RE | ( 45 @0.20 PER PG) | 9.00 |
| 10/09/2020 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/09/2020 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 10/09/2020 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/09/2020 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 10/09/2020 | RS | Research [E106] Pacer, RJF | 11.90 |
| 10/20/2020 | PO | 18489.00002 :Postage Charges for 10-20-20 | 6.00 |
| 10/20/2020 | RE | ( 260 @0.20 PER PG) | 52.00 |
| 10/20/2020 | RE2 | SCAN/COPY ( 129 @0.10 PER PG) | 12.90 |
| 10/20/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2020 | PO | 18489.00002 :Postage Charges for 10-21-20 | 99.00 |
| 10/21/2020 | RE | ( 2340 @0.20 PER PG) | 468.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/21/2020 | RE | ( 66 @0.20 PER PG) | 13.20 |
| 10/21/2020 | RE | ( 1950 @0.20 PER PG) | 390.00 |
| 10/21/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2020 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/21/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2020 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/21/2020 | RE2 | SCAN/COPY ( 130 @0.10 PER PG) | 13.00 |
| 10/21/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/21/2020 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/26/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 0.21 |
| 10/26/2020 | CC | Conference Call [E105] Loop Up Conference Call, JIS | 31.54 |
| 10/31/2020 | RS | Research [E106] Everlaw, Inv. 31928 | 500.00 |
| 10/31/2020 | PAC | Pacer - Court Research | 6.20 |
| **Total Expenses for this Matter** | | | **$1,677.01** |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489   - 00002

Page:    14  
Invoice 128231  
October 31, 2020

# REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**    10/31/2020

| | |
|---|---:|
| **Total Fees** | **$83,000.00** |
| **Total Expenses** | 1,677.01 |
| **Total Due on Current Invoice** | **$84,677.01** |

**Outstanding Balance from prior invoices as of**    10/31/2020    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128227 | 09/30/2020 | $146,365.00 | $696.62 | $147,061.62 |

**Total Amount Due on Current and Prior Invoices:**                                        **$466,106.91**