# EXHIBIT C
# [November 2020 Notice of Invoice]

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| JIS | November 30, 2020 |
|  | Invoice 128233 |
|  | Client 18489 |
|  | Matter 00002 |
|  | **JIS** |

RE: Committee Representation

_____

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2020**

| | |
|---|---:|
| FEES | $64,765.00 |
| EXPENSES | $551.94 |
| **TOTAL CURRENT CHARGES** | **$65,316.94** |
| **BALANCE FORWARD** | **$466,106.91** |
| **TOTAL BALANCE DUE** | **$531,423.85** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 650.00 | 12.30 | $7,995.00 |
| EG | Gray, Erin | Counsel | 700.00 | 1.10 | $770.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 15.00 | $10,500.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 61.10 | $42,770.00 |
| JIS | Stang, James I. | Partner | 700.00 | 3.90 | $2,730.00 |
| | | | | 93.40 | $64,765.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 12.00 | $8,235.00 |
| BL | Bankruptcy Litigation [L430] | 1.80 | $1,170.00 |
| CA | Case Administration [B110] | 0.50 | $350.00 |
| CO | Claims Admin/Objections[B310] | 17.30 | $12,110.00 |
| GC | General Creditors Comm. [B150] | 14.50 | $10,005.00 |
| IC | Insurance Coverage | 11.60 | $8,120.00 |
| ME | Mediation | 35.70 | $24,775.00 |
|  |  | 93.40 | $64,765.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Pachulski Stang Ziehl & Jones LLP                                        Page:     4
Diocese of Rochester O.C.C.                                              Invoice 128233
18489   - 00002                                                          November 30, 2020

## Summary of Expenses

| Description | Amount |
|---|---:|
| Conference Call [E105] | $4.85 |
| Lexis/Nexis- Legal Research [E | $12.89 |
| Pacer - Court Research | $3.40 |
| Reproduction/ Scan Copy | $30.80 |
| Research [E106] | $500.00 |
|  | $551.94 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Asset Analysis/Recovery[B120]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2020 | IDS | AA | Follow up call with BRG, B. Michael regarding parish assets. | 0.40 | 700.00 | $280.00 |
| 11/03/2020 | IDS | AA | Attend call (partial) with BRG and Diocese regarding parish assets. | 0.50 | 700.00 | $350.00 |
| 11/03/2020 | IDS | AA | Review financial documents analysis. | 1.80 | 700.00 | $1,260.00 |
| 11/03/2020 | BMM | AA | Participate in meeting with BRG and Diocese's CFO. | 1.80 | 650.00 | $1,170.00 |
| 11/03/2020 | BMM | AA | Analyze and revise draft requests for documentation from Debtor in follow-up to CFO meeting. | 0.90 | 650.00 | $585.00 |
| 11/03/2020 | BMM | AA | Follow-up to meeting with Committee's financial advisory and Diocese's CFO with M. Babcock, R. Strong, and I. Scharf (in part). | 0.60 | 650.00 | $390.00 |
| 11/05/2020 | IDS | AA | Review parish asset analysis from L. Jones. | 0.80 | 700.00 | $560.00 |
| 11/11/2020 | IDS | AA | Analysis of insurance company transfer (1/3). | 0.80 | 700.00 | $560.00 |
| 11/15/2020 | EG | AA | Research re: Fidelis Care transaction and potential causes of action re: same (1/3) | 1.10 | 700.00 | $770.00 |
| 11/16/2020 | IDS | AA | Zoom with Erin Gray regarding Fidelis transaction analysis (1/3). | 0.30 | 700.00 | $210.00 |
| 11/19/2020 | IDS | AA | Review Communis disclosures. | 0.80 | 700.00 | $560.00 |
| 11/24/2020 | IDS | AA | Initial review of new documents produced. | 1.20 | 700.00 | $840.00 |
| 11/30/2020 | IDS | AA | Review October operating report. | 1.00 | 700.00 | $700.00 |
|  |  |  |  | **12.00** |  | **$8,235.00** |

### Bankruptcy Litigation [L430]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2020 | BMM | BL | Communications with chambers and Debtor's counsel, finalized and file stipulation to extend answer deadline. | 0.90 | 650.00 | $585.00 |
| 11/30/2020 | BMM | BL | Review documents produced by the Debtor. | 0.90 | 650.00 | $585.00 |
|  |  |  |  | **1.80** |  | **$1,170.00** |

### Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/23/2020 | JIS | CA | Call with Debtor's counsel regarding case status. | 0.30 | 700.00 | $210.00 |
| 11/23/2020 | IDS | CA | Telephone call with BSK attorneys regarding pending matters. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | **0.50** |  | **$350.00** |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    6  
Invoice 128233  
November 30, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2020 | IDS | CO | Follow up analysis regarding SA claims. | 1.80 | 700.00 | $1,260.00 |
| 11/05/2020 | IDS | CO | Update memo/chart regarding SA claims analysis. | 1.40 | 700.00 | $980.00 |
| 11/18/2020 | IDS | CO | Review files regarding liability of non diocesan entities. | 2.40 | 700.00 | $1,680.00 |
| 11/19/2020 | IDS | CO | Attend to duplicate claims clarification. | 0.80 | 700.00 | $560.00 |
| 11/19/2020 | IDS | CO | Revise insurance / claims analysis. | 3.90 | 700.00 | $2,730.00 |
| 11/19/2020 | IDS | CO | Email to D. Levin regarding POC filed. | 0.30 | 700.00 | $210.00 |
| 11/20/2020 | IDS | CO | Continue research on non- diocesan liability by diocese. | 2.30 | 700.00 | $1,610.00 |
| 11/20/2020 | IDS | CO | Revise insurance / claim chart and analysis. | 4.40 | 700.00 | $3,080.00 |
| | | | | **17.30** | | **$12,110.00** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/02/2020 | IDS | GC | Attend counsel call regarding mediation. | 0.40 | 700.00 | $280.00 |
| 11/02/2020 | IDS | GC | Email with Committee regarding analysis sub committee. | 0.20 | 700.00 | $140.00 |
| 11/02/2020 | BMM | GC | Participate in State Court Counsel meeting re mediation. | 0.90 | 650.00 | $585.00 |
| 11/04/2020 | JIS | GC | Attend committee meeting re reorg goals and mediation. | 1.50 | 700.00 | $1,050.00 |
| 11/04/2020 | IDS | GC | Attend committee meeting regarding mediation. | 0.80 | 700.00 | $560.00 |
| 11/09/2020 | IDS | GC | Prepare for SCC call regarding insurance, mediation. | 0.20 | 700.00 | $140.00 |
| 11/09/2020 | IDS | GC | Attend SCC call regarding insurance mediation. | 0.40 | 700.00 | $280.00 |
| 11/10/2020 | IDS | GC | Email to committee regarding call agenda. | 0.20 | 700.00 | $140.00 |
| 11/11/2020 | IDS | GC | Prepare for Committee meeting. | 0.20 | 700.00 | $140.00 |
| 11/11/2020 | IDS | GC | Attend Committee meeting regarding mediation. | 1.00 | 700.00 | $700.00 |
| 11/11/2020 | BMM | GC | Participate in and prepare minutes for committee meeting regarding upcoming mediation. | 0.60 | 650.00 | $390.00 |
| 11/12/2020 | IAWN | GC | Telephone conference with SCC re mediation strategy. | 0.90 | 700.00 | $630.00 |
| 11/12/2020 | BMM | GC | Participate in state court counsel meeting regarding mediation. | 0.60 | 650.00 | $390.00 |
| 11/13/2020 | IAWN | GC | Meet with SCC re mediation\insurance. | 0.80 | 700.00 | $560.00 |
| 11/13/2020 | IAWN | GC | Meet with Committee re insurance\mediation. | 0.80 | 700.00 | $560.00 |

|            |      |    |                                                                                   | Hours | Rate   | Amount      |
|------------|------|----|-----------------------------------------------------------------------------------|-------|--------|-------------|
| 11/13/2020 | IAWN | GC | Telephone call with SCC re mediation strategy.                                    | 0.90  | 700.00 | $630.00     |
| 11/16/2020 | JIS  | GC | Attend counsel meeting regarding mediation.                                       | 0.60  | 700.00 | $420.00     |
| 11/16/2020 | IDS  | GC | Call with SCC regarding mediation, parish stay.                                   | 0.80  | 700.00 | $560.00     |
| 11/18/2020 | IDS  | GC | Weekly committee call regarding mediation/ insurance / monetaries.                | 0.80  | 700.00 | $560.00     |
| 11/18/2020 | IDS  | GC | Prepare for call regarding non-monetaries.                                        | 0.80  | 700.00 | $560.00     |
| 11/18/2020 | BMM  | GC | Participate in and take minutes for Committee meeting regarding mediation follow-up. | 0.80 | 650.00 | $520.00     |
| 11/20/2020 | IDS  | GC | Telephone call with L. James regarding Trevet Cristo.                             | 0.30  | 700.00 | $210.00     |
|            |      |    |                                                                                   | 14.50 |        | $10,005.00  |

**Insurance Coverage**

|            |      |    |                                                                                   | Hours | Rate   | Amount     |
|------------|------|----|-----------------------------------------------------------------------------------|-------|--------|------------|
| 11/04/2020 | IDS  | IC | Research regarding SIR issues for certain insurance policies.                     | 1.40  | 700.00 | $980.00    |
| 11/04/2020 | IDS  | IC | Review documents related to insurance coverage issues.                            | 2.80  | 700.00 | $1,960.00  |
| 11/13/2020 | IAWN | IC | Meet with insurers re mediation\insurance.                                        | 1.20  | 700.00 | $840.00    |
| 11/13/2020 | IAWN | IC | Telephone conference with with Ilan Scharf /BMM re insurance.                     | 0.40  | 700.00 | $280.00    |
| 11/18/2020 | IAWN | IC | Analyze insurance policies                                                        | 3.50  | 700.00 | $2,450.00  |
| 11/23/2020 | IAWN | IC | Review state court complaint (2.2), review coverage chart (.1)                    | 2.30  | 700.00 | $1,610.00  |
|            |      |    |                                                                                   | 11.60 |        | $8,120.00  |

**Mediation**

|            |     |    |                                                                                   | Hours | Rate   | Amount    |
|------------|-----|----|-----------------------------------------------------------------------------------|-------|--------|-----------|
| 11/09/2020 | IDS | ME | Review additional insurance analysis, case law to prepare for mediation.          | 1.70  | 700.00 | $1,190.00 |
| 11/09/2020 | IDS | ME | Email to Committee regarding mediation.                                           | 0.30  | 700.00 | $210.00   |
| 11/09/2020 | IDS | ME | Additional research/ analysis regarding comps for mediation.                      | 0.80  | 700.00 | $560.00   |
| 11/10/2020 | IDS | ME | Telephone call with M. Garabedian regarding mediation.                            | 0.30  | 700.00 | $210.00   |
| 11/10/2020 | IDS | ME | Telephone call with J. Zive regarding mediation.                                  | 0.30  | 700.00 | $210.00   |
| 11/10/2020 | IDS | ME | Review mediation issues in preparation for mediation on 11/12-13.                 | 1.70  | 700.00 | $1,190.00 |
| 11/11/2020 | JIS | ME | Call Ilan Scharf regarding upcoming mediation.                                    | 0.20  | 700.00 | $140.00   |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:     8  
Invoice 128233  
November 30, 2020

|            |      |    |                                                                     | Hours | Rate   | Amount    |
|------------|------|----|---------------------------------------------------------------------|-------|--------|-----------|
| 11/11/2020 | JIS  | ME | Call Ilan Scharf regarding mediation issues.                        | 0.20  | 700.00 | $140.00   |
| 11/11/2020 | JIS  | ME | Call with Committee regarding upcoming mediation.                   | 0.50  | 700.00 | $350.00   |
| 11/11/2020 | IDS  | ME | Telephone with S. Donato regarding mediation.                       | 0.30  | 700.00 | $210.00   |
| 11/11/2020 | IDS  | ME | Prepare for mediation, review statements, pleadings and research.   | 2.00  | 700.00 | $1,400.00 |
| 11/12/2020 | IAWN | ME | Attend mediation session                                            | 0.40  | 700.00 | $280.00   |
| 11/12/2020 | IAWN | ME | Attend mediation session.                                           | 0.60  | 700.00 | $420.00   |
| 11/12/2020 | IAWN | ME | Telephone conference with l. Scharf re mediation                    | 0.10  | 700.00 | $70.00    |
| 11/12/2020 | IAWN | ME | Telephone conference with Judge Zive re mediation.                  | 1.20  | 700.00 | $840.00   |
| 11/12/2020 | JIS  | ME | Call with Ilan Scharf regarding mediation status and counteroffer.  | 0.20  | 700.00 | $140.00   |
| 11/12/2020 | JIS  | ME | Attend opening of mediation.                                        | 0.40  | 700.00 | $280.00   |
| 11/12/2020 | IDS  | ME | Attend initial mediation session.                                   | 0.40  | 700.00 | $280.00   |
| 11/12/2020 | IDS  | ME | Telephone  call with SCC  regarding mediation strategy.             | 0.90  | 700.00 | $630.00   |
| 11/12/2020 | IDS  | ME | Review and analysis of insurance coverage chart for mediation.      | 0.80  | 700.00 | $560.00   |
| 11/12/2020 | IDS  | ME | Telephone call with M. Garabedian regarding mediation.              | 0.40  | 700.00 | $280.00   |
| 11/12/2020 | IDS  | ME | Telephone call with L. James regarding mediation strategy.          | 0.60  | 700.00 | $420.00   |
| 11/12/2020 | IDS  | ME | Attend mediation session.                                           | 0.60  | 700.00 | $420.00   |
| 11/12/2020 | IDS  | ME | Telephone call with IAWN regarding mediation.                       | 0.10  | 700.00 | $70.00    |
| 11/12/2020 | IDS  | ME | Telephone call with James Stang regarding mediation.                | 0.20  | 700.00 | $140.00   |
| 11/12/2020 | IDS  | ME | Telephone call with Brittany Mitchell Michael regarding mediation.  | 0.10  | 700.00 | $70.00    |
| 11/12/2020 | IDS  | ME | Telephone call with J. Zive regarding mediation.                    | 0.20  | 700.00 | $140.00   |
| 11/12/2020 | IDS  | ME | Draft strategy regarding mediation.                                 | 0.80  | 700.00 | $560.00   |
| 11/12/2020 | BMM  | ME | Participate in mediation.                                           | 1.00  | 650.00 | $650.00   |
| 11/13/2020 | IAWN | ME | Meet with Diocese re mediation\insurance analysis.                  | 1.30  | 700.00 | $910.00   |
| 11/13/2020 | IAWN | ME | Meet with Judge Zive re mediation.                                  | 0.30  | 700.00 | $210.00   |
| 11/13/2020 | IAWN | ME | Mediation session with mediator and Committee.                      | 0.30  | 700.00 | $210.00   |
| 11/13/2020 | IDS  | ME | Meet with Diocese regarding insurance analysis.                     | 1.30  | 700.00 | $910.00   |
| 11/13/2020 | IDS  | ME | Meet with J. Zive regarding mediation.                              | 0.30  | 700.00 | $210.00   |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2020 | IDS | ME | Meet with SCC regarding SCC regarding mediation. | 0.80 | 700.00 | $560.00 |
| 11/13/2020 | IDS | ME | Meet with insurers regarding mediation | 1.20 | 700.00 | $840.00 |
| 11/13/2020 | IDS | ME | Telephone call with IAWN/ Brittany Michael regarding insurance. | 0.40 | 700.00 | $280.00 |
| 11/13/2020 | IDS | ME | Meet with Committee regarding mediation. | 0.80 | 700.00 | $560.00 |
| 11/13/2020 | IDS | ME | Meet with SCC regarding insurance/ mediation. | 0.90 | 700.00 | $630.00 |
| 11/13/2020 | IDS | ME | Mediation session. | 0.30 | 700.00 | $210.00 |
| 11/13/2020 | IDS | ME | Memorandum / notes regarding insurance issues. | 1.20 | 700.00 | $840.00 |
| 11/13/2020 | BMM | ME | Participate in mediation. | 3.30 | 650.00 | $2,145.00 |
| 11/15/2020 | IDS | ME | Follow up on analysis of insurance claims / availability after mediation. | 1.90 | 700.00 | $1,330.00 |
| 11/16/2020 | IDS | ME | Telephone call with M. Garabedian regarding mediation strategy. | 0.30 | 700.00 | $210.00 |
| 11/24/2020 | IDS | ME | Continue insurance analysis update for mediation. | 3.80 | 700.00 | $2,660.00 |
|  |  |  |  | 35.70 |  | $24,775.00 |

**TOTAL SERVICES FOR THIS MATTER:** $64,765.00

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    10  
Invoice 128233  
November 30, 2020

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/04/2020 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 2.60 |
| 11/13/2020 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 2.25 |
| 11/15/2020 | LN | 18489.00002 Lexis Charges for 11-15-20 | 12.89 |
| 11/24/2020 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/24/2020 | RE2 | SCAN/COPY ( 218 @0.10 PER PG) | 21.80 |
| 11/24/2020 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 11/30/2020 | RS | Research [E106] Everlaw, Inv.32968 | 500.00 |
| 11/30/2020 | PAC | Pacer - Court Research | 3.40 |

**Total Expenses for this Matter**     **$551.94**

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    11  
Invoice 128233  
November 30, 2020

# REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**     11/30/2020

| | |
|---|---:|
| **Total Fees** | $64,765.00 |
| **Total Expenses** | 551.94 |
| **Total Due on Current Invoice** | $65,316.94 |

**Outstanding Balance from prior invoices as of     11/30/2020     (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128227 | 09/30/2020 | $146,365.00 | $696.62 | $147,061.62 |
| 128231 | 10/31/2020 | $83,000.00 | $1,677.01 | $84,677.01 |

**Total Amount Due on Current and Prior Invoices:**     **$531,423.85**