# EXHIBIT D
# [December 2020 Notice of Invoice]

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
|  | December 31, 2020 |
| JIS | Invoice    128235 |
|  | Client     18489 |
|  | Matter    00002 |
|  | **JIS** |

RE: Committee Representation

_____

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2020**

| | |
|---|---:|
| FEES | $48,815.00 |
| EXPENSES | $530.06 |
| **TOTAL CURRENT CHARGES** | **$49,345.06** |
| **BALANCE FORWARD** | **$531,423.85** |
| **TOTAL BALANCE DUE** | **$580,768.91** |

**Summary of Services by Professional**

| ID   | Name                | Title   | Rate   | Hours | Amount      |
|------|---------------------|---------|--------|-------|-------------|
| BMM  | Michael, Brittany M.| Counsel | 650.00 | 21.90 | $14,235.00  |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 6.00  | $4,200.00   |
| IDS  | Scharf, Ilan D.     | Partner | 700.00 | 42.10 | $29,470.00  |
| JIS  | Stang, James I.     | Partner | 700.00 | 1.30  | $910.00     |
|      |                     |         |        | 71.30 | $48,815.00  |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 9.40 | $6,230.00 |
| CA | Case Administration [B110] | 2.30 | $1,555.00 |
| CO | Claims Admin/Objections[B310] | 2.50 | $1,750.00 |
| GC | General Creditors Comm. [B150] | 11.40 | $7,790.00 |
| IC | Insurance Coverage | 19.30 | $13,510.00 |
| ME | Mediation | 18.40 | $12,490.00 |
| PD | Plan & Disclosure Stmt. [B320] | 4.30 | $2,900.00 |
| RP | Retention of Prof. [B160] | 2.70 | $1,890.00 |
| SL | Stay Litigation [B140] | 1.00 | $700.00 |
| | | 71.30 | $48,815.00 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Lexis/Nexis- Legal Research [E | $29.36 |
| Outside Services | $500.00 |
| Pacer - Court Research | $0.70 |
|  | $530.06 |

|            |     |    |                                                                 | Hours | Rate   | Amount    |
|------------|-----|----|-----------------------------------------------------------------|-------|--------|-----------|

**Asset Analysis/Recovery[B120]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/02/2020 | BMM | AA | Review documents produced by Debtor. | 1.10 | 650.00 | $715.00 |
| 12/09/2020 | IDS | AA | Review subset of recently produced documents. | 1.30 | 700.00 | $910.00 |
| 12/10/2020 | BMM | AA | Review asset-related documents produced by the Debtor. | 4.30 | 650.00 | $2,795.00 |
| 12/16/2020 | BMM | AA | Call with Debtor's counsel regarding document production issues. | 0.40 | 650.00 | $260.00 |
| 12/17/2020 | IDS | AA | Analyze and respond to V. Phillips questions regarding parish mergers. | 0.50 | 700.00 | $350.00 |
| 12/18/2020 | BMM | AA | Meeting with BRG regarding review of Debtor's documents. | 0.50 | 650.00 | $325.00 |
| 12/18/2020 | BMM | AA | Review BRG's analysis of Debtor's document production. | 0.20 | 650.00 | $130.00 |
| 12/21/2020 | BMM | AA | Draft communication to Debtor's counsel regarding outstanding discovery requests. | 0.30 | 650.00 | $195.00 |
| 12/22/2020 | IDS | AA | Telephone conference with B. Michael regarding document requests. | 0.20 | 700.00 | $140.00 |
| 12/22/2020 | IDS | AA | Revise email regarding document requests from B. Michael to S. Donato. | 0.20 | 700.00 | $140.00 |
| 12/22/2020 | BMM | AA | Draft communication to Debtor regarding outstanding document requests | 0.20 | 650.00 | $130.00 |
| 12/28/2020 | IDS | AA | Telephone call with Erin Gray regarding Fidelis. | 0.20 | 700.00 | $140.00 |
|            |     |    |                                                                 | **9.40** |        | **$6,230.00** |

**Case Administration [B110]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/07/2020 | IDS | CA | Telephone call with S. Donato, C. Sullivan, G. Walter, B. Michael regarding BRG, Document production, parish stipulation. | 0.40 | 700.00 | $280.00 |
| 12/07/2020 | BMM | CA | Meeting with Debtor's counsel regarding outstanding case issues. | 0.40 | 650.00 | $260.00 |
| 12/08/2020 | IDS | CA | Telephone call with BSK regarding case issues, mediation. | 0.40 | 700.00 | $280.00 |
| 12/14/2020 | BMM | CA | Call with Debtor's Counsel regarding document production and other outstanding case issues. | 0.70 | 650.00 | $455.00 |
| 12/21/2020 | IDS | CA | Telephone conference with BSK regarding case status, mediation. | 0.40 | 700.00 | $280.00 |
|            |     |    |                                                                 | **2.30** |        | **$1,555.00** |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/16/2020 | IDS | CO | Research Diocesan liability for abuse by Religious. | 1.70 | 700.00 | $1,190.00 |
| 12/28/2020 | IDS | CO | Research regarding liability for non diocesan entities. | 0.80 | 700.00 | $560.00 |
|  |  |  |  | 2.50 |  | $1,750.00 |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2020 | IDS | GC | Email to Committee regarding agenda for committee meeting. | 0.20 | 700.00 | $140.00 |
| 12/02/2020 | IDS | GC | Review of Diocese of Rochester minutes, comment to Brittany Michael regarding same. | 0.40 | 700.00 | $280.00 |
| 12/02/2020 | BMM | GC | Prepare for, participate in, and prepare minutes from Committee meeting regarding settlement asks. | 1.00 | 650.00 | $650.00 |
| 12/07/2020 | IDS | GC | Attend SCC call regarding mediation and conflict issue. | 0.50 | 700.00 | $350.00 |
| 12/08/2020 | IDS | GC | Attend committee meeting regarding non monetary, mediation. | 1.00 | 700.00 | $700.00 |
| 12/08/2020 | IDS | GC | Prepare for committee meeting. | 0.20 | 700.00 | $140.00 |
| 12/08/2020 | IDS | GC | Email to committee regarding agenda for meeting. | 0.20 | 700.00 | $140.00 |
| 12/09/2020 | IDS | GC | Prepare for meeting with committee. | 0.20 | 700.00 | $140.00 |
| 12/09/2020 | IDS | GC | Attend committee meeting regarding non-mons, mediation. | 0.60 | 700.00 | $420.00 |
| 12/10/2020 | JIS | GC | Call Ilan Scharf regarding case strategy including review of CVA files and insurance issues. | 0.20 | 700.00 | $140.00 |
| 12/14/2020 | IDS | GC | Attend SCC call regarding mediation. | 0.80 | 700.00 | $560.00 |
| 12/14/2020 | IDS | GC | Telephone call with J. Allison regarding parish stays litigation against orders. | 0.40 | 700.00 | $280.00 |
| 12/16/2020 | BMM | GC | Meet with state court counsel regarding insurer information requests. | 1.20 | 650.00 | $780.00 |
| 12/21/2020 | IDS | GC | Email to SCC regarding insurance, mediation. | 0.40 | 700.00 | $280.00 |
| 12/21/2020 | IDS | GC | Counsel call regarding insurance mediation. | 1.00 | 700.00 | $700.00 |
| 12/21/2020 | BMM | GC | Participate in state court counsel call regarding insurer requests for additional information and other case issues. | 1.00 | 650.00 | $650.00 |
| 12/28/2020 | IAWN | GC | TC w/ SCC re mediation | 0.40 | 700.00 | $280.00 |
| 12/28/2020 | JIS | GC | Attend State Court Counsel meeting regarding mediation issues. | 0.40 | 700.00 | $280.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

|            |      |    |                                                                            | Hours | Rate   | Amount     |
|------------|------|----|----------------------------------------------------------------------------|-------|--------|------------|
| 12/30/2020 | IAWN | GC | TC w/ committee re insurance.                                              | 0.60  | 700.00 | $420.00    |
| 12/30/2020 | IAWN | GC | Review Scharf email re meeting.                                            | 0.10  | 700.00 | $70.00     |
| 12/30/2020 | BMM  | GC | Participate in and take minutes at committee meeting regarding mediation preparations. | 0.60  | 650.00 | $390.00    |
|            |      |    |                                                                            | 11.40 |        | $7,790.00  |

**Insurance Coverage**

|            |      |    |                                                                            | Hours | Rate   | Amount     |
|------------|------|----|----------------------------------------------------------------------------|-------|--------|------------|
| 12/01/2020 | IAWN | IC | Exchange emails with Stang re Burns participation on DOR call.             | 0.10  | 700.00 | $70.00     |
| 12/01/2020 | IAWN | IC | Exchange emails with Sugayan re call.                                      | 0.10  | 700.00 | $70.00     |
| 12/09/2020 | IAWN | IC | Email Sugayan re call re SIRS.                                             | 0.10  | 700.00 | $70.00     |
| 12/09/2020 | IDS  | IC | Continue work on insurance chart/ analysis.                                | 1.80  | 700.00 | $1,260.00  |
| 12/11/2020 | IAWN | IC | Exchange emails with Sugayan and Murray re call re SIR.                    | 0.10  | 700.00 | $70.00     |
| 12/14/2020 | IAWN | IC | Exchange emails with LMI re payments charts.                               | 0.10  | 700.00 | $70.00     |
| 12/15/2020 | IAWN | IC | Prep for LMI call with policies review.                                    | 1.50  | 700.00 | $1,050.00  |
| 12/15/2020 | IAWN | IC | Telephone conference with LMI re policy interpretation.                    | 0.60  | 700.00 | $420.00    |
| 12/15/2020 | IAWN | IC | Telephone conference with Scharf re slotting chart.                        | 0.30  | 700.00 | $210.00    |
| 12/15/2020 | IDS  | IC | Telephone call with I. Nasatir regarding insurance policies.               | 0.30  | 700.00 | $210.00    |
| 12/15/2020 | IDS  | IC | Telephone call with LMI counsel Donato, regarding LMI SIR issues.          | 0.60  | 700.00 | $420.00    |
| 12/15/2020 | IDS  | IC | Revise insurance analysis after discussion with LMI.                       | 4.30  | 700.00 | $3,010.00  |
| 12/15/2020 | IDS  | IC | Review insurer (LMI, Interstate) questions.                                | 0.80  | 700.00 | $560.00    |
| 12/15/2020 | IDS  | IC | Email to SCC regarding insurer (LMI, Interstate) questions.                | 0.20  | 700.00 | $140.00    |
| 12/16/2020 | IDS  | IC | Attention to requests for information by LMI, Interstate; review and analyze. | 1.00  | 700.00 | $700.00    |
| 12/17/2020 | IDS  | IC | Review article regarding SIRs.                                             | 1.00  | 700.00 | $700.00    |
| 12/17/2020 | IDS  | IC | Update insurance analysis.                                                 | 1.40  | 700.00 | $980.00    |
| 12/18/2020 | IAWN | IC | TC with Scharf re insurance.                                               | 0.10  | 700.00 | $70.00     |
| 12/21/2020 | IAWN | IC | TC with SCC re insurance                                                   | 1.00  | 700.00 | $700.00    |
| 12/21/2020 | IAWN | IC | TC with Scharf re notice issue                                             | 0.20  | 700.00 | $140.00    |
| 12/21/2020 | IAWN | IC | TC with Scharf re telephone call w/ committee.                             | 0.10  | 700.00 | $70.00     |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:      8  
Invoice 128235  
December 31, 2020

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/21/2020 | IDS | IC | Telephone conference with I. Nasatir regarding insurance. | 0.30 | 700.00 | $210.00 |
| 12/28/2020 | IDS | IC | Insurance analysis regarding LBI SIR on annual basis. | 2.80 | 700.00 | $1,960.00 |
| 12/29/2020 | IAWN | IC | Review Hartford v. RCC re LMI structured insurance | 0.50 | 700.00 | $350.00 |
| | | | | **19.30** | | **$13,510.00** |

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/07/2020 | IDS | ME | Review and revise non-monetary demands. | 1.00 | 700.00 | $700.00 |
| 12/14/2020 | IDS | ME | Review Interstate questions, cross reference with claims chart. | 2.40 | 700.00 | $1,680.00 |
| 12/14/2020 | IDS | ME | Review LMI questions, cross reference with claims chart. | 2.10 | 700.00 | $1,470.00 |
| 12/15/2020 | BMM | ME | Analyze insurer follow-up requests and communicate requests for state court counsel. | 4.30 | 650.00 | $2,795.00 |
| 12/16/2020 | IDS | ME | Telephone call with SCC regarding mediation, requests from insurers. | 1.20 | 700.00 | $840.00 |
| 12/16/2020 | IDS | ME | Telephone call with M. Garabedian regarding mediation. | 0.40 | 700.00 | $280.00 |
| 12/16/2020 | IDS | ME | Telephone call with L. James regarding mediation. | 0.40 | 700.00 | $280.00 |
| 12/16/2020 | BMM | ME | Analyze insurer follow-up requests and communicate requests for state court counsel. | 0.10 | 650.00 | $65.00 |
| 12/16/2020 | BMM | ME | Analyze insurer follow-up requests and communicate requests for state court counsel. | 3.40 | 650.00 | $2,210.00 |
| 12/17/2020 | IDS | ME | Email to J. Zive regarding LMI/ Interstate requests. | 0.80 | 700.00 | $560.00 |
| 12/18/2020 | IDS | ME | Telephone call with S Donato regarding mediation. | 0.40 | 700.00 | $280.00 |
| 12/18/2020 | IDS | ME | Telephone call with IAWN regarding insurance/mediation. | 0.20 | 700.00 | $140.00 |
| 12/28/2020 | IAWN | ME | Review Scharf summary of game plan for mediation. | 0.10 | 700.00 | $70.00 |
| 12/28/2020 | JIS | ME | Call Ilan Scharf re mediation issues/parish data. | 0.60 | 700.00 | $420.00 |
| 12/28/2020 | IDS | ME | Telephone call with James Stang regarding mediation. | 0.60 | 700.00 | $420.00 |
| 12/28/2020 | IDS | ME | Attend SCC call regarding mediation. | 0.40 | 700.00 | $280.00 |
| | | | | **18.40** | | **$12,490.00** |

|            |     |    |                                                                   | Hours | Rate   | Amount     |
|------------|-----|----|-------------------------------------------------------------------|-------|--------|------------|

### Plan & Disclosure Stmt. [B320]

| 12/01/2020 | IDS | PD | Email to Committee regarding non-monetary commitments.            | 0.40  | 700.00 | $280.00    |
|------------|-----|----|-------------------------------------------------------------------|-------|--------|------------|
| 12/03/2020 | JIS | PD | Review of resource documents for non-monetary issues for plan.    | 0.10  | 700.00 | $70.00     |
| 12/03/2020 | IDS | PD | Review non-monetary for Minnesota cases.                          | 0.80  | 700.00 | $560.00    |
| 12/06/2020 | BMM | PD | Review plan provisions of previous Catholic bankruptcy cases.     | 1.10  | 650.00 | $715.00    |
| 12/07/2020 | BMM | PD | Review plan provisions of previous Catholic bankruptcy cases.     | 1.10  | 650.00 | $715.00    |
| 12/08/2020 | IDS | PD | Review and revise non-commentary commitments.                     | 0.80  | 700.00 | $560.00    |
|            |     |    |                                                                   | **4.30** |     | **$2,900.00** |

### Retention of Prof. [B160]

| 12/02/2020 | IDS | RP | Email with L. James regarding Trevet Cristo .                     | 0.40  | 700.00 | $280.00    |
|------------|-----|----|-------------------------------------------------------------------|-------|--------|------------|
| 12/02/2020 | IDS | RP | Review NDA regarding Trevet Cristo joinder request.               | 0.40  | 700.00 | $280.00    |
| 12/07/2020 | IDS | RP | Telephone call with L. James regarding Trevett Cristo conflicts issues. | 0.40 | 700.00 | $280.00 |
| 12/07/2020 | IDS | RP | Review research regarding TC conflict issue.                      | 1.20  | 700.00 | $840.00    |
| 12/07/2020 | IDS | RP | Telephone call with L. James and TC regarding conflict issue.     | 0.30  | 700.00 | $210.00    |
|            |     |    |                                                                   | **2.70** |     | **$1,890.00** |

### Stay Litigation [B140]

| 12/21/2020 | IDS | SL | Revise parish stipulation.                                        | 0.70  | 700.00 | $490.00    |
|------------|-----|----|-------------------------------------------------------------------|-------|--------|------------|
| 12/22/2020 | IDS | SL | Revise stay extension stipulation.                                | 0.30  | 700.00 | $210.00    |
|            |     |    |                                                                   | **1.00** |     | **$700.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                          **$48,815.00**

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/15/2020 | LN | 18489.00002 Lexis Charges for 12-15-20 | 29.36 |
| 12/31/2020 | OS | Everlaw, Database for Month of December, Inv. 34016 | 500.00 |
| 12/31/2020 | PAC | Pacer - Court Research | 0.70 |

**Total Expenses for this Matter**                                          **$530.06**

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489   - 00002

Page:      11  
Invoice 128235  
December 31, 2020

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**     12/31/2020

| | |
|---|---:|
| **Total Fees** | **$48,815.00** |
| **Total Expenses** | 530.06 |
| **Total Due on Current Invoice** | **$49,345.06** |

**Outstanding Balance from prior invoices as of     12/31/2020     (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128227 | 09/30/2020 | $146,365.00 | $696.62 | $147,061.62 |
| 128231 | 10/31/2020 | $83,000.00 | $1,677.01 | $84,677.01 |
| 128233 | 11/30/2020 | $64,765.00 | $551.94 | $65,316.94 |

**Total Amount Due on Current and Prior Invoices:**     **$580,768.91**