# EXHIBIT E
# [January 2021 Notice of Invoice]

DOCS_DE:235588.2 18489/002

Case 2-19-20905-PRW,   Doc 1258-5,   Filed 08/25/21,   Entered 08/25/21 12:29:32,
Description: Exhibit E - January 2021, Page 1 of 11

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

January 31, 2021
Invoice   128241
Client    18489
Matter   00002
**JIS**

RE: Committee Representation

_____

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   01/31/2021**

| | |
|---|---:|
| FEES | $35,104.00 |
| EXPENSES | $611.52 |
| **TOTAL CURRENT CHARGES** | **$35,715.52** |
| **BALANCE FORWARD** | **$580,768.91** |
| **TOTAL BALANCE DUE** | **$616,484.43** |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 650.00 | 1.30 | $845.00 |
| BMM | Michael, Brittany M. | Counsel | 695.00 | 8.20 | $5,699.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 8.70 | $6,090.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 31.30 | $21,910.00 |
| JIS | Stang, James I. | Partner | 700.00 | 0.80 | $560.00 |
|  |  |  |  | 50.30 | $35,104.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 2.20 | $1,532.00 |
| CA | Case Administration [B110] | 1.80 | $1,255.50 |
| CO | Claims Admin/Objections[B310] | 0.60 | $420.00 |
| GC | General Creditors Comm. [B150] | 8.10 | $5,652.50 |
| IC | Insurance Coverage | 6.60 | $4,620.00 |
| ME | Mediation | 31.00 | $21,624.00 |
|  |  | 50.30 | $35,104.00 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $111.52 |
| Outside Services | $500.00 |
|  | $611.52 |

|            |      |    |                                                                                           | Hours | Rate   | Amount     |
|------------|------|----|-------------------------------------------------------------------------------------------|-------|--------|------------|

### Asset Analysis/Recovery[B120]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2021 | IDS | AA | Zoom with BRG, Brittany Michael regarding documents, asset analysis (partial attendance) | 0.60 | 700.00 | $420.00 |
| 01/12/2021 | BMM | AA | Review Debtor's response regarding document production | 0.30 | 695.00 | $208.50 |
| 01/12/2021 | BMM | AA | Meeting with I. Scharf, M. Babcock, and R. Strong regarding Debtor's document production. | 0.80 | 695.00 | $556.00 |
| 01/21/2021 | BMM | AA | Call with R. Strong regarding asset analysis. | 0.20 | 695.00 | $139.00 |
| 01/21/2021 | BMM | AA | Communications with BRG regarding asset analysis | 0.20 | 695.00 | $139.00 |
| 01/27/2021 | BMM | AA | Call with M. Babcock (BRG) and R. Strong (BRG) regarding asset analysis. | 0.10 | 695.00 | $69.50 |
|  |  |  |  | **2.20** |  | **$1,532.00** |

### Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2021 | IDS | CA | Call with Debtor's counsel regarding case status mediation discovery. | 0.50 | 700.00 | $350.00 |
| 01/04/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.50 | 695.00 | $347.50 |
| 01/11/2021 | IDS | CA | Telephone call with BSK team regarding parish stipulation, mediation. | 0.40 | 700.00 | $280.00 |
| 01/11/2021 | BMM | CA | Call with Debtor's counsel regarding mediation and other case issues. | 0.40 | 695.00 | $278.00 |
|  |  |  |  | **1.80** |  | **$1,255.50** |

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/19/2021 | IDS | CO | Telephone call with D. Paolicelli regarding third party liability. | 0.40 | 700.00 | $280.00 |
| 01/20/2021 | IDS | CO | Telephone call with M. Garabedian regarding claim issue (preservation deposition) | 0.20 | 700.00 | $140.00 |
|  |  |  |  | **0.60** |  | **$420.00** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2021 | BMM | GC | Participate in state court counsel meeting regarding mediation strategy (in part). | 0.50 | 695.00 | $347.50 |
| 01/07/2021 | IAWN | GC | Telephone conference with committee re mediation. | 0.30 | 700.00 | $210.00 |
| 01/12/2021 | IDS | GC | Email agenda for committee call. | 0.20 | 700.00 | $140.00 |
| 01/13/2021 | IDS | GC | Attend committee meeting regarding mediation. | 1.00 | 700.00 | $700.00 |

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 01/13/2021 | IDS | GC | Prepare for committee meeting. | | 0.40 | 700.00 | $280.00 |
| 01/13/2021 | BMM | GC | Participate in and take minutes at Committee meeting regarding mediation and other case issues. | | 1.00 | 695.00 | $695.00 |
| 01/14/2021 | IDS | GC | Telephone call with Laura Davis Jones regarding TC representations. | | 0.40 | 700.00 | $280.00 |
| 01/14/2021 | IDS | GC | Email to M. Garabedian regarding TC representation. | | 0.40 | 700.00 | $280.00 |
| 01/19/2021 | BMM | GC | Review information on stay for co-defendants. | | 0.20 | 695.00 | $139.00 |
| 01/19/2021 | BMM | GC | Revise Committee meeting minutes. | | 0.10 | 695.00 | $69.50 |
| 01/19/2021 | BMM | GC | Call with creditor State Court Counsel. | | 0.50 | 695.00 | $347.50 |
| 01/25/2021 | IDS | GC | Committee counsel call regarding mediation, committee meeting. | | 0.50 | 700.00 | $350.00 |
| 01/25/2021 | BMM | GC | Participate in State Court Counsel call regarding mediation. | | 0.60 | 695.00 | $417.00 |
| 01/27/2021 | IDS | GC | Committee meeting regarding mediation. | | 1.00 | 700.00 | $700.00 |
| 01/27/2021 | BMM | GC | Participate in and take minutes for Committee meeting regarding mediation (in part) | | 0.50 | 695.00 | $347.50 |
| 01/28/2021 | IDS | GC | Telephone call with committee chair regarding meetings, mediation. | | 0.40 | 700.00 | $280.00 |
| 01/28/2021 | BMM | GC | Draft meeting minutes. | | 0.10 | 695.00 | $69.50 |
|  |  |  |  |  | **8.10** |  | **$5,652.50** |

**Insurance Coverage**

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | IAWN | IC | Review file and send Zive SIR article | | 0.10 | 700.00 | $70.00 |
| 01/06/2021 | IAWN | IC | Telephone conference with TCC re demand in mediation. | | 0.80 | 700.00 | $560.00 |
| 01/06/2021 | IDS | IC | Review insurance analysis with respect to mediation preparation. | | 0.80 | 700.00 | $560.00 |
| 01/07/2021 | IAWN | IC | Attend mediation. | | 2.90 | 700.00 | $2,030.00 |
| 01/11/2021 | IAWN | IC | Review emails between Cali, Ilan Scharf and James re insurance obligations. | | 0.20 | 700.00 | $140.00 |
| 01/26/2021 | IAWN | IC | Exchange emails with Murray, Ilan Scharf, Donato re call on LMI | | 0.20 | 700.00 | $140.00 |
| 01/27/2021 | IAWN | IC | Telephone conference with Murray and Ilan Scharf re insurance (.4); telephone conference with Ilan Scharf re insurance (.2). | | 0.60 | 700.00 | $420.00 |
| 01/27/2021 | IDS | IC | Update claims/insurance analysis. | | 1.00 | 700.00 | $700.00 |

|  |  |  |  | 6.60 | | $4,620.00 |
|---|---|---|---|---|---|---|

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2021 | IAWN | ME | Telephone conference with Zive and Scharf re mediation. | 0.50 | 700.00 | $350.00 |
| 01/04/2021 | IDS | ME | Prepare for calls regarding mediation. | 0.40 | 700.00 | $280.00 |
| 01/04/2021 | IDS | ME | Telephone call with Mediator regarding upcoming mediation. | 1.00 | 700.00 | $700.00 |
| 01/04/2021 | IDS | ME | Telephone call with SCC regarding mediation. | 1.00 | 700.00 | $700.00 |
| 01/04/2021 | IDS | ME | Telephone call with IAWN regarding mediation. | 0.30 | 700.00 | $210.00 |
| 01/05/2021 | IDS | ME | Prepare for mediation. | 2.50 | 700.00 | $1,750.00 |
| 01/05/2021 | IDS | ME | Email to Committee regarding mediation. | 0.20 | 700.00 | $140.00 |
| 01/05/2021 | IDS | ME | Telephone call with S. Donato regarding mediation. | 0.30 | 700.00 | $210.00 |
| 01/06/2021 | IAWN | ME | Telephone conference with James I Stang and Ilan Scharf reporting mediation progress. | 0.50 | 700.00 | $350.00 |
| 01/06/2021 | IAWN | ME | Mediation w/ Zive and committee. | 2.50 | 700.00 | $1,750.00 |
| 01/06/2021 | JIS | ME | Call with Ilan Scharf and Iain Nasatir re status of mediation. | 0.50 | 700.00 | $350.00 |
| 01/06/2021 | IDS | ME | Attend mediation with Diocese insurers including meetings with mediator, SCC, Committee. | 4.20 | 700.00 | $2,940.00 |
| 01/06/2021 | IDS | ME | Telephone call with James Stang, IAWN regarding mediation. | 0.50 | 700.00 | $350.00 |
| 01/06/2021 | IDS | ME | Mediation session with Committee and mediator. | 0.60 | 700.00 | $420.00 |
| 01/06/2021 | IDS | ME | Email to Committee regarding mediation. | 0.20 | 700.00 | $140.00 |
| 01/06/2021 | BMM | ME | Participate in case mediation. | 1.30 | 650.00 | $845.00 |
| 01/07/2021 | IAWN | ME | Telephone conference with Scharf re committee and mediation. | 0.10 | 700.00 | $70.00 |
| 01/07/2021 | JIS | ME | Call Ilan Scharf re status of mediation. | 0.30 | 700.00 | $210.00 |
| 01/07/2021 | IDS | ME | Prepare for mediation. | 0.50 | 700.00 | $350.00 |
| 01/07/2021 | IDS | ME | Attend mediation; meet with SCC regarding same. | 3.00 | 700.00 | $2,100.00 |
| 01/07/2021 | IDS | ME | Telephone call with IAWN regarding mediation. | 0.20 | 700.00 | $140.00 |
| 01/07/2021 | IDS | ME | Review insurance chart for mediation. | 0.20 | 700.00 | $140.00 |
| 01/07/2021 | IDS | ME | Attend afternoon mediation session, meet with SCC during same. | 2.00 | 700.00 | $1,400.00 |
| 01/07/2021 | BMM | ME | Call with I. Scharf and I. Nasatir following up on mediation. | 0.10 | 695.00 | $69.50 |
| 01/07/2021 | BMM | ME | Participate in case mediation. | 2.10 | 695.00 | $1,459.50 |

|            |     |    |                                                                      | Hours | Rate   | Amount   |
|------------|-----|----|----------------------------------------------------------------------|-------|--------|----------|
| 01/11/2021 | IDS | ME | Review files, notes regarding impact of partial insurance settlements. | 1.10  | 700.00 | $770.00  |
| 01/11/2021 | IDS | ME | Initial review of Diocese insurance chart.                           | 1.30  | 700.00 | $910.00  |
| 01/11/2021 | IDS | ME | Email to Committee members regarding insurance.                      | 0.40  | 700.00 | $280.00  |
| 01/13/2021 | IDS | ME | Telephone conference with A. Domanian regarding demand.              | 0.30  | 700.00 | $210.00  |
| 01/13/2021 | IDS | ME | Email to Committee regarding mediation.                              | 0.20  | 700.00 | $140.00  |
| 01/27/2021 | IDS | ME | Call with Debtor regarding LMI/ Interstate.                          | 0.50  | 700.00 | $350.00  |
| 01/27/2021 | IDS | ME | Telephone call with IAWN regarding LMI/Interstate.                   | 0.20  | 700.00 | $140.00  |
| 01/27/2021 | IDS | ME | Telephone call with Judge Zive regarding mediation.                  | 0.50  | 700.00 | $350.00  |
| 01/28/2021 | IDS | ME | Telephone call with L. James regarding mediation.                    | 0.20  | 700.00 | $140.00  |
| 01/28/2021 | IDS | ME | Work on mediation, including analysis of insurer only settlements.   | 1.30  | 700.00 | $910.00  |
|            |     |    |                                                                      | 31.00 |        | $21,624.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                 $35,104.00

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/04/2021 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 82.10 |
| 01/25/2021 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 27.57 |
| 01/27/2021 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 1.85 |
| 01/31/2021 | OS | Everlaw, Inv. 35071, Database for month of January | 500.00 |
| **Total Expenses for this Matter** | | | **$611.52** |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    10  
Invoice 128241  
January 31, 2021

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**   01/31/2021

| | |
|---|---:|
| **Total Fees** | **$35,104.00** |
| **Total Expenses** | 611.52 |
| **Total Due on Current Invoice** | **$35,715.52** |

**Outstanding Balance from prior invoices as of**   01/31/2021   (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128227 | 09/30/2020 | $146,365.00 | $696.62 | $147,061.62 |
| 128231 | 10/31/2020 | $83,000.00 | $1,677.01 | $84,677.01 |
| 128233 | 11/30/2020 | $64,765.00 | $551.94 | $65,316.94 |
| 128235 | 12/31/2020 | $48,815.00 | $530.06 | $49,345.06 |

**Total Amount Due on Current and Prior Invoices:**   **$616,484.43**