# EXHIBIT F
# [February 2021 Notice of Invoice]

DOCS_DE:235588.2 18489/002

Case 2-19-20905-PRW, Doc 1258-6, Filed 08/25/21, Entered 08/25/21 12:29:32, Description: Exhibit F - February 2021, Page 1 of 12

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.  
13th Floor  
Los Angeles, CA 90067

|  |  |
|---|---|
| JIS | February 28, 2021 |
|  | Invoice 128243 |
|  | Client 18489 |
|  | Matter 00002 |
|  | **JIS** |

RE: Committee Representation

___

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2021

| | |
|---|---|
| FEES | $45,170.00 |
| EXPENSES | $688.20 |
| **TOTAL CURRENT CHARGES** | **$45,858.20** |
| **BALANCE FORWARD** | **$616,484.43** |
| **TOTAL BALANCE DUE** | **$662,342.63** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 10.00 | $6,950.00 |
| EG | Gray, Erin | Counsel | 700.00 | 9.80 | $6,860.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 16.40 | $11,480.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 26.90 | $18,830.00 |
| JIS | Stang, James I. | Partner | 700.00 | 1.50 | $1,050.00 |
|  |  |  |  | 64.60 | $45,170.00 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 13.90 | $9,720.50 |
| CA | Case Administration [B110] | 0.40 | $278.00 |
| CO | Claims Admin/Objections[B310] | 1.20 | $840.00 |
| GC | General Creditors Comm. [B150] | 16.50 | $11,527.00 |
| IC | Insurance Coverage | 19.60 | $13,720.00 |
| ME | Mediation | 12.60 | $8,804.50 |
| SL | Stay Litigation [B140] | 0.40 | $280.00 |
|  |  | 64.60 | $45,170.00 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Lexis/Nexis- Legal Research [E | $45.10 |
| Outside Services | $562.00 |
| Postage [E108] | $30.40 |
| Reproduction/ Scan Copy | $50.70 |
| | $688.20 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    5  
Invoice 128243  
February 28, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 02/02/2021 | BMM | AA | Call with P. Spellane (Harris Beach) regarding document production. | 0.10 | 695.00 | $69.50 |
| 02/08/2021 | EG | AA | Research and write memo re: Fidelis Care transaction (1/3 of time). | 2.50 | 700.00 | $1,750.00 |
| 02/09/2021 | EG | AA | Research and write memo re: Fidelis Care transaction (1/3 of time). | 2.60 | 700.00 | $1,820.00 |
| 02/10/2021 | EG | AA | Research and write memo regarding Fidelis Care transaction (1/3 of time billed). | 2.00 | 700.00 | $1,400.00 |
| 02/10/2021 | BMM | AA | Call with P. Spellane (Harris Beach) regarding document production. | 0.10 | 695.00 | $69.50 |
| 02/11/2021 | EG | AA | Research and write memo regarding Fidelis Care transaction (1/3 of time billed). | 2.70 | 700.00 | $1,890.00 |
| 02/11/2021 | BMM | AA | Prepare document production for Committee review. | 0.20 | 695.00 | $139.00 |
| 02/12/2021 | JIS | AA | Call re potential avoidance action. | 0.60 | 700.00 | $420.00 |
| 02/12/2021 | IDS | AA | Review Fidelis memo from EEG (1/3). | 0.80 | 700.00 | $560.00 |
| 02/12/2021 | IDS | AA | Meet with J. Anderson, J. Stang regarding Fidelis (1/3). | 0.20 | 700.00 | $140.00 |
| 02/12/2021 | BMM | AA | Call with J. Shaw (BRG) regarding parish analysis. | 0.20 | 695.00 | $139.00 |
| 02/15/2021 | BMM | AA | Review documents related to errors and missing accounting data. | 0.10 | 695.00 | $69.50 |
| 02/15/2021 | BMM | AA | Call with J. Shaw (Berkeley Research Group) regarding parish analysis. | 0.20 | 695.00 | $139.00 |
| 02/16/2021 | BMM | AA | Review issues with parish financials and draft communication to Debtor's counsel regarding same. | 0.50 | 695.00 | $347.50 |
| 02/17/2021 | IDS | AA | Update memo, research notes regarding Mother Cabrini Trust (1/3). | 0.60 | 700.00 | $420.00 |
| 02/17/2021 | BMM | AA | Communication with debtor regarding financial questions. | 0.20 | 695.00 | $139.00 |
| 02/22/2021 | BMM | AA | Review email from L. Passero (Diocese) regarding parish financials and communicate with BRG regarding same. | 0.30 | 695.00 | $208.50 |
| | | | | **13.90** | | **$9,720.50** |
| **Case Administration [B110]** | | | | | | |
| 02/01/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.20 | 695.00 | $139.00 |
| 02/08/2021 | BMM | CA | Participate in call with Debtor's counsel regarding | 0.20 | 695.00 | $139.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | ongoing case issues. |  |  |  |
|  |  |  |  | **0.40** |  | **$278.00** |

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2021 | IDS | CO | Review correspondence to S. Donato regarding ill claimant. | 0.30 | 700.00 | $210.00 |
| 02/03/2021 | IDS | CO | Telephone with M. Campbell regarding ill claimant. | 0.30 | 700.00 | $210.00 |
| 02/03/2021 | IDS | CO | Review M. Belati causes against Diocese. | 0.60 | 700.00 | $420.00 |
|  |  |  |  | **1.20** |  | **$840.00** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2021 | IDS | GC | Prepare for counsel call. | 0.20 | 700.00 | $140.00 |
| 02/01/2021 | IDS | GC | Attend counsel call regarding mediation. | 0.80 | 700.00 | $560.00 |
| 02/01/2021 | BMM | GC | Participate in State Court Counsel meeting regarding mediation strategy (in part). | 0.30 | 695.00 | $208.50 |
| 02/08/2021 | IDS | GC | Attend SCC call regarding mediation. | 0.80 | 700.00 | $560.00 |
| 02/08/2021 | IDS | GC | Prepare for SCC call. | 0.20 | 700.00 | $140.00 |
| 02/08/2021 | BMM | GC | Participate in State Court Counsel meeting regarding mediation strategy and other case issues. | 0.50 | 695.00 | $347.50 |
| 02/10/2021 | IDS | GC | Prepare for committee meeting regarding mediation. | 1.50 | 700.00 | $1,050.00 |
| 02/10/2021 | IDS | GC | Attend committee meeting regarding mediation. | 1.50 | 700.00 | $1,050.00 |
| 02/10/2021 | BMM | GC | Participate in and take minutes at Committee meeting regarding mediation strategy (in part). | 0.60 | 695.00 | $417.00 |
| 02/11/2021 | BMM | GC | Draft meeting minutes. | 0.20 | 695.00 | $139.00 |
| 02/11/2021 | BMM | GC | Communications with Committee member regarding meeting. | 0.20 | 695.00 | $139.00 |
| 02/12/2021 | BMM | GC | Prepare document production for Committee review. | 0.70 | 695.00 | $486.50 |
| 02/15/2021 | IDS | GC | Email to SCC regarding call cancellation and brief update. | 0.20 | 700.00 | $140.00 |
| 02/17/2021 | IAWN | GC | Telephone conference w/ committee re coverage. | 1.20 | 700.00 | $840.00 |
| 02/17/2021 | IDS | GC | Prepare for committee call,including insurance issues. | 1.00 | 700.00 | $700.00 |
| 02/17/2021 | IDS | GC | Attend committee meeting regarding mediation, settlement offer, insurance analysis. | 1.30 | 700.00 | $910.00 |
| 02/17/2021 | BMM | GC | Call with Committee member. | 0.10 | 695.00 | $69.50 |
| 02/24/2021 | IAWN | GC | Telephone conference with SCC re insurance. | 1.70 | 700.00 | $1,190.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2021 | IDS | GC | Attend SCC call regarding insurance, mediation counter offer strategy. | 1.50 | 700.00 | $1,050.00 |
| 02/24/2021 | BMM | GC | Call with I. Scharf and I. Nasatir following up on State Court Counsel call. | 0.20 | 695.00 | $139.00 |
| 02/24/2021 | BMM | GC | Participate in State Court Counsel call regarding mediation. | 1.70 | 695.00 | $1,181.50 |
| 02/25/2021 | BMM | GC | Communication with State Court Counsel regarding case next steps. | 0.10 | 695.00 | $69.50 |
|  |  |  |  | **16.50** |  | **$11,527.00** |

**Insurance Coverage**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2021 | IAWN | IC | Telephone conference with SCC re insurance issues. | 0.20 | 700.00 | $140.00 |
| 02/01/2021 | JIS | IC | Call Ilan Scharf regarding insurance negotiations. | 0.20 | 700.00 | $140.00 |
| 02/10/2021 | IAWN | IC | Prep for tc with SCC (.1); telephone conference w/ SCC re mediation, (.6); telephone conference with Ilan Scharf re mediation, (.1). | 0.80 | 700.00 | $560.00 |
| 02/12/2021 | JIS | IC | Call Iain Nasatir regarding Rochester coverage issues from mediation. | 0.30 | 700.00 | $210.00 |
| 02/15/2021 | IAWN | IC | Telephone conference w/ LMI and Interstate lawyers re SIR (.3); telephone conference with Ilan Scharf re same (.1); exchange emails with Donato, LMI lawyers re meeting (.3); email to Murray re James I Stang attendance (.1). | 0.80 | 700.00 | $560.00 |
| 02/15/2021 | IDS | IC | Attend call with Debtor LMI regarding insurance. | 0.50 | 700.00 | $350.00 |
| 02/15/2021 | IDS | IC | Update insurance analysis/ settlement analysis. | 1.80 | 700.00 | $1,260.00 |
| 02/16/2021 | IAWN | IC | Review DRVC reply by LMI for further insurance information, SIR application. | 0.80 | 700.00 | $560.00 |
| 02/17/2021 | IAWN | IC | Commence calculating abuse by year with 1977-78 | 1.40 | 700.00 | $980.00 |
| 02/19/2021 | IAWN | IC | Continued abuse yearly count, 1979 - 86. | 2.20 | 700.00 | $1,540.00 |
| 02/21/2021 | IAWN | IC | Review claims chart, Midland and Squib, review and allocate claims per year. | 3.20 | 700.00 | $2,240.00 |
| 02/22/2021 | IAWN | IC | Review coverage chart (.1); exchange emails with Murray re excess issues (.2). | 0.30 | 700.00 | $210.00 |
| 02/23/2021 | IAWN | IC | Prep for call with Ilan Scharf re insurance (.2); tc Ilan Scharf re penetration values, Spokane severity chart, insurance, exchange emails with Murray re progress (.9). | 1.10 | 700.00 | $770.00 |
| 02/24/2021 | IAWN | IC | Review Murray claims chart, self-insured retention and aggregates | 1.50 | 700.00 | $1,050.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2021 | IAWN | IC | Telephone conference with Ilan Scharf re claims (4); exchange emails with Murray re missing claims, excluded claims (.2); review SIR chart from LMI (.1); draft and send email to Sugayan re inconsistencies, (.1); exchange emails with Murray re progress (.1). | 0.90 | 700.00 | $630.00 |
| 02/24/2021 | IDS | IC | Revise analysis of Insterstate/LMI claims. | 1.80 | 700.00 | $1,260.00 |
| 02/24/2021 | IDS | IC | Telephone call with I. Nasatir regarding Insterstate/LMI coverage. | 0.40 | 700.00 | $280.00 |
| 02/25/2021 | IDS | IC | Revise LMI Insurance analysis. | 1.40 | 700.00 | $980.00 |
|  |  |  |  | **19.60** |  | **$13,720.00** |

**Mediation**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 02/11/2021 | IDS | ME | Prepare for mediation. | 1.20 | 700.00 | $840.00 |
| 02/12/2021 | JIS | ME | Call Ilan Scharf re status of mediation. | 0.10 | 700.00 | $70.00 |
| 02/12/2021 | IDS | ME | Prepare for mediation. | 0.50 | 700.00 | $350.00 |
| 02/12/2021 | IDS | ME | Attend mediation with Diocese, Insurers. | 5.00 | 700.00 | $3,500.00 |
| 02/12/2021 | BMM | ME | Participate in mediation. | 3.10 | 695.00 | $2,154.50 |
| 02/13/2021 | IAWN | ME | Telephone conference with James I Stang re mediation | 0.30 | 700.00 | $210.00 |
| 02/16/2021 | IDS | ME | Telephone call with Donato regarding mediation. | 0.40 | 700.00 | $280.00 |
| 02/17/2021 | IDS | ME | Research regarding impact of single insurer v. Global settlement. | 1.70 | 700.00 | $1,190.00 |
| 02/24/2021 | JIS | ME | Call Ilan Scharf regarding mediation issues. | 0.30 | 700.00 | $210.00 |
|  |  |  |  | **12.60** |  | **$8,804.50** |

**Stay Litigation [B140]**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 02/08/2021 | IDS | SL | Telephone call with N. Foote regarding automatic stay. | 0.40 | 700.00 | $280.00 |
|  |  |  |  | **0.40** |  | **$280.00** |

**TOTAL SERVICES FOR THIS MATTER:** **$45,170.00**

Pachulski Stang Ziehl & Jones LLP  Page:    10
Diocese of Rochester O.C.C.  Invoice 128243
18489    - 00002  February 28, 2021

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/04/2021 | PO | Postage [E108] Postage | 30.40 |
| 02/04/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/04/2021 | RE2 | SCAN/COPY ( 266 @0.10 PER PG) | 26.60 |
| 02/04/2021 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 02/04/2021 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 02/04/2021 | RE2 | SCAN/COPY ( 150 @0.10 PER PG) | 15.00 |
| 02/11/2021 | LN | 18489.00002 Lexis Charges for 02-11-21 | 32.55 |
| 02/23/2021 | OS | Mobile Parcel Carriers, Inv. 225296, KBD | 12.00 |
| 02/24/2021 | LN | 18489.00002 Lexis Charges for 02-24-21 | 12.55 |
| 02/28/2021 | OS | Everlaw, Inv. 36268, Diocese of Rochester database for month of February | 550.00 |

**Total Expenses for this Matter**  **$688.20**

| Pachulski Stang Ziehl & Jones LLP | Page: 11 |
| Diocese of Rochester O.C.C. | Invoice 128243 |
| 18489    - 00002 | February 28, 2021 |

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**     02/28/2021

| | |
|---|---:|
| **Total Fees** | $45,170.00 |
| **Total Expenses** | 688.20 |
| **Total Due on Current Invoice** | $45,858.20 |

**Outstanding Balance from prior invoices as of**     02/28/2021     (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128227 | 09/30/2020 | $146,365.00 | $696.62 | $147,061.62 |
| 128231 | 10/31/2020 | $83,000.00 | $1,677.01 | $84,677.01 |
| 128233 | 11/30/2020 | $64,765.00 | $551.94 | $65,316.94 |
| 128235 | 12/31/2020 | $48,815.00 | $530.06 | $49,345.06 |
| 128241 | 01/31/2021 | $35,104.00 | $611.52 | $35,715.52 |

**Total Amount Due on Current and Prior Invoices:**     **$662,342.63**

Case 2-19-20905-PRW,    Doc 1258-6,    Filed 08/25/21,    Entered 08/25/21 12:29:32,
Description: Exhibit F - February 2021, Page 12 of 12