# EXHIBIT G
# [March 2021 Notice of Invoice]

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |  |
|---|---|---|
| JIS | March 31, 2021 | |
| | Invoice | 128246 |
| | Client | 18489 |
| | Matter | 00002 |
| | | **JIS** |

RE: Committee Representation

---

| **STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH** | **03/31/2021** |
|---|---|
| FEES | $81,089.50 |
| EXPENSES | $807.88 |
| **TOTAL CURRENT CHARGES** | **$81,897.38** |
| **BALANCE FORWARD** | **$662,342.63** |
| **TOTAL BALANCE DUE** | **$744,240.01** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 50.10 | $34,819.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 10.80 | $7,560.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 53.90 | $37,730.00 |
| JIS | Stang, James I. | Partner | 700.00 | 1.40 | $980.00 |
| | | | | 116.20 | $81,089.50 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 1.50 | $1,046.50 |
| BL | Bankruptcy Litigation [L430] | 0.40 | $280.00 |
| CA | Case Administration [B110] | 1.80 | $1,257.00 |
| CO | Claims Admin/Objections[B310] | 11.00 | $7,699.50 |
| CP | Compensation Prof. [B160] | 1.80 | $1,260.00 |
| GC | General Creditors Comm. [B150] | 21.80 | $15,220.50 |
| IC | Insurance Coverage | 10.20 | $7,140.00 |
| ME | Mediation | 11.20 | $7,840.00 |
| SL | Stay Litigation [B140] | 56.50 | $39,346.00 |
|  |  | 116.20 | $81,089.50 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Conference Call [E105] | $91.48 |
| Filing Fee [E112] | $50.00 |
| Lexis/Nexis- Legal Research [E | $38.30 |
| Pacer - Court Research | $2.10 |
| Postage [E108] | $76.00 |
| Research [E106] | $550.00 |
| | $807.88 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 03/02/2021 | BMM | AA | Review State Court Counsel memo regarding document redactions. | 0.10 | 695.00 | $69.50 |
| 03/10/2021 | IDS | AA | Review matters relating to parish assets (value) for settlement analysis. | 0.80 | 700.00 | $560.00 |
| 03/23/2021 | BMM | AA | Review analysis of parish assets. | 0.20 | 695.00 | $139.00 |
| 03/25/2021 | BMM | AA | Call with J. Shaw regarding parish analysis. | 0.40 | 695.00 | $278.00 |
| | | | | **1.50** | | **$1,046.50** |
| **Bankruptcy Litigation [L430]** | | | | | | |
| 03/31/2021 | IDS | BL | Email to B .Michael regarding sealing motion. | 0.40 | 700.00 | $280.00 |
| | | | | **0.40** | | **$280.00** |
| **Case Administration [B110]** | | | | | | |
| 03/03/2021 | JIS | CA | Status call with Debtor. | 0.20 | 700.00 | $140.00 |
| 03/03/2021 | IDS | CA | Call with Diocese regarding insurance, mediation. | 0.40 | 700.00 | $280.00 |
| 03/10/2021 | JIS | CA | Call with Debtor re case status. | 0.30 | 700.00 | $210.00 |
| 03/10/2021 | IDS | CA | Telephone call with Pachulski Stang Ziehl & Jones and BSK teams regarding case issues mediation. | 0.30 | 700.00 | $210.00 |
| 03/10/2021 | BMM | CA | Call with Debtor regarding outstanding case issues. | 0.30 | 695.00 | $208.50 |
| 03/17/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.30 | 695.00 | $208.50 |
| | | | | **1.80** | | **$1,257.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 03/11/2021 | IDS | CO | Respond to SCC inquiries regarding effect of CBI bankruptcy on claims against Debtor involving B. Kearny HS. | 2.40 | 700.00 | $1,680.00 |
| 03/18/2021 | BMM | CO | Communications with BRG and Debtor's counsel regarding claims. | 0.10 | 695.00 | $69.50 |
| 03/24/2021 | IDS | CO | Zoom with James Vernon, Week/ Noaker regarding claims against religious order schools. | 0.70 | 700.00 | $490.00 |
| 03/25/2021 | IDS | CO | Telephone conference with A. Domain regarding claims against Religious clergy. | 0.40 | 700.00 | $280.00 |
| 03/25/2021 | IDS | CO | Analysis of claims against Religious clergy. | 2.40 | 700.00 | $1,680.00 |
| 03/26/2021 | IDS | CO | Research regarding claims involving Cardinal Mooney HS. | 0.80 | 700.00 | $560.00 |

|            |      |    |                                                                                                                    | Hours | Rate   | Amount     |
|------------|------|----|--------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 03/26/2021 | IDS  | CO | Telephone conference with L. James regarding Cardinal Mooney HS claims.                                            | 0.40  | 700.00 | $280.00    |
| 03/31/2021 | IDS  | CO | Review research materials regarding Diocesan liability for religious orders.                                       | 2.80  | 700.00 | $1,960.00  |
| 03/31/2021 | IDS  | CO | Telephone conference with SCC (Domian, James) regarding religious order liability, diocesan liability for religious abuse. | 1.00  | 700.00 | $700.00    |
|            |      |    |                                                                                                                    | 11.00 |        | $7,699.50  |

### Compensation Prof. [B160]

|            |     |    |                       | Hours | Rate   | Amount    |
|------------|-----|----|-----------------------|-------|--------|-----------|
| 03/10/2021 | IDS | CP | Work on fee application. | 1.80  | 700.00 | $1,260.00 |
|            |     |    |                       | 1.80  |        | $1,260.00 |

### General Creditors Comm. [B150]

|            |      |    |                                                                                   | Hours | Rate   | Amount   |
|------------|------|----|-----------------------------------------------------------------------------------|-------|--------|----------|
| 03/01/2021 | IDS  | GC | Counsel call regarding insurance /LMI.                                            | 1.00  | 700.00 | $700.00  |
| 03/01/2021 | BMM  | GC | Participate in State Court Counsel call regarding mediation.                      | 1.00  | 695.00 | $695.00  |
| 03/03/2021 | BMM  | GC | Participate in and take minutes at Committee meeting regarding mediation and other case issues. | 1.30  | 695.00 | $903.50  |
| 03/04/2021 | IDS  | GC | Met with CW and L. James regarding insurance deed.                                | 1.00  | 700.00 | $700.00  |
| 03/05/2021 | BMM  | GC | Draft meeting minutes.                                                            | 0.30  | 695.00 | $208.50  |
| 03/05/2021 | BMM  | GC | Call with Committee member and State Court Counsel regarding LMI counteroffer.    | 1.00  | 695.00 | $695.00  |
| 03/09/2021 | BMM  | GC | Respond to question from State Court Counsel.                                     | 0.20  | 695.00 | $139.00  |
| 03/10/2021 | IAWN | GC | Telephone conference w/ SCC re strategy and test cases.                           | 0.80  | 700.00 | $560.00  |
| 03/10/2021 | JIS  | GC | Call Ilan Scharf and Brittany Michael re follow up to Rochester call with Debtor. | 0.30  | 700.00 | $210.00  |
| 03/10/2021 | IDS  | GC | Meet with SCC regarding mediation & stay relief.                                  | 0.80  | 700.00 | $560.00  |
| 03/10/2021 | BMM  | GC | Call with State Court Counsel regarding relief from stay strategy.                | 0.90  | 695.00 | $625.50  |
| 03/15/2021 | BMM  | GC | Participate in State Court Counsel meeting regarding case issues                  | 0.70  | 695.00 | $486.50  |
| 03/18/2021 | BMM  | GC | Finalize Committee meeting minutes and post to dropbox.                           | 0.10  | 695.00 | $69.50   |
| 03/22/2021 | IAWN | GC | Telephone conference w/ SCC re insurance.                                         | 0.80  | 700.00 | $560.00  |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:     7  
Invoice 128246  
March 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/22/2021 | IAWN | GC | Telephone conference w /SCC re case status. | 0.80 | 700.00 | $560.00 |
| 03/22/2021 | BMM | GC | Call with State Court Counsel regarding relief from stay. | 0.80 | 695.00 | $556.00 |
| 03/23/2021 | IDS | GC | Work on presentation for committee meeting regarding mediation strategy. | 1.80 | 700.00 | $1,260.00 |
| 03/24/2021 | IAWN | GC | Telephone conference w/ committee, B. Michaels I. Scharf re mediation and insurance. | 1.40 | 700.00 | $980.00 |
| 03/24/2021 | IDS | GC | Committee meeting regarding mediation strategy. | 1.40 | 700.00 | $980.00 |
| 03/24/2021 | IDS | GC | Finalize presentation to committee regarding mediation strategy. | 1.70 | 700.00 | $1,190.00 |
| 03/24/2021 | IDS | GC | Review and comment on draft minutes of committee meeting. | 0.10 | 700.00 | $70.00 |
| 03/24/2021 | BMM | GC | Schedule State Court Counsel meetings. | 0.30 | 695.00 | $208.50 |
| 03/24/2021 | BMM | GC | Participate in and take minutes at Committee meeting regarding relief from stay and other case issues (in part). | 0.70 | 695.00 | $486.50 |
| 03/24/2021 | BMM | GC | Revise meeting minutes. | 0.30 | 695.00 | $208.50 |
| 03/25/2021 | IDS | GC | Telephone conference with claimant # CC008 regarding case status. | 0.40 | 700.00 | $280.00 |
| 03/29/2021 | BMM | GC | Communications with State Court Counsel regarding relief from stay. | 0.20 | 695.00 | $139.00 |
| 03/29/2021 | BMM | GC | Communication with Committee member. | 0.10 | 695.00 | $69.50 |
| 03/31/2021 | IDS | GC | SCC call regarding mediation, stay relief. | 1.30 | 700.00 | $910.00 |
| 03/31/2021 | IDS | GC | Prepare for SCC call. | 0.30 | 700.00 | $210.00 |
| | | | | **21.80** | | **$15,220.50** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2021 | IAWN | IC | Review file re email to LMI send reminder email to Sugayan re SIR | 0.10 | 700.00 | $70.00 |
| 03/01/2021 | IDS | IC | Update insurance analysis, coverage chart. | 2.40 | 700.00 | $1,680.00 |
| 03/02/2021 | IAWN | IC | Telephone conference with Sugayan re loss fund and self insured retention calculations (.4); email to Ilan Scharf with summary of Sugayan tc (.1). | 0.50 | 700.00 | $350.00 |
| 03/03/2021 | IAWN | IC | Telephone conference with TCC re insurance offer | 1.20 | 700.00 | $840.00 |
| 03/04/2021 | IAWN | IC | Review Ilan Scharf letter to Zive, .1 review SCC emails re same, .1 | 0.20 | 700.00 | $140.00 |
| 03/08/2021 | IDS | IC | Review analysis of L& I / Interstate claims. | 0.40 | 700.00 | $280.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/09/2021 | IAWN | IC | Review nine claims re timing of abuse and occurences and insurance (.8); TC with I. Scharf re same (.1); TC with debtors re LMI/Interstate (.8); TC with I. Scharf re debtor call (.1); TC with Murray and Donato re settlement values (.4); TC I. Scharf re same (.1); Review Onato email re mediation.(1). | 2.40 | 700.00 | $1,680.00 |
| 03/11/2021 | IAWN | IC | Review emails between debtor, insurers and PSZJ re call re mediation, (.2); exchange emails with Ilan Scharf re purpose of call (.1). | 0.30 | 700.00 | $210.00 |
| 03/11/2021 | IDS | IC | Email to I. Nasatir regarding insurance issues. | 0.70 | 700.00 | $490.00 |
| 03/12/2021 | IAWN | IC | Review Lee emails re claims with attachments | 0.10 | 700.00 | $70.00 |
| 03/16/2021 | IAWN | IC | Exchange emails with James I Stang and Ilan Scharf re Catholic Mutual representation. | 0.10 | 700.00 | $70.00 |
| 03/17/2021 | JIS | IC | Call Ilan Scharf regarding LMI insurance issues. | 0.10 | 700.00 | $70.00 |
| 03/18/2021 | IAWN | IC | Exchange emails with James I Stang re coverage counsel and LMI | 0.10 | 700.00 | $70.00 |
| 03/19/2021 | IAWN | IC | Review chart re survivors and abuse and analyze re insurance (1.3); draft email to B. Michael and Ilan Scharf re relief from stay and insurance (.1). | 1.40 | 700.00 | $980.00 |
| 03/31/2021 | IAWN | IC | Exchange emails with B. Michael re coverage correspondence (.1); review file re coverage correspondence (.1). | 0.20 | 700.00 | $140.00 |
| | | | | **10.20** | | **$7,140.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/03/2021 | IDS | ME | Attend committee call regarding mediation. | 1.30 | 700.00 | $910.00 |
| 03/03/2021 | IDS | ME | Prepare for committee call regarding mediation. | 0.40 | 700.00 | $280.00 |
| 03/04/2021 | IDS | ME | Draft Insurer deed letter. | 0.40 | 700.00 | $280.00 |
| 03/05/2021 | IDS | ME | Telephone conference with various SCC regarding status of mediation. | 0.80 | 700.00 | $560.00 |
| 03/08/2021 | IDS | ME | Telephone call with Judy Zive regarding mediation. | 0.80 | 700.00 | $560.00 |
| 03/08/2021 | IDS | ME | Telephone call with L. James regarding stay relief. | 0.60 | 700.00 | $420.00 |
| 03/09/2021 | JIS | ME | Call Ilan Scharf regarding Rochester mediation issues. | 0.20 | 700.00 | $140.00 |
| 03/09/2021 | IDS | ME | Telephone call with Nasatir, Donato, Murray regarding mediation. | 0.50 | 700.00 | $350.00 |
| 03/09/2021 | IDS | ME | Telephone call with J. Zive regarding mediation. | 0.30 | 700.00 | $210.00 |
| 03/09/2021 | IDS | ME | Telephone call with James Stang regarding | 0.20 | 700.00 | $140.00 |

|            |      |      |                                                                                                  | Hours | Rate   | Amount    |
|------------|------|------|--------------------------------------------------------------------------------------------------|-------|--------|-----------|
|            |      |      | mediation.                                                                                       |       |        |           |
| 03/12/2021 | IDS  | ME   | Call with Donato, answers regarding mediation issues.                                            | 0.80  | 700.00 | $560.00   |
| 03/12/2021 | IDS  | ME   | Prepare for call with insurers.                                                                  | 1.00  | 700.00 | $700.00   |
| 03/22/2021 | JIS  | ME   | Call Ilan Scharf re insurance strategy for mediaiton.                                            | 0.30  | 700.00 | $210.00   |
| 03/22/2021 | IDS  | ME   | Work on analysis of Diocesan liability for religious order status.                               | 1.40  | 700.00 | $980.00   |
| 03/22/2021 | IDS  | ME   | Call with SCC regarding mediation.                                                               | 0.80  | 700.00 | $560.00   |
| 03/24/2021 | IDS  | ME   | Review research regarding estimation proceedings.                                                | 1.40  | 700.00 | $980.00   |
|            |      |      |                                                                                                  | 11.20 |        | $7,840.00 |

**Stay Litigation [B140]**

|            |      |     |                                                                                                                            | Hours | Rate   | Amount    |
|------------|------|-----|----------------------------------------------------------------------------------------------------------------------------|-------|--------|-----------|
| 03/08/2021 | BMM  | SL  | Compile list of potential relief from stay cases.                                                                          | 0.40  | 695.00 | $278.00   |
| 03/09/2021 | BMM  | SL  | Prepare relief from stay chart.                                                                                            | 0.70  | 695.00 | $486.50   |
| 03/10/2021 | IDS  | SL  | Email to Brittany Michael regarding stay relief.                                                                           | 0.20  | 700.00 | $140.00   |
| 03/10/2021 | IDS  | SL  | Stay relief analysis from prior Diocesan cases.                                                                            | 1.10  | 700.00 | $770.00   |
| 03/10/2021 | IDS  | SL  | Analysis of cases for stay relief.                                                                                         | 0.40  | 700.00 | $280.00   |
| 03/10/2021 | BMM  | SL  | Call with I. Scharf regarding relief from stay.                                                                            | 0.40  | 695.00 | $278.00   |
| 03/10/2021 | BMM  | SL  | Review and revise extension of parish stipulation.                                                                         | 0.20  | 695.00 | $139.00   |
| 03/11/2021 | IDS  | SL  | Email with L. James regarding parish stay extension.                                                                       | 0.40  | 700.00 | $280.00   |
| 03/12/2021 | IDS  | SL  | Update parish stay stipulation.                                                                                            | 0.40  | 700.00 | $280.00   |
| 03/12/2021 | BMM  | SL  | Review background materials for relief from stay.                                                                          | 0.30  | 695.00 | $208.50   |
| 03/15/2021 | IAWN | SL  | Review relief from stay pleadings from Great Falls (.3); review Ilan sScharf email re Zive to committee (.1).              | 0.40  | 700.00 | $280.00   |
| 03/16/2021 | IDS  | SL  | Review/assess insurance issues regarding stay relief.                                                                      | 1.80  | 700.00 | $1,260.00 |
| 03/16/2021 | BMM  | SL  | Review potential relief from stay claims.                                                                                  | 0.60  | 695.00 | $417.00   |
| 03/16/2021 | BMM  | SL  | Call with I. Scharf on relief from stay case review.                                                                       | 0.80  | 695.00 | $556.00   |
| 03/17/2021 | IDS  | SL  | Attend to defendant pursuing stayed CVA case.                                                                              | 0.60  | 700.00 | $420.00   |
| 03/18/2021 | IDS  | SL  | Telephone conference with BMM and N. Foote regarding stay relief program.                                                  | 0.50  | 700.00 | $350.00   |
| 03/18/2021 | IDS  | SL  | Telephone conference with BMM and JAA/Boyd regarding stay relief program.                                                  | 0.50  | 700.00 | $350.00   |
| 03/18/2021 | IDS  | SL  | Telephone conference with BMM and JVW regarding relief program.                                                            | 0.50  | 700.00 | $350.00   |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489   - 00002

Page:    10  
Invoice 128246  
March 31, 2021

|            |     |    |                                                                                 | Hours | Rate   | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------|-------|--------|------------|
| 03/18/2021 | IDS | SL | Telephone conference with BMM and PCVA regarding stay relief program.           | 0.50  | 700.00 | $350.00    |
| 03/18/2021 | IDS | SL | Email to BMM regarding stay relief process, MOL.                                | 0.40  | 700.00 | $280.00    |
| 03/18/2021 | BMM | SL | Calls with State Court Counsel regarding relief from stay cases.                | 3.10  | 695.00 | $2,154.50  |
| 03/19/2021 | IDS | SL | Review claims proposed for stay relief.                                         | 2.80  | 700.00 | $1,960.00  |
| 03/19/2021 | IDS | SL | Revise stay relief chart.                                                       | 1.00  | 700.00 | $700.00    |
| 03/19/2021 | IDS | SL | Telephone conference with BMM regarding stay relief options.                    | 0.80  | 700.00 | $560.00    |
| 03/19/2021 | BMM | SL | Prepare relief from stay materials.                                             | 2.20  | 695.00 | $1,529.00  |
| 03/19/2021 | BMM | SL | Calls with State Court Counsel regarding relief from stay cases.                | 1.70  | 695.00 | $1,181.50  |
| 03/22/2021 | IDS | SL | Review stay relief pleadings.                                                   | 0.30  | 700.00 | $210.00    |
| 03/22/2021 | IDS | SL | Analysis of stay relief cases (CVA cases).                                      | 1.30  | 700.00 | $910.00    |
| 03/22/2021 | BMM | SL | Analyze precedent for relief from stay motions in Catholic bankruptcies.        | 0.70  | 695.00 | $486.50    |
| 03/23/2021 | IDS | SL | Revise stay relief from motion.                                                 | 0.80  | 700.00 | $560.00    |
| 03/23/2021 | IDS | SL | Telephone conference with D. Paolicelli regarding stay relief.                  | 0.40  | 700.00 | $280.00    |
| 03/23/2021 | IDS | SL | Email with SCC regarding stay relief.                                           | 0.60  | 700.00 | $420.00    |
| 03/23/2021 | BMM | SL | Revise relief from stay materials.                                              | 0.50  | 695.00 | $347.50    |
| 03/23/2021 | BMM | SL | Draft relief from stay memo of law.                                             | 1.20  | 695.00 | $834.00    |
| 03/24/2021 | BMM | SL | Revise relief from stay materials.                                              | 0.40  | 695.00 | $278.00    |
| 03/24/2021 | BMM | SL | Legal research on relief from stay.                                             | 0.80  | 695.00 | $556.00    |
| 03/24/2021 | BMM | SL | Meeting with State Court Counsel regarding relief from stay.                    | 1.10  | 695.00 | $764.50    |
| 03/24/2021 | BMM | SL | Draft memo of law in support of relief from stay motions.                       | 3.70  | 695.00 | $2,571.50  |
| 03/24/2021 | BMM | SL | Call with I. Scharf regarding relief from stay.                                 | 0.50  | 695.00 | $347.50    |
| 03/25/2021 | BMM | SL | Calls with State Court Counsel regarding relief from stay cases.                | 0.30  | 695.00 | $208.50    |
| 03/26/2021 | BMM | SL | Call with I. Scharf on relief from stay strategy.                               | 0.40  | 695.00 | $278.00    |
| 03/26/2021 | BMM | SL | Draft memo of law in support of relief from stay motions.                       | 2.60  | 695.00 | $1,807.00  |
| 03/29/2021 | BMM | SL | Draft relief from stay memo of law.                                             | 6.40  | 695.00 | $4,448.00  |
| 03/30/2021 | BMM | SL | Draft relief from stay joinder.                                                 | 6.00  | 695.00 | $4,170.00  |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/31/2021 | BMM | SL | Participate in State Court Counsel meeting regarding relief from stay. | 0.40 | 695.00 | $278.00 |
| 03/31/2021 | BMM | SL | Call with I. Scharf on relief from stay strategy. | 0.30 | 695.00 | $208.50 |
| 03/31/2021 | BMM | SL | Draft relief from stay joinder. | 4.70 | 695.00 | $3,266.50 |
| 03/31/2021 | BMM | SL | Call with State Court Counsel regarding relief from stay. | 0.40 | 695.00 | $278.00 |
| | | | | 56.50 | | $39,346.00 |

**TOTAL SERVICES FOR THIS MATTER:** $81,089.50

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489   - 00002

Page:     12  
Invoice 128246  
March 31, 2021

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---:|
| 03/04/2021 | FF  | Filing Fee [E112] USDC, District Court of New York, IDS | 50.00 |
| 03/15/2021 | CC  | Conference Call [E105]  Loop up, IDS | 31.40 |
| 03/16/2021 | LN  | 18489.00002 Lexis Charges for 03-16-21 | 0.84 |
| 03/16/2021 | LN  | 18489.00002 Lexis Charges for 03-16-21 | 11.93 |
| 03/17/2021 | LN  | 18489.00002 Lexis Charges for 03-17-21 | 1.68 |
| 03/17/2021 | LN  | 18489.00002 Lexis Charges for 03-17-21 | 23.85 |
| 03/17/2021 | PO  | Postage Charges | 76.00 |
| 03/22/2021 | CC  | Conference Call [E105]  Loop up, IDS | 60.08 |
| 03/31/2021 | RS  | Research [E106] Everlaw, Inc. Inv. 38565 | 550.00 |
| 03/31/2021 | PAC | Pacer - Court Research | 2.10 |

**Total Expenses for this Matter**     **$807.88**

# REMITTANCE ADVICE

Please inlcude this Remittance with your payment

**For current services rendered through:**    03/31/2021

| | |
|---|---:|
| **Total Fees** | $81,089.50 |
| **Total Expenses** | 807.88 |
| **Total Due on Current Invoice** | $81,897.38 |

Outstanding Balance from prior invoices as of    03/31/2021    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128227 | 09/30/2020 | $146,365.00 | $696.62 | $147,061.62 |
| 128231 | 10/31/2020 | $83,000.00 | $1,677.01 | $84,677.01 |
| 128233 | 11/30/2020 | $64,765.00 | $551.94 | $65,316.94 |
| 128235 | 12/31/2020 | $48,815.00 | $530.06 | $49,345.06 |
| 128241 | 01/31/2021 | $35,104.00 | $611.52 | $35,715.52 |
| 128243 | 02/28/2021 | $45,170.00 | $688.20 | $45,858.20 |

**Total Amount Due on Current and Prior Invoices:**    **$744,240.01**