# EXHIBIT H
# [April 2021 Notice of Invoice]

DOCS_DE:235588.2 18489/002

Case 2-19-20905-PRW,   Doc 1258-8,   Filed 08/25/21,   Entered 08/25/21 12:29:32,
Description: Exhibit H - April 2021, Page 1 of 12

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

|  |  |
|---|---|
| | April 30, 2021 |
| Invoice | 128248 |
| Client | 18489 |
| Matter | 00002 |
| | **JIS** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   04/30/2021

| | |
|---|---|
| FEES | $37,329.50 |
| EXPENSES | $550.00 |
| **TOTAL CURRENT CHARGES** | **$37,879.50** |
| **BALANCE FORWARD** | **$744,240.01** |
| **TOTAL BALANCE DUE** | **$782,119.51** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:     2
Invoice 128248
April 30, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 18.10 | $12,579.50 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 1.00 | $700.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 33.50 | $23,450.00 |
| JIS | Stang, James I. | Partner | 700.00 | 0.60 | $420.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 0.60 | $180.00 |
| | | | | 53.80 | $37,329.50 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:     3
Invoice 128248
April 30, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 5.70 | $3,979.00 |
| BL | Bankruptcy Litigation [L430] | 5.50 | $3,591.50 |
| CA | Case Administration [B110] | 0.90 | $629.00 |
| CO | Claims Admin/Objections[B310] | 4.60 | $3,220.00 |
| CP | Compensation Prof. [B160] | 1.00 | $700.00 |
| GC | General Creditors Comm. [B150] | 6.20 | $4,336.50 |
| H | Hearings | 2.30 | $1,606.00 |
| IC | Insurance Coverage | 0.20 | $140.00 |
| ME | Mediation | 12.40 | $8,679.00 |
| SL | Stay Litigation [B140] | 15.00 | $10,448.50 |
| | | 53.80 | $37,329.50 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    - 00002

Page:    4

Invoice 128248

April 30, 2021

## <u>Summary of Expenses</u>

| Description | Amount |
|---|---|
| Research [E106] | $550.00 |
| | $550.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:     5
Invoice 128248
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis/Recovery[B120]**

| 04/06/2021 | JIS | AA | Call J. Herman regarding healthcare entity. | 0.10 | 700.00 | $70.00 |
| 04/08/2021 | IDS | AA | Analysis of Missouri abuse decision; effect on insurance. | 1.00 | 700.00 | $700.00 |
| 04/09/2021 | IDS | AA | Telephone call with S. Boyd regarding parish finances. | 0.40 | 700.00 | $280.00 |
| 04/12/2021 | IDS | AA | Call with Langstram, Boyd, BRG regarding parish finances. | 1.00 | 700.00 | $700.00 |
| 04/12/2021 | BMM | AA | Call regarding parish finances with BRG and Boyd. | 2.20 | 695.00 | $1,529.00 |
| 04/29/2021 | IDS | AA | Research regarding Bishop's responsibility for religious order clergy. | 1.00 | 700.00 | $700.00 |
|  |  |  |  | 5.70 |  | $3,979.00 |

**Bankruptcy Litigation [L430]**

| 04/06/2021 | BMM | BL | Review newspaper objection to Diocese's motion to seal documents. | 0.10 | 695.00 | $69.50 |
| 04/07/2021 | IDS | BL | Email with B. Michael regarding sealing survivor names. | 0.40 | 700.00 | $280.00 |
| 04/07/2021 | BMM | BL | Review filings regarding sealing of certificates of service. | 1.20 | 695.00 | $834.00 |
| 04/07/2021 | BMM | BL | Draft statement regarding sealing of certificates of service. | 0.50 | 695.00 | $347.50 |
| 04/07/2021 | BMM | BL | Draft statement regarding sealing of certificates of service. | 0.60 | 695.00 | $417.00 |
| 04/08/2021 | BMM | BL | Draft statement regarding sealing of certificates of service. | 0.70 | 695.00 | $486.50 |
| 04/12/2021 | IDS | BL | Finalize statement regarding filing under seal. | 0.80 | 700.00 | $560.00 |
| 04/12/2021 | LSC | BL | Assist with preparation and filing of statement re sealed service. | 0.60 | 300.00 | $180.00 |
| 04/12/2021 | BMM | BL | Finalize and file statement in support of motion to file under seal. | 0.20 | 695.00 | $139.00 |
| 04/12/2021 | BMM | BL | Draft statement in support of motion to seal. | 0.40 | 695.00 | $278.00 |
|  |  |  |  | 5.50 |  | $3,591.50 |

**Case Administration [B110]**

| 04/12/2021 | JIS | CA | Call Ilan Scharf regarding Rochester interview. | 0.30 | 700.00 | $210.00 |
| 04/12/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case | 0.20 | 695.00 | $139.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:      6
Invoice 128248
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | issues. |  |  |  |
| 04/28/2021 | IDS | CA | Email to Donato regarding check- in call. | 0.10 | 700.00 | $70.00 |
| 04/28/2021 | IDS | CA | Telephone call with Donato, Sullivan, Walter regarding case issues. | 0.30 | 700.00 | $210.00 |
|  |  |  |  | **0.90** |  | **$629.00** |

### Claims Admin/Objections[B310]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 04/22/2021 | IDS | CO | Email to M. DeRuve regarding late claims. | 0.40 | 700.00 | $280.00 |
| 04/22/2021 | IDS | CO | Research/analysis regarding estimation. | 2.80 | 700.00 | $1,960.00 |
| 04/22/2021 | IDS | CO | Revise memo regarding claim estimation. | 1.40 | 700.00 | $980.00 |
|  |  |  |  | **4.60** |  | **$3,220.00** |

### Compensation Prof. [B160]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 04/12/2021 | IDS | CP | Work on fee app ( Pachulski Stang Ziehl & Jones). | 1.00 | 700.00 | $700.00 |
|  |  |  |  | **1.00** |  | **$700.00** |

### General Creditors Comm. [B150]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 04/07/2021 | IAWN | GC | Exchange emails with Ilan Scharf re communications with diocese | 0.10 | 700.00 | $70.00 |
| 04/07/2021 | IAWN | GC | Telephone conference w/ TCC re insurance. | 0.70 | 700.00 | $490.00 |
| 04/07/2021 | IDS | GC | Prepare for committee meetings draft powerpoint deck. | 1.40 | 700.00 | $980.00 |
| 04/07/2021 | IDS | GC | Attend committee meeting regarding mediation. | 1.00 | 700.00 | $700.00 |
| 04/07/2021 | BMM | GC | Participate in and take minutes at committee meeting regarding relief from stay and other case issues. | 0.70 | 695.00 | $486.50 |
| 04/12/2021 | IDS | GC | Telephone call with Debtor's counsel regarding case issues status. | 0.30 | 700.00 | $210.00 |
| 04/26/2021 | IDS | GC | Attend counsel call regarding mediation, case status. | 1.00 | 700.00 | $700.00 |
| 04/28/2021 | IDS | GC | Email to SCC regarding meeting agenda. | 0.20 | 700.00 | $140.00 |
| 04/28/2021 | IDS | GC | Counsel call regarding mediation. | 0.60 | 700.00 | $420.00 |
| 04/28/2021 | IDS | GC | Prepare for counsel call. | 0.20 | 700.00 | $140.00 |
|  |  |  |  | **6.20** |  | **$4,336.50** |

### Hearings

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 04/15/2021 | IDS | H | Prepare for hearing on sealing order. | 1.00 | 700.00 | $700.00 |
| 04/15/2021 | IDS | H | Attend hearing on sealing order. | 0.50 | 700.00 | $350.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489   - 00002

Page:     7

Invoice 128248

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/15/2021 | BMM | H | Participate in hearing on filing certificates of service under seal. | 0.50 | 695.00 | $347.50 |
| 04/15/2021 | BMM | H | Prepare for hearing on motion to file under seal. | 0.30 | 695.00 | $208.50 |
| | | | | **2.30** | | **$1,606.00** |

### Insurance Coverage

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/29/2021 | IAWN | IC | Review demand letter from I. Scharf. | 0.10 | 700.00 | $70.00 |
| 04/29/2021 | IAWN | IC | Email Ilan Scharf re letter. | 0.10 | 700.00 | $70.00 |
| | | | | **0.20** | | **$140.00** |

### Mediation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2021 | IDS | ME | Continue  drafting communication to Diocese, insurers regarding mediation. | 2.00 | 700.00 | $1,400.00 |
| 04/13/2021 | IDS | ME | Work on correspondence insurers regarding mediation. | 2.50 | 700.00 | $1,750.00 |
| 04/14/2021 | IDS | ME | Continue working on mediation correspondence to carriers. | 0.80 | 700.00 | $560.00 |
| 04/15/2021 | IDS | ME | Work on correspondence to debtor, insurers regarding mediation. | 1.00 | 700.00 | $700.00 |
| 04/20/2021 | IDS | ME | Work on correspondence to debtor regarding mediation. | 1.00 | 700.00 | $700.00 |
| 04/27/2021 | IDS | ME | Finalize letter regarding mediation, settlements to Donato, Jones, Sugayan. | 2.10 | 700.00 | $1,470.00 |
| 04/28/2021 | IDS | ME | Revise letter to Diocese, LMI, Interstate regarding mediation. | 1.00 | 700.00 | $700.00 |
| 04/29/2021 | IDS | ME | Revise letter to Donato regarding mediation. | 0.80 | 700.00 | $560.00 |
| 04/29/2021 | IDS | ME | Finalize letter to Donato regarding mediation. | 0.70 | 700.00 | $490.00 |
| 04/29/2021 | IDS | ME | Telephone call with J. Zive regarding mediation. | 0.30 | 700.00 | $210.00 |
| 04/29/2021 | BMM | ME | Revise draft mediation letter. | 0.20 | 695.00 | $139.00 |
| | | | | **12.40** | | **$8,679.00** |

### Stay Litigation [B140]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/01/2021 | BMM | SL | Legal research on motion to seal standard. | 2.50 | 695.00 | $1,737.50 |
| 04/02/2021 | IDS | SL | Work on stay relief analysis. | 1.20 | 700.00 | $840.00 |
| 04/02/2021 | IDS | SL | Email to D. Paoliceli regarding stay relief. | 0.30 | 700.00 | $210.00 |
| 04/02/2021 | BMM | SL | Draft motion to seal. | 0.70 | 695.00 | $486.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    8

Diocese of Rochester O.C.C.

Invoice 128248

18489   - 00002

April 30, 2021

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/05/2021 | BMM | SL | Draft motion to seal. | 0.90 | 695.00 | $625.50 |
| 04/06/2021 | IDS | SL | Work on stay relief motion. | 2.00 | 700.00 | $1,400.00 |
| 04/06/2021 | IDS | SL | Telephone call with Brittany Michael regarding motion to seal. | 0.20 | 700.00 | $140.00 |
| 04/06/2021 | BMM | SL | Draft motion to seal | 2.40 | 695.00 | $1,668.00 |
| 04/08/2021 | IDS | SL | Analysis of Judge Warren stay relief decisions. (.7); email Brittany Michael regarding same. | 0.80 | 700.00 | $560.00 |
| 04/08/2021 | BMM | SL | Call with I. Scharf on relief from stay strategy. | 0.20 | 695.00 | $139.00 |
| 04/12/2021 | BMM | SL | Research for statement on filing under seal and motion to seal. | 3.00 | 695.00 | $2,085.00 |
| 04/16/2021 | BMM | SL | Revise motion to seal. | 0.60 | 695.00 | $417.00 |
| 04/27/2021 | JIS | SL | Review and comment on letter to diocese and carrier. | 0.20 | 700.00 | $140.00 |
| | | | | **15.00** | | **$10,448.50** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    9
Invoice 128248
April 30, 2021

**TOTAL SERVICES FOR THIS MATTER:**                              **$37,329.50**

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:    10
Invoice 128248
April 30, 2021

## Expenses

| | | | |
|---|---|---|---|
| 04/30/2021 | RS | Research [E106] Everlaw, Inc. Inv. 39714 | 550.00 |
| **Total Expenses for this Matter** | | | **$550.00** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:    11
Invoice 128248
April 30, 2021

---

## REMITTANCE ADVICE

### Please inlcude this Remittance with your payment

**For current services rendered through:**    **04/30/2021**

| | |
|---|---|
| **Total Fees** | **$37,329.50** |
| **Total Expenses** | **550.00** |
| **Total Due on Current Invoice** | **$37,879.50** |

**Outstanding Balance from prior invoices as of**    **04/30/2021**        **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128227 | 09/30/2020 | $146,365.00 | $696.62 | $147,061.62 |
| 128231 | 10/31/2020 | $83,000.00 | $1,677.01 | $84,677.01 |
| 128233 | 11/30/2020 | $64,765.00 | $551.94 | $65,316.94 |
| 128235 | 12/31/2020 | $48,815.00 | $530.06 | $49,345.06 |
| 128241 | 01/31/2021 | $35,104.00 | $611.52 | $35,715.52 |
| 128243 | 02/28/2021 | $45,170.00 | $688.20 | $45,858.20 |
| 128246 | 03/31/2021 | $81,089.50 | $807.88 | $81,897.38 |

**Total Amount Due on Current and Prior Invoices:**        **$782,119.51**