# EXHIBIT I
## [May 2021 Notice of Invoice]

DOCS_DE:235588.2 18489/002

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JIS

May 31, 2021
Invoice    128250
Client     18489
Matter     00002
**JIS**

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   05/31/2021

| | |
|---|---|
| FEES | $68,287.00 |
| EXPENSES | $2,502.88 |
| **TOTAL CURRENT CHARGES** | **$70,789.88** |
| **BALANCE FORWARD** | **$782,119.51** |
| **TOTAL BALANCE DUE** | **$852,909.39** |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BMM | Michael, Brittany M. | Counsel | 695.00 | 38.60 | $26,827.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 7.80 | $5,460.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 50.20 | $35,140.00 |
| JIS | Stang, James I. | Partner | 700.00 | 0.20 | $140.00 |
| NPL | Lockwood, Nancy P. F. | Paralegal | 300.00 | 2.40 | $720.00 |
| | | | | 99.20 | $68,287.00 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 13.10 | $9,168.50 |
| CA | Case Administration [B110] | 1.40 | $973.00 |
| CO | Claims Admin/Objections[B310] | 3.80 | $1,740.00 |
| GC | General Creditors Comm. [B150] | 10.50 | $7,325.50 |
| H | Hearings | 10.30 | $7,203.50 |
| IC | Insurance Coverage | 11.60 | $8,107.00 |
| RP | Retention of Prof. [B160] | 0.10 | $30.00 |
| SL | Stay Litigation [B140] | 48.40 | $33,739.50 |
| | | 99.20 | $68,287.00 |

## **Summary of Expenses**

| Description | Amount |
| --- | ---: |
| Attorney Service [E107] | $133.20 |
| Conference Call [E105] | $219.20 |
| Lexis/Nexis- Legal Research [E | $27.12 |
| Outside Services | $550.00 |
| Postage [E108] | $340.16 |
| Reproduction Expense [E101] | $1,156.20 |
| Reproduction/ Scan Copy | $77.00 |
| | $2,502.88 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Bankruptcy Litigation [L430]

| 05/12/2021 | IDS | BL | Analyze NRA decision regarding question from committee on bad fifth filing. | 1.20 | 700.00 | $840.00 |
| 05/12/2021 | IDS | BL | Email to committee regarding bad fifth filing. | 0.60 | 700.00 | $420.00 |
| 05/19/2021 | IDS | BL | Email to Chambers regarding sealing motion. | 0.10 | 700.00 | $70.00 |
| 05/19/2021 | IDS | BL | Finalize sealing motion. | 1.40 | 700.00 | $980.00 |
| 05/20/2021 | IDS | BL | Email to Brittany Michael regarding strategy on sealing motion. | 0.20 | 700.00 | $140.00 |
| 05/20/2021 | IDS | BL | Memo to SCC regarding case status. | 1.20 | 700.00 | $840.00 |
| 05/20/2021 | IDS | BL | Revise SCC joinder regarding sealing motion. | 0.60 | 700.00 | $420.00 |
| 05/21/2021 | IDS | BL | Finalize motion to seal joinder. | 0.50 | 700.00 | $350.00 |
| 05/21/2021 | IDS | BL | Email to SCC regarding seal motion hearing. | 0.30 | 700.00 | $210.00 |
| 05/21/2021 | BMM | BL | Call with I. Scharf regarding Debtor's motion to settle with insurers. | 0.30 | 695.00 | $208.50 |
| 05/25/2021 | IDS | BL | Review Diocese response regarding sealing motion. | 0.80 | 700.00 | $560.00 |
| 05/25/2021 | IDS | BL | Review Garrett objection to sealing motion. | 0.90 | 700.00 | $630.00 |
| 05/25/2021 | IDS | BL | Review caselaw cited by Garrett and Diocese regarding sealing motion. | 1.40 | 700.00 | $980.00 |
| 05/25/2021 | IDS | BL | Telephone conference with Chambers regarding reply to objection to seal motion. | 0.20 | 700.00 | $140.00 |
| 05/25/2021 | IDS | BL | Review caselaw regarding use of pseudonyms for CVA cases. | 1.80 | 700.00 | $1,260.00 |
| 05/25/2021 | IDS | BL | Telephone conference with BMM regarding Diocese response regarding sealing motion. | 0.20 | 700.00 | $140.00 |
| 05/27/2021 | IDS | BL | Finalize reply to Garnett and Diocese objections. | 1.40 | 700.00 | $980.00 |
| | | | | **13.10** | | **$9,168.50** |

### Case Administration [B110]

| 05/10/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.30 | 695.00 | $208.50 |
| 05/21/2021 | BMM | CA | Draft notice of hearing (.4); review deadlines and service requirements (.3); discuss service with S. Lee (.2). | 0.90 | 695.00 | $625.50 |
| 05/24/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.20 | 695.00 | $139.00 |
| | | | | **1.40** | | **$973.00** |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:    6
Invoice 128250
May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Claims Admin/Objections[B310]

| 05/05/2021 | IDS | CO | Analysis of claims valuation. | 1.50 | 700.00 | $1,050.00 |
| 05/27/2021 | NPL | CO | Email communications with I. Scharf and B. Michael regarding cases related to Gannett objection to Committee motion to seal. | 0.20 | 300.00 | $60.00 |
| 05/27/2021 | NPL | CO | Case research regarding Committee reply to Gannet's opposition to Committee's motion to seal. | 2.10 | 300.00 | $630.00 |
| | | | | **3.80** | | **$1,740.00** |

### General Creditors Comm. [B150]

| 05/10/2021 | IDS | GC | Telephone call with Diocese counsel regarding case status, including lift stay demand and parish stipulation. | 0.40 | 700.00 | $280.00 |
| 05/13/2021 | BMM | GC | Call with claimant. | 0.30 | 695.00 | $208.50 |
| 05/18/2021 | IAWN | GC | Review draft brief re relief from stay (.8); provide comments re same to Michaels (.1) | 0.90 | 700.00 | $630.00 |
| 05/19/2021 | BMM | GC | Meeting with State Court Counsel regarding relief from stay. | 0.70 | 695.00 | $486.50 |
| 05/21/2021 | BMM | GC | Call with claimant regarding case status. | 0.30 | 695.00 | $208.50 |
| 05/24/2021 | IDS | GC | Draft agenda for SCC meeting. | 0.70 | 700.00 | $490.00 |
| 05/24/2021 | IDS | GC | Attend SCC meeting regarding case issues, including Burns Bower retention. | 1.00 | 700.00 | $700.00 |
| 05/24/2021 | IDS | GC | Telephone conference with M. Garabedien regarding media coverage of case. | 0.40 | 700.00 | $280.00 |
| 05/24/2021 | BMM | GC | Participate in call with SCC regarding relief from stay and other case issues. | 1.50 | 695.00 | $1,042.50 |
| 05/25/2021 | IDS | GC | Agenda to Committee regarding call. | 0.80 | 700.00 | $560.00 |
| 05/26/2021 | IDS | GC | Committee meeting regarding stay relief motions, retention of insurance counsel. | 1.00 | 700.00 | $700.00 |
| 05/26/2021 | BMM | GC | Draft Committee meeting minutes. | 0.20 | 695.00 | $139.00 |
| 05/26/2021 | BMM | GC | Participate in and take minutes at Committee meeting regarding ongoing case matters. | 1.60 | 695.00 | $1,112.00 |
| 05/27/2021 | BMM | GC | Respond to SCC inquiry. | 0.30 | 695.00 | $208.50 |
| 05/28/2021 | IDS | GC | Email to SCC regarding hearing preparation for sealing motion. | 0.40 | 700.00 | $280.00 |
| | | | | **10.50** | | **$7,325.50** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    - 00002

Page:    7

Invoice 128250

May 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Hearings** | | | | | | |
| 05/27/2021 | IDS | H | Review case law and pleadings to preparation for hearing on sealing motion. | 4.20 | 700.00 | $2,940.00 |
| 05/28/2021 | IDS | H | Attend hearing on motion to seal. | 1.00 | 700.00 | $700.00 |
| 05/28/2021 | IDS | H | Prepare for hearing on motion to seal. | 3.80 | 700.00 | $2,660.00 |
| 05/28/2021 | BMM | H | Participate in hearing on motion to seal. | 1.30 | 695.00 | $903.50 |
| | | | | **10.30** | | **$7,203.50** |
| **Insurance Coverage** | | | | | | |
| 05/04/2021 | IAWN | IC | Review emails between Ilan Scharf and TCC re stay and status | 0.20 | 700.00 | $140.00 |
| 05/06/2021 | IDS | IC | Continue valuation analysis regarding abusive claims. | 1.30 | 700.00 | $910.00 |
| 05/11/2021 | IAWN | IC | Review Ilan Scharf lengthy email re status of case and debtor telephone call | 0.20 | 700.00 | $140.00 |
| 05/12/2021 | IAWN | IC | Review Ilan Scharf Cali emails re NRA decision | 0.10 | 700.00 | $70.00 |
| 05/14/2021 | IAWN | IC | Review SCC comments re bar date  and naming defendants | 0.20 | 700.00 | $140.00 |
| 05/20/2021 | IAWN | IC | Telephone conference with Ilan Scharf and Mitchell re DOR settlement w/ Interstate and London market | 0.50 | 700.00 | $350.00 |
| 05/20/2021 | IAWN | IC | Review emails from Ilan Scharf and Michaels re Donato settlement motion | 0.10 | 700.00 | $70.00 |
| 05/20/2021 | IAWN | IC | Review SCC comments re Donato motion | 0.10 | 700.00 | $70.00 |
| 05/20/2021 | IDS | IC | Telephone call with Donato regarding Interstate settlement. | 0.40 | 700.00 | $280.00 |
| 05/20/2021 | BMM | IC | Call with I. Nasatir and I. Scharf regarding Diocese's insurer settlement. | 0.50 | 695.00 | $347.50 |
| 05/21/2021 | IAWN | IC | Review Ilan Scharf and James Fine emails re relief from stay | 0.20 | 700.00 | $140.00 |
| 05/21/2021 | IDS | IC | Telephone call with Anderson regarding insurance litigation. | 0.40 | 700.00 | $280.00 |
| 05/21/2021 | BMM | IC | Call with I. Scharf and I. Nasatir regarding Debtor's insurance settlement. | 0.30 | 695.00 | $208.50 |
| 05/24/2021 | IAWN | IC | Telephone conference w/ SCC re insurance and LMI settlement | 1.50 | 700.00 | $1,050.00 |
| 05/24/2021 | IAWN | IC | Review Ilan Scharf email re same | 0.10 | 700.00 | $70.00 |
| 05/25/2021 | IAWN | IC | Review Spokane objections against settlement, | 1.00 | 700.00 | $700.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Murray declaration | | | |
| 05/25/2021 | IAWN | IC | Review Ilan Scharf status report to SCC | 0.10 | 700.00 | $70.00 |
| 05/25/2021 | BMM | IC | Legal research on insurance settlement in precedential cases. | 1.30 | 695.00 | $903.50 |
| 05/26/2021 | IAWN | IC | Review Michaels email re retention of Burns | 0.10 | 700.00 | $70.00 |
| 05/28/2021 | IAWN | IC | Review Michaels email to Burns and Blair re LMI settlement | 0.10 | 700.00 | $70.00 |
| 05/28/2021 | IAWN | IC | Review LMI settlement papers | 2.40 | 700.00 | $1,680.00 |
| 05/28/2021 | BMM | IC | Communications with counsel regarding case administration | 0.30 | 695.00 | $208.50 |
| 05/28/2021 | BMM | IC | Call with I. Scharf regarding Debtor's motion to settle with LMI/Interstate. | 0.20 | 695.00 | $139.00 |
| | | | | **11.60** | | **$8,107.00** |

### Retention of Prof. [B160]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/28/2021 | NPL | RP | Review and reply to email from B. Michael regarding employment application for Burns Bowen Bair. | 0.10 | 300.00 | $30.00 |
| | | | | **0.10** | | **$30.00** |

### Stay Litigation [B140]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/03/2021 | IDS | SL | Email to SCC regarding stay relief. | 0.40 | 700.00 | $280.00 |
| 05/03/2021 | IDS | SL | SCC call regarding stay relief. | 1.00 | 700.00 | $700.00 |
| 05/03/2021 | BMM | SL | Revise relief from stay joinder. | 0.40 | 695.00 | $278.00 |
| 05/04/2021 | IDS | SL | Telephone call with Donato regarding stay relief. | 0.20 | 700.00 | $140.00 |
| 05/04/2021 | IDS | SL | Email to SCC regarding case issues including stay relief. | 0.20 | 700.00 | $140.00 |
| 05/05/2021 | IDS | SL | Work on stay relief pleadings. | 1.80 | 700.00 | $1,260.00 |
| 05/10/2021 | IDS | SL | Revise lift stay motion. | 1.80 | 700.00 | $1,260.00 |
| 05/10/2021 | IDS | SL | Analysis of abuse claims selected for lift stay. | 1.80 | 700.00 | $1,260.00 |
| 05/10/2021 | IDS | SL | Review case law, prior examples of / regarding stay relief motions. | 1.10 | 700.00 | $770.00 |
| 05/13/2021 | IDS | SL | Email to SCC regarding stay relief process. | 0.60 | 700.00 | $420.00 |
| 05/13/2021 | BMM | SL | Prepare chart as hearing demonstrative of proposed relief from stay cases. | 0.90 | 695.00 | $625.50 |
| 05/13/2021 | BMM | SL | Call with I. Scharf regarding relief from stay papers. | 0.30 | 695.00 | $208.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/14/2021 | IDS | SL | Revise joinder regarding stay relief. | 1.80 | 700.00 | $1,260.00 |
| 05/14/2021 | IDS | SL | Review caselaw regarding stay relief. | 1.40 | 700.00 | $980.00 |
| 05/14/2021 | IDS | SL | Review claim forms of movants for stay relief process. | 2.30 | 700.00 | $1,610.00 |
| 05/14/2021 | IDS | SL | Revise MOL regarding stay relief process. | 2.20 | 700.00 | $1,540.00 |
| 05/14/2021 | IDS | SL | Telephone conference with Chambers, Donato regarding stay relief scheduling. | 0.20 | 700.00 | $140.00 |
| 05/17/2021 | BMM | SL | Review relief from stay filing logistics. | 0.30 | 695.00 | $208.50 |
| 05/17/2021 | BMM | SL | Prepare logistics for relief from stay filing. | 0.20 | 695.00 | $139.00 |
| 05/17/2021 | BMM | SL | Revise relief from stay materials and send to State Court Counsel. | 0.50 | 695.00 | $347.50 |
| 05/18/2021 | BMM | SL | Communications with State Court Counsel regarding relief from stay filing. | 0.60 | 695.00 | $417.00 |
| 05/19/2021 | BMM | SL | Call with I. Scharf regarding relief from stay papers. | 0.30 | 695.00 | $208.50 |
| 05/19/2021 | BMM | SL | Revise relief from stay papers. | 1.00 | 695.00 | $695.00 |
| 05/19/2021 | BMM | SL | Revise and finalize motion to seal for filing. | 0.50 | 695.00 | $347.50 |
| 05/19/2021 | BMM | SL | Revise and finalize relief from stay papers and analyze service requirements. | 3.10 | 695.00 | $2,154.50 |
| 05/19/2021 | BMM | SL | Call with I. Scharf regarding relief from stay papers. | 0.30 | 695.00 | $208.50 |
| 05/20/2021 | BMM | SL | Review issues related to service of relief from stay filings. | 0.20 | 695.00 | $139.00 |
| 05/20/2021 | BMM | SL | Revise relief from stay papers. | 4.30 | 695.00 | $2,988.50 |
| 05/21/2021 | IDS | SL | Telephone call with D.Paolicelli regarding stay relief process. | 0.40 | 700.00 | $280.00 |
| 05/21/2021 | BMM | SL | Revise joinder and memo of law in support of relief from stay motions. | 2.30 | 695.00 | $1,598.50 |
| 05/21/2021 | BMM | SL | Call with S. Lee regarding filing and service . | 0.10 | 695.00 | $69.50 |
| 05/21/2021 | BMM | SL | Communications with S. Lee, Debtor's counsel, and Stretto regarding service of relief from stay papers. | 0.90 | 695.00 | $625.50 |
| 05/21/2021 | BMM | SL | Revise SCC joinder in motion to seal. | 0.30 | 695.00 | $208.50 |
| 05/21/2021 | BMM | SL | Communications regarding SCC joinder in motion to seal. | 0.30 | 695.00 | $208.50 |
| 05/21/2021 | BMM | SL | Review COS for filing. | 0.20 | 695.00 | $139.00 |
| 05/24/2021 | IDS | SL | Email with PSZJ team regarding exhibits to Joinder to lift stay. | 0.60 | 700.00 | $420.00 |
| 05/24/2021 | IDS | SL | Revise MOL regarding stay relief motions. | 1.80 | 700.00 | $1,260.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Rochester O.C.C.

18489    - 00002

Page:    10

Invoice 128250

May 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/24/2021 | BMM | SL | Revise joinder and MOL. | 2.10 | 695.00 | $1,459.50 |
| 05/25/2021 | BMM | SL | Revise relief from stay papers and draft notice and proposed order. | 2.80 | 695.00 | $1,946.00 |
| 05/26/2021 | BMM | SL | Draft reply in support of motion to file under seal. | 3.60 | 695.00 | $2,502.00 |
| 05/27/2021 | JIS | SL | Call I. Scharf regarding status of sealing motion. | 0.20 | 700.00 | $140.00 |
| 05/27/2021 | BMM | SL | Participate in call with Debtor's counsel regarding motion to seal. | 0.40 | 695.00 | $278.00 |
| 05/27/2021 | BMM | SL | Review COA for reply filing. | 0.30 | 695.00 | $208.50 |
| 05/27/2021 | BMM | SL | Revise reply brief iso of seal motion. | 1.50 | 695.00 | $1,042.50 |
| 05/28/2021 | IDS | SL | Revise parish stay stipulation. | 0.50 | 700.00 | $350.00 |
| 05/28/2021 | BMM | SL | Draft revised preliminary injunction language. | 0.40 | 695.00 | $278.00 |
| | | | | **48.40** | | **$33,739.50** |

**TOTAL SERVICES FOR THIS MATTER:**                                  **$68,287.00**

## **Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/05/2021 | LN | 18489.00002 Lexis Charges for 05-05-21 | 27.12 |
| 05/07/2021 | CC | Conference Call [E105] CourtSolutions  LLC, JIS | 70.00 |
| 05/07/2021 | CC | Conference Call [E105] CourtSolutions  LLC, JIS | 70.00 |
| 05/19/2021 | CC | Conference Call [E105] CourtSolutions  LLC, JIS | 70.00 |
| 05/19/2021 | CC | Conference Call [E105] AT&T Conference Call, IAWN | 2.13 |
| 05/20/2021 | CC | Conference Call [E105] Loop Up Conference Call, IDS | 7.07 |
| 05/21/2021 | AS | Attorney Service [E107] Nationwide Legal, Inv. 30470 | 133.20 |
| 05/21/2021 | PO | Postage | 340.16 |
| 05/21/2021 | RE | ( 1980 @0.20 PER PG) | 396.00 |
| 05/21/2021 | RE | ( 1801 @0.20 PER PG) | 360.20 |
| 05/21/2021 | RE | ( 800 @0.20 PER PG) | 160.00 |
| 05/21/2021 | RE | ( 1200 @0.20 PER PG) | 240.00 |
| 05/24/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 05/24/2021 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 05/24/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/24/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 05/24/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    13
Invoice 128250
May 31, 2021

| 05/24/2021 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
|---|---|---|---|
| 05/24/2021 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/24/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/24/2021 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/24/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 05/24/2021 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 05/24/2021 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | 5.00 |
| 05/24/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/24/2021 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 05/24/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 05/24/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 05/24/2021 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 05/24/2021 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/24/2021 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 05/24/2021 | RE2 | SCAN/COPY ( 166 @0.10 PER PG) | 16.60 |
| 05/24/2021 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 05/24/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/24/2021 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489   - 00002

Page:    14
Invoice 128250
May 31, 2021

| 05/24/2021 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 05/24/2021 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 05/31/2021 | OS | Everlaw, Inv. 40898, Diocese of Rochester database for the month of May | 550.00 |

**Total Expenses for this Matter** **$2,502.88**

## REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:     05/31/2021**

| | |
|---|---|
| **Total Fees** | **$68,287.00** |
| **Total Expenses** | **2,502.88** |
| **Total Due on Current Invoice** | **$70,789.88** |

**Outstanding Balance from prior invoices as of     05/31/2021          (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128227 | 09/30/2020 | $146,365.00 | $696.62 | $147,061.62 |
| 128231 | 10/31/2020 | $83,000.00 | $1,677.01 | $84,677.01 |
| 128233 | 11/30/2020 | $64,765.00 | $551.94 | $65,316.94 |
| 128235 | 12/31/2020 | $48,815.00 | $530.06 | $49,345.06 |
| 128241 | 01/31/2021 | $35,104.00 | $611.52 | $35,715.52 |
| 128243 | 02/28/2021 | $45,170.00 | $688.20 | $45,858.20 |
| 128246 | 03/31/2021 | $81,089.50 | $807.88 | $81,897.38 |
| 128248 | 04/30/2021 | $37,329.50 | $550.00 | $37,879.50 |

**Total Amount Due on Current and Prior Invoices:                          $852,909.39**