# EXHIBIT K
# [Summary of Itemized Time Records]

DOCS_DE:235588.2 18489/002

Case 2-19-20905-PRW, Doc 1258-11, Filed 08/25/21, Entered 08/25/21 12:29:32, Description: Exhibit K - Summary of Itemized Time Records, Page 1 of 2

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER
## FOR THE PERIOD OF SEPTEMBER 1, 2020 THROUGH MAY 31, 2021

### (Partners)

| NAME OF PROFESSIONAL (in alphabetical order) PARTNERS | EFFECTIVE HOURLY RATE (Capped at $700 per Hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| James I. Stang | $700.00 | 24.10 | $ 16,870.00 |
| Iain A.W. Nasatir | $700.00 | 111.20 | $ 77,840.00 |
| Ilan D. Scharf | $700.00 | 470.80 | $329,560.00 |
| **Totals for Partners:** | | **606.10** | **$424,270.00** |

### (Of-Counsel)

| NAME OF PROFESSIONAL (in alphabetical order) OF COUNSEL | EFFECTIVE HOURLY RATE (Capped at $700 per hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Brittany M. Michael | $650.00 | 128.40 | $83,460.00 |
| Brittany M. Michael | $695.00 | 125.00 | $86,875.00 |
| Erin Gray | $700.00 | 11.10 | $ 7,770.00 |
| William L. Ramseyer | $700.00 | 6.20 | $ 4,340.00 |
| **Totals for Of-Counsel:** | | **270.70** | **$182,445.00** |

### (Paraprofessionals)

| NAME OF PROFESSIONAL (in alphabetical order) PARAPROFESSIONALS | EFFECTIVE HOURLY RATE (Capped at $300 per hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Cheryl A. Knotts | $300.00 | 2.40 | $ 720.00 |
| La Asia S. Canty | $300.00 | 4.90 | $1,470.00 |
| Nancy P F Lockwood | $300.00 | 2.40 | $ 720.00 |
| Sophia L. Lee | $300.00 | 1.00 | $ 300.00 |
| **Totals for Paraprofessionals:** | | **10.70** | **$3,210.00** |

DOCS_DE:235588.2 18489/002

Case 2-19-20905-PRW, Doc 1258-11, Filed 08/25/21, Entered 08/25/21 12:29:32, Description: Exhibit K - Summary of Itemized Time Records, Page 2 of 2