# EXHIBIT A



INVOICE

James I. Stang                                                       July 9, 2021
Pachulski Stang Ziehl & Jones                          Client-Matter: 18456-29583
10100 Santa Monica Blvd.                                   Invoice #: 116386
13th Floor                                                   Tax ID # 27-1451273
Los Angeles, CA 90067

**Via Email: jstang@pszjlaw.com**

---

**RE:  UCC Roman Catholic Diocese of Rochester**

Services Rendered From July 8, 2020 Through May 31, 2021

| | | |
|---|---|---|
| Professional Services | $  100,202.00 | USD |
| **CURRENT CHARGES** | **$  100,202.00** | **USD** |

**PAYMENT IS DUE BY August 8, 2021**

Please direct questions regarding this invoice to: Matthew Babcock at (801) 364-6233 or MBabcock@thinkbrg.com.

**Please remit wire/ACH payment to:**          **Please remit check payment to:**
Bank Name:     PNC BANK, N.A.                  BERKELEY RESEARCH GROUP, LLC
SWIFT:         PNCCUS33                        PO BOX 676158
ABA #:         031207607                       DALLAS, TX 75267-6158
Account Name:  BERKELEY RESEARCH GROUP, LLC
Account #:     8026286672                      **Please remit express/overnight payment to:**
Reference:     116386                          PNC BANK C/O BERKELEY RESEARCH GROUP, LLC
                                               LOCKBOX NUMBER 676158
Remittance advice to be sent to:               1200 E CAMPBELL RD, STE 108
remitadvice@thinkbrg.com                       RICHARDSON, TX 75081

**\*\*Due to COVID-19, we are kindly requesting all payments to be made electronically.**

BRG Corporate Address:   2200 Powell Street   Suite 1200   Emeryville CA 94608

Case 2-19-20905-PRW, Doc 1259-1, Filed 08/25/21, Entered 08/25/21 14:01:31, Description: Exhibit A - Jul 2020 - May 2021 Invoice, Page 2 of 27



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 2 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

Services Rendered From July 8, 2020 Through May 31, 2021

**PROFESSIONAL SERVICES**

| | Rate | Hours | Amount |
|---|---|---|---|
| **Managing Director** | | | |
| David Judd | 660.00 | 0.20 | 132.00 |
| Paul Shields | 620.00 | 0.30 | 186.00 |
| Ray Strong | 590.00 | 21.30 | 12,567.00 |
| Ray Strong | 565.00 | 38.00 | 21,470.00 |
| **Associate Director** | | | |
| Matthew Babcock | 540.00 | 2.50 | 1,350.00 |
| Matthew Babcock | 515.00 | 37.00 | 19,055.00 |
| **Senior Managing Consultant** | | | |
| Jeffrey Shaw | 475.00 | 41.30 | 19,617.50 |
| **Consultant** | | | |
| Sarita Bhattacharya | 325.00 | 0.10 | 32.50 |
| **Senior Associate** | | | |
| Christina Tergevorkian | 270.00 | 32.20 | 8,694.00 |
| **Associate** | | | |
| Shelby Chaffos | 235.00 | 0.10 | 23.50 |
| Caroline Bates | 225.00 | 54.70 | 12,307.50 |
| **Case Assistant** | | | |
| Victoria Calder | 105.00 | 45.40 | 4,767.00 |
| **Total Professional Services** | | **273.10** | **100,202.00** |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 3 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

**SUMMARY BY TASK CODE**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 200.90 | Document / Data Analysis (Production Requests) | 18.10 | 5,205.00 |
| 220.00 | Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting) | 1.60 | 837.50 |
| 300.00 | Asset Analysis (General - Debtors) | 17.60 | 5,859.00 |
| 302.00 | Asset Analysis (General - Related Non-Debtors) | 198.30 | 68,710.50 |
| 600.00 | Claims / Liability Analysis (General) | 0.80 | 400.00 |
| 1010.00 | Employment Application | 1.90 | 1,073.50 |
| 1020.00 | Meeting Preparation & Attendance | 19.20 | 10,633.00 |
| 1060.00 | Fee Application Preparation & Hearing | 15.60 | 7,483.50 |
| **Total Professional Services** | | **273.10** | **100,202.00** |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page 4 of 26**
**Invoice #** 116386
**Client-Matter:** 18456-029583

Services Rendered From July 8, 2020 Through May 31, 2021

**DETAIL OF PROFESSIONAL SERVICES**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 200.90 - Document / Data Analysis (Production Requests)** | | | | | |
| 09/23/20 | Ray Strong | Discussed Debtor document production issues with counsel. | 0.30 | 565.00 | 169.50 |
| 10/22/20 | Victoria Calder | Identified additional documents / data to be requested from Debtor. | 2.10 | 105.00 | 220.50 |
| 11/03/20 | Matthew Babcock | Prepared document request as follow-up to call with Debtor's CFO. | 0.40 | 515.00 | 206.00 |
| 11/04/20 | Victoria Calder | Finalized document request. | 3.20 | 105.00 | 336.00 |
| 11/18/20 | Matthew Babcock | Evaluated status of document request. | 0.30 | 515.00 | 154.50 |
| 11/27/20 | Matthew Babcock | Examined recent document production. | 0.60 | 515.00 | 309.00 |
| 12/01/20 | Matthew Babcock | Examined recent document productions 006 and 007. | 0.60 | 515.00 | 309.00 |
| 12/07/20 | Victoria Calder | Examined document productions (006 & 007), including coordination of additional analysis. | 0.90 | 105.00 | 94.50 |
| 12/09/20 | Matthew Babcock | Evaluated status of analysis of document production. | 0.20 | 515.00 | 103.00 |
| 12/09/20 | Victoria Calder | Prepared index of Parish financial documents (#1-50) for Vol006. | 1.30 | 105.00 | 136.50 |
| 12/10/20 | Victoria Calder | Prepared index of Parish financial documents (#51-133) for Vol006. | 1.10 | 105.00 | 115.50 |
| 12/11/20 | Matthew Babcock | Reviewed status of analysis of document production. | 0.30 | 515.00 | 154.50 |
| 12/11/20 | Victoria Calder | Analyzed review notes into spreadsheet for production 006. | 0.50 | 105.00 | 52.50 |
| 12/11/20 | Victoria Calder | Examined production 007 documents by type and description. | 1.30 | 105.00 | 136.50 |
| 12/14/20 | Matthew Babcock | Examined document production (account statements and parish financials). | 1.20 | 515.00 | 618.00 |
| 12/17/20 | Matthew Babcock | Prepared findings to UCC Counsel in regard to recent document productions (006 and 007). | 0.50 | 515.00 | 257.50 |
| 12/17/20 | Ray Strong | Analyzed document request issues. | 0.20 | 565.00 | 113.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 5 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/18/20 | Matthew Babcock | Spoke with UCC Counsel in regard to document productions. | 0.50 | 515.00 | 257.50 |
| 12/18/20 | Ray Strong | Attended conference call with UCC counsel to discuss document request issues. | 0.50 | 565.00 | 282.50 |
| 12/22/20 | Ray Strong | Addressed and clarified accounting data requests with counsel. | 0.20 | 565.00 | 113.00 |
| 01/07/21 | Matthew Babcock | Spoke with BRG (RS) in regard to document production issues. | 0.10 | 540.00 | 54.00 |
| 01/07/21 | Ray Strong | Spoke with BRG (MB) regarding document production issues. | 0.10 | 590.00 | 59.00 |
| 01/12/21 | Matthew Babcock | Reviewed status of outstanding document requests in preparation for call with UCC Counsel. | 0.30 | 540.00 | 162.00 |
| 01/12/21 | Matthew Babcock | Spoke with UCC Counsel (IS, BM) and BRG (RS) in regard to case issues, including outstanding discovery requests. | 0.70 | 540.00 | 378.00 |
| 01/12/21 | Ray Strong | Attended conference call with UCC counsel (IS, BM) and BRG team (MB) to review status of document requests. | 0.70 | 590.00 | 413.00 |
| | | **Total for Task Code 200.90** | **18.10** | | **5,205.00** |

**Task Code: 220.00 - Debtors Operations / Monitoring (Monthly Operating Reports / Periodic Reporting)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/11/21 | Matthew Babcock | Spoke with BRG (DJ, RS, PS, JS) in regard to analysis of MORs. | 0.20 | 540.00 | 108.00 |
| 03/11/21 | David Judd | Participated in Zoom call with BRG (MB, RS, PS, JS) regarding monthly operating reports. | 0.20 | 660.00 | 132.00 |
| 03/11/21 | Jeffrey Shaw | Attended call with BRG (RS, MB, PS, DJ) regarding analysis of financial reports. | 0.20 | 475.00 | 95.00 |
| 03/11/21 | Paul Shields | Participated in call with BRG (DJ, RS, MB, JS) regarding evaluation of data from monthly operating reports. | 0.20 | 620.00 | 124.00 |
| 03/11/21 | Ray Strong | Spoke with BRG (MB, DJ, PS, JS) regarding MOR/Debtor Post Petition model for ongoing evaluation and monitoring. | 0.20 | 590.00 | 118.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 6 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/02/21 | Sarita Bhattacharya | Met with BRG (PS, JS, SC) to discuss review of monthly operating reports. | 0.10 | 325.00 | 32.50 |
| 04/02/21 | Shelby Chaffos | Call with BRG (PS, SB, JS) to evaluate the status of the monthly operating reports and periodic reporting. | 0.10 | 235.00 | 23.50 |
| 04/02/21 | Jeffrey Shaw | Followed-up with Debtor regarding MOR receipt and disbursement data. | 0.20 | 475.00 | 95.00 |
| 04/02/21 | Jeffrey Shaw | Participated in call with BRG (PS, SC, SB) to discuss analysis of monthly monitoring of Debtor cash activity. | 0.10 | 475.00 | 47.50 |
| 04/02/21 | Paul Shields | Spoke with BRG (JS, SC, SB) regarding status of evaluating MORs and periodic reports, including work to perform going forward. | 0.10 | 620.00 | 62.00 |
| | | **Total for Task Code 220.00** | **1.60** | | **837.50** |

**Task Code: 300.00  -  Asset Analysis (General - Debtors)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/21/20 | Matthew Babcock | Analyzed Communis fund activity. | 0.50 | 515.00 | 257.50 |
| 10/21/20 | Victoria Calder | Analyzed September 2020 Communis Fund statements / data for 58 accounts. | 1.10 | 105.00 | 115.50 |
| 10/22/20 | Matthew Babcock | Examined financial information for the Communis Fund for years ended 2014 - 2019. | 0.70 | 515.00 | 360.50 |
| 10/22/20 | Victoria Calder | Analyzed financial information for the Pastoral Center for years ending 2016 - 2018. | 0.50 | 105.00 | 52.50 |
| 10/23/20 | Victoria Calder | Reviewed financial information for the Pastoral Center for years ending 2015 - 2010. | 3.00 | 105.00 | 315.00 |
| 10/23/20 | Victoria Calder | Analyzed financial information for the Communis Fund for years ended 2014 - 2019. | 0.40 | 105.00 | 42.00 |
| 11/02/20 | Matthew Babcock | Analyzed Communis Fund documentation provided by Debtor in preparation for interview with Debtor CFO. | 1.10 | 515.00 | 566.50 |
| 11/05/20 | Ray Strong | Evaluated status of Diocese and Communis Fund financial statement analysis. | 0.30 | 565.00 | 169.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 7 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/05/20 | Christina Tergevorkian | Examined Communis Fund's audited Balance Sheets and Income Statements for year ends June 2019 through June 2018. | 1.00 | 270.00 | 270.00 |
| 11/05/20 | Christina Tergevorkian | Analyzed Pastoral Center's audited Balance Sheets for year ends June 2019 through June 2010. | 3.00 | 270.00 | 810.00 |
| 11/05/20 | Christina Tergevorkian | Analyzed Pastoral Center's audited Income Statements for years ending June 2010 through June 2019. | 2.00 | 270.00 | 540.00 |
| 01/25/21 | Ray Strong | Analyzed financial statements provided by Debtor for Communis Fund. | 1.40 | 590.00 | 826.00 |
| 01/25/21 | Ray Strong | Analyzed financial statements provided by Debtor for Pastoral Center. | 1.10 | 590.00 | 649.00 |
| 01/26/21 | Ray Strong | Analyzed Pastoral Center financial statements provided by Debtor for asset analysis. | 0.80 | 590.00 | 472.00 |
| 01/26/21 | Ray Strong | Analyzed Communis fund financial statements provided by Debtor for asset analysis. | 0.70 | 590.00 | 413.00 |
| | | **Total for Task Code 300.00** | **17.60** | | **5,859.00** |

**Task Code: 302.00  -  Asset Analysis (General - Related Non-Debtors)**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/18/20 | Matthew Babcock | Examined parish financial documents. | 0.70 | 515.00 | 360.50 |
| 09/21/20 | Matthew Babcock | Examined parish financial documents, including coordination of additional analysis. | 1.20 | 515.00 | 618.00 |
| 09/21/20 | Ray Strong | Analyzed parish documentation produced by Debtor for financial analysis. | 0.50 | 565.00 | 282.50 |
| 09/22/20 | Matthew Babcock | Analyzed parish financial documents, including discussions with UCC Counsel (BM). | 0.70 | 515.00 | 360.50 |
| 09/22/20 | Ray Strong | Continued analysis of parish documentation produced by Debtor for financial analysis. | 0.30 | 565.00 | 169.50 |
| 09/24/20 | Matthew Babcock | Analyzed Diocese of Rochester parish financial statements / documents. | 2.70 | 515.00 | 1,390.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 8 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/24/20 | Victoria Calder | Continued analysis of financial statements produced by Debtor for parishes year ending 6/30/2014. | 1.70 | 105.00 | 178.50 |
| 09/24/20 | Victoria Calder | Analyzed financial statements produced by Debtor for parishes year ending 6/30/2014. | 1.70 | 105.00 | 178.50 |
| 09/24/20 | Victoria Calder | Analyzed financial statements produced by Debtor for parishes year ending 6/30/2015. | 2.60 | 105.00 | 273.00 |
| 09/24/20 | Ray Strong | Analyzed Debtor documentation to develop list of Parishes. | 0.20 | 565.00 | 113.00 |
| 09/24/20 | Ray Strong | Reviewed parish financial documentation / data. | 1.00 | 565.00 | 565.00 |
| 09/24/20 | Ray Strong | Analyzed parish financial documents produced by Debtor. | 2.00 | 565.00 | 1,130.00 |
| 09/25/20 | Victoria Calder | Analyzed financial statements produced by Debtor for parishes year ending 6/30/2016. | 1.60 | 105.00 | 168.00 |
| 09/25/20 | Victoria Calder | Analyzed financial statements produced by Debtor for parishes year ending 6/30/2015. | 1.00 | 105.00 | 105.00 |
| 09/25/20 | Victoria Calder | Analyzed financial statements produced by Debtor for parishes year ending 6/30/2019. | 0.60 | 105.00 | 63.00 |
| 09/25/20 | Victoria Calder | Analyzed financial statements produced by Debtor for parishes year ending 6/30/2017. | 1.50 | 105.00 | 157.50 |
| 09/25/20 | Victoria Calder | Analyzed financial statements produced by Debtor for parishes year ending 6/30/2018. | 1.70 | 105.00 | 178.50 |
| 09/28/20 | Victoria Calder | Continued analysis of financial statements produced by Debtor for parishes year ending 6/30/2019. | 0.30 | 105.00 | 31.50 |
| 09/28/20 | Victoria Calder | Analyzed trial balance data produced by Debtor for 002 Church of the Blessed Sacrament, to 342 Holy Family Catholic Community parishes for year ended 6/30/2010. | 2.30 | 105.00 | 241.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 9 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/28/20 | Victoria Calder | Analyzed trial balance data produced by Debtor for 343 Our Lady of the Snow Parish to 311 St. Mary of the Assumption parishes for year ended 6/30/2011. | 1.10 | 105.00 | 115.50 |
| 09/29/20 | Victoria Calder | Analyzed trial balance data produced by Debtor for Monroe Clinton Partner Parish to Elmira Parishes and schools parishes for year ended 6/30/2013. | 1.00 | 105.00 | 105.00 |
| 09/29/20 | Victoria Calder | Analyzed financial statements produced by Debtor for Monroe Clinton Partner Parish to 210 St. Mary parishes for the year ended 6/30/2014. | 0.80 | 105.00 | 84.00 |
| 09/29/20 | Victoria Calder | Analyzed trial balance data produced by Debtor for 002 Church of the Blessed Sacrament to Elmira Parishes and Schools parishes for year ended 6/30/2012. | 1.30 | 105.00 | 136.50 |
| 09/29/20 | Victoria Calder | Analyzed trial balance data produced by Debtor for 313 St. Dominic Church to 358 Roman Catholic Parish of St. Francis parishes for year ended 6/30/2011. | 0.70 | 105.00 | 73.50 |
| 10/01/20 | Matthew Babcock | Revised Parish financial analysis. | 1.70 | 515.00 | 875.50 |
| 10/01/20 | Victoria Calder | Analyzed parish financial statements produced by Debtor for bates numbers D00000001 - D00014564. | 2.80 | 105.00 | 294.00 |
| 10/01/20 | Victoria Calder | Analyzed parish financial statements produced by Debtor for bates numbers D00014565 - D00019657. | 0.60 | 105.00 | 63.00 |
| 10/02/20 | Matthew Babcock | Updated analysis of parish financial information pursuant to review of available documentation. | 0.50 | 515.00 | 257.50 |
| 10/05/20 | Matthew Babcock | Participated in call with UCC Counsel and BRG (RS) regarding parish financials. | 0.40 | 515.00 | 206.00 |
| 10/05/20 | Matthew Babcock | Analyzed available parish financial documents, including creation of index. | 0.70 | 515.00 | 360.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 10 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/05/20 | Ray Strong | Attended call with counsel and BRG (MB) to discuss financial statement and asset analysis (partial call). | 0.30 | 565.00 | 169.50 |
| 10/05/20 | Ray Strong | Analyzed balance sheet and financial documentation for parish 359. | 1.30 | 565.00 | 734.50 |
| 10/05/20 | Ray Strong | Analyzed parish financial statements provided by Debtor. | 0.70 | 565.00 | 395.50 |
| 10/05/20 | Ray Strong | Reviewed assignments / counsel requests regarding parish financials. | 0.50 | 565.00 | 282.50 |
| 10/05/20 | Ray Strong | Evaluated automation / scanning OCR options to analyze financial documents. | 1.30 | 565.00 | 734.50 |
| 10/05/20 | Ray Strong | Analyzed parish balance sheets and trial balances provided by counsel for asset analysis. | 2.10 | 565.00 | 1,186.50 |
| 10/06/20 | Ray Strong | Analyzed parish trial balances provided for asset analysis. | 0.80 | 565.00 | 452.00 |
| 10/06/20 | Ray Strong | Analyzed parish balance sheets provided for asset analysis. | 2.90 | 565.00 | 1,638.50 |
| 10/06/20 | Christina Tergevorkian | Evaluated automated options for financial statement data analysis. | 1.00 | 270.00 | 270.00 |
| 10/07/20 | Ray Strong | Reviewed assignments for asset analysis. | 0.30 | 565.00 | 169.50 |
| 10/07/20 | Ray Strong | Analyzed scanning / OCR options to extract data from pdfs provided by Debtor. | 0.90 | 565.00 | 508.50 |
| 10/07/20 | Ray Strong | Analyzed parish balance sheets provided for asset analysis. | 2.80 | 565.00 | 1,582.00 |
| 10/07/20 | Christina Tergevorkian | Reviewed 2019 financial statements for parishes. | 2.30 | 270.00 | 621.00 |
| 10/08/20 | Ray Strong | Analyzed parish balance sheet documentation / data in conjunction with asset analysis. | 1.10 | 565.00 | 621.50 |
| 10/08/20 | Ray Strong | Evaluated status of parish asset analysis. | 0.30 | 565.00 | 169.50 |
| 10/08/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Theodore Gales and Holy Family Aub. | 0.80 | 270.00 | 216.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page 11 of 26**
**Invoice # 116386**
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/08/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Sacred Heart Aub, St Alphonsus Aub, and St Mary Aub. | 0.80 | 270.00 | 216.00 |
| 10/08/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Our Lady of the Lakes Penn Yan and Monroe Clinton Partner Parishes. | 0.80 | 270.00 | 216.00 |
| 10/08/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St John the Evangelist Gre, Greece Parishes, and St Marks Greece. | 0.80 | 270.00 | 216.00 |
| 10/08/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Pius Tenth Chi and St Stanislaus Roc. | 0.80 | 270.00 | 216.00 |
| 10/08/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Our Lady of Victory Roc, Greece Mother of Sorrows, and St Charles Borromeo Gre. | 0.80 | 270.00 | 216.00 |
| 10/08/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Rochester West Side Parishes and Holy Cross Church of Rochester. | 0.80 | 270.00 | 216.00 |
| 10/08/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Our Lady of Lourdes Bri and Our Lady of Peace Brighton. | 0.80 | 270.00 | 216.00 |
| 10/09/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Assumption Fai, St John of Rochester, St Leo Hil, and St Mary Hon. | 1.00 | 270.00 | 270.00 |
| 10/09/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Agnes Avo, St Mary Our Mother Horseheads, and Roman Catholic Parishes of Ithaca. | 1.00 | 270.00 | 270.00 |
| 10/09/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Agnes Avo, Nativity of the BVM, NET Catholic, and St Jerome. | 1.00 | 270.00 | 270.00 |
| 10/09/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Rita Web, St Paul Web, St Christopher NCh, Resurrection Fai, St Elizabeth Ann Seton Ham, and Transfiguration Pit. | 1.00 | 270.00 | 270.00 |
| 10/09/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Good Shepherd CC Aur, All Saints Cor, St Matthew Liv, and Blessed Trinity Owe. | 1.00 | 270.00 | 270.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 12 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/09/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St John the Evangelist Spencerport, St Patrick Victor, St Mary of the Lake Watkins Glen, and Webster Holy Trinity. | 1.00 | 270.00 | 270.00 |
| 10/09/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Catherine Men, St Michael Newark, St Mary of the Lake Watkins Glen, and Sacred Heart Aub. | 1.00 | 270.00 | 270.00 |
| 10/09/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Blessed Trinity Owe, Holy Spirit Penfield, Penfield St Joseph, and St Louis Pit. | 1.00 | 270.00 | 270.00 |
| 10/10/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Kateri Iro, St Frances Xavier Cabrini Roc, St Peter RCP Cli, St John Vianney Bat, and Marianne Cope Hen. | 1.00 | 270.00 | 270.00 |
| 10/10/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Francis and St Clare Waterloo, The Parish of the Holy Family, Mary Mother of Mercy, and St Martin de Porres. | 1.00 | 270.00 | 270.00 |
| 10/10/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Maximilian Kolbe Ont, Rochester West Side Parishes, Ss Isidore and Maria Torriba Add, and Palmyra St Katharine Drexel. | 1.00 | 270.00 | 270.00 |
| 10/10/20 | Christina Tergevorkian | Analyzed 2019 financial statements for Our Lady of the Valley Hor, Holy Family Way, and Our Lady of the Snow. | 1.00 | 270.00 | 270.00 |
| 10/10/20 | Christina Tergevorkian | Analyzed 2019 financial statements for St Luke Gen, Blessed Trinity Wol, Our Lady of Peace Gen, and Peace of Christ Roc. | 1.00 | 270.00 | 270.00 |
| 10/10/20 | Christina Tergevorkian | Prepared combined analysis of all 2019 Financial Statements for all parishes. | 0.50 | 270.00 | 135.00 |
| 10/13/20 | Matthew Babcock | Updated parish financial data / asset analysis. | 2.30 | 515.00 | 1,184.50 |
| 10/13/20 | Ray Strong | Examined Parish financial statements. | 0.30 | 565.00 | 169.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 13 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/13/20 | Ray Strong | Reviewed status of Parish financial statement analysis. | 0.20 | 565.00 | 113.00 |
| 10/13/20 | Ray Strong | Updated Parish financial statements analysis. | 1.10 | 565.00 | 621.50 |
| 10/13/20 | Christina Tergevorkian | Reviewed 2019 Balance Sheet data for all the parishes for financial analysis. | 1.50 | 270.00 | 405.00 |
| 10/14/20 | Matthew Babcock | Revised parish financial data / asset analysis. | 3.20 | 515.00 | 1,648.00 |
| 10/14/20 | Ray Strong | Reviewed parish financial statement analysis to evaluate available assets. | 0.50 | 565.00 | 282.50 |
| 10/14/20 | Christina Tergevorkian | Reviewed 2019 Balance Sheet liabilities data for all the parishes for asset analysis. | 1.50 | 270.00 | 405.00 |
| 10/15/20 | Matthew Babcock | Updated parish financial data / asset analysis. | 1.70 | 515.00 | 875.50 |
| 10/16/20 | Matthew Babcock | Spoke with UCC Counsel in order to discuss parish asset analysis. | 0.50 | 515.00 | 257.50 |
| 10/16/20 | Matthew Babcock | Updated parish asset analysis. | 0.50 | 515.00 | 257.50 |
| 10/16/20 | Ray Strong | Attended call with Committee counsel to address Parish financial and asset analysis (partial call). | 0.20 | 565.00 | 113.00 |
| 10/21/20 | Matthew Babcock | Attended weekly UCC meeting in order to report findings regarding parish assets. | 0.90 | 515.00 | 463.50 |
| 10/21/20 | Matthew Babcock | Analyzed financial statements (Parish and Diocese). | 0.70 | 515.00 | 360.50 |
| 10/21/20 | Matthew Babcock | Spoke with UCC Counsel regarding parish assets. | 0.40 | 515.00 | 206.00 |
| 10/22/20 | Ray Strong | Reviewed additional analyses to be performed based on Committee call. | 0.50 | 565.00 | 282.50 |
| 10/23/20 | Ray Strong | Reviewed parish financial statement analysis. | 0.20 | 565.00 | 113.00 |
| 10/29/20 | Matthew Babcock | Reviewed board minutes discussing accounting systems and multi-parish finance directors. | 0.40 | 515.00 | 206.00 |
| 11/02/20 | Matthew Babcock | Analyzed parish financial statements. | 2.90 | 515.00 | 1,493.50 |
| 11/04/20 | Matthew Babcock | Continued analysis of parish financial statements. | 0.40 | 515.00 | 206.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/05/20 | Ray Strong | Reviewed status of Parish financial statement analysis. | 0.50 | 565.00 | 282.50 |
| 11/11/20 | Victoria Calder | Analyzed parish financial statements produced by Debtor. | 1.80 | 105.00 | 189.00 |
| 11/11/20 | Ray Strong | Updated parish financial statement analysis. | 0.20 | 565.00 | 113.00 |
| 11/12/20 | Victoria Calder | Updated analysis of parish financial statements produced by Debtor. | 1.10 | 105.00 | 115.50 |
| 11/13/20 | Victoria Calder | Revised analysis of parish financial statements produced by Debtor. | 1.90 | 105.00 | 199.50 |
| 12/07/20 | Matthew Babcock | Examined parish financial statements / data. | 1.70 | 515.00 | 875.50 |
| 12/14/20 | Victoria Calder | Reviewed accuracy of parish data across multiple spreadsheets produced by Debtor. | 0.60 | 105.00 | 63.00 |
| 12/14/20 | Victoria Calder | Continued review of accuracy of parish data across multiple spreadsheets produced by Debtor. | 1.30 | 105.00 | 136.50 |
| 01/19/21 | Matthew Babcock | Spoke with BRG (RS) in regard to analysis of parish financials (2018 and 2020). | 0.10 | 540.00 | 54.00 |
| 01/19/21 | Ray Strong | Analyzed document productions for Parish financial statement analysis. | 0.30 | 590.00 | 177.00 |
| 01/19/21 | Ray Strong | Spoke with BRG (MB) regarding financial statement analysis for Parishes. | 0.10 | 590.00 | 59.00 |
| 01/21/21 | Ray Strong | Continued analysis of document productions for Parish financial statement analysis. | 1.60 | 590.00 | 944.00 |
| 01/25/21 | Matthew Babcock | Reviewed parish financial analysis. | 0.20 | 540.00 | 108.00 |
| 01/25/21 | Ray Strong | Developed staff assignments for parish balance sheet analyses. | 0.90 | 590.00 | 531.00 |
| 01/25/21 | Ray Strong | Analyzed 2018 balance sheets provided by Debtor for parish asset analysis. | 1.50 | 590.00 | 885.00 |
| 01/25/21 | Ray Strong | Analyzed 2020 balance sheets provided by Debtor for parish asset analysis. | 1.60 | 590.00 | 944.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 15 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/26/21 | Caroline Bates | Analyzed 2020 balance sheet data for the Diocese of Rochester parishes St. Jerome through Holy Family Way. | 2.20 | 225.00 | 495.00 |
| 01/26/21 | Ray Strong | Reviewed parish balance sheet analyses. | 0.40 | 590.00 | 236.00 |
| 01/26/21 | Ray Strong | Analyzed parish balance sheets provided by Debtor for asset analysis. | 2.90 | 590.00 | 1,711.00 |
| 01/27/21 | Caroline Bates | Analyzed 2020 balance sheet data for the Diocese of Rochester parishes Holy Spirit Penfield through Roman Catholic of Ithaca. | 2.00 | 225.00 | 450.00 |
| 01/27/21 | Caroline Bates | Analyzed 2020 balance sheet data for the Diocese of Rochester parishes Sacred Hearth through St. Mary of the Lake. | 1.30 | 225.00 | 292.50 |
| 01/27/21 | Ray Strong | Updated analysis of parish financial statements provided by Debtor for asset analysis. | 1.50 | 590.00 | 885.00 |
| 01/28/21 | Caroline Bates | Analyzed 2020 balance sheet data for the Diocese of Rochester parishes Sacred Hearth through St. Mary of the Lake. | 3.20 | 225.00 | 720.00 |
| 01/29/21 | Caroline Bates | Analyzed 2020 balance sheet data for the Diocese of Rochester parishes St. Mary of our Mother Horsehead through Webster Holy Trinity. | 2.40 | 225.00 | 540.00 |
| 01/29/21 | Ray Strong | Reviewed status of parish financial statement analysis. | 0.20 | 590.00 | 118.00 |
| 02/01/21 | Caroline Bates | Analyzed 2018 - 2020 balance sheet data for the Diocese of Rochester parish 248. | 1.20 | 225.00 | 270.00 |
| 02/01/21 | Caroline Bates | Analyzed 2018 - 2020 balance sheet data for the Diocese of Rochester parish 338. | 1.10 | 225.00 | 247.50 |
| 02/01/21 | Caroline Bates | Analyzed 2018 - 2020 balance sheet data for the Diocese of Rochester parish 370. | 1.10 | 225.00 | 247.50 |
| 02/01/21 | Caroline Bates | Updated 2018 - 2020 financial statement analysis for Blessed Trinity 340. | 0.40 | 225.00 | 90.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page 16 of 26**
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/01/21 | Ray Strong | Reviewed analysis of 2018 - 2020 parish financial statements. | 0.30 | 590.00 | 177.00 |
| 02/02/21 | Caroline Bates | Analyzed 2018 - 2020 balance sheet data for Blessed Trinity Wol 345, Good Shepherd 337, Greece Mother of Sorrows, Greece Parishes 041 and 044, Holy Cross Cha 8. | 3.00 | 225.00 | 675.00 |
| 02/03/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Marianne Cope Hen 362. | 0.40 | 225.00 | 90.00 |
| 02/03/21 | Caroline Bates | Analyzed financial statements for Our Lady of Lourdes Bri 17 26 35. | 0.40 | 225.00 | 90.00 |
| 02/03/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Holy Spirit Penfield 294. | 0.50 | 225.00 | 112.50 |
| 02/03/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for NET Catholic parish. | 0.30 | 225.00 | 67.50 |
| 02/03/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Holy Family Way 342. | 0.50 | 225.00 | 112.50 |
| 02/03/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Monroe Clinton Partner Parishes. | 0.50 | 225.00 | 112.50 |
| 02/03/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Holy Family Aub 204. | 0.20 | 225.00 | 45.00 |
| 02/03/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Mary Mother of Mercy 368. | 0.40 | 225.00 | 90.00 |
| 02/03/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Nativity of the BVM Bro 215. | 0.50 | 225.00 | 112.50 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Our Lady of the Snow 343. | 0.30 | 225.00 | 67.50 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Our Lady Of Roc 22. | 0.20 | 225.00 | 45.00 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Resurrection Fai 334. | 0.20 | 225.00 | 45.00 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Palmyra St. Katharine Drexel parish. | 0.30 | 225.00 | 67.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 17 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Our Lady Queen of Peace Brighton 21 St Thomas More 57. | 0.30 | 225.00 | 67.50 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Rochester West Side Parishes. | 0.30 | 225.00 | 67.50 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Our Lady of Peace 346. | 0.40 | 225.00 | 90.00 |
| 02/04/21 | Caroline Bates | Updated financial statement analysis for Penfield St. Joseph. | 0.70 | 225.00 | 157.50 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Our Lady of the Valley Hor 341. | 0.30 | 225.00 | 67.50 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Peace of Christ Roc 348 parish. | 0.30 | 225.00 | 67.50 |
| 02/04/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Our Lady of the Lakes Penn Yan 359. | 0.50 | 225.00 | 112.50 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Alphonsus Aub 207 parish. | 0.20 | 225.00 | 45.00 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Ss Isidore and Maria Torriba Add 355. | 0.20 | 225.00 | 45.00 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Christopher 333 parish. | 0.20 | 225.00 | 45.00 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Sacred Heart Aub 205 parish. | 0.30 | 225.00 | 67.50 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Agnes Avo 212 261 270 parish. | 0.60 | 225.00 | 135.00 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Ss Mary and Martha Aub 363 parish. | 0.20 | 225.00 | 45.00 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Roman Catholic Parishes of Ithaca. | 0.60 | 225.00 | 135.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 18 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Benedict Can 365 parish. | 0.50 | 225.00 | 112.50 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Charles Borromeo Gre 32 parish. | 0.20 | 225.00 | 45.00 |
| 02/05/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Catherine Men 277 parish. | 0.30 | 225.00 | 67.50 |
| 02/05/21 | Ray Strong | Reviewed analysis of 2018 - 2020 parish financial statements. | 0.10 | 590.00 | 59.00 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Louis Pit 300 parish. | 0.30 | 225.00 | 67.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Mary Hon 260 parish. | 0.20 | 225.00 | 45.00 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Mary Aub 210 parish. | 0.20 | 225.00 | 45.00 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St John of Rochester Fai 249 parish. | 0.30 | 225.00 | 67.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Frances Xavier Cabrini Roc 358 parish. | 0.30 | 225.00 | 67.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Francis and St Clare Waterloo 366 parish. | 0.30 | 225.00 | 67.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Leo Hil 259 parish. | 0.20 | 225.00 | 45.00 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Joseph the Worker Cly 364 parish. | 0.30 | 225.00 | 67.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Luke Gen 344 parish. | 0.30 | 225.00 | 67.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Martin de Porres 369 parish. | 0.50 | 225.00 | 112.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Kateri Iro 357 parish. | 0.50 | 225.00 | 112.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 19 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St John Vianney Bat 361 parish. | 0.30 | 225.00 | 67.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St John the Evangelist Gre 39 parish. | 0.30 | 225.00 | 67.50 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Elizabeth Ann Seton Ham 335 parish. | 0.20 | 225.00 | 45.00 |
| 02/08/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St John the Evangelist Spencerport 316 parish. | 0.40 | 225.00 | 90.00 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Peter RCP Cli 360 parish. | 0.30 | 225.00 | 67.50 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Of the Holy Family parish. | 0.20 | 225.00 | 45.00 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Michael Newark 283 parish. | 0.20 | 225.00 | 45.00 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Transfiguration Pit 336 parish. | 0.20 | 225.00 | 45.00 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Maximilian Kolbe Ont 353 parish. | 0.20 | 225.00 | 45.00 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Stanislaus Roe 53 parish. | 0.20 | 225.00 | 45.00 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Mary Our Mother Horseheads 264 parish. | 0.30 | 225.00 | 67.50 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Rita Web 327 parish. | 0.30 | 225.00 | 67.50 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Paul Web 331 parish. | 0.20 | 225.00 | 45.00 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Theodore Gates 054 parish. | 0.20 | 225.00 | 45.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page 20 of 26**
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for Webster Holy Trinity parish. | 0.30 | 225.00 | 67.50 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Matthew Liv 339 parish. | 0.30 | 225.00 | 67.50 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Mary of the Lake Watkins Glen 323 287 parish. | 0.30 | 225.00 | 67.50 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Patrick Victor 321 parish. | 0.30 | 225.00 | 67.50 |
| 02/09/21 | Caroline Bates | Analyzed 2018 - 2020 financial statements for St Pius Tenth Chi 51 parish. | 0.50 | 225.00 | 112.50 |
| 02/09/21 | Jeffrey Shaw | Reviewed status of parish financial statement analysis. | 0.20 | 475.00 | 95.00 |
| 02/10/21 | Matthew Babcock | Spoke with BRG (JS) in regard to parish financial analysis. | 0.30 | 540.00 | 162.00 |
| 02/10/21 | Jeffrey Shaw | Spoke with BRG (MB) regarding parish financial statement analysis. | 0.30 | 475.00 | 142.50 |
| 02/10/21 | Jeffrey Shaw | Reviewed parish financial statement analysis. | 1.30 | 475.00 | 617.50 |
| 02/11/21 | Jeffrey Shaw | Evaluated status of parish financial statement analysis. | 0.70 | 475.00 | 332.50 |
| 02/12/21 | Jeffrey Shaw | Spoke with UCC Counsel (BM) regarding parish financial analysis. | 0.20 | 475.00 | 95.00 |
| 02/12/21 | Jeffrey Shaw | Updated parish financial data analysis. | 0.50 | 475.00 | 237.50 |
| 02/15/21 | Jeffrey Shaw | Prepared status update of parish financial statement analysis. | 0.30 | 475.00 | 142.50 |
| 02/15/21 | Jeffrey Shaw | Spoke with UCC Counsel regarding parish financial statement analysis. | 0.20 | 475.00 | 95.00 |
| 02/16/21 | Caroline Bates | Reviewed status of parish financial analysis. | 0.30 | 225.00 | 67.50 |
| 02/16/21 | Caroline Bates | Updated parish financial statement analysis. | 2.10 | 225.00 | 472.50 |
| 02/16/21 | Jeffrey Shaw | Revised parish financial analysis. | 0.30 | 475.00 | 142.50 |
| 02/17/21 | Caroline Bates | Revised parish financial statement analysis. | 2.50 | 225.00 | 562.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page 21 of 26**
**Invoice # 116386**
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/17/21 | Caroline Bates | Continued to revise parish financial statement analysis. | 1.00 | 225.00 | 225.00 |
| 02/17/21 | Jeffrey Shaw | Updated parish financial activity analysis. | 0.60 | 475.00 | 285.00 |
| 02/23/21 | Ray Strong | Analyzed balance sheets for parishes from 2018 through 2020 for asset analysis. | 1.10 | 590.00 | 649.00 |
| 02/26/21 | Jeffrey Shaw | Evaluated status of parish financial analysis. | 0.20 | 475.00 | 95.00 |
| 02/26/21 | Jeffrey Shaw | Examined documents produced by Debtor regarding parish financial information. | 1.80 | 475.00 | 855.00 |
| 03/01/21 | Caroline Bates | Analyzed updated parish data received 2.19.21. | 2.00 | 225.00 | 450.00 |
| 03/01/21 | Jeffrey Shaw | Updated parish financial analysis. | 0.30 | 475.00 | 142.50 |
| 03/01/21 | Jeffrey Shaw | Evaluated outstanding issues regarding parish financial analysis. | 0.20 | 475.00 | 95.00 |
| 03/02/21 | Caroline Bates | Continued to analyze updated parish data received 2.19.21. | 2.80 | 225.00 | 630.00 |
| 03/03/21 | Caroline Bates | Updated analysis of parish data received 2.19.21. | 1.00 | 225.00 | 225.00 |
| 03/03/21 | Caroline Bates | Continued to update analysis of parish data received 2.19.21. | 2.50 | 225.00 | 562.50 |
| 03/03/21 | Jeffrey Shaw | Reviewed parish financial analysis. | 0.60 | 475.00 | 285.00 |
| 03/03/21 | Jeffrey Shaw | Prepared summary schedules for parish asset analysis. | 1.50 | 475.00 | 712.50 |
| 03/09/21 | Caroline Bates | Analyzed parish data to determine change in specific accounts numbers in parishes received 2.19.21. | 0.50 | 225.00 | 112.50 |
| 03/09/21 | Jeffrey Shaw | Evaluated parish financial analysis. | 0.20 | 475.00 | 95.00 |
| 03/09/21 | Jeffrey Shaw | Analyzed parish financial data, including identification of follow-up questions. | 2.70 | 475.00 | 1,282.50 |
| 03/09/21 | Jeffrey Shaw | Spoke with BRG (RS) regarding parish financial analysis. | 0.50 | 475.00 | 237.50 |
| 03/09/21 | Ray Strong | Spoke with BRG (JS) regarding status of Parish Balance Sheet analysis. | 0.50 | 590.00 | 295.00 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 22 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/10/21 | Caroline Bates | Analyzed parish data to determine change in specific accounts numbers in parishes received 2.19.21. | 2.10 | 225.00 | 472.50 |
| 03/10/21 | Caroline Bates | Continued to analyze parish data to determine change in specific accounts numbers in parishes received 2.19.21. | 0.60 | 225.00 | 135.00 |
| 03/10/21 | Jeffrey Shaw | Reviewed status of assignments for parish financial analysis. | 0.10 | 475.00 | 47.50 |
| 03/10/21 | Jeffrey Shaw | Identified follow-up questions regarding parish financial data. | 2.80 | 475.00 | 1,330.00 |
| 03/10/21 | Jeffrey Shaw | Spoke with BRG (RS) regarding parish financial analysis. | 0.30 | 475.00 | 142.50 |
| 03/10/21 | Jeffrey Shaw | Analyzed parish financial data, including identification of issues for follow-up. | 1.50 | 475.00 | 712.50 |
| 03/10/21 | Ray Strong | Spoke with BRG (JS) regarding status of Parish Balance Sheet analysis. | 0.30 | 590.00 | 177.00 |
| 03/10/21 | Ray Strong | Analyzed preliminary Parish Balance Sheet analysis. | 0.50 | 590.00 | 295.00 |
| 03/11/21 | Jeffrey Shaw | Prepared summary schedules of parish financial data. | 2.30 | 475.00 | 1,092.50 |
| 03/11/21 | Jeffrey Shaw | Updated additional information request related to parish financial analysis. | 2.00 | 475.00 | 950.00 |
| 03/12/21 | Jeffrey Shaw | Updated parish financial schedules. | 1.10 | 475.00 | 522.50 |
| 03/14/21 | Jeffrey Shaw | Prepared correspondence for UCC Counsel regarding parish financial data. | 1.20 | 475.00 | 570.00 |
| 03/15/21 | Jeffrey Shaw | Updated schedules regarding parish financial data. | 0.90 | 475.00 | 427.50 |
| 03/23/21 | Jeffrey Shaw | Reviewed status of parish financial analysis. | 0.20 | 475.00 | 95.00 |
| 03/25/21 | Jeffrey Shaw | Prepared for call with UCC Counsel regarding parish financial analysis. | 0.50 | 475.00 | 237.50 |
| 03/25/21 | Jeffrey Shaw | Spoke with UCC Counsel (BM) regarding parish financial analysis. | 0.30 | 475.00 | 142.50 |
| | | **Total for Task Code 302.00** | **198.30** | | **68,710.50** |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 23 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 600.00  -  Claims / Liability Analysis (General)** | | | | | |
| 11/18/20 | Matthew Babcock | Analyzed unsecured claims. | 0.50 | 515.00 | 257.50 |
| 03/11/21 | Jeffrey Shaw | Prepared request for claims data. | 0.10 | 475.00 | 47.50 |
| 03/29/21 | Jeffrey Shaw | Evaluated status of claim register analysis. | 0.20 | 475.00 | 95.00 |
| | | **Total for Task Code 600.00** | **0.80** | | **400.00** |
| | | | | | |
| **Task Code: 1010.00  -  Employment Application** | | | | | |
| 07/14/20 | Ray Strong | Prepared draft employment application. | 0.30 | 565.00 | 169.50 |
| 07/15/20 | Ray Strong | Updated draft employment application. | 0.30 | 565.00 | 169.50 |
| 07/22/20 | Ray Strong | Revised employment application with updates. | 0.60 | 565.00 | 339.00 |
| 07/27/20 | Ray Strong | Finalized declaration for employment application. | 0.20 | 565.00 | 113.00 |
| 08/17/20 | Ray Strong | Reviewed confidentiality agreement sent by counsel, including review by BRG inhouse counsel. | 0.30 | 565.00 | 169.50 |
| 09/17/20 | Ray Strong | Examined confidentiality agreement sent by counsel for execution. | 0.20 | 565.00 | 113.00 |
| | | **Total for Task Code 1010.00** | **1.90** | | **1,073.50** |
| | | | | | |
| **Task Code: 1020.00  -  Meeting Preparation & Attendance** | | | | | |
| 08/14/20 | Ray Strong | Attended call with committee counsel to kickoff assignments in matter. | 0.50 | 565.00 | 282.50 |
| 09/18/20 | Matthew Babcock | Spoke with UCC Counsel and BRG (RS) in regard to initial analysis to be performed. | 0.60 | 515.00 | 309.00 |
| 09/18/20 | Ray Strong | Attended call with counsel and BRG team (MB) to discuss scope of near-term assignments. | 0.60 | 565.00 | 339.00 |
| 10/22/20 | Ray Strong | Attended weekly call with Committee to discuss analyses performed to date. | 0.40 | 565.00 | 226.00 |
| 10/22/20 | Ray Strong | Analyzed case documents in preparation for call with Committee. | 0.50 | 565.00 | 282.50 |
| 10/22/20 | Ray Strong | Attended call with Committee counsel to prepare for Committee call. | 0.90 | 565.00 | 508.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/29/20 | Matthew Babcock | Prepared outline for upcoming meeting with Debtors. | 0.60 | 515.00 | 309.00 |
| 10/29/20 | Matthew Babcock | Spoke with UCC Counsel in regard to upcoming meeting with Debtors. | 0.30 | 515.00 | 154.50 |
| 10/29/20 | Ray Strong | Updated draft outline for discussion with CFO. | 0.60 | 565.00 | 339.00 |
| 10/29/20 | Ray Strong | Attended call with counsel regarding preparation for discussion with CFO. | 0.30 | 565.00 | 169.50 |
| 11/02/20 | Matthew Babcock | Prepared for meeting with Debtor, including review of audits, monthly operating reports, parish financials and other documents / data. | 0.90 | 515.00 | 463.50 |
| 11/02/20 | Ray Strong | Analyzed case documentation provided by Debtor in preparation for interview with Debtor CFO. | 1.50 | 565.00 | 847.50 |
| 11/02/20 | Ray Strong | Analyzed financial statements / information provided by Debtor in preparation for interview with Debtor CFO. | 1.60 | 565.00 | 904.00 |
| 11/02/20 | Ray Strong | Prepared for meeting with Debtor. | 1.60 | 565.00 | 904.00 |
| 11/03/20 | Matthew Babcock | Prepared for call with Debtor's CFO. | 0.30 | 515.00 | 154.50 |
| 11/03/20 | Matthew Babcock | Spoke with Debtor's CFO and accounting staff. | 0.90 | 515.00 | 463.50 |
| 11/03/20 | Matthew Babcock | Reviewed results / notes of interview with Debtor CFO. | 1.80 | 515.00 | 927.00 |
| 11/03/20 | Ray Strong | Followed-up with UCC Counsel regarding issues raised during call with CFO. | 1.80 | 565.00 | 1,017.00 |
| 11/03/20 | Ray Strong | Attended interview of Debtor CFO via Zoom conference call (partial call). | 0.80 | 565.00 | 452.00 |
| 11/03/20 | Ray Strong | Attended conference call with UCC counsel to discuss Debtor CFO interview issues. | 0.50 | 565.00 | 282.50 |
| 04/12/21 | Ray Strong | Attended conference call with UCC Counsel (IS, BM) regarding asset investigation issues. | 2.20 | 590.00 | 1,298.00 |
| | | **Total for Task Code 1020.00** | **19.20** | | **10,633.00** |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 25 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| **Task Code: 1060.00 - Fee Application Preparation & Hearing** | | | | | |
| 02/05/21 | Jeffrey Shaw | Updated fee application, including review / categorization of time entries (July - December 2020). | 1.70 | 475.00 | 807.50 |
| 02/08/21 | Jeffrey Shaw | Revised fee application, including review / categorization of time entries (July - December 2020). | 0.50 | 475.00 | 237.50 |
| 02/09/21 | Jeffrey Shaw | Updated fee application, including review / categorization of time entries (July - December 2020). | 1.70 | 475.00 | 807.50 |
| 03/22/21 | Jeffrey Shaw | Revised fee application, including review / categorization of time entries (July - December 2020). | 0.70 | 475.00 | 332.50 |
| 03/22/21 | Jeffrey Shaw | Revised fee application. | 0.20 | 475.00 | 95.00 |
| 03/23/21 | Matthew Babcock | Prepared 1st interim fee application. | 0.30 | 540.00 | 162.00 |
| 03/24/21 | Jeffrey Shaw | Responded to emails regarding fee application. | 0.50 | 475.00 | 237.50 |
| 03/24/21 | Jeffrey Shaw | Updated fee application, including review / categorization of time entries (July - December 2020). | 0.50 | 475.00 | 237.50 |
| 03/24/21 | Jeffrey Shaw | Prepared invoice for fee application. | 1.50 | 475.00 | 712.50 |
| 03/25/21 | Jeffrey Shaw | Prepared narrative for fee application. | 2.30 | 475.00 | 1,092.50 |
| 03/25/21 | Jeffrey Shaw | Prepared schedules for fee application. | 1.10 | 475.00 | 522.50 |
| 03/26/21 | Jeffrey Shaw | Updated fee application. | 0.60 | 475.00 | 285.00 |
| 03/29/21 | Matthew Babcock | Updated 1st fee application. | 0.30 | 540.00 | 162.00 |
| 03/29/21 | Jeffrey Shaw | Finalized fee application. | 0.50 | 475.00 | 237.50 |
| 03/29/21 | Jeffrey Shaw | Revised narrative for fee application. | 1.80 | 475.00 | 855.00 |
| 03/29/21 | Jeffrey Shaw | Reviewed status of fee application. | 0.20 | 475.00 | 95.00 |
| 03/29/21 | Ray Strong | Analyzed fee application from July 2020 through December 2020 for finalization. | 0.30 | 590.00 | 177.00 |
| 04/01/21 | Jeffrey Shaw | Prepared correspondence regarding fee application. | 0.20 | 475.00 | 95.00 |
| 04/07/21 | Jeffrey Shaw | Responded to inquiry regarding fee application time descriptions / codes. | 0.50 | 475.00 | 237.50 |



**To:** James I. Stang
**c/o:** Pachulski Stang Ziehl & Jones
**RE:** UCC Roman Catholic Diocese of Rochester

**Page** 26 of 26
**Invoice #** 116386
**Client-Matter:** 18456-029583

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/28/21 | Jeffrey Shaw | Prepared correspondence regarding fee application status. | 0.20 | 475.00 | 95.00 |
| | | **Total for Task Code 1060.00** | **15.60** | | **7,483.50** |
| **Professional Services** | | | **273.10** | | **100,202.00** |