# **EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 19-20905 (CGM) |
|  | ) |  |
| THE DIOCESE OF ROCHESTER, | ) | Chapter 11 |
|  | ) |  |
| Debtor.[1] | ) |  |
|  | ) |  |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY
BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR
FOR THE PERIOD FROM JULY 8, 2020 THROUGH MAY 31, 2021**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors in the above-captioned case, filed its First Interim Application for Compensation for the Period from July 8, 2020 through May 31, 2021 (the "Fee Application"). The Court has reviewed the Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing on the Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Application. Accordingly, it is hereby

**ORDERED** that the first Fee Application is GRANTED. The Debtor in the above case shall pay to BRG interim fees in the total amount of $100,202.00 for services rendered and actual and necessary expenses incurred in the Chapter 11 case during the Interim Compensation Period.

---

[1] The Debtor in this chapter 11 case is The Diocese of Rochester, the last for digits of its federal tax identification number are 5765, and its mailing address is 1150 Buffalo Road, Rochester, NY 14624.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2021
      Rochester, New York

                                      THE HONORABLE PAUL R. WARREN
                                      U.S. BANKRUPTCY JUDGE

2

Case 2-19-20905-PRW, Doc 1259-2, Filed 08/25/21, Entered 08/25/21 14:01:31, Description: Exhibit B - Proposed Order, Page 3 of 3