UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 (PRW) |
| Debtor. | |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK         )
                                      )
COUNTY OF NEW YORK     )

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

Pursuant to the Court's Amended Administrative Procedures, on August 25, 2021, in addition to service via the Court's ECF system, I caused a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**.

> ➢ *Notice / Third Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation For Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period September 1, 2020 Through May 31, 2021* [Docket No. 1258]; and

> ➢ *Notice / First Interim Application for Allowance of Compensation and Reimbursement of Expenses by Berkeley Research Group, LLC as Financial Advisor for the Period From July 8, 2020 Through May 31, 2021* [Docket No. 1259].

*/s/ La Asia S. Canty*
La Asia S. Canty

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AB 1 Doe c/o Law Offices Of Stephen Boyd & John Elmore | Stephen Boyd | sboyd@steveboyd.com |
| Ad Hoc Parish Committee c/o Woods Oviatt Gilman LLP | Timothy Patrick Lyster | tlyster@woodsoviatt.com |
| Amaryllis Figueroa c/o Mcconville, Considine, Cooman & Morin, PC | Lucien A. Morin, II | lmorin@mccmlaw.com |
| Bishop Emeritus Matthew Harvey Clark c/o Adams Leclair LLP | Mary Jo S. Korona | mkorona@adamsleclair.law |
| Brian S. Delafranier c/o James, Vernon & Weeks, P.A. | Brianna M Espeland | brianna@jvwlaw.net |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Ward Greenberg Heller & Reidy LLP | Katerina M. Kramarchyk<br>Eric J. Ward | kkramarchyk@wardgreenberg.com<br>eward@wardgreenberg.com |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Boylan Code LLP | Devin Lawton Palmer<br>Christopher K. Werner | dpalmer@boylancode.com |
| Certain Personal Injury Creditors c/o Jeff Anderson & Associates, P.A. | Michael G. Finnegan & Elin M. Lindstrom | mike@andersonadvocates.com;<br>elin@andersonadvocates.com |
| Certain Personal Injury Creditors c/o Thomas Counselors At Law, LLC | Kathleen R. Thomas | kat@tlclawllc.com |
| Continental Insurance Company c/o David Christian Attorneys LLC | David Christian, II | dchristian@dca.law |
| Continental Insurance Company c/o Choate Hall & Stewart LLP | David Attisani<br>Kevin J. Finnerty<br>Jean-Paul Jaillet | dattisani@choate.com<br>kfinnerty@choate.com<br>jjaillet@choate.com |
| Continental Insurance Company c/o Barclay Damon LLP | Jeffrey Austin Dove | jdove@barclaydamon.com |
| Continental Insurance Company c/o Wilmer Cutler Pickering Hale and Dorr LLP | Isley Markman Gostin | isley.gostin@wilmerhale.com |
| CVA Claimants c/o Jeff Anderson & Associates, P.A. | Jeffrey R. Anderson & Michael Reck | jeff@andersonadvocates.com;<br>mreck@andersonadvocates.com |
| CVA Claimants c/o Morgenstern Devoesick PLLC | Maura G. McGuire | mmcguire@morgdevo.com |
| Donna Oppedisano and Kathleen Israel c/o Jarrod W. Smith, Esq., PLLC | Jarrod W. Smith | jarrodsmithlaw@gmail.com |
| Harris Beach PLLC | Lee E. Woodard | bkemail@harrisbeach.com |
| Interstate Fire and Casualty Company c/o Moss & Barnett | Charles Edwin Jones | charles.jones@lawmoss.com |
| Interstate Fire and Casualty Company c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |
| Interstate Fire and Casualty Company c/o Troutman Pepper Hamilton Sanders LLP | Harris Winsberg | harris.winsberg@troutmansanders.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Jack T. Brand c/o Trevett Cristo | Melanie S. Wolk | mwolk@trevettcristo.com |
| James Vernon & Weeks, P.A. | Leander L. James | firm@jvwlaw.net |
| Kenneth Cubiotti c/o James Vernon & Weeks | Brianna M Espeland Leander Laurel James, IV | brianna@jvwlaw.net ljames@jvwlaw.net |
| Manufacturers and Traders Trust Company c/o Hodgson Russ LLP | Garry M. Graber | ggraber@hodgsonruss.com |
| National Surety Corporation c/o Moss & Barnett, a Professional Association | Charles Edwin Jones | charles.jones@lawmoss.com |
| National Surety Corporation c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |
| National Surety Corporation c/o Troutman Sanders LLP | Harris Winsberg | harris.winsberg@troutmansanders.com |
| Office of the United States Trustee | Kathleen Dunivin Schmitt | ustpregion02.ro.ecf@usdoj.gov |
| St. Bernard's School of Theology and Ministry c/o Adams Leclair LLP | Paul L. LeClair | pleclair@adamsleclair.law |
| The Chubb Companies c/o Duane Morris LLP | Catherine Beideman Heitzenrater | cheitzenrater@duanemorris.com |
| The Diocese of Rochester c/o Bond, Schoeneck & King, PLLC | Stephen A. Donato, Ingrid S. Palermo, Charles J. Sullivan, Grayson T. Walter | sdonato@bsk.com ipalermo@bsk.com csullivan@bsk.com gwalter@bsk.com |

DOCS_NY:43943.1 18489/002

# EXHIBIT 2

## Service by First Class U.S. Mail

OFFICE OF THE U.S. TRUSTEE
ATTN: KATHLEEN DUNIVIN SCHMITT
100 STATE STREET, ROOM 6090
ROCHESTER, NY 14614

WELLER, GREEN, TOUPS & TERRELL, LLP
ATTN: MITCHELL A. TOUPS
PO BOX 350
BEAUMONT, TX 77704

KELNER & KELNER
140 BROADWAY, 37TH FLOOR
NEW YORK, NY 10005

KEYBANK, N.A.
ATTN: BANKRUPTCY DEPT
4910 TIEDEMAN ROAD
BROOKLYN, OH 44144

BANSBACH LAW P.C.
ATTN: JOHN M. BANSBACH
31 ERIE CANAL DRIVE, SUITE A
ROCHESTER, NY 14626

NEW YORK STATE DEPARTMENT OF LABOR
STATE OFFICE CAMPUS
BUILDING #12, ROOM 256
ALBANY, NY    12240

JPMORGAN CHASE
ATTN: SARAH CORNELL, BRANCH MANAGER 2130
CHILI AVENUE
ROCHESTER, NY 14624

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP I
NIAGARA CENTER, 2ND FLOOR
130 S. ELMWOOD AVENUE
BUFFALO, NY 14202

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

GREENBERG TAURIG, LLP
ATTN: MICHAEL J. GRYGIEL
54 STATE STREET, 6TH FLOOR
ALBANY, NY 12207

THE DIOCESE OF ROCHESTER
ATTN: LISA M. PASSERO, CHIEF FINANCIAL
OFFICER
1150 BUFFALO ROAD
ROCHESTER, NY 14624

LAW OFFICES OF MITCHELL GARABEDIAN
ATTN: MITCHELL GARABEDIAN
100 STATE STREET, SUITE 6
BOSTON, MA    02109

MANUFACTURERS AND TRADERS TRUST
COMPANY
ATTN: PHILIP SMITH, SENIOR VICE PRESIDENT
1 M&T PLAZA
BUFFALO, NY 14203

NYS WORKERS' COMPENSATION BOARD
ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP.
EXAMINER
OFFICE OF SELF-INSURANCE
328 STATE STREET
SCHENECTADY, NY      12305

M&T BANK
255 EAST AVENUE
ROCHESTER,    NY 14624

US DEPARTMENT OF LABOR
FEDERAL BUILDING
100 STATE STREET, SUITE 4190
ROCHESTER,    NY 14614

SEGAR & SCIORTINO PLLC
ATTN: STEPHEN A. SEGAR
400 MERIDIAN CENTRE, SUITE 320
ROCHESTER, NY 14618

M&T BANK
PO BOX 844
BUFFALO, NY 14240-0844

OFFICE OF THE ATTORNEY GENERAL
MAIN PLACE TOWER, SUITE 300A
350 MAIN STREET
BUFFALO, NY   14202

HERMAN LAW
ATTN: JEFFREY MARC HERMAN
1800 NORTH MILITARY TRAIL, SUITE 160
BOCA RATON, FL 33431

LEVIN SEDRAN & BERMAN
ATTN: DANIEL LEVIN
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19106

MENEOLAW, PLLC
ATTN: RON M. MENEO
234 CHURCH STREET, 6TH FLOOR
NEW HAVEN,    CT 06510

ANDREOZZI & ASSOCIATES, P.C.
ATTN: NATHANIEL L. FOOTE
111 NORTH FRONT STREET
HARRISBURG, PA 17101

MERSON LAW, PLLC
ATTN: JOHN MERSON
150 EAST 58TH STREET, 34TH FLOOR
NEW YORK, NY 10155

TREVETT CRISTO
ATTN: MELANIE S. WOLK
TWO STATE STREET, SUITE 1000
ROCHESTER, NY 14614

WILMINGTON TRUST, A DIVISION OF M&T BANK
ATTN: CHRISTINE G. COTTON, ASST. VICE
PRESIDENT
285 DELAWARE AVENUE, 3RD FLOOR
BUFFALO, NY 14202

DOCS_NY:43943.1 18489/002

NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300

LAW OFFICE OF RONALD R. BENJAMIN
ATTN: RONALD R. BENJAMIN
126 RIVERSIDE DRIVE
PO BOX 607
BINGHAMTON, NY 13902

WEITZ & LUXENBERG
700 BROADWAY
NEW YORK, NY 10003

PFAU COCHRAN VERTETIS AMALAATTN:
MICHAEL T. PFAU
COLUMBIA HOUSE
403 COLUMBIA STREET, SUITE 500
SEATTLE, WA 98104

NEW YORK STATE DEPARTMENT OF LABOR -
BUS. SERVICES
ATTN: REGENNA DARRAH
276 WARING ROAD, ROOM 100
ROCHESTER, NY 14609

HARTER SECREST & EMERY, LLP
1600 BAUSCH AND LOMB PL.
ROCHESTER, NY 14604

US ATTORNEY'S OFFICE
WESTERN DISTRICT OF NEW YORK
100 STATE STREET, SUITE 500
ROCHESTER, NY 14614

DOCS_NY:43943.1 18489/002