UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 (PRW) |
| Debtor. | |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH MAY 31, 2021**

This matter is before the Court on the Third Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period September 1, 2020 through May 31, 2021 (the "Third Compensation Period" and the "Application") [Doc 1263], filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Committee. In the Application, PSZJ requests (a) allowance of interim compensation for professional services performed by PSZJ for the Third Compensation Period in the amount of $609,915.00 (b) reimbursement of its actual and necessary expenses in the amount of $8,616.11 incurred during the Third Compensation Period, and (c) directing the Debtor to pay PSZJ the amount of $618,541.11 for the unpaid total. The United States Trustee raised certain informal objections to the Application and PSZJ has consented to a voluntary reduction in fees in the amount of $976.33.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on September 23, 2021 and being otherwise

duly advised in the premises, determines that the Application should be, and hereby is GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED in its entirety.

2. PSZJ's compensation for professional services rendered during the Third Compensation Period is allowed on an interim basis in the amount of $608,948.67.

3. Reimbursement of PSZJ's expenses incurred during the Third Compensation Period is allowed on an interim basis in the amount of $8,616.11.

4. The Debtor is directed to pay PSZJ the amount of $617,564.78 for the unpaid amounts incurred during the Third Compensation Period.

5. The compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to section 330(a)(5) of the Bankruptcy Code.

6. The allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to PSZJ's right to seek additional compensation for services performed and expenses incurred during the Third Compensation Period, which were not processed at the time of the Application.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

DATED: September 23, 2021 _____/s/_____
      Rochester, New York HON. PAUL R. WARREN
                                                       United States Bankruptcy Judge