# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−2 | User: admin | Date Created: 9/23/2021 |
| Case: 2−19−20905−PRW | Form ID: pdforder | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | Grayson T. Walter | gwalter@bsk.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Ingrid S. Palermo | ipalermo@bsk.com |
| aty | Stephen A. Donato | sdonato@bsk.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 | |
| pr | Lisa M. Passero | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 |
| smg | Office of the U.S. Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 | |

TOTAL: 3