UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

  The Diocese of Rochester
   aka The Roman Catholic Diocese of Rochester

Case No.: 2−19−20905−PRW
Chapter: 11

Tax ID: 16−0755765

Debtor(s)

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **September 23, 2021**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| Docket #1288: | Order Granting Third Interim Fee Application Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Counsel To The Official Committee Of Unsecured Creditors Of The Debtor For The Period September 1, 2020 Through May 31, 2021 fees awarded: $609,925.00, expenses awarded: $8,616.11 (RE: related doc(s) 1258 Application for Compensation, 1263 Amended Application). Signed on 9/23/2021. NOTICE OF ENTRY. (Lawson, L.) |

Date: September 23, 2021                        Lisa Bertino Beaser
                                                    Clerk of Court