UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor,

**ORDER GRANTING FOURTH APPLICATION FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BOND,
SCHOENECK & KING, PLLC, AS ATTORNEYS FOR THE DIOCESE**

This matter came before the Court on the Fourth Application for Interim Compensation and Reimbursement of Expenses of Bond Schoeneck & King, PLLC, as Attorneys for the Diocese for the period of January 1, 2021 through June 30, 2021 [Docket No. 1302] (the "Fourth Interim Fee Application")[1]. In the Application, Bond requests: (a) allowance of interim compensation and professional services performed by Bond for the Fourth Interim Compensation Period in the amount of $490,443.65; (b) reimbursement of its actual and necessary expenses in the amount of $10,769.59 incurred during the Fourth Interim Compensation Period; and (c) directing the Diocese to pay the unpaid balance.

The Court, having considered the Fourth Interim Fee Application and notice of the Fourth Interim Fee Application appearing adequate, and having taken the Fourth Interim Fee Application under submission; and no objections to the relief requested having been filed; and the Court having found that all services rendered by Bond and expenses incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fourth Interim Fee Application.

1

**ORDERED**, that the Fourth Interim Fee Application is granted as set forth herein; and it is further

**ORDERED**, that Bond's compensation for professional services rendered during the Fourth Interim Compensation Period is allowed on an interim basis in the amount of $490,443.65; and it is further

**ORDERED**, that reimbursement of Bond's expenses incurred during the Fourth Interim Compensation Period is allowed on an interim basis in the amount of $10,769.59; and it is further

**ORDERED**, that the Diocese is directed to pay Bond the amount of $98,208.79 for the unpaid portion of fees and expenses sought through the Fourth Interim Fee Application; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Bond's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

DATED: December 3, 2021 _____/s/_____
      Rochester, New York         HON. PAUL R. WARREN
                                     United States Bankruptcy Judge

2

13423863.1 12/2/2021
Case 2-19-20905-PRW, Doc 1350, Filed 12/03/21, Entered 12/03/21 15:36:37, Description: Main Document , Page 2 of 2