UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor.

**ORDER GRANTING FOURTH APPLICATION FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BLANK
ROME, LLP, AS SPECIAL COUNSEL FOR THE DIOCESE**

This matter came before the Court on the Fourth Application for Interim Compensation and Reimbursement of Expenses of Blank Rome, LLP ("Blank Rome"), as special counsel for the Diocese for the period of January 1, 2021 through June 30, 2021 [Docket No. 1303] (the "Fourth Interim Fee Application")[1]. In the Application, Blank Rome requests: (a) allowance of interim compensation and professional services performed by Blank Rome for the Fourth Interim Compensation Period in the amount of $155,308.23; (b) reimbursement of its actual and necessary expenses in the amount of $21.20 incurred during the Fourth Interim Compensation Period; and (c) directing the Diocese to pay Blank Rome $31,061.66 for the unpaid balance total.

The Court, having considered the Fourth Interim Fee Application and notice of the Fourth Interim Fee Application appearing adequate, and having taken the Fourth Interim Fee Application under submission; and no objections to the relief requested having been filed; and the Court having found that all services rendered by Blank Rome incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fourth Interim Fee Application.

1

**ORDERED**, that the Fourth Interim Fee Application is granted as set forth herein; and it is further

**ORDERED**, that Blank Rome's compensation for professional services rendered during the Fourth Interim Compensation Period is allowed on an interim basis in the amount of $155,308.23; and it is further

**ORDERED**, that reimbursement of Blank Rome's expenses incurred during the Fourth Interim Compensation Period is allowed on an interim basis in the amount of $21.20; and it is further

**ORDERED**, that the Diocese is directed to pay Blank Rome the amount of $31,061.66 for the unpaid portion of fees sought through the Fourth Interim Fee Application; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Blank Rome's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

DATED: December 3, 2021　　　　　　　　_____/s/_____
　　　Rochester, New York　　　　　　　　HON. PAUL R. WARREN
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
2

13430074.1 12/2/2021
Case 2-19-20905-PRW, Doc 1351, Filed 12/03/21, Entered 12/03/21 15:40:01,
Description: Main Document , Page 2 of 2