UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No.: 19-20905
Chapter 11 Case

**AMENDED ORDER GRANTING FOURTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HARRIS BEACH PLLC, AS SPECIAL COUNSEL TO THE DEBTOR**[1]

This matter came before the Court on the Fourth Application for Interim Compensation and Reimbursement of Expenses of Harris Beach PLLC ("Harris Beach") as special counsel for the Diocese as debtor and debtor-in-possession for the period of February 1, 2021 through August 31, 2021 [Docket No. 1305] (the "Fourth Interim Fee Application")[2]. In the Application, Harris Beach requests: (a) allowance of interim compensation and professional services performed by Harris Beach for the Fourth Interim Compensation Period in the amount of $156,033.50; (b) reimbursement of its actual and necessary expenses in the amount of $23,975.58 incurred during the Fourth Interim Compensation Period; and (c) directing the Diocese to pay Harris Beach $69,580.00 for the unpaid services balance plus $4,482.98 for the unpaid expenses balance, for a total unpaid balance of $74,062.98.

---

[1] This Amended Order corrects the error in the amount of the unpaid fees and unpaid expenses as stated in the fourth ORDERED paragraph of the original Order dated December 7, 2021 (Doc. 1358). Set forth above are the correct amounts of the unpaid fees and expenses for the current interim period.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fourth Interim Fee Application.

1

The Court, having considered the Fourth Interim Fee Application and notice of the Fourth Interim Fee Application appearing adequate, and having taken the Fourth Interim Fee Application under submission; and no objections to the relief requested having been filed; and the Court having found that all services rendered by Harris Beach were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Fourth Interim Fee Application is granted as set forth herein; and it is further

**ORDERED**, that Harris Beach's compensation for professional services rendered during the Fourth Interim Compensation Period is allowed on an interim basis in the amount of $156,033.50; and it is further

**ORDERED**, that reimbursement of Harris Beach's expenses incurred during the Fourth Interim Compensation Period is allowed on an interim basis in the amount of $23,975.58; and it is further

**ORDERED**, that the Diocese is directed to pay Harris Beach the amount of $32,293.60 for the unpaid portion of fees and $475 for unpaid portion of expenses sought through the Fourth Interim Fee Application; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Harris Beach's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

DATED: December 14, 2021  _____/s/_____
      Rochester, New York  HON. PAUL R. WARREN
                                                  United States Bankruptcy Judge