**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| THE DIOCESE OF ROCHESTER, | ) Case No. 19-20905 (CGM) |
| | ) |
| Debtor. | ) |
| | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Administrative Order Establishing

Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and

Members of Official Committees [Docket No. 318], Pachulski Stang Ziehl & Jones LLP has

filed the *Eleventh Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for*

*Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official*

*Committee of Unsecured Creditors for The Diocese Of Rochester for The Period December 1,*

*2021 through January 31, 2022*, a copy of which is attached hereto and hereby served upon you.


Date: February 28, 2022        **PACHULSKI STANG ZIEHL & JONES LLP**

       */s/ Ilan D. Scharf*
       James I. Stang (admitted *pro hac vice*)
       Ilan D. Scharf
       780 Third Avenue, 34th Floor
       New York, NY 10017
       Telephone: (212) 561-7700
       Facsimile: (212) 561-7777
       Email:     jstang@pszjlaw.com
                   ischarf@pszjlaw.com

       *Counsel to the Official Committee of Unsecured*
       *Creditors*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 (PRW) |
| Debtor. |  |

**ELEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG
ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF
ROCHESTER FOR THE PERIOD DECEMBER 1, 2021 THROUGH JANUARY 31, 2022**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors for the Diocese of Rochester |
| Date of Retention: | Order Entered November 1, 2019 [Docket No. 160] Employment Effective as of September 24, 2019 |
| Period for which compensation and Reimbursement is sought: | December 1, 2021 through January 31, 2022 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $31,097.60 (80% of $38,872.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $5,073.09 |

This is a _X_ monthly ____ quarterly ____ final application
This is the first monthly fee statement by Pachulski Stang Ziehl & Jones LLP in this case.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
|  | ) |  |
| Debtor. | ) |  |
| | ) | |

_____

## CERTIFICATE OF SERVICE

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.  I hereby certify under penalty of perjury that on the 28th day of February 2022, I electronically filed the *ELEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD DECEMBER 1, 2021 THROUGH JANUARY 31, 2022* with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system.

I also certify that on February 28, 2022, copies of the above-referenced document were served via First Class US Mail upon the parties set forth below

Kathleen D. Schmitt, Esq.
Office of the U.S. Trustee
Federal Office Building
100 State Street, Room 6090
Rochester, NY 14614

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY  13202-1355

Dated: February 28, 2022

_/s/ La Asia S. Canty_
La Asia S. Canty