# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| JIS | February 11, 2022 |
|  | Invoice 129625 |
|  | Client 18489 |
|  | Matter 00002 |
|  | **JIS** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2022**

| | |
|---|---:|
| FEES | $38,872.00 |
| EXPENSES | $5,073.09 |
| **TOTAL CURRENT CHARGES** | **$43,945.09** |
| **BALANCE FORWARD** | **$789,344.54** |
| **TOTAL BALANCE DUE** | **$833,289.63** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 0.00 | 1.40 | $0.00 |
| BMM | Michael, Brittany M. | Counsel | 695.00 | 21.60 | $15,012.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 300.00 | 6.40 | $1,920.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 300.00 | 10.40 | $3,120.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 0.00 | 0.20 | $0.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 1.70 | $1,190.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 15.40 | $10,780.00 |
| JIS | Stang, James I. | Partner | 700.00 | 0.90 | $630.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 5.10 | $1,530.00 |
| WLR | Ramseyer, William L. | Counsel | 700.00 | 6.70 | $4,690.00 |
|  |  |  |  | 69.80 | $38,872.00 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| CA | Case Administration [B110] | 7.40 | $3,131.50 |
| CO | Claims Admin/Objections[B310] | 11.00 | $3,537.00 |
| CP | Compensation Prof. [B160] | 13.90 | $7,166.00 |
| CPO | Comp. of Prof./Others | 3.10 | $1,042.50 |
| GC | General Creditors Comm. [B150] | 16.20 | $11,298.00 |
| ME | Mediation | 12.50 | $8,735.50 |
| SL | Stay Litigation [B140] | 5.70 | $3,961.50 |
|   |   | 69.80 | $38,872.00 |

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Auto Travel Expense [E109] | $437.75 |
| Working Meals [E111] | $14.43 |
| Hotel Expense [E110] | $677.85 |
| Outside Services | $704.00 |
| Pacer - Court Research | $73.60 |
| Postage [E108] | $168.96 |
| Reproduction Expense [E101] | $1,959.80 |
| Reproduction/ Scan Copy | $42.70 |
| Research [E106] | $704.00 |
| Travel Expense [E110] | $290.00 |
| | $5,073.09 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Case Administration [B110]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/06/2021 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.30 | 695.00 | $208.50 |
| 12/06/2021 | JIS | CA | Call Debtor regarding case status. | 0.30 | 700.00 | $210.00 |
| 12/20/2021 | LSC | CA | Prepare and coordinate filing of BBB and BRG interim fee applications, including revisions to applications, preparation of notice and COS, coordinate filing of same, and service of same. | 2.30 | 300.00 | $690.00 |
| 01/03/2022 | BMM | CA | Call with Debtor's counsel regarding ongoing case issues. | 0.60 | 695.00 | $417.00 |
| 01/03/2022 | LSC | CA | Prepare and coordinate filing of Claro interim fee application, including revisions to application, preparation of notice and COS, coordinate filing of same, and service of same. | 1.20 | 300.00 | $360.00 |
| 01/04/2022 | JIS | CA | Call I. Scharf re case status. | 0.20 | 700.00 | $140.00 |
| 01/20/2022 | IAWN | CA | Review I. Scharf summary of meeting with debtor. | 0.10 | 700.00 | $70.00 |
| 01/28/2022 | BMM | CA | Calls with I. Scharf regarding case issues and briefing. | 0.30 | 695.00 | $208.50 |
| 01/28/2022 | LSC | CA | Finalize, coordinate filing of, and service of PSZJ's 4th Interim Fee Application, including preparation of notice and certificate of service. | 1.60 | 300.00 | $480.00 |
| 01/31/2022 | BMM | CA | Calls with I. Scharf regarding case issues. | 0.30 | 695.00 | $208.50 |
| 01/31/2022 | BMM | CA | Call with Debtor's counsel regarding ongoing issues. | 0.20 | 695.00 | $139.00 |
| | | | | **7.40** | | **$3,131.50** |

### Claims Admin/Objections[B310]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2021 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 12/02/2021 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 12/03/2021 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 12/06/2021 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 12/16/2021 | BMM | CO | Call with Claro regarding claims valuation work. | 0.60 | 695.00 | $417.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | ---: | ---: | ---: |
| 01/24/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.20 | 300.00 | $360.00 |
| 01/25/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 0.50 | 300.00 | $150.00 |
| 01/26/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.30 | 300.00 | $390.00 |
| 01/27/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.40 | 300.00 | $420.00 |
| | | | | **11.00** | | **$3,537.00** |

### Compensation Prof. [B160]

| Date | Atty | Task | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | ---: | ---: | ---: |
| 01/02/2022 | WLR | CP | Draft Fourth interim fee application. | 1.10 | 700.00 | $770.00 |
| 01/03/2022 | CAK | CP | Update spreadsheet in preparation of 4th Interim fee application. | 1.90 | 300.00 | $570.00 |
| 01/03/2022 | WLR | CP | Draft 4th interim fee application. | 2.70 | 700.00 | $1,890.00 |
| 01/04/2022 | WLR | CP | Review and revise 4th interim fee application. | 2.30 | 700.00 | $1,610.00 |
| 01/05/2022 | WLR | CP | Review and revise 4th interim fee application. | 0.60 | 700.00 | $420.00 |
| 01/06/2022 | CAK | CP | Edit spreadsheet in preparation of 4th Interim fee application. | 0.60 | 300.00 | $180.00 |
| 01/06/2022 | CAK | CP | Review and update 4th Interim fee application. | 1.40 | 300.00 | $420.00 |
| 01/06/2022 | BMM | CP | Communications with PSZJ team regarding 4th interim fee application. | 0.30 | 695.00 | $208.50 |
| 01/10/2022 | CAK | CP | Review and edit 4th Interim fee application. | 1.90 | 300.00 | $570.00 |
| 01/10/2022 | CAK | CP | Edit spreadsheet in preparation of 4th Interim fee application. | 0.60 | 300.00 | $180.00 |
| 01/10/2022 | BMM | CP | Revise PSZJ 4th interim fee application. | 0.50 | 695.00 | $347.50 |
| | | | | **13.90** | | **$7,166.00** |

### Comp. of Prof./Others

| Date | Atty | Task | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | ---: | ---: | ---: |
| 12/16/2021 | BMM | CPO | Prepare Committee professional interim fee applications. | 0.80 | 695.00 | $556.00 |
| 12/29/2021 | BMM | CPO | Prepare Committee professional interim fee applications. | 0.70 | 695.00 | $486.50 |
| 01/24/2022 | IAWN | CPO | Review objection to Claro fees. (No Charge) | 0.10 | 0.00 | $0.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/24/2022 | IAWN | CPO | Exchange emails with I. Scharf and B. Michaels re objection to Claro fees. (No Charge) | 0.10 | 0.00 | $0.00 |
| 01/27/2022 | BMM | CPO | Communication with I. Scharf regarding Claro hearing (with S. Donato and K. McNally in part). (No Charge) | 1.10 | 0.00 | $0.00 |
| 01/27/2022 | BMM | CPO | Participate in hearing on Claro's fees. (No Charge) | 0.30 | 0.00 | $0.00 |
| | | | | **3.10** | | **$1,042.50** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/01/2021 | IDS | GC | SCC call regarding term sheet. | 0.60 | 700.00 | $420.00 |
| 12/03/2021 | IDS | GC | Telephone conference with SCC regarding plan/mediation. | 1.00 | 700.00 | $700.00 |
| 12/06/2021 | IDS | GC | Telephone conference with DOR/committee counsel group regarding mediation. | 0.30 | 700.00 | $210.00 |
| 12/06/2021 | BMM | GC | Participate in Committee meeting regarding mediation and other case issues. | 0.80 | 695.00 | $556.00 |
| 12/06/2021 | IDS | GC | Committee call regarding term sheet, mediation. | 0.80 | 700.00 | $560.00 |
| 12/20/2021 | BMM | GC | Communications with Committee and SCC regarding upcoming meetings. | 0.40 | 695.00 | $278.00 |
| 01/03/2022 | IDS | GC | Call with SCC regarding strategy options. | 0.60 | 700.00 | $420.00 |
| 01/04/2022 | IAWN | GC | Review agenda from I. Scharf for Committee meeting. | 0.10 | 700.00 | $70.00 |
| 01/04/2022 | IDS | GC | Call with SCC regarding mediation strategy, term sheet. | 1.50 | 700.00 | $1,050.00 |
| 01/04/2022 | BMM | GC | Call with state court counsel regarding mediation strategy. | 1.50 | 695.00 | $1,042.50 |
| 01/04/2022 | BMM | GC | Communications with Committee regarding meeting schedules. | 0.20 | 695.00 | $139.00 |
| 01/06/2022 | BMM | GC | Meeting with SCC regarding mediation. | 0.90 | 695.00 | $625.50 |
| 01/06/2022 | IAWN | GC | Telephone conference w/ SCC and Judge re mediation. | 0.90 | 700.00 | $630.00 |
| 01/11/2022 | BMM | GC | Participate in state court counsel meeting regarding ongoing case issues. | 0.90 | 695.00 | $625.50 |
| 01/12/2022 | IAWN | GC | Review I. Scharf case update. | 0.10 | 700.00 | $70.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 01/12/2022 | IAWN | GC | Review I. Scharf emails with Committee re delay. | 0.10 | 700.00 | $70.00 |
| 01/17/2022 | IAWN | GC | Review I. Scharf case update. | 0.10 | 700.00 | $70.00 |
| 01/18/2022 | BMM | GC | (Partial) Participate in SCC meeting regarding case issues. | 0.50 | 695.00 | $347.50 |
| 01/19/2022 | IDS | GC | Attend Committee meeting regarding mediation. | 1.30 | 700.00 | $910.00 |
| 01/19/2022 | IDS | GC | Prepare for Committee meeting. | 0.30 | 700.00 | $210.00 |
| 01/19/2022 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 1.30 | 695.00 | $903.50 |
| 01/24/2022 | BMM | GC | Participate in SCC meeting regarding case issues. | 1.20 | 695.00 | $834.00 |
| 01/26/2022 | IAWN | GC | Review I. Scharf case update. | 0.10 | 700.00 | $70.00 |
| 01/31/2022 | BMM | GC | Participate in SCC meeting regarding case issues. | 0.70 | 695.00 | $486.50 |
| | | | | **16.20** | | **$11,298.00** |

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/01/2021 | IDS | ME | Revise term sheet. | 0.80 | 700.00 | $560.00 |
| 12/03/2021 | IDS | ME | Revise plan term sheet. | 0.80 | 700.00 | $560.00 |
| 12/06/2021 | IDS | ME | Revise term sheet for plan. | 1.20 | 700.00 | $840.00 |
| 12/06/2021 | IDS | ME | Telephone conference with BMM regarding term sheet. | 0.30 | 700.00 | $210.00 |
| 12/06/2021 | IDS | ME | Begin drafting term sheet. | 0.60 | 700.00 | $420.00 |
| 12/06/2021 | IDS | ME | Further analysis of stipulated judgments. | 1.80 | 700.00 | $1,260.00 |
| 12/07/2021 | IDS | ME | Call with E. Lindstrom regarding term sheet. | 0.40 | 700.00 | $280.00 |
| 12/07/2021 | IDS | ME | Revise term sheet. | 0.90 | 700.00 | $630.00 |
| 12/07/2021 | BMM | ME | Call with I. Scharf and E. Lindstrom (in part) regarding term sheet. | 0.90 | 695.00 | $625.50 |
| 01/03/2022 | IDS | ME | Call with Diocese counsel regarding mediation, term sheet. | 0.30 | 700.00 | $210.00 |
| 01/03/2022 | IDS | ME | Email with SCC regarding term sheet. | 0.40 | 700.00 | $280.00 |
| 01/03/2022 | BMM | ME | Review Debtor's edits to term sheet. | 0.50 | 695.00 | $347.50 |
| 01/05/2022 | IAWN | ME | Review emails re mediation between I. Scharf and TCC. | 0.20 | 700.00 | $140.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2022 | IDS | ME | Work on term sheet. | 0.50 | 700.00 | $350.00 |
| 01/05/2022 | IDS | ME | Analysis of effect of purdue on case strategy (50%). | 1.00 | 700.00 | $700.00 |
| 01/20/2022 | BMM | ME | Call with Debtor's counsel regarding term sheet. | 1.50 | 695.00 | $1,042.50 |
| 01/28/2022 | JIS | ME | Call I. Scharf regarding insurance issues and plan negotiations. | 0.40 | 700.00 | $280.00 |
| | | | | **12.50** | | **$8,735.50** |

**Stay Litigation [B140]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2022 | BMM | SL | Communications with PSZJ attorneys regarding research on automatic stay. | 0.30 | 695.00 | $208.50 |
| 01/06/2022 | BMM | SL | Research regarding the automatic stay. | 1.00 | 695.00 | $695.00 |
| 01/10/2022 | BMM | SL | Research discovery against debtors in third-party actions. | 1.20 | 695.00 | $834.00 |
| 01/12/2022 | BMM | SL | Research discovery against debtors in third-party actions. | 2.00 | 695.00 | $1,390.00 |
| 01/14/2022 | BMM | SL | Revise memo to state court counsel regarding parish litigation. | 1.20 | 695.00 | $834.00 |
| | | | | **5.70** | | **$3,961.50** |

**TOTAL SERVICES FOR THIS MATTER:** **$38,872.00**

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---:|
| 10/14/2021 | BM | Business Meal [E111] Mulrooneys, Working Meal, IDS | 14.43 |
| 10/15/2021 | AT | Auto Travel Expense [E109] Uber Transportation Services, IDS | 17.76 |
| 10/15/2021 | AT | Auto Travel Expense [E109] Uber Transportation Services, IDS | 5.00 |
| 10/15/2021 | HT | Hotel Expense [E110] Residence Inn, 10/12/21-10/15/21, 3 nights, IDS | 677.85 |
| 10/15/2021 | TE | Travel Expense [E110] Delta Airlines, Tkt. 0062420445316, Additional Collection, IDS | 225.00 |
| 10/15/2021 | TE | Travel Expense [E110] Delta Airlines, Tkt. 0062478757538, Additional Collection, IDS | 65.00 |
| 10/18/2021 | AT | Auto Travel Expense [E109] KLS Worldwide Chauffeured Services, Inv. 3002143, From LAX to Residence, IAWN | 414.99 |
| 12/01/2021 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/01/2021 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 12/01/2021 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/01/2021 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 12/01/2021 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/01/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/01/2021 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 12/20/2021 | RE | ( 2211 @0.20 PER PG) | 442.20 |
| 12/20/2021 | RE | ( 1155 @0.20 PER PG) | 231.00 |
| 12/20/2021 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/20/2021 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 12/20/2021 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 12/21/2021 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 12/21/2021 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 12/21/2021 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 12/31/2021 | OS | Everlaw, Inv. 50227, Diocese of Rochester database for the month of December | 704.00 |
| 01/03/2022 | PO | Postage | 64.68 |
| 01/03/2022 | RE | ( 735 @0.20 PER PG) | 147.00 |
| 01/03/2022 | RE | ( 882 @0.20 PER PG) | 176.40 |
| 01/03/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/03/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/03/2022 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/03/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/04/2022 | RE | ( 6 @0.20 PER PG) | 1.20 |
| 01/04/2022 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 01/04/2022 | RE | ( 78 @0.20 PER PG) | 15.60 |
| 01/04/2022 | RE | ( 6 @0.20 PER PG) | 1.20 |
| 01/05/2022 | RE | Reproduction Expense. [E101] | 3.40 |
| 01/28/2022 | PO | Postage | 104.28 |
| 01/28/2022 | RE | ( 3049 @0.20 PER PG) | 609.80 |
| 01/28/2022 | RE | ( 1503 @0.20 PER PG) | 300.60 |
| 01/28/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/28/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/28/2022 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/28/2022 | RE2 | SCAN/COPY ( 127 @0.10 PER PG) | 12.70 |
| 01/31/2022 | RE | ( 30 @0.20 PER PG) | 6.00 |
| 01/31/2022 | RE | ( 10 @0.20 PER PG) | 2.00 |
| 01/31/2022 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 01/31/2022 | RE | ( 15 @0.20 PER PG) | 3.00 |
| 01/31/2022 | RE | ( 4 @0.20 PER PG) | 0.80 |
| 01/31/2022 | RE | ( 10 @0.20 PER PG) | 2.00 |
| 01/31/2022 | RE | ( 50 @0.20 PER PG) | 10.00 |
| 01/31/2022 | RE | ( 25 @0.20 PER PG) | 5.00 |
| 01/31/2022 | RE | ( 1 @0.20 PER PG) | 0.20 |
| 01/31/2022 | RS | Research [E106]   Everlaw, Inc. Inv. 51760 | 704.00 |
| 01/31/2022 | PAC | Pacer - Court Research | 73.60 |
| **Total Expenses for this Matter** | | | **$5,073.09** |

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:** 01/31/2022

| | |
|---|---:|
| **Total Fees** | $38,872.00 |
| **Total Expenses** | 5,073.09 |
| **Total Due on Current Invoice** | $43,945.09 |

**Outstanding Balance from prior invoices as of** 02/11/2022 (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128250 | 05/31/2021 | $68,287.00 | $2,502.88 | $976.33 |
| 128308 | 06/30/2021 | $140,202.00 | $1,070.12 | $141,272.12 |
| 129091 | 07/31/2021 | $104,128.50 | $7,272.97 | $111,401.47 |
| 129100 | 08/31/2021 | $106,585.00 | $8,178.16 | $114,763.16 |
| 129101 | 09/30/2021 | $73,252.00 | $4,121.80 | $77,373.80 |
| 129104 | 10/31/2021 | $74,893.50 | $5,147.18 | $80,040.68 |
| 129106 | 11/30/2021 | $23,927.00 | $5,221.70 | $29,148.70 |

**Total Amount Due on Current and Prior Invoices:** $833,289.63