UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Case No. 19-20905 |
| THE DIOCESE OF ROCHESTER, | ) Chapter 11 |
| Debtor.[1] | ) |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY THE CLARO GROUP, LLC AS FINANCIAL ADVISOR FOR THE PERIOD FROM JUNE 16, 2021 THROUGH SEPTEMBER 30, 2021**

The Claro Group, LLC ("Claro"), valuation expert of the Official Committee of Unsecured Creditors in the above-captioned case, filed its First Interim Application for Compensation for the Period from June 16, 2021 through September 30, 2021 (the "Fee Application"). The Court has reviewed the Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing on the Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Application. Accordingly, it is hereby

**ORDERED** that, under 11 U.S.C. sec. 330, the first Fee Application is GRANTED. The Debtor in the above case shall pay to Claro interim fees in the total amount of $258,006.50 for services rendered and actual and necessary expenses incurred in the Chapter 11 case during the Interim Compensation Period.

---

[1] The Debtor in this chapter 11 case is The Diocese of Rochester, the last for digits of its federal tax identification number are 5765, and its mailing address is 1150 Buffalo Road, Rochester, NY 14624.

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order; and it is further

**ORDERED**, that the Court reserves the right to issue a written decision in the event of an appeal.

**SO ORDERED.**

Dated: March 11, 2022  
      Rochester, NY                                   _____/s/_____  
                                                            Hon. Paul R. Warren  
                                                            United States Bankruptcy Judge