UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees [Docket No. 318], Pachulski Stang Ziehl & Jones LLP has filed the *Twelfth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for The Diocese Of Rochester for The Period February 1, 2022 through February 28, 2022*, a copy of which is attached hereto and hereby served upon you.

Date: March 31, 2022          **PACHULSKI STANG ZIEHL & JONES LLP**

                                                          */s/ Ilan D. Scharf*
                                                          James I. Stang (admitted *pro hac vice*)
                                                          Ilan D. Scharf
                                                           780 Third Avenue, 34th Floor
                                                           New York, NY  10017
                                                           Telephone:  (212) 561-7700
                                                           Facsimile:   (212) 561-7777
                                                           Email:     jstang@pszjlaw.com
                                                                            ischarf@pszjlaw.com

                                                           *Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 (PRW) |
| Debtor. |  |

**TWELFTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors for the Diocese of Rochester |
| Date of Retention: | Order Entered November 1, 2019 [Docket No. 160] Employment Effective as of September 24, 2019 |
| Period for which compensation and Reimbursement is sought: | February 1, 2022 through February 28, 2022 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $14,664.00 (80% of $18,330.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,747.46 |

This is a __X__ monthly ____ quarterly ____ final application
This is the first monthly fee statement by Pachulski Stang Ziehl & Jones LLP in this case.

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.  
13th Floor  
Los Angeles, CA 90067

|  |  |
|---|---|
| JIS | February 28, 2022 |
|  | Invoice  129728 |
|  | Client   18489 |
|  | Matter   00002 |
|  | **JIS** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   02/28/2022**

| | |
|---|---:|
| FEES | $18,330.00 |
| EXPENSES | $1,747.46 |
| **TOTAL CURRENT CHARGES** | **$20,077.46** |
| **BALANCE FORWARD** | **$833,289.63** |
| **TOTAL BALANCE DUE** | **$853,367.09** |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:     2  
Invoice 129728  
February 28, 2022

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 0.00 | 11.40 | $0.00 |
| BMM | Michael, Brittany M. | Counsel | 700.00 | 8.80 | $6,160.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 300.00 | 9.80 | $2,940.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 0.00 | 0.20 | $0.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 3.90 | $2,730.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 6.00 | $0.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 5.90 | $4,130.00 |
| JIS | Stang, James I. | Partner | 700.00 | 2.70 | $1,890.00 |
| LSC | Canty, La Asia S. | Paralegal | 0.00 | 2.10 | $0.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 1.60 | $480.00 |
| | | | | 52.40 | $18,330.00 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| CA | Case Administration [B110] | 2.90 | $1,110.00 |
| CO | Claims Admin/Objections[B310] | 8.90 | $3,110.00 |
| CP | Compensation Prof. [B160] | 2.30 | $740.00 |
| CPO | Comp. of Prof./Others | 19.60 | $280.00 |
| GC | General Creditors Comm. [B150] | 10.20 | $7,140.00 |
| IC | Insurance Coverage | 1.30 | $910.00 |
| ME | Mediation | 6.40 | $4,480.00 |
| SL | Stay Litigation [B140] | 0.80 | $560.00 |
| | | 52.40 | $18,330.00 |

## Summary of Expenses

| Description | Amount |
|---|---:|
| Air Fare [E110] | $143.40 |
| Auto Travel Expense [E109] | $100.00 |
| Hotel Expense [E110] | $788.80 |
| Pacer - Court Research | $6.70 |
| Postage [E108] | $1.46 |
| Reproduction/ Scan Copy | $3.10 |
| Research [E106] | $704.00 |
| | $1,747.46 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | | |
| 02/01/2022 | DHH | CA | Prepare Notice of Appearance for Brittany M. Michael (.5); file same (.2). | 0.70 | 300.00 | $210.00 |
| 02/08/2022 | LSC | CA | Address issues with respect to attorneys pro hac vice admission. | 1.60 | 300.00 | $480.00 |
| 02/09/2022 | IDS | CA | Call with debtor counsel re mediation. | 0.30 | 700.00 | $210.00 |
| 02/09/2022 | BMM | CA | Calls with I. Scharf regarding case issues. | 0.30 | 700.00 | $210.00 |
|  |  |  |  | **2.90** |  | **$1,110.00** |
| **Claims Admin/Objections[B310]** | | | | | | |
| 02/01/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 0.80 | 300.00 | $240.00 |
| 02/02/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 02/03/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 02/10/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 02/11/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 02/14/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.00 | 300.00 | $300.00 |
| 02/14/2022 | BMM | CO | Call with K. McNally and I. Scharf regarding claims valuation. | 1.10 | 700.00 | $770.00 |
|  |  |  |  | **8.90** |  | **$3,110.00** |
| **Compensation Prof. [B160]** | | | | | | |
| 02/14/2022 | DHH | CP | Review/revise PSZJ January fee statement. | 0.60 | 300.00 | $180.00 |
| 02/16/2022 | BMM | CP | Revise PSZJ's monthly fee statement. | 0.50 | 700.00 | $350.00 |
| 02/17/2022 | DHH | CP | Prepare PSZJ Eleventh Monthly Fee Statement (.60); draft email to B. Michael regarding same (.10). | 0.70 | 300.00 | $210.00 |
| 02/17/2022 | BMM | CP | Review UST objections to fee application (with S. Scott in part). (No Charge) | 0.50 | 0.00 | $0.00 |

|  |  |  |  |  | 2.30 |  | $740.00 |
|---|---|---|---|---|---|---|---|

**Comp. of Prof./Others**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/17/2022 | IAWN | CPO | Review objection to Claro fees. (No Charge) | 0.20 | 0.00 | $0.00 |
| 02/18/2022 | BMM | CPO | Draft response in support of Claro fees. (No Charge) | 5.50 | 0.00 | $0.00 |
| 02/22/2022 | BMM | CPO | Call with K. McNally and I. Scharf regarding objection to Claro fees.  (No Charge) | 0.50 | 0.00 | $0.00 |
| 02/23/2022 | BMM | CPO | Review Debtor's fees. | 0.20 | 700.00 | $140.00 |
| 02/23/2022 | IAWN | CPO | Review Blank Rome fee application. | 0.10 | 700.00 | $70.00 |
| 02/23/2022 | IAWN | CPO | Email I. Scharf re Blank Rome fee application. | 0.10 | 700.00 | $70.00 |
| 02/24/2022 | BMM | CPO | Revise response to objection to Claro fees.  (No Charge) | 0.40 | 0.00 | $0.00 |
| 02/25/2022 | BMM | CPO | Revise response to objection to Claro fees.  (No Charge) | 4.00 | 0.00 | $0.00 |
| 02/27/2022 | BMM | CPO | Revise response to objection to Claro fees.  (No Charge) | 0.50 | 0.00 | $0.00 |
| 02/28/2022 | IDS | CPO | Work on Claro Reply and related pleadings.  (No Charge) | 4.00 | 0.00 | $0.00 |
| 02/28/2022 | IDS | CPO | Finalize Claro Reply and related pleadings.  (No Charge) | 2.00 | 0.00 | $0.00 |
| 02/28/2022 | LSC | CPO | Assist with preparation and filing of reply ISO Claro final fee application; draft COS and serve same. (No Charge) | 2.10 | 0.00 | $0.00 |
|  |  |  |  | 19.60 |  | $280.00 |

**General Creditors Comm. [B150]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2022 | IDS | GC | SCC call regarding mediation. | 1.20 | 700.00 | $840.00 |
| 02/07/2022 | IDS | GC | Prepare for SCC call. | 0.20 | 700.00 | $140.00 |
| 02/07/2022 | BMM | GC | Participate in SCC call regarding ongoing case issues. | 1.10 | 700.00 | $770.00 |
| 02/07/2022 | IAWN | GC | Telephone conference w/ SCC re bishop meeting and mediation. | 1.10 | 700.00 | $770.00 |
| 02/09/2022 | IDS | GC | Draft agenda for Committee call. | 0.30 | 700.00 | $210.00 |
| 02/09/2022 | IDS | GC | Prepare for Committee call. | 0.20 | 700.00 | $140.00 |
| 02/09/2022 | IDS | GC | Attend Committee call re case issues. | 1.20 | 700.00 | $840.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2022 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 1.20 | 700.00 | $840.00 |
| 02/17/2022 | IDS | GC | Respond to Committee chair regarding claims issues. | 0.20 | 700.00 | $140.00 |
| 02/18/2022 | BMM | GC | Communications with Committee members and PSZJ team regarding Committee in-person meeting. | 0.50 | 700.00 | $350.00 |
| 02/23/2022 | IAWN | GC | Telephone conference w/ SCC re status. | 0.50 | 700.00 | $350.00 |
| 02/23/2022 | IAWN | GC | Review B. Michael's agenda. | 0.10 | 700.00 | $70.00 |
| 02/23/2022 | BMM | GC | Participate in Committee meeting regarding meeting with Bishop Matano. | 0.70 | 700.00 | $490.00 |
| 02/28/2022 | IDS | GC | Draft email agenda for SCC meeting. | 1.00 | 700.00 | $700.00 |
| 02/28/2022 | IAWN | GC | Telephone conference w/ TCC re status. | 0.30 | 700.00 | $210.00 |
| 02/28/2022 | IAWN | GC | Review I. Scharf agenda and J. Stang email regarding Committee meeting. | 0.10 | 700.00 | $70.00 |
| 02/28/2022 | IDS | GC | Call with SCC re meeting with Bishop Matano. | 0.30 | 700.00 | $210.00 |
| | | | | **10.20** | | **$7,140.00** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2022 | JIS | IC | Review article regarding expected and intended defense. | 0.70 | 700.00 | $490.00 |
| 02/16/2022 | IAWN | IC | Review Cali email re article on RCC. | 0.10 | 700.00 | $70.00 |
| 02/16/2022 | IAWN | IC | Review article on RCC. | 0.20 | 700.00 | $140.00 |
| 02/17/2022 | IAWN | IC | Review Continental request re proof of claims. | 0.10 | 700.00 | $70.00 |
| 02/17/2022 | IAWN | IC | Review I. Scharf email re Continental request re proof of claims. | 0.10 | 700.00 | $70.00 |
| 02/23/2022 | IAWN | IC | Exchange emails with B. Michael re insurer settlement. | 0.10 | 700.00 | $70.00 |
| | | | | **1.30** | | **$910.00** |

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2022 | JIS | ME | Mediation call with Debtor. | 1.80 | 700.00 | $1,260.00 |
| 02/03/2022 | BMM | ME | Participate in mediation with mediator, Diocese, and Committee. | 1.80 | 700.00 | $1,260.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2022 | BMM | ME | Debrief mediation discussion with Committee professionals. | 0.20 | 700.00 | $140.00 |
| 02/03/2022 | JIS | ME | Follow up call with PSZJ regarding mediation call. | 0.20 | 700.00 | $140.00 |
| 02/09/2022 | IDS | ME | Call with Boyd regarding mediation. | 0.30 | 700.00 | $210.00 |
| 02/10/2022 | IAWN | ME | Telephone conference with J. Stang re meditation. | 0.10 | 700.00 | $70.00 |
| 02/10/2022 | IDS | ME | Email to SCC regarding meditation. | 0.50 | 700.00 | $350.00 |
| 02/10/2022 | BMM | ME | Manage logistics for Committee in-person meeting. | 0.40 | 700.00 | $280.00 |
| 02/16/2022 | IAWN | ME | Review I. Scharf/ B. Michael emails re meeting with Bishop Matano. | 0.10 | 700.00 | $70.00 |
| 02/21/2022 | IAWN | ME | Review I. Scharf lengthy email re status of mediation. | 0.10 | 700.00 | $70.00 |
| 02/22/2022 | IAWN | ME | Review Anderson email re Harrisburg decision. | 0.10 | 700.00 | $70.00 |
| 02/22/2022 | IAWN | ME | Review Harrisburg decision. | 0.30 | 700.00 | $210.00 |
| 02/28/2022 | IAWN | ME | Review Guam Parish decision. | 0.20 | 700.00 | $140.00 |
| 02/28/2022 | IAWN | ME | Review B. Michael/ J. Stang email re Guam Parish decision. | 0.10 | 700.00 | $70.00 |
| 02/28/2022 | IDS | ME | Call with  J. Merson regarding mediation. | 0.20 | 700.00 | $140.00 |
| | | | | **6.40** | | **$4,480.00** |

**Stay Litigation [B140]**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2022 | BMM | SL | Review transcript of July hearing. | 0.80 | 700.00 | $560.00 |
| | | | | **0.80** | | **$560.00** |

**TOTAL SERVICES FOR THIS MATTER:** $18,330.00

**Expenses**

| | | | |
|---|---|---|---|
| 10/15/2021 | AF | Air Fare [E110] Delta Airlines, Tkt.#00676701272730, From SYR to LGA, IAWN - October Mediation, IAWN | 143.40 |
| 10/15/2021 | HT | Hotel Expense [E110] Marriot Syracuse Down NY, Hotel 3 nights, October Mediation, IAWN | 788.80 |
| 10/17/2021 | AT | Auto Travel Expense [E109] Lyft Transporation Service, airport transportation, October Mediation, IAWN | 100.00 |
| 02/28/2022 | PO | Postage | 1.46 |
| 02/28/2022 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 02/28/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/28/2022 | RS | Research [E106]Everlaw, Inc. Inv. 53192 | 704.00 |
| 02/28/2022 | PAC | Pacer - Court Research | 6.70 |

**Total Expenses for this Matter**                                                                           **$1,747.46**

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    11  
Invoice 129728  
February 28, 2022

# REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:**    02/28/2022

| | |
|---|---:|
| **Total Fees** | $18,330.00 |
| **Total Expenses** | 1,747.46 |
| **Total Due on Current Invoice** | $20,077.46 |

**Outstanding Balance from prior invoices as of    02/28/2022    (May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128250 | 05/31/2021 | $68,287.00 | $2,502.88 | $976.33 |
| 128308 | 06/30/2021 | $140,202.00 | $1,070.12 | $141,272.12 |
| 129091 | 07/31/2021 | $104,128.50 | $7,272.97 | $111,401.47 |
| 129100 | 08/31/2021 | $106,585.00 | $8,178.16 | $114,763.16 |
| 129101 | 09/30/2021 | $73,252.00 | $4,121.80 | $77,373.80 |
| 129104 | 10/31/2021 | $74,893.50 | $5,147.18 | $80,040.68 |
| 129106 | 11/30/2021 | $23,927.00 | $5,221.70 | $29,148.70 |
| 129625 | 02/11/2022 | $38,872.00 | $5,073.09 | $43,945.09 |

**Total Amount Due on Current and Prior Invoices:**    $853,367.09