UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>THE DIOCESE OF ROCHESTER,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-20905 (CGM) |

## CERTIFICATE OF SERVICE

I, La Asia Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024. I hereby certify under penalty of perjury that on March 31, 2022, I electronically filed the *TWELFTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022* with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system.

I also certify that on March 31, 2022, copies of the above-referenced document were served via First Class US Mail upon the parties set forth below

| | |
|---|---|
| Kathleen D. Schmitt, Esq.<br>Office of the U.S. Trustee<br>Federal Office Building<br>100 State Street, Room 6090<br>Rochester, NY 14614 | Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1355 |

Dated: March 31, 2022            */s/ La Asia S. Canty*
                                                                  La Asia S. Canty

DOCS_LA:343068.1 18489/002

Case 2-19-20905-PRW, Doc 1451-1, Filed 03/31/22, Entered 03/31/22 16:22:30, Description: Certificate of Service , Page 1 of 1