UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 (CGM) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees [Docket No. 318], Pachulski Stang Ziehl & Jones LLP has filed the *Amended Twelfth Monthly Fee Statement of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for The Diocese of Rochester for The Period February 1, 2022 through February 28, 2022*, a copy of which is attached hereto and hereby served upon you.

Date: April 13, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**

 */s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:    jstang@pszjlaw.com
             ischarf@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: | ) Chapter 11 ) |
| THE DIOCESE OF ROCHESTER, | ) Case No. 19-20905 (PRW) ) |
| Debtor. | ) ) ) |

**AMENDED TWELFTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors for the Diocese of Rochester |
| Date of Retention: | Order Entered November 1, 2019 [Docket No. 160] Employment Effective as of September 24, 2019 |
| Period for which compensation and Reimbursement is sought: | February 1, 2022 through February 28, 2022 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $30,848.00 (80% of $38,560.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,797.46 |

This is a __X__ monthly ____ quarterly ____ final application
This is the first monthly fee statement by Pachulski Stang Ziehl & Jones LLP in this case.

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.  
13th Floor  
Los Angeles, CA 90067

|  |  |
|---|---|
| JIS | February 28, 2022 |
|  | Invoice 129803 |
|  | Client 18489 |
|  | Matter 00002 |
|  | **JIS** |

RE: Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2022**

| | |
|---|---|
| FEES | $38,560.00 |
| EXPENSES | $1,797.46 |
| **TOTAL CURRENT CHARGES** | **$40,357.46** |
| **BALANCE FORWARD** | **$833,289.63** |
| **LAST PAYMENT** | **$538,214.73** |
| **TOTAL BALANCE DUE** | **$335,432.36** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BMM | Michael, Brittany M. | Counsel | 0.00 | 18.70 | $0.00 |
| BMM | Michael, Brittany M. | Counsel | 700.00 | 9.10 | $6,370.00 |
| DHH | Hinojosa, Diane H. | Paralegal | 300.00 | 9.80 | $2,940.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 0.00 | 0.20 | $0.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 700.00 | 3.90 | $2,730.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 11.30 | $0.00 |
| IDS | Scharf, Ilan D. | Partner | 700.00 | 34.40 | $24,080.00 |
| JIS | Stang, James I. | Partner | 700.00 | 2.80 | $1,960.00 |
| LSC | Canty, La Asia S. | Paralegal | 0.00 | 2.10 | $0.00 |
| LSC | Canty, La Asia S. | Paralegal | 300.00 | 1.60 | $480.00 |
| | | | | 93.90 | $38,560.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Rochester O.C.C.
18489    - 00002

Page:    3
Invoice 129803
February 28, 2022

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 3.00 | $1,180.00 |
| CO | Claims Admin/Objections[B310] | 8.90 | $3,110.00 |
| CP | Compensation Prof. [B160] | 4.10 | $2,000.00 |
| CPO | Comp. of Prof./Others | 32.20 | $280.00 |
| GC | General Creditors Comm. [B150] | 17.70 | $12,390.00 |
| IC | Insurance Coverage | 1.30 | $910.00 |
| ME | Mediation | 20.60 | $14,420.00 |
| SL | Stay Litigation [B140] | 6.10 | $4,270.00 |
|   |   | 93.90 | $38,560.00 |

**Summary of Expenses**

| Description | Amount |
| --- | ---: |
| Air Fare [E110] | $143.40 |
| Auto Travel Expense [E109] | $100.00 |
| Working Meals [E111] | $50.00 |
| Hotel Expense [E110] | $788.80 |
| Pacer - Court Research | $6.70 |
| Postage [E108] | $1.46 |
| Reproduction/ Scan Copy | $3.10 |
| Research [E106] | $704.00 |
| | $1,797.46 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Case Administration [B110]

| 01/26/2022 | IDS | CA | Call with J. Stang regarding Donato request to file amicus brief in Purdue Pharma. | 0.30 | 700.00 | $210.00 |
| 01/26/2022 | IDS | CA | Respond to Donato regarding request to file amicus brief in Purdue Pharma. | 0.10 | 700.00 | $70.00 |
| 02/01/2022 | DHH | CA | Prepare Notice of Appearance for Brittany M. Michael (.5); file same (.2). | 0.70 | 300.00 | $210.00 |
| 02/08/2022 | LSC | CA | Address issues with respect to attorneys pro hac vice admission. | 1.60 | 300.00 | $480.00 |
| 02/09/2022 | BMM | CA | Calls with I. Scharf regarding case issues. | 0.30 | 700.00 | $210.00 |
|  |  |  |  | **3.00** |  | **$1,180.00** |

### Claims Admin/Objections[B310]

| 02/01/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 0.80 | 300.00 | $240.00 |
| 02/02/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 02/03/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 02/10/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 02/11/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.50 | 300.00 | $450.00 |
| 02/14/2022 | DHH | CO | Review filed claims for duplicate claims filed in other bankruptcy cases. | 1.00 | 300.00 | $300.00 |
| 02/14/2022 | BMM | CO | Call with K. McNally and I. Scharf regarding claims valuation. | 1.10 | 700.00 | $770.00 |
|  |  |  |  | **8.90** |  | **$3,110.00** |

### Compensation Prof. [B160]

| 01/27/2022 | IDS | CP | Finalize PSZJ fee statement. | 1.80 | 700.00 | $1,260.00 |
| 02/14/2022 | DHH | CP | Review/revise PSZJ January fee statement. | 0.60 | 300.00 | $180.00 |
| 02/16/2022 | BMM | CP | Revise PSZJ's monthly fee statement. | 0.50 | 700.00 | $350.00 |
| 02/17/2022 | DHH | CP | Prepare PSZJ Eleventh Monthly Fee Statement | 0.70 | 300.00 | $210.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489   -00002

Page:   6  
Invoice 129803  
February 28, 2022

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | (.60); draft email to B. Michael regarding same (.10). |  |  |  |
| 02/17/2022 | BMM | CP | Review UST objections to fee application (with S. Scott in part). (No Charge) | 0.50 | 0.00 | $0.00 |
|  |  |  |  | 4.10 |  | $2,000.00 |

## Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/27/2022 | IDS | CPO | Work on response regarding Claro fee application. (No Charge) | 1.00 | 0.00 | $0.00 |
| 01/27/2022 | IDS | CPO | Call with B. Michael regarding Claro fee hearing; call with Donato regarding fee hearing; call with Claro regarding fee hearing; call with Brittany Michael regarding fee hearing.  (No Charge) | 1.80 | 0.00 | $0.00 |
| 02/09/2022 | BMM | CPO | Draft response in support of Claro fees.  (No Charge) | 1.50 | 0.00 | $0.00 |
| 02/09/2022 | BMM | CPO | Draft response in support of Claro fees.  (No Charge) | 1.80 | 0.00 | $0.00 |
| 02/17/2022 | IAWN | CPO | Review objection to Claro fees. (No Charge) | 0.20 | 0.00 | $0.00 |
| 02/18/2022 | BMM | CPO | Draft response in support of Claro fees. (No Charge) | 5.50 | 0.00 | $0.00 |
| 02/19/2022 | BMM | CPO | Revise response to Claro objection.  (No Charge) | 2.90 | 0.00 | $0.00 |
| 02/20/2022 | BMM | CPO | Revise response to Claro objection.  (No Charge) | 1.10 | 0.00 | $0.00 |
| 02/22/2022 | BMM | CPO | Call with K. McNally and I. Scharf regarding objection to Claro fees.  (No Charge) | 0.50 | 0.00 | $0.00 |
| 02/23/2022 | IAWN | CPO | Review Blank Rome fee application. | 0.10 | 700.00 | $70.00 |
| 02/23/2022 | IAWN | CPO | Email I. Scharf re Blank Rome fee application. | 0.10 | 700.00 | $70.00 |
| 02/23/2022 | BMM | CPO | Review Debtor's fees. | 0.20 | 700.00 | $140.00 |
| 02/24/2022 | BMM | CPO | Revise response to objection to Claro fees. (No Charge) | 0.40 | 0.00 | $0.00 |
| 02/24/2022 | IDS | CPO | Work on Claro objection.  (No Charge) | 2.50 | 0.00 | $0.00 |
| 02/25/2022 | BMM | CPO | Revise response to objection to Claro fees. (No Charge) | 4.00 | 0.00 | $0.00 |
| 02/27/2022 | BMM | CPO | Revise response to objection to Claro fees. (No Charge) | 0.50 | 0.00 | $0.00 |
| 02/28/2022 | IDS | CPO | Work on Claro Reply and related pleadings.  (No Charge) | 4.00 | 0.00 | $0.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/28/2022 | IDS | CPO | Finalize Claro Reply and related pleadings.  (No Charge) | 2.00 | 0.00 | $0.00 |
| 02/28/2022 | LSC | CPO | Assist with preparation and filing of reply ISO Claro final fee application; draft COS and serve same. (No Charge) | 2.10 | 0.00 | $0.00 |
|  |  |  |  | **32.20** |  | **$280.00** |

### General Creditors Comm. [B150]

| 01/12/2022 | IDS | GC | Email memorandum to Committee regarding case status. | 0.60 | 700.00 | $420.00 |
|---|---|---|---|---|---|---|
| 01/17/2022 | IDS | GC | Prepare for SCC meeting regarding chapter 11 strategy. | 0.40 | 700.00 | $280.00 |
| 01/17/2022 | IDS | GC | Email memorandum to SCC regarding chapter 11 strategy and options. | 1.10 | 700.00 | $770.00 |
| 01/18/2022 | IDS | GC | Meeting with SCC regarding chapter 11 strategy. | 1.80 | 700.00 | $1,260.00 |
| 01/20/2022 | IDS | GC | Call with committee member (DC) regarding chapter 11 strategy and mediation. | 0.50 | 700.00 | $350.00 |
| 02/02/2022 | IDS | GC | Email update to Committee regarding case and mediation status. | 0.60 | 700.00 | $420.00 |
| 02/07/2022 | IAWN | GC | Telephone conference w/ SCC re bishop meeting and mediation. | 1.10 | 700.00 | $770.00 |
| 02/07/2022 | IDS | GC | Prepare for SCC call. | 0.20 | 700.00 | $140.00 |
| 02/07/2022 | IDS | GC | SCC call regarding mediation. | 1.10 | 700.00 | $770.00 |
| 02/07/2022 | BMM | GC | Participate in SCC call regarding ongoing case issues. | 1.10 | 700.00 | $770.00 |
| 02/09/2022 | IDS | GC | Draft agenda for Committee call. | 0.30 | 700.00 | $210.00 |
| 02/09/2022 | IDS | GC | Prepare for Committee call. | 0.20 | 700.00 | $140.00 |
| 02/09/2022 | IDS | GC | Attend Committee call re case issues. | 1.40 | 700.00 | $980.00 |
| 02/09/2022 | BMM | GC | Participate in Committee meeting regarding ongoing case issues. | 1.40 | 700.00 | $980.00 |
| 02/16/2022 | IDS | GC | Email update to Committee regarding case status. | 0.30 | 700.00 | $210.00 |
| 02/16/2022 | IDS | GC | Email to Committee regarding meeting with Diocese and Bishop. | 0.40 | 700.00 | $280.00 |
| 02/17/2022 | IDS | GC | Respond to Committee chair regarding claims | 0.20 | 700.00 | $140.00 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | issues. | | | |
| 02/18/2022 | BMM | GC | Communications with Committee members and PSZJ team regarding Committee in-person meeting. | 0.50 | 700.00 | $350.00 |
| 02/21/2022 | IDS | GC | Call regarding case issues. | 0.80 | 700.00 | $560.00 |
| 02/23/2022 | IAWN | GC | Telephone conference w/ SCC re status. | 0.50 | 700.00 | $350.00 |
| 02/23/2022 | IAWN | GC | Review B. Michael's agenda. | 0.10 | 700.00 | $70.00 |
| 02/23/2022 | BMM | GC | Participate in Committee meeting regarding meeting with Bishop Matano. | 0.70 | 700.00 | $490.00 |
| 02/23/2022 | IDS | GC | Committee meeting regarding mediation and other matters. | 0.70 | 700.00 | $490.00 |
| 02/28/2022 | IAWN | GC | Telephone conference w/ SSC re status. | 0.30 | 700.00 | $210.00 |
| 02/28/2022 | IAWN | GC | Review I. Scharf agenda and J. Stang email regarding Committee meeting. | 0.10 | 700.00 | $70.00 |
| 02/28/2022 | IDS | GC | Draft email agenda for SCC meeting. | 1.00 | 700.00 | $700.00 |
| 02/28/2022 | IDS | GC | Call with SCC re meeting with Bishop Matano. | 0.30 | 700.00 | $210.00 |
| | | | | **17.70** | | **$12,390.00** |

### Insurance Coverage

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2022 | JIS | IC | Review article regarding expected and intended defense. | 0.70 | 700.00 | $490.00 |
| 02/16/2022 | IAWN | IC | Review Cali email re article on RCC. | 0.10 | 700.00 | $70.00 |
| 02/16/2022 | IAWN | IC | Review article on RCC. | 0.20 | 700.00 | $140.00 |
| 02/17/2022 | IAWN | IC | Review Continental request re proof of claims. | 0.10 | 700.00 | $70.00 |
| 02/17/2022 | IAWN | IC | Review I. Scharf email re Continental request re proof of claims. | 0.10 | 700.00 | $70.00 |
| 02/23/2022 | IAWN | IC | Exchange emails with B. Michael re insurer settlement. | 0.10 | 700.00 | $70.00 |
| | | | | **1.30** | | **$910.00** |

### Mediation

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2022 | IDS | ME | Meet with potential mediator. | 1.00 | 700.00 | $700.00 |
| 01/07/2022 | IDS | ME | Call with Donato regarding mediation issues. | 0.50 | 700.00 | $350.00 |
| 01/10/2022 | IDS | ME | Revise proposed term sheet per SCC comments. | 1.50 | 700.00 | $1,050.00 |

|            |     |    |                                                                                        | Hours | Rate   | Amount     |
|------------|-----|----|----------------------------------------------------------------------------------------|-------|--------|------------|
| 01/10/2022 | IDS | ME | Email memo to SCC regarding plan term sheet.                                           | 1.00  | 700.00 | $700.00    |
| 01/12/2022 | IDS | ME | Revise settlement term sheet.                                                          | 1.20  | 700.00 | $840.00    |
| 01/12/2022 | IDS | ME | Email to Debtor counsel regarding term sheet.                                          | 0.30  | 700.00 | $210.00    |
| 01/20/2022 | IDS | ME | Prepare for call regarding term sheet with Diocese.                                    | 0.20  | 700.00 | $140.00    |
| 01/20/2022 | IDS | ME | Call with Diocese regarding term sheet.                                                | 0.60  | 700.00 | $420.00    |
| 01/20/2022 | IDS | ME | Email to SCC regarding term sheet; call with diocese regarding term sheet.             | 0.60  | 700.00 | $420.00    |
| 01/26/2022 | IDS | ME | Call with Judge Zive regarding mediation.                                              | 0.50  | 700.00 | $350.00    |
| 01/26/2022 | IDS | ME | Email with E. Lindstrom regarding mediation.                                           | 0.30  | 700.00 | $210.00    |
| 01/26/2022 | IDS | ME | Email to Donato regarding mediation session.                                           | 0.30  | 700.00 | $210.00    |
| 01/28/2022 | IDS | ME | Email to Committee regarding mediation process.                                        | 0.40  | 700.00 | $280.00    |
| 02/01/2022 | IDS | ME | Call with E Lindstrom regarding mediation issues.                                      | 0.40  | 700.00 | $280.00    |
| 02/01/2022 | IDS | ME | Revise analysis of settlement options in preparation for call with Diocese regarding same. | 0.60 | 700.00 | $420.00 |
| 02/01/2022 | IDS | ME | Call with E Lindstrom regarding mediation issues.                                      | 0.40  | 700.00 | $280.00    |
| 02/01/2022 | IDS | ME | Revise analysis of settlement options in preparation for call with Diocese regarding same. | 0.60 | 700.00 | $420.00 |
| 02/03/2022 | JIS | ME | Follow up call with PSZJ regarding mediation call.                                     | 0.20  | 700.00 | $140.00    |
| 02/03/2022 | JIS | ME | Mediation call with Debtor.                                                            | 1.90  | 700.00 | $1,330.00  |
| 02/03/2022 | IDS | ME | Zoom with mediator and Diocese regarding settlement options.                           | 1.90  | 700.00 | $1,330.00  |
| 02/03/2022 | IDS | ME | Follow up meeting with SCC regarding mediation meeting.                                | 0.60  | 700.00 | $420.00    |
| 02/03/2022 | BMM | ME | Participate in mediation with mediator, Diocese, and Committee.                        | 1.90  | 700.00 | $1,330.00  |
| 02/03/2022 | BMM | ME | Debrief mediation discussion with Committee professionals.                             | 0.20  | 700.00 | $140.00    |
| 02/04/2022 | IDS | ME | Email to SCC regarding mediation process, meeting with Diocese regarding same.         | 0.80  | 700.00 | $560.00    |
| 02/09/2022 | IDS | ME | Call with debtor counsel re mediation.                                                 | 0.30  | 700.00 | $210.00    |
| 02/09/2022 | IDS | ME | Call with Boyd regarding mediation.                                                    | 0.30  | 700.00 | $210.00    |

|            |      |    |                                                                                                                                                 | Hours | Rate   | Amount      |
|------------|------|----|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
| 02/10/2022 | IAWN | ME | Telephone conference with J. Stang re meditation.                                                                                               | 0.10  | 700.00 | $70.00      |
| 02/10/2022 | IDS  | ME | Email to SCC regarding meditation.                                                                                                              | 0.50  | 700.00 | $350.00     |
| 02/10/2022 | BMM  | ME | Manage logistics for Committee in-person meeting.                                                                                               | 0.40  | 700.00 | $280.00     |
| 02/16/2022 | IAWN | ME | Review I. Scharf/ B. Michael emails re meeting with Bishop Matano.                                                                              | 0.10  | 700.00 | $70.00      |
| 02/21/2022 | IAWN | ME | Review I. Scharf lengthy email re status of mediation.                                                                                          | 0.10  | 700.00 | $70.00      |
| 02/22/2022 | IAWN | ME | Review Anderson email re Harrisburg decision.                                                                                                   | 0.10  | 700.00 | $70.00      |
| 02/22/2022 | IAWN | ME | Review Harrisburg decision.                                                                                                                     | 0.30  | 700.00 | $210.00     |
| 02/28/2022 | IAWN | ME | Review Guam Parish decision.                                                                                                                    | 0.20  | 700.00 | $140.00     |
| 02/28/2022 | IAWN | ME | Review B. Michael/ J. Stang email re Guam Parish decision.                                                                                      | 0.10  | 700.00 | $70.00      |
| 02/28/2022 | IDS  | ME | Call with  J. Merson regarding mediation.                                                                                                       | 0.20  | 700.00 | $140.00     |
|            |      |    |                                                                                                                                                 | 20.60 |        | $14,420.00  |

**Stay Litigation [B140]**

|            |     |    |                                                                                                                                                                            | Hours | Rate   | Amount     |
|------------|-----|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 01/14/2022 | IDS | SL | Revise memorandum regarding discovery of debtor in third party litigation; review underlying research regarding discovery of debtor in third party litigation.             | 2.20  | 700.00 | $1,540.00  |
| 01/18/2022 | IDS | SL | Revise memorandum regarding discovery of debtor in third party litigation.                                                                                                 | 0.80  | 700.00 | $560.00    |
| 01/25/2022 | IDS | SL | Review and respond to email from K. Thomas regarding stay stipulation.                                                                                                     | 0.60  | 700.00 | $420.00    |
| 01/26/2022 | IDS | SL | Follow up with K. Thomas regarding parish stay.                                                                                                                            | 0.40  | 700.00 | $280.00    |
| 01/26/2022 | IDS | SL | Call with L. James regarding parish stay extension.                                                                                                                        | 0.40  | 700.00 | $280.00    |
| 01/26/2022 | IDS | SL | Memo to Committee regarding parish stay extension.                                                                                                                         | 0.80  | 700.00 | $560.00    |
| 01/26/2022 | IDS | SL | Email to Donato regarding extension of parish stay stipulation.                                                                                                            | 0.10  | 700.00 | $70.00     |
| 02/08/2022 | BMM | SL | Review transcript of July hearing.                                                                                                                                         | 0.80  | 700.00 | $560.00    |
|            |     |    |                                                                                                                                                                            | 6.10  |        | $4,270.00  |

**TOTAL SERVICES FOR THIS MATTER:**                                                                                                                                                                     $38,560.00

Pachulski Stang Ziehl & Jones LLP  
Diocese of Rochester O.C.C.  
18489    - 00002

Page:    11  
Invoice 129803  
February 28, 2022

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---:|
| 10/15/2021 | AF | Air Fare [E110] Delta Airlines, Tkt.#00676701272730, From SYR to LGA, IAWN - October Mediation, IAWN | 143.40 |
| 10/15/2021 | HT | Hotel Expense [E110] Marriot Syracuse Down NY, Hotel 3 nights, October Mediation, IAWN | 788.80 |
| 10/17/2021 | AT | Auto Travel Expense [E109] Lyft Transporation Service, airport transportation, October Mediation, IAWN | 100.00 |
| 10/17/2021 | BM | Business Meal [E111] Courtyard by Marriott Edgewater NJ, IAWN | 50.00 |
| 02/28/2022 | PO | Postage | 1.46 |
| 02/28/2022 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 02/28/2022 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/28/2022 | RS | Research [E106]Everlaw, Inc. Inv. 53192 | 704.00 |
| 02/28/2022 | PAC | Pacer - Court Research | 6.70 |

**Total Expenses for this Matter**   **$1,797.46**

## REMITTANCE ADVICE

**Please include this Remittance with your payment**

**For current services rendered through:** 02/28/2022

| | |
|---|---:|
| **Total Fees** | **$38,560.00** |
| **Total Expenses** | 1,797.46 |
| **Total Due on Current Invoice** | **$40,357.46** |

**Outstanding Balance from prior invoices as of** 02/28/2022    (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 124954 | 03/31/2020 | $58,445.00 | $5,707.02 | $11,689.00 |
| 125273 | 04/30/2020 | $34,249.50 | $537.00 | $34,786.50 |
| 125950 | 05/31/2020 | $39,062.50 | $611.96 | $39,674.46 |
| 125952 | 06/30/2020 | $29,470.00 | $509.50 | $29,979.50 |
| 125953 | 07/31/2020 | $33,628.50 | $762.92 | $34,391.42 |
| 125954 | 08/31/2020 | $83,003.00 | $844.40 | $83,847.40 |
| 128250 | 05/31/2021 | $68,287.00 | $2,502.88 | $976.33 |
| 129106 | 11/30/2021 | $23,927.00 | $5,221.70 | $15,785.20 |
| 129625 | 02/11/2022 | $38,872.00 | $5,073.09 | $43,945.09 |

**Total Amount Due on Current and Prior Invoices:**          **$335,432.36**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 (CGM) |
| Debtor. |  |

# CERTIFICATE OF SERVICE

I, Natasha Robinson, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024. I hereby certify under penalty of perjury that on April 13, 2022, I electronically filed the *AMENDED TWELFTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022* with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system.

I also certify that on April 13, 2022, copies of the above-referenced document were served via First Class US Mail upon the parties set forth below

| | |
|---|---|
| Kathleen D. Schmitt, Esq.<br>Office of the U.S. Trustee<br>Federal Office Building<br>100 State Street, Room 6090<br>Rochester, NY 14614 | Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1355 |

Dated: April 13, 2022

                                      */s/ Natasha D. Robinson*
                                         Natasha D. Robinson