UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905

Chapter 11 Case

Debtor,

**ORDER GRANTING FIFTH APPLICATION FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BOND,
SCHOENECK & KING, PLLC, AS ATTORNEYS FOR THE DIOCESE**

This matter came before the Court on the Fifth Application for Interim Compensation and Reimbursement of Expenses of Bond Schoeneck & King, PLLC, as Attorneys for the Diocese for the period of July 1, 2021 through December 31, 2021 [Docket No. 1440] (the "Fifth Interim Fee Application")[1]. In the Application, Bond requests: (a) allowance of interim compensation and professional services performed by Bond for the Fifth Interim Compensation Period in the amount of $393,541.00; (b) reimbursement of its actual and necessary expenses in the amount of $13,536.61 incurred during the Fifth Interim Compensation Period; and (c) directing the Diocese to pay the unpaid balance.

The Court, having considered the Fifth Interim Fee Application and notice of the Fifth Interim Fee Application appearing adequate, and having taken the Fifth Interim Fee Application under submission; and no objections to the relief requested having been filed; and the Court having found that all services rendered by Bond and expenses incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fifth Interim Fee Application.

1

**ORDERED**, that the Fifth Interim Fee Application is granted as set forth herein; and it is further

**ORDERED**, that Bond's compensation for professional services rendered during the Fifth Interim Compensation Period is allowed on an interim basis in the amount of $393,541.00; and it is further

**ORDERED**, that reimbursement of Bond's expenses incurred during the Fifth Interim Compensation Period is allowed on an interim basis in the amount of $13,536.61; and it is further

**ORDERED**, that the Diocese is directed to pay Bond the amount of $80,241.26 for the unpaid portion of fees and expenses sought through the Fifth Interim Compensation Period; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Bond's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

DATED: May 11, 2022  
    Rochester, New York

_____/s/_____  
HON. PAUL R. WARREN  
United States Bankruptcy Judge