UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In Re:                                                    Case No.: 2-19-20905-PRW

The Diocese of Rochester,                                 Chapter 11

                    Debtor.

-------------------------------------------------------------------X

## *EX PARTE* MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF TODD C. JACOBS

Attorney Todd C. Jacobs hereby requests admission *pro hac vice* before the Honorable Paul R. Warren to represent Interstate Fire and Casualty Company ("Interstate") and National Surety Corporation ("NSC") in this matter.

I have been requested by Interstate and NSC to represent them in connection with claims by Debtor The Diocese of Rochester (the "Diocese") seeking insurance coverage under certain insurance policies Interstate and NSC issued to the Diocese in connection with the underlying abuse claims at issue in this action.

I certify that I am a member in good standing of the Bar of the State of Illinois (admitted 1989), and the Bar of the State of Iowa (admitted 2017). I have also been admitted to practice before the U.S. District Courts for the Northern (Trial Bar) and Central Districts of Illinois, the Northern and Southern Districts of Iowa, the Eastern and Western Districts of Michigan, the District of Colorado, the Middle District of Florida, the U.S. Courts of Appeals for the Second, Sixth, Seventh, Eighth, Ninth and Eleventh Circuits, and the U.S. Supreme Court.

There are no pending disciplinary proceedings against me in any State or Federal Court, nor has discipline been previously imposed on me in any jurisdiction.

WHEREFORE, I respectfully request admission to practice, *pro hac vice*, before this Court for the purposes of representing Interstate and NSC in the above captioned action.

Dated: Cedar Rapids, Iowa
       June 3, 2022

Respectfully submitted,

By:   /s/ *Todd C. Jacobs*
         Todd C. Jacobs
         Bradley Riley Jacobs PC
         500 W. Madison, Suite 1000
         Chicago, IL 60654
         *Attorneys for Interstate Fire and Casualty Company and National Surety Corporation*

25838125.v1
4888-0450-8451, v. 1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re:                                                  Case No.: 2-19-20905-PRW

The Diocese of Rochester,                               Chapter 11

                  Debtor.
-------------------------------------------------------------------X

## *EX PARTE* ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*, OF TODD C. JACOBS

Upon the *ex parte* motion (the "Motion") of Todd C. Jacobs, to be admitted, *pro hac vice*, to represent Interstate Fire and Casualty Company ("Interstate") and National Surety Corporation ("NSC"), in the above-referenced matter, and upon the movant's certification that the movant is a member in good standing of the Bar of the State of Illinois, the Bar of the State of Iowa, U.S. District Courts for the Northern (Trial Bar) and Central Districts of Illinois, the Northern and Southern Districts of Iowa, the Eastern and Western Districts of Michigan, the District of Colorado, the Middle District of Florida, the U.S. Courts of Appeals for the Second, Sixth, Seventh, Eighth, Ninth and Eleventh Circuits, and the U.S. Supreme Court, it is hereby:

ORDERED, that Todd C. Jacobs is admitted to practice, *pro hac vice*, before this Court for the purpose of representing Interstate and NSC in the above-captioned action.


Dated: _____
      Rochester, NY

                           _____
                           The Honorable Paul R. Warren, U.S.B.J.

35838125.v1
4888-0450-8451, v. 1