

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com
600 Third Avenue | New York, NY 10016-1915 | bsk.com

**STEPHEN A. DONATO, ESQ.**
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

June 23, 2022

**VIA ELECTRONIC FILING**

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

Re:   *In re The Diocese of Rochester;* Chapter 11 Case No. 19-20905 (the "Bankruptcy Case") and related Adversary Proceeding No. 19-02021 (the "Adversary Proceeding")

Dear Judge Warren:

On May 20, 2022, The Diocese of Rochester (the "Diocese") filed the following documents in the Adversary Proceeding:

    1.   *Motion to Approve Proposed Insurance Settlements to Fund Survivor Compensation Trust* [Adv. Pro. Docket No. 190] (the "Settlement Motion");

    2.   *Declaration of James R. Murray* [Adv. Pro. Docket No. 191] (the "Murray Declaration"); and

    3.   *Declaration of Lisa M. Passero in Support of the Diocese's Motion to Approve Proposed Insurance Settlements to Fund Survivor Compensation Trust* [Adv. Pro. Docket No. 192] (the "Passero Declaration" and together with the Murray Declaration and the Settlement Motion, the "Settlement Documents").

14278479.2

Case 2-19-20905-PRW, Doc 1541, Filed 06/23/22, Entered 06/23/22 12:24:39, Description: Main Document , Page 1 of 2

At the request of the Official Committee of Unsecured Creditors, the Diocese has filed the Settlement Documents in the Bankruptcy Case in the exact form that such documents were previously filed in the related Adversary Proceeding.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Stephen A. Donato