UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re: Rochester

Case No.: 2-19-20905-PRW
Chapter: 11

Debtor(s)

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that **Harris Winsberg**, Esq., of **Troutman Pepper Hamilton Sanders LLP**, lead attorney of record for **Interstate Fire and Casualty Company and National Surety Corporation** be changed, and that **Harris Winsberg**, Esq., of **Parker, Hudson, Rainer & Dobbs LLP**, be substituted in the place and stead of **Harris Winsberg** as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail address of successor attorney:

Harris Winsberg, Esq.
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, Suite 3600
Atlanta, GA 30308
(404) 420-4313
hwinsberg@phrd.com

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: 6/30/22

*[signature]*
Harris Winsberg, Former Partner
Troutman Pepper Hamilton Sanders LLP

Dated: 6/30/22

*[signature]*
Harris Winsberg, Partner
Parker, Hudson, Rainer & Dobbs LLP

Dated: 6/29/22

*[signature]*
Deborah Sons
Interstate Fire and Casualty Company

Dated: 6/29/22

*[signature]*
Deborah Sons
National Surety Corporation

attysubform 2/2010