**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On August 8, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Steve Boyd, PC, Attn: Steve Boyd at 2629 Main St, #100, Buffalo, NY 14214-1003, pursuant to USPS forwarding instructions:

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 079** (Docket No. 1579)

- **Claim Objection Letter re Proof of Claim Number 079**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 080** (Docket No. 1580)

- **Claim Objection Letter re Proof of Claim Number 080**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 106** (Docket No. 1582)

- **Claim Objection Letter re Proof of Claim Number 106**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim Nos. 125 & 184 & 333** (Docket No. 1584)

- **Claim Objection Letter re Proof of Claim Numbers 125 & 184 & 333**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 147** (Docket No. 1585)

- **Claim Objection Letter re Proof of Claim Number 147**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 165** (Docket No. 1586)

- **Claim Objection Letter re Proof of Claim Number 165**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 235** (Docket No. 1595)

- **Claim Objection Letter re Proof of Claim Number 235**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 237** (Docket No. 1596)

- **Claim Objection Letter re Proof of Claim Number 237**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 240** (Docket No. 1597)

- **Claim Objection Letter re Proof of Claim Number 240**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 252** (Docket No. 1599)

- **Claim Objection Letter re Proof of Claim Number 252**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 257** (Docket No. 1600)

- **Claim Objection Letter re Proof of Claim Number 257**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 261** (Docket No. 1601)

- **Claim Objection Letter re Proof of Claim Number 261**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 285** (Docket No. 1604)

- **Claim Objection Letter re Proof of Claim Number 285**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 289** (Docket No. 1605)

- **Claim Objection Letter re Proof of Claim Number 289**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 293** (Docket No. 1606)

- **Claim Objection Letter re Proof of Claim Number 293**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 304** (Docket No. 1608)

- **Claim Objection Letter re Proof of Claim Number 304**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 305** (Docket No. 1609)

- **Claim Objection Letter re Proof of Claim Number 305**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 326** (Docket No. 1611)

- **Claim Objection Letter re Proof of Claim Number 326**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 339** (Docket No. 1612)

- **Claim Objection Letter re Proof of Claim Number 339**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 367** (Docket No. 1616)

- **Claim Objection Letter re Proof of Claim Number 367**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 385** (Docket No. 1618)

- **Claim Objection Letter re Proof of Claim Number 385**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 389** (Docket No. 1619)

- **Claim Objection Letter re Proof of Claim Number 389**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 545** (Docket No. 1627)

- **Claim Objection Letter re Proof of Claim Number 545**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim No. 549** (Docket No. 1628)

- **Claim Objection Letter re Proof of Claim Number 549**

- **Notice of Diocese's Objection to Allowance of Sexual Abuse Proof of Claim Nos. 368 & 532** (Docket No. 1635)

- **Claim Objection Letter re Proof of Claim Number 368 & 532**

Dated: August 12, 2022

/s/ Sabrina G. Tu
Sabrina G. Tu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800.634.7734
Sabrina.Tu@Stretto.com