UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Rochester,<br><br>                Debtor. | Case No. 19-20905<br><br>Chapter 11 |
| The Diocese of Rochester,<br><br>                Plaintiff,<br><br>v.<br><br>The Continental Insurance Company, Certain Underwriters at Lloyd's, London, Certain London Market Companies, The Dominion Insurance Company Limited, Stronghold Insurance Company Limited, CX Reinsurance Company Limited, Markel International Company Limited, Tenecom Limited, National Surety Corporation, Interstate Fire & Casualty Company, Colonial Penn Insurance Company, and HDI Global Specialty SE,<br><br>                Defendants. | Adversary Proceeding<br>No.: 19-ap-02021 |

**NOTICE OF DEPOSITIONS IN CONNECTION WITH
MOTION TO APPROVE PROPOSED INSURANCE
SETTLEMENTS TO FUND SURVIVOR COMPENSATION TRUST
[Relates to Docket #1538]**

To:    The Parties on the attached service list

**PLEASE TAKE NOTICE** that undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case will take the deposition of the following persons on the date listed for each, all **at 9:30 a.m. (prevailing Eastern Time)** (or at such other date and time to which the parties may agree) pursuant to Federal Rule of Civil Procedure 30 and Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure.

| Deponent | Date |
|---|---|
| James R. Murray | October 7, 2022 |
| Rev. Daniel J. Condon | October 11, 2022 |
| Martin Futter | October 17, 2022 |
| Catalina J. Sugayan | October 18, 2022 |
| Sean Mulligan | October 19, 2022 |
| Trisha K. Tesmer | October 20, 2022 |
| Lisa M. Passero | October 21, 2022 |
| Bishop Salvatore R. Matano | October 21, 2022 |

**The depositions will be taken remotely** via an online platform due to the coronavirus pandemic such that no one will need to be in the same location as anyone else in order to participate in the deposition. Parties who wish to participate in the deposition should contact Brittany M. Michael, Esq., of Pachulski Stang Ziehl & Jones LLP, at bmichael@pszjlaw.com **no fewer than 72 hours before the start of the deposition** for more information regarding participating in this deposition remotely.

Dated:  September 15, 2022

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
John A. Morris
Hayley R. Winograd
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:     jstang@pszjlaw.com
              ischarf@pszjlaw.com
              jmorris@pszjlaw.com
              hwinograd@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

On September 15, 2022, I caused a true and correct copy of the foregoing *Notice of Depositions* to be to be filed with the Clerk of the Bankruptcy Court for the Western District of New York, using the Court's CM/ECF system and the above-referenced document was thereby served via ECF in Bankruptcy Case No. 19-20905-PRW upon all counsel of record.

*/s/ Ilan D. Scharf*