# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-20905 (PRW) |

**ORDER GRANTING INTERIM FEE APPLICATION OF BURNS BOWEN BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR THE PERIOD OCTOBER 1, 2021 THROUGH JUNE 30, 2022**

This matter is before the Court on the Interim Fee Application of Burns Bowen Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period October 1, 2021 through June 30, 2022 (the "Interim Compensation Period" and the "Application") [Doc 1698], filed by Burns Bowen Bair LLP ("BBB"), special insurance counsel to the Committee. In the Application, BBB requests (a) allowance of interim compensation for professional services performed by BBB for the Interim Compensation Period in the amount of $171,583.25 (b) reimbursement of its actual and necessary expenses in the amount of $5,700.97 incurred during the Interim Compensation Period, and (c) directing the Debtor to pay BBB the amount of $34,316.65 for the unpaid total.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on  October 20 , 2022 and being otherwise duly

advised in the premises, determines that the Application should be, and hereby is GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED in its entirety.

2. BBB's compensation for professional services rendered during the Interim Compensation Period is allowed on an interim basis in the amount of $171,583.25.

3. Reimbursement of BBB's expenses incurred during the Interim Compensation Period is allowed on an interim basis in the amount of $5,700.97.

4. The Debtor is directed to pay BBB the amount of $34,316.65 for the unpaid amounts incurred during the Interim Compensation Period.

5. The compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to section 330(a)(5) of the Bankruptcy Code.

6. The allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to BBB's right to seek additional compensation for services performed and expenses incurred during the Interim Compensation Period, which were not processed at the time of the Application.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 20, 2022  
      Rochester, NY

_____/s/_____  
Hon. Paul R. Warren,  
United States Bankruptcy Judge