**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | )    Case No. 19-20905 (CGM) |
| | ) |
| THE DIOCESE OF ROCHESTER, | )    Chapter 11 |
| | ) |
| Debtor.[1] | ) |
| | ) |
| | ) |

**ORDER GRANTING**
**THIRD INTERIM APPLICATION FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES BY**
**BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR**
**FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH JUNE 30, 2022**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of

Unsecured Creditors in the above-captioned case, filed its Third Interim Application for

Compensation for the Period from October 1, 2021 through June 30, 2022 (the "Fee Application").

The Court has reviewed the Fee Application and finds that: (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing

on the Fee Application, was adequate under the circumstances; and (c) all persons with standing

have been afforded the opportunity to be heard on the Fee Application. Accordingly, it is hereby

**ORDERED** that the Fee Application is GRANTED. The Debtor in the above

case shall pay to BRG interim fees in the total amount of $19,619.00 for services rendered and

actual and necessary expenses incurred in the Chapter 11 case during the Fee Period.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 20, 2022                             _____/s/_____
        Rochester, NY                                    Hon. Paul R. Warren
                                               United States Bankruptcy Judge

---

[1] The Debtor in this chapter 11 case is The Diocese of Rochester, the last for digits of its federal tax identification number are 5765, and its mailing address is 1150 Buffalo Road, Rochester, NY 14624.