**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor.

**ORDER GRANTING THIRD APPLICATION FOR COMPENSATION
OF BONADIO & CO. LLP, AS ACCOUNTANTS FOR THE DIOCESE**

This matter came before the Court on the Third Application for Compensation of Bonadio & Co. LLP ("Bonadio"), as Accountants for the Diocese for the period of August 25, 2021 through June 30, 2022 [Docket No. 1711] (the "Third Interim Fee Application")[1]. Through the Application, Bonadio respectfully requested allowance of interim compensation and professional services performed by Bonadio for the Third Interim Compensation Period in the amount of $49,000.00; and directing the Diocese to pay Bonadio for the unpaid total.

The Court, having considered the Third Interim Fee Application and notice of the Third Interim Fee Application appearing adequate, and having taken the Third Interim Fee Application under submission; and no objections to the relief requested having been filed; and the Court having found that all services rendered by Bonadio were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Third Interim Fee Application is granted in its entirety; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Third Interim Fee Application.

1

**ORDERED**, that Bonadio's compensation for professional services rendered during the Third Interim Compensation Period is allowed on an interim basis in the amount of $49,000.00; and it is further

**ORDERED**, that the Diocese is directed to pay Bonadio the amount of $49,000.00 for the compensation sought through the Third Interim Fee Application; and it is further

**ORDERED**, that the compensation awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation pursuant to this Order is without prejudice to Bonadio's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: November 21, 2022
      Rochester, New York

/s/
Hon. Paul R. Warren
United States Bankruptcy Judge

2

15076024.2 11/21/2022
Case 2-19-20905-PRW, Doc 1826, Filed 11/21/22, Entered 11/21/22 14:10:13, Description: Main Document, Page 2 of 2