**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | |
| The Diocese of Rochester, | Case No.: 19-20905<br>Chapter 11 Case |
| Debtor. | |

### ORDER GRANTING SIXTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HARRIS BEACH PLLC, AS SPECIAL COUNSEL TO THE DIOCESE

This matter came before the Court on the Sixth Application for Interim Compensation and Reimbursement of Expenses of Harris Beach PLLC ("Harris Beach") as special counsel for the Diocese as debtor and debtor-in-possession for the period of January 1, 2022 through June 30, 2022 [Docket No. 1710] (the "Sixth Interim Fee Application")[1].  In the Application, Harris Beach requests: (a) allowance of interim compensation and professional services performed by Harris Beach for the Sixth Interim Compensation Period in the amount of $116,715.00; (b) reimbursement of its actual and necessary expenses in the amount of $12,441.27 incurred during the Sixth Interim Compensation Period; and (c) directing the Diocese to pay Harris Beach $23,343.00 for the unpaid services balance.  At this time, all of the expenses have been paid; therefore, the total unpaid balance due is $23,343.00.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sixth Interim Fee Application.

15076118.2

The Court, having considered the Sixth Interim Fee Application and notice of the Sixth Interim Fee Application appearing adequate, and having taken the Sixth Interim Fee Application under submission; and no objections to the relief requested having been filed; and the Court having found that all services rendered by Harris Beach were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Sixth Interim Fee Application is granted as set forth herein; and it is further

**ORDERED**, that Harris Beach's compensation for professional services rendered during the Sixth Interim Compensation Period is allowed on an interim basis in the amount of $116,715.00; and it is further

**ORDERED**, that reimbursement of Harris Beach's expenses incurred during the Sixth Interim Compensation Period is allowed on an interim basis in the amount of $12,441.27; and it is further

**ORDERED**, that the Diocese is directed to pay Harris Beach the amount of $23,343.00 for the unpaid portion of fees sought through the Sixth Interim Compensation Period; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Harris Beach's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

15076118.2

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation, interpretation and enforcement of this Order.

Dated: November 28 , 2022
        Rochester, New York

                                                /s/
                                   Honorable Paul R. Warren
                                   United States Bankruptcy Judge

15076118.2
Case 2-19-20905-PRW, Doc 1849, Filed 11/28/22, Entered 11/28/22 12:44:14,
Description: Main Document , Page 3 of 3