UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  Case No. 19-20905

THE DIOCESE OF ROCHESTER, Chapter 11

Debtor.

# PARISHES' STATEMENT REGARDING PARTICIPATION IN PROPOSED SETTLEMENT CONFERENCE

The Ad Hoc Parish Committee ("Parish Committee")[1], by and through its undersigned counsel, respectfully states as follows:

1. In the hearing held by this Court on November 22, 2022, the Court asked of the parties' willingness to participate in an in-person settlement conference to be conducted by the Court.

2. The parishes assert that they are insured/additional insured under the various insurance policies at issue in this bankruptcy case and the settlement motions presented to the Court. The parishes, through the undersigned and a certain few representatives of the Parish Committee have participated in the mediation sessions conducted with regard to this bankruptcy case.

3. The parishes respectfully request that they be permitted to attend the in-person settlement conference with this Court, through the undersigned and a few representatives of the Parish Committee.

---

[1] The Ad Hoc Parish Committee represents all of the parishes located within 12-county geographic region comprising the Diocese of Rochester.

Dated: November 29, 2022

s/ Timothy P. Lyster
Timothy P. Lyster, Esq.
WOODS OVIATT GILMAN LLP
Attorneys for the Ad Hoc Parish Committee
1900 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 987-2894
tlyster@woodsoviatt.com