

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com
600 Third Avenue | New York, NY 10016-1915 | bsk.com

**STEPHEN A. DONATO, ESQ.**
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

December 21, 2022

**VIA ELECTRONIC FILING**

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

Re: *The Diocese of Rochester; Chapter 11 Case No. 19-20905
Settlement Conference Attendance*

Dear Judge Warren:

I am writing this letter on behalf of The Diocese of Rochester (the "Diocese") to advise Your Honor that in accordance with the Scheduling Order entered by this Court on December 9, 2022 [Docket No. 1872] (the "Scheduling Order"), the Diocese hereby confirms that it intends to participate in an in person settlement conference with Your Honor and other parties on January 11, 2023 at 10:00 a.m. and, if necessary, continuing on January 12, 2023 at 12:00 p.m., and January 13, 2023 at 10:00 a.m., as set forth in the Scheduling Order (the "Settlement Conference"). The Diocese consents to Your Honor participating in the Settlement Conference and hereby waives any right to seek recusal of Your Honor on the basis of Your Honor's participation in the Settlement Conference.

The Diocese is appreciative of Your Honor's willingness to participate in the Settlement Conference and looks forward to having productive discussions regarding a potential global settlement of this case.

Thank you for your courtesy.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Stephen A. Donato

SAD/ta