

| | |
|---|---|
| **Mark D. Plevin**<br>MPlevin@crowell.com<br>(415) 365-7446  direct | Crowell & Moring LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, California  94111<br>+1.415.986.2800  main<br>+1.415.986.2827  fax |

December 22, 2022

BY CM/ECF

Hon. Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York  14614

        Re:    In re Diocese of Rochester, Case No. 19-20905 (Bankr. W.D.N.Y);
               Attendance at Settlement Conference

Dear Judge Warren:

        I write on behalf of The Continental Insurance Company ("CNA") to advise Your Honor, in accordance with the Scheduling Order entered by this Court on December 9, 2022 (the "Scheduling Order," Dkt. No. 1872), that CNA hereby confirms its intention to participate in the in-person settlement conference with Your Honor and other parties on January 11, 2023 and, if it continues, on January 12 and 13, 2023, as set forth in the Scheduling Order (the "Settlement Conference").

        CNA consents to Your Honor participating in the Settlement Conference and hereby waives any right to seek recusal of Your Honor on the basis of Your Honor's participation in the Settlement Conference.

        CNA looks forward to having productive discussions with Your Honor and the other parties during the Settlement Conference.

        Sincerely yours,

        */s/ Mark D. Plevin*

        Mark D. Plevin

70721391