

TEL: (315) 277-5370
FAX: (315) 277-5395

**PARRY & SMITH**
- ATTORNEYS AT LAW -

WEBSITE:
WWW.JARRODWSMITH.COM

JEFFREY R. PARRY, ESQ., PARTNER
JEFFREYPARRY404@GMAIL.COM

11 SO. MAIN STREET • PO BOX 173
JORDAN, NEW YORK 13080

JARROD W. SMITH, ESQ., PARTNER
JARRODSMITHLAW@GMAIL.COM

January 5, 2023

VIA ECF ONLY

Hon. Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

RE: **DONNA OPPEDISANO AND KATHLEEN ISRAEL**
-vs- The Diocese of Rochester; Case No.: 19-20905

Dear Judge Warren:

Our law firm represents Donna Oppedisano and Kathleen Israel as it relates to their state lawsuit that began in Chemung County some time ago and was stayed by your Court after the Diocese filed for protection under the bankruptcy law.

The purpose of this letter is to let the Court know that we will be participating to whatever extent possible at the in-person settlement conference beginning on January 11, 2023 at 10:00 am and if needed continuing on January 12, 2023 at Noon; and January 13, 2023 at 10:00 am. My partner, Jeffrey R. Parry, Esq. will be in attendance as I have other court obligations on the dates set forth in your Scheduling Order to participate.

My partner and I consent to your Honor's participation in the Settlement Conference and waive any and all right to seek your recusal on the basis of your Honor's participation in the Settlement Conference.

Thank you.

Best regards,

JARROD W. SMITH, ESQ.

JWS/

FAYETTEVILLE OFFICE
7030 EAST GENESEE STREET, SUITE 101
FAYETTEVILLE, NEW YORK 13066
PARRY & SMITH, LLC