# FANIZZI & BARR P.C.
## ATTORNEYS & COUNSELORS AT LAW

December 30, 2022

**Via Electronic Filing**

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

Re: The Diocese of Rochester, Case No. 19-20905, **Settlement Conference Attendance**

Dear Judge Warren:

Fanizzi & Barr, P.C. (the "Firm") represents 3 survivors (the "Clients") who filed Sexual Abuse Claims against the Diocese of Rochester, including [a] member[s] of the Official Committee of Unsecured Creditors (the "Committee"). We write, in accordance with the Scheduling Order entered by this Court on December 9, 2022 [Docket No. 1872] (the "Scheduling Order"), that the Firm, in its capacity as counsel to a member of the Committee, hereby confirms that it intends to participate in the in-person settlement conference with Your Honor and other parties on January 11, 2023 at 10:00 a.m. and, if necessary, continuing on January 12, 2023 at 12:00 p.m., and January 13, 2023 at 10:00 a.m., as set forth in the Scheduling Order (the "Settlement Conference"). The Firm's Clients consent to Your Honor participating in the Settlement Conference and hereby waive any right to seek recusal of Your Honor on the basis of Your Honor's participation in the Settlement Conferences

Very truly yours,

FANIZZI & BARR, P.C.

Paul K. Barr

PKB/klc

Niagara Falls Office - 7311 Niagara Falls Boulevard, Niagara Falls, New York 14304
Buffalo Office - 327 Niagara Street, Suite 3, Buffalo, New York 14201 (no mail)
716.284.9888  716.284.9884