LAW OFFICES
OF
# MITCHELL GARABEDIAN

MITCHELL GARABEDIAN
WILLIAM H. GORDON
NATHAN A. GAUL
DANIEL R. MAHONEY
EMILY J. CHARLTON

100 STATE STREET, 6TH FLOOR
BOSTON, MASSACHUSETTS 02109

(617) 523-6250
FAX (617) 523-3687

January 5, 2023

**Via Electronic Filing**

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

RE: The Diocese of Rochester, Case No. 19-20905, <u>Settlement Conference Attendance</u>

Dear Judge Warren:

The Law Offices of Mitchell Garabedian represents with Co-Counsel Simmons Hanly Conroy, 96 survivors (the "Clients") who filed Sexual Abuse Claims against the Diocese of Rochester, including two members of the Official Committee of Unsecured Creditors (the "Committee"). We write, in accordance with the Scheduling Order entered by this Court on December 9, 2022 [Docket No. 1872] (the "Scheduling Order"), that the Law Offices of Mitchell Garabedian, in its capacity as co-counsel to members of the Committee, hereby confirms that it intends to participate in the in-person settlement conference with Your Honor and other parties on January 11, 2023 at 10:00 a.m. and, if necessary, continuing on January 12, 2023 at 12:00 p.m., and January 13, 2023 at 10:00 a.m., as set forth in the Scheduling Order (the "Settlement Conference"). The Law Offices of Mitchell Garabedian's Clients consent to Your Honor participating in the Settlement Conference and hereby waive any right to seek recusal of Your Honor on the basis of Your Honor's participation in the Settlement Conference.

Hon. Paul R. Warren
January 5, 2023
Page Two

                Respectfully submitted,

                Mitchell Garabedian
                Law Offices of Mitchell Garabedian
                100 State Street, 6th Floor
                Boston, MA 02109