

Tel: 800-686-9921
Fax 305-931-0877
www.hermanlaw.com

January 10, 2023

**Via EFC Only**

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: **Plaintiffs, M.P., B.M., Daniel Regan, D.S., DS, J.F., M.B., T.G., Michael Crespo, Daniel Crespo, John Doe 3, and J.O.**
*vs. The Diocese of Rochester; Case No. 19-20905 (Chapter 11 Case)*

Dear Judge Warren:

Our law firm represents Plaintiffs, M.P., B.M. Daniel Regan, D.S., DS, J.F., M.B., T.G., Michael Crespo, Daniel Crespo, John Doe 3, and J.O., as it relates to their state lawsuits that began in Cayuga County, Monroe County, and Tioga County, some time ago and were stayed by your Court after the Diocese filed for protection under the bankruptcy law.

The purpose of this letter is to let the Court know that we will be participating to whatever extent possible at the in-person settlement conference beginning on January 11, 2023 at 10:00 a.m. and if needed continuing on January 12, 2023 at Noon; and January 13, 2023 at 10:00 a.m. My associate, Cynthia Constantino, Esq. will be in attendance as I have other court obligations on the dates set forth in your Scheduling Order to participate.

My associate and I consent to your Honor's participation in the Settlement Conference and waive any and all right to seek your recusal on the basis of your Honor's participation in the Settlement Conference.

Thank you for your attention to this matter.

Sincerely,

Scott Michael Duquin, Esq.

SMD/jam