

PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

COSTA MESA
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

TELEPHONE: 714/384 4750
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Ilan D. Scharf  January 13, 2023  212.561.7721
ischarf@pszjlaw.com

**VIA ELECTRONIC FILING**
Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

Re: **The Diocese of Rochester; Case No. 19-20905**

Dear Judge Warren,

The Official Committee of Unsecured Creditors (the "Committee") of the Diocese of Rochester (the "Diocese") respectfully requests that the Court schedule a hearing on the Diocese's *Motion to Approve Proposed Insurance Settlements to Fund Survivor Compensation Trust* (the "Motion") [Docket No. 1538].[1] Numerous pleadings have been filed regarding the Motion, including the Committee's objection [Docket No. 1555] and the Debtor 's and various insurer's replies to the objection [Docket Nos. 1642, 1646, 1649, 1650 and 1653].

For the reasons stated in its objection, the Committee believes that the Court can adjudicate the Motion as a matter of law on the current record without the need for an evidentiary hearing. As such, the Committee requests a hearing on the matter to consider the Motion as a matter of law.

---

[1] The Motion is also filed in the adversary proceeding captioned *The Diocese of Rochester v. The Continental Insurance Co., et al.*, Adv. No. 19-02021 [Docket No. 190].



To the extent the Court determines that the Motion cannot be adjudicated on the current record or requires an evidentiary hearing, the Committee reserves all rights.

Respectfully submitted,

*/s/ Ilan D. Scharf*

Ilan D. Scharf