UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                 Debtor.

Case No. 2-19-20905-PRW

Chapter 11 Case

## *NOTICE OF ADJOURNMENT*
### OF HEARING ON CONTINENTAL'S MOTION UNDER BANKRUPTCY RULE 2004 FOR DISCLOSURE OF CLAIMANT COUNSEL'S LITIGATION FINANCING ARRANGEMENTS

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion of The Continental Insurance Company, successor by merger to Commercial Insurance Company of Newark, New Jersey and Firemen's Insurance Company of Newark, New Jersey, Under Bankruptcy Rule 2004 for Disclosure of Claimant Counsel's Litigation Financing Arrangements* [Docket No. 1959] has been adjourned to **March 21, 2023 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York.

**PLEASE TAKE FURTHER NOTICE**, that all affidavits and memoranda in opposition to the Motion must be electronically filed with the Court and served upon the counsel listed below, **not less than 72 hours prior to the hearing date and time.**

**PLEASE TAKE FURTHER NOTICE**, that the hearing may be adjourned from time to time without notice to any creditor or other party-in-interest other than by announcement of the adjourned date in open Court on the date of the hearing or any adjourned date thereof.

**PLEASE TAKE FURTHER NOTICE**, that complete copies of the Motion are available from the Clerk of the United States Bankruptcy Court, 100 State Street, Rochester, New York 14614, via Pacer, http://pacer.psc.uscourts.gov, or from Barclay Damon LLP.

Dated: February 23, 2023                Respectfully submitted,

By:     */s/Jeffrey A. Dove*
Jeffrey A. Dove
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7112
Facsimile: (315) 703-7346
jdove@barclaydamon.com

Mark D. Plevin
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: (415) 986-2800
mplevin@crowell.com

David Christian
DAVID CHRISTIAN ATTORNEYS LLC
105 West Madison Street, Suite 1400
Telephone: (312) 282-5282
dchristian@dca.law

Miranda H. Turner
Rachel A. Jankowski
Thomas Matthew
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
mturner@crowell.com, rjankowski@crowell.com, tmatthew@crowell.com

*Counsel to The Continental Insurance Company, successor by merger to Commercial Insurance Company of Newark, New Jersey and Firemen's Insurance Company of Newark, New Jersey*