# EXHIBIT A

## Burns Bowen Bair LLP

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.bbblawllp.com

**Official Committee of Unsecured Creditors of**
**The Diocese of Rochester, New York**

**Issue Date :** 8/1/2022
**Bill # :** 00875
**Due Date :** Upon Receipt

**Matter:** Insurance

**Fees**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/1/2022 | Timothy Burns | Preliminary review re recent 9019 filings (.2); | 0.20 | $700.00 | $140.00 |
| 7/1/2022 | Timothy Burns | Begin preparations for July mediation (.4); | 0.40 | $700.00 | $280.00 |
| 7/1/2022 | Timothy Burns | Participate in call with state court counsel re mediation strategy (.2); | 0.20 | $700.00 | $140.00 |
| 7/1/2022 | Jesse Bair | Review Order re 9019 briefing and discovery schedule (.1); | 0.10 | $625.00 | $62.50 |
| 7/1/2022 | Jesse Bair | Review correspondence with PSZJ team re call to discuss 9019 discovery requests recently served by the insurers and Diocese (.1); | 0.10 | $625.00 | $62.50 |
| 7/1/2022 | Jesse Bair | Review state court counsel joinder in the Committee's objection to the Diocese's 9019 motion (.1); | 0.10 | $625.00 | $62.50 |
| 7/4/2022 | Jesse Bair | Correspondence with B. Horn re BBB's second interim fee application (.1); | 0.10 | $625.00 | $62.50 |
| 7/4/2022 | Jesse Bair | Review correspondence from B. Michael re upcoming state court counsel meeting (.1); | 0.10 | $625.00 | $62.50 |
| 7/5/2022 | Brian Cawley | Revise and edit T. Burns mediation strategy PowerPoint presentation (.6); | 0.60 | $420.00 | $252.00 |
| 7/5/2022 | Timothy Burns | Draft PowerPoint presentation re insurance mediation strategy (1.0); emails with J. Bair and B. Cawley re same (.2); | 1.20 | $700.00 | $840.00 |
| 7/5/2022 | Jesse Bair | Review and edit T. Burns email memorandum re mediation strategy and related preparations (.4); | 0.40 | $625.00 | $250.00 |
| 7/5/2022 | Jesse Bair | Review revised PowerPoint presentation re mediation strategy and preparations (.2); | 0.20 | $625.00 | $125.00 |
| 7/5/2022 | Jesse Bair | Review correspondence with T. Burns and PSZJ re strategy for upcoming mediation sessions (.1); | 0.10 | $625.00 | $62.50 |
| 7/6/2022 | Timothy Burns | Met with J. Bair re preparation for state court counsel meeting (.2); | 0.20 | $700.00 | $140.00 |
| 7/6/2022 | Timothy Burns | Participate in state court counsel meeting (.7); | 0.70 | $700.00 | $490.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/6/2022 | Jesse Bair | Participate in conference with T. Burns re preparations for state court counsel meeting (.2); | 0.20 | $625.00 | $125.00 |
| 7/6/2022 | Jesse Bair | Participate in state court counsel meeting re mediation strategy (.7); | 0.70 | $625.00 | $437.50 |
| 7/6/2022 | Jesse Bair | Review correspondence from I. Scharf to state court counsel re mediation and case update (.1); | 0.10 | $625.00 | $62.50 |
| 7/6/2022 | Jesse Bair | Review additional correspondence with I. Scharf and I. Nasatir re 9019 and mediation strategy (.1); | 0.10 | $625.00 | $62.50 |
| 7/7/2022 | Brian Cawley | Conference with K. Gurewitz re recently assigned insurance research projects (.2); begin drafting summary re lack of consent to settle provisions in the LMI and Interstate policies (.7); | 0.90 | $420.00 | $378.00 |
| 7/7/2022 | Jesse Bair | Review draft order appointing supplemental mediator (.1); | 0.10 | $625.00 | $62.50 |
| 7/7/2022 | Jesse Bair | Correspondence with I. Scharf re the insurers' proposed edits to the draft order appointing supplemental mediator (.1); | 0.10 | $625.00 | $62.50 |
| 7/7/2022 | Jesse Bair | Participate in conference with T. Burns re mediation appointment issues (.1); | 0.10 | $625.00 | $62.50 |
| 7/7/2022 | Jesse Bair | Analyze memo re New York exhaustion law (.1); provide instructions to B. Cawley and K. Gurewitz re supplemental exhaustion research needed in advance of upcoming mediation sessions (.2); | 0.30 | $625.00 | $187.50 |
| 7/7/2022 | Jesse Bair | Provide instructions to B. Cawley re supplemental analysis of LMI and Interstate policies re lack of consent to settle provisions (.1); | 0.10 | $625.00 | $62.50 |
| 7/7/2022 | Jesse Bair | Analyze Interstate policy declaration re attachment point language (.1); | 0.10 | $625.00 | $62.50 |
| 7/7/2022 | Timothy Burns | Participate in conference with J. Bair re mediation appointment issues (.1); review correspondence with I. Scharf re supplemental mediator appointment (.1); | 0.20 | $700.00 | $140.00 |
| 7/7/2022 | Kacy Gurewitz | Conference with B. Cawley re recently assigned insurance research projects (.2); begin research re exhaustion under New York law in connection with potential settlement and mediation strategies (3.7); | 3.90 | $420.00 | $1,638.00 |
| 7/8/2022 | Kacy Gurewitz | Continue research re exhaustion under New York law in connection with potential settlement and mediation strategies (.2); | 0.20 | $420.00 | $84.00 |
| 7/11/2022 | Timothy Burns | Continue preparing for upcoming mediation (.3); | 0.30 | $700.00 | $210.00 |
| 7/11/2022 | Kacy Gurewitz | Continue detailed research re exhaustion under New York law in connection with potential settlement and mediation strategies (5.5); | 5.50 | $420.00 | $2,310.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/11/2022 | Jesse Bair | Review I. Scharf correspondence to state court counsel re mediation update (.1); | 0.10 | $625.00 | $62.50 |
| 7/11/2022 | Jesse Bair | Review and edit BBB's second interim fee application (.9); | 0.90 | $625.00 | $562.50 |
| 7/12/2022 | Brian Cawley | Complete summary of LMI/Interstate policies and lack of consent to settle provisions (1.8); participate in conference with J. Bair re same (.2); | 2.00 | $420.00 | $840.00 |
| 7/12/2022 | Kacy Gurewitz | Complete research re exhaustion under New York law in connection with potential settlement and mediation strategies (3.6); begin drafting presentation re same for potential use in mediation (1.4); | 5.00 | $420.00 | $2,100.00 |
| 7/12/2022 | Brian Cawley | Conference with K. Gurewitz re insurance exhaustion analysis (.4); | 0.40 | $420.00 | $168.00 |
| 7/12/2022 | Jesse Bair | Review Interstate's 9019 discovery requests on the Committee and Diocese (.2); | 0.20 | $625.00 | $125.00 |
| 7/12/2022 | Jesse Bair | Review LMI's 9019 discovery requests on the Committee and Diocese (.2); | 0.20 | $625.00 | $125.00 |
| 7/12/2022 | Jesse Bair | Review CNA's 9019 third-party subpoenas (.1); | 0.10 | $625.00 | $62.50 |
| 7/12/2022 | Jesse Bair | Correspondence with Blank Rome re upcoming mediation (.1); | 0.10 | $625.00 | $62.50 |
| 7/12/2022 | Jesse Bair | Review and respond to K. Gurewitz question re New York exhaustion law (.3); | 0.30 | $625.00 | $187.50 |
| 7/12/2022 | Jesse Bair | Supplemental research re New York insurance law re exhaustion in connection with potential settlement strategies (.6); | 0.60 | $625.00 | $375.00 |
| 7/13/2022 | Jesse Bair | Prepare for state court counsel meeting re mediation strategy (.2); | 0.20 | $625.00 | $125.00 |
| 7/13/2022 | Jesse Bair | Participate in state court counsel meeting re mediation strategy (1.0); | 1.00 | $625.00 | $625.00 |
| 7/13/2022 | Jesse Bair | Review revised claim valuation chart circulated by I. Scharf (.2); | 0.20 | $625.00 | $125.00 |
| 7/13/2022 | Kacy Gurewitz | Continue drafting presentation re insurance exhaustion for potential use at upcoming mediation (1.6); | 1.60 | $420.00 | $672.00 |
| 7/13/2022 | Timothy Burns | Prepare for state court counsel meeting (.4); participate in state court counsel meeting re mediation strategy (1.0); | 1.40 | $700.00 | $980.00 |
| 7/14/2022 | Kacy Gurewitz | Continue drafting presentation re insurance exhaustion for potential use at upcoming mediation (4.0); | 4.00 | $420.00 | $1,680.00 |
| 7/14/2022 | Timothy Burns | Met with J. Bair re recent state court counsel meeting (.1); review emails with Blank Rome re upcoming mediation (.1); | 0.20 | $700.00 | $140.00 |
| 7/14/2022 | Brian Cawley | Discuss draft presentation and applicable insurance research with K. Gurewitz (.2); | 0.20 | $420.00 | $84.00 |
| 7/14/2022 | Timothy Burns | Prepare for call with J. Carter re upcoming mediation (.5); participate in call with J. Carter re upcoming mediation (.3); | 0.80 | $700.00 | $560.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/14/2022 | Kacy Gurewitz | Finish drafting presentation re insurance exhaustion for potential use at upcoming mediation (2.7); | 2.70 | $420.00 | $1,134.00 |
| 7/14/2022 | Jesse Bair | Prepare for call with J. Carter re upcoming mediation (.2); | 0.20 | $625.00 | $125.00 |
| 7/14/2022 | Jesse Bair | Participate in call with J. Carter and T. Burns re upcoming mediation (.3); | 0.30 | $625.00 | $187.50 |
| 7/14/2022 | Jesse Bair | Correspondence with J. Carter and J. Murray re upcoming mediation (.1); | 0.10 | $625.00 | $62.50 |
| 7/14/2022 | Jesse Bair | Conference with T. Burns re recent state court counsel meeting (.1); | 0.10 | $625.00 | $62.50 |
| 7/15/2022 | Kacy Gurewitz | Analyze comments received from J. Bair re insurance exhaustion presentation (.2); review policy and case law research re same (.3); | 0.50 | $420.00 | $210.00 |
| 7/15/2022 | Jesse Bair | Review draft PowerPoint presention re exhaustion and SIR issues (.3); | 0.30 | $625.00 | $187.50 |
| 7/15/2022 | Jesse Bair | Review I. Scharf correspondence re mediation updates (.1); | 0.10 | $625.00 | $62.50 |
| 7/15/2022 | Jesse Bair | Supplemental legal research re exhaustion and SIR issues in connection with potential mediation and settlement strategies (.3); | 0.30 | $625.00 | $187.50 |
| 7/15/2022 | Jesse Bair | Further analysis re the Underwriters policies in preparation of upcoming mediation (.3); | 0.30 | $625.00 | $187.50 |
| 7/15/2022 | Jesse Bair | Draft memorandum for T. Burns re insurer mediation demands (1.3); | 1.30 | $625.00 | $812.50 |
| 7/16/2022 | Timothy Burns | Detailed analysis and email to J. Bair re potential counters for mediation (.8); | 0.80 | $700.00 | $560.00 |
| 7/17/2022 | Jesse Bair | Additional analysis re potential stipulated judgment chart (.2); | 0.20 | $625.00 | $125.00 |
| 7/17/2022 | Jesse Bair | Correspondence with T. Burns re potential counter-offers to the insurers and Diocese (.2); | 0.20 | $625.00 | $125.00 |
| 7/18/2022 | Timothy Burns | Conference with J. Bair and emails re preparations for state court counsel meeting re mediation (.2); detailed analysis of case materials to formulate potential insurance counter-offers (.8); participate in additional conference with J. Bair re same (.2); call with I. Scharf re same (.3); call with state court counsel re same (.3); participate in state court counsel meeting re mediation strategy (.9); | 2.70 | $700.00 | $1,890.00 |
| 7/18/2022 | Jesse Bair | Participate in conference with T. Burns re strategy re counter-offers to the insurers (.2); | 0.20 | $625.00 | $125.00 |
| 7/18/2022 | Jesse Bair | Review correspondence from I. Scharf re prior settlement offers to the carriers (.2); | 0.20 | $625.00 | $125.00 |
| 7/18/2022 | Jesse Bair | Participate in telephone conference with I. Scharf and T. Burns re potential settlement counter-offers to the insurers (.3); | 0.30 | $625.00 | $187.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/18/2022 | Jesse Bair | Participate in telephone conference with particular state court counsel and T. Burns re potential insurer counter-offers and overall mediation strategy (.3); | 0.30 | $625.00 | $187.50 |
| 7/18/2022 | Jesse Bair | Participate in state court counsel meeting re mediation strategy and insurer counter-offers (.9); | 0.90 | $625.00 | $562.50 |
| 7/18/2022 | Jesse Bair | Review correspondence from I. Scharf to Committee re upcoming Committee meeting (.1); | 0.10 | $625.00 | $62.50 |
| 7/18/2022 | Jesse Bair | Additional conference with T. Burns re mediation strategy and potential insurer counter-offers (.2); | 0.20 | $625.00 | $125.00 |
| 7/18/2022 | Jesse Bair | Additional analysis of case materials to assess potential insurer counter-offers (.2); | 0.20 | $625.00 | $125.00 |
| 7/19/2022 | Timothy Burns | Conference with J. Bair re insurer counter-offers and overall mediation strategy (.2); | 0.20 | $700.00 | $140.00 |
| 7/19/2022 | Timothy Burns | Review and revise draft email from I. Scharf to Debtor's counsel re mediation counter (.4); | 0.40 | $700.00 | $280.00 |
| 7/19/2022 | Timothy Burns | Conference with particular state court counsel re mediation strategy (.2); | 0.20 | $700.00 | $140.00 |
| 7/19/2022 | Timothy Burns | Conference with additional state court counsel re mediation strategy (.4); | 0.40 | $700.00 | $280.00 |
| 7/19/2022 | Jesse Bair | Participate in conference with T. Burns re insurer counter-offers and overall mediation strategy (.2); | 0.20 | $625.00 | $125.00 |
| 7/19/2022 | Jesse Bair | Review correspondence with state court counsel re stipulated judgment issues (.2); | 0.20 | $625.00 | $125.00 |
| 7/20/2022 | Jesse Bair | Review correspondence from state court counsel re status of the state court lawsuits against the parishes and other catholic entities (.1); review case management order re same (.1); | 0.20 | $625.00 | $125.00 |
| 7/20/2022 | Jesse Bair | Review correspondence with T. Burns and I. Scharf re mediation counter-offer to the Diocese (.1); | 0.10 | $625.00 | $62.50 |
| 7/20/2022 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $625.00 | $62.50 |
| 7/20/2022 | Jesse Bair | Participate in Committee meeting re mediation strategy (1.1); | 1.10 | $625.00 | $687.50 |
| 7/20/2022 | Jesse Bair | Participate in conference with T. Burns re draft mediation counter-offer communication to the Diocese (.2); | 0.20 | $625.00 | $125.00 |
| 7/20/2022 | Jesse Bair | Additional analysis re claim and insurance information in connection with upcoming mediation sessions (.2); | 0.20 | $625.00 | $125.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/20/2022 | Timothy Burns | Conference with J. Bair re edits to mediation counter-offer communication (.2); additional analysis re issues in connection with potential mediation counter-offer (.4); participate in call with I. Scharf re same (.4); participate in Committee meeting re mediation strategy (.1.1); | 2.10 | $700.00 | $1,470.00 |
| 7/21/2022 | Jesse Bair | Review I. Scharf correspondence with mediator re Committee counter to the insurers (.1); | 0.10 | $625.00 | $62.50 |
| 7/22/2022 | Timothy Burns | Review and revise additional communication to the Diocese re mediation counter (.1); call with I. Scharf re same (.1); met with J. Bair re same (.1); prepare for call with the mediators (.4); participate in call with the mediators, PSZJ, and state court counsel re upcoming mediation (1.3); | 2.00 | $700.00 | $1,400.00 |
| 7/22/2022 | Timothy Burns | Brief review of Diocese's claims objections filings (.2); | 0.20 | $700.00 | $140.00 |
| 7/22/2022 | Leakhena Au | Conference with K. Gurewitz re stipulated judgment research issue (.2); | 0.20 | $420.00 | $84.00 |
| 7/22/2022 | Jesse Bair | Participate in call with the mediators, PSZJ, and state court counsel re upcoming mediation sessions (1.3); | 1.30 | $625.00 | $812.50 |
| 7/22/2022 | Jesse Bair | Participate in post-call with state court counsel re outcome of mediator call (.1); | 0.10 | $625.00 | $62.50 |
| 7/22/2022 | Jesse Bair | Review draft correspondence to the Diocese re mediation demand (.1); | 0.10 | $625.00 | $62.50 |
| 7/22/2022 | Jesse Bair | Provide instructions to K. Gurewitz re supplemental research project re stipulated judgment question (.2); | 0.20 | $625.00 | $125.00 |
| 7/22/2022 | Jesse Bair | Preliminary review re the Diocese's claim objections (.2); | 0.20 | $625.00 | $125.00 |
| 7/23/2022 | Kacy Gurewitz | Correspond with J. Bair re supplemental research project re stipulated judgment question (.3); | 0.30 | $420.00 | $126.00 |
| 7/24/2022 | Kacy Gurewitz | Begin research under New York law re stipulated judgment issue (1.8); | 1.80 | $420.00 | $756.00 |
| 7/25/2022 | Kacy Gurewitz | Continue research under New York law re stipulated judgment issue (.4); | 0.40 | $420.00 | $168.00 |
| 7/25/2022 | Jesse Bair | Analyze case insurance materials in preparation for upcoming mediation (.4); | 0.40 | $625.00 | $250.00 |
| 7/25/2022 | Jesse Bair | Draft updated insurance summary for use in upcoming mediation (.2); | 0.20 | $625.00 | $125.00 |
| 7/26/2022 | Jesse Bair | Travel from Madison to Rochester for mediation [billed at 1/2 travel rate] (4.1); | 4.10 | $312.50 | $1,281.25 |
| 7/26/2022 | Jesse Bair | Review email memorandum from K. Gurewitz re supplemental stipulated judgment research results (.1); | 0.10 | $312.50 | $31.25 |
| 7/26/2022 | Kacy Gurewitz | Finish research re New York law re stipulated judgment issue (2.6); draft email memorandum summarizing research results (1.2); | 3.80 | $420.00 | $1,596.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/26/2022 | Brian Cawley | Discuss stipulated judgment research issue with K. Gurewitz (.3); | 0.30 | $420.00 | $126.00 |
| 7/26/2022 | Timothy Burns | Travel from Madison to Rochester for mediation [billed at 1/2 travel rate; flight experienced delays] (7.8); | 7.80 | $350.00 | $2,730.00 |
| 7/27/2022 | Timothy Burns | Prepare for mediation (1.0); participate in day 1 of mediation (8.0); analysis re outcome of day 1 and preparations for day 2 (1.0); | 10.00 | $700.00 | $7,000.00 |
| 7/27/2022 | Jesse Bair | Prepare for day 1 of mediation (1.0); | 1.00 | $625.00 | $625.00 |
| 7/27/2022 | Jesse Bair | Participate in day 1 of mediation (8.0); | 8.00 | $625.00 | $5,000.00 |
| 7/27/2022 | Jesse Bair | Analysis re outcome of day 1 of mediation and prepare for day 2 (1.0); | 1.00 | $625.00 | $625.00 |
| 7/28/2022 | Kacy Gurewitz | Analysis of CNA coverage denials in connection with potential stipulated judgments against CNA (.5); | 0.50 | $420.00 | $210.00 |
| 7/28/2022 | Brian Cawley | Analysis of CNA coverage denials in connection with potential stipulated judgments against CNA (1.3); | 1.30 | $420.00 | $546.00 |
| 7/28/2022 | Timothy Burns | Continue preparing for day 2 of mediation (1.0); participate in day 2 of mediation (6.3); | 7.30 | $700.00 | $5,110.00 |
| 7/28/2022 | Timothy Burns | Return travel from Rochester to Chicago [billed at 1/2 ravel rate; flight severely delayed] (8.0); | 8.00 | $350.00 | $2,800.00 |
| 7/28/2022 | Jesse Bair | Return travel to Madison from Rochester [billed at 1/2 travel rate] (5.5); | 5.50 | $312.50 | $1,718.75 |
| 7/28/2022 | Jesse Bair | Continue preparing for day 2 of mediation (.5); | 0.50 | $625.00 | $312.50 |
| 7/28/2022 | Jesse Bair | Participate in portion of day 2 of mediation (5.8); | 5.80 | $625.00 | $3,625.00 |
| 7/29/2022 | Jesse Bair | Review correspondence from the mediators re follow-up mediation sessions (.1); | 0.10 | $625.00 | $62.50 |
| 7/29/2022 | Jesse Bair | Review correspondence from state court counsel re mediation session outcome and potential next-steps (.1); | 0.10 | $625.00 | $62.50 |
| 7/29/2022 | Jesse Bair | Participate in conference with T. Burns re mediation session outcome and potential next-steps re insurance negotiations (.5); | 0.50 | $625.00 | $312.50 |
| 7/29/2022 | Timothy Burns | Additional return travel from mediation to Madison from Chicago [billed at 1/2 travel rate] (1.9); | 1.90 | $350.00 | $665.00 |
| 7/29/2022 | Timothy Burns | Participate in call with J. Bair re mediation session outcome and potential next-steps re insurance negotiations (.5); reviewed emails from state court counsel re mediation outcome and next-steps (.2); additional analysis re insurance settlement options (.2); | 0.90 | $700.00 | $630.00 |
| 7/31/2022 | Timothy Burns | Review email from mediator re August meetings and follow-up mediation sessions (.1); review research memo re coverage issues surrounding complaints and proofs of claim (.4); | 0.50 | $700.00 | $350.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| 7/31/2022 Jesse Bair | Review additional correspondence from mediator re follow-up mediation sessions (.1); | 0.10 | $625.00 | $62.50 |
| **Fees Subtotal** | | **131.80** | | **$69,588.25** |

**Expenses**

| Date | Description | Amount |
|---|---|---:|
| 7/1/2022 | Second Quarter 2022 PACER (Public Access to Court Electronic Records) | $62.90 |
| 7/26/2022 | Meal with T. Burns, L. James and B. Espeland re mediation | $90.52 |
| 7/26/2022 | Meal for J. Bair re mediation | $3.68 |
| 7/26/2022 | Cab from airport to hotel for J. Bair re mediation | $27.50 |
| 7/26/2022 | Uber from hotel to dinner for J. Bair and T. Burns re mediation | $13.50 |
| 7/26/2022 | Uber from dinner to hotel for J. Bair and T. Burns re mediation | $11.40 |
| 7/26/2022 | United Airlines re mediation for T. Burns | $647.20 |
| 7/26/2022 | Delta Airlines re mediation for J. Bair | $897.20 |
| 7/27/2022 | Meal for J. Bair re mediation | $15.66 |
| 7/27/2022 | Uber from hotel to mediation for J. Bair and T. Burns re mediation | $38.35 |
| 7/27/2022 | Uber from mediation to hotel for J. Bair and T. Burns re mediation | $44.60 |
| 7/28/2022 | Meal for J. Bair re mediation | $14.53 |
| 7/28/2022 | Uber from hotel to mediation for J. Bair and T. Burns re mediation | $38.24 |
| 7/28/2022 | Meal for J. Bair re mediation | $19.19 |
| 7/28/2022 | Uber from mediation to airport for J. Bair and T. Burns | $71.22 |
| 7/28/2022 | Airport parking for J. Bair | $30.00 |
| 7/28/2022 | Hyatt Regency Hotel for J. Bair re mediation (7/26 - 7/28) | $396.72 |
| 7/28/2022 | Meal for T. Burns re mediation | $53.13 |
| 7/28/2022 | Cab from airport to hotel (Chicago) for T. Burns | $63.70 |
| 7/28/2022 | Hyatt Regency Hotel for T. Burns (7/26 - 7/28) re mediation | $783.74 |
| **Expenses Subtotal** | | **$3,322.98** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Brian Cawley | 5.70 | $420.00 | $2,394.00 |
| Jesse Bair | 9.70 | $312.50 | $3,031.25 |
| Jesse Bair | 34.80 | $625.00 | $21,750.00 |
| Kacy Gurewitz | 30.20 | $420.00 | $12,684.00 |
| Leakhena Au | 0.20 | $420.00 | $84.00 |
| Timothy Burns | 17.70 | $350.00 | $6,195.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Timothy Burns | 33.50 | $700.00 | $23,450.00 |

**Total Due This Invoice: $72,911.23**