UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | )| |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## JOINT NOTICE OF HEARING TO CONSIDER PROFESSIONAL FEE APPLICATIONS

**PLEASE TAKE NOTICE**, that each of (i) Bond, Schoeneck & King, PLLC, counsel for The Diocese of Rochester, (the "Diocese"); (ii) Harris Beach, PLLC, special counsel for the Diocese; (iii) Blank Rome, LLP, special insurance counsel for the Diocese; (iv) Gnarus Advisors LLC, claims valuation expert for the Diocese; (v) Gellert Scali Busenkell & Brown LLC, as special counsel for the Diocese; (vi) Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors; (vii) Berkeley Research Group, LLC, financial advisor for the Official Committee of Unsecured Creditors; (viii) The Claro Group, LLC, valuation expert for the Official Committee of Unsecured Creditors; and (ix) Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors, have filed applications (each, an "Application") for interim or final allowance and payment of professional fees and expenses incurred in the above-captioned case. The amounts of fees and expenses requested by the foregoing professionals on an interim or final basis pursuant to the Applications are as follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC *Counsel for Diocese* | $787,114.94 | $10,466.79 | $797,581.73 | 7/1/22 – 12/31/22 |
| Harris Beach, PLLC *Special Counsel for Diocese* | $136,738.50 | $14,550.44 | $151,288.94 | 7/1/22 – 12/31/22 |
| Blank Rome, LLP *Special Insurance Counsel for Diocese* | $89,060.49 | $1,686.93 | $90,747.42 | 7/1/22 – 12/31/22 |

| Applicant | Fees | Expenses | Total | Period |
|---|---|---|---|---|
| Gnarus Advisors LLC<br>*Claims Valuation Expert for Diocese* | $131,542.50 | $0.00 | $131,542.50 | 4/12/22 – 11/30/22 |
| Gellert Scali Busenkell & Brown, LLC<br>*Special Counsel for Diocese* | $6,495.50 | $0.92 | $6,496.42 | 7/22/21 – 9/30/22 |
| Pachulski Stang Ziehl & Jones LLP<br>*Counsel for Creditors' Committee* | $555,280.00 | $12,956.12 | $568,236.12 | 7/1/22 – 12/31/22 |
| Berkeley Research Group, LLC<br>*Financial Advisor to Creditors' Committee* | $8,511.50 | $0.00 | $8,511.50 | 7/1/22 – 12/31/22 |
| The Claro Group, LLC<br>*Valuation Expert for Creditors' Committee* | $309,585.50 | $0.00 | $309,585.50 | 7/1/22 – 1/31/23 |
| Burns Bair LLP<br>*Special Insurance Counsel for Creditors' Committee* | $579,387.25 | $3,424.40 | $582,811.65 | 7/1/22 – 12/31/22 |

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications will be held before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York, at the United States Courthouse, 100 State Street, Rochester, New York, on the **20th day of April, 2023 at 11:00 a.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Applications, if any, must be filed with the United States Bankruptcy Court Clerk's Office in Rochester, New York and served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato and Charles J. Sullivan); (ii) the Office of the United States Trustee, Federal Office Building, 100 State Street, Rochester, New York 14614 (Attn: Kathleen D. Schmitt) and the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Shannon A. Scott); (iii) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn: Ilan D. Scharf) and (iv) the respective applicant(s) at the address(es) set forth on the attached schedule, **not less than 72 hours prior to the scheduled date and time of the hearing**.

Dated: March 17, 2023
      Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By:    /s/ Stephen A. Donato
Stephen A. Donato, Esq.
Charles J. Sullivan, Esq.
Grayson T. Walter, Esq.
Syracuse, New York 13202
Tel: (315) 218-8000
Fax: (315) 218-8100
Email: sdonato@bsk.com
      csullivan@bsk.com
      gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

# SCHEDULE OF APPLICANTS

**Bond, Schoeneck & King, PLLC**
Attn: Stephen A. Donato
One Lincoln Center
Syracuse, NY 13202

**Blank Rome, LLP**
Attn: James Murray
1825 Eye Street NW
Washington, DC 20006

**Gellert Scali Busenkell & Brown LLC**
Attn: Charles J. Brown, III
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

**Pachulski Stang Ziehl & Jones LLP**
Attn: Ilan D. Scharf
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

780 Third Avenue, 34th Floor
New York, NY 10017

**Burns Bair LLP**
Attn: Timothy W. Burns
10 E. Doty Street, Suite 600
Madison, WI 53703-3392

**Harris Beach, PLLC**
Attn: Phillip Spellane
99 Garnsey Road
Pittsford, NY 14534

**Gnarus Advisors LLC**
Attn: Jessica Horewitz
2029 Century Park East, Suite 400
Los Angeles, CA 90067

**Berkeley Research Group, LLC**
Attn: Matthew K. Babcock
201 South Main Street, Suite 450
Salt Lake City, UT 84111

**The Claro Group, LLC**
Attn: Katie McNally
123 N. Wacker Drive, Suite 2100
Chicago, IL 60606