

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**CHARLES J. SULLIVAN, ESQ.**
csullivan@bsk.com
P: 315.218.8144
F: 315.218.8444

April 14, 2023

**<u>VIA ELECTRONIC FILING</u>**

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: *In re: The Diocese of Rochester; Chapter 11 Case No. 19-20905*

*Application of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period July 1, 2022 through December 31, 2022 [Docket No. 1997] (The "Application")*

Dear Judge Warren:

This letter is to inform the Court that, in response to certain informal objections to the Application raised directly with the applicant, Burns Bair by the Diocese of Rochester, Burns Bair LLP has agreed to a voluntary reduction in the amount of $87,421.75 of its fees sought pursuant to the Application. Supplied to the Court for its consideration with this correspondence is a revised order granting the Application, together with a redlined version demonstrating the changes from the original.

I appreciate the Court's time and consideration in this matter.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

*Charles J. Sullivan*

Charles J. Sullivan

CJS/jeh
Enclosure

cc: Jesse J. Bair, Esq.