**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 19-20905 (CGM) |
|  | ) |  |
| THE DIOCESE OF ROCHESTER, | ) | Chapter 11 |
|  | ) |  |
| Debtor.[1] | ) |  |
| _____ | ) |  |

### ORDER GRANTING THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS FINANCIAL ADVISOR <u>FOR THE PERIOD FROM JULY 1, 2022 THROUGH JANUARY 31, 2023</u>

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")), valuation expert of the Official Committee of Unsecured Creditors in the above-captioned case, filed its Third Interim Application for Compensation for the Period from July 1, 2022 through January 31, 2023 (the "<u>Fee Application</u>").  The Court has reviewed the Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and any hearing on the Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Application.  Accordingly, it is hereby

**ORDERED** that the first Fee Application is GRANTED.  The Debtor in the above case shall pay to Stout interim fees in the total amount of $309,585.50 for services rendered and actual and necessary expenses incurred in the Chapter 11 case during the Interim Compensation Period.

---

[1] The Debtor in this chapter 11 case is The Diocese of Rochester, the last for digits of its federal tax identification number are 5765, and its mailing address is 1150 Buffalo Road, Rochester, NY  14624.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____ April 20 _, 2022
      Rochester, New York

                                           /s/
                              THE HONORABLE PAUL R. WARREN
                              U.S. BANKRUPTCY JUDGE