UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-20905 (PRW) |

**ORDER GRANTING
SIXTH INTERIM FEE APPLICATION OF PACHULSKI STANG
ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR
FOR THE PERIOD JULY 1, 2022 THROUGH DECEMBER 31, 2022**

This matter is before the Court on the Sixth Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period July 1, 2022 through December 31, 2022 (the "Sixth Compensation Period" and the "Application") [Doc 2043], filed by Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Committee. In the Application, PSZJ requests (a) allowance of interim compensation for professional services performed by PSZJ for the Sixth Compensation Period in the amount of $558,280.00 (b) reimbursement of its actual and necessary expenses in the amount of $12,956.12 incurred during the Sixth Compensation Period, and (c) directing the Debtor to pay PSZJ the amount of $568,236.12 for the unpaid total.

The Court, having considered the Application and notice of the Application appearing adequate, and being otherwise duly advised in the premises, determines that the Application should be, and hereby is GRANTED. Accordingly,

DOCS_DE:242638.1 18489/002

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED in its entirety.

2. PSZJ's compensation for professional services rendered during the Sixth Compensation Period is allowed on an interim basis in the amount of $555,280.00.

3. Reimbursement of PSZJ's expenses incurred during the Sixth Compensation Period is allowed on an interim basis in the amount of $12,956.12.

4. The Debtor is directed to pay PSZJ the amount of $568,236.12 for the unpaid amounts incurred during the Sixth Compensation Period.

5. The compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to section 330(a)(5) of the Bankruptcy Code.

6. The allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to PSZJ's right to seek additional compensation for services performed and expenses incurred during the Sixth Compensation Period, which were not processed at the time of the Application.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 20, 2023 /s/
      Rochester, NY                               Hon. Paul R. Warren, U.S.B.J.