UNITED STATES BANKRUPTCY COURT
WESTERN DISTRIBUTE DISTRICT OF NEW YORK

In re:

    The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor,

**ORDER GRANTING SEVENTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BOND, SCHOENECK & KING, PLLC, AS ATTORNEYS FOR THE DIOCESE**

This matter came before the Court on the Seventh Application for Interim Compensation and Reimbursement of Expenses of Bond Schoeneck & King, PLLC, as Attorneys for the Diocese for the period of July 1, 2022 through December 31, 2022 [Docket No. 1990] (the "Seventh Interim Fee Application").[1] In the Application, Bond requests: (a) allowance of interim compensation and professional services performed by Bond for the Seventh Interim Compensation Period in the amount of $787,114.94; (b) reimbursement of its actual and necessary expenses in the amount of $10,466.79 incurred during the Seventh Interim Compensation Period; and (c) directing the Diocese to pay the unpaid balance.

The Court, having considered the Seventh Interim Fee Application and notice of the Seventh Interim Fee Application appearing adequate, and having taken the Seventh Interim Fee Application under submission; and no objections to the relief requested having been filed; and the Court having found that all services rendered by Bond and expenses incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Seventh Interim Fee Application.

1

**ORDERED**, that the Seventh Interim Fee Application is granted as set forth herein; and it is further

**ORDERED**, that Bond's compensation for professional services rendered during the Seventh Interim Compensation Period is allowed on an interim basis in the amount of $787,114.94; and it is further

**ORDERED**, that reimbursement of Bond's expenses incurred during the Seventh Interim Compensation Period is allowed on an interim basis in the amount of $10,466.79; and it is further

**ORDERED**, that the Diocese is directed to pay Bond the amount of $157,422.99 for the unpaid portion of fees and expenses sought through the Seventh Interim Compensation Period; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Bond's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 24, 2023
      Rochester, New York                     _____/s/_____
                                                               Honorable Paul R. Warren
                                                                United States Bankruptcy Judge

2

15842916.1
Case 2-19-20905-PRW, Doc 2094, Filed 04/24/23, Entered 04/24/23 15:29:42, Description: Main Document , Page 2 of 2