UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

               Debtor.

Chapter 11

Case No. 19-20905 (PRW)

---

**NOTICE OF FILING**

---

     **PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period April 1, 2023 through April 30, 2023,* a copy of which is attached hereto and hereby served upon you.  In addition, Burns Bair LLP has provided the United States Trustee with a copy of its invoice in text format.

  Dated:  May 30, 2023

                               **BURNS BAIR LLP**

                                */s/  Timothy W. Burns*
                               Timothy W. Burns (admitted *pro hac vice*)
                               Jesse J. Bair (admitted *pro hac vice*)
                               10 E. Doty St., Suite 600
                               Madison, WI 53703-3392
                               Telephone: (608) 286-2808
                               Email:  tburns@burnsbair.com
                               Email:  jbair@burnsbair.com

                               *Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Case No. 19-20905

The Diocese of Rochester,

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD APRIL 1, 2023 THROUGH APRIL 30, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Rochester |
| Date of Retention: | Effective May 26, 2021 pursuant to Order entered June 22, 2021 [Docket No. 1113] |
| Period for which compensation and reimbursement is sought: | April 1, 2023 through April 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $25,357.50 ($20,286.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $58.79 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-third monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

**Issue Date :**     5/30/2023
**Bill # :**     01139

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 4/3/2023 | Timothy Burns | Conference with J. Bair re insurance strategy (.3); Correspondence with J. Bair re LMI's email re finalizing LMI settlement (.1); | 0.40 | $280.00 |
| 4/3/2023 | Jesse Bair | Correspondence with J. Carter re CNA coverage letters (.1); | 0.10 | $62.50 |
| 4/3/2023 | Jesse Bair | Correspondence with I. Scharf and T. Burns re LMI Plan issues (.1); | 0.10 | $62.50 |
| 4/3/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy and next-steps moving forward (.3); | 0.30 | $187.50 |
| 4/3/2023 | Jesse Bair | Review correspondence with I. Scharf and state court counsel re upcoming state court counsel meeting (.1); | 0.10 | $62.50 |
| 4/4/2023 | Timothy Burns | Participate in call with I. Scharf re Interstate's motion to lift stay (.2); draft memo to file re same (.1); review correspondence from state court counsel re pending insurance-related motions (.1); participate in weekly state court counsel meeting for insurance purposes re case litigation and settlement strategy (1.0); draft memo to file re same (.1); participate in BB team meeting re case developments and related projects (.1); conference with J. Bair re insurance settlement strategy (.2); | 1.80 | $1,260.00 |
| 4/4/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and related projects (.1); | 0.10 | $42.00 |
| 4/4/2023 | Leakhena Au | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $42.00 |
| 4/4/2023 | Brian Cawley | Participate in BB team meeting re case developments and related projects (.1); | 0.10 | $42.00 |
| 4/4/2023 | Alyssa Turgeon | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $36.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/4/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in weekly state court counsel meeting for insurance purposes re case litigation and settlement strategy (1.0); | 1.10 | $687.50 |
| 4/4/2023 | Jesse Bair | Review T. Burns correspondence re Interstate's motion to lift the stay of the insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 4/4/2023 | Jesse Bair | Participate in conference with T. Burns re insurance settlement strategy (.2); | 0.20 | $125.00 |
| 4/4/2023 | Jesse Bair | Review correspondence from state court counsel re insurance and mediation issues (.1); | 0.10 | $62.50 |
| 4/4/2023 | Jesse Bair | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $62.50 |
| 4/5/2023 | Timothy Burns | Conference with J. Bair re insurance litigation and settlement strategy (.3); | 0.30 | $210.00 |
| 4/5/2023 | Jesse Bair | Conference with T. Burns re insurance litigation and settlement strategy (.3); | 0.30 | $187.50 |
| 4/5/2023 | Jesse Bair | Correspondence with I. Scharf re CNA denial letters as potential exhibits to the Committee's motion to dismiss CNA's claim objections (.1); | 0.10 | $62.50 |
| 4/5/2023 | Jesse Bair | Correspondence with B. Cawley re identifying all applicable CNA denial letters for potential use as exhibits to the Committee's motion to dismiss CNA's claim objections (.1); | 0.10 | $62.50 |
| 4/6/2023 | Jesse Bair | Review and edit current draft of the Committee's motion to dismiss or adjourn CNA's claim objections (1.8); | 1.80 | $1,125.00 |
| 4/6/2023 | Jesse Bair | Participate in conference with T. Burns re potential Interstate settlement strategy (.7); | 0.70 | $437.50 |
| 4/6/2023 | Jesse Bair | Analysis re Interstate exposure, POCs, coverage details, and current settlement status in connection with potential Interstate settlement strategy (.7); draft Interstate overview summary in connection with same (.6); | 1.30 | $812.50 |
| 4/6/2023 | Jesse Bair | Analyze individual CNA denial letters for each of the claims objected to by CNA (.3); correspondence with I. Scharf re same and potential exhibits to the Committee's motion to dismiss or adjourn CNA's claim objections (.2); | 0.50 | $312.50 |
| 4/6/2023 | Brian Cawley | Discuss CNA denial letter exhibit production with J. Bair (.1); prepare CNA denial letters for production as potential motion exhibits (.3); | 0.40 | $168.00 |
| 4/6/2023 | Timothy Burns | Analysis re potential Interstate settlement strategy (.5); review J. Bair's memo re same (.2); participate in conference with J. Bair re same (.7); draft PowerPoint presentation, including associated legal research and analysis re potential settlement strategy (2.1); | 3.50 | $2,450.00 |
| 4/7/2023 | Leakhena Au | Analysis regarding specific coverage position of CNA with respect to each individual POC (2.3); | 2.30 | $966.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/7/2023 | Timothy Burns | Prepare for call with certain state court counsel re insurance settlement issues and strategy (.8) participate in call with state court counsel and J. Bair re same (1.2) follow-up conference with J. Bair re same and next-steps (.1); follow-up call with certain state court counsel re same and next-steps (.1); review and revise the Committee's draft motion to dismiss or adjourn CNA's claims objections (1.2); review and consider correspondence from L. Au and J. Bair re CNA's denials and reservations (.2); | 3.60 | $2,520.00 |
| 4/7/2023 | Jesse Bair | Prepare for call with certain state court counsel re insurance settlement issues (.1); participate in portion of call with state court counsel and T. Burns re insurance settlement issues and strategy (.7); follow-up correspondence with state court counsel re same (.1); | 0.90 | $562.50 |
| 4/7/2023 | Jesse Bair | Provide instructions to L. Au re supplemental CNA denial letter analysis project (.1); review L. Au correspondence re results of supplemental analysis (.1); | 0.20 | $125.00 |
| 4/7/2023 | Jesse Bair | Review T. Burns' suggested edits to the Committee's motion to dismiss or adjourn CNA's claims objections (.2); | 0.20 | $125.00 |
| 4/8/2023 | Jesse Bair | Continued analysis re CNA denial issues (.1); correspondence with state court counsel re same (.1); | 0.20 | $125.00 |
| 4/10/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re potential insurance settlement issues and strategy (.2); follow-up conference with T. Burns re same (.1); | 0.30 | $187.50 |
| 4/10/2023 | Timothy Burns | Participate in call with state court counsel and J. Bair re insurance settlement issues, strategy, and mediation (.2); participate in follow-up conference with J. Bair re same (.1); | 0.30 | $210.00 |
| 4/11/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re insurance settlement strategy (.1); participate in post-call conference with T. Burns re same and potential next-steps (.2); | 0.30 | $187.50 |
| 4/11/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting re insurance settlement issues and strategy (.8); participate in follow-up call with certain state court counsel re potential next-steps re same (.1); participate in conference with T. Burns re same (.2); | 1.20 | $750.00 |
| 4/11/2023 | Jesse Bair | Review final version of the Committee's motion to dismiss or adjourn CNA's claim objections (.2); review the Committee's letter to the Court requesting temporary adjournment of CNA's claim objections until standing issue has been resolved (.1); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/11/2023 | Timothy Burns | Participate in call with state court counsel and J. Bair re insurance settlement strategy (.1); participate in post-call conference with J. Bair re same and potential next-steps (.2); participate in state court counsel meeting re insurance settlement issues and strategy (.8); participate in follow-up call with certain state court counsel re potential next-steps re same (.1); participate in conference with T. Burns re same (.2); | 1.40 | $980.00 |
| 4/12/2023 | Timothy Burns | Additional analysis re final version of the Committee's response to CNA's claim objections (.1); | 0.10 | $70.00 |
| 4/13/2023 | Jesse Bair | Review CNA's letter to the Court re the Committee's request to temporarily adjourn CNA's claims objections (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Correspondence with I. Scharf re potential Interstate demand and call re same (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Correspondence with I. Scharf re recent CNA coverage correspondence to the Diocese (.1); | 0.10 | $62.50 |
| 4/16/2023 | Jesse Bair | Analyze and respond to T. Burns correspondence re recent CNA coverage letter to the Diocese (.1); follow-up correspondence with I. Scharf re same (.1); | 0.20 | $125.00 |
| 4/16/2023 | Timothy Burns | Review correspondence with I. Scharf re CNA coverage positions (.1); additional correspondence with J. Bair re same (.1); | 0.20 | $140.00 |
| 4/17/2023 | Jesse Bair | Participate in conference with T. Burns re Interstate and CNA strategy (.2); | 0.20 | $125.00 |
| 4/17/2023 | Jesse Bair | Correspondence with T. Burns re potential Interstate counter (.1); | 0.10 | $62.50 |
| 4/17/2023 | Jesse Bair | Review I. Scharf correspondence re litigation and settlement updates (.1); | 0.10 | $62.50 |
| 4/17/2023 | Timothy Burns | Analysis re potential insurance strategy for Interstate/CNA in advance of call with Diocese (.2); correspondence with PSZJ and Diocese re same (.2); participate in call with J. Bair re same (.2); participate in call with Diocese and PSZJ re same (.5); follow-up call with I. Scharf re same (.1); participate in additional call and exchange correspondence with J. Bair, PSZJ, and state court counsel re same (.8); | 2.00 | $1,400.00 |
| 4/18/2023 | Jesse Bair | Review the Diocese's opposition to Interstate's motion to lift the stay in the insurance adversary proceeding (.2); | 0.20 | $125.00 |
| 4/18/2023 | Jesse Bair | Review the Committee's opposition to Interstate's motion to lift the stay in the insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 4/19/2023 | Jesse Bair | Review CNA's letter to the court re claim objection hearing and discovery schedule (.1); | 0.10 | $62.50 |
| 4/20/2023 | Leakhena Au | Analysis re protective order issues in connection with CNA denial letters (.3); | 0.30 | $126.00 |
| 4/20/2023 | Timothy Burns | Participate in call with state court counsel re CNA's claim objections and settlement issues (.6); post-call conference with J. Bair re same (.1); | 0.70 | $490.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/20/2023 | Jesse Bair | Participate in conference with T. Burns re CNA re claims objections and settlement issues (.1); | 0.10 | $62.50 |
| 4/20/2023 | Jesse Bair | Analysis re protective order issues in connection with CNA denial letters (.1); correspondence with T. Burns and L. Au re same (.1); | 0.20 | $125.00 |
| 4/21/2023 | Jesse Bair | Correspondence with I. Scharf, B. Michael, and state court counsel re particular CNA claim denials (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Review correspondence with T. Burns and state court counsel re research re CNA's inability to "cure" its prior denials of coverage and forfeiture of ability to control the defense (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Review certain sexual abuse survivors' joinder and related exhibits re the Committee's motion to dismiss CNA's claim objections (.2); | 0.20 | $125.00 |
| 4/21/2023 | Leakhena Au | Additional analysis in connection with particular CNA claim denials (.5); | 0.50 | $210.00 |
| 4/21/2023 | Brian Cawley | Supplemental analysis re prior research re insurer withdrawal of denial and impact on duty to defend (.3); correspond with T. Burns re research summary (.1); | 0.40 | $168.00 |
| 4/22/2023 | Jesse Bair | Review revised brief in support of appointment of stipulated judgment mediator (.2); | 0.20 | $125.00 |
| 4/22/2023 | Jesse Bair | Review revised version of stipulated judgment protocol (.1); | 0.10 | $62.50 |
| 4/22/2023 | Jesse Bair | Review information re potential Plan trustee candidates (.1); | 0.10 | $62.50 |
| 4/24/2023 | Jesse Bair | Review agenda for state court counsel meeting (.1); | 0.10 | $62.50 |
| 4/24/2023 | Jesse Bair | Participate in conference with T. Burns re state court counsel meeting outcome and insurance and settlement case next-steps (.2); | 0.20 | $125.00 |
| 4/24/2023 | Timothy Burns | Participate in conference with J. Bair re state court counsel meeting outcome and insurance and settlement case next-steps (.2); | 0.20 | $140.00 |
| 4/24/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re mediation and insurance strategy (.6); | 0.60 | $420.00 |
| 4/25/2023 | Jesse Bair | Review the Court's order granting Interstate's motion and lifting the stay of the insurance adversary proceeding (.2); analyze insurance implications of same re going-forward case strategy (.2); correspondence with T. Burns re same (.1); | 0.50 | $312.50 |
| 4/25/2023 | Jesse Bair | Review correspondence from state court counsel re implications of Order lifting insurance adversary stay (.1); | 0.10 | $62.50 |
| 4/25/2023 | Jesse Bair | Participate in conference with T. Burns re insurance implications of Order lifting the insurance adversary stay (.1); | 0.10 | $62.50 |
| 4/25/2023 | Timothy Burns | Participate in conference with J. Bair re insurance implications of Order lifting the insurance adversary stay (.1); | 0.10 | $70.00 |

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 4/26/2023 | Timothy Burns | Reviewed and considered the Court's order lifting the stay of the insurance adversary proceeding (.4); participate in call with state court counsel re same (.2); review correspondence with state court counsel re same (.2); participate in call with state court counsel re insurance issues (.6); participate in call with J. Bair re insurance strategy in light of recent case developments (.2); | 1.60 | $1,120.00 |
| 4/26/2023 | Jesse Bair | Participate in call with T. Burns re insurance strategy in light of recent case developments (.2); | 0.20 | $125.00 |
| 4/26/2023 | Jesse Bair | Review and consider correspondence with state court counsel and I. Scharf re case insurance issues (.2); | 0.20 | $125.00 |
| 4/27/2023 | Jesse Bair | Prepare for state court counsel meeting re settlement and insurance strategy (.1); participate in call with T. Burns re insurance strategy in connection with same (.2); participate in state court counsel meeting re same (.6); participate in post-call with T. Burns re outcome of same and next-steps re insurance strategy (.5); | 1.40 | $875.00 |
| 4/27/2023 | Jesse Bair | Analysis re potential response to First State's settlement counter (.1); correspondence with I. Nasatir re same (.1); | 0.20 | $125.00 |
| 4/27/2023 | Jesse Bair | Review correspondence with T. Burns and state court counsel re potential going-forward insurance strategy (.1); | 0.10 | $62.50 |
| 4/27/2023 | Timothy Burns | Prepare for state court counsel meeting re settlement and insurance strategy (.7); participate in call with J. Bair re insurance strategy in connection with same (.2); participate in state court counsel meeting re same (.6); participate in post-call with J. Bair re outcome of same and next-steps re insurance strategy (.5); correspondence with state court counsel re potential going-forward insurance strategy (.2); | 2.20 | $1,540.00 |
| 4/28/2023 | Timothy Burns | Participate in call with J. Bair re insurance adversary proceeding and insurance Plan issues (.1); | 0.10 | $70.00 |
| 4/28/2023 | Jesse Bair | Participate in call with T. Burns re insurance adversary proceeding and insurance Plan issues (.1); | 0.10 | $62.50 |
| 4/29/2023 | Jesse Bair | Review correspondence with T. Burns re potential First State counter (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **39.70** | **$25,357.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 4/1/2023 | First Quarter 2023 PACER (Public Access to Court Electronic Records) | $12.20 |
| 4/4/2023 | CloudNine, database monthly hosting fee (March 2023) | $46.59 |
| **Total Expenses** | | **$58.79** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Alyssa Turgeon | 0.10 | $360.00 | $36.00 |
| Brian Cawley | 0.90 | $420.00 | $378.00 |
| Jesse Bair | 16.30 | $625.00 | $10,187.50 |
| Leakhena Au | 3.20 | $420.00 | $1,344.00 |
| Nathan Kuenzi | 0.10 | $420.00 | $42.00 |
| Timothy Burns | 19.10 | $700.00 | $13,370.00 |

**Total Due This Invoice: $25,416.29**