UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Chapter 11

Case No. 19-20905 (PRW)

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period May 1, 2023 through May 31, 2023,* a copy of which is attached hereto and hereby served upon you. In addition, Burns Bair LLP has provided the United States Trustee with a copy of its invoice in text format.

Dated: June 21, 2023

**BURNS BAIR LLP**

 /s/ Timothy W. Burns
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

           Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD MAY 1, 2023 THROUGH MAY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Rochester |
| Date of Retention: | Effective May 26, 2021 pursuant to Order entered June 22, 2021 [Docket No. 1113] |
| Period for which compensation and reimbursement is sought: | May 1, 2023 through May 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $16,598.50 ($13,278.80) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $55.67 |

This is a: _X_ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-fourth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

**Issue Date :** 6/21/2023

**Bill # :** 01149

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 5/1/2023 | Jesse Bair | Participate in conference with T. Burns re going-forward insurance strategy (.1); | 0.10 | $62.50 |
| 5/1/2023 | Jesse Bair | Review correspondence from I. Scharf re Interstate mediation status (.1); participate in conference with T. Burns re same and strategy for Interstate mediation (.2); | 0.30 | $187.50 |
| 5/1/2023 | Jesse Bair | Analyze CNA's claim objection reply brief (.4); conference with T. Burns re same and potential insurance responses in connection with same (.2); | 0.60 | $375.00 |
| 5/1/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation and settlement issues (1.0); | 1.00 | $625.00 |
| 5/1/2023 | Jesse Bair | Provide instructions to B. Cawley re additional analysis needed re stipulated judgment process under New York law (.1); | 0.10 | $62.50 |
| 5/1/2023 | Jesse Bair | Review current draft of the Plan re stipulated judgment process issues (.2); | 0.20 | $125.00 |
| 5/1/2023 | Jesse Bair | Participate in conference with T. Burns re stipulated judgment strategy (.1); | 0.10 | $62.50 |
| 5/1/2023 | Jesse Bair | Participate in additional conference with T. Burns re CNA's claim objection standing from an insurance perspective and potential response re same (.3); review T. Burns email memorandum to I. Scharf re same (.1); | 0.40 | $250.00 |
| 5/1/2023 | Jesse Bair | Participate in BB team conference re case developments and projects (.1); | 0.10 | $62.50 |
| 5/1/2023 | Nathan Kuenzi | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/2023 | Timothy Burns | Conference with J. Bair re case insurance strategy (.1); met with internal team re case assignments and strategy (.1); reviewed I. Scharf email re Interstate insurance strategy (.1) conference with J. Bair re same (.2); call with I. Scharf re mediation issues (.2); call with J. Bair re stipulated judgment issues (.1); met with J. Bair re CNA's reply brief (.2); reviewed CNA's reply brief re claims objection motion (.7); participate in additional conference with J. Bair re CNA's claim objection standing from an insurance perspective and potential response re same (.3); prepared email to file re argument against CNA's position (.2); participate in state court counsel meeting for insurance purposes re settlement and litigation strategy (1.0); email to I. Scharf re bankruptcy standing argument (.2); | 3.40 | $2,380.00 |
| 5/1/2023 | Alyssa Turgeon | Participate in BB team conference re case developments and projects (.1); | 0.10 | $36.00 |
| 5/1/2023 | Brian Cawley | Research New York law re arms' length negotiation and reasonableness requirements for stipulated judgments (1.8); | 1.80 | $756.00 |
| 5/2/2023 | Timothy Burns | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re mediation, settlement, and litigation strategy and next-steps (1.3); | 1.40 | $980.00 |
| 5/2/2023 | Jesse Bair | Review I. Scharf correspondence re disclosure statement and mediation update (.1); | 0.10 | $62.50 |
| 5/2/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re mediation, settlement, and litigation strategy and next-steps (1.3); | 1.40 | $875.00 |
| 5/3/2023 | Jesse Bair | Review I. Scharf correspondence re case developments and CNA claim objection update (.1); | 0.10 | $62.50 |
| 5/3/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re insurance mediation strategy (.1); | 0.10 | $62.50 |
| 5/3/2023 | Jesse Bair | Prepare for Committee meeting (.1); participate in Committee meeting for insurance purposes re case developments, mediation, and potential settlement strategy (1.0); | 1.10 | $687.50 |
| 5/4/2023 | Jesse Bair | Review state court counsel's Rule 2019 letter to the Court (.1); review CNA's 2019 letter responding to same (.1); | 0.20 | $125.00 |
| 5/4/2023 | Jesse Bair | Review correspondence from I. Scharf and state court counsel re Interstate mediation developments (.1). | 0.10 | $62.50 |
| 5/5/2023 | Jesse Bair | Participate in call with state court counsel re upcoming meeting with the mediators (.1); | 0.10 | $62.50 |
| 5/5/2023 | Jesse Bair | Participate in meeting with the mediators, state court counsel, and PSZJ re potential Interstate mediation and related settlement issues (.8); | 0.80 | $500.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/5/2023 | Jesse Bair | Correspondence with T. Burns re outcome of call with the mediators and next-steps re Interstate mediation (.2); participate in call with T. Burns re same (.1); | 0.30 | $187.50 |
| 5/5/2023 | Timothy Burns | Review and consider correspondence with J. Bair re outcome of call with the mediators and next-steps re Interstate mediation (.2); participate in call with J. Bair re same (.1); | 0.30 | $210.00 |
| 5/6/2023 | Jesse Bair | Review correspondence with the mediators and Interstate re upcoming Interstate mediation session (.1); | 0.10 | $62.50 |
| 5/7/2023 | Jesse Bair | Review additional correspondence with Interstate, the Diocese, and the mediators re upcoming Interstate mediation session (.1); | 0.10 | $62.50 |
| 5/8/2023 | Alyssa Turgeon | Participate in BB team conference re case developments and projects (.1); | 0.10 | $36.00 |
| 5/8/2023 | Brian Cawley | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |
| 5/8/2023 | Timothy Burns | Conference with J. Bair re insurance mediation strategy (.1); participate in BB team meeting re case developments and assignments (.1); participate in calls with state court counsel re insurance mediation issues (.2); participate in call with J. Bair re stipulated judgment strategy (.2); participate in call with I. Scharf and J. Bair re same (.4); participate in state court counsel meeting re insurance mediation and litigation strategy (.4); reviewed case management order authorizing additional mediations (.1); | 1.50 | $1,050.00 |
| 5/8/2023 | Leakhena Au | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |
| 5/8/2023 | Nathan Kuenzi | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |
| 5/8/2023 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.1); | 0.10 | $62.50 |
| 5/8/2023 | Jesse Bair | Participate in BB team meeting re case developments and related assignments (.1); | 0.10 | $62.50 |
| 5/8/2023 | Jesse Bair | Prepare for call with I. Scharf re stipulated judgment issues (.1); participate in call with I. Scharf and T. Burns re same (.4); | 0.50 | $312.50 |
| 5/8/2023 | Jesse Bair | Review case management order authorizing additional mediation sessions (.1); | 0.10 | $62.50 |
| 5/8/2023 | Jesse Bair | Participate in state court counsel meeting re insurance mediation and litigation strategy (.4); | 0.40 | $250.00 |
| 5/8/2023 | Jesse Bair | Participate in call with T Burns re stipulated judgment strategy (.2); | 0.20 | $125.00 |
| 5/9/2023 | Jesse Bair | Review correspondence with the Diocese and mediator re Interstate mediation details (.1); | 0.10 | $62.50 |
| 5/9/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy and next-steps (.2); | 0.20 | $125.00 |
| 5/9/2023 | Timothy Burns | Participate in call with state court counsel re mediation developments (.2); participate in conference with J. Bair re case insurance strategy and next-steps (.2); | 0.40 | $280.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/10/2023 | Jesse Bair | Review I. Scharf correspondence re CNA request for mediation (.1); | 0.10 | $62.50 |
| 5/10/2023 | Jesse Bair | Participate in conference with state court counsel and I. Scharf re CNA's request for mediation and potential next-steps re same (.5); correspondence with T. Burns re outcome of same (.1); | 0.60 | $375.00 |
| 5/11/2023 | Jesse Bair | Review I. Scharf correspondence re case mediation developments (.1); | 0.10 | $62.50 |
| 5/11/2023 | Jesse Bair | Participate in conference with T. Burns re Interstate and CNA mediation strategy (.1); | 0.10 | $62.50 |
| 5/12/2023 | Timothy Burns | Review correspondence with I. Scharf re upcoming insurance mediations (.1); review correspondence with J. Bair re state court counsel meeting (.1); | 0.20 | $140.00 |
| 5/15/2023 | Timothy Burns | Participate in conferences with J. Bair re insurance settlement and litigation strategy (.3); participate in call with state court counsel and J. Bair re mediation and settlement strategy (.1); review I. Scharf correspondence re CNA mediation update (.1); review and consider the court's recent mediation orders (.2); participate in state court counsel meeting for insurance purposes re mediation strategy (.4); | 1.10 | $770.00 |
| 5/15/2023 | Jesse Bair | Participate in conferences with T. Burns re insurance settlement and litigation strategy (.3); | 0.30 | $187.50 |
| 5/15/2023 | Jesse Bair | Participate in call with T. Burns and state court counsel re mediation and settlement strategy (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Review supplemental case management order re CNA mediation (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation strategy (.4); | 0.40 | $250.00 |
| 5/15/2023 | Jesse Bair | Review I. Scharf correspondence re CNA mediation update (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Correspondence with I. Scharf and state court counsel re stipulated judgment process (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Analysis re preparations needed in advance of upcoming insurance mediations (.1); | 0.10 | $62.50 |
| 5/16/2023 | Jesse Bair | Review I. Scharf correspondence re Interstate negotiations (.1); | 0.10 | $62.50 |
| 5/16/2023 | Timothy Burns | Review correspondence with I. Scharf re Interstate negotiations (.1); | 0.10 | $70.00 |
| 5/17/2023 | Jesse Bair | Review draft stipulations of dismissal for LMI and Underwriters (.1); correspondence with I. Scharf re same (.1); | 0.20 | $125.00 |
| 5/17/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re mediation and litigation issues (.9); | 0.90 | $562.50 |
| 5/19/2023 | Jesse Bair | Review case management order adjourning CNA's motions to compel (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/19/2023 | Jesse Bair | Review and respond to correspondence with LMI re LMI and Underwriters' request for dismissal from the insurance adversary proceeding (.2); review draft tolling agreements with LMI and Underwriters (.2); conference with T. Burns re same (.2); additional correspondence with LMI and the Debtor re same and dismissal of LMI and Underwriters without prejudice (.1); | 0.70 | $437.50 |
| 5/19/2023 | Timothy Burns | Review correspondence with LMI and J. Bair re draft tolling and dismissal stipulations re LMI and Underwriters; (.2) conference with J. Bair re same (.2); | 0.40 | $280.00 |
| 5/22/2023 | Jesse Bair | Review final versions of stipulations of dismissal of LMI and Underwriters and related correspondence (.2); | 0.20 | $125.00 |
| 5/22/2023 | Timothy Burns | Review stipulations of dismissal of LMI and Underwriters and related emails (.2); | 0.20 | $140.00 |
| 5/23/2023 | Timothy Burns | Review correspondence with the mediator re upcoming mediation (.1); review correspondence with I. Nasatir re First State negotiations (.1); review Rule 2019 order (.1); | 0.30 | $210.00 |
| 5/23/2023 | Jesse Bair | Review correspondence from the mediators re upcoming Interstate mediation (.1); | 0.10 | $62.50 |
| 5/23/2023 | Jesse Bair | Review CNA's letter and proposed Order re its Rule 2019 motion (.1); | 0.10 | $62.50 |
| 5/24/2023 | Jesse Bair | Correspondence with I. Scharf re Interstate mediation session (.1); | 0.10 | $62.50 |
| 5/24/2023 | Jesse Bair | Analyze First State counter (.1); correspond with I. Nasatir re potential response to same (.1); | 0.20 | $125.00 |
| 5/24/2023 | Timothy Burns | Review correspondence with J. Bair re upcoming Interstate mediation session (.1); | 0.10 | $70.00 |
| 5/25/2023 | Jesse Bair | Review correspondence from the Debtor re upcoming Interstate mediation (.1); | 0.10 | $62.50 |
| 5/26/2023 | Timothy Burns | Additional analysis re insurance strategy for upcoming mediation session (.2); correspondence with the Diocese re upcoming mediation (.1); | 0.30 | $210.00 |
| 5/31/2023 | Jesse Bair | Review correspondence with B. Michael re Committee meeting (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **26.20** | **$16,598.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/2/2023 | Postage | $4.35 |
| 5/5/2023 | CloudNine, database monthly hosting fee (April 2023) | $46.97 |
| 5/30/2023 | Postage | $4.35 |
| **Total Expenses** | | **$55.67** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 0.20 | $360.00 | $72.00 |

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Brian Cawley | 1.90 | $420.00 | $798.00 |
| Jesse Bair | 14.10 | $625.00 | $8,812.50 |
| Leakhena Au | 0.10 | $420.00 | $42.00 |
| Nathan Kuenzi | 0.20 | $420.00 | $84.00 |
| Timothy Burns | 9.70 | $700.00 | $6,790.00 |

**Total Due This Invoice: $16,654.17**