UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

          Debtor.

Chapter 11

Case No. 19-20905 (PRW)

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period June 1, 2023 through June 30, 2023,* a copy of which is attached hereto and hereby served upon you. In addition, Burns Bair LLP has provided the United States Trustee with a copy of its invoice in text format.

Dated: July 20, 2023

**BURNS BAIR LLP**

 */s/ Timothy W. Burns*
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Rochester |
| Date of Retention: | Effective May 26, 2021 pursuant to Order entered June 22, 2021 [Docket No. 1113] |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through June 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $46,147.50 ($36,918.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,352.68 |

This is a:  X  monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-fifth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

| | |
|---|---|
| **Issue Date :** | 7/20/2023 |
| **Bill # :** | 01187 |

**Matter:** Insurance

**PROFESSIONAL SERVICES RENDERED**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 6/1/2023 | Jesse Bair | Correspondence with I. Nasatir re First State counter (.1); | 0.10 | $62.50 |
| 6/5/2023 | Jesse Bair | Correspondence with B. Michael re Interstate mediation (.1); | 0.10 | $62.50 |
| 6/6/2023 | Jesse Bair | Correspondence with I. Nasatir re response to latest First State offer (.1); | 0.10 | $62.50 |
| 6/7/2023 | Timothy Burns | Reviewed and responded to correspondence re First State settlement negotiations (.2); reviewed correspondence from I. Scharf re mediation updates (.1); | 0.30 | $210.00 |
| 6/7/2023 | Jesse Bair | Review I. Scharf correspondence re case updates and status (.1); | 0.10 | $62.50 |
| 6/7/2023 | Jesse Bair | Review additional correspondence with I. Nasatir and T. Burns re potential First State counter (.1); | 0.10 | $62.50 |
| 6/11/2023 | Jesse Bair | Draft revised insurance overview summary for use during upcoming mediation with Interstate (.6); correspondence with T. Burns re same (.1); | 0.70 | $437.50 |
| 6/12/2023 | Timothy Burns | Review Interstate summary sheet for mediation (.2); review I. Scharf correspondence re Interstate negotiations (.1); correspondence with J. Bair re same (.1); prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re upcoming Interstate mediation (.4); participate in post-call meeting with J. Bair re Interstate mediation strategy (.2); | 1.10 | $770.00 |
| 6/12/2023 | Jesse Bair | Review I. Scharf correspondence re Interstate negotiations and strategy (.1); | 0.10 | $62.50 |
| 6/12/2023 | Jesse Bair | Prepare for state court counsel meeting re strategy for upcoming Interstate mediation (.1); participate in state court counsel meeting re same (.4); participate in post-meeting conference with T. Burns re Interstate negotiations strategy (.2); | 0.70 | $437.50 |

| | | | | |
|---|---|---|---|---|
| 6/13/2023 | Timothy Burns | Travel from Madison to New York City for Interstate mediation [billed at 1/2 travel rate] (7.0); | 7.00 | $2,450.00 |
| 6/13/2023 | Jesse Bair | Review correspondence with I. Scharf and state court counsel re Interstate counter (.1); | 0.10 | $62.50 |
| 6/14/2023 | Timothy Burns | Prepare for Committee meeting re upcoming Interstate mediation (.5); participate in call with J. Bair re same (.1); review I. Scharf correspondence re same (.1); participate in Committee meeting re same (.4); | 1.10 | $770.00 |
| 6/14/2023 | Jesse Bair | Participate in call with T. Burns re Interstate mediation strategy (.1); | 0.10 | $62.50 |
| 6/14/2023 | Jesse Bair | Prepare for Committee meeting re Interstate mediation (.1); participate in Committee meeting for insurance purposes re same (.4); | 0.50 | $312.50 |
| 6/15/2023 | Timothy Burns | Participate in portion of full-day Interstate mediation session (7.6); | 7.60 | $5,320.00 |
| 6/15/2023 | Timothy Burns | Return travel from New York City to Madison from mediation [billed at 1/2 travel rate] (6.2); | 6.20 | $2,170.00 |
| 6/15/2023 | Jesse Bair | Prepare for mediation (.1); participate in portion of full-day Interstate mediation session (7.4); | 7.50 | $4,687.50 |
| 6/15/2023 | Jesse Bair | Analyze mediators' proposal re Interstate (.1); | 0.10 | $62.50 |
| 6/16/2023 | Timothy Burns | Participate in call with state court counsel re mediation outcome and mediator's proposal (.4); participate in conference with J. Bair re same (.1); participate in call with I. Scharf re CNA strategy (.5); met with J. Bair re CNA litigation and settlement strategy (1.1); | 2.10 | $1,470.00 |
| 6/16/2023 | Jesse Bair | Participate in conference with T. Burns re the mediators' proposal (.1); | 0.10 | $62.50 |
| 6/16/2023 | Jesse Bair | Correspondence with I. Nasatir re response to First State's most recent counter (.1); | 0.10 | $62.50 |
| 6/16/2023 | Jesse Bair | Participate in conference with T. Burns re CNA litigation and settlement strategy (1.1); | 1.10 | $687.50 |
| 6/16/2023 | Jesse Bair | Review I. Scharf correspondence re the mediators' proposal (.1); | 0.10 | $62.50 |
| 6/19/2023 | Jesse Bair | Analysis re Interstate coverage defenses in advance of Committee meeting (.3); correspondence with T. Burns re same (.1); | 0.40 | $250.00 |
| 6/19/2023 | Jesse Bair | Prepare for Committee meeting (.2); participate in Committee meeting for insurance purposes re the mediators' proposal and potential settlement with Interstate (1.0); | 1.20 | $750.00 |
| 6/19/2023 | Timothy Burns | Reviewed and considered correspondence re First State settlement negotiations (.2); reviewed I. Scharf's draft correspondence to the Committee re Interstate negotiations (.1); analysis re settlement issues with Interstate (.2) correspondence with J. Bair re same (.1); brief review of draft timeline re abuse (.1); prepare for Committee meeting re potential Interstate settlement (.2); participate in Committee meeting re potential Interstate settlement (1.0); | 1.90 | $1,330.00 |

| | | | | |
|---|---|---|---|---|
| 6/20/2023 | Timothy Burns | Reviewed mediator proposal result (.1); conference with J. Bair re same (.2); call with I. Scharf re same (.3); additional conference with J. Bair re same and next-steps (.2); participate in call with state court counsel re same (.3); participate in insurance strategy development session with J. Bair re same (.7); participate in call with I. Scharf re same (.3); participate in call with state court counsel re same (.2); | 2.30 | $1,610.00 |
| 6/20/2023 | Jesse Bair | Review mediator proposal result (.1); participate in conference with T. Burns re same (.2); | 0.30 | $187.50 |
| 6/20/2023 | Jesse Bair | Analysis re insurance demand letter issues and related strategy (.5); correspondence with T. Burns re same (.1); | 0.60 | $375.00 |
| 6/20/2023 | Jesse Bair | Participate in additional conference with T. Burns re mediator proposal outcome and next-steps re insurance strategy (.2); participate in call with state court counsel re same (.3); | 0.50 | $312.50 |
| 6/20/2023 | Jesse Bair | Participate in detailed, supplemental strategy development session with T. Burns re going forward insurance strategy and upcoming CNA mediation (.7); participate in call with I. Scharf and T. Burns re same (.3); participate in call with state court counsel and T. Burns re same (.2); | 1.20 | $750.00 |
| 6/21/2023 | Timothy Burns | Prepare for call with I. Scharf and state court counsel re Interstate developments (.4); participate in call with I. Scharf, J. Bair, and certain state court counsel re same (.6); participate in conference with J. Bair re post-confirmation trust issues (.4); reviewed and revised PowerPoint for state court counsel meeting re going-forward insurance strategy (.8); participate in state court counsel meeting re same (.7); | 2.90 | $2,030.00 |
| 6/21/2023 | Nathan Kuenzi | Revise and update CNA demand letters (1.0); | 1.00 | $420.00 |
| 6/21/2023 | Jesse Bair | Draft PowerPoint presentation re going-forward insurance strategy for use during upcoming state court counsel meeting (.7); | 0.70 | $437.50 |
| 6/21/2023 | Jesse Bair | Participate in call with I. Scharf, T. Burns, and certain state court counsel re going-forward insurance strategy (.6); participate in follow-up conference with T. Burns re post-confirmation trust issues (.4); | 1.00 | $625.00 |
| 6/21/2023 | Jesse Bair | Participate in state court counsel meeting re going-forward insurance strategy and next-steps re same (.7); | 0.70 | $437.50 |
| 6/21/2023 | Jesse Bair | Correspondence with N. Kuenzi re CNA demand letter project (.1); | 0.10 | $62.50 |
| 6/22/2023 | Jesse Bair | Participate in conference with T. Burns re CNA demand letters (.1); | 0.10 | $62.50 |
| 6/22/2023 | Jesse Bair | Draft correspondence to each applicable state court counsel group re draft CNA demand letters (.9); | 0.90 | $562.50 |

| | | | | |
|---|---|---|---|---|
| 6/22/2023 Jesse Bair | Prepare for call with certain state court counsel re CNA demand issues (.2); participate in call with additional state court counsel re same (.3); follow-up correspondence with state court counsel re CNA exposure (.1); | 0.60 | $375.00 |
| 6/22/2023 Jesse Bair | Conference with T. Burns re upcoming Committee meeting (.1); participate in Committee meeting re case insurance strategy (.6); participate in post-call with T. Burns re next steps re insurance (.2); | 0.90 | $562.50 |
| 6/22/2023 Jesse Bair | Correspondence with I. Scharf re CNA demand letters and Interstate status (.1); | 0.10 | $62.50 |
| 6/22/2023 Nathan Kuenzi | Continue revising and updating CNA demand letters (1.6); | 1.60 | $672.00 |
| 6/22/2023 Nathan Kuenzi | Review J. Bair correspondence re CNA demand letter project (.1); | 0.10 | $42.00 |
| 6/22/2023 Timothy Burns | Participate in conference with J. Bair re CNA demand letters (.1); review correspondence from I. Scharf re Interstate developments (.1); review correspondence with J. Bair and I. Scharf re insurance demands (.1); review correspondence re committee meeting re Interstate issues (.2); reviewed draft insurance demands (.2); reviewed correspondence from state court counsel re insurance demands (.2); reviewed correspondence from J. Bair to I. Scharf re insurance demands issues (.1); prepare for Committee meeting re case insurance issues (.7); conference with J. Bair re same (.1); participate in Committee meeting re Interstate and CNA insurance strategy (.6); participate in post-call with J. Bair re insurance next steps (.2); | 2.60 | $1,820.00 |
| 6/23/2023 Timothy Burns | Consideration of stay issues surrounding demand letters (.3); participate in conference with J. Bair re same (.1); reviewed and responded to correspondence from state court counsel re insurance demand letters (.1); correspondence with PSZJ re upcoming mediator meeting (.1); participate in call with certain state court counsel re same (.1); conference with J. Bair re same (.1); participate in portion of meeting with the mediators re ongoing insurance issues (.2); participate in call with Debtor's counsel re insurance (.1); post-call with J. Bair re outcome of same (.1); | 1.20 | $840.00 |
| 6/23/2023 Jesse Bair | Participate in conference with T. Burns re insurance demand issues (.1); additional analysis re same (.1); participate in call with certain state court counsel re same (.2); | 0.40 | $250.00 |
| 6/23/2023 Jesse Bair | Participate in conference with the mediators and state court counsel re mediation developments and next-steps (.5); | 0.50 | $312.50 |
| 6/23/2023 Jesse Bair | Participate in call with the Diocese and T. Burns re case insurance issues (.1); participate in post-call with T. Burns re same (.1); | 0.20 | $125.00 |
| 6/23/2023 Jesse Bair | Correspondence with I. Scharf re mediation developments and insurance demand letters (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Fees |
|---|---|---|---|---|
| 6/26/2023 | Jesse Bair | Participate in conference with T. Burns re insurance next-steps(.1); | 0.10 | $62.50 |
| 6/26/2023 | Jesse Bair | Review correspondence with I. Scharf re mediation developments (.1); | 0.10 | $62.50 |
| 6/26/2023 | Timothy Burns | Participate in conference with J. Bair re insurance next-steps(.1); | 0.10 | $70.00 |
| 6/27/2023 | Jesse Bair | Correspondence with each state court counsel group re finalization of CNA demand letters (.5); correspondence with I. Scharf re same (.1); participate in call with state court counsel re same (.1); | 0.70 | $437.50 |
| 6/27/2023 | Timothy Burns | Review correspondence with J. Bair and I. Scharf re insurance demand letter project (.2); correspondence with I. Scharf re Interstate mediation (.1); | 0.30 | $210.00 |
| 6/28/2023 | Jesse Bair | Review and respond to correspondence with state court counsel re CNA demand letter issues (.2); | 0.20 | $125.00 |
| 6/28/2023 | Jesse Bair | Participate in call with I. Scharf and T. Burns re mediation developments and insurance demand letters (.1); | 0.10 | $62.50 |
| 6/29/2023 | Jesse Bair | Participate in call with certain state court counsel re mediation updates and insurance demand letters (.2); participate in call with additional state court counsel re CNA demand letters (.1); | 0.30 | $187.50 |
| 6/29/2023 | Jesse Bair | Review final version of CNA demand letters (.2); | 0.20 | $125.00 |
| 6/29/2023 | Timothy Burns | Review correspondence with BB and state court counsel re demand letters (.2); review correspondence with I. Scharf, state court counsel, and the Committee re mediation developments (.1); review final version of CNA demand letters (.1); | 0.40 | $280.00 |
| 6/30/2023 | Brian Cawley | Draft interstate insurance demand letters (5.4); | 5.40 | $2,268.00 |
| 6/30/2023 | Timothy Burns | Review correspondence with BB team re Interstate demand letters (.2); review correspondence and spreadsheet from I. Scharf re same (.1); | 0.30 | $210.00 |
| 6/30/2023 | Timothy Burns | Participate in conference with J. Bair re insurance demand letters (.1); | 0.10 | $70.00 |
| 6/30/2023 | Alyssa Turgeon | Assist in drafting Interstate demand letters (.5); | 0.50 | $180.00 |
| 6/30/2023 | Jesse Bair | Analysis of claims and coverage exposure in connection with potential Interstate demands (.6); correspondence with I. Scharf re same (.1); | 0.70 | $437.50 |
| 6/30/2023 | Jesse Bair | Provide instructions to BB team re preparing Interstate demand letters (.3); answer follow-up questions from team re same (.3); | 0.60 | $375.00 |
| 6/30/2023 | Jesse Bair | Review revised version of particular CNA demand letters (.1); participate in conference with T. Burns re same and additional demand letter issues (.1); correspondence with state court counsel re CNA demand letter issues (.1); | 0.30 | $187.50 |
| 6/30/2023 | Katie Sticklen | Draft sub-set of Interstate demand letters (2.0); | 2.00 | $756.00 |
| 6/30/2023 | Leakhena Au | Draft Interstate demand letters (6.1); | 6.10 | $2,562.00 |
| 6/30/2023 | Nathan Kuenzi | Draft final set of Interstate demand letters (4.0); | 4.00 | $1,680.00 |
| **Total Hours and Fees** | | | **83.70** | **$46,147.50** |

# EXPENSES

| Date | Description | Amount |
|---|---|---|
| 6/8/2023 | CloudNine, database monthly hosting fee (May 2023) | $46.97 |
| 6/13/2023 | Hotel, T. Burns (2 nights) | $1,100.00 |
| 6/13/2023 | Travel meal, T. Burns | $3.49 |
| 6/13/2023 | Delta Airlines, T. Burns (MSN-LGA June 13) | $579.00 |
| 6/14/2023 | Travel meal, T. Burns | $7.39 |
| 6/15/2023 | Travel meal, T. Burns | $33.04 |
| 6/15/2023 | United Airlines, T. Burns (EWR-MSN June 15) | $449.00 |
| 6/15/2023 | Uber, T. Burns (hotel to airport) | $133.79 |
| **Total Expenses** | | **$2,352.68** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 0.50 | $360.00 | $180.00 |
| Brian Cawley | 5.40 | $420.00 | $2,268.00 |
| Jesse Bair | 25.50 | $625.00 | $15,937.50 |
| Katie Sticklen | 2.00 | $378.00 | $756.00 |
| Leakhena Au | 6.10 | $420.00 | $2,562.00 |
| Nathan Kuenzi | 6.70 | $420.00 | $2,814.00 |
| Timothy Burns | 13.20 | $350.00 | $4,620.00 |
| Timothy Burns | 24.30 | $700.00 | $17,010.00 |

**Total Due This Invoice: $48,500.18**