UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## CERTIFICATE OF SERVICE

I, Brenda Horn-Edwards, am over the age of eighteen years, am employed by Burns Bair LLP. I am not a party to the within action; my business address is 10 E. Doty St., Suite 600, Madison, Wisconsin 53703-3392. I hereby certify under penalty of perjury that on the 20th day of July, 2023, I electronically filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period June 1, 2023 through June 30, 2023* with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system.

I certify that on July 20, 2023, the above-referenced document was served via First Class U.S. Mail upon the parties set forth below:

| | |
|---|---|
| Kathleen D. Schmitt, Esq.<br>Office of the U.S. Trustee<br>Federal Office Building<br>100 State Street, Room 6090<br>Rochester, NY 14614 | Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1355 |
| The Ad Hoc Parish Committee<br>c/o Woods Oviatt Gilman LLP<br>Attn: Timothy P. Lyster<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604 | The Diocese of Rochester<br>Attn: Lisa M. Passero<br>Chief Financial Officer<br>1150 Buffalo Road<br>Rochester, NY 14624 |
| James I Stang<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 | |

I also certify that on July 20, 2023, the above-referenced document was served via electronic mail to Ilan D. Scharf at ischarf@pszjlaw.com.

Dated: July 20, 2023                    /s/ *Brenda Horn-Edwards*
                                        Brenda Horn-Edwards

2

Case 2-19-20905-PRW,   Doc 2186-1,   Filed 07/20/23,   Entered 07/20/23 13:42:03,
Description: Certificate of Service , Page 2 of 2