19 JULY 2023

Hon. Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State St.
Rochester, NY 14614



Dear Judge Warren,

I would first like to thank you for overseeing the work of the Diocese of Rochester and all those involved in the cases against the Diocese. I am one of the plaintiffs. I am not a lawyer nor involved in the law so if this letter is out of line, please put it off to my ignorance and in no way trying to offed you. I have a small question and request.

For the sake of brevity, I will leave off any of my personal story. I would like to ask your assistance to those, like me that have chosen to not use a lawyer. I made this decision for various reasons but mostly because I am not a fan of lawyers and think they are mostly out to line their pockets. They will always get their 10% (more maybe) regardless of those involved. I hoped that the Diocese and those involved, yourself included, would do the right thing and truth would win out.

To that end is there any chance that we can get some update of the state of the case? We regularly receive the bills from the Diocese to see what they have sent. In January I received something from Bond, Schoeneck, and King regarding requests about timing for decisions. I have read in the local paper that meetings have taken place to make decisions and then – nothing - crickets!

Please help us that are out here on our own. Can you ask the Diocese or someone to send a simple letter with some hoped for timeline? Finally, if its not too late, I hope you do not let the insurance companies off the hook. I do not understand any of the laws at play but I will not use a law firm and therefore I will stand with my head up and close that chapter of my life regardless of the outcome. That being said just looking to the Diocese and leaving the Insurance Companies out of the settlement many of us will accept seems like a gift to them.

I offer this letter out of my own frustration and not any disrespect. I hope that you are well and blessed for your efforts. The little I know of you is your long and honorable career on the bench. Thank you for that and your work on this issue.