# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                                    Case No.  19-20905

The Diocese of Rochester,
                                                          Chapter 11

                                    Debtor.

---

**[PROPOSED] ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR AN ORDER GRANTING LEAVE, STANDING, AND
AUTHORITY TO PROSECUTE CERTAIN CAUSES OF ACTION ON BEHALF OF
THE DEBTOR AND ITS ESTATE**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for an
Order Granting Leave, Standing, and Authority to Prosecute Certain Causes of Action on Behalf
of the Debtor and Its Estates* [Docket No. **[ ]**] (the "Motion")[1] filed by the Committee in the above-
captioned chapter 11 case; and the Court having jurisdiction over this matter pursuant to 28 U.S.C.
§§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C.
§ 157(b)(2); and venue in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and
this Court having considered (i) the Motion, (ii) the objections to the Motion, and (iii) the
arguments presented by counsel during the hearing on the Motion conducted on **[ ]**; and
adequate notice of the Motion having been given; and after due deliberation and good cause
appearing therefor, it is hereby **ORDERED** that:

1.       The Motion is **GRANTED**.

2.       The Committee is authorized to file the Complaint in substantially the form
attached hereto as **Exhibit 1** and to prosecute the Causes of Action against CNA on behalf of the
Debtor.

---

[1] All capitalized terms used but not defined herein have the meanings given to them in the Motion.

3.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:   Rochester, New York
         October ___, 2023

_____
UNITED STATES BANKRUPTCY JUDGE

DOCS_NY:48172.3 18489/002