# EXHIBIT 4



August 7, 2023

**VIA ELECTRONIC AND FIRST-CLASS MAIL**

Timothy W. Burns, Esq.
Burns Bair, LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703

*Re: Diocese of Rochester Complaint against Continental Insurance Co. under N.Y. General Business Law Section 349*

Dear Tim:

We have reviewed your letter dated July 26, 2023 with our client, the Diocese of Rochester (the "Diocese"). At the outset, as I am sure you can understand, the Diocese is focused on seeking confirmation of the amended joint plan to be filed in early September by the Diocese and the Official Committee of Unsecured Creditors. We are hoping for confirmation of the amended joint plan by the end of this year. Therefore, the Diocese is hesitant to commence litigation which could divert attention from the plan confirmation process. In addition, as we are approaching plan confirmation, the Diocese believes that the cost of that litigation should be incurred by the settlement trust.

Please let me know if you have any questions. Thank you for your consideration.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Stephen A. Donato

SAD/ta

cc: Ilan D. Scharf, Esq. (via electronic mail)
James R. Murray, Esq. (via electronic mail)
James S. Carter, Esq. (via electronic mail)
Charles J. Sullivan, Esq. (via electronic mail)
Grayson T. Walter, Esq. (via electronic mail)