UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**NOTICE OF MOTION OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR AN ORDER
GRANTING LEAVE, STANDING, AND AUTHORITY TO PROSECUTE
CERTAIN CAUSES OF ACTION ON BEHALF OF THE DEBTOR AND ITS ESTATE**

**PLEASE TAKE NOTICE** that on August 22, 2023, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Standing, and Authority to Prosecute Certain Causes of Action on Behalf of the Debtor and Its Estate*.

**PLEASE TAKE FURTHER NOTICE** that the Committee will move before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York, at the United States Courthouse, 100 State Street, Rochester, New York on **October 5, 2023 at 11:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, for the entry of an order granting the relief sought in the Motion, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Western District of New York and be filed with the Court and served so as to be actually received **on or before October 2, 2023 (prevailing Eastern Time)** (the "Objection Deadline") by the following parties: (a) counsel to the Official Committee of

Unsecured Creditors, Pachulski, Stang, Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: James I. Stang and Ilan Scharf; (b) Special Insurance Counsel to the Committee, Burns Bair LLP, 10 E. Doty St., Suite 600, Madison, WI 53703, Attn: Timothy W. Burns and Jesse J. Bair; (c) counsel to the Debtor, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato and Charles J. Sullivan; (d) the Office of the United States Trustee, Federal Office Building, 100 State Street, Rochester, New York 14614 (Attn: Kathleen D. Schmitt) and the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Shannon A. Scott, Esq.); and (e) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and all other documents filed in this Chapter 11 Case may be obtained free of charge at the Diocese's case management website (https://case.stretto.com/rochesterdiocese) or by contacting the undersigned counsel for the Committee.

Dated: August 22, 2023
New York, NY

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Ilan D. Scharf*
James I. Stang
Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jstang@pszjlaw.com
ischarf@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

BURNS BAIR LLP

By:   */s/ Jesse J. Bair*
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703
Telephone: 608-286-2808
Email: tburns@burnsbair.com
      jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors*