UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# CERTIFICATE OF SERVICE

I, Natasha D. Robinson, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

Pursuant to the Court's Amended Administrative Procedures, on August 22, 2023, in addition to service via the Court's ECF system, I caused a true and correct copy of the *Motion of the Official Committee of Unsecured Creditors for an Order Granting Leave, Standing, and Authority to Prosecute Certain Causes of Action on Behalf of the Debtor and Its Estate* [Docket No. 2203] to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**.

*/s/ Natasha D. Robinson*
Natasha D. Robinson

DOCS_NY:48311.1

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AB 1 Doe c/o Law Offices Of Stephen Boyd & John Elmore | Stephen Boyd | sboyd@steveboyd.com |
| Ad Hoc Parish Committee c/o Woods Oviatt Gilman LLP | Timothy Patrick Lyster | tlyster@woodsoviatt.com |
| Amaryllis Figueroa c/o Mcconville, Considine, Cooman & Morin, PC | Lucien A. Morin, II | lmorin@mccmlaw.com |
| Bishop Emeritus Matthew Harvey Clark c/o Adams Leclair LLP | Mary Jo S. Korona | mkorona@adamsleclair.law |
| Brian S. Delafranier c/o James, Vernon & Weeks, P.A. | Brianna M Espeland | brianna@jvwlaw.net |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Ward Greenberg Heller & Reidy LLP | Katerina M. Kramarchyk Eric J. Ward | kkramarchyk@wardgreenberg.com eward@wardgreenberg.com |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Boylan Code LLP | Devin Lawton Palmer Christopher K. Werner | dpalmer@boylancode.com |
| Certain Personal Injury Creditors c/o Jeff Anderson & Associates, P.A. | Michael G. Finnegan & Elin M. Lindstrom | mike@andersonadvocates.com; elin@andersonadvocates.com |
| Certain Personal Injury Creditors c/o Thomas Counselors At Law, LLC | Kathleen R. Thomas | kat@tlclawllc.com |
| Continental Insurance Company c/o David Christian Attorneys LLC | David Christian, II | dchristian@dca.law |
| Continental Insurance Company c/o Choate Hall & Stewart LLP | David Attisani Kevin J. Finnerty Jean-Paul Jaillet | dattisani@choate.com kfinnerty@choate.com jjaillet@choate.com |
| Continental Insurance Company c/o Barclay Damon LLP | Jeffrey Austin Dove | jdove@barclaydamon.com |
| Continental Insurance Company c/o Wilmer Cutler Pickering Hale and Dorr LLP | Isley Markman Gostin | isley.gostin@wilmerhale.com |
| CVA Claimants c/o Bansbach Law P.C. | John M. Bansbach | jbansbach@banslaw.com |
| CVA Claimants c/o Freese & Goss | Tim K. Goss & Peter de la Cerda | tim@freeseandgoss.com; peter@freeseandgoss.com |
| CVA Claimants c/o Horowitz Law | Adam Horowitz & Jessica Arbour | adam@adamhorowitzlaw.com; amy@adamhorowitzlaw.com |
| CVA Claimants c/o Jeff Anderson & Associates, P.A. | Jeffrey R. Anderson & Michael Reck | jeff@andersonadvocates.com; mreck@andersonadvocates.com |
| CVA Claimants c/o Kelner & Kelner | Brian P. Hurley | bhurley@kelnerlaw.com |
| CVA Claimants c/o Law Offices of Mitchell Garabedian | Mitchell Garabedian | mgarabedian@garabedianlaw.com |
| CVA Claimants c/o Law Offices of Ronald R. Benjamin | Ronald R. Benjamin | ronbenjaminlaw@stny.rr.com |
| CVA Claimants c/o Levin Sedran & Berman | Daniel Levin | dlevin@lfsblaw.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CVA Claimants c/o Merson Law, PLLC | John Merson And Jordan Merson | jmerson@mersonlaw.com |
| CVA Claimants c/o Morgenstern Devoesick PLLC | Maura G. McGuire | mmcguire@morgdevo.com |
| CVA Claimants c/o Pfau Cochran Vertetis Amala PLLC | Michael T. Pfau | myrochester@pcvalaw.com |
| CVA Claimants c/o The Meneo Law Group | Ron Michael Meneo | rmm@meneolawgroup.com |
| CVA Claimants c/o Weitz & Luxenberg | Samantha A. Breakstone | sbreakstone@weitzlux.com |
| CVA Claimants c/o Weller, Green, Toups & TerrelL, LLP | Mitchell A. Toups | matoups@wgttlaw.com |
| Donna Oppedisano and Kathleen Israel c/o Jarrod W. Smith, Esq., PLLC | Jarrod W. Smith | jarrodsmithlaw@gmail.com |
| Harris Beach PLLC | Lee E. Woodard | bkemail@harrisbeach.com |
| Interstate Fire and Casualty Company c/o Parker, Hudson, Rainer & Dobbs LLP | Harris Winsberg & Matthew G. Roberts | hwinsberg@phrd.com; mroberts@phrd.com |
| Interstate Fire and Casualty Company c/o Moss & Barnett | Charles Edwin Jones | charles.jones@lawmoss.com |
| Interstate Fire and Casualty Company c/o Rivkin Radler LLP | Peter P. McNamara & M. Paul Gorfinkel | peter.mcnamara@rivkin.com; paul.gorfinkel@rivkin.com |
| | | |
| Jack T. Brand c/o Trevett Cristo | Melanie S. Wolk | mwolk@trevettcristo.com; rkernan@trevettcrito.com |
| James Vernon & Weeks, P.A. | Leander L. James | firm@jvwlaw.net |
| Kenneth Cubiotti c/o James Vernon & Weeks | Brianna M Espeland Leander Laurel James, IV | brianna@jvwlaw.net ljames@jvwlaw.net |
| M&T Bank, Manufacturers and Traders Trust Company c/o Hodgson Russ LLP | Garry M. Graber | ggraber@hodgsonruss.com |
| Monroe County c/o Lippes Mathias LLP | John A. Mueller | jmueller@lippes.com |
| National Surety Corporation c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |
| National Surety Corporation c/o Troutman Sanders LLP | Matt Roberts Harris Winsberg | matthew.roberts2@troutmansanders.com harris.winsberg@troutmansanders.com |
| New York State Department of Labor | Marta Cole | bankruptcy@labor.ny.gov |
| Office of the United States Trustee | Kathleen Dunivin Schmitt Shannon Scott | ustpregion02.ro.ecf@usdoj.gov |
| St. Bernard's School of Theology and Ministry c/o Adams Leclair LLP | Paul L. LeClair | pleclair@adamsleclair.law |
| The Chubb Companies c/o Duane Morris LLP | Catherine Beideman Heitzenrater | cheitzenrater@duanemorris.com |
| The Diocese of Rochester c/o Bond, Schoeneck & King, PLLC | Stephen A. Donato, Ingrid S. Palermo, Charles J. Sullivan, Grayson T. Walter | sdonato@bsk.com ipalermo@bsk.com csullivan@bsk.com gwalter@bsk.com |

# EXHIBIT 2

## Service by First Class U.S. Mail

OFFICE OF THE U.S. TRUSTEE
ATTN: KATHLEEN DUNIVIN SCHMITT
100 STATE STREET, ROOM 6090
ROCHESTER, NY 14614

ADAMS LECLAIR LLP
ATTN: MARY JO S. KORONA
28 EAST MAIN STREET, SUITE 1500
ROCHESTER, NY 14614

JPMORGAN CHASE
ATTN: SARAH CORNELL, BRANCH MANAGER 2130
CHILI AVENUE
ROCHESTER, NY 14624

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP I
NIAGARA CENTER, 2ND FLOOR
130 S. ELMWOOD AVENUE
BUFFALO, NY 14202

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

GREENBERG TAURIG, LLP
ATTN: MICHAEL J. GRYGIEL
54 STATE STREET, 6TH FLOOR
ALBANY, NY 12207

THE DIOCESE OF ROCHESTER
ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER
1150 BUFFALO ROAD
ROCHESTER, NY 14624

US DEPARTMENT OF LABOR
FEDERAL BUILDING
100 STATE STREET, SUITE 4190
ROCHESTER, NY 14614

MANUFACTURERS AND TRADERS TRUST COMPANY
ATTN: PHILIP SMITH, SENIOR VICE PRESIDENT
1 M&T PLAZA
BUFFALO, NY 14203

NYS WORKERS' COMPENSATION BOARD
ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER
OFFICE OF SELF-INSURANCE
328 STATE STREET
SCHENECTADY, NY 12305

SEGAR & SCIORTINO PLLC
ATTN: STEPHEN A. SEGAR
400 MERIDIAN CENTRE, SUITE 320
ROCHESTER, NY 14618

M&T BANK
PO BOX 844
BUFFALO, NY 14240-0844

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>MAIN PLACE TOWER, SUITE 300A<br>350 MAIN STREET<br>BUFFALO, NY 14202 | HERMAN LAW<br>ATTN: JEFFREY MARC HERMAN<br>1800 NORTH MILITARY TRAIL, SUITE 160<br>BOCA RATON, FL 33431 |
| ANDREOZZI & ASSOCIATES, P.C.<br>ATTN: NATHANIEL L. FOOTE<br>111 NORTH FRONT STREET<br>HARRISBURG, PA 17101 | WILMINGTON TRUST, A DIVISION OF M&T BANK<br>ATTN: CHRISTINE G. COTTON, ASST. VICE PRESIDENT<br>285 DELAWARE AVENUE, 3RD FLOOR<br>BUFFALO, NY 14202 |
| NYS DEPARTMENT OF TAXATION & FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | HERMAN LAW<br>ATTN: JEFFREY MARC HERMAN<br>434 W. 33RD STREET, PENTHOUSE<br>NEW YORK, NY 10001 |
| NEW YORK STATE DEPARTMENT OF LABOR - BUS. SERVICES<br>ATTN: REGENNA DARRAH<br>276 WARING ROAD, ROOM 100<br>ROCHESTER, NY 14609 | HARTER SECREST & EMERY, LLP<br>1600 BAUSCH AND LOMB PL.<br>ROCHESTER, NY 14604 |
| US ATTORNEY'S OFFICE<br>WESTERN DISTRICT OF NEW YORK<br>100 STATE STREET, SUITE 500<br>ROCHESTER, NY 14614 | M&T BANK<br>ATTN: ESKINDER TEFERA<br>ONE FOUNTAIN PLAZA<br>9TH PLAZA<br>BUFFALO, NY 14202 |
| KEYBANK, N.A.<br>ATTN: BANKRUPTCY DEPT<br>4910 TIEDEMAN ROAD<br>BROOKLYN, OH 44144 | |