UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

            Debtor.

Case No. 19-20905

Chapter 11

**CERTIFICATE OF SERVICE**

    I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On August 21, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Diocese of Rochester for the Period July 1, 2023 through July 31, 2023** (Docket No. 2202)

Dated: August 22, 2023

                                       */s/ Christopher Chiu*
                                       Christopher Chiu
                                       STRETTO
                                       410 Exchange, Suite 100
                                       Irvine, CA 92602
                                       (855) 347-3773
                                       TeamRochDiocese@stretto.com

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | ROCHESTER | NY | 14614 |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH & LOMB PLACE | ROCHESTER | NY | 14604 |
| THE DIOCESE OF ROCHESTER | ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER | 1150 BUFFALO ROAD | | ROCHESTER | NY | 14624 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF AND BRITTANY M. MICHAEL | 780 THIRD AVENUE, 34TH FLOOR | NEW YORK | NY | 10017-2024 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |