UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period May 1, 2023 Through May 31, 2023*, a copy of which is attached hereto and hereby served upon you. In addition, Bond has provided the United States Trustee with a copy of its May 2023 invoice in text format.

Dated: August 25, 2023

BOND, SCHOENECK & KING, PLLC

By: */s/ Stephen A. Donato*
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No. 19-20905

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD MAY 1, 2023 THROUGH MAY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 20, 2019 [Docket No. 249] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | May 1, 2023 through May 31, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $19,890.30 ($15,912.24) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,084.88 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's forty-fourth monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester  
1150 Buffalo Road  
Rochester, NY 14624-1890

For Legal Services Rendered through 05/31/23.

**Chapter 11 Bankruptcy**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 05/01/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with S. Mosman regarding the Diocese's March 2023 operating report. |
| 05/02/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's March 2023 operating report. |
| | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's March 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's March 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to L. Passero, M. Ziarniak and S. Mosman regarding the Diocese's March 2023 operating report. |
| | S.C.Temes | 0.50 | $157.50 | Reviewed draft of March 2023 monthly operating report. |
| 05/04/23 | J.D.Eaton | 0.30 | $83.70 | Drafted updates to case strategy charter. |
| 05/11/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 10, 2023
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/11/23 | J.D.Eaton | 0.10 | $27.90 | Revised case strategy charter document to update various tasks and deadlines. |
| 05/12/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Bond team regarding case status and strategies. |
| 05/16/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee's Scott and Schmitt regarding Communis Fund statements for April 2023. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Ziarniak regarding Communis Fund statements for April 2023. |
| 05/21/23 | J.D.Eaton | 0.10 | $27.90 | Drafted updates and revisions to case strategy charter document. |
| 05/22/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding case updates. |
| | C.J.Sullivan | 0.40 | $158.40 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 05/25/23 | A.S.Rivera | 0.30 | $59.40 | Reviewed case charters to assess status of ongoing matters. |
| 05/26/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with S. Mosman regarding the Diocese's April 2023 operating report. |
| | J.S.Krell | 0.20 | $75.60 | Conferred with Attorney Sullivan regarding case status and going forward case strategy. |
| 05/30/23 | K.M.Doner | 0.20 | $36.00 | Corresponded with S. Mosman and M. Ziarniak regarding the Diocese's April 2023 operating report. |
| | K.M.Doner | 1.50 | $270.00 | Analyzed the Diocese's April 2023 operating report. |
| | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to L. Passero, M. Ziarniak and S. Mosman regarding updates to the Diocese's April 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed updates to the Diocese's April 2023 operating report. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/30/23 | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to S. Mosman regarding updates to the April 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Temes regarding the Diocese's April 2023 operating report. |
| | C.J.Sullivan | 0.20 | $79.20 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 05/31/23 | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's April 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's April 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to L. Passero, M. Ziarniak and S. Mosman regarding final version of April 2023 operating report. |
| | Subtotal: | Hours:<br>Amount: | 6.70<br>$1,497.60 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/01/23 | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.10 | $43.20 | Conducted research regarding mediation issues. |
| 05/02/23 | S.A.Donato | 0.30 | $129.60 | Conferred with mediator Judge Zive regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with litigation counsel regarding mediation updates. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/03/23 | S.A.Donato | 0.30 | $129.60 | Reviewed notes concerning open mediation issues in preparation for conference call with Diocese. |
| | S.A.Donato | 0.10 | $43.20 | Conferred with Diocese regarding mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for Interstate regarding mediation issues. |
| 05/04/23 | G.T.Walter | 0.40 | $124.20 | Analyzed LMI standstill agreement. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Attorney Scharf regarding Interstate mediation issues. |
| | C.J.Sullivan | 0.50 | $198.00 | Corresponded with Attorney Donato and Diocese regarding mediation. |
| 05/05/23 | J.D.Eaton | 0.40 | $111.60 | Conducted conference call with Attorney Donato regarding Interstate mediation strategy. |
| | G.T.Walter | 0.40 | $124.20 | Prepared additional revisions to standstill agreement and dismissal of LMI from coverage adversary. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with mediator regarding mediation follow-up issues. |
| | S.A.Donato | 0.30 | $129.60 | Participated in supplemental consultation with mediator regarding mediation follow-up issues. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Walter regarding mediation issues. |
| | A.S.Rivera | 0.40 | $79.20 | Consulted with Attorney Donato regarding status of mediation. |
| 05/06/23 | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to Diocese regarding mediation update issues. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from Committee counsel regarding mediation issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/06/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from mediator regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from counsel for insurance carrier regarding mediation issues. |
| | S.A.Donato | 0.40 | $172.80 | Prepared response to counsel for insurance carrier regarding mediation follow-up issues. |
| 05/08/23 | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding mediation issues. |
| 05/09/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Attorney Plevin regarding insurance carrier mediation issues. |
| 05/10/23 | S.A.Donato | 0.10 | $43.20 | Conferred with litigation counsel regarding mediation updates. |
| 05/11/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Attorney Scharf regarding insurance carrier mediation issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to counsel for insurance carrier regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with P. Van Osselaer regarding insurance carrier mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding mediation updates. |
| | C.J.Sullivan | 0.20 | $79.20 | Reviewed stipulation of voluntary discontinuance in insurance adversary proceeding. |
| | C.J.Sullivan | 0.50 | $198.00 | Reviewed various correspondence from Diocese and insurance carrier counsel regarding mediation. |

Accounts Are Due Within 30 Days.

Page: 5

**B**OND, **S**CHOENECK & **K**ING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/11/23 | C.J.Sullivan | 0.30 | $118.80 | Drafted correspondence to special counsel and Diocese regarding stipulation of voluntary discontinuance in insurance adversary proceeding. |
| 05/12/23 | J.S.Krell | 0.40 | $151.20 | Conferred with Attorney Sullivan regarding the request of CNA, Interstate and the Committee to resume mediation. |
| | G.T.Walter | 0.40 | $124.20 | Consulted with Attorney Sullivan regarding mediation strategy. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding mediation issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to Diocese regarding mediation issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to special insurance counsel regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding mediation issues and updates. |
| | S.A.Donato | 0.10 | $43.20 | Conferred with Attorney Plevin regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed proposed term sheet received from Attorney Plevin. |
| | C.J.Sullivan | 0.40 | $158.40 | Participated in telephone conference with Attorney Walter regarding mediation strategy. |
| 05/15/23 | S.A.Donato | 0.80 | $345.60 | Participated in conference call with Diocese and mediator regarding mediation preparation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with special counsel regarding mediation updates. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 10, 2023
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/16/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from counsel for insurance carrier regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding insurance carrier mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Revised draft Diocesan letter regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Diocese regarding mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from counsel for insurance carrier regarding mediation follow-up issues. |
| 05/17/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Attorney Scharf regarding mediation process issues. |
| 05/18/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Attorney Scharf regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator Judge Zive regarding mediation issues. |
| 05/19/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding notice of dismissal of adversary proceedings against various insurance carriers. |
| 05/22/23 | J.D.Eaton | 0.10 | $27.90 | Conducted telephonic conference with Attorney Sullivan regarding mediation strategy. |
| | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with Attorneys Carter, Walter and Eaton regarding dismissal of action against various insurance carriers. |
| | J.D.Eaton | 0.30 | $83.70 | Communicated with Attorneys Walter, Carter, and K. Doner regarding stipulated dismissals of insurance adversary defendants. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/22/23 | K.M.Doner | 0.50 | $90.00 | Revised stipulations of dismissal as against Underwriters and LMI entities. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding stipulations dismissing adversary complaint against Underwriters and LMI entities. |
| 05/24/23 | S.A.Donato | 0.10 | $43.20 | Prepared correspondence to Diocese regarding mediation updates. |
| 05/25/23 | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding mediation updates. |
| | C.J.Sullivan | 0.50 | $198.00 | Corresponded with Attorney Donato and Diocese regarding upcoming mediation. |
| 05/26/23 | G.T.Walter | 0.40 | $124.20 | Consulted with Attorneys Sullivan and Donato regarding next steps in mediation. |
| | J.D.Eaton | 0.10 | $27.90 | Conducted telephonic conference with Attorney Sullivan regarding upcoming mediation session. |
| | C.J.Sullivan | 0.40 | $158.40 | Participated in telephone conference with Attorneys Donato and Walter regarding next steps in mediation. |
| 05/27/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from Attorney McDonald regarding mediation updates. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to Attorney McDonald regarding mediation updates. |

Subtotal: Hours: 22.00  
Amount: $8,703.90

### B150: Meetings of and Communications with Creditors

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/01/23 | S.A.Donato | 0.20 | $86.40 | Prepared agenda for status update conference call with counsel for Committee. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in status call with Committee counsel to discuss mediation and plan and disclosure statement issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 10, 2023
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/01/23 | S.A.Donato | 0.30 | $129.60 | Telephone conferenced with counsel for Committee regarding mediation and plan and disclosure statement issues. |
| 05/02/23 | A.S.Rivera | 0.30 | $59.40 | Conferred with creditor regarding status of case. |
| 05/08/23 | S.A.Donato | 0.20 | $86.40 | Prepared agenda for status update conference call with Committee counsel. |
| | S.A.Donato | 0.30 | $129.60 | Participated in status update conference call with Committee counsel regarding status of plan supplements and mediation issues. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Committee counsel regarding case status and strategy, mediation and disclosure statement issues. |
| 05/15/23 | S.A.Donato | 0.10 | $43.20 | Participated in status update conference call with Committee counsel regarding mediation updates. |
| | Subtotal: | Hours: | 2.00 | |
| | | Amount: | $772.20 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/05/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding updates to Bond's March 2023 fee statement. |
| | K.M.Doner | 0.40 | $72.00 | Prepared additional updates to Bond's March 2023 fee statement. |
| 05/12/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding Bond's March and April 2023 fee statements. |
| 05/22/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Donato regarding Bond's March 2023 fee statement. |
| 05/24/23 | K.M.Doner | 0.20 | $36.00 | Prepared certificate of no objection related to Bond's January 2023 fee statement. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/24/23 | K.M.Doner | 0.20 | $36.00 | Prepared certificate of no objection related to Bond's February 2023 fee statement. |
| | K.M.Doner | 0.20 | $36.00 | Prepared certificate of no objection related to Blank Rome's March 2023 fee statement. |
| 05/31/23 | K.M.Doner | 0.30 | $54.00 | Prepared notice of filing and cover sheet in connection with Bond's March 2023 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Prepared notice of filing and cover sheet in connection with Blank Rome's April 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Bond's March and Blank Rome's April 2023 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with S. Scott and K. Schmitt regarding Bond's March and Blank Rome's April 2023 fee statements. |
| | Subtotal: | Hours: | 2.10 | |
| | | Amount: | $378.00 | |

**B170: Fee/Employment Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/03/23 | J.S.Krell | 0.20 | $75.60 | Reviewed Burns Bair's March 2023 fee statement. |
| | Subtotal: | Hours: | 0.20 | |
| | | Amount: | $75.60 | |

**B180: Avoidance Action Analysis**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/01/23 | S.A.Donato | 0.80 | $345.60 | Initially reviewed CNA opposition to Committee standing issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for Committee regarding CNA opposition to Committee standing issues. |
| | Subtotal: | Hours: | 1.10 | |
| | | Amount: | $475.20 | |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B190: Other Contested Matters (excluding assumption/rejection motions)** | | | | |
| 05/03/23 | S.A.Donato | 0.10 | $43.20 | Conferred with counsel for insurance carrier regarding 2019 order compliance issues. |
| 05/04/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence regarding 2019 order dispute from counsel for CNA. |
| | S.A.Donato | 0.40 | $172.80 | Analyzed competing orders regarding 2019 order dispute. |
| | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to counsel for CNA regarding 2019 order dispute. |
| | J.S.Krell | 0.20 | $75.60 | Reviewed letter from Jeff Anderson & Associates to Judge Warren regarding Continental's Rule 2019 motion. |
| 05/10/23 | A.S.Rivera | 0.80 | $158.40 | Researched issues related to Rule 2019. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with Attorney Scharf regarding CNA Rule 2019 order updates. |
| 05/12/23 | A.S.Rivera | 0.50 | $99.00 | Examined issues related to Rule 2019 statements. |
| 05/17/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from counsel for insurance carrier regarding draft 2004 order settlement issue. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed draft 2004 order regarding settlement issue. |
| 05/24/23 | K.M.Doner | 0.20 | $36.00 | Conducted research regarding Continental's motions for Rule 2019 disclosures and disclosure of financing arrangements. |
| | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Eaton regarding Continental's motions for Rule 2019 disclosures and disclosure of financing arrangements. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed Judge Warren 2004 and 2019 order concerning state court counsel disclosures. |
| 05/25/23 | G.J.McDonald | 0.50 | $198.00 | Participated in telephone conference with Villa of Hope attorney regarding litigation issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/31/23 | A.S.Rivera | 0.80 | $158.40 | Examined correspondence from co-defendant in case that named Diocese as defendant. |
| | Subtotal: | Hours:<br>Amount: | 5.40<br>$1,737.00 | |

**B230: Financing/Cash Collections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/02/23 | S.A.Donato | 0.40 | $172.80 | Conferred with counsel regarding Communis funding issues. |
| | Subtotal: | Hours:<br>Amount: | 0.40<br>$172.80 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/01/23 | S.A.Donato | 0.10 | $43.20 | Conducted research regarding claim objection issues. |
| | G.J.McDonald | 6.00 | $2,376.00 | Drafted objections and responses to document requests issued by Jeff Anderson & Associates for 15 claimants facing claim objections filed by CNA. |
| | J.S.Krell | 0.20 | $75.60 | Reviewed Continental's opposition to the Committee's motion to dismiss claim objections. |
| 05/02/23 | G.J.McDonald | 1.10 | $435.60 | Worked on spreadsheet analysis of sexual abuse proofs of claim. |
| | G.J.McDonald | 2.40 | $950.40 | Drafted responses to claimants document requests to the Diocese in connection with CNA objections to certain sexual abuse proofs of claim. |
| 05/03/23 | G.T.Walter | 0.30 | $93.15 | Reviewed materials regarding claim objection issues. |
| 05/12/23 | S.A.Donato | 0.30 | $129.60 | Further reviewed CNA discovery request regarding claim objections. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/12/23 | G.J.McDonald | 0.50 | $198.00 | Reviewed proof of claim filed alleging abuse by F. Rogers and judgment obtained by claimant. |
| 05/22/23 | J.S.Krell | 0.20 | $75.60 | Conferred with Attorney Sullivan regarding the adjournment of claims objections. |
| | Subtotal: | Hours:<br>Amount: | 11.10<br>$4,377.15 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/01/23 | C.M.Carr | 0.40 | $77.40 | Conducted research relating to the solicitations procedure motion. |
| | J.D.Eaton | 0.30 | $83.70 | Communicated with Attorney Rivera and A. Westmoreland regarding review of additional parties to provide notice of the solicitation motion and disclosure statement hearing. |
| 05/02/23 | J.D.Eaton | 0.20 | $55.80 | Reviewed claims databases in order to coordinate service of solicitation motion and related documents. |
| | J.D.Eaton | 0.10 | $27.90 | Conducted telephonic conference with Attorney McDonald regarding claims spreadsheet question related to the solicitation motion. |
| | G.T.Walter | 0.30 | $93.15 | Participated in call with Attorney Eaton regarding notice of disclosure statement hearing. |
| | J.D.Eaton | 0.50 | $139.50 | Communicated with A. Westmoreland at Stretto regarding reconciling various claims spreadsheet data for solicitation notices. |
| | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Walter regarding supplemental notice issues with solicitation motion. |
| 05/03/23 | C.M.Carr | 0.80 | $154.80 | Conducted research relating to the solicitations procedure motion. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/03/23 | G.T.Walter | 0.70 | $217.35 | Participated in call with Diocese regarding mediation, plan and disclosure statement issues. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with Diocese regarding plan and disclosure statement updates. |
| | S.A.Donato | 0.70 | $302.40 | Participated in weekly status update conference call with Diocese regarding mediation, plan and disclosure statement updates. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with counsel for insurance carrier regarding disclosure statement hearing. |
| | C.J.Sullivan | 0.70 | $277.20 | Participated in telephone conference with Diocese regarding case status, mediation and plan and disclosure statement issues. |
| | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conferences with Attorney Carr and A. Westmoreland of Stretto regarding supplemental service list question pertaining to solicitation motion. |
| 05/05/23 | G.T.Walter | 0.40 | $124.20 | Consulted with Attorney Donato regarding plan confirmation strategy. |
| 05/08/23 | K.M.Doner | 0.30 | $54.00 | Conducted research regarding creditor inquiry pertaining to plan and disclosure statement. |
| 05/10/23 | S.A.Donato | 0.20 | $86.40 | Conferred with litigation counsel regarding plan and disclosure statement updates. |
| 05/11/23 | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding plan and disclosure statement updates. |
| 05/12/23 | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conference with Attorney Sullivan regarding preparations for disclosure statement hearing. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with Attorney Plevin regarding plan and disclosure statement issues. |
| | A.S.Rivera | 0.20 | $39.60 | Consulted with Attorney Donato regarding status of disclosure statement hearing. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/15/23 | G.T.Walter | 0.20 | $62.10 | Conferred with Committee counsel regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.20 | $86.40 | Participated in weekly status update conference call with Committee counsel regarding plan and disclosure statement updates. |
| 05/22/23 | A.S.Rivera | 0.10 | $19.80 | Consulted with Attorney Sullivan regarding status of disclosure statement. |
| 05/24/23 | S.A.Donato | 0.10 | $43.20 | Prepared correspondence to Diocese regarding plan and disclosure statement issue. |
| 05/30/23 | J.S.Krell | 0.20 | $75.60 | Reviewed the recent Second Circuit decision regarding plan third party releases to non-debtors. |
| | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conferences with Attorneys Rivera and Brewster regarding brief research into third party releases. |
| | G.T.Walter | 0.70 | $217.35 | Analyzed Second Circuit decision and impact on third party releases/channeling injunctions. |
| 05/31/23 | A.S.Rivera | 1.00 | $198.00 | Examined recent precedent concerning chapter 11 plan issues. |

Subtotal:  Hours:  10.20  
Amount:  $3,103.65

**Total Hours and Fees For This Matter:**   61.20    $21,293.10

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973013

The Diocese of Rochester

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| S. A. Donato (Member) | 22.30 | $432.00 | $9,633.60 |
| G. J. McDonald (Member) | 10.50 | 396.00 | 4,158.00 |
| C. J. Sullivan (Member) | 4.70 | 396.00 | 1,861.20 |
| S. C. Temes (Member) | 0.50 | 315.00 | 157.50 |
| G. T. Walter (Member) | 4.20 | 310.50 | 1,304.10 |
| J. S. Krell (Of Counsel) | 1.60 | 378.00 | 604.80 |
| C. M. Carr (Associate) | 1.20 | 193.50 | 232.20 |
| J. D. Eaton (Associate) | 3.50 | 279.00 | 976.50 |
| A. S. Rivera (Associate) | 4.40 | 198.00 | 871.20 |
| K. M. Doner (Paralegal) | 8.30 | 180.00 | 1,494.00 |
| **Total** | 61.20 | | $21,293.10 |
| **Courtesy Discount** | | | ($1,402.80) |
| **Total Fees This Invoice** | | | $19,890.30 |

**Matter Disbursement Summary**

| | |
|---|---|
| Color Copy Charges | $3.00 |
| Copy Charges | 94.20 |
| Data Hosting & Storage | 967.50 |
| Messenger Service | 20.18 |
| **Total Disbursements** | **$1,084.88** |
| | |
| **TOTAL FOR THIS MATTER** | **$20,975.18** |