UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period June 1, 2023 Through June 30, 2023*, a copy of which is attached hereto and hereby served upon you. In addition, Bond has provided the United States Trustee with a copy of its June 2023 invoice in text format.

Dated: August 25, 2023

BOND, SCHOENECK & KING, PLLC

By: */s/ Stephen A. Donato*
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No. 19-20905

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 20, 2019 [Docket No. 249] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | June 1, 2023 through June 30, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $16,542.90 ($13,234.32) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,973.30 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's forty-fifth monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 10, 2023
Bill Number: 19973755

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 06/30/23.

**Chapter 11 Bankruptcy**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 06/01/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with M. Powers regarding documents to be filed under seal in connection with main bankruptcy case. |
| | J.D.Eaton | 0.20 | $55.80 | Updated case charter strategy document. |
| 06/02/23 | G.T.Walter | 0.30 | $93.15 | Participated in call with Attorney Donato regarding case status and strategy. |
| 06/15/23 | J.D.Eaton | 0.10 | $27.90 | Drafted various updates to the case strategy charter. |
| 06/16/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to U.S. Trustee regarding the Diocese's May 2023 Communis Fund statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Ziarniak regarding the Diocese's May 2023 Communis Fund statements. |
| 06/22/23 | J.D.Eaton | 0.10 | $27.90 | Revised case strategy charter. |
| 06/27/23 | K.M.Doner | 1.40 | $252.00 | Analyzed the Diocese's May 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to S. Mosman summarizing comments to May 2023 operating report. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/29/23 | K.M.Doner | 0.20 | $36.00 | Reviewed updates to the Diocese's May 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with S. Mosman regarding the Diocese's May 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding updates to the Diocese's May 2023 operating report. |
| | J.D.Eaton | 0.10 | $27.90 | Drafted updates to case strategy charter. |
| 06/30/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Temes regarding the Diocese's May 2023 operating report. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |

Subtotal: Hours: 3.60  
Amount: $801.45

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/02/23 | A.S.Rivera | 0.20 | $39.60 | Consulted with Attorney Donato regarding preparation for mediation. |
| | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from Committee regarding insurance carrier mediation issues. |
| | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conference with Attorney Donato regarding upcoming mediation session and preparation for mediation. |
| | C.J.Sullivan | 1.00 | $396.00 | Corresponded with Diocese and E-Discovery team regarding mediation. |
| 06/05/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Attorney Scharf regarding mediation issues. |
| | S.A.Donato | 0.40 | $172.80 | Telephone conferenced with non-diocesan attorney regarding mediation issues and updates. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06//05/23 | S.A.Donato | 0.20 | $86.40 | Consulted with Attorney McDonald regarding mediation issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared follow-up correspondence to Diocese regarding mediation issues. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in call with Committee counsel regarding mediation issues. |
| 06/06/23 | C.J.Sullivan | 0.50 | $198.00 | Responded to inquiry concerning formation of Catholic Ad Hoc Committee in BSA case. |
| 06/07/23 | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding mediation issues. |
| 06/08/23 | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from insurance carrier regarding mediation issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to insurance carrier regarding mediation issues. |
| 06/09/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from litigation counsel regarding BSA follow-up issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Diocese regarding mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding mediation preparation issues. |
| 06/12/23 | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to mediators regarding insurance carrier mediation issues. |
| 06/14/23 | C.J.Sullivan | 0.30 | $118.80 | Consulted with Attorney Donato regarding mediation strategy. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 1.00 | $432.00 | Conferred with mediator regarding mediation preparation issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 10, 2023
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/14/23 | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding mediation preparation issues. |
| 06/15/23 | C.J.Sullivan | 0.50 | $198.00 | Consulted with Attorney Donato regarding status of mediation. |
| | S.A.Donato | 0.90 | $388.80 | Prepared for mediation session with counsel for insurance carrier and mediators. |
| | S.A.Donato | 7.50 | $3,240.00 | Attended mediation sessions with counsel for insurance carrier and mediators. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from Parish counsel regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Participated in supplemental consultation with counsel for insurance carrier regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Participated in supplemental consultation with counsel for Creditors' Committee regarding mediation follow-up issues. |
| 06/16/23 | J.S.Krell | 0.30 | $113.40 | Conferred with Attorney Donato regarding status of mediation. |
| | S.A.Donato | 0.40 | $172.80 | Reviewed correspondence from mediator regarding insurance carrier mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation follow-up issues. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Donato regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for Creditors' Committee regarding mediation issues. |
| 06/20/23 | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carriers regarding mediation follow-up. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with mediator regarding mediation follow-up. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/20/23 | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for Creditors' Committee regarding mediation follow-up issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Participated in supplemental consultation with mediator regarding mediation issues and updates. |
| | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from mediator regarding mediation issues and updates. |
| 06/21/23 | S.A.Donato | 0.30 | $129.60 | Revised draft correspondence to Diocese regarding mediation issues. |
| | S.A.Donato | 0.20 | $86.40 | Consulted with Attorney McDonald regarding draft correspondence concerning mediation issues. |
| 06/22/23 | S.A.Donato | 0.30 | $129.60 | Conferred with mediators regarding mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Attorney Murray regarding mediation updates. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with Diocese regarding mediation updates. |
| | S.A.Donato | 0.90 | $388.80 | Finalized mediation correspondence to Diocese. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for non-diocesan entity regarding mediation issues. |
| 06/23/23 | G.T.Walter | 0.30 | $93.15 | Consulted with Attorney Donato regarding mediation strategy. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Donato regarding mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation updates. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with Attorney Burns regarding mediation preparation issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 10, 2023
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/28/23 | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to Diocese regarding mediation settlement issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding mediation settlement issues. |
| | S.A.Donato | 0.20 | $86.40 | Participated in supplemental consultation with Diocese regarding mediation settlement issues. |

    Subtotal:    Hours: 25.20
                  Amount: $10,641.15

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/30/23 | J.D.Eaton | 0.10 | $27.90 | Conducted telephonic conference with Attorney Sullivan regarding whether demand letter violates the automatic stay. |

    Subtotal:    Hours: 0.10
                  Amount: $27.90

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/01/23 | A.S.Rivera | 0.30 | $59.40 | Conferred with creditor regarding status of case. |
| 06/26/23 | G.T.Walter | 0.40 | $124.20 | Conferred with Committee counsel regarding mediation, plan and disclosure statement issues. |
| | C.J.Sullivan | 0.40 | $158.40 | Participated in telephone conference with Committee counsel regarding case status, mediation and plan and disclosure statement issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared agenda for status update conference call with Committee counsel. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/26/23 | S.A.Donato | 0.40 | $172.80 | Participated in status update conference call with Committee counsel regarding mediation, plan and disclosure statement issues. |
| | Subtotal: | Hours: Amount: | 1.70 $601.20 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/03/23 | K.M.Doner | 2.70 | $486.00 | Prepared Bond's April 2023 fee statement. |
| 06/05/23 | G.T.Walter | 0.30 | $93.15 | Exchanged correspondence with Diocese regarding payment of GSSB professional fees. |
| | J.D.Eaton | 0.10 | $27.90 | Drafted correspondence to L. Passero and A. Gollman regarding W9 and payment for GSBB professional fees. |
| 06/13/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Eaton regarding updates to Bond's April 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Participated in follow up telephone conference with Attorney Eaton regarding additional updates to Bond's April 2023 fee statement. |
| 06/15/23 | K.M.Doner | 0.30 | $54.00 | Prepared notice of filing of Blank Rome's May 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Blank Rome's May 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustees Scott and Schmitt regarding Blank Rome's May 2023 fee statement. |
| 06/16/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Donato and Sullivan regarding fee statement issues. |

Case 2-19-20905-PRW, Doc 2209, Filed 08/25/23, Entered 08/25/23 10:54:53, Description: Main Document , Page 9 of 13

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/20/23 | K.M.Doner | 0.20 | $36.00 | Corresponded with D. Burley of Harris Beach regarding timing for submission of next round of fee applications. |
| | J.D.Eaton | 1.80 | $502.20 | Revised Bond's April 2023 monthly fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Reviewed updates to Bond's April 2023 fee statement. |
| 06/22/23 | K.M.Doner | 0.10 | $18.00 | Responded to Attorney Michael's inquiry regarding fee applications. |
| 06/24/23 | K.M.Doner | 1.50 | $270.00 | Prepared Bond's May 2023 fee statement. |
| 06/28/23 | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection to Bond's March 2023 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection to Blank Rome's April 2023 fee statement. |

Subtotal: Hours: 8.40  
Amount: $1,739.25

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/06/23 | J.D.Eaton | 0.30 | $83.70 | Reviewed Rule 2019 disclosures filed by various state court plaintiff firms. |
| | K.M.Doner | 0.30 | $54.00 | Reviewed Rule 2019 Disclosures. |
| 06/15/23 | C.J.Sullivan | 0.50 | $198.00 | Corresponded with Diocese and E-Discovery team regarding Attorney General information demand. |
| 06/16/23 | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conference with Attorney Sullivan regarding Rule 2019 disclosure issues. |
| 06/23/23 | J.D.Eaton | 0.10 | $27.90 | Conducted telephonic conference with Attorneys Sullivan and Rivera regarding review of Rule 2019 information. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 10, 2023
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/28/23 | A.S.Rivera | 2.10 | $415.80 | Conducted research regarding recent precedent concerning diocesan bankruptcies that may impact on Diocese's case. |
| | Subtotal: | Hours: Amount: | 3.50 $835.20 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/01/23 | G.J.McDonald | 0.50 | $198.00 | Analyzed CVA lawsuits and proofs of claim implicating Villa of Hope. |
| 06/05/23 | G.J.McDonald | 1.00 | $396.00 | Attended telephone conference with Villa of Hope counsel regarding claim issues. |
| 06/21/23 | G.J.McDonald | 0.30 | $118.80 | Worked on letter to Villa's attorney regarding contribution. |
| | Subtotal: | Hours: Amount: | 1.80 $712.80 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/01/23 | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Powers regarding filing of certificate of service under seal related to motion to approve disclosure statement and related relief. |
| | S.M.Brewster | 1.40 | $226.80 | Conducted research related to non-consensual third party releases. |
| | G.T.Walter | 1.50 | $465.75 | Analyzed Second Circuit decision regarding impact on chapter 11 plan confirmation standards. |
| | C.J.Sullivan | 0.50 | $198.00 | Reviewed recent Second Circuit decision regarding third party releases. |
| | S.A.Donato | 0.20 | $86.40 | Initially analyzed Second Circuit decision concerning third party releases. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973755

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 06/01/23 | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to Diocese regarding Second Circuit decision concerning third party releases. |
| 06/05/23 | S.M.Brewster | 0.70 | $113.40 | Continued research related to non-consensual third party releases. |
| 06/07/23 | S.M.Brewster | 2.00 | $324.00 | Conducted additional research related to non-consensual third party releases. |
| 06/09/23 | S.M.Brewster | 0.70 | $113.40 | Researched related to non-consensual third party releases. |
| 06/19/23 | G.J.McDonald | 1.00 | $396.00 | Worked on correspondence to third party regarding contribution to become a participating party as defined in plan of reorganization. |
| 06/20/23 | S.M.Brewster | 0.50 | $81.00 | Conducted additional research related to non-consensual third party releases. |
| 06/21/23 | S.M.Brewster | 1.50 | $243.00 | Researched related to third party releases. |
| 06/22/23 | S.M.Brewster | 0.50 | $81.00 | Continued research related to third party releases. |
| | Subtotal: | Hours: | 10.90 | |
| | | Amount: | $2,451.15 | |

**Total Hours and Fees For This Matter:** 55.20 $17,810.10

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 10, 2023  
Bill Number: 19973755

The Diocese of Rochester

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---:|---:|---:|
| S. A. Donato (Member) | 22.00 | $432.00 | $9,504.00 |
| G. J. McDonald (Member) | 2.80 | 396.00 | 1,108.80 |
| C. J. Sullivan (Member) | 4.90 | 396.00 | 1,940.40 |
| G. T. Walter (Member) | 2.80 | 310.50 | 869.40 |
| J. S. Krell (Of Counsel) | 0.30 | 378.00 | 113.40 |
| J. D. Eaton (Associate) | 3.30 | 279.00 | 920.70 |
| A. S. Rivera (Associate) | 2.60 | 198.00 | 514.80 |
| S. M. Brewster (Other) | 7.30 | 162.00 | 1,182.60 |
| K. M. Doner (Paralegal) | 9.20 | 180.00 | 1,656.00 |
| **Total** | 55.20 | | $17,810.10 |
| **Courtesy Discount** | | | ($1,267.20) |
| **Total Fees This Invoice** | | | $16,542.90 |

**Matter Disbursement Summary**

| | |
|---|---:|
| Data Hosting & Storage | $967.50 |
| Travel Expense | 1,005.80 |
| **Total Disbursements** | **$1,973.30** |
| **TOTAL FOR THIS MATTER** | **$18,516.20** |