UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period July 1, 2023 Through July 31, 2023*, a copy of which is attached hereto and hereby served upon you. In addition, Bond has provided the United States Trustee with a copy of its July 2023 invoice in text format.

Dated: August 25, 2023

BOND, SCHOENECK & KING, PLLC

By: */s/ Stephen A. Donato*
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No. 19-20905

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 20, 2019 [Docket No. 249] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | July 1, 2023 through July 31, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $27,293.85 ($21,835.08) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,464.06 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's forty-sixth monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 14, 2023  
Bill Number: 19979570

The Diocese of Rochester  
1150 Buffalo Road  
Rochester, NY 14624-1890

For Legal Services Rendered through 07/31/23.

**Chapter 11 Bankruptcy**  
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 07/05/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's May 2023 operating report. |
| | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's May 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's May 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to L. Passero, M. Ziarniak and S. Mosman regarding the Diocese's May 2023 operating report. |
| | C.J.Sullivan | 0.40 | $158.40 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 07/06/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from non-diocesan entity regarding chapter 11 status issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to Attorney McDonald regarding correspondence from non-diocesan entity regarding chapter 11 status issues. |
| | S.A.Donato | 0.20 | $86.40 | Consulted with Attorney McDonald regarding correspondence from non-diocesan entity regarding chapter 11 status issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 14, 2023  
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/07/23 | J.D.Eaton | 0.10 | $27.90 | Drafted updates to the case strategy charter. |
| 07/13/23 | J.D.Eaton | 0.10 | $27.90 | Drafted updates to case strategy charter. |
| 07/20/23 | J.D.Eaton | 0.10 | $27.90 | Revised case strategy charter. |
| 07/24/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Scott regarding the Diocese's June 2023 Communis Fund statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Ziarniak regarding the Diocese's June 2023 Communis Fund statements. |
| 07/27/23 | C.J.Sullivan | 0.80 | $316.80 | Conferred with counsel for insurance carrier regarding case status and strategy. |
| | C.J.Sullivan | 0.20 | $79.20 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 07/28/23 | J.D.Eaton | 0.10 | $27.90 | Drafted updates to case strategy charter. |
| | Subtotal: | Hours: | 3.40 | |
| | | Amount: | $1,130.40 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/05/23 | G.T.Walter | 1.00 | $310.50 | Analyzed demand letter from state court counsel regarding mediation issues. |
| | G.T.Walter | 0.70 | $217.35 | Analyzed correspondence from CNA counsel regarding demand letters. |
| | S.A.Donato | 1.10 | $475.20 | Analyzed plaintiff demand letters regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with special insurance counsel regarding mediation follow-up issues. |
| 07/06/23 | G.T.Walter | 0.40 | $124.20 | Participated in call with Attorneys Donato and Sullivan regarding plaintiff demand letters. |
| | G.T.Walter | 1.00 | $310.50 | Conducted further analysis regarding plaintiff demand letters. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 14, 2023
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/06/23 | G.T.Walter | 0.30 | $93.15 | Participated in call with Blank Rome regarding plaintiff demand letters. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation demand letter. |
| | S.A.Donato | 0.40 | $172.80 | Consulted with Attorneys Sullivan and Walter regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Participated in follow up telephone conference with special insurance counsel and Attorney Sullivan regarding mediation issues. |
| | C.J.Sullivan | 1.70 | $673.20 | Reviewed settlement demand. |
| | G.J.McDonald | 0.30 | $118.80 | Telephone conferenced with Attorneys Donato, Sullivan and Murray regarding settlement demand letters to CNA. |
| | G.J.McDonald | 0.40 | $158.40 | Analyzed CNA communication regarding demand letters received from various plaintiffs' counsel. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Donato regarding settlement demand. |
| 07/07/23 | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Sullivan regarding upcoming mediation session strategy. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding mediation updates. |
| | S.A.Donato | 1.10 | $475.20 | Continued preparation for mediation session. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to Committee counsel regarding mediation issues. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Donato regarding mediation issues. |
| 07/10/23 | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding mediation issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 14, 2023
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/10/23 | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding insurance carrier mediation preparation issues. |
| | A.S.Rivera | 0.60 | $118.80 | Examined BSA plan and related documents to address question regarding BSA information requests. |
| 07/11/23 | G.T.Walter | 0.10 | $31.05 | Consulted with Attorney Donato regarding Interstate negotiations. |
| | S.A.Donato | 0.20 | $86.40 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.40 | $172.80 | Participated in conference call with co-mediators regarding insurance carrier mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Diocese regarding insurance carrier mediation updates. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding mediation preparation issues. |
| 07/12/23 | S.A.Donato | 0.40 | $172.80 | Prepared for mediation sessions. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Diocese regarding mediation issues. |
| 07/13/23 | S.A.Donato | 9.00 | $3,888.00 | Attended mediation session with CNA counsel and Committee counsel. |
| 07/14/23 | G.T.Walter | 0.30 | $93.15 | Consulted with Attorney Donato regarding mediation developments. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with Committee counsel regarding mediation follow-up issues. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Donato regarding mediation issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 14, 2023
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/18/23 | S.A.Donato | 0.40 | $172.80 | Conferred with Committee counsel regarding mediation follow-up issues. |
| | S.A.Donato | 0.30 | $129.60 | Participated in supplemental consultation with Committee counsel regarding mediation issues. |
| 07/19/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding mediation issues. |
| 07/22/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from counsel for insurance carrier regarding mediation updates. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to counsel for insurance carrier regarding mediation updates. |
| 07/26/23 | S.A.Donato | 0.30 | $129.60 | Initially reviewed correspondence received from special counsel regarding mediation issues. |
| 07/27/23 | S.A.Donato | 0.10 | $43.20 | Conferred with Diocese regarding mediation issues. |
| | S.A.Donato | 0.90 | $388.80 | Reviewed correspondence from special insurance counsel for the Committee regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to Diocese regarding correspondence from special insurance counsel for the Committee regarding mediation issues. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from special insurance counsel for the Diocese regarding mediation issues. |
| 07/28/23 | S.A.Donato | 0.40 | $172.80 | Reviewed Committee motion regarding insurance carrier settlement request. |
| 07/31/23 | S.A.Donato | 0.30 | $129.60 | Revised letter to Committee's special insurance counsel regarding mediation issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to special insurance counsel regarding mediation issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 14, 2023
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/31/23 | S.A.Donato | 0.40 | $172.80 | Conducted initial review of draft complaint received from Committee's special insurance counsel regarding mediation issues. |
| | Subtotal: | Hours: 29.60 | | |
| | | Amount: $12,020.40 | | |

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/10/23 | G.T.Walter | 0.30 | $93.15 | Participated in call with Committee counsel regarding mediation issues and business operations. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding mediation issues and updates and business operations. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Committee counsel regarding case status and strategy, mediation issues and business operations. |
| 07/18/23 | S.A.Donato | 0.40 | $172.80 | Participated in consultation with Committee counsel regarding status conference issues. |
| | S.A.Donato | 0.40 | $172.80 | Participated in supplemental consultation with Committee counsel regarding status conference issues. |
| 07/25/23 | G.T.Walter | 0.40 | $124.20 | Participated in call with Committee counsel regarding case status, mediation updates and plan and disclosure statement issues. |
| | S.A.Donato | 0.40 | $172.80 | Participated in status update conference call with Committee counsel regarding mediation, plan and disclosure statement issues. |
| | Subtotal: | Hours: 2.50 | | |
| | | Amount: $984.15 | | |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 14, 2023  
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B160: Fee/Employment Applications** | | | | |
| 07/05/23 | K.M.Doner | 0.20 | $36.00 | Reviewed updates to Bond's April and May 2023 fee statements. |
| | J.D.Eaton | 0.20 | $55.80 | Drafted correspondence to Attorney Donato regarding question on April monthly fee statement. |
| 07/08/23 | K.M.Doner | 1.20 | $216.00 | Prepared Bond's June 2023 fee statement. |
| 07/10/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding updates to Bond's June 2023 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection to Blank Rome's May 2023 fee statement. |
| 07/12/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Donato regarding Bond's April and May 2023 fee statements. |
| 07/16/23 | J.D.Eaton | 0.80 | $223.20 | Revised Bond's May monthly fee statement. |
| | J.D.Eaton | 0.30 | $83.70 | Revised Bond's June monthly fee statement. |
| 07/21/23 | J.D.Eaton | 0.30 | $83.70 | Drafted correspondence to Attorney Donato regarding April monthly fee statement question. |
| 07/24/23 | K.M.Doner | 0.30 | $54.00 | Prepared notice of filing and cover sheet in connection with Bond's April 2023 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Prepared notice of filing and cover sheet in connection with Blank Rome's June 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Bond's April 2023 and Blank Rome's June 2023 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Scott regarding Bond's April 2023 and Blank Rome's June 2023 fee statements. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 14, 2023
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/28/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding updates to Bond's May and June 2023 fee statements. |
| | Subtotal: | Hours: | 4.50 | |
| | | Amount: | $968.40 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/07/23 | J.D.Eaton | 0.10 | $27.90 | Drafted correspondence to Attorney Rivera regarding Rule 2019 disclosures. |
| 07/20/23 | A.S.Rivera | 0.30 | $59.40 | Addressed issues related to Rule 2019 and verified statements. |
| 07/21/23 | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding status conference issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding status conference issues. |
| 07/27/23 | G.T.Walter | 1.60 | $496.80 | Analyzed Committee derivative standing letter regarding possible claims against CNA. |
| | G.J.McDonald | 0.30 | $118.80 | Reviewed letter from Bair and Burns regarding CNA. |
| | C.J.Sullivan | 0.80 | $316.80 | Researched derivative standing issue in connection with letter from special insurance counsel for Committee regarding General Business Law Section 349 cause of action. |
| | Subtotal: | Hours: | 3.70 | |
| | | Amount: | $1,278.90 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/27/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from Diocese regarding Fidelis issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 14, 2023
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/27/23 | S.A.Donato | 0.10 | $43.20 | Conferred with Diocese regarding business operational issues. |
| | Subtotal: | Hours:<br>Amount: | 0.40<br>$172.80 | |

### B310: Claims Administration and Objections

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/13/23 | G.J.McDonald | 1.30 | $514.80 | Analyzed sexual abuse claimants that made settlement demands to CNA. |
| 07/24/23 | G.J.McDonald | 1.00 | $396.00 | Analyzed claims implicating St. John Vianney. |
| | Subtotal: | Hours:<br>Amount: | 2.30<br>$910.80 | |

### B320: Plan and Disclosure Statement (including Business Plan)

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/14/23 | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conference with Attorneys Donato and Sullivan regarding revisions to plan to include additional settled insurer. |
| | A.S.Rivera | 0.20 | $39.60 | Consulted with Attorney Donato regarding status of plan negotiations. |
| | J.S.Krell | 0.20 | $75.60 | Consulted with Attorney Sullivan regarding the status of the disclosure statement. |
| 07/18/23 | S.A.Donato | 0.40 | $172.80 | Prepared correspondence to mediation parties regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with mediator regarding plan and disclosure statement issues. |
| | A.S.Rivera | 0.30 | $59.40 | Examined recent diocese bankruptcy precedent for effect on Diocese. |
| 07/19/23 | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Donato regarding letter updating Court on status. |
| | J.D.Eaton | 2.40 | $669.60 | Revised body of status report to be filed with Court. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 14, 2023
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/19/23 | S.A.Donato | 0.40 | $172.80 | Outlined draft status report. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Eaton regarding draft status report. |
| | S.A.Donato | 0.50 | $216.00 | Revised draft status report. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to insurance carrier counsel regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with Diocese regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.40 | $172.80 | Continued to outline draft status report. |
| 07/20/23 | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conference with Attorney Donato regarding status report to prepare for the Court. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding amended plan and disclosure statement issues. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to counsel for insurance carrier regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.50 | $216.00 | Prepared final revisions to status report. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to Committee counsel regarding status report. |
| | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from counsel for insurance carrier regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to counsel for insurance carrier regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.40 | $172.80 | Prepared correspondence to counsel for insurance carriers regarding plan and disclosure statement follow-up issues. |
| | C.J.Sullivan | 0.50 | $198.00 | Revised draft status report to Court. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 14, 2023
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/20/23 | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from counsel for insurance carrier regarding plan and disclosure statement issues. |
| | J.D.Eaton | 0.30 | $83.70 | Further revised status report on plan and disclosure statement. |
| 07/21/23 | J.D.Eaton | 0.50 | $139.50 | Conducted telephonic conference with Attorney Donato regarding status report to Court on plan and disclosure statement. |
| | G.T.Walter | 0.50 | $155.25 | Consulted with Attorneys Donato and Eaton regarding implementation of Interstate settlements into plan. |
| | C.J.Sullivan | 0.50 | $198.00 | Participated in telephone conference with Attorney Donato regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.40 | $172.80 | Reviewed revisions to draft status report received from Committee counsel. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to special insurance counsel regarding draft status report. |
| | S.A.Donato | 0.50 | $216.00 | Consulted with Attorney Walter regarding amended plan and disclosure statement issues. |
| | J.D.Eaton | 1.10 | $306.90 | Further revised and finalized draft status report to Court regarding plan and disclosure statement. |
| | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conferences with Attorneys Donato, Walter, and R. Peterson regarding finalizing the draft status report of the plan and disclosure statement. |
| | A.S.Rivera | 0.30 | $59.40 | Consulted with Attorney Donato regarding status of plan negotiations. |
| | J.S.Krell | 0.30 | $113.40 | Consulted with Attorney Donato regarding the status of plan and disclosure statement discussions with the Committee. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 14, 2023  
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/22/23 | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from Diocese regarding plan and disclosure statement issues. |
| 07/24/23 | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.40 | $172.80 | Conducted initial review of plan and disclosure statement amendments. |
| 07/25/23 | S.A.Donato | 0.30 | $129.60 | Reviewed response filed by CNA to joint status report regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to Diocese regarding response filed by CNA to joint status report regarding plan and disclosure statement issues. |
| 07/26/23 | G.T.Walter | 0.50 | $155.25 | Participated in call with Attorney Donato regarding plan and disclosure statement revisions. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with Committee counsel regarding plan and disclosure statement issues. |
| | S.A.Donato | 0.50 | $216.00 | Consulted with Attorney Eaton regarding plan modification issues. |
| | S.A.Donato | 0.80 | $345.60 | Prepared initial outline of disclosure amendments. |
| | J.D.Eaton | 0.50 | $139.50 | Conducted initial strategy conference with Attorneys Donato and Walter regarding plan and disclosure statement revisions. |
| | J.D.Eaton | 0.60 | $167.40 | Prepared for initial call on amendments to plan and disclosure statement. |
| 07/27/23 | G.T.Walter | 0.50 | $155.25 | Conferred with CNA counsel regarding logistics surrounding competing plan process. |
| | J.D.Eaton | 0.40 | $111.60 | Began revising disclosure statement. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with Diocese regarding chapter 11 plan and disclosure statement. |
| | S.A.Donato | 0.90 | $388.80 | Conferred with counsel for CNA regarding plan and disclosure statement issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 14, 2023  
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/27/23 | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Walter regarding plan and disclosure statement issues. |
| 07/28/23 | J.D.Eaton | 1.40 | $390.60 | Continued to revise disclosure statement. |
| | J.D.Eaton | 0.60 | $167.40 | Conducted telephonic conference with Attorneys Donato, Sullivan, Walter, and Krell regarding amended plan and disclosure statement. |
| | G.T.Walter | 0.30 | $93.15 | Consulted with Attorney Donato regarding open case issues and plan strategy. |
| | G.T.Walter | 0.60 | $186.30 | Consulted with Attorneys Donato and Eaton regarding modifications to plan and disclosure statement. |
| | C.J.Sullivan | 0.50 | $198.00 | Reviewed plan and disclosure statement. |
| | C.J.Sullivan | 0.60 | $237.60 | Participated in telephone conference with Attorney Donato regarding revisions to plan and disclosure statement. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with Committee counsel regarding plan and disclosure statement amendment issues. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Walter regarding plan and disclosure statement modifications. |
| | S.A.Donato | 1.70 | $734.40 | Reviewed plan and disclosure statement regarding amendment preparation. |
| | S.A.Donato | 0.60 | $259.20 | Participated in conference call with Attorney Eaton regarding preparation of plan and disclosure amendment. |
| | J.S.Krell | 0.60 | $226.80 | Consulted with Attorneys Sullivan and Walter regarding the plan and disclosure statement and drafting certain plan supplement documents. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 14, 2023  
Bill Number: 19979570

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/31/23 | J.D.Eaton | 4.60 | $1,283.40 | Revised first amended plan and disclosure statement. |

| | Subtotal: | Hours: | 34.00 | |
| | | Amount: | $12,024.00 | |

**Total Hours and Fees For This Matter:** 80.40  $29,489.85

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 39.00 | $432.00 | $16,848.00 |
| G. J. McDonald (Member) | 3.30 | 396.00 | 1,306.80 |
| C. J. Sullivan (Member) | 7.20 | 396.00 | 2,851.20 |
| G. T. Walter (Member) | 8.50 | 310.50 | 2,639.25 |
| J. S. Krell (Of Counsel) | 1.10 | 378.00 | 415.80 |
| J. D. Eaton (Associate) | 15.80 | 279.00 | 4,408.20 |
| A. S. Rivera (Associate) | 1.70 | 198.00 | 336.60 |
| K. M. Doner (Paralegal) | 3.80 | 180.00 | 684.00 |
| **Total** | 80.40 | | $29,489.85 |
| **Courtesy Discount** | | | ($2,196.00) |
| **Total Fees This Invoice** | | | $27,293.85 |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

August 14, 2023  
Bill Number: 19979570

The Diocese of Rochester

**Matter Disbursement Summary**

| | |
|---|---|
| Data Hosting & Storage | $967.50 |
| Travel Expense | 496.56 |
| **Total Disbursements** | **$1,464.06** |
| **TOTAL FOR THIS MATTER** | **$28,757.91** |