UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

        Debtor.

Chapter 11

Case No. 19-20905 (PRW)

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period July 1, 2023 through July 31, 2023,* a copy of which is attached hereto and hereby served upon you. In addition, Burns Bair LLP has provided the United States Trustee with a copy of its invoice in text format.

Dated: September 5, 2023

**BURNS BAIR LLP**

 /s/ Timothy W. Burns
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Rochester |
| Date of Retention: | Effective May 26, 2021 pursuant to Order entered June 22, 2021 [Docket No. 1113] |
| Period for which compensation and reimbursement is sought: | July 1, 2023 through July 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $67,369.25 ($53,895.40) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,155.52 |

This is a:  X  monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-sixth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

Issue Date : 8/31/2023

Bill # : 01213

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 7/2/2023 | Jesse Bair | Review correspondence with state court counsel re additional CNA demand letters (.1); | 0.10 | $62.50 |
| 7/3/2023 | Jesse Bair | Review I. Scharf correspondence re mediation update (.1); | 0.10 | $62.50 |
| 7/5/2023 | Leakhena Au | Edit and revise insurance demand letters (.5); review and respond to correspondence from T. Burns re same (.1); | 0.60 | $252.00 |
| 7/5/2023 | Timothy Burns | Correspondence with BB team re upcoming mediation (.2); review certain Interstate demand letters (.2); review correspondence with BB team re same (.2); review correspondence with I. Scharf and the Committee re status of settlement negotiations (.1); review and respond to correspondence with J. Bair and I. Scharf re Interstate demands (.2); | 0.90 | $630.00 |
| 7/5/2023 | Jesse Bair | Review I. Scharf correspondence re mediation update (.1); | 0.10 | $62.50 |
| 7/5/2023 | Jesse Bair | Preliminary review and analysis of draft Interstate demand letters (.3); correspondence with I. Scharf re same (.1); | 0.40 | $250.00 |
| 7/5/2023 | Jesse Bair | Begin preparations for upcoming CNA mediation (.1); | 0.10 | $62.50 |
| 7/5/2023 | Jesse Bair | Analyze additional CNA demand letters prepared by state court counsel (.2); | 0.20 | $125.00 |
| 7/6/2023 | Jesse Bair | Correspondence with I. Scharf re Interstate demand letters (.1); | 0.10 | $62.50 |
| 7/6/2023 | Jesse Bair | Analysis regarding potential additional CNA demand letters (.3); provide instructions to N. Kuenzi re preparing same (.1); | 0.40 | $250.00 |
| 7/6/2023 | Nathan Kuenzi | Draft additional CNA demand letters (1.0); | 1.00 | $420.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/2023 | Timothy Burns | Participate in conference with J. Bair re insurance settlement strategy (.1); correspondence with state court counsel and J. Bair re CNA demands (.2); review correspondence from BB to PSZJ re Interstate demands (.1); review correspondence with state court counsel re CNA demands (.2); | 0.60 | $420.00 |
| 7/6/2023 | Jesse Bair | Participate in conference with T. Burns re case settlement strategy and Interstate demand letters (.1); | 0.10 | $62.50 |
| 7/7/2023 | Timothy Burns | Review correspondence with J. Bair and PSZJ re First State (.2); participate in call with I. Scharf and J. Bair re Interstate demands and negotiation (.2); | 0.40 | $280.00 |
| 7/7/2023 | Jesse Bair | Correspondence with I. Nasatir re response to First State's latest offer (.1); | 0.10 | $62.50 |
| 7/7/2023 | Jesse Bair | Participate in call with T. Burns and I. Scharf re Interstate demand letters and upcoming CNA mediation (.2); | 0.20 | $125.00 |
| 7/7/2023 | Jesse Bair | Review final versions of additional CNA demand letters sent by state court counsel (.2); draft additional CNA demand letter (.1); correspondence with state court counsel re same (.1); | 0.40 | $250.00 |
| 7/10/2023 | Timothy Burns | Review correspondence from I. Scharf re status of settlement negotiations (.1); review correspondence from J. Bair re same (.1); participate in state court counsel meeting for insurance purposes re insurance mediation strategy (.5); | 0.70 | $490.00 |
| 7/10/2023 | Jesse Bair | Review I. Scharf correspondence re Interstate and CNA mediation updates (.1); | 0.10 | $62.50 |
| 7/10/2023 | Jesse Bair | Analysis re CNA exposure and coverage issues in advance of upcoming mediation (.2); | 0.20 | $125.00 |
| 7/10/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re Interstate and CNA mediation strategy (.5); | 0.50 | $312.50 |
| 7/11/2023 | Timothy Burns | Review correspondence from I. Scharf re upcoming mediation (.1); review correspondence from PSZJ and Blank Rome re First State settlement (.1); | 0.20 | $140.00 |
| 7/11/2023 | Jesse Bair | Review I. Scharf and Blank Rome correspondence re First State settlement (.1); | 0.10 | $62.50 |
| 7/11/2023 | Timothy Burns | Participate in call with J. Bair re Interstate settlement (.1); | 0.10 | $70.00 |
| 7/11/2023 | Jesse Bair | Participate in call with T. Burns re Interstate settlement (.1); | 0.10 | $62.50 |
| 7/11/2023 | Jesse Bair | Review I. Scharf correspondence re CNA mediation (.1); | 0.10 | $62.50 |
| 7/12/2023 | Jesse Bair | Travel to Rochester from Madison for mediation [billed at 1/2 travel rate] (7.6); | 7.60 | $2,375.00 |
| 7/12/2023 | Jesse Bair | Participate in conference with T. Burns re Interstate settlement and CNA mediation strategy (.1); | 0.10 | $62.50 |
| 7/12/2023 | Jesse Bair | Review I. Scharf and state court counsel correspondence re mediation developments (.1); | 0.10 | $62.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2023 | Timothy Burns | Mediation preparation, including reviewing previous mediation notes, insurance policies, and case materials (1.9); participate in call with state court counsel re mediation developments and strategy (.3); | 2.20 | $1,540.00 |
| 7/12/2023 | Timothy Burns | Travel to Rochester from Madison for CNA mediation [billed at 1/2 travel rate] (7.6); | 7.60 | $2,660.00 |
| 7/13/2023 | Timothy Burns | Conference with J. Bair re mediation strategy (.2); conference with state court counsel re same (.2); participate in full-day CNA mediation session (8.0); | 8.40 | $5,880.00 |
| 7/13/2023 | Jesse Bair | Prepare for CNA mediation session, including drafting revised CNA summary sheet (.3); | 0.30 | $187.50 |
| 7/13/2023 | Jesse Bair | Conference with T. Burns re mediation strategy (.2); participate in portion of CNA mediation session (7.2); | 7.40 | $4,625.00 |
| 7/13/2023 | Jesse Bair | Return travel to Madison from Rochester mediation [billed at 1/2 travel rate] (7.3); | 7.30 | $2,281.25 |
| 7/13/2023 | Timothy Burns | Return travel to Madison from Rochester mediation [billed at 1/2 travel rate] (7.6); | 7.60 | $2,660.00 |
| 7/14/2023 | Timothy Burns | Participate in call with I. Scharf re potential CNA plan (.1); conference with J. Bair re same (.1); | 0.20 | $140.00 |
| 7/14/2023 | Jesse Bair | Participate in conference with T. Burns re potential CNA Plan of Reorganization (.1); review correspondence with I. Scharf, J. Stang, and state court counsel re same (.2); correspondence with I. Scharf re upcoming status conference with the Court (.1); | 0.40 | $250.00 |
| 7/18/2023 | Timothy Burns | Participate in state court counsel call re CNA status hearing (.4); conference with J. Bair re same (.2); | 0.60 | $420.00 |
| 7/18/2023 | Jesse Bair | Correspondence with B. Michael re state court counsel meeting (.1); participate in conference with T. Burns re CNA status hearing (.2); | 0.30 | $187.50 |
| 7/19/2023 | Jesse Bair | Review I. Scharf correspondence re case litigation update. status conference, and next-steps (.1); | 0.10 | $62.50 |
| 7/19/2023 | Jesse Bair | Preliminary analysis re CNA claim exposure using LMI and Interstate average claim settlement numbers (.2); | 0.20 | $125.00 |
| 7/19/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re CNA strategy (.2); | 0.20 | $125.00 |
| 7/19/2023 | Timothy Burns | Review and respond to correspondence from state court counsel re case developments (.1); review correspondence from I. Scharf re status conference (.1); participate in call with state court counsel and J. Bair re CNA strategy (.2); | 0.40 | $280.00 |
| 7/20/2023 | Timothy Burns | Participate in conference with J. Bair re CNA strategy (.3); participate in call with state court counsel and J. Bair re insurance strategy (.2); conference with J. Bair re assignments re same (.2); participate in call with J. Stang re response to CNA proposing a plan (.2); consideration of same and formulation of strategy (.3); participate in conference with J. Bair re same (.3); prepare for meeting with PSZJ re insurance initiatives (.3); participate in zoom meeting with PSZJ and J. Bair re same (1.0); | 2.80 | $1,960.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/20/2023 | Nathan Kuenzi | Prepare for conference with J. Bair re draft Section 349 complaint (.1); participate in conference with J. Bair re Section 349 complaint and changes to the same (.2); | 0.30 | $126.00 |
| 7/20/2023 | Nathan Kuenzi | Draft revised version of Section 349 complaint against CNA (5.7); | 5.70 | $2,394.00 |
| 7/20/2023 | Nathan Kuenzi | Draft email to J. Bair summarizing work on Section 349 complaint and describing outstanding issues (.1); | 0.10 | $42.00 |
| 7/20/2023 | Jesse Bair | Participate in conference with T. Burns re CNA strategy (.3); participate in call with state court counsel and T. Burns re same (.2); participate in post-meeting conference with T. Burns re assignments need for completion in connection with same (.2); | 0.70 | $437.50 |
| 7/20/2023 | Jesse Bair | Provide instructions to N. Kuenzi re finalizing draft Section 349 complaint against CNA re CNA's unfair claims practices (.2); correspondence with N. Kuenzi re supplemental instructions and relevant case materials in connection with same (.2); conference with N. Kuenzi re suggested edits to preliminary draft complaint against CNA (.2); | 0.60 | $375.00 |
| 7/20/2023 | Jesse Bair | Participate in supplemental conference with T. Burns re strategy in connection with CNA proposing its own Plan of Reorganization (.3); | 0.30 | $187.50 |
| 7/20/2023 | Jesse Bair | Prepare for insurance strategy meeting with PSZJ team (.1); participate in strategy meeting with PSZJ team and T. Burns re potential response to CNA filing its own Plan of Reorganization and additional insurance issues (1.0); | 1.10 | $687.50 |
| 7/20/2023 | Jesse Bair | Participate in call with I. Scharf re draft joint letter to the Court re settlement status and update (.1); | 0.10 | $62.50 |
| 7/21/2023 | Timothy Burns | Review joint status letter to the court (.2); participate in call with I. Scharf re same (.1); correspondence with I. Scharf re same (.1); | 0.40 | $280.00 |
| 7/21/2023 | Jesse Bair | Review draft version of joint status letter to the Court (.1); review correspondence with First State and Interstate re same (.1); | 0.20 | $125.00 |
| 7/21/2023 | Nathan Kuenzi | Revise draft Section 349 complaint against CNA to incorporate preliminary edits from T. Burns and J. Bair (1.3); | 1.30 | $546.00 |
| 7/24/2023 | Leakhena Au | Participate in BB team meeting re case developments and related insurance assignments (.4); | 0.40 | $168.00 |
| 7/24/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re CNA strategy (.4); | 0.40 | $250.00 |
| 7/24/2023 | Jesse Bair | Participate in meeting with PSZJ team and T. Burns re CNA strategy (1.0); | 1.00 | $625.00 |
| 7/24/2023 | Jesse Bair | Review and edit draft Section 349 complaint against CNA (.7); correspondence with N. Kuenzi re suggested edits to same (.1); | 0.80 | $500.00 |
| 7/24/2023 | Jesse Bair | Participate in BB team meeting re case status and various insurance projects needed for completion re CNA issues (.4); | 0.40 | $250.00 |
| 7/24/2023 | Jesse Bair | Participate in conference with state court counsel, PSZJ, and T. Burns re CNA strategy (.3); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/24/2023 | Nathan Kuenzi | Continue revising draft Section 349 complaint to incorporate further suggested changes from T. Burns (.9); | 0.90 | $378.00 |
| 7/24/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and related insurance assignments (.4); | 0.40 | $168.00 |
| 7/24/2023 | Brian Cawley | Participate in BB team meeting re case developments and related insurance assignments (.4); | 0.40 | $168.00 |
| 7/24/2023 | Brian Cawley | Begin drafting motion to lift stay of the insurance adversary proceeding (1.4); | 1.40 | $588.00 |
| 7/24/2023 | Timothy Burns | Participate in call with state court counsel and J. Bair re CNA strategy (.4); review and revise draft Section 349 complaint against CNA (2.9); participate in call with PSZJ and J. Bair re CNA strategy (1.0); participate in call with PSZJ, state court counsel, and J. Bair re same (.3); participate in BB team meeting re case developments and related insurance assignments (.4); | 5.00 | $3,500.00 |
| 7/25/2023 | Leakhena Au | Begin drafting Section 349 derivative demand letter to the Diocese (5.3); | 5.30 | $2,226.00 |
| 7/25/2023 | Nathan Kuenzi | Continue revising and editing draft Section 349 complaint against CNA to incorporate further partner edits (3.0); | 3.00 | $1,260.00 |
| 7/25/2023 | Nathan Kuenzi | Participate in conference with J. Bair re outstanding issues with draft Section 349 complaint and drafting reply to the CNA's joint status letter response (.2); | 0.20 | $84.00 |
| 7/25/2023 | Nathan Kuenzi | Participate in discussion with T. Burns re revising the Committee's draft reply to CNA's response re joint status letter (.1); | 0.10 | $42.00 |
| 7/25/2023 | Nathan Kuenzi | Revise and edit the Committee's reply to CNA's response to the joint status letter to incorporate T. Burns' suggested changes (1.1); | 1.10 | $462.00 |
| 7/25/2023 | Nathan Kuenzi | Draft template stipulated judgment and associated Order for Judgment in connection with potential Plan revisions (.8); | 0.80 | $336.00 |
| 7/25/2023 | Timothy Burns | Review CNA's Response to the Committee's and Diocese's Status Report (.2); conference with J. Bair re same (.2); participate in call with state court counsel re same (.2); draft potential response to same (1.5); conference with N. Kuenzi re finalizing draft response to CNA (.1); review and revise updated draft response to CNA (.4); participate in call with I. Scharf and J. Bair re stipulated judgment issues and draft reply to Continental (.4); prepare for state court counsel meeting (.6); participate in state court counsel meeting re insurance strategy (1.0); review and revise I. Scharf's suggested changes to reply to CNA (.7); review and respond to correspondence from BB team re research re derivative demand letter (.2); review of J. Stang's suggested edits to reply to CNA's response (.2); | 5.70 | $3,990.00 |
| 7/25/2023 | Leakhena Au | Correspondence with N. Kuenzi re research on Section 349 and public policy issues re same (.2); | 0.20 | $84.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/25/2023 | Jesse Bair | Analyze CNA's Response to the Committee and Diocese's joint status report (.2); conference with T. Burns re same and potential response (.2); | 0.40 | $250.00 |
| 7/25/2023 | Jesse Bair | Provide instructions to L. Au re preparing Section 349 complaint derivative standing letter (.1); | 0.10 | $62.50 |
| 7/25/2023 | Jesse Bair | Revise, edit, and draft new portions of Section 349 derivative standing letter to the Diocese (1.3); | 1.30 | $812.50 |
| 7/25/2023 | Jesse Bair | Review and edit initial draft of the Committee's reply to CNA's response to the parties' joint status letter to the Court (.2); | 0.20 | $125.00 |
| 7/25/2023 | Jesse Bair | Review and edit revised version of the Committee's reply to CNA's recent status update filing (.3); | 0.30 | $187.50 |
| 7/25/2023 | Jesse Bair | Participate in state court counsel meeting re insurance case strategy and next-steps (1.0); | 1.00 | $625.00 |
| 7/25/2023 | Jesse Bair | Prepare for call with I. Scharf and T. Burns re stipulated judgment and overall CNA strategy (.1); participate in call with I. Scharf and T. Burns re same (.4); | 0.50 | $312.50 |
| 7/25/2023 | Jesse Bair | Prepare stipulated judgment template in connection with potential Plan revisions (.2); correspondence with I. Scharf re same (.1); | 0.30 | $187.50 |
| 7/25/2023 | Jesse Bair | Research case law re public policy aspect of Section 349 claims under New York law (.2); correspondence with N. Kuenzi and T. Burns re same (.1); participate in conference with N. Kuenzi re edits to the draft Section 349 complaint and the Committee's reply to CNA's joint status update response (.2); | 0.50 | $312.50 |
| 7/25/2023 | Jesse Bair | Review correspondence with I. Scharf and T. Burns re stipulated judgment issues and CNA response (.1); | 0.10 | $62.50 |
| 7/25/2023 | Brian Cawley | Continue drafting motion to lift stay of the insurance adversary proceeding (1.4); | 1.40 | $588.00 |
| 7/26/2023 | Jesse Bair | Continue reviewing and editing draft Section 349 derivative standing letter (.4); review I. Scharf's suggested edits to same (.1); correspondence with T. Burns re same (.1); | 0.60 | $375.00 |
| 7/26/2023 | Jesse Bair | Review J. Stang's and I. Nasatir's suggested edits to 9019 denial motion against CNA (.1); review and edit revised version of same (.4); | 0.50 | $312.50 |
| 7/26/2023 | Jesse Bair | Correspondence with the Committee re draft Section 349 derivative standing letter to the Diocese (.1); | 0.10 | $62.50 |
| 7/26/2023 | Jesse Bair | Prepare for Committee meeting re case status, Plan, and insurance strategy (.1); participate in Committee meeting re same (1.0); participate in follow-up call with I. Scharf re same and next-steps (.1); | 1.20 | $750.00 |
| 7/26/2023 | Jesse Bair | Review J. Stang's suggested edits to the draft Section 349 derivative standing letter (.2); edit and finalize Section 349 derivative sanding letter to the Diocese (.4); | 0.60 | $375.00 |
| 7/26/2023 | Jesse Bair | Provide supplemental instructions to B. Cawley re motion to lift stay re insurance adversary proceeding (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/26/2023 | Jesse Bair | Participate in conference with N. Kuenzi re draft Section 349 complaint against CNA (.1); | 0.10 | $62.50 |
| 7/26/2023 | Jesse Bair | Analysis of NY GBL Section 349 case law in connection with draft complaint against CNA (.1); | 0.10 | $62.50 |
| 7/26/2023 | Nathan Kuenzi | Participate in conference with J. Bair re Section 349 complaint and additional revisions needed to same (.1); | 0.10 | $42.00 |
| 7/26/2023 | Nathan Kuenzi | Continue revising draft Section 349 complaint against CNA (2.3); | 2.30 | $966.00 |
| 7/26/2023 | Timothy Burns | Review and revise Section 349 derivative standing letter (.4); review I. Scharf's suggested changes to same (.2); review revised draft of reply to CNA (.3); participate in Committee meeting for insurance purposes re case insurance issues (1.0); | 1.90 | $1,330.00 |
| 7/27/2023 | Brian Cawley | Finish drafting motion to lift stay in the insurance adversary proceeding (2.4); | 2.40 | $1,008.00 |
| 7/27/2023 | Nathan Kuenzi | Participate in conference with T. Burns re Section 349 complaint revisions (.1); | 0.10 | $42.00 |
| 7/27/2023 | Nathan Kuenzi | Draft revisions to updated version of Section 349 complaint against CNA, incorporating additional edits from T. Burns (3.3); | 3.30 | $1,386.00 |
| 7/27/2023 | Timothy Burns | Review and revise latest draft of Section 349 complaint (.8); conference with N. Kuenzi re same (.1); conference with J. Bair re same (.1); review and revise motion papers re insurance 9019 denial (.7); correspondence with I. Scharf re same (.1); conference with J. Bair re same (.1); review and revise most recent iteration of Section 349 complaint (1.1); conference with N. Kuenzi re same (.1); | 3.10 | $2,170.00 |
| 7/27/2023 | Nathan Kuenzi | Participate in additional conference with T. Burns re status of and revisions to draft Section 349 complaint (.1); | 0.10 | $42.00 |
| 7/27/2023 | Jesse Bair | Conference with T. Burns re draft Section 349 complaint against CNA (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Review and respond to correspondence with the Committee re CNA insurance strategy (.2); review additional correspondence with state court counsel re same (.1); | 0.30 | $187.50 |
| 7/27/2023 | Jesse Bair | Participate in conference with T. Burns re revised motion papers re 9019 motion (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Answer B. Cawley questions re motion to lift stay re insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 7/28/2023 | Jesse Bair | Review revised version of Committee 9019 denial motion against CNA (.2); correspondence with I. Scharf re same (.1); | 0.30 | $187.50 |
| 7/28/2023 | Jesse Bair | Revise, edit, and finalize draft Section 349 complaint against CNA (1.7); participate in conference with T. Burns re same (.2); | 1.90 | $1,187.50 |
| 7/28/2023 | Timothy Burns | Review and revise final version of Section 349 complaint against CNA (2.1); met with J. Bair re same (.2); participate in call with I. Scharf re same (.1); | 2.40 | $1,680.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/31/2023 | Jesse Bair | Review CNA's response to the Committee's 9019 denial motion (.2); | 0.20 | $125.00 |
| **Total Hours and Fees** | | | **128.40** | **$67,369.25** |

## EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 7/1/2023 | Second Quarter 2023 PACER (Public Access to Court Electronic Records) | $3.90 |
| 7/8/2023 | CloudNine, database monthly hosting fee (June 2023) | $46.97 |
| 7/12/2023 | Delta Airlines, T. Burns (MSN-ROC July 12-13) | $642.40 |
| 7/12/2023 | Delta Airlines, J. Bair (MSN-ROC July 12-13) | $642.40 |
| 7/12/2023 | Hotel, T. Burns (1 night) | $267.01 |
| 7/12/2023 | Travel meal, T. Burns | $28.55 |
| 7/12/2023 | Hotel, J. Bair (1 night) | $267.01 |
| 7/12/2023 | Delta Airlines WiFi Onboard, J. Bair | $4.95 |
| 7/12/2023 | Delta Airlines WiFi Onboard (2nd leg), J. Bair | $4.95 |
| 7/12/2023 | Taxi, J. Bair and T. Burns (airport to hotel) | $36.00 |
| 7/12/2023 | Travel meal, J. Bair | $15.27 |
| 7/13/2023 | Airport parking, J. Bair | $20.00 |
| 7/13/2023 | Uber, J. Bair and T. Burns (mediation to airport) | $63.52 |
| 7/13/2023 | Uber, J. Bair and T. Burns (hotel to mediation) | $56.10 |
| 7/13/2023 | Travel meal, T. Burns and J. Bair | $52.14 |
| 7/20/2023 | Postage | $4.35 |
| **Total Expenses** | | **$2,155.52** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Brian Cawley | 5.60 | $420.00 | $2,352.00 |
| Jesse Bair | 14.90 | $312.50 | $4,656.25 |
| Jesse Bair | 29.40 | $625.00 | $18,375.00 |
| Leakhena Au | 6.50 | $420.00 | $2,730.00 |
| Nathan Kuenzi | 20.80 | $420.00 | $8,736.00 |
| Timothy Burns | 15.20 | $350.00 | $5,320.00 |
| Timothy Burns | 36.00 | $700.00 | $25,200.00 |

**Total Due This Invoice: $69,524.77**