EXHIBIT A



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

Issue Date : 2/17/2023

Bill # : 01065

**Matter:** Insurance

**PROFESSIONAL SERVICES RENDERED**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 1/1/2023 | Kacy Gurewitz | Continue drafting memorandum summarizing comprehensive review of New York bad faith law for use in connection with potential settlement and litigation strategy (1.8); | 1.80 | $756.00 |
| 1/2/2023 | Kacy Gurewitz | Prepare slide deck re various insurance-related presentations for potential use at upcoming January settlement conference (1.0); conference with T. Burns re same (.4); | 1.40 | $588.00 |
| 1/2/2023 | Nathan Kuenzi | Continue drafting revised version of memorandum regarding potential direct claims against the Diocese's insurers (.6); | 0.60 | $252.00 |
| 1/2/2023 | Jesse Bair | Review and edit revised version of insurance overview presentation for January settlement conference, including associated policy analysis (1.0); | 1.00 | $625.00 |
| 1/2/2023 | Jesse Bair | Review and edit revised version of number of occurrence presentation for potential use at January settlement conference (.3); | 0.30 | $187.50 |
| 1/2/2023 | Jesse Bair | Correspondence with T. Burns and L. Au re suggested changes to revised versions of the insurance overview and number of occurrence presentation (.2); | 0.20 | $125.00 |
| 1/2/2023 | Jesse Bair | Review the US Trustee's summary objection to the RSA (.2); | 0.20 | $125.00 |
| 1/2/2023 | Timothy Burns | Participate in call with J. Bair re settlement conference strategy (.2); work re creation of slide deck re various insurance-related presentations for potential use at upcoming January settlement conference (.6); conference with K. Gurewitz re same (.4); participate in call with I. Scharf re preparations for upcoming settlement conference (.4); | 1.60 | $1,120.00 |
| 1/2/2023 | Jesse Bair | Participate in call with T. Burns re settlement conference strategy (.2) ; | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/2023 | Jesse Bair | Review T. Burns summary re proposed presentations for January settlement conference (.1); review correspondence with T. Burns and I. Scharf re same (.1); | 0.20 | $125.00 |
| 1/2/2023 | Jesse Bair | Review correspondence with PSZJ and state court counsel re upcoming meeting (.1); | 0.10 | $62.50 |
| 1/2/2023 | Jesse Bair | Correspondence with B. Michael re Claro valuations (.1); | 0.10 | $62.50 |
| 1/2/2023 | Jesse Bair | Review settling insurers' brief in support of standing to object to the RSA (.9); | 0.90 | $562.50 |
| 1/2/2023 | Jesse Bair | Review settling insurers' summary objection to the RSA (.8); | 0.80 | $500.00 |
| 1/2/2023 | Jesse Bair | Review LMI's additional summary objection to the RSA (.4); | 0.40 | $250.00 |
| 1/2/2023 | Jesse Bair | Review First State's additional summary objection to the RSA (.2); analyze the First State policy (.1); | 0.30 | $187.50 |
| 1/3/2023 | Leakhena Au | Review and respond to emails from T. Burns re insurance settlement conference presentations (.1); | 0.10 | $42.00 |
| 1/3/2023 | Jesse Bair | Participate in state court counsel meeting re strategy for January settlement conference (1.1); | 1.10 | $687.50 |
| 1/3/2023 | Jesse Bair | Preliminary review of draft presentation re First State for use in January settlement conference (.1); correspondence with L. Au and T. Burns re potential edits to same (.1); | 0.20 | $125.00 |
| 1/3/2023 | Jesse Bair | Participate in conference with T. Burns re January settlement conference strategy and related presentations (.1); | 0.10 | $62.50 |
| 1/3/2023 | Leakhena Au | Revise number of occurrence and alleged late notice presentations based on feedback received from partners (.4); analyze caselaw relied on by CNA (.5); | 0.90 | $378.00 |
| 1/3/2023 | Leakhena Au | Research and prepare presentation re First State coverage issues for potential use at upcoming January settlement conference (4.6); | 4.60 | $1,932.00 |
| 1/3/2023 | Timothy Burns | Meet with L. Au re First State assignment re settlement conference (.1); review and revise insurance settlement conference presentations (1.6); | 1.70 | $1,190.00 |
| 1/3/2023 | Brian Cawley | Continue working on LMI/Interstate presentation in preparation for settlement conference (2.8); research New York case law re reasonableness of settlement issue (.5); | 3.30 | $1,386.00 |
| 1/3/2023 | Kacy Gurewitz | Conference with L. Au re First State claim values (.2); | 0.20 | $84.00 |
| 1/3/2023 | Timothy Burns | Participate in state court counsel meeting re strategy for January settlement conference (1.1); follow up call with J. Bair re same (.1); | 1.20 | $840.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/2023 | Timothy Burns | Review First State's objection to RSA (.2); review and respond to correspondence with state court counsel re state court counsel meeting (.1); continue work re creation of slide deck re various insurance-related presentations for potential use at upcoming January settlement conference (1.2); participate in call with I. Scharf re settlement conference (.5); correspondence with PSZJ and J. Bair re settlement conference preparation (.3); | 2.30 | $1,610.00 |
| 1/4/2023 | Leakhena Au | Assist B. Cawley with LMI/Interstate claims analysis and overall coverage research (.3); | 0.30 | $126.00 |
| 1/4/2023 | Leakhena Au | Revise and edit expected intended, late notice, bad faith, and LMI/Interstate settlement conference presentations based on additional partner feedback, including several conferences with T. Burns re same (3.7); | 3.70 | $1,554.00 |
| 1/4/2023 | Timothy Burns | Revise settlement conference presentations (.5); meet with L. Au re same (.1); participate in call with the Diocese, PSZJ, and state court counsel re the upcoming January settlement conference (1.4); revise settlement conference presentation on expected intended (1.0); meet with L. Au re same (.4); revise late notice presentation (.9); meet with L. Au re same (.2); review and revise expected/intended presentation (.6); meet with L. Au re same (.2); call with J. Bair re call with debtor and follow up (.1); revise LMI/Interstate coverage defenses presentation (.5); revise bad faith presentation (.8); | 6.70 | $4,690.00 |
| 1/4/2023 | Brian Cawley | Revise and edit LMI/Interstate settlement conference presentation based on partner feedback (1.2); revise insurance coverage chart in presentation to reflect most recent coverage information (.3); | 1.50 | $630.00 |
| 1/4/2023 | Jesse Bair | Participate in call with the Diocese, PSZJ, and state court counsel re the upcoming January settlement conference (1.4); participate in post-call with PSZJ and state court counsel re outcome of meeting with Diocese and next-steps (.3); | 1.70 | $1,062.50 |
| 1/4/2023 | Jesse Bair | Review and edit presentation re LMI/Interstate lack of consent to settle provisions for use in January settlement conference (.2); additional analysis re the LMI and Interstate policies (.1); | 0.30 | $187.50 |
| 1/4/2023 | Jesse Bair | Review correspondence with state court counsel re settlement offers and status (.1); | 0.10 | $62.50 |
| 1/4/2023 | Jesse Bair | Participate in conference with T. Burns re settlement conference insurance strategy (.1); | 0.10 | $62.50 |
| 1/5/2023 | Leakhena Au | Revise First State and consent to settle presentations based on feedback from T. Burns, including various conferences with T. Burns (1.5); | 1.50 | $630.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/5/2023 | Timothy Burns | Review and revise First State draft presentation (.2); meet with L. Au re same (.2); revise consent to settle presentation (.7) meeting with L. Au re same (.3); further revisions to First State presentation (.2); call with I. Scharf re presentations (.2); call with J. Bair re same (.2); additional call with I. Scharf re same (.1); review I. Scharf outline re settlement conference opening (.2); | 2.30 | $1,610.00 |
| 1/5/2023 | Alyssa Turgeon | Analyze various case pleadings to create settlement conference preparation binder for use by T. Burns (1.4); | 1.40 | $504.00 |
| 1/5/2023 | Brian Cawley | Discuss edits to LMI/Interstate presentation with T. Burns (.2); implement partner edits to presentation (.7); finalize presentation on LMI/Interstate issues for potential use at upcoming settlement conference (.3); | 1.20 | $504.00 |
| 1/5/2023 | Brian Cawley | Analysis re Prudential Lines case for potential relevance to case insurance issues (.4); | 0.40 | $168.00 |
| 1/5/2023 | Brian Cawley | Create supplemental presentation re LMI/Interstate coverage issues in preparation for January settlement conference (3.7); | 3.70 | $1,554.00 |
| 1/5/2023 | Brian Cawley | Research New York law re effective denials of coverage (1.2); | 1.20 | $504.00 |
| 1/5/2023 | Jesse Bair | Review and edit revised presentation re First State exposure (.1); | 0.10 | $62.50 |
| 1/5/2023 | Jesse Bair | Participate in call with T. Burns re settlement conference strategy (.1); | 0.10 | $62.50 |
| 1/5/2023 | Jesse Bair | Review correspondence from I. Scharf and I. Nasatir re draft insurance presentations for the January settlement conference (.1); | 0.10 | $62.50 |
| 1/6/2023 | Jesse Bair | Participate in call with Claro and PSZJ re case status (.2); | 0.20 | $125.00 |
| 1/6/2023 | Jesse Bair | Participate in conference with T. Burns re settlement conference strategy and preparations (.1); participate in conference with T. Burns and state court counsel re same (.2); | 0.30 | $187.50 |
| 1/6/2023 | Jesse Bair | Review I. Scharf's draft outline re proposed opening for upcoming settlement conference (.2); conference with T. Burns re same (.1); | 0.30 | $187.50 |
| 1/6/2023 | Timothy Burns | Meet with J. Bair re settlement conference preparation and strategy (.2); meet with state court counsel re same (.2); reviewed I. Nasatir's suggestions re settlement conference presentations (.2); meet with L. Au re same (.1); review email from I. Scharf re preparation for settlement conference and 9019 litigation (.1); re-review I. Scharf's draft outline re proposed opening for settlement conference (.2) meet with J. Bair re same (.1); | 1.10 | $770.00 |
| 1/6/2023 | Leakhena Au | Continue analyzing case law re particular elements of potential direct claims against the Diocese's insurers (1.9); | 1.90 | $798.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/6/2023 | Leakhena Au | Revise expected/intended settlement conference presentation based on comments from co-counsel and T. Burns (.3); | 0.30 | $126.00 |
| 1/6/2023 | Karen Dempski | Research and identify Diocese of Camden trial transcripts for use by T. Burns in connection with ongoing case issues (.3); | 0.30 | $108.00 |
| 1/6/2023 | Karen Dempski | Research and identify certain RSA materials for review by T. Burns in connection with ongoing case issues (.3); | 0.30 | $108.00 |
| 1/7/2023 | Timothy Burns | Review the settling insurers' response briefing in preparation for January settlement conference (.4); review response to adjournment motion (.2); review the parties' various settlement conference participation letters (.4); review the settling insurers' summary objection (.9); review the settling insurers' standing brief (1.2); review LMI's additional objections (.6); review case law cited therein (.4); | 4.10 | $2,870.00 |
| 1/8/2023 | Timothy Burns | Review and revise summary overview of settlement conference insurance presentations (.4); review First State summary Objection and supporting brief (.4), review LMI's amended summary objection (.1); review trustee's summary objection (.2); review additional settlement conference participation letters of Interstate, First State, U.S. Trustee, and various survivor attorneys (.2); | 1.30 | $910.00 |
| 1/8/2023 | Leakhena Au | Continue analyzing case law re particular elements of potential direct claims against the Diocese's insurers (4.7); | 4.70 | $1,974.00 |
| 1/8/2023 | Jesse Bair | Review I. Nasatir comments on draft expected or intended settlement conference presentation (.1); | 0.10 | $62.50 |
| 1/8/2023 | Jesse Bair | Review I. Nasatir comments on draft lost policy and number of occurrences settlement conference presentations (.1); | 0.10 | $62.50 |
| 1/8/2023 | Jesse Bair | Continue analyzing I. Scharf's proposed opening statement for the January settlement conference (.4); | 0.40 | $250.00 |
| 1/8/2023 | Jesse Bair | Draft revised insurance overview presentation for the January settlement conference opening statement (1.2); correspondence with T. Burns re same (.1); | 1.30 | $812.50 |
| 1/9/2023 | Jesse Bair | Participate in conference with internal team re case developments and ongoing case projects (.1); | 0.10 | $62.50 |
| 1/9/2023 | Jesse Bair | Draft further revised version of insurance overview presentation for the January settlement conference, incorporating additional information re insurer bad faith and responses to the insurers' purported coverage defenses (.8); | 0.80 | $500.00 |
| 1/9/2023 | Jesse Bair | Review I. Scharf correspondence to state court counsel re settlement conference strategy (.1); | 0.10 | $62.50 |
| 1/9/2023 | Jesse Bair | Review and edit latest draft of the number of occurrence settlement conference presentation (.3); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/9/2023 | Jesse Bair | Review and edit revised draft of the settlement conference presentation re CNA's lost policy argument (.2); conference with N. Kuenzi re same and additional potential arguments (.2); | 0.40 | $250.00 |
| 1/9/2023 | Jesse Bair | Review and edit revised late notice presentation for potential use at the January settlement conference (.3); analyze 2d Circuit case law re ability, if any, to impute priest's knowledge to the Diocese in connection with same (.3); | 0.60 | $375.00 |
| 1/9/2023 | Jesse Bair | Review and edit revised version of the expected or intended settlement conference presentation (.7); | 0.70 | $437.50 |
| 1/9/2023 | Jesse Bair | Review and edit revised version of the CNA bad faith presentation for potential use at the January settlement conference (.4); | 0.40 | $250.00 |
| 1/9/2023 | Jesse Bair | Review and edit revised draft of the LMI/Interstate overview presentation for potential use at the January settlement conference (.2); review and edit related presentation re lack of consent to settle provisions in the LMI and Interstate policies (.1); | 0.30 | $187.50 |
| 1/9/2023 | Jesse Bair | Participate in conference with PSZJ and T. Burns re strategy for the January settlement conference (.8); participate in follow-up meeting with T. Burns re same and additional preparations needed for settlement conference (.4); | 1.20 | $750.00 |
| 1/9/2023 | Jesse Bair | Participate in state court counsel meeting re strategy for the upcoming settlement conference (.9); post-call discussion with T. Burns re same (.1); | 1.00 | $625.00 |
| 1/9/2023 | Nathan Kuenzi | Participate in BB team meeting re case status and ongoing research projects (.1); | 0.10 | $42.00 |
| 1/9/2023 | Brian Cawley | Participate in team meeting regarding status of the case and assignments (.1); | 0.10 | $42.00 |
| 1/9/2023 | Kacy Gurewitz | Participate in BB team meeting re case developments and needed research projects (.1); | 0.10 | $42.00 |
| 1/9/2023 | Nathan Kuenzi | Participate in conference with J. Bair re additional factual analysis needed in connection with lost policies issues (.2); | 0.20 | $84.00 |
| 1/9/2023 | Leakhena Au | Participate in BB team meeting re case status and ongoing research projects (.1); | 0.10 | $42.00 |
| 1/9/2023 | Timothy Burns | Review correspondence with I. Scharf re settlement conference strategy meeting (.1); conference with internal BB team re case developments, strategy, and assignments (.1); participate in conference with PSZJ and J Bair re settlement conference strategy (.8); participate in follow-up meeting with J. Bair re same and additional preparations needed for settlement conference (.4); review claim valuation charts (.4); participate in meeting with state court counsel re settlement conference strategy (.9); post-call discussion with J. Bair re same (.1); conference with J. Bair re assignment of rights under indemnity policy (.2); conference with N. Kuenzi re same and supplemental research needed (.2); | 3.20 | $2,240.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/9/2023 | Nathan Kuenzi | Additional analysis re lost policy materials for evidence of excess coverage (.1); | 0.10 | $42.00 |
| 1/9/2023 | Leakhena Au | Supplemental factual analysis in connection with late notice settlement conference presentation (.2); | 0.20 | $84.00 |
| 1/9/2023 | Nathan Kuenzi | Analysis re alleged late notice issues (.1); | 0.10 | $42.00 |
| 1/9/2023 | Brian Cawley | Revise settlement conference presentation re CNA coverage denials (.5); | 0.50 | $210.00 |
| 1/9/2023 | Nathan Kuenzi | Prepare for and participate in discussion with T. Burns addressing LMI arguments regarding assignment (.2); | 0.20 | $84.00 |
| 1/9/2023 | Nathan Kuenzi | Analyze case law re assignment of insurance rights under indemnity policies (2.4); draft email memorandum summarizing research results (1.2); | 3.60 | $1,512.00 |
| 1/10/2023 | Timothy Burns | Detailed preparations for upcoming settlement conference (5.6); | 5.60 | $3,920.00 |
| 1/10/2023 | Timothy Burns | Travel to Rochester for mediation [billed at 1/2 travel time] (4.6); | 4.60 | $1,610.00 |
| 1/10/2023 | Nathan Kuenzi | Analyze cases cited by LMI in support of its purported anti-assignment argument (2.0); draft summary of findings in response to J. Bair questions (.6); | 2.60 | $1,092.00 |
| 1/10/2023 | Kacy Gurewitz | Analysis re the impact, if any, of anti-assignment provisions under New York law (.5); | 0.50 | $210.00 |
| 1/10/2023 | Jesse Bair | Travel to Rochester for mediation [billed at 1/2 travel time] (7.2); | 7.20 | $2,250.00 |
| 1/10/2023 | Jesse Bair | Review and edit most recent iteration of the settlement conference stipulated judgment presentation (.4); | 0.40 | $250.00 |
| 1/10/2023 | Jesse Bair | Analyze N. Kuenzi email memorandum distinguishing assignment case law cited by LMI in its RSA objection (.3); | 0.30 | $187.50 |
| 1/10/2023 | Jesse Bair | Draft revised insurance coverage summary overview for use during upcoming settlement conference (.7); | 0.70 | $437.50 |
| 1/10/2023 | Jesse Bair | Additional analysis of insurance exposure in preparation for upcoming settlement conference (.2); | 0.20 | $125.00 |
| 1/11/2023 | Timothy Burns | Participate in day 1 of multi-day settlement conference (8.5); | 8.50 | $5,950.00 |
| 1/11/2023 | Timothy Burns | Additional preparations in advance of day 1 of multi-day settlement conference (1.0); | 1.00 | $700.00 |
| 1/11/2023 | Jesse Bair | Prepare for day 1 of multi-day settlement conference (.8); | 0.80 | $500.00 |
| 1/11/2023 | Jesse Bair | Participate in day 1 of multi-day settlement conference (8.5); | 8.50 | $5,312.50 |
| 1/12/2023 | Kacy Gurewitz | Additional analysis of proofs of claim in connection with First State exposure analysis (2.7); | 2.70 | $1,134.00 |
| 1/12/2023 | Leakhena Au | Analyze proofs of claim in connection with First State exposure analysis (2.1); | 2.10 | $882.00 |
| 1/12/2023 | Nathan Kuenzi | Examine issues relating to Midland policy (.5); | 0.50 | $210.00 |
| 1/12/2023 | Timothy Burns | Participate in second day of settlement conference (6.5); participate in post-conference meeting with J. Bair re insurance strategy (.1); | 6.60 | $4,620.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/2023 | Jesse Bair | Participate in day 2 of settlement conference (6.5); participate in post-conference meeting with T. Burns re insurance strategy (.1); | 6.60 | $4,125.00 |
| 1/12/2023 | Jesse Bair | Correspondence with state court counsel re insurance overview (.1); | 0.10 | $62.50 |
| 1/13/2023 | Kacy Gurewitz | Supplemental analysis of proofs of claim to complete First State exposure analysis (.3); | 0.30 | $126.00 |
| 1/13/2023 | Jesse Bair | Return travel from mediation to Madison [billed at 1/2 travel time] (7.2); | 7.20 | $2,250.00 |
| 1/13/2023 | Jesse Bair | Participate in portion of day 3 of the January settlement conference (2.4); | 2.40 | $1,500.00 |
| 1/13/2023 | Timothy Burns | Participate in portion of day 3 of the January settlement conference (2.4); | 2.40 | $1,680.00 |
| 1/13/2023 | Timothy Burns | Return travel from mediation to Madison [billed at 1/2 travel time] (7.2); | 7.20 | $2,520.00 |
| 1/14/2023 | Jesse Bair | Review the Diocese's letter requesting adjournment of the RSA hearing and Order granting same (.1); | 0.10 | $62.50 |
| 1/14/2023 | Jesse Bair | Review the Committee's letter requesting a ruling on the Insurer 9019 motion (.1); | 0.10 | $62.50 |
| 1/14/2023 | Jesse Bair | Review correspondence with the Committee re recent settlement in another CVA case and potential implications for this case (.1); | 0.10 | $62.50 |
| 1/14/2023 | Timothy Burns | Begin preparations for second settlement conference in late January (.9); | 0.90 | $630.00 |
| 1/16/2023 | Jesse Bair | Review correspondence from I. Scharf re state court counsel meeting (.1); | 0.10 | $62.50 |
| 1/17/2023 | Jesse Bair | Review CNA's letter to the Court opposing the Committee's request for a ruling on the papers on the Insurance 9019 motion (.1); review the Court's order staying all litigation deadlines (.1); | 0.20 | $125.00 |
| 1/17/2023 | Timothy Burns | Review Continental's letter to court re 9019 hearing (.1); additional analysis re insurance issues in advance of next settlement conference (.1); | 0.20 | $140.00 |
| 1/18/2023 | Jesse Bair | Review agenda for Committee meeting (.1); participate in conference with T. Burns re same (.1); prepare for Committee meeting (.1); participate in Committee meeting re case status, settlement negotiations, and next-steps (.8); participate in post-call with PSZJ and T. Burns re First State counter (.2); | 1.30 | $812.50 |
| 1/18/2023 | Timothy Burns | Review correspondence from I. Scharf re upcoming Committee meeting (.1); meet with J. Bair re meeting (.1); review agenda for Committee meeting (.1); prepare for Committee meeting (.1); participate in Committee meeting re case status, settlement negotiations, and next steps (.8); participate in post-call with PSZJ and J. Bair re same and First State counter (.2); | 1.40 | $980.00 |
| 1/19/2023 | Timothy Burns | Review correspondence with I. Scharf and state court counsel re First State counter (.2); review and respond to correspondence with B. Michael re upcoming settlement conference (.1); | 0.30 | $210.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 1/19/2023 | Jesse Bair | Review correspondence with I. Scharf and state court counsel re counter to First State (.1); review insurance materials in preparation for upcoming settlement conference (.1); | 0.20 | $125.00 |
| 1/20/2023 | Brian Cawley | Discuss status of case and strategy with J. Bair (.1); | 0.10 | $42.00 |
| 1/20/2023 | Jesse Bair | Review CNA's letter to the Court re claim objection adjournment (.1); | 0.10 | $62.50 |
| 1/20/2023 | Jesse Bair | Review debtor letter to the Court re claim objection adjournment (.1); | 0.10 | $62.50 |
| 1/20/2023 | Jesse Bair | Conference with B. Cawley re case status and insurance strategy (.1); | 0.10 | $62.50 |
| 1/21/2023 | Jesse Bair | Correspondence with T. Burns re New York comparable settlement values (.1); | 0.10 | $62.50 |
| 1/23/2023 | Timothy Burns | Travel to Rochester from Miami for settlement conference [billed at 1/2 travel rate] (8.0); | 8.00 | $2,800.00 |
| 1/23/2023 | Jesse Bair | Travel to Rochester for settlement conference [billed at 1/2 travel rate] (6.3); | 6.30 | $1,968.75 |
| 1/24/2023 | Jesse Bair | Return travel to Madison from Rochester for settlement conference [billed at 1/2 travel rate] (6.2); | 6.20 | $1,937.50 |
| 1/24/2023 | Jesse Bair | Prepare for settlement conference (.1); participate in settlement conference (3.1); | 3.20 | $2,000.00 |
| 1/24/2023 | Jesse Bair | Participate in call with I. Nasatir re First State counter (.1); | 0.10 | $62.50 |
| 1/24/2023 | Timothy Burns | Prepare for settlement conference (.2); participate in settlement conference (3.1); post-settlement conference analysis re potential next-steps (.2); | 3.50 | $2,450.00 |
| 1/24/2023 | Timothy Burns | Return travel to Madison from Rochester for settlement conference [billed at 1/2 travel rate] (6.2); | 6.20 | $2,170.00 |
| 1/25/2023 | Timothy Burns | Review correspondence with I. Scharf and the Committee re mediation outcome (.1); participate in Committee meeting re same and potential next-steps (.6); | 0.70 | $490.00 |
| 1/25/2023 | Jesse Bair | Participate in conference with T. Burns re case strategy moving-forward (.2); | 0.20 | $125.00 |
| 1/25/2023 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 1/25/2023 | Jesse Bair | Participate in Committee meeting re outcome of settlement conference and strategy moving forward (.6); | 0.60 | $375.00 |
| 1/26/2023 | Timothy Burns | Review and analysis of correspondence from state court counsel re valuation and settlement issues (.2); participate in call with state court counsel re same (.1); additional analysis re same (.1); | 0.40 | $280.00 |
| 1/27/2023 | Timothy Burns | Participate in call with J. Bair re settlement and exposure issues (.2); | 0.20 | $140.00 |
| 1/27/2023 | Jesse Bair | Participate in call with T. Burns re settlement strategy and CNA exposure analysis (.2); additional analysis re same (.1); correspondence with T. Burns re same (.1); review correspondence with I. Scharf and state court counsel re same (.1); | 0.50 | $312.50 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 1/29/2023 | Jesse Bair | Analysis re potential insurance next-steps (.1); | 0.10 | $62.50 |
| 1/30/2023 | Timothy Burns | Review agenda for state court counsel meeting (.1); review correspondence from I. Scharf re potential stipulated judgment mediators (.1); participate in state court counsel meeting re case strategy (.3); conference with J. Bair re same and stipulated judgment process (.2); | 0.70 | $490.00 |
| 1/30/2023 | Jesse Bair | Participate in portion of state court counsel meeting re case strategy (.3); participate in follow-up call with T. Burns re same and stipulated judgment process (.2); | 0.50 | $312.50 |
| 1/31/2023 | Jesse Bair | Review correspondence with I. Scharf and state court counsel re settlement and litigation strategy (.1); | 0.10 | $62.50 |
| 1/31/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re settlement strategy (.1); | 0.10 | $62.50 |
| 1/31/2023 | Jesse Bair | Review correspondence with I. Scharf and the Committee re case update (.1); | 0.10 | $62.50 |
| 1/31/2023 | Timothy Burns | Review various correspondence with state court counsel and PSZJ re settlement issues (.3); participate in call with state court counsel re same (.1); participate in additional call with state court counsel re same (.1); conference with J. Bair re same (.1); | 0.60 | $420.00 |
| **Total Hours and Fees** | | | **206.10** | **$107,396.75** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 1/1/2023 | Fourth Quarter 2022 PACER (Public Access to Court Electronic Records) | $9.60 |
| 1/9/2023 | CloudNine, database monthly hosting fee (December 2022) | $47.13 |
| 1/10/2023 | Hotel, T. Burns (3 nights) | $562.22 |
| 1/10/2023 | Hotel, J. Bair (3 nights) | $506.49 |
| 1/10/2023 | Travel meal, J. Bair | $7.85 |
| 1/10/2023 | Delta Airlines, J. Bair (MSN-ROC, Jan. 10-13) | $877.20 |
| 1/10/2023 | Taxi, J. Bair (airport to hotel) | $25.50 |
| 1/10/2023 | Delta Airlines, T. Burns (MSN-ROC Jan. 9-13) | $877.20 |
| 1/11/2023 | Travel meal, J. Bair | $12.10 |
| 1/11/2023 | Uber, J. Bair (hotel to settlement conference) | $62.91 |
| 1/11/2023 | Uber, J. Bair (settlement conference to hotel) | $32.74 |
| 1/12/2023 | Uber, J. Bair (hotel to settlement conference) | $62.91 |
| 1/12/2023 | Uber, J. Bair (settlement conference to hotel) | $49.37 |
| 1/12/2023 | Travel Meal, T. Burns | $7.45 |
| 1/13/2023 | Uber, J. Bair (hotel to settlement conference) | $62.91 |
| 1/13/2023 | Uber, J. Bair (settlement conference to airport) | $66.46 |
| 1/13/2023 | Travel meal, J. Bair | $7.51 |
| 1/13/2023 | Airport parking, J. Bair | $40.00 |

| Date | Description | Amount |
|---|---|---|
| 1/23/2023 | Delta Airlines, J. Bair (MSN-ROC, Jan. 23) | $942.00 |
| 1/23/2023 | American Airlines, T. Burns (MIA-ROC, Jan. 23) | $304.00 |
| 1/23/2023 | Hotel, T. Burns (1 night) | $287.17 |
| 1/23/2023 | Hotel, J. Bair (1 night) | $250.44 |
| 1/23/2023 | Travel Meal, J. Bair | $15.20 |
| 1/23/2023 | Travel Meal, J. Bair | $5.09 |
| 1/23/2023 | Cab, T. Burns (airport to hotel) | $50.00 |
| 1/23/2023 | Uber, J. Bair (airport to hotel) | $30.51 |
| 1/24/2023 | Uber, T. Burns (hotel to settlement conference) | $65.53 |
| 1/24/2023 | Uber, J. Bair (settlement conference to hotel) | $34.66 |
| 1/24/2023 | Uber, J. Bair (hotel to airport) | $65.38 |
| 1/24/2023 | Travel Meal, T. Burns | $5.81 |
| 1/25/2023 | Delta Airlines, T. Burns (ROC-MSN Jan. 25) | $499.00 |
| 1/25/2023 | Airport parking, J. Bair | $20.00 |
| 1/25/2023 | Delta Airlines, J. Bair (ROC-MSN, Jan. 25) | $942.00 |
| **Total Expenses** | | **$6,834.34** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 1.40 | $360.00 | $504.00 |
| Brian Cawley | 12.00 | $420.00 | $5,040.00 |
| Jesse Bair | 26.90 | $312.50 | $8,406.25 |
| Jesse Bair | 45.30 | $625.00 | $28,312.50 |
| Kacy Gurewitz | 7.00 | $420.00 | $2,940.00 |
| Karen Dempski | 0.60 | $360.00 | $216.00 |
| Leakhena Au | 20.40 | $420.00 | $8,568.00 |
| Nathan Kuenzi | 8.00 | $420.00 | $3,360.00 |
| Timothy Burns | 26.00 | $350.00 | $9,100.00 |
| Timothy Burns | 58.50 | $700.00 | $40,950.00 |

**Total Due This Invoice: $114,231.09**