EXHIBIT B



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of**  **Issue Date :** 3/17/2023
**The Diocese of Rochester, New York**  **Bill # :** 01075

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 2/1/2023 | Jesse Bair | Review correspondence from I. Scharf re Debtor Plan (.1); | 0.10 | $62.50 |
| 2/1/2023 | Timothy Burns | Meet with L. Au re potential direct claims against the Diocese's insurers (.1); review correspondence from state court counsel re meeting to discuss settlement issues (.2); prepare for state court counsel meeting re settlement issues (.8); meet with J. Bair re same (.2); attend call (1.0); review email re mediator selection (.1); | 2.40 | $1,680.00 |
| 2/1/2023 | Leakhena Au | Participate in conference with N. Kuenzi re changes to direct action claim approach and implementation of same in draft memorandum (.4); | 0.40 | $168.00 |
| 2/1/2023 | Nathan Kuenzi | Participate in conference with L. Au re changes to direct action claim approach and implementation of same in draft memorandum (.4); | 0.40 | $168.00 |
| 2/1/2023 | Nathan Kuenzi | Outline potential revisions to memorandum re potential direct claims against the Diocese's insurers (.1); | 0.10 | $42.00 |
| 2/1/2023 | Jesse Bair | Conference with T. Burns re insurance strategy in preparation for upcoming state court counsel call (.2); draft insurance exposure summary in connection with same (.1); | 0.30 | $187.50 |
| 2/1/2023 | Jesse Bair | Participate in portion of state court counsel meeting re settlement issues (.6); post-call analysis re potential next steps (.2); | 0.80 | $500.00 |
| 2/2/2023 | Alyssa Turgeon | Assist in revising memorandum re potential direct claims against the Diocese's insurers (2.0); | 2.00 | $720.00 |
| 2/2/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy (.1); | 0.10 | $62.50 |
| 2/2/2023 | Timothy Burns | Participate in conference with J. Bair re insurance strategy (.1); | 0.10 | $70.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/3/2023 | Jesse Bair | Review information about potential stipulated judgment mediators (.2); correspondence with I. Scharf re joint stipulation re stipulated judgment mediator (.1); review Debtor email re potential stipulated judgment mediators (.1); | 0.40 | $250.00 |
| 2/3/2023 | Alyssa Turgeon | Continue assisting in revising memorandum re potential direct claims against the Diocese's insurers (1.0); | 1.00 | $360.00 |
| 2/3/2023 | Timothy Burns | Review example of joint stipulation re stipulated judgment mediator (.1); review correspondence with J. Bair and I. Scharf re same (.1); | 0.20 | $140.00 |
| 2/6/2023 | Jesse Bair | Participate in internal BB team conference re case status and associated research projects (.1); | 0.10 | $62.50 |
| 2/6/2023 | Jesse Bair | Review I. Scharf correspondence to the Committee re case update (.1); | 0.10 | $62.50 |
| 2/6/2023 | Timothy Burns | Participate in BB team meeting re case developments and related assignments (.1); | 0.10 | $70.00 |
| 2/6/2023 | Nathan Kuenzi | Participate in team meeting re status of case and related assignments (.1); | 0.10 | $42.00 |
| 2/6/2023 | Leakhena Au | Participate in BB team meeting re case developments and related assignments (.1); | 0.10 | $42.00 |
| 2/6/2023 | Alyssa Turgeon | Participate in team meeting re status of case and related assignments (.1); | 0.10 | $36.00 |
| 2/6/2023 | Nathan Kuenzi | Analyze revisions to memorandum re potential direct claims against the diocese's insurers (.3); supplemental research re same (.3); | 0.60 | $252.00 |
| 2/6/2023 | Brian Cawley | Participate in team meeting regarding case status and assignments (.1); | 0.10 | $42.00 |
| 2/7/2023 | Timothy Burns | Analysis re potential Plan revisions (.1); | 0.10 | $70.00 |
| 2/7/2023 | Timothy Burns | Review email from I. Scharf to state court counsel re state court counsel meeting (.1); | 0.10 | $70.00 |
| 2/7/2023 | Timothy Burns | Review email from I. Scharf and meet with J. Bair re First State's offer (.1); | 0.10 | $70.00 |
| 2/7/2023 | Nathan Kuenzi | Continue drafting revisions to memorandum re potential direct claims against the Diocese's insurers (.6); | 0.60 | $252.00 |
| 2/7/2023 | Jesse Bair | Analyze First State counter offer and assess potential response to same (.2); | 0.20 | $125.00 |
| 2/7/2023 | Jesse Bair | Correspondence with I. Scharf re the Diocese's draft Plan (.1); | 0.10 | $62.50 |
| 2/8/2023 | Jesse Bair | Review and assess insurance-related Plan edits suggested by state court counsel (.2); | 0.20 | $125.00 |
| 2/8/2023 | Jesse Bair | Correspondence with I. Scharf re potential response to First State counter (.1); | 0.10 | $62.50 |
| 2/8/2023 | Jesse Bair | Participate in conference with T. Burns re Plan-related issues (.1); participate in supplemental conference with T. Burns re settlement procedures (.1); | 0.20 | $125.00 |
| 2/8/2023 | Jesse Bair | Participate in state court counsel meeting re ongoing case issues (.3); | 0.30 | $187.50 |
| 2/8/2023 | Timothy Burns | Participate in state court counsel meeting re ongoing case issues (.3); | 0.30 | $210.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/8/2023 | Timothy Burns | Review email from state court counsel re settlement procedures (.1); meet with J. Bair re same (.1); review email from PSZJ re same (.1); review emails between BB and PSZJ re First State settlement offers and counteroffers (.1); participate in conference re plan issues with J. Bair (.1); | 0.50 | $350.00 |
| 2/9/2023 | Brenda Horn | Draft BB's third interim fee application (2.3); correspond with J. Bair re same (.1); | 2.40 | $864.00 |
| 2/9/2023 | Jesse Bair | Provide instructions to B. Horn re preparing BB's third interim fee application (.1); | 0.10 | $62.50 |
| 2/9/2023 | Jesse Bair | Review correspondence from I. Scharf re additional individuals proposed by the Debtor as potential stipulated judgment mediators (.1); | 0.10 | $62.50 |
| 2/10/2023 | Jesse Bair | Review and edit draft joint Plan received from the Diocese (6.2); participate in conference with T. Burns re draft Plan (.2); | 6.40 | $4,000.00 |
| 2/10/2023 | Jesse Bair | Review correspondence from state court counsel re additional potential stipulated judgment mediator candidates (.1); | 0.10 | $62.50 |
| 2/10/2023 | Timothy Burns | Meet with J. Bair re draft plan (.2); | 0.20 | $140.00 |
| 2/11/2023 | Timothy Burns | Review correspondence between state court counsel and committee professionals re stipulated judgment mediator selection (.1); | 0.10 | $70.00 |
| 2/13/2023 | Timothy Burns | Review and revise draft plan (.8); | 0.80 | $560.00 |
| 2/13/2023 | Jesse Bair | Participate in state court counsel meeting re stipulated judgment and Plan issues (.6); | 0.60 | $375.00 |
| 2/14/2023 | Timothy Burns | Participate in call with J. Bair re outcome of recent state court counsel meeting (.1); | 0.10 | $70.00 |
| 2/14/2023 | Jesse Bair | Conference with T. Burns re outcome of recent state court counsel meeting (.1); | 0.10 | $62.50 |
| 2/15/2023 | Jesse Bair | Review I. Scharf correspondence re case update (.1); | 0.10 | $62.50 |
| 2/15/2023 | Timothy Burns | Review recent appellate decision re insurance neutrality of plan (.2); | 0.20 | $140.00 |
| 2/16/2023 | Jesse Bair | Review correspondence with state court counsel re recent settlement in another Diocesan bankruptcy case (.1); | 0.10 | $62.50 |
| 2/20/2023 | Jesse Bair | Review correspondence with I. Scharf and state court counsel re case update (.1); | 0.10 | $62.50 |
| 2/21/2023 | Leakhena Au | Participate in conference with N. Kuenzi re research status re potential direct claims against the Diocese's insurers (.2); | 0.20 | $84.00 |
| 2/21/2023 | Nathan Kuenzi | Participate in conference with L. Au re research status re potential direct claims against the Diocese's insurers (.2); | 0.20 | $84.00 |
| 2/21/2023 | Timothy Burns | Brief review of insurer's discovery motions to state court counsel (.3); meet with J. Bair re same (.1); | 0.40 | $280.00 |
| 2/21/2023 | Jesse Bair | Review CNA's Rule 2004 motion to compel litigation financing agreements (.3); | 0.30 | $187.50 |
| 2/21/2023 | Jesse Bair | Review CNA's motion to compel Rule 2019 disclosures (.4); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/21/2023 | Jesse Bair | Participate in conference with T. Burns re CNA's recent motions to compel (.1); | 0.10 | $62.50 |
| 2/22/2023 | Jesse Bair | Review I. Scharf correspondence with state court counsel re CNA's recent motions to compel (.1); | 0.10 | $62.50 |
| 2/22/2023 | Jesse Bair | Review the Debtor's letter to the court further adjourning its claims objections (.1); | 0.10 | $62.50 |
| 2/23/2023 | Timothy Burns | Review email from state court counsel re 2004 Request and 2019 motion (.1); review claims objection adjournment letter brief (.1); review email from I. Scharf re 2004 and 2019 papers (.1); detailed review of CNA's recent discovery motions (1.2); | 1.50 | $1,050.00 |
| 2/23/2023 | Jesse Bair | Review CNA notice of adjournment of recently filed motions to compel (.1); | 0.10 | $62.50 |
| 2/23/2023 | Jesse Bair | Review correspondence re further adjournment of Diocese claims objections (.1); | 0.10 | $62.50 |
| 2/24/2023 | Timothy Burns | Additional analysis re CNA's discovery motions (.1); | 0.10 | $70.00 |
| 2/24/2023 | Leakhena Au | Continue analysis re potential direct claims against the Diocese's insurers (.1); | 0.10 | $42.00 |
| 2/25/2023 | Timothy Burns | Correspondence with J. Bair re Plan draft status (.1); | 0.10 | $70.00 |
| 2/25/2023 | Jesse Bair | Correspondence with T. Burns re status of Rochester Plan (.1); | 0.10 | $62.50 |
| 2/27/2023 | Jesse Bair | Review correspondence from I. Scharf re Plan and litigation update (.1); | 0.10 | $62.50 |
| 2/28/2023 | Timothy Burns | Analyze case law re good faith requirement and TDPs re Plan analysis for insurance purposes (3.5); reviewed and responded to email from I. Scharf re Committee meeting re plan and insurance issues (.1); correspondence with J. Bair re same (.1); | 3.70 | $2,590.00 |
| 2/28/2023 | Jesse Bair | Review agenda for upcoming Committee meeting (.1); correspondence with T. Burns re insurance issues in connection with same (.1); | 0.20 | $125.00 |
| **Total Hours and Fees** | | | **31.80** | **$18,655.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 2/1/2023 | Postage | $7.74 |
| 2/6/2023 | CloudNine, database monthly hosting fee (January 2023) | $47.13 |
| 2/23/2023 | Postage | $4.35 |
| **Total Expenses** | | **$59.22** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 3.10 | $360.00 | $1,116.00 |
| Brenda Horn | 2.40 | $360.00 | $864.00 |
| Brian Cawley | 0.10 | $420.00 | $42.00 |

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Jesse Bair | 12.30 | $625.00 | $7,687.50 |
| Leakhena Au | 0.80 | $420.00 | $336.00 |
| Nathan Kuenzi | 2.00 | $420.00 | $840.00 |
| Timothy Burns | 11.10 | $700.00 | $7,770.00 |

**Total Due This Invoice: $18,714.72**