EXHIBIT C



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of**  **Issue Date :**  5/2/2023
**The Diocese of Rochester, New York**  **Bill # :**  01101

**Matter:** Insurance

**PROFESSIONAL SERVICES RENDERED**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 3/1/2023 | Timothy Burns | Participate in call with I. Scharf re insurance developments with Diocese (.1); brief review of draft mediation protocol (.2), brief review of motion to appoint mediator (.2), review and respond to email from I. Scharf re same (.1): attend part of Committee meeting re plan and ongoing developments (.6); participate in post-call with J. Bair re same and potential next-steps (.1); | 1.30 | $910.00 |
| 3/1/2023 | Jesse Bair | Participate in portion of state court counsel meeting re Plan and litigation issues (.6); participate in post-call with T. Burns re same and potential next-steps (.1); | 0.70 | $437.50 |
| 3/1/2023 | Jesse Bair | Correspondence with I. Nasatir re First State settlement status (.1); | 0.10 | $62.50 |
| 3/2/2023 | Jesse Bair | Additional correspondence with I. Nasatir re First State settlement status and potential counter (.1); | 0.10 | $62.50 |
| 3/2/2023 | Jesse Bair | Correspondence with I. Scharf and I. Nasatir re call to discuss draft stipulated judgment motion and protocols (.1); | 0.10 | $62.50 |
| 3/2/2023 | Jesse Bair | Analysis re third-party release issue re insurer 9019 motion (.3); | 0.30 | $187.50 |
| 3/3/2023 | Timothy Burns | Supplemental review re the Diocese's stipulated judgment protocol and motion to appoint mediators (.3); participate in initial conference with J. Bair re the Diocese's draft stipulated judgment protocols and motion to appoint stipulated judgment mediators (.2); participate in supplemental conference with J. Bair re same and overall litigation insurance strategy (.5); participate in portion of call re stipulated judgments with I. Nasatir and J. Bair (.3); participate call with state court counsel re stipulated judgment motion and related issues (.8); | 2.10 | $1,470.00 |
| 3/3/2023 | Jesse Bair | Review draft stipulated judgment protocol received from the Diocese (.3); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/3/2023 | Jesse Bair | Review draft motion to appoint stipulated judgment mediators received from the Diocese (.4); | 0.40 | $250.00 |
| 3/3/2023 | Jesse Bair | Participate in initial conference with T. Burns re the Diocese's draft stipulated judgment protocols and motion to appoint stipulated judgment mediators (.2); participate in supplemental conference with T. Burns re same and overall litigation insurance strategy (.5); | 0.70 | $437.50 |
| 3/3/2023 | Jesse Bair | Participate in conference with I. Nasatir and T. Burns re draft stipulated judgment protocols (.5); | 0.50 | $312.50 |
| 3/4/2023 | Jesse Bair | Review and edit revised draft of the joint Plan (2.3); correspondence with I. Scharf re same (.1); | 2.40 | $1,500.00 |
| 3/4/2023 | Timothy Burns | Review correspondence from J. Bair to I. Scharf re suggested Plan changes (.1); | 0.10 | $70.00 |
| 3/6/2023 | Jesse Bair | Analyze New York case law re stipulated judgment enforcement in connection with the motion to appoint stipulated judgment mediators and particular Plan provisions (.8); | 0.80 | $500.00 |
| 3/6/2023 | Jesse Bair | Continue reviewing and editing current draft of the motion to appoint stipulated judgment mediators (.5); | 0.50 | $312.50 |
| 3/6/2023 | Jesse Bair | Draft additional insurance-related edits to the Plan (.2); correspondence with I. Scharf re same (.1); additional analysis re insurance Plan strategy (.1); | 0.40 | $250.00 |
| 3/6/2023 | Jesse Bair | Continue reviewing and editing current draft of the stipulated judgment protocol (.4); | 0.40 | $250.00 |
| 3/6/2023 | Jesse Bair | Draft correspondence to I. Scharf re suggested edits to the stipulated judgment protocol and the motion to appoint stipulated judgment mediators (.2); | 0.20 | $125.00 |
| 3/6/2023 | Jesse Bair | Participate in conference with T. Burns and particular state court counsel re suggested edits to the stipulated judgment protocol (.2); | 0.20 | $125.00 |
| 3/6/2023 | Timothy Burns | Participate in conference with J. Bair and particular state court counsel re suggested edits to the stipulated judgment protocol (.2); | 0.20 | $140.00 |
| 3/7/2023 | Jesse Bair | Review and edit most recent version of the draft Plan circulated by I. Scharf (.8); correspondence with I. Scharf re additional suggested edits to same (.1); | 0.90 | $562.50 |
| 3/7/2023 | Jesse Bair | Participate in state court counsel meeting re Plan issues (.9); | 0.90 | $562.50 |
| 3/8/2023 | Jesse Bair | Review correspondence from I. Scharf re CNA's motions to compel (.1); | 0.10 | $62.50 |
| 3/8/2023 | Jesse Bair | Review correspondence from I. Scharf re updates re Plan issues (.1); | 0.10 | $62.50 |
| 3/9/2023 | Jesse Bair | Participate in conference with T. Burns re Plan issues (.1); | 0.10 | $62.50 |
| 3/9/2023 | Jesse Bair | Participate in additional conference with T. Burns re stipulated judgment protocol (.1); | 0.10 | $62.50 |
| 3/9/2023 | Jesse Bair | Participate in state court counsel meeting re Plan issues and other ongoing case issues (.4); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/9/2023 | Timothy Burns | Review correspondence from I. Scharf re hearing on motion to compel and discovery scheduling (.1); review correspondence from I. Scharf re claims reviewer (.1); review correspondence between committee professionals re potential edits to draft plan (.2); conference with J. Bair re plan draft status (.1); conference with J. Bair re stipulated judgment protocol (.1); attend state court counsel meeting re ongoing projects for insurance purposes (.4); | 1.00 | $700.00 |
| 3/10/2023 | Jesse Bair | Review correspondence from state court counsel re CNA's motions to compel (.1); | 0.10 | $62.50 |
| 3/11/2023 | Jesse Bair | Review and edit BB's third interim fee application (1.3); | 1.30 | $812.50 |
| 3/11/2023 | Timothy Burns | Review correspondence from state court counsel re CNA discovery issues (.1); | 0.10 | $70.00 |
| 3/13/2023 | Nathan Kuenzi | Participate in conference with internal BB team re case developments, strategy, and assignments (.1); | 0.10 | $42.00 |
| 3/13/2023 | Brian Cawley | Participate in conference with internal BB team re case developments, strategy, and assignments (.1); | 0.10 | $42.00 |
| 3/13/2023 | Leakhena Au | Participate in conference with internal BB team re case developments and assignments (.1); | 0.10 | $42.00 |
| 3/13/2023 | Alyssa Turgeon | Participate in conference with internal BB team re case developments and assignments (.1); | 0.10 | $36.00 |
| 3/13/2023 | Timothy Burns | Meet with BB team re ongoing projects (.1); review correspondence with the Diocese re mediation attendance (.1); | 0.20 | $140.00 |
| 3/13/2023 | Jesse Bair | Review CNA's letter to the Court re the UCC's requested hearing adjournment on CNA's motions to compel (.1); review Committee response letter to same (.1); | 0.20 | $125.00 |
| 3/13/2023 | Jesse Bair | Review correspondence from I. Scharf re case update and call (.1); | 0.10 | $62.50 |
| 3/13/2023 | Jesse Bair | Participate in internal BB team conference re case status and ongoing projects (.1); | 0.10 | $62.50 |
| 3/14/2023 | Timothy Burns | Conference with J. Bair re insurance issues in connection with draft Plan (.1); brief review of Plan documents in advance of state court counsel meeting (.8); participate in state court counsel meeting for insurance purposes (.5); participate in post-meeting call with committee professionals re Plan finalization and stipulated judgment protocol (.3); | 1.70 | $1,190.00 |
| 3/14/2023 | Jesse Bair | Review and edit most recent version of the draft Plan (.6); participate in conference with T. Burns re insurance issues in connection with same (.1); | 0.70 | $437.50 |
| 3/14/2023 | Jesse Bair | Review current version of the motion to appoint stipulated judgment mediators (.1); | 0.10 | $62.50 |
| 3/14/2023 | Jesse Bair | Review draft trust allocation protocol (.3); | 0.30 | $187.50 |
| 3/14/2023 | Jesse Bair | Draft correspondence to PSZJ team outlining potential additional insurance-related edits to the Plan (.2); follow-up correspondence with I. Nasatir and I. Scharf re same (.1); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/14/2023 | Jesse Bair | Participate in state court counsel meeting re Plan issues for insurance purposes (.5); | 0.50 | $312.50 |
| 3/14/2023 | Jesse Bair | Participate in call with I. Nasatir, I. Scharf, and T. Burns re insurance issues in connection with Plan finalization and stipulated judgment protocol (.3); | 0.30 | $187.50 |
| 3/15/2023 | Jesse Bair | Participate in Committee meeting re Plan issues and case update for insurance purposes (1.0); | 1.00 | $625.00 |
| 3/15/2023 | Timothy Burns | Participate in Committee meeting re Plan issues for insurance purposes (1.0); | 1.00 | $700.00 |
| 3/17/2023 | Jesse Bair | Review final version of BB's third interim fee application (.1); | 0.10 | $62.50 |
| 3/18/2023 | Timothy Burns | Analyze case law regarding stipulated judgments/settlements in connection with ongoing Plan, settlement, and litigation issues (3.6); | 3.60 | $2,520.00 |
| 3/20/2023 | Jesse Bair | Review agenda for state court counsel meeting (.1); | 0.10 | $62.50 |
| 3/20/2023 | Jesse Bair | Review revised draft of proposed non-monetary Plan terms (.1); | 0.10 | $62.50 |
| 3/21/2023 | Brian Cawley | Analysis re the ability of an injured party to provide notice instead of a policyholder under New York Insurance Law Section 3420 (1.8); draft summary of Section 3420 research (.2); | 2.00 | $840.00 |
| 3/21/2023 | Jesse Bair | Review B. Cawley email memorandum re the insurers' purported late notice defense (.1); | 0.10 | $62.50 |
| 3/21/2023 | Jesse Bair | Review correspondence from I. Scharf re Plan issues (.1); | 0.10 | $62.50 |
| 3/23/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and associated projects (.2); | 0.20 | $84.00 |
| 3/23/2023 | Leakhena Au | Participate in BB team meeting re case developments and associated projects (.2); | 0.20 | $84.00 |
| 3/23/2023 | Alyssa Turgeon | Participate in BB team meeting re ongoing case development and projects (.2); | 0.20 | $72.00 |
| 3/23/2023 | Brian Cawley | Participate in BB team meeting re case developments and associated projects (.2); | 0.20 | $84.00 |
| 3/23/2023 | Brian Cawley | Additional research re claimant notice requirements under New York Insurance Law Section 3420 (.3); draft summary of research findings (.1); | 0.40 | $168.00 |
| 3/23/2023 | Timothy Burns | Review revised version of draft Plan for insurance purposes and to suggest changes re same (2.9); participate in BB team meeting re ongoing case development and projects (.2); | 3.10 | $2,170.00 |
| 3/23/2023 | Jesse Bair | Participate in BB team meeting re case developments and associated projects (.2); | 0.20 | $125.00 |
| 3/23/2023 | Jesse Bair | Review and edit revised version of the Plan (.3); review and respond to correspondence with I. Scharf re suggested edits to same (.2); review and edit further revised version of the Plan received from the Diocese (.2); review and edit newest iteration of the Plan (.2); | 0.90 | $562.50 |
| 3/23/2023 | Jesse Bair | Review CNA's claim objection to POC No. 1 (.2); | 0.20 | $125.00 |
| 3/23/2023 | Jesse Bair | Review I. Scharf correspondence re CNA's claim objections (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/24/2023 | Jesse Bair | Review revised version of the Diocese's Disclosure Statement (1.0); | 1.00 | $625.00 |
| 3/24/2023 | Jesse Bair | Review T. Burns' suggested edits to the Plan (.1); review I. Scharf response to same (.1); | 0.20 | $125.00 |
| 3/24/2023 | Jesse Bair | Review correspondence with I. Scharf and the Committee re Plan and case updates (.1); | 0.10 | $62.50 |
| 3/24/2023 | Jesse Bair | Brief review of final version of the Plan (.1); | 0.10 | $62.50 |
| 3/24/2023 | Timothy Burns | Draft email memo to I. Scharf re suggested plan changes (.8); review correspondence from I. Scharf re suggested Plan changes (.1); review correspondence from I. Scharf re plan filing and CNA's claims objections (.1); review and respond to additional correspondence from I. Scharf re CNA's claims objections (.1); review correspondence from B. Cawley and research re late notice issues (.1); review CNA's objections to claims (.2); review CNA's earlier joinder in claims objections of Diocese (.1); review J. Bair's email re suggested changes to portions of the Plan (.1); | 1.60 | $1,120.00 |
| 3/25/2023 | Jesse Bair | Correspondence with PSZJ and T. Burns re call to discuss CNA objections (.1); | 0.10 | $62.50 |
| 3/27/2023 | Timothy Burns | Conference with J. Bair re CNA objections to claims (.1); conference with J. Bair re Interstate's motion to lift stay (.1); participate in call with PSZJ and J. Bair re CNA's objections and Interstate's motion (.4); review agenda for state court counsel meeting (.1); multiple emails with A. Turgeon re dockets in insurance adversary and factual research issue (.2); review adversary proceeding docket in connection with Interstate's motion (.2); participate in weekly state court counsel meeting for insurance purposes (.5); | 1.60 | $1,120.00 |
| 3/27/2023 | Leakhena Au | Conference with B. Cawley re CNA's coverage denials in connection with CNA's claim objection motion (.2); | 0.20 | $84.00 |
| 3/27/2023 | Jesse Bair | Conference with T. Burns re CNA's claims objections (.1); | 0.10 | $62.50 |
| 3/27/2023 | Jesse Bair | Participate in conference with T. Burns re Interstate's motion to lift the stay on the insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 3/27/2023 | Jesse Bair | Participate in call PSZJ and T. Burns re ongoing case insurance issues, including CNA's claim objections and Interstate's motion to lift stay (.4) | 0.40 | $250.00 |
| 3/27/2023 | Jesse Bair | Review agenda for state court counsel meeting (.1); participate in state court counsel meeting re Plan and other ongoing litigation issues for insurance purposes (.5); | 0.60 | $375.00 |
| 3/27/2023 | Jesse Bair | Review Interstate's motion to lift the stay of the insurance adversary proceeding (.3); review the Court's prior order permitting the Committee's intervention in the insurance adversary proceeding in connection with same (.1); | 0.40 | $250.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/27/2023 | Jesse Bair | Provide instructions to B. Cawley re additional analysis needed re CNA coverage denials and drafting of insurance section of the Committee's motion to dismiss or adjourn CNA's claims objections (.3); | 0.30 | $187.50 |
| 3/27/2023 | Jesse Bair | Review B. Cawley analysis re CNA coverage position on the 38 POCs subject to CNA's claims objections (.1); correspond with B. Cawley re same (.1); | 0.20 | $125.00 |
| 3/27/2023 | Jesse Bair | Analyze B. Cawley email memorandum re an insurer's forfeiture of its ability to control the defense after breaching the duty to defend (.1); | 0.10 | $62.50 |
| 3/27/2023 | Brian Cawley | Analyze case law re an insurer's forfeiture of its ability to control the defense after breaching the duty to defend in connection with CNA's claim objection motion (.6); draft summary of research re same for J. Bair (.2); | 0.80 | $336.00 |
| 3/27/2023 | Brian Cawley | Discuss new project on insurer right to control defense with J. Bair in connection with CNA's claim objection motion (.3); | 0.30 | $126.00 |
| 3/27/2023 | Brian Cawley | Analyze prior CNA coverage correspondence to identify specific denial letters for each of the POCs objected to by CNA (3.2); begin supplemental research re right to control defense issue in connection with the Committee's response to CNA's claim objection motion (1.2); | 4.40 | $1,848.00 |
| 3/27/2023 | Brian Cawley | Conference with L. Au re CNA's coverage denials in connection with CNA's claim objection motion (.2); | 0.20 | $84.00 |
| 3/28/2023 | Brian Cawley | Continue supplemental research re right to control defense issue in connection with the Committee's response to CNA's claim objection motion (1.2); begin drafting insurance section of the Committee's motion to dismiss or adjourn CNA's claim objections (2.8); | 4.00 | $1,680.00 |
| 3/28/2023 | Jesse Bair | Additional analysis re CNA's claim objections (.1); correspond with V. Newmark re same (.1); | 0.20 | $125.00 |
| 3/28/2023 | Jesse Bair | Review correspondence from I. Scharf and B. Michael re potential abuse claims reviewer (.1); | 0.10 | $62.50 |
| 3/28/2023 | Jesse Bair | Answer B. Cawley questions re insurance section of the Committee's motion to dismiss or adjourn CNA's claim objections (.1); | 0.10 | $62.50 |
| 3/29/2023 | Jesse Bair | Review initial version of draft insurance section prepared by B. Cawley for the Committee's motion to dismiss CNA's claim objections (.3); supplemental legal research re an insurer's inability to "cure" a prior denial of coverage and forfeiture of the ability to control the defense (.6); review prior CNA coverage correspondence re its denials of coverage and prior CNA claim objection joinders in connection with motion to dismiss (.3); draft revised version of insurance section to the Committee's motion to dismiss CNA's claim objections (1.4); correspondence with PSZJ team re same (.1); | 2.70 | $1,687.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/29/2023 | Jesse Bair | Correspondence with B. Cawley re copies of CNA coverage denials for each claim objected to by CNA (.1); participate in follow-up conference with B. Cawley re same (.1); | 0.20 | $125.00 |
| 3/29/2023 | Jesse Bair | Correspondence with J. Carter re additional CNA coverage correspondence (.1); | 0.10 | $62.50 |
| 3/29/2023 | Jesse Bair | Participate in Committee meeting re ongoing case issues for insurance purposes (.5); | 0.50 | $312.50 |
| 3/29/2023 | Brian Cawley | Additional analysis re prior CNA coverage correspondence to identify specific denial letters for each of the POCs objected to by CNA for potential use as motion exhibits (2.3); | 2.30 | $966.00 |
| 3/29/2023 | Brian Cawley | Correspondence with B. Cawley re copies of CNA coverage denials for each claim objected to by CNA (.1); participate in follow-up conference with J. Bair re same (.1); | 0.20 | $84.00 |
| 3/30/2023 | Jesse Bair | Review CNA's supplement to its Rule 2004 and 2019 motions to compel (.1); | 0.10 | $62.50 |
| 3/30/2023 | Jesse Bair | Correspondence with B. Michael re the Committee's motion to dismiss CNA's claim objections (.1); | 0.10 | $62.50 |
| 3/31/2023 | Jesse Bair | Review the Diocese's letter motion and corresponding order re adjournment of Interstate's motion to lift the stay on the insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 3/31/2023 | Jesse Bair | Analysis re LMI Plan issues (.1); review correspondence with I. Scharf re same (.1); | 0.20 | $125.00 |
| 3/31/2023 | Jesse Bair | Analysis re potential next-steps re Interstate's motion to lift the stay (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **59.40** | **$35,147.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 3/1/2023 | CloudNine, database monthly hosting fee (February 2023) | $45.38 |
| 3/17/2023 | Postage | $4.35 |
| **Total Expenses** | | **$49.73** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 0.30 | $360.00 | $108.00 |
| Brian Cawley | 14.90 | $420.00 | $6,258.00 |
| Jesse Bair | 25.80 | $625.00 | $16,125.00 |
| Leakhena Au | 0.50 | $420.00 | $210.00 |
| Nathan Kuenzi | 0.30 | $420.00 | $126.00 |
| Timothy Burns | 17.60 | $700.00 | $12,320.00 |

**Total Due This Invoice: $35,196.73**