EXHIBIT D



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of**
**The Diocese of Rochester, New York**

Issue Date : 5/30/2023

Bill # : 01139

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 4/3/2023 | Timothy Burns | Conference with J. Bair re insurance strategy (.3); Correspondence with J. Bair re LMI's email re finalizing LMI settlement (.1); | 0.40 | $280.00 |
| 4/3/2023 | Jesse Bair | Correspondence with J. Carter re CNA coverage letters (.1); | 0.10 | $62.50 |
| 4/3/2023 | Jesse Bair | Correspondence with I. Scharf and T. Burns re LMI Plan issues (.1); | 0.10 | $62.50 |
| 4/3/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy and next-steps moving forward (.3); | 0.30 | $187.50 |
| 4/3/2023 | Jesse Bair | Review correspondence with I. Scharf and state court counsel re upcoming state court counsel meeting (.1); | 0.10 | $62.50 |
| 4/4/2023 | Timothy Burns | Participate in call with I. Scharf re Interstate's motion to lift stay (.2); draft memo to file re same (.1); review correspondence from state court counsel re pending insurance-related motions (.1); participate in weekly state court counsel meeting for insurance purposes re case litigation and settlement strategy (1.0); draft memo to file re same (.1); participate in BB team meeting re case developments and related projects (.1); conference with J. Bair re insurance settlement strategy (.2); | 1.80 | $1,260.00 |
| 4/4/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and related projects (.1); | 0.10 | $42.00 |
| 4/4/2023 | Leakhena Au | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $42.00 |
| 4/4/2023 | Brian Cawley | Participate in BB team meeting re case developments and related projects (.1); | 0.10 | $42.00 |
| 4/4/2023 | Alyssa Turgeon | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $36.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/4/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in weekly state court counsel meeting for insurance purposes re case litigation and settlement strategy (1.0); | 1.10 | $687.50 |
| 4/4/2023 | Jesse Bair | Review T. Burns correspondence re Interstate's motion to lift the stay of the insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 4/4/2023 | Jesse Bair | Participate in conference with T. Burns re insurance settlement strategy (.2); | 0.20 | $125.00 |
| 4/4/2023 | Jesse Bair | Review correspondence from state court counsel re insurance and mediation issues (.1); | 0.10 | $62.50 |
| 4/4/2023 | Jesse Bair | Participate in BB team meeting re case status and ongoing projects (.1); | 0.10 | $62.50 |
| 4/5/2023 | Timothy Burns | Conference with J. Bair re insurance litigation and settlement strategy (.3); | 0.30 | $210.00 |
| 4/5/2023 | Jesse Bair | Conference with T. Burns re insurance litigation and settlement strategy (.3); | 0.30 | $187.50 |
| 4/5/2023 | Jesse Bair | Correspondence with I. Scharf re CNA denial letters as potential exhibits to the Committee's motion to dismiss CNA's claim objections (.1); | 0.10 | $62.50 |
| 4/5/2023 | Jesse Bair | Correspondence with B. Cawley re identifying all applicable CNA denial letters for potential use as exhibits to the Committee's motion to dismiss CNA's claim objections (.1); | 0.10 | $62.50 |
| 4/6/2023 | Jesse Bair | Review and edit current draft of the Committee's motion to dismiss or adjourn CNA's claim objections (1.8); | 1.80 | $1,125.00 |
| 4/6/2023 | Jesse Bair | Participate in conference with T. Burns re potential Interstate settlement strategy (.7); | 0.70 | $437.50 |
| 4/6/2023 | Jesse Bair | Analysis re Interstate exposure, POCs, coverage details, and current settlement status in connection with potential Interstate settlement strategy (.7); draft Interstate overview summary in connection with same (.6); | 1.30 | $812.50 |
| 4/6/2023 | Jesse Bair | Analyze individual CNA denial letters for each of the claims objected to by CNA (.3); correspondence with I. Scharf re same and potential exhibits to the Committee's motion to dismiss or adjourn CNA's claim objections (.2); | 0.50 | $312.50 |
| 4/6/2023 | Brian Cawley | Discuss CNA denial letter exhibit production with J. Bair (.1); prepare CNA denial letters for production as potential motion exhibits (.3); | 0.40 | $168.00 |
| 4/6/2023 | Timothy Burns | Analysis re potential Interstate settlement strategy (.5); review J. Bair's memo re same (.2); participate in conference with J. Bair re same (.7); draft PowerPoint presentation, including associated legal research and analysis re potential settlement strategy (2.1); | 3.50 | $2,450.00 |
| 4/7/2023 | Leakhena Au | Analysis regarding specific coverage position of CNA with respect to each individual POC (2.3); | 2.30 | $966.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/7/2023 | Timothy Burns | Prepare for call with certain state court counsel re insurance settlement issues and strategy (.8) participate in call with state court counsel and J. Bair re same (1.2) follow-up conference with J. Bair re same and next-steps (.1); follow-up call with certain state court counsel re same and next-steps (.1); review and revise the Committee's draft motion to dismiss or adjourn CNA's claims objections (1.2); review and consider correspondence from L. Au and J. Bair re CNA's denials and reservations (.2); | 3.60 | $2,520.00 |
| 4/7/2023 | Jesse Bair | Prepare for call with certain state court counsel re insurance settlement issues (.1); participate in portion of call with state court counsel and T. Burns re insurance settlement issues and strategy (.7); follow-up correspondence with state court counsel re same (.1); | 0.90 | $562.50 |
| 4/7/2023 | Jesse Bair | Provide instructions to L. Au re supplemental CNA denial letter analysis project (.1); review L. Au correspondence re results of supplemental analysis (.1); | 0.20 | $125.00 |
| 4/7/2023 | Jesse Bair | Review T. Burns' suggested edits to the Committee's motion to dismiss or adjourn CNA's claims objections (.2); | 0.20 | $125.00 |
| 4/8/2023 | Jesse Bair | Continued analysis re CNA denial issues (.1); correspondence with state court counsel re same (.1); | 0.20 | $125.00 |
| 4/10/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re potential insurance settlement issues and strategy (.2); follow-up conference with T. Burns re same (.1); | 0.30 | $187.50 |
| 4/10/2023 | Timothy Burns | Participate in call with state court counsel and J. Bair re insurance settlement issues, strategy, and mediation (.2); participate in follow-up conference with J. Bair re same (.1); | 0.30 | $210.00 |
| 4/11/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re insurance settlement strategy (.1); participate in post-call conference with T. Burns re same and potential next-steps (.2); | 0.30 | $187.50 |
| 4/11/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting re insurance settlement issues and strategy (.8); participate in follow-up call with certain state court counsel re potential next-steps re same (.1); participate in conference with T. Burns re same (.2); | 1.20 | $750.00 |
| 4/11/2023 | Jesse Bair | Review final version of the Committee's motion to dismiss or adjourn CNA's claim objections (.2); review the Committee's letter to the Court requesting temporary adjournment of CNA's claim objections until standing issue has been resolved (.1); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/11/2023 | Timothy Burns | Participate in call with state court counsel and J. Bair re insurance settlement strategy (.1); participate in post-call conference with J. Bair re same and potential next-steps (.2); participate in state court counsel meeting re insurance settlement issues and strategy (.8); participate in follow-up call with certain state court counsel re potential next-steps re same (.1); participate in conference with T. Burns re same (.2); | 1.40 | $980.00 |
| 4/12/2023 | Timothy Burns | Additional analysis re final version of the Committee's response to CNA's claim objections (.1); | 0.10 | $70.00 |
| 4/13/2023 | Jesse Bair | Review CNA's letter to the Court re the Committee's request to temporarily adjourn CNA's claims objections (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Correspondence with I. Scharf re potential Interstate demand and call re same (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Correspondence with I. Scharf re recent CNA coverage correspondence to the Diocese (.1); | 0.10 | $62.50 |
| 4/16/2023 | Jesse Bair | Analyze and respond to T. Burns correspondence re recent CNA coverage letter to the Diocese (.1); follow-up correspondence with I. Scharf re same (.1); | 0.20 | $125.00 |
| 4/16/2023 | Timothy Burns | Review correspondence with I. Scharf re CNA coverage positions (.1); additional correspondence with J. Bair re same (.1); | 0.20 | $140.00 |
| 4/17/2023 | Jesse Bair | Participate in conference with T. Burns re Interstate and CNA strategy (.2); | 0.20 | $125.00 |
| 4/17/2023 | Jesse Bair | Correspondence with T. Burns re potential Interstate counter (.1); | 0.10 | $62.50 |
| 4/17/2023 | Jesse Bair | Review I. Scharf correspondence re litigation and settlement updates (.1); | 0.10 | $62.50 |
| 4/17/2023 | Timothy Burns | Analysis re potential insurance strategy for Interstate/CNA in advance of call with Diocese (.2); correspondence with PSZJ and Diocese re same (.2); participate in call with J. Bair re same (.2); participate in call with Diocese and PSZJ re same (.5); follow-up call with I. Scharf re same (.1); participate in additional call and exchange correspondence with J. Bair, PSZJ, and state court counsel re same (.8); | 2.00 | $1,400.00 |
| 4/18/2023 | Jesse Bair | Review the Diocese's opposition to Interstate's motion to lift the stay in the insurance adversary proceeding (.2); | 0.20 | $125.00 |
| 4/18/2023 | Jesse Bair | Review the Committee's opposition to Interstate's motion to lift the stay in the insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 4/19/2023 | Jesse Bair | Review CNA's letter to the court re claim objection hearing and discovery schedule (.1); | 0.10 | $62.50 |
| 4/20/2023 | Leakhena Au | Analysis re protective order issues in connection with CNA denial letters (.3); | 0.30 | $126.00 |
| 4/20/2023 | Timothy Burns | Participate in call with state court counsel re CNA's claim objections and settlement issues (.6); post-call conference with J. Bair re same (.1); | 0.70 | $490.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/20/2023 | Jesse Bair | Participate in conference with T. Burns re CNA re claims objections and settlement issues (.1); | 0.10 | $62.50 |
| 4/20/2023 | Jesse Bair | Analysis re protective order issues in connection with CNA denial letters (.1); correspondence with T. Burns and L. Au re same (.1); | 0.20 | $125.00 |
| 4/21/2023 | Jesse Bair | Correspondence with I. Scharf, B. Michael, and state court counsel re particular CNA claim denials (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Review correspondence with T. Burns and state court counsel re research re CNA's inability to "cure" its prior denials of coverage and forfeiture of ability to control the defense (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Review certain sexual abuse survivors' joinder and related exhibits re the Committee's motion to dismiss CNA's claim objections (.2); | 0.20 | $125.00 |
| 4/21/2023 | Leakhena Au | Additional analysis in connection with particular CNA claim denials (.5); | 0.50 | $210.00 |
| 4/21/2023 | Brian Cawley | Supplemental analysis re prior research re insurer withdrawal of denial and impact on duty to defend (.3); correspond with T. Burns re research summary (.1); | 0.40 | $168.00 |
| 4/22/2023 | Jesse Bair | Review revised brief in support of appointment of stipulated judgment mediator (.2); | 0.20 | $125.00 |
| 4/22/2023 | Jesse Bair | Review revised version of stipulated judgment protocol (.1); | 0.10 | $62.50 |
| 4/22/2023 | Jesse Bair | Review information re potential Plan trustee candidates (.1); | 0.10 | $62.50 |
| 4/24/2023 | Jesse Bair | Review agenda for state court counsel meeting (.1); | 0.10 | $62.50 |
| 4/24/2023 | Jesse Bair | Participate in conference with T. Burns re state court counsel meeting outcome and insurance and settlement case next-steps (.2); | 0.20 | $125.00 |
| 4/24/2023 | Timothy Burns | Participate in conference with J. Bair re state court counsel meeting outcome and insurance and settlement case next-steps (.2); | 0.20 | $140.00 |
| 4/24/2023 | Timothy Burns | Participate in state court counsel meeting for insurance purposes re mediation and insurance strategy (.6); | 0.60 | $420.00 |
| 4/25/2023 | Jesse Bair | Review the Court's order granting Interstate's motion and lifting the stay of the insurance adversary proceeding (.2); analyze insurance implications of same re going-forward case strategy (.2); correspondence with T. Burns re same (.1); | 0.50 | $312.50 |
| 4/25/2023 | Jesse Bair | Review correspondence from state court counsel re implications of Order lifting insurance adversary stay (.1); | 0.10 | $62.50 |
| 4/25/2023 | Jesse Bair | Participate in conference with T. Burns re insurance implications of Order lifting the insurance adversary stay (.1); | 0.10 | $62.50 |
| 4/25/2023 | Timothy Burns | Participate in conference with J. Bair re insurance implications of Order lifting the insurance adversary stay (.1); | 0.10 | $70.00 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 4/26/2023 | Timothy Burns | Reviewed and considered the Court's order lifting the stay of the insurance adversary proceeding (.4); participate in call with state court counsel re same (.2); review correspondence with state court counsel re same (.2); participate in call with state court counsel re insurance issues (.6); participate in call with J. Bair re insurance strategy in light of recent case developments (.2); | 1.60 | $1,120.00 |
| 4/26/2023 | Jesse Bair | Participate in call with T. Burns re insurance strategy in light of recent case developments (.2); | 0.20 | $125.00 |
| 4/26/2023 | Jesse Bair | Review and consider correspondence with state court counsel and I. Scharf re case insurance issues (.2); | 0.20 | $125.00 |
| 4/27/2023 | Jesse Bair | Prepare for state court counsel meeting re settlement and insurance strategy (.1); participate in call with T. Burns re insurance strategy in connection with same (.2); participate in state court counsel meeting re same (.6); participate in post-call with T. Burns re outcome of same and next-steps re insurance strategy (.5); | 1.40 | $875.00 |
| 4/27/2023 | Jesse Bair | Analysis re potential response to First State's settlement counter (.1); correspondence with I. Nasatir re same (.1); | 0.20 | $125.00 |
| 4/27/2023 | Jesse Bair | Review correspondence with T. Burns and state court counsel re potential going-forward insurance strategy (.1); | 0.10 | $62.50 |
| 4/27/2023 | Timothy Burns | Prepare for state court counsel meeting re settlement and insurance strategy (.7); participate in call with J. Bair re insurance strategy in connection with same (.2); participate in state court counsel meeting re same (.6); participate in post-call with J. Bair re outcome of same and next-steps re insurance strategy (.5); correspondence with state court counsel re potential going-forward insurance strategy (.2); | 2.20 | $1,540.00 |
| 4/28/2023 | Timothy Burns | Participate in call with J. Bair re insurance adversary proceeding and insurance Plan issues (.1); | 0.10 | $70.00 |
| 4/28/2023 | Jesse Bair | Participate in call with T. Burns re insurance adversary proceeding and insurance Plan issues (.1); | 0.10 | $62.50 |
| 4/29/2023 | Jesse Bair | Review correspondence with T. Burns re potential First State counter (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **39.70** | **$25,357.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 4/1/2023 | First Quarter 2023 PACER (Public Access to Court Electronic Records) | $12.20 |
| 4/4/2023 | CloudNine, database monthly hosting fee (March 2023) | $46.59 |
| **Total Expenses** | | **$58.79** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Alyssa Turgeon | 0.10 | $360.00 | $36.00 |
| Brian Cawley | 0.90 | $420.00 | $378.00 |
| Jesse Bair | 16.30 | $625.00 | $10,187.50 |
| Leakhena Au | 3.20 | $420.00 | $1,344.00 |
| Nathan Kuenzi | 0.10 | $420.00 | $42.00 |
| Timothy Burns | 19.10 | $700.00 | $13,370.00 |

**Total Due This Invoice: $25,416.29**