EXHIBIT E



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

Issue Date : 6/21/2023

Bill # : 01149

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 5/1/2023 | Jesse Bair | Participate in conference with T. Burns re going-forward insurance strategy (.1); | 0.10 | $62.50 |
| 5/1/2023 | Jesse Bair | Review correspondence from I. Scharf re Interstate mediation status (.1); participate in conference with T. Burns re same and strategy for Interstate mediation (.2); | 0.30 | $187.50 |
| 5/1/2023 | Jesse Bair | Analyze CNA's claim objection reply brief (.4); conference with T. Burns re same and potential insurance responses in connection with same (.2); | 0.60 | $375.00 |
| 5/1/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation and settlement issues (1.0); | 1.00 | $625.00 |
| 5/1/2023 | Jesse Bair | Provide instructions to B. Cawley re additional analysis needed re stipulated judgment process under New York law (.1); | 0.10 | $62.50 |
| 5/1/2023 | Jesse Bair | Review current draft of the Plan re stipulated judgment process issues (.2); | 0.20 | $125.00 |
| 5/1/2023 | Jesse Bair | Participate in conference with T. Burns re stipulated judgment strategy (.1); | 0.10 | $62.50 |
| 5/1/2023 | Jesse Bair | Participate in additional conference with T. Burns re CNA's claim objection standing from an insurance perspective and potential response re same (.3); review T. Burns email memorandum to I. Scharf re same (.1); | 0.40 | $250.00 |
| 5/1/2023 | Jesse Bair | Participate in BB team conference re case developments and projects (.1); | 0.10 | $62.50 |
| 5/1/2023 | Nathan Kuenzi | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/2023 | Timothy Burns | Conference with J. Bair re case insurance strategy (.1); met with internal team re case assignments and strategy (.1); reviewed I. Scharf email re Interstate insurance strategy (.1) conference with J. Bair re same (.2); call with I. Scharf re mediation issues (.2); call with J. Bair re stipulated judgment issues (.1); met with J. Bair re CNA's reply brief (.2); reviewed CNA's reply brief re claims objection motion (.7); participate in additional conference with J. Bair re CNA's claim objection standing from an insurance perspective and potential response re same (.3); prepared email to file re argument against CNA's position (.2); participate in state court counsel meeting for insurance purposes re settlement and litigation strategy (1.0); email to I. Scharf re bankruptcy standing argument (.2); | 3.40 | $2,380.00 |
| 5/1/2023 | Alyssa Turgeon | Participate in BB team conference re case developments and projects (.1); | 0.10 | $36.00 |
| 5/1/2023 | Brian Cawley | Research New York law re arms' length negotiation and reasonableness requirements for stipulated judgments (1.8); | 1.80 | $756.00 |
| 5/2/2023 | Timothy Burns | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re mediation, settlement, and litigation strategy and next-steps (1.3); | 1.40 | $980.00 |
| 5/2/2023 | Jesse Bair | Review I. Scharf correspondence re disclosure statement and mediation update (.1); | 0.10 | $62.50 |
| 5/2/2023 | Jesse Bair | Prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re mediation, settlement, and litigation strategy and next-steps (1.3); | 1.40 | $875.00 |
| 5/3/2023 | Jesse Bair | Review I. Scharf correspondence re case developments and CNA claim objection update (.1); | 0.10 | $62.50 |
| 5/3/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re insurance mediation strategy (.1); | 0.10 | $62.50 |
| 5/3/2023 | Jesse Bair | Prepare for Committee meeting (.1); participate in Committee meeting for insurance purposes re case developments, mediation, and potential settlement strategy (1.0); | 1.10 | $687.50 |
| 5/4/2023 | Jesse Bair | Review state court counsel's Rule 2019 letter to the Court (.1); review CNA's 2019 letter responding to same (.1); | 0.20 | $125.00 |
| 5/4/2023 | Jesse Bair | Review correspondence from I. Scharf and state court counsel re Interstate mediation developments (.1); | 0.10 | $62.50 |
| 5/5/2023 | Jesse Bair | Participate in call with state court counsel re upcoming meeting with the mediators (.1); | 0.10 | $62.50 |
| 5/5/2023 | Jesse Bair | Participate in meeting with the mediators, state court counsel, and PSZJ re potential Interstate mediation and related settlement issues (.8); | 0.80 | $500.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/5/2023 | Jesse Bair | Correspondence with T. Burns re outcome of call with the mediators and next-steps re Interstate mediation (.2); participate in call with T. Burns re same (.1); | 0.30 | $187.50 |
| 5/5/2023 | Timothy Burns | Review and consider correspondence with J. Bair re outcome of call with the mediators and next-steps re Interstate mediation (.2); participate in call with J. Bair re same (.1); | 0.30 | $210.00 |
| 5/6/2023 | Jesse Bair | Review correspondence with the mediators and Interstate re upcoming Interstate mediation session (.1); | 0.10 | $62.50 |
| 5/7/2023 | Jesse Bair | Review additional correspondence with Interstate, the Diocese, and the mediators re upcoming Interstate mediation session (.1); | 0.10 | $62.50 |
| 5/8/2023 | Alyssa Turgeon | Participate in BB team conference re case developments and projects (.1); | 0.10 | $36.00 |
| 5/8/2023 | Brian Cawley | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |
| 5/8/2023 | Timothy Burns | Conference with J. Bair re insurance mediation strategy (.1); participate in BB team meeting re case developments and assignments (.1); participate in calls with state court counsel re insurance mediation issues (.2); participate in call with J. Bair re stipulated judgment strategy (.2); participate in call with I. Scharf and J. Bair re same (.4); participate in state court counsel meeting re insurance mediation and litigation strategy (.4); reviewed case management order authorizing additional mediations (.1); | 1.50 | $1,050.00 |
| 5/8/2023 | Leakhena Au | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |
| 5/8/2023 | Nathan Kuenzi | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |
| 5/8/2023 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.1); | 0.10 | $62.50 |
| 5/8/2023 | Jesse Bair | Participate in BB team meeting re case developments and related assignments (.1); | 0.10 | $62.50 |
| 5/8/2023 | Jesse Bair | Prepare for call with I. Scharf re stipulated judgment issues (.1); participate in call with I. Scharf and T. Burns re same (.4); | 0.50 | $312.50 |
| 5/8/2023 | Jesse Bair | Review case management order authorizing additional mediation sessions (.1); | 0.10 | $62.50 |
| 5/8/2023 | Jesse Bair | Participate in state court counsel meeting re insurance mediation and litigation strategy (.4); | 0.40 | $250.00 |
| 5/8/2023 | Jesse Bair | Participate in call with T Burns re stipulated judgment strategy (.2); | 0.20 | $125.00 |
| 5/9/2023 | Jesse Bair | Review correspondence with the Diocese and mediator re Interstate mediation details (.1); | 0.10 | $62.50 |
| 5/9/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy and next-steps (.2); | 0.20 | $125.00 |
| 5/9/2023 | Timothy Burns | Participate in call with state court counsel re mediation developments (.2); participate in conference with J. Bair re case insurance strategy and next-steps (.2); | 0.40 | $280.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/10/2023 | Jesse Bair | Review I. Scharf correspondence re CNA request for mediation (.1); | 0.10 | $62.50 |
| 5/10/2023 | Jesse Bair | Participate in conference with state court counsel and I. Scharf re CNA's request for mediation and potential next-steps re same (.5); correspondence with T. Burns re outcome of same (.1); | 0.60 | $375.00 |
| 5/11/2023 | Jesse Bair | Review I. Scharf correspondence re case mediation developments (.1); | 0.10 | $62.50 |
| 5/11/2023 | Jesse Bair | Participate in conference with T. Burns re Interstate and CNA mediation strategy (.1); | 0.10 | $62.50 |
| 5/12/2023 | Timothy Burns | Review correspondence with I. Scharf re upcoming insurance mediations (.1); review correspondence with J. Bair re state court counsel meeting (.1); | 0.20 | $140.00 |
| 5/15/2023 | Timothy Burns | Participate in conferences with J. Bair re insurance settlement and litigation strategy (.3); participate in call with state court counsel and J. Bair re mediation and settlement strategy (.1); review I. Scharf correspondence re CNA mediation update (.1); review and consider the court's recent mediation orders (.2); participate in state court counsel meeting for insurance purposes re mediation strategy (.4); | 1.10 | $770.00 |
| 5/15/2023 | Jesse Bair | Participate in conferences with T. Burns re insurance settlement and litigation strategy (.3); | 0.30 | $187.50 |
| 5/15/2023 | Jesse Bair | Participate in call with T. Burns and state court counsel re mediation and settlement strategy (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Review supplemental case management order re CNA mediation (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re mediation strategy (.4); | 0.40 | $250.00 |
| 5/15/2023 | Jesse Bair | Review I. Scharf correspondence re CNA mediation update (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Correspondence with I. Scharf and state court counsel re stipulated judgment process (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Analysis re preparations needed in advance of upcoming insurance mediations (.1); | 0.10 | $62.50 |
| 5/16/2023 | Jesse Bair | Review I. Scharf correspondence re Interstate negotiations (.1); | 0.10 | $62.50 |
| 5/16/2023 | Timothy Burns | Review correspondence with I. Scharf re Interstate negotiations (.1); | 0.10 | $70.00 |
| 5/17/2023 | Jesse Bair | Review draft stipulations of dismissal for LMI and Underwriters (.1); correspondence with I. Scharf re same (.1); | 0.20 | $125.00 |
| 5/17/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re mediation and litigation issues (.9); | 0.90 | $562.50 |
| 5/19/2023 | Jesse Bair | Review case management order adjourning CNA's motions to compel (.1); | 0.10 | $62.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/19/2023 | Jesse Bair | Review and respond to correspondence with LMI re LMI and Underwriters' request for dismissal from the insurance adversary proceeding (.2); review draft tolling agreements with LMI and Underwriters (.2); conference with T. Burns re same (.2); additional correspondence with LMI and the Debtor re same and dismissal of LMI and Underwriters without prejudice (.1); | 0.70 | $437.50 |
| 5/19/2023 | Timothy Burns | Review correspondence with LMI and J. Bair re draft tolling and dismissal stipulations re LMI and Underwriters; (.2) conference with J. Bair re same (.2); | 0.40 | $280.00 |
| 5/22/2023 | Jesse Bair | Review final versions of stipulations of dismissal of LMI and Underwriters and related correspondence (.2); | 0.20 | $125.00 |
| 5/22/2023 | Timothy Burns | Review stipulations of dismissal of LMI and Underwriters and related emails (.2); | 0.20 | $140.00 |
| 5/23/2023 | Timothy Burns | Review correspondence with the mediator re upcoming mediation (.1); review correspondence with I. Nasatir re First State negotiations (.1); review Rule 2019 order (.1); | 0.30 | $210.00 |
| 5/23/2023 | Jesse Bair | Review correspondence from the mediators re upcoming Interstate mediation (.1); | 0.10 | $62.50 |
| 5/23/2023 | Jesse Bair | Review CNA's letter and proposed Order re its Rule 2019 motion (.1); | 0.10 | $62.50 |
| 5/24/2023 | Jesse Bair | Correspondence with I. Scharf re Interstate mediation session (.1); | 0.10 | $62.50 |
| 5/24/2023 | Jesse Bair | Analyze First State counter (.1); correspond with I. Nasatir re potential response to same (.1); | 0.20 | $125.00 |
| 5/24/2023 | Timothy Burns | Review correspondence with J. Bair re upcoming Interstate mediation session (.1); | 0.10 | $70.00 |
| 5/25/2023 | Jesse Bair | Review correspondence from the Debtor re upcoming Interstate mediation (.1); | 0.10 | $62.50 |
| 5/26/2023 | Timothy Burns | Additional analysis re insurance strategy for upcoming mediation session (.2); correspondence with the Diocese re upcoming mediation (.1); | 0.30 | $210.00 |
| 5/31/2023 | Jesse Bair | Review correspondence with B. Michael re Committee meeting (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **26.20** | **$16,598.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/2/2023 | Postage | $4.35 |
| 5/5/2023 | CloudNine, database monthly hosting fee (April 2023) | $46.97 |
| 5/30/2023 | Postage | $4.35 |
| **Total Expenses** | | **$55.67** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 0.20 | $360.00 | $72.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian Cawley | 1.90 | $420.00 | $798.00 |
| Jesse Bair | 14.10 | $625.00 | $8,812.50 |
| Leakhena Au | 0.10 | $420.00 | $42.00 |
| Nathan Kuenzi | 0.20 | $420.00 | $84.00 |
| Timothy Burns | 9.70 | $700.00 | $6,790.00 |

**Total Due This Invoice: $16,654.17**