EXHIBIT F



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **Official Committee of Unsecured Creditors of The Diocese of Rochester, New York** | **Issue Date :** 7/20/2023 |
| | **Bill # :** 01187 |

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 6/1/2023 | Jesse Bair | Correspondence with I. Nasatir re First State counter (.1); | 0.10 | $62.50 |
| 6/5/2023 | Jesse Bair | Correspondence with B. Michael re Interstate mediation (.1); | 0.10 | $62.50 |
| 6/6/2023 | Jesse Bair | Correspondence with I. Nasatir re response to latest First State offer (.1); | 0.10 | $62.50 |
| 6/7/2023 | Timothy Burns | Reviewed and responded to correspondence re First State settlement negotiations (.2); reviewed correspondence from I. Scharf re mediation updates (.1); | 0.30 | $210.00 |
| 6/7/2023 | Jesse Bair | Review I. Scharf correspondence re case updates and status (.1); | 0.10 | $62.50 |
| 6/7/2023 | Jesse Bair | Review additional correspondence with I. Nasatir and T. Burns re potential First State counter (.1); | 0.10 | $62.50 |
| 6/11/2023 | Jesse Bair | Draft revised insurance overview summary for use during upcoming mediation with Interstate (.6); correspondence with T. Burns re same (.1); | 0.70 | $437.50 |
| 6/12/2023 | Timothy Burns | Review Interstate summary sheet for mediation (.2); review I. Scharf correspondence re Interstate negotiations (.1); correspondence with J. Bair re same (.1); prepare for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re upcoming Interstate mediation (.4); participate in post-call meeting with J. Bair re Interstate mediation strategy (.2); | 1.10 | $770.00 |
| 6/12/2023 | Jesse Bair | Review I. Scharf correspondence re Interstate negotiations and strategy (.1); | 0.10 | $62.50 |
| 6/12/2023 | Jesse Bair | Prepare for state court counsel meeting re strategy for upcoming Interstate mediation (.1); participate in state court counsel meeting re same (.4); participate in post-meeting conference with T. Burns re Interstate negotiations strategy (.2); | 0.70 | $437.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/13/2023 | Timothy Burns | Travel from Madison to New York City for Interstate mediation [billed at 1/2 travel rate] (7.0); | 7.00 | $2,450.00 |
| 6/13/2023 | Jesse Bair | Review correspondence with I. Scharf and state court counsel re Interstate counter (.1); | 0.10 | $62.50 |
| 6/14/2023 | Timothy Burns | Prepare for Committee meeting re upcoming Interstate mediation (.5); participate in call with J. Bair re same (.1); review I. Scharf correspondence re same (.1); participate in Committee meeting re same (.4); | 1.10 | $770.00 |
| 6/14/2023 | Jesse Bair | Participate in call with T. Burns re Interstate mediation strategy (.1); | 0.10 | $62.50 |
| 6/14/2023 | Jesse Bair | Prepare for Committee meeting re Interstate mediation (.1); participate in Committee meeting for insurance purposes re same (.4); | 0.50 | $312.50 |
| 6/15/2023 | Timothy Burns | Participate in portion of full-day Interstate mediation session (7.6); | 7.60 | $5,320.00 |
| 6/15/2023 | Timothy Burns | Return travel from New York City to Madison from mediation [billed at 1/2 travel rate] (6.2); | 6.20 | $2,170.00 |
| 6/15/2023 | Jesse Bair | Prepare for mediation (.1); participate in portion of full-day Interstate mediation session (7.4); | 7.50 | $4,687.50 |
| 6/15/2023 | Jesse Bair | Analyze mediators' proposal re Interstate (.1); | 0.10 | $62.50 |
| 6/16/2023 | Timothy Burns | Participate in call with state court counsel re mediation outcome and mediator's proposal (.4); participate in conference with J. Bair re same (.1); participate in call with I. Scharf re CNA strategy (.5); met with J. Bair re CNA litigation and settlement strategy (1.1); | 2.10 | $1,470.00 |
| 6/16/2023 | Jesse Bair | Participate in conference with T. Burns re the mediators' proposal (.1); | 0.10 | $62.50 |
| 6/16/2023 | Jesse Bair | Correspondence with I. Nasatir re response to First State's most recent counter (.1); | 0.10 | $62.50 |
| 6/16/2023 | Jesse Bair | Participate in conference with T. Burns re CNA litigation and settlement strategy (1.1); | 1.10 | $687.50 |
| 6/16/2023 | Jesse Bair | Review I. Scharf correspondence re the mediators' proposal (.1); | 0.10 | $62.50 |
| 6/19/2023 | Jesse Bair | Analysis re Interstate coverage defenses in advance of Committee meeting (.3); correspondence with T. Burns re same (.1); | 0.40 | $250.00 |
| 6/19/2023 | Jesse Bair | Prepare for Committee meeting (.2); participate in Committee meeting for insurance purposes re the mediators' proposal and potential settlement with Interstate (1.0); | 1.20 | $750.00 |
| 6/19/2023 | Timothy Burns | Reviewed and considered correspondence re First State settlement negotiations (.2); reviewed I. Scharf's draft correspondence to the Committee re Interstate negotiations (.1); analysis re settlement issues with Interstate (.2) correspondence with J. Bair re same (.1); brief review of draft timeline re abuse (.1); prepare for Committee meeting re potential Interstate settlement (.2); participate in Committee meeting re potential Interstate settlement (1.0); | 1.90 | $1,330.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/20/2023 | Timothy Burns | Reviewed mediator proposal result (.1); conference with J. Bair re same (.2); call with I. Scharf re same (.3); additional conference with J. Bair re same and next-steps (.2); participate in call with state court counsel re same (.3); participate in insurance strategy development session with J. Bair re same (.7); participate in call with I. Scharf re same (.3); participate in call with state court counsel re same (.2); | 2.30 | $1,610.00 |
| 6/20/2023 | Jesse Bair | Review mediator proposal result (.1); participate in conference with T. Burns re same (.2); | 0.30 | $187.50 |
| 6/20/2023 | Jesse Bair | Analysis re insurance demand letter issues and related strategy (.5); correspondence with T. Burns re same (.1); | 0.60 | $375.00 |
| 6/20/2023 | Jesse Bair | Participate in additional conference with T. Burns re mediator proposal outcome and next-steps re insurance strategy (.2); participate in call with state court counsel re same (.3); | 0.50 | $312.50 |
| 6/20/2023 | Jesse Bair | Participate in detailed, supplemental strategy development session with T. Burns re going forward insurance strategy and upcoming CNA mediation (.7); participate in call with I. Scharf and T. Burns re same (.3); participate in call with state court counsel and T. Burns re same (.2); | 1.20 | $750.00 |
| 6/21/2023 | Timothy Burns | Prepare for call with I. Scharf and state court counsel re Interstate developments (.4); participate in call with I. Scharf, J. Bair, and certain state court counsel re same (.6); participate in conference with J. Bair re post-confirmation trust issues (.4); reviewed and revised PowerPoint for state court counsel meeting re going-forward insurance strategy (.8); participate in state court counsel meeting re same (.7); | 2.90 | $2,030.00 |
| 6/21/2023 | Nathan Kuenzi | Revise and update CNA demand letters (1.0); | 1.00 | $420.00 |
| 6/21/2023 | Jesse Bair | Draft PowerPoint presentation re going-forward insurance strategy for use during upcoming state court counsel meeting (.7); | 0.70 | $437.50 |
| 6/21/2023 | Jesse Bair | Participate in call with I. Scharf, T. Burns, and certain state court counsel re going-forward insurance strategy (.6); participate in follow-up conference with T. Burns re post-confirmation trust issues (.4); | 1.00 | $625.00 |
| 6/21/2023 | Jesse Bair | Participate in state court counsel meeting re going-forward insurance strategy and next-steps re same (.7); | 0.70 | $437.50 |
| 6/21/2023 | Jesse Bair | Correspondence with N. Kuenzi re CNA demand letter project (.1); | 0.10 | $62.50 |
| 6/22/2023 | Jesse Bair | Participate in conference with T. Burns re CNA demand letters (.1); | 0.10 | $62.50 |
| 6/22/2023 | Jesse Bair | Draft correspondence to each applicable state court counsel group re draft CNA demand letters (.9); | 0.90 | $562.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/22/2023 | Jesse Bair | Prepare for call with certain state court counsel re CNA demand issues (.2); participate in call with additional state court counsel re same (.3); follow-up correspondence with state court counsel re CNA exposure (.1); | 0.60 | $375.00 |
| 6/22/2023 | Jesse Bair | Conference with T. Burns re upcoming Committee meeting (.1); participate in Committee meeting re case insurance strategy (.6); participate in post-call with T. Burns re next steps re insurance (.2); | 0.90 | $562.50 |
| 6/22/2023 | Jesse Bair | Correspondence with I. Scharf re CNA demand letters and Interstate status (.1); | 0.10 | $62.50 |
| 6/22/2023 | Nathan Kuenzi | Continue revising and updating CNA demand letters (1.6); | 1.60 | $672.00 |
| 6/22/2023 | Nathan Kuenzi | Review J. Bair correspondence re CNA demand letter project (.1); | 0.10 | $42.00 |
| 6/22/2023 | Timothy Burns | Participate in conference with J. Bair re CNA demand letters (.1); review correspondence from I. Scharf re Interstate developments (.1); review correspondence with J. Bair and I. Scharf re insurance demands (.1); review correspondence re committee meeting re Interstate issues (.2); reviewed draft insurance demands (.2); reviewed correspondence from state court counsel re insurance demands (.2); reviewed correspondence from J. Bair to I. Scharf re insurance demands issues (.1); prepare for Committee meeting re case insurance issues (.7); conference with J. Bair re same (.1); participate in Committee meeting re Interstate and CNA insurance strategy (.6); participate in post-call with J. Bair re insurance next steps (.2); | 2.60 | $1,820.00 |
| 6/23/2023 | Timothy Burns | Consideration of stay issues surrounding demand letters (.3); participate in conference with J. Bair re same (.1); reviewed and responded to correspondence from state court counsel re insurance demand letters (.1); correspondence with PSZJ re upcoming mediator meeting (.1); participate in call with certain state court counsel re same (.1); conference with J. Bair re same (.1); participate in portion of meeting with the mediators re ongoing insurance issues (.2); participate in call with Debtor's counsel re insurance (.1); post-call with J. Bair re outcome of same (.1); | 1.20 | $840.00 |
| 6/23/2023 | Jesse Bair | Participate in conference with T. Burns re insurance demand issues (.1); additional analysis re same (.1); participate in call with certain state court counsel re same (.2); | 0.40 | $250.00 |
| 6/23/2023 | Jesse Bair | Participate in conference with the mediators and state court counsel re mediation developments and next-steps (.5); | 0.50 | $312.50 |
| 6/23/2023 | Jesse Bair | Participate in call with the Diocese and T. Burns re case insurance issues (.1); participate in post-call with T. Burns re same (.1); | 0.20 | $125.00 |
| 6/23/2023 | Jesse Bair | Correspondence with I. Scharf re mediation developments and insurance demand letters (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/26/2023 | Jesse Bair | Participate in conference with T. Burns re insurance next-steps(.1); | 0.10 | $62.50 |
| 6/26/2023 | Jesse Bair | Review correspondence with I. Scharf re mediation developments (.1); | 0.10 | $62.50 |
| 6/26/2023 | Timothy Burns | Participate in conference with J. Bair re insurance next-steps(.1); | 0.10 | $70.00 |
| 6/27/2023 | Jesse Bair | Correspondence with each state court counsel group re finalization of CNA demand letters (.5); correspondence with I. Scharf re same (.1); participate in call with state court counsel re same (.1); | 0.70 | $437.50 |
| 6/27/2023 | Timothy Burns | Review correspondence with J. Bair and I. Scharf re insurance demand letter project (.2); correspondence with I. Scharf re Interstate mediation (.1); | 0.30 | $210.00 |
| 6/28/2023 | Jesse Bair | Review and respond to correspondence with state court counsel re CNA demand letter issues (.2); | 0.20 | $125.00 |
| 6/28/2023 | Jesse Bair | Participate in call with I. Scharf and T. Burns re mediation developments and insurance demand letters (.1); | 0.10 | $62.50 |
| 6/29/2023 | Jesse Bair | Participate in call with certain state court counsel re mediation updates and insurance demand letters (.2); participate in call with additional state court counsel re CNA demand letters (.1); | 0.30 | $187.50 |
| 6/29/2023 | Jesse Bair | Review final version of CNA demand letters (.2); | 0.20 | $125.00 |
| 6/29/2023 | Timothy Burns | Review correspondence with BB and state court counsel re demand letters (.2); review correspondence with I. Scharf, state court counsel, and the Committee re mediation developments (.1); review final version of CNA demand letters (.1); | 0.40 | $280.00 |
| 6/30/2023 | Brian Cawley | Draft interstate insurance demand letters (5.4); | 5.40 | $2,268.00 |
| 6/30/2023 | Timothy Burns | Review correspondence with BB team re Interstate demand letters (.2); review correspondence and spreadsheet from I. Scharf re same (.1); | 0.30 | $210.00 |
| 6/30/2023 | Timothy Burns | Participate in conference with J. Bair re insurance demand letters (.1); | 0.10 | $70.00 |
| 6/30/2023 | Alyssa Turgeon | Assist in drafting Interstate demand letters (.5); | 0.50 | $180.00 |
| 6/30/2023 | Jesse Bair | Analysis of claims and coverage exposure in connection with potential Interstate demands (.6); correspondence with I. Scharf re same (.1); | 0.70 | $437.50 |
| 6/30/2023 | Jesse Bair | Provide instructions to BB team re preparing Interstate demand letters (.3); answer follow-up questions from team re same (.3); | 0.60 | $375.00 |
| 6/30/2023 | Jesse Bair | Review revised version of particular CNA demand letters (.1); participate in conference with T. Burns re same and additional demand letter issues (.1); correspondence with state court counsel re CNA demand letter issues (.1); | 0.30 | $187.50 |
| 6/30/2023 | Katie Sticklen | Draft sub-set of Interstate demand letters (2.0); | 2.00 | $756.00 |
| 6/30/2023 | Leakhena Au | Draft Interstate demand letters (6.1); | 6.10 | $2,562.00 |
| 6/30/2023 | Nathan Kuenzi | Draft final set of Interstate demand letters (4.0); | 4.00 | $1,680.00 |
| **Total Hours and Fees** | | | **83.70** | **$46,147.50** |

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 6/8/2023 | CloudNine, database monthly hosting fee (May 2023) | $46.97 |
| 6/13/2023 | Hotel, T. Burns (2 nights) | $1,100.00 |
| 6/13/2023 | Travel meal, T. Burns | $3.49 |
| 6/13/2023 | Delta Airlines, T. Burns (MSN-LGA June 13) | $579.00 |
| 6/14/2023 | Travel meal, T. Burns | $7.39 |
| 6/15/2023 | Travel meal, T. Burns | $33.04 |
| 6/15/2023 | United Airlines, T. Burns (EWR-MSN June 15) | $449.00 |
| 6/15/2023 | Uber, T. Burns (hotel to airport) | $133.79 |
| **Total Expenses** | | **$2,352.68** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 0.50 | $360.00 | $180.00 |
| Brian Cawley | 5.40 | $420.00 | $2,268.00 |
| Jesse Bair | 25.50 | $625.00 | $15,937.50 |
| Katie Sticklen | 2.00 | $378.00 | $756.00 |
| Leakhena Au | 6.10 | $420.00 | $2,562.00 |
| Nathan Kuenzi | 6.70 | $420.00 | $2,814.00 |
| Timothy Burns | 13.20 | $350.00 | $4,620.00 |
| Timothy Burns | 24.30 | $700.00 | $17,010.00 |

**Total Due This Invoice: $48,500.18**