EXHIBIT G



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

Issue Date : 8/31/2023

Bill # : 01213

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 7/2/2023 | Jesse Bair | Review correspondence with state court counsel re additional CNA demand letters (.1); | 0.10 | $62.50 |
| 7/3/2023 | Jesse Bair | Review I. Scharf correspondence re mediation update (.1); | 0.10 | $62.50 |
| 7/5/2023 | Leakhena Au | Edit and revise insurance demand letters (.5); review and respond to correspondence from T. Burns re same (.1); | 0.60 | $252.00 |
| 7/5/2023 | Timothy Burns | Correspondence with BB team re upcoming mediation (.2); review certain Interstate demand letters (.2); review correspondence with BB team re same (.2); review correspondence with I. Scharf and the Committee re status of settlement negotiations (.1); review and respond to correspondence with J. Bair and I. Scharf re Interstate demands (.2); | 0.90 | $630.00 |
| 7/5/2023 | Jesse Bair | Review I. Scharf correspondence re mediation update (.1); | 0.10 | $62.50 |
| 7/5/2023 | Jesse Bair | Preliminary review and analysis of draft Interstate demand letters (.3); correspondence with I. Scharf re same (.1); | 0.40 | $250.00 |
| 7/5/2023 | Jesse Bair | Begin preparations for upcoming CNA mediation (.1); | 0.10 | $62.50 |
| 7/5/2023 | Jesse Bair | Analyze additional CNA demand letters prepared by state court counsel (.2); | 0.20 | $125.00 |
| 7/6/2023 | Jesse Bair | Correspondence with I. Scharf re Interstate demand letters (.1); | 0.10 | $62.50 |
| 7/6/2023 | Jesse Bair | Analysis regarding potential additional CNA demand letters (.3); provide instructions to N. Kuenzi re preparing same (.1); | 0.40 | $250.00 |
| 7/6/2023 | Nathan Kuenzi | Draft additional CNA demand letters (1.0); | 1.00 | $420.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/2023 | Timothy Burns | Participate in conference with J. Bair re insurance settlement strategy (.1); correspondence with state court counsel and J. Bair re CNA demands (.2); review correspondence from BB to PSZJ re Interstate demands (.1); review correspondence with state court counsel re CNA demands (.2); | 0.60 | $420.00 |
| 7/6/2023 | Jesse Bair | Participate in conference with T. Burns re case settlement strategy and Interstate demand letters (.1); | 0.10 | $62.50 |
| 7/7/2023 | Timothy Burns | Review correspondence with J. Bair and PSZJ re First State (.2); participate in call with I. Scharf and J. Bair re Interstate demands and negotiation (.2); | 0.40 | $280.00 |
| 7/7/2023 | Jesse Bair | Correspondence with I. Nasatir re response to First State's latest offer (.1); | 0.10 | $62.50 |
| 7/7/2023 | Jesse Bair | Participate in call with T. Burns and I. Scharf re Interstate demand letters and upcoming CNA mediation (.2); | 0.20 | $125.00 |
| 7/7/2023 | Jesse Bair | Review final versions of additional CNA demand letters sent by state court counsel (.2); draft additional CNA demand letter (.1); correspondence with state court counsel re same (.1); | 0.40 | $250.00 |
| 7/10/2023 | Timothy Burns | Review correspondence from I. Scharf re status of settlement negotiations (.1); review correspondence from J. Bair re same (.1); participate in state court counsel meeting for insurance purposes re insurance mediation strategy (.5); | 0.70 | $490.00 |
| 7/10/2023 | Jesse Bair | Review I. Scharf correspondence re Interstate and CNA mediation updates (.1); | 0.10 | $62.50 |
| 7/10/2023 | Jesse Bair | Analysis re CNA exposure and coverage issues in advance of upcoming mediation (.2); | 0.20 | $125.00 |
| 7/10/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re Interstate and CNA mediation strategy (.5); | 0.50 | $312.50 |
| 7/11/2023 | Timothy Burns | Review correspondence from I. Scharf re upcoming mediation (.1); review correspondence from PSZJ and Blank Rome re First State settlement (.1); | 0.20 | $140.00 |
| 7/11/2023 | Jesse Bair | Review I. Scharf and Blank Rome correspondence re First State settlement (.1); | 0.10 | $62.50 |
| 7/11/2023 | Timothy Burns | Participate in call with J. Bair re Interstate settlement (.1); | 0.10 | $70.00 |
| 7/11/2023 | Jesse Bair | Participate in call with T. Burns re Interstate settlement (.1); | 0.10 | $62.50 |
| 7/11/2023 | Jesse Bair | Review I. Scharf correspondence re CNA mediation (.1); | 0.10 | $62.50 |
| 7/12/2023 | Jesse Bair | Travel to Rochester from Madison for mediation [billed at 1/2 travel rate] (7.6); | 7.60 | $2,375.00 |
| 7/12/2023 | Jesse Bair | Participate in conference with T. Burns re Interstate settlement and CNA mediation strategy (.1); | 0.10 | $62.50 |
| 7/12/2023 | Jesse Bair | Review I. Scharf and state court counsel correspondence re mediation developments (.1); | 0.10 | $62.50 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2023 | Timothy Burns | Mediation preparation, including reviewing previous mediation notes, insurance policies, and case materials (1.9); participate in call with state court counsel re mediation developments and strategy (.3); | 2.20 | $1,540.00 |
| 7/12/2023 | Timothy Burns | Travel to Rochester from Madison for CNA mediation [billed at 1/2 travel rate] (7.6); | 7.60 | $2,660.00 |
| 7/13/2023 | Timothy Burns | Conference with J. Bair re mediation strategy (.2); conference with state court counsel re same (.2); participate in full-day CNA mediation session (8.0); | 8.40 | $5,880.00 |
| 7/13/2023 | Jesse Bair | Prepare for CNA mediation session, including drafting revised CNA summary sheet (.3); | 0.30 | $187.50 |
| 7/13/2023 | Jesse Bair | Conference with T. Burns re mediation strategy (.2); participate in portion of CNA mediation session (7.2); | 7.40 | $4,625.00 |
| 7/13/2023 | Jesse Bair | Return travel to Madison from Rochester mediation [billed at 1/2 travel rate] (7.3); | 7.30 | $2,281.25 |
| 7/13/2023 | Timothy Burns | Return travel to Madison from Rochester mediation [billed at 1/2 travel rate] (7.6); | 7.60 | $2,660.00 |
| 7/14/2023 | Timothy Burns | Participate in call with I. Scharf re potential CNA plan (.1); conference with J. Bair re same (.1); | 0.20 | $140.00 |
| 7/14/2023 | Jesse Bair | Participate in conference with T. Burns re potential CNA Plan of Reorganization (.1); review correspondence with I. Scharf, J. Stang, and state court counsel re same (.2); correspondence with I. Scharf re upcoming status conference with the Court (.1); | 0.40 | $250.00 |
| 7/18/2023 | Timothy Burns | Participate in state court counsel call re CNA status hearing (.4); conference with J. Bair re same (.2); | 0.60 | $420.00 |
| 7/18/2023 | Jesse Bair | Correspondence with B. Michael re state court counsel meeting (.1); participate in conference with T. Burns re CNA status hearing (.2); | 0.30 | $187.50 |
| 7/19/2023 | Jesse Bair | Review I. Scharf correspondence re case litigation update. status conference, and next-steps (.1); | 0.10 | $62.50 |
| 7/19/2023 | Jesse Bair | Preliminary analysis re CNA claim exposure using LMI and Interstate average claim settlement numbers (.2); | 0.20 | $125.00 |
| 7/19/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re CNA strategy (.2); | 0.20 | $125.00 |
| 7/19/2023 | Timothy Burns | Review and respond to correspondence from state court counsel re case developments (.1); review correspondence from I. Scharf re status conference (.1); participate in call with state court counsel and J. Bair re CNA strategy (.2); | 0.40 | $280.00 |
| 7/20/2023 | Timothy Burns | Participate in conference with J. Bair re CNA strategy (.3); participate in call with state court counsel and J. Bair re insurance strategy (.2); conference with J. Bair re assignments re same (.2); participate in call with J. Stang re response to CNA proposing a plan (.2); consideration of same and formulation of strategy (.3); participate in conference with J. Bair re same (.3); prepare for meeting with PSZJ re insurance initiatives (.3); participate in zoom meeting with PSZJ and J. Bair re same (1.0); | 2.80 | $1,960.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/20/2023 | Nathan Kuenzi | Prepare for conference with J. Bair re draft Section 349 complaint (.1); participate in conference with J. Bair re Section 349 complaint and changes to the same (.2); | 0.30 | $126.00 |
| 7/20/2023 | Nathan Kuenzi | Draft revised version of Section 349 complaint against CNA (5.7); | 5.70 | $2,394.00 |
| 7/20/2023 | Nathan Kuenzi | Draft email to J. Bair summarizing work on Section 349 complaint and describing outstanding issues (.1); | 0.10 | $42.00 |
| 7/20/2023 | Jesse Bair | Participate in conference with T. Burns re CNA strategy (.3); participate in call with state court counsel and T. Burns re same (.2); participate in post-meeting conference with T. Burns re assignments need for completion in connection with same (.2); | 0.70 | $437.50 |
| 7/20/2023 | Jesse Bair | Provide instructions to N. Kuenzi re finalizing draft Section 349 complaint against CNA re CNA's unfair claims practices (.2); correspondence with N. Kuenzi re supplemental instructions and relevant case materials in connection with same (.2); conference with N. Kuenzi re suggested edits to preliminary draft complaint against CNA (.2); | 0.60 | $375.00 |
| 7/20/2023 | Jesse Bair | Participate in supplemental conference with T. Burns re strategy in connection with CNA proposing its own Plan of Reorganization (.3); | 0.30 | $187.50 |
| 7/20/2023 | Jesse Bair | Prepare for insurance strategy meeting with PSZJ team (.1); participate in strategy meeting with PSZJ team and T. Burns re potential response to CNA filing its own Plan of Reorganization and additional insurance issues (1.0); | 1.10 | $687.50 |
| 7/20/2023 | Jesse Bair | Participate in call with I. Scharf re draft joint letter to the Court re settlement status and update (.1); | 0.10 | $62.50 |
| 7/21/2023 | Timothy Burns | Review joint status letter to the court (.2); participate in call with I. Scharf re same (.1); correspondence with I. Scharf re same (.1); | 0.40 | $280.00 |
| 7/21/2023 | Jesse Bair | Review draft version of joint status letter to the Court (.1); review correspondence with First State and Interstate re same (.1); | 0.20 | $125.00 |
| 7/21/2023 | Nathan Kuenzi | Revise draft Section 349 complaint against CNA to incorporate preliminary edits from T. Burns and J. Bair (1.3); | 1.30 | $546.00 |
| 7/24/2023 | Leakhena Au | Participate in BB team meeting re case developments and related insurance assignments (.4); | 0.40 | $168.00 |
| 7/24/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re CNA strategy (.4); | 0.40 | $250.00 |
| 7/24/2023 | Jesse Bair | Participate in meeting with PSZJ team and T. Burns re CNA strategy (1.0); | 1.00 | $625.00 |
| 7/24/2023 | Jesse Bair | Review and edit draft Section 349 complaint against CNA (.7); correspondence with N. Kuenzi re suggested edits to same (.1); | 0.80 | $500.00 |
| 7/24/2023 | Jesse Bair | Participate in BB team meeting re case status and various insurance projects needed for completion re CNA issues (.4); | 0.40 | $250.00 |
| 7/24/2023 | Jesse Bair | Participate in conference with state court counsel, PSZJ, and T. Burns re CNA strategy (.3); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/24/2023 | Nathan Kuenzi | Continue revising draft Section 349 complaint to incorporate further suggested changes from T. Burns (.9); | 0.90 | $378.00 |
| 7/24/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and related insurance assignments (.4); | 0.40 | $168.00 |
| 7/24/2023 | Brian Cawley | Participate in BB team meeting re case developments and related insurance assignments (.4); | 0.40 | $168.00 |
| 7/24/2023 | Brian Cawley | Begin drafting motion to lift stay of the insurance adversary proceeding (1.4); | 1.40 | $588.00 |
| 7/24/2023 | Timothy Burns | Participate in call with state court counsel and J. Bair re CNA strategy (.4); review and revise draft Section 349 complaint against CNA (2.9); participate in call with PSZJ and J. Bair re CNA strategy (1.0); participate in call with PSZJ, state court counsel, and J. Bair re same (.3); participate in BB team meeting re case developments and related insurance assignments (.4); | 5.00 | $3,500.00 |
| 7/25/2023 | Leakhena Au | Begin drafting Section 349 derivative demand letter to the Diocese (5.3); | 5.30 | $2,226.00 |
| 7/25/2023 | Nathan Kuenzi | Continue revising and editing draft Section 349 complaint against CNA to incorporate further partner edits (3.0); | 3.00 | $1,260.00 |
| 7/25/2023 | Nathan Kuenzi | Participate in conference with J. Bair re outstanding issues with draft Section 349 complaint and drafting reply to the CNA's joint status letter response (.2); | 0.20 | $84.00 |
| 7/25/2023 | Nathan Kuenzi | Participate in discussion with T. Burns re revising the Committee's draft reply to CNA's response re joint status letter (.1); | 0.10 | $42.00 |
| 7/25/2023 | Nathan Kuenzi | Revise and edit the Committee's reply to CNA's response to the joint status letter to incorporate T. Burns' suggested changes (1.1); | 1.10 | $462.00 |
| 7/25/2023 | Nathan Kuenzi | Draft template stipulated judgment and associated Order for Judgment in connection with potential Plan revisions (.8); | 0.80 | $336.00 |
| 7/25/2023 | Timothy Burns | Review CNA's Response to the Committee's and Diocese's Status Report (.2); conference with J. Bair re same (.2); participate in call with state court counsel re same (.2); draft potential response to same (1.5); conference with N. Kuenzi re finalizing draft response to CNA (.1); review and revise updated draft response to CNA (.4); participate in call with I. Scharf and J. Bair re stipulated judgment issues and draft reply to Continental (.4); prepare for state court counsel meeting (.6); participate in state court counsel meeting re insurance strategy (1.0); review and revise I. Scharf's suggested changes to reply to CNA (.7); review and respond to correspondence from BB team re research re derivative demand letter (.2); review of J. Stang's suggested edits to reply to CNA's response (.2); | 5.70 | $3,990.00 |
| 7/25/2023 | Leakhena Au | Correspondence with N. Kuenzi re research on Section 349 and public policy issues re same (.2); | 0.20 | $84.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/25/2023 | Jesse Bair | Analyze CNA's Response to the Committee and Diocese's joint status report (.2); conference with T. Burns re same and potential response (.2); | 0.40 | $250.00 |
| 7/25/2023 | Jesse Bair | Provide instructions to L. Au re preparing Section 349 complaint derivative standing letter (.1); | 0.10 | $62.50 |
| 7/25/2023 | Jesse Bair | Revise, edit, and draft new portions of Section 349 derivative standing letter to the Diocese (1.3); | 1.30 | $812.50 |
| 7/25/2023 | Jesse Bair | Review and edit initial draft of the Committee's reply to CNA's response to the parties' joint status letter to the Court (.2); | 0.20 | $125.00 |
| 7/25/2023 | Jesse Bair | Review and edit revised version of the Committee's reply to CNA's recent status update filing (.3); | 0.30 | $187.50 |
| 7/25/2023 | Jesse Bair | Participate in state court counsel meeting re insurance case strategy and next-steps (1.0); | 1.00 | $625.00 |
| 7/25/2023 | Jesse Bair | Prepare for call with I. Scharf and T. Burns re stipulated judgment and overall CNA strategy (.1); participate in call with I. Scharf and T. Burns re same (.4); | 0.50 | $312.50 |
| 7/25/2023 | Jesse Bair | Prepare stipulated judgment template in connection with potential Plan revisions (.2); correspondence with I. Scharf re same (.1); | 0.30 | $187.50 |
| 7/25/2023 | Jesse Bair | Research case law re public policy aspect of Section 349 claims under New York law (.2); correspondence with N. Kuenzi and T. Burns re same (.1); participate in conference with N. Kuenzi re edits to the draft Section 349 complaint and the Committee's reply to CNA's joint status update response (.2); | 0.50 | $312.50 |
| 7/25/2023 | Jesse Bair | Review correspondence with I. Scharf and T. Burns re stipulated judgment issues and CNA response (.1); | 0.10 | $62.50 |
| 7/25/2023 | Brian Cawley | Continue drafting motion to lift stay of the insurance adversary proceeding (1.4); | 1.40 | $588.00 |
| 7/26/2023 | Jesse Bair | Continue reviewing and editing draft Section 349 derivative standing letter (.4); review I. Scharf's suggested edits to same (.1); correspondence with T. Burns re same (.1); | 0.60 | $375.00 |
| 7/26/2023 | Jesse Bair | Review J. Stang's and I. Nasatir's suggested edits to 9019 denial motion against CNA (.1); review and edit revised version of same (.4); | 0.50 | $312.50 |
| 7/26/2023 | Jesse Bair | Correspondence with the Committee re draft Section 349 derivative standing letter to the Diocese (.1); | 0.10 | $62.50 |
| 7/26/2023 | Jesse Bair | Prepare for Committee meeting re case status, Plan, and insurance strategy (.1); participate in Committee meeting re same (1.0); participate in follow-up call with I. Scharf re same and next-steps (.1); | 1.20 | $750.00 |
| 7/26/2023 | Jesse Bair | Review J. Stang's suggested edits to the draft Section 349 derivative standing letter (.2); edit and finalize Section 349 derivative sanding letter to the Diocese (.4); | 0.60 | $375.00 |
| 7/26/2023 | Jesse Bair | Provide supplemental instructions to B. Cawley re motion to lift stay re insurance adversary proceeding (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/26/2023 | Jesse Bair | Participate in conference with N. Kuenzi re draft Section 349 complaint against CNA (.1); | 0.10 | $62.50 |
| 7/26/2023 | Jesse Bair | Analysis of NY GBL Section 349 case law in connection with draft complaint against CNA (.1); | 0.10 | $62.50 |
| 7/26/2023 | Nathan Kuenzi | Participate in conference with J. Bair re Section 349 complaint and additional revisions needed to same (.1); | 0.10 | $42.00 |
| 7/26/2023 | Nathan Kuenzi | Continue revising draft Section 349 complaint against CNA (2.3); | 2.30 | $966.00 |
| 7/26/2023 | Timothy Burns | Review and revise Section 349 derivative standing letter (.4); review I. Scharf's suggested changes to same (.2); review revised draft of reply to CNA (.3); participate in Committee meeting for insurance purposes re case insurance issues (1.0); | 1.90 | $1,330.00 |
| 7/27/2023 | Brian Cawley | Finish drafting motion to lift stay in the insurance adversary proceeding (2.4); | 2.40 | $1,008.00 |
| 7/27/2023 | Nathan Kuenzi | Participate in conference with T. Burns re Section 349 complaint revisions (.1); | 0.10 | $42.00 |
| 7/27/2023 | Nathan Kuenzi | Draft revisions to updated version of Section 349 complaint against CNA, incorporating additional edits from T. Burns (3.3); | 3.30 | $1,386.00 |
| 7/27/2023 | Timothy Burns | Review and revise latest draft of Section 349 complaint (.8); conference with N. Kuenzi re same (.1); conference with J. Bair re same (.1); review and revise motion papers re insurance 9019 denial (.7); correspondence with I. Scharf re same (.1); conference with J. Bair re same (.1); review and revise most recent iteration of Section 349 complaint (1.1); conference with N. Kuenzi re same (.1); | 3.10 | $2,170.00 |
| 7/27/2023 | Nathan Kuenzi | Participate in additional conference with T. Burns re status of and revisions to draft Section 349 complaint (.1); | 0.10 | $42.00 |
| 7/27/2023 | Jesse Bair | Conference with T. Burns re draft Section 349 complaint against CNA (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Review and respond to correspondence with the Committee re CNA insurance strategy (.2); review additional correspondence with state court counsel re same (.1); | 0.30 | $187.50 |
| 7/27/2023 | Jesse Bair | Participate in conference with T. Burns re revised motion papers re 9019 motion (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Answer B. Cawley questions re motion to lift stay re insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 7/28/2023 | Jesse Bair | Review revised version of Committee 9019 denial motion against CNA (.2); correspondence with I. Scharf re same (.1); | 0.30 | $187.50 |
| 7/28/2023 | Jesse Bair | Revise, edit, and finalize draft Section 349 complaint against CNA (1.7); participate in conference with T. Burns re same (.2); | 1.90 | $1,187.50 |
| 7/28/2023 | Timothy Burns | Review and revise final version of Section 349 complaint against CNA (2.1); met with J. Bair re same (.2); participate in call with I. Scharf re same (.1); | 2.40 | $1,680.00 |

| 7/31/2023 | Jesse Bair | Review CNA's response to the Committee's 9019 denial motion (.2); | 0.20 | $125.00 |
|---|---|---|---|---|
| **Total Hours and Fees** | | | 128.40 | **$67,369.25** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 7/1/2023 | Second Quarter 2023 PACER (Public Access to Court Electronic Records) | $3.90 |
| 7/8/2023 | CloudNine, database monthly hosting fee (June 2023) | $46.97 |
| 7/12/2023 | Delta Airlines, T. Burns (MSN-ROC July 12-13) | $642.40 |
| 7/12/2023 | Delta Airlines, J. Bair (MSN-ROC July 12-13) | $642.40 |
| 7/12/2023 | Hotel, T. Burns (1 night) | $267.01 |
| 7/12/2023 | Travel meal, T. Burns | $28.55 |
| 7/12/2023 | Hotel, J. Bair (1 night) | $267.01 |
| 7/12/2023 | Delta Airlines WiFi Onboard, J. Bair | $4.95 |
| 7/12/2023 | Delta Airlines WiFi Onboard (2nd leg), J. Bair | $4.95 |
| 7/12/2023 | Taxi, J. Bair and T. Burns (airport to hotel) | $36.00 |
| 7/12/2023 | Travel meal, J. Bair | $15.27 |
| 7/13/2023 | Airport parking, J. Bair | $20.00 |
| 7/13/2023 | Uber, J. Bair and T. Burns (mediation to airport) | $63.52 |
| 7/13/2023 | Uber, J. Bair and T. Burns (hotel to mediation) | $56.10 |
| 7/13/2023 | Travel meal, T. Burns and J. Bair | $52.14 |
| 7/20/2023 | Postage | $4.35 |
| **Total Expenses** | | **$2,155.52** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian Cawley | 5.60 | $420.00 | $2,352.00 |
| Jesse Bair | 14.90 | $312.50 | $4,656.25 |
| Jesse Bair | 29.40 | $625.00 | $18,375.00 |
| Leakhena Au | 6.50 | $420.00 | $2,730.00 |
| Nathan Kuenzi | 20.80 | $420.00 | $8,736.00 |
| Timothy Burns | 15.20 | $350.00 | $5,320.00 |
| Timothy Burns | 36.00 | $700.00 | $25,200.00 |

**Total Due This Invoice: $69,524.77**