EXHIBIT I

# EXHIBIT I

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY TIMEKEEPER FOR THE PERIOD OF JANUARY 1, 2023 THROUGH JULY 31, 2023

### (Partners)

| NAME OF PROFESSIONAL (in alphabetical order) PARTNERS | EFFECTIVE HOURLY RATE (Capped at $700 per Hour) | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Bair, Jesse J. | $625.00 | 168.70 | $105,437.50 |
| Bair, Jesse J. – Travel Rate | $312.50 | 41.80 | $13,062.50 |
| Burns, Timothy W. | $700.00 | 176.30 | $123,410.00 |
| Burns, Timothy W. – Travel Rate | $350.00 | 54.40 | $19,040.00 |
| **Totals for Partners:** | | **441.20** | **$260,950.00** |

### (Associates)

| NAME OF PROFESSIONAL (in alphabetical order) ASSOCIATES | EFFECTIVE HOURLY RATE | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Au, Leakhena | $420.00 | 37.60 | $15,792.00 |
| Cawley, Brian P. | $420.00 | 40.80 | $17,136.00 |
| Gurewitz, Kacy C. | $420.00 | 7.00 | $2,940.00 |
| Kuenzi, Nathan | $420.00 | 38.10 | $16,002.00 |
| Sticklen, Katie | $378.00 | 2.00 | $756.00 |
| **Totals for Associates:** | | **125.50** | **$52,626.00** |

### (Paraprofessionals)

| NAME OF PROFESSIONAL (in alphabetical order) PARAPROFESSIONALS | EFFECTIVE HOURLY RATE | TOTAL HOURS BILLED | FEES BILLED |
|---|---:|---:|---:|
| Dempski, Karen | $360.00 | .60 | $216.00 |
| Horn-Edwards, Brenda | $360.00 | 2.40 | $864.00 |
| Turgeon, Alyssa | $360.00 | 5.60 | $2,016.00 |
| **Totals for Paraprofessionals:** | | **8.60** | **$3,096.00** |