UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

          Debtor.

Chapter 11

Case No. 19-20905 (PRW)

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period August 1, 2023 through August 31, 2023,* a copy of which is attached hereto and hereby served upon you. In addition, Burns Bair LLP has provided the United States Trustee with a copy of its invoice in text format.

Dated: September 19, 2023

**BURNS BAIR LLP**

 /s/ Timothy W. Burns
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

          Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Rochester |
| Date of Retention: | Effective May 26, 2021 pursuant to Order entered June 22, 2021 [Docket No. 1113] |
| Period for which compensation and reimbursement is sought: | August 1, 2023 through August 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $13,207.50 ($10,566.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $46.97 |

This is a: _X_ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-seventh monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
The Diocese of Rochester, New York**

Issue Date: 9/19/2023

Bill #: 01225

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/1/2023 | Jesse Bair | Prepare for upcoming state court counsel meeting (.1); review I. Scharf correspondence re same (.1); | 0.20 | $125.00 |
| 8/2/2023 | Jesse Bair | Review agenda for state court counsel meeting (.1); participate in state court counsel meeting for insurance purposes re case litigation and settlement strategy (1.3); | 1.40 | $875.00 |
| 8/2/2023 | Timothy Burns | Participate in call with I. Scharf re state court counsel meeting (.2); review correspondence from I. Scharf re same and meeting agenda (.1); participate in state court counsel meeting re case insurance strategy (1.3); | 1.60 | $1,120.00 |
| 8/7/2023 | Jesse Bair | Review Diocese letter rejecting Committee Section 349 filing request (.1); correspondence with I. Scharf re same (.1); | 0.20 | $125.00 |
| 8/9/2023 | Jesse Bair | Correspondence with I. Scharf re draft Section 349 complaint against CNA and demand letter (.1); | 0.10 | $62.50 |
| 8/14/2023 | Timothy Burns | Review I. Scharf correspondence re upcoming state court counsel meeting (.1); | 0.10 | $70.00 |
| 8/15/2023 | Timothy Burns | Correspondence with I. Scharf re derivative standing motion (.2); participate in weekly state court counsel for insurance purposes (.6); correspondence with J. Bair re derivative standing motion (.1); | 0.90 | $630.00 |
| 8/15/2023 | Jesse Bair | Correspondence with I. Scharf and T. Burns re derivative standing motion (.1); | 0.10 | $62.50 |
| 8/16/2023 | Timothy Burns | Conference with J. Bair re outcome of state court counsel meeting and derivative standing motion (.1); | 0.10 | $70.00 |
| 8/16/2023 | Jesse Bair | Participate in conference with T. Burns re outcome of state court counsel meeting and derivative standing motion (.1); | 0.10 | $62.50 |
| 8/16/2023 | Jesse Bair | Review I. Scharf correspondence re case update and developments (.1); | 0.10 | $62.50 |
| 8/17/2023 | Timothy Burns | Correspondence with I. Scharf re allocation protocol (.1); review and revise Committee Section 349 derivative standing motion (.8); | 0.90 | $630.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/18/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re Plan issues and litigation strategy (1.5); | 1.50 | $937.50 |
| 8/18/2023 | Jesse Bair | Review and edit draft derivative standing motion (.9); | 0.90 | $562.50 |
| 8/21/2023 | Jesse Bair | Review and respond to correspondence with B. Michael re Section 349 derivative standing motion and related exhibits (.2); | 0.20 | $125.00 |
| 8/22/2023 | Jesse Bair | Review draft Order granting the Committee's Section 349 derivative standing motion (.1); | 0.10 | $62.50 |
| 8/22/2023 | Timothy Burns | Correspondence with B. Michael re hearing on the Committee's motion re derivative standing (.1); | 0.10 | $70.00 |
| 8/23/2023 | Timothy Burns | Participate in call with J. Bair re case insurance issues and strategy (.1); | 0.10 | $70.00 |
| 8/23/2023 | Jesse Bair | Participate in call with T. Burns re case insurance issues and strategy (.1); | 0.10 | $62.50 |
| 8/23/2023 | Jesse Bair | Review B. Michael correspondence to the Committee re case developments (.1); | 0.10 | $62.50 |
| 8/23/2023 | Jesse Bair | Correspondence with B. Michael re revised versions of the draft Plan and LMI and Interstate settlement agreements (.1); | 0.10 | $62.50 |
| 8/24/2023 | Jesse Bair | Respond to Committee member correspondence re CNA Plan questions (.1); | 0.10 | $62.50 |
| 8/24/2023 | Timothy Burns | Review and revise LMI settlement agreement (1.2); | 1.20 | $840.00 |
| 8/26/2023 | Timothy Burns | Continue reviewing and revising draft LMI draft settlement agreement (2.8); | 2.80 | $1,960.00 |
| 8/29/2023 | Timothy Burns | Analysis re revised version of the Committee and Diocese joint Plan of Reorganization (.5); correspondence with J. Bair re same (.1); | 0.60 | $420.00 |
| 8/29/2023 | Jesse Bair | Brief review re revised version of the Committee / Diocese Plan of Reorganization (.3); correspondence with B. Michael re suggested edits to same (.1); correspondence with T. Burns re same (.1); | 0.50 | $312.50 |
| 8/30/2023 | Jesse Bair | Preliminary analysis re recent confirmation decision from the Diocese of Camden case (.1); | 0.10 | $62.50 |
| 8/30/2023 | Nathan Kuenzi | Detailed analysis re denial of confirmation Order from Diocese of Camden case to inform Plan-related issues in Rochester case (3.1); | 3.10 | $1,302.00 |
| 8/31/2023 | Timothy Burns | Conference with N. Kuenzi re Interstate settlement draft (.2); correspondence with PSZJ re same (.2); analysis regarding insurance strategy re CNA and Plan confirmation issues (.6); | 1.00 | $700.00 |
| 8/31/2023 | Nathan Kuenzi | Prepare for conference with T. Burns re draft Interstate settlement agreement (.1); participate in conference with T. Burns re same (.2); | 0.30 | $126.00 |
| 8/31/2023 | Nathan Kuenzi | Analyze and compare draft LMI and Interstate settlement agreements to ensure consistency between insurance settlement agreements (1.6); | 1.60 | $672.00 |
| 8/31/2023 | Nathan Kuenzi | Draft correspondence to T. Burns re differences between Interstate and LMI settlement agreement drafts (.2); | 0.20 | $84.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/31/2023 | Nathan Kuenzi | Revise and edit draft Interstate settlement agreement (1.8); | 1.80 | $756.00 |
| **Total Hours and Fees** | | | **22.30** | **$13,207.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 8/4/2023 | CloudNine, database monthly hosting fee (July 2023) | $46.97 |
| **Total Expenses** | | **$46.97** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jesse Bair | 5.90 | $625.00 | $3,687.50 |
| Nathan Kuenzi | 7.00 | $420.00 | $2,940.00 |
| Timothy Burns | 9.40 | $700.00 | $6,580.00 |

**Total Due This Invoice: $13,254.47**