UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# CERTIFICATE OF SERVICE

I, Brenda Horn-Edwards, am over the age of eighteen years, am employed by Burns Bair LLP. I am not a party to the within action; my business address is 10 E. Doty St., Suite 600, Madison, Wisconsin 53703-3392. I hereby certify under penalty of perjury that on the 19th day of September, 2023, I electronically filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period August 1, 2023 through August 31, 2023* with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system.

I certify that on September 19, 2023, the above-referenced document was served via First Class U.S. Mail upon the parties set forth below:

Kathleen D. Schmitt, Esq.
Office of the U.S. Trustee
Federal Office Building
100 State Street, Room 6090
Rochester, NY 14614

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202-1355

The Ad Hoc Parish Committee
c/o Woods Oviatt Gilman LLP
Attn: Timothy P. Lyster
1900 Bausch & Lomb Place
Rochester, NY 14604

The Diocese of Rochester
Attn: Lisa M. Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

James I Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

I also certify that on September 19, 2023, the above-referenced document was served via electronic mail to Ilan D. Scharf at ischarf@pszjlaw.com.

Dated:  September 19, 2023              /s/ *Brenda Horn-Edwards*
                                        Brenda Horn-Edwards

2

Case 2-19-20905-PRW,   Doc 2228-1,   Filed 09/19/23,   Entered 09/19/23 10:22:36,
Description: Certificate of Service , Page 2 of 2