UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                                 Debtor,

Case No.: 19-20905 (PRW)
Chapter 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD MAY 1, 2023 THROUGH MAY 31, 2023**

Pursuant to this Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] (the "Interim Compensation Order")[1] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545] (the "Supplement") (collectively, the "Interim Compensation Orders"), the undersigned hereby certifies that on August 25, 2023, Bond, Schoeneck & King, PLLC filed its *Notice of Filing of Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period May 1, 2023 through May 31, 2023* [Docket No. 2208] (the "May Monthly Fee Statement"); and as of the date hereof, Bond has received no Objections to the May Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Accordingly, pursuant to the Interim Compensation Orders, The Diocese of Rochester is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the May Monthly Fee Statement.

Dated: September 29, 2023                      BOND, SCHOENECK & KING, PLLC

                                                  By: */s/ Stephen A. Donato*
                                                         Stephen A. Donato, Esq.
                                                         Charles J. Sullivan, Esq.
                                                         Grayson T. Walter, Esq.
                                                         One Lincoln Center
                                                         Syracuse, NY 13202-1355
                                                         Telephone: (315) 218-8000
                                                         Emails: sdonato@bsk.com
                                                                          csullivan@bsk.com
                                                                          gwalter@bsk.com

                                                      *Attorneys for The Diocese of Rochester*