UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905 (PRW)
Chapter 11

Debtor,

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023**

Pursuant to this Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] (the "Interim Compensation Order")[1] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545] (the "Supplement") (collectively, the "Interim Compensation Orders"), the undersigned hereby certifies that on August 25, 2023, Bond, Schoeneck & King, PLLC filed its *Notice of Filing of Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period July 1, 2023 through July 31, 2023* [Docket No. 2210] (the "July Monthly Fee Statement"); and as of the date hereof, Bond has received no Objections to the July Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Accordingly, pursuant to the Interim Compensation Orders, The Diocese of Rochester is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the July Monthly Fee Statement.

Dated: September 29, 2023                      BOND, SCHOENECK & KING, PLLC

                                                By:*/s/ Stephen A. Donato*
                                                     Stephen A. Donato, Esq.
                                                     Charles J. Sullivan, Esq.
                                                     Grayson T. Walter, Esq.
                                                     One Lincoln Center
                                                     Syracuse, NY 13202-1355
                                                     Telephone: (315) 218-8000
                                                     Emails: sdonato@bsk.com
                                                                         csullivan@bsk.com
                                                                         gwalter@bsk.com

                                                   *Attorneys for The Diocese of Rochester*