UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Chapter 11

Case No. 19-20905 (PRW)

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period September 1, 2023 through September 30, 2023,* a copy of which is attached hereto and hereby served upon you.  In addition, Burns Bair LLP has provided the United States Trustee with a copy of its invoice in text format.

Dated:  October 6, 2023

**BURNS BAIR LLP**

 */s/  Timothy W. Burns*
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

           Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Rochester |
| Date of Retention: | Effective May 26, 2021 pursuant to Order entered June 22, 2021 [Docket No. 1113] |
| Period for which compensation and reimbursement is sought: | September 1, 2023 through September 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $18,294.00 ($14,635.20) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $55.82 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's twenty-eighth monthly fee statement in this case.



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **Official Committee of Unsecured Creditors of The Diocese of Rochester, New York** | Issue Date : 10/5/2023<br>Bill # : 01247 |

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/1/2023 | Timothy Burns | Conference with J. Bair re case developments and insurance projects (.4); | 0.40 | $280.00 |
| 9/1/2023 | Jesse Bair | Conference with T. Burns re case developments and insurance projects (.4); | 0.40 | $250.00 |
| 9/2/2023 | Jesse Bair | Review draft motion to lift the stay in the insurance adversary proceeding (.1); | 0.10 | $62.50 |
| 9/4/2023 | Jesse Bair | Brief review re revised version of the LMI settlement agreement (.3); | 0.30 | $187.50 |
| 9/4/2023 | Jesse Bair | Review and edit the Interstate settlement agreement (1.5); | 1.50 | $937.50 |
| 9/4/2023 | Timothy Burns | Brief review of CNA plan (.2); review and respond to correspondence from N. Kuenzi re Interstate's draft settlement (.2); | 0.40 | $280.00 |
| 9/5/2023 | Jesse Bair | Correspondence with T. Burns re Interstate settlement agreement edits (.1); | 0.10 | $62.50 |
| 9/5/2023 | Brenda Horn-Edwards | Draft BB's fourth interim fee application (2.3); correspond with J. Bair re same (.1); | 2.40 | $864.00 |
| 9/6/2023 | Jesse Bair | Review correspondence with I. Scharf re upcoming Committee and state court counsel meetings (.1); | 0.10 | $62.50 |
| 9/9/2023 | Jesse Bair | Review and edit BB's fourth interim fee application (.9); | 0.90 | $562.50 |
| 9/11/2023 | Timothy Burns | Prepare for state court counsel meeting (.2); participate in state court counsel meeting for insurance purposes (.9); analysis re insurance Plan issues (.1); correspondence with I. Scharf re Plan issues (.1); | 1.30 | $910.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/12/2023 | Timothy Burns | Correspond with J. Bair re outcome of state court counsel meeting (.1); participate in call with I. Scharf re Plan issues (.2); participate in call with state court counsel and I. Scharf re same (.2); correspondence with PSZJ team and J. Bair re potential Plan edits (.2); additional analysis re same (.1); review correspondence from state court counsel re joint Plan (.2); | 1.00 | $700.00 |
| 9/12/2023 | Jesse Bair | Correspondence with G. Brown re Committee interim fee applications (.1); | 0.10 | $62.50 |
| 9/12/2023 | Jesse Bair | Review correspondence with I. Scharf, state court counsel, and T. Burns re stipulated judgment Plan issues (.2); | 0.20 | $125.00 |
| 9/13/2023 | Jesse Bair | Analyze CNA's proposed plan of reorganization (1.5); | 1.50 | $937.50 |
| 9/13/2023 | Jesse Bair | Review revised draft of First Amended Joint Committee/Debtor Plan (.7); | 0.70 | $437.50 |
| 9/13/2023 | Jesse Bair | Review amended disclosure statement re first amended joint plan (.2); | 0.20 | $125.00 |
| 9/13/2023 | Jesse Bair | Participate in conference with T. Burns re CNA's draft Plan and potential revisions to the Joint Committee/Debtor Plan (.3); | 0.30 | $187.50 |
| 9/13/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re case status, Plan issues, and insurance strategy (1.0); | 1.00 | $625.00 |
| 9/13/2023 | Jesse Bair | Correspondence with PSZJ team and T. Burns re potential Plan edits (.2); | 0.20 | $125.00 |
| 9/13/2023 | Jesse Bair | Review correspondence with state court counsel re mediation next-steps (.1); | 0.10 | $62.50 |
| 9/13/2023 | Timothy Burns | Detailed review of CNA's proposed Plan (3.2); detailed review of current version of the joint Committee/Diocese Plan (2.6); participate in conference with J. Bair re CNA's draft Plan and potential revisions to the Joint Committee/Debtor Plan (.3); | 6.10 | $4,270.00 |
| 9/14/2023 | Timothy Burns | Consideration regarding recently entered hearing order on the Committee's derivative standing motion (.1); review correspondence with state court counsel re insurance mediation strategy (.2); review and respond to correspondence with BB and PSZJ re Plan issues (.2); | 0.50 | $350.00 |
| 9/14/2023 | Jesse Bair | Review and edit Burns Bair interim fee application (.1); | 0.10 | $62.50 |
| 9/14/2023 | Jesse Bair | Review correspondence with state court counsel re CNA plan and strategy (.1); | 0.10 | $62.50 |
| 9/14/2023 | Jesse Bair | Review scheduling order re the Committee's derivative standing motion (.1); | 0.10 | $62.50 |
| 9/17/2023 | Timothy Burns | Supplemental analysis of Joint Plan for insurance issues (1.6); | 1.60 | $1,120.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/18/2023 | Timothy Burns | Participate in conference with J. Bair re case status and insurance action items (.1); | 0.10 | $70.00 |
| 9/18/2023 | Jesse Bair | Participate in conference with T. Burns re case status and insurance action items (.1); | 0.10 | $62.50 |
| 9/19/2023 | Jesse Bair | Review case management order recently entered by Judge Warren (.1); review correspondence with I. Scharf re same (.1); | 0.20 | $125.00 |
| 9/20/2023 | Timothy Burns | Reviewed case management order re litigation plan re pending motions/plans (.1); | 0.10 | $70.00 |
| 9/21/2023 | Timothy Burns | Participate in call with I. Scharf re case management order and litigation scheduling (.2); | 0.20 | $140.00 |
| 9/21/2023 | Jesse Bair | Review I. Scharf correspondence re proposed joint litigation plan for pending motions (.1); | 0.10 | $62.50 |
| 9/22/2023 | Timothy Burns | Participate in call with I. Scharf re case insurance strategy and associated projects (2); | 0.20 | $140.00 |
| 9/26/2023 | Jesse Bair | Review T. Burns correspondence re proposed joint litigation schedule (.1); | 0.10 | $62.50 |
| 9/27/2023 | Jesse Bair | Participate in conference with the Diocese and I. Scharf re joint litigation schedule and related issues (.8); | 0.80 | $500.00 |
| 9/27/2023 | Timothy Burns | Participate in call with Diocese and committee professionals re joint litigation schedule and related issues (.8); | 0.80 | $560.00 |
| 9/28/2023 | Timothy Burns | Prepare for litigation scheduling meet & confer (.2); participate in litigation scheduling meet and confer with counsel for Committee, Debtor, and CNA (1.1); reviewed letter from Interstate to the Court re privacy breach (.1); | 1.40 | $980.00 |
| 9/28/2023 | Jesse Bair | Participate in call with I. Scharf re joint litigation scheduling issues and upcoming meet and confer with CNA and the Diocese re same (.4); | 0.40 | $250.00 |
| 9/28/2023 | Jesse Bair | Prepare for litigation scheduling meet and confer with CNA and the Diocese (.3); | 0.30 | $187.50 |
| 9/28/2023 | Jesse Bair | Participate in litigation meet and confer with CNA and the Diocese (1.1); | 1.10 | $687.50 |
| 9/28/2023 | Jesse Bair | Review letter from Interstate re privacy breach (.1); | 0.10 | $62.50 |
| 9/30/2023 | Timothy Burns | Research and analysis re insurance neutrality issues re plan drafting (.8); | 0.80 | $560.00 |
| **Total Hours and Fees** | | | **28.50** | **$18,294.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 9/5/2023 | Postage | $4.35 |
| 9/8/2023 | CloudNine, database monthly hosting fee (August 2023) | $46.97 |
| 9/19/2023 | Postage | $4.50 |
| **Total Expenses** | | **$55.82** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Brenda Horn-Edwards | 2.40 | $360.00 | $864.00 |
| Jesse Bair | 11.20 | $625.00 | $7,000.00 |
| Timothy Burns | 14.90 | $700.00 | $10,430.00 |

**Total Due This Invoice: $18,349.82**