UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

         Debtor.

Chapter 11

Case No. 19-20905 (PRW)

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

Pursuant to this Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] (the "Interim Compensation Order"),[1] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545] (the "Supplement") (collectively, the "Interim Compensation Orders"), the undersigned hereby certifies that, as of the date hereof, Burns Bair LLP ("Burns Bair") has received no Objections to the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period August 1, 2023 through August 31, 2023* [Docket No. 2228] (the "Monthly Fee Statement") filed on September 19, 2023.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

1

Accordingly, pursuant to the Interim Compensation Orders, the Diocese of Rochester is authorized to pay on an interim basis eighty percent (80%) of Burns Bair's fees and one hundred percent (100%) of Burns Bair's expenses, as reflected in the Monthly Fee Statement.

Dated: October 13, 2023  **BURNS BAIR LLP**

/s/ Timothy W. Burns
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*