UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Rochester for the Period September 1, 2023 Through September 30, 2023*, a copy of which is attached hereto and hereby served upon you. In addition, Blank Rome has provided the United States Trustee with a copy of its September 2023 invoice in text format.

Dated: October 17, 2023

BLANK ROME LLP

By  */s/ James R. Murray*
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel*
*for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR
COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL
TO THE DIOCESE OF ROCHESTER FOR THE PERIOD
SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 27, 2019 [Docket No. 300] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | September 1, 2023 through September 30, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $1,601.98 ($1,281.58) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ___ quarterly ___ final application.

This is Blank Rome LLP's forty-sixth monthly fee statement in this case.



1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO.

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCHESTER | INVOICE DATE: OCTOBER 11, 2023 |
| ATTN: LISA M. PASSERO | CLIENT ID: 156954 |
| CHIEF FINANCIAL OFFICER | MATTER NO. 156954-00601 03348 |
| 1150 BUFFALO ROAD | INVOICE NO. 2147401 |
| ROCHESTER, NY 14624 | |

**REGARDING:** **ROMAN CATHOLIC DIOCESE OF ROCHESTER**
**INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/15/23 | 2097039 | 74,823.59 | (60,480.03) | 14,343.56 |
| 04/18/23 | 2109984 | 1,011.78 | (809.42) | 202.36 |
| 05/16/23 | 2115987 | 16,764.82 | (13,411.86) | 3,352.96 |
| 06/13/23 | 2121303 | 4,971.89 | (3,977.51) | 994.38 |
| 07/24/23 | 2130539 | 18,490.97 | (15,973.53) | 2,517.44 |
| 08/17/23 | 2136613 | 22,046.26 | 0.00 | 22,046.26 |
| 09/25/23 | 2143837 | 3,119.65 | 0.00 | 3,119.65 |

**BALANCE FORWARD** $ 46,576.61

FOR LEGAL SERVICES RENDERED THROUGH 09/30/23    $ 2,080.50
LESS 23% ACCOMMODATION    (478.52)
NET SERVICES    1,601.98

**CURRENT INVOICE TOTAL** $ 1,601.98

**TOTAL AMOUNT DUE** $ 48,178.59

REMITTANCE

| ACH / WIRE | MAIL |
|---|---|
| BANK NAME: Citizens Bank | Blank Rome LLP |
| ADDRESS: Philadelphia, PA | Attn: Finance Department |
| ACCOUNT TITLE: Blank Rome LLP | One Logan Square |
| ACCOUNT NUMBER: | 130 North 18th Street |
| ABA NUMBER: (Domestic) | Philadelphia, PA 19103-6998 |
| SWIFT CODE: (International) | |

To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI



1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO.

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCHESTER | INVOICE DATE: OCTOBER 11, 2023 |
| ATTN: LISA M. PASSERO | CLIENT ID: 156954 |
| CHIEF FINANCIAL OFFICER | MATTER NO. 156954-00601 03348 |
| 1150 BUFFALO ROAD | INVOICE NO. 2147401 |
| ROCHESTER, NY 14624 | |

REGARDING:   ROMAN CATHOLIC DIOCESE OF ROCHESTER
　　　　　　　INSURANCE ADVICE

**FOR LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2023**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **TASK: 10 LITIGATION** | | | | | |
| 09/08/23 | REVIEW ASSIGNMENT LANGUAGE AND ALTERNATIVES | MURRAY, JAMES | 10 | 0.80 | 876.00 |
| 09/14/23 | REVIEW DEVELOPMENTS RELATING TO LITIGATION OPTION AND CNA POSITIONS | MURRAY, JAMES | 10 | 1.10 | 1,204.50 |
| | **10 LITIGATION** | | | 1.90 | 2,080.50 |
| | TOTAL SERVICES | | | $ | 2,080.50 |
| | LESS 23% ACCOMMODATION | | | | (478.52) |
| | **NET SERVICES** | | | $ | 1,601.98 |

**CURRENT INVOICE TOTAL**　　　　　　　　　　　　　　　　　　　　　　　$　　1,601.98

**TIME AND FEE SUMMARY**

| TIMEKEEPER | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| JAMES MURRAY | PARTNER | 1,095.00 | 1.90 | 2,080.50 |
| **TOTALS** | | | 1.90 | $ 2,080.50 |

PENNSYLVANIA  NEW YORK  NEW JERSEY  DELAWARE  WASHINGTON, DC  FLORIDA  CALIFORNIA  OHIO  TEXAS  ILLINOIS  SHANGHAI