# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>               Debtor. | Case No. 2-19-20905-PRW<br><br>Chapter 11 Case |

## CERTIFICATE OF SERVICE

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for The Continental Insurance Company in the above-captioned case.

2. On the 25th day of October, 2023, I electronically filed *Notice of* and *Continental Insurance Company's Motion for Entry of an Order (I) Approving Disclosure Statement in Support of Continental Insurance Company's Chapter 11 Plan of Reorganization for the Diocese of Rochester, (II) Approving Solicitation Procedures for Continental Insurance Company's Plan of Reorganization for the Diocese of Rochester, (III) Approving Ballots and Establishing Procedures for Voting on Competing Plans, (IV) Approving the Form, Manner, and Scope of Notice for the Confirmation Hearing, and (V) Granting Related Relief* with the Clerk of the United States Bankruptcy Court for the Western District of New York using the CM/ECF system which system sent electronic notification to the parties set forth on the attached **Service List A**.

3. That on the 26th day of October, 2023, I caused to be served copies of *Notice of* and *Continental Insurance Company's Motion for Entry of an Order (I) Approving Disclosure Statement in Support of Continental Insurance Company's Chapter 11 Plan of Reorganization for the Diocese of Rochester, (II) Approving Solicitation Procedures for Continental Insurance Company's Plan of Reorganization for the Diocese of Rochester, (III) Approving Ballots and Establishing Procedures for Voting on Competing Plans, (IV) Approving the Form, Manner, and Scope of Notice for the Confirmation Hearing, and (V) Granting Related Relief* upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed postage paid envelopes and placing same in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated: October 26, 2023
       Syracuse, New York

                                                      */s/Audrey A. Vrooman*
                                                      Audrey A. Vrooman

# **SERVICE LIST A**

- Deola T. Ali   dali@awtxlaw.com
- Steven D. Allison   steen.allison@troutman.com, traey.cantu@troutman.com
- Robert P. Arnold   rarnold@walkerwilcox.com, MZaiko@walkerwilcox.com
- Jesse Bair   jbair@burnsbair.com, kdempski@burnsbair.com
- Beth Ann Bivona   bbivona@barclaydamon.com, dkomorowski@barclaydamon.com, dstanz@barclaydamon.com
- Stephen Boyd   sboyd@steveboyd.com, rmatuzic@steveboyd.com
- Stephenie Lannigan Bross   sbross@sssfirm.com
- John Bucheit   jbucheit@phrd.com, ssnead@phrd.com
- Timothy W. Burns   tburns@burnsbair.com, kdempski@burnsbair.com
- Kaitlin M. Calov   kcalov@wwmlawyers.com, jvail@walkerwilcox.com
- James Carter   jscarter@blankrome.com
- Shirley S. Cho   scho@pszjlaw.com
- David C. Christian   dchristian@dca.law
- Stephen A. Donato   sdonato@bsk.com, ayerst@bsk.com; kdoner@bsk.com; CourtMail@bsk.com
- Jeffrey Austin Dove   jdove@barclaydamon.com, avrooman@barclaydamon.com, jeffrey-dove-1212@ecf.pacerpro.com
- Carol Dupre   caroldopray61@yahoo.com
- Scott Michael Duquin   sduquin@hermanlaw.com, smdlaw27@gmail.com
- Scott Michael Duquin   sduquin@hoganwillig.com, smdlaw27@gmail.com
- Jeffrey D. Eaton   jeaton@bsk.com, kdoner@bsk.com; tayers@bsk.com; CourtMail@bsk.com
- Sam A Elbadawi   selbadawi@sugarmanlaw.com
- Brianna M Espeland   brianna@jvwlaw.net
- Michael Finnegan   mike@andersonadvocates.com, therese@andersonadvocates.com, erin@andersonadvocates.com
- Nathaniel Foote   nate@vca.law
- Renee E. Franchi   renee@vca.law
- Mitchell Garabedian   mgarabedian@garabedianlaw.com
- Peter Garthwaite   peter.garthwaite@clydeco.com
- Craig Goldblatt   craig.goldblatt@wilmerhale.com
- William Henry Gordon   wgordon@garabedianlaw.com
- M. Paul Gorfinkel   paul.gorfinkel@rivkin.com
- Isley Markman Gostin   isley.gostin@wilmerhale.com
- Garry M. Graber   ggraber@hodgsonruss.com, mheftka@hodgsonruss.com; cnapiers@hodgsonruss.com
- Michael J Grygiel   grygielm@gtlaw.com, alblitdock@gtlaw.com, alblitsupport@gtlaw.com, caponev@gtlaw.com
- Dirk C. Haarhoff   dchaarhoff@kslnlaw.com
- Catherine Beideman Heitzenrater   cheitzenrater@duanemorris.com
- Camille W. Hill   chill@bsk.com, ayerst@bsk.com; kdoner@bsk.com; CourtMail@bsk.com
- Adam Horowitz   adam@adamhorowitzlaw.com
- James K.T. Hunter   jhunter@pszjlaw.com
- Todd C. Jacobs   tjacobs@phrd.com, ssnead@phrd.com
- Leander Laurel James   ljames@jvwlaw.net, Lucia@jvwlaw.net
- Charles Edwin Jones   charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com
- Jeff Kahane   jkahane@duanemorris.com
- Amy Keller   akeller@lglaw.com, sfischer@lglaw.com
- Mary Jo Korona   mkorona@adamsleclair.law, sarahi@leclairkorona.com
- Katerina Marie Kramarchyk   kkramarchyk@wardgreenberg.com
- Paul L. Leclair   pleclair@adamsleclair.law, arichardson@adamsleclair.law
- Lauren Lifland   lauren.lifland@wilmerhale.com
- Elin Lindstrom   elin@andersonadvocates.com, therese@andersonadvocates.com

- Betty Luu    bluu@duanemorris.com
- Timothy Patrick Lyster    tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com
- James R. Marsh    jamesmarsh@marsh.law
- Peter P. McNamara    peter.mcnamara@rivkin.com
- Kelly McNamee    mcnameek@gtlaw.com
- Stuart S. Mermelstein    smermelstein@hermanlaw.com
- Matthew Griffin Merson    mmerson@mersonlaw.com
- Brittany Mitchell Michael    bmichael@pszjlaw.com
- Andrew Mina    amina@duanemorris.com
- Siobhain Patricia Minarovich    siobhain.minarovich@rivkin.com
- Lucien A. Morin    lmorin@mccmlaw.com, lmorinzmcm@aol.com; jcole@mccmlaw.com; kruegermr74613@notify.bestcase.com
- John A. Mueller    jmueller@lippes.com, jtenczar@lippes.com
- James R Murray    jmurray@blankrome.com, edocketing@blankrome.com
- Matthew John Obiala    matt.obiala@clydeco.us
- Ingrid S. Palermo    ipalermo@bsk.com, kdoner@bsk.com;aparris@bsk.com
- Devin L. Palmer    dpalmer@boylancode.com, dpalmer@boylancode.com; sciaccia@boylancode.com; rmarks@boylancode.com
- Diane Paolicelli    dpaolicelli@p2law.com
- Steve Phillips    sphillips@p2law.com
- Victoria Phillips    vphillips@p2law.com
- Mark D. Plevin    mplevin@crowell.com
- Nathan Reinhardt    nreinhardt@duanemorris.com
- Matthew Roberts    mroberts@phrd.com
- Annette Rolain    arolain@ruggerilaw.com
- Sommer L. Ross    slross@duanemorris.com
- Russell Webb Roten    RWRoten@duanemorris.com
- James Pio Ruggeri    jruggeri@ruggerilaw.com
- Ilan D Scharf    ischarf@pszjlaw.com, lcanty@pszjlaw.com; nrobinson@pszjlaw.com; bdassa@pszjlaw.com
- Kathleen Dunivin Schmitt    USTPRegion02.RO.ECF@USDOJ.GOV
- Shannon Anne Scott    shannon.scott2@usdoj.gov
- Judith Treger Shelton    jtshelton@kslnlaw.com
- Jarrod W. Smith    jarrodsmithlaw@gmail.com
- Danielle Spinelli    danielle.spinelli@wilmerhale.com
- James I. Stang    jstang@pszjlaw.com
- Catalina Sugayan    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Charles J. Sullivan    csullivan@bsk.com, kdoner@bsk.com; jhunold@bsk.com; CourtMail@bsk.com
- Gerard Sweeney    gkosmakos@srblawfirm.com
- Mohammad Tehrani    mtehrani@duanemorris.com
- Sara C. Temes    stemes@bsk.com, CourtMail@bsk.com;kdoner@bsk.com
- Kathleen Thomas    kat@tlclawllc.com
- Miranda Turner    mturner@crowell.com
- Grayson T. Walter    gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- Eric John Ward    eward@wardgreenberg.com
- Michael Watson    mwatson@thematthewslawfirm.com
- Joshua D Weinberg    jweinberg@ruggerilaw.com
- Michael A. Weishaar    rbg_gmf@hotmail.com, r48948@notify.bestcase.com, gmwecfalternate@gmail.com, bankruptcy@gmlaw.com
- Matthew Michael Weiss    mweiss@phrd.com
- Harris Winsberg    hwinsberg@phrd.com
- Melanie Wolk    mwolk@trevettcristo.com, rkernan@trevettcristo.com;czimmermann@trevettcristo.com
- Lee E. Woodard    bkemail@harrisbeach.com, efilings@harrisbeach.com; broy@harrisbeach.com; bmahoney@HarrisBeach.com; KMeans@HarrisBeach.com

# SERVICE LIST B

| | | |
|---|---|---|
| Kathleen Dunivin Schmitt<br>Office of the United States Trustee<br>100 State Street, Suite 6090<br>Rochester, NY 14616 | Ad Hoc Parish Committee<br>c/o Woods Oviatt Gilman LLP<br>Timothy P. Lyster, Esq.<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604-2714 | Bankruptcy Management Solutions, Inc.<br>d/b/a Stretto<br>410 Exchange, Ste. 100<br>Irvine, CA 92602-1331 |
| Berkeley Research Group, LLC<br>70 W. Madison St., Suite 5000<br>Chicago, IL 60602-4217 | Blank Rome, LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 | Bonadio & Co., LLP<br>171 Sully's Trail<br>Pittsford, NY 14534-4557 |
| Bond, Schoeneck & King, PLLC<br>Attn: Stephen A. Donato, Esq.<br>One Lincoln Center<br>Syracuse, NY 13202-1306 | Burns Bowen Bair LLP<br>One South Pinckney St.<br>Suite 930<br>Madison, WI 53703-2864 | Camp Stella Maris of Livonia<br>4395 E. Lake Road<br>Livonia, NY 14487-9627 |
| Catholic Charities of the<br>Diocese of Rochester<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Catholic Youth Organization<br>905 Monroe Avenue<br>Rochester, NY 14620-1707 | Certain Underwriters at Lloyd's, London<br>c/o Clyde & Co US LLP<br>55 W. Monroe, Ste. 3000<br>Chicago, IL 60603-5097 |
| Claimants<br>Herman Law<br>225 W. 34th Street, 9th Floor<br>New York, NY 10122-0901 | A Print<br>66 W. Garden Drive<br>Rochester, NY 14606-4707 | ACE American Insurance Company<br>5505 N. Cumberland Avenue<br>Suite 307<br>Chicago, IL 60656-4761 |
| Gannett Co., Inc.<br>175 Sully's Trail<br>3rd Floor<br>Pittsford, NY 14534-4560 | Gellert Scali Busenkell & Brown LLC<br>1201 N. Orange Street<br>Suite 300<br>Wilmington, DE 19801-1167 | Gnarus Advisors LLC<br>2029 Century Park East, Suite 400<br>Los Angeles, CA 90067-2905 |
| HDI Global Specialty SE<br>c/o Clyde & Co US LLP<br>55 W. Monroe, Ste. 3000<br>Chicago, IL 60603-5097 | Harris Beach PLLC<br>99 Garnsey Road<br>Pittsford, NY 14534-4596 | Interstate Fire and Casualty Company<br>C/O Troutman Sanders LLP<br>600 Peachtree St. NE, Suite 3000<br>Atlanta, GA 30308-2305 |
| Jeff Anderson & Associates<br>366 Jackson Street<br>St. Paul, MN 55101-2989 | M.G.<br>c/o Marsh Law Firm PLLC<br>31 Hudson Yards<br>11th Floor<br>New York, NY 10001-2170 | Manufacturers and Traders<br>Trust Company<br>c/o Garry M. Graber<br>Hodgson Russ LLP<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202-4040 |
| Merson Law, PLLC<br>950 Third Avenue<br>18th Floor<br>New York, NY 10022-2705 | Monroe County<br>c/o John P. Bringewatt, Esq.<br>307 County Office Building<br>39 W. Main St.<br>Rochester, NY 14614-1408 | National Surety Corporation<br>C/O Troutman Sanders LLP<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308-2305 |
| Nixon Peabody, LLP<br>1300 Clinton Square<br>Rochester, NY 14604-1707 | People of the State of New York<br>c/o Office of the Attorney General<br>Charities Bureau<br>28 Liberty Street<br>New York, NY 10005-1400 | R.O.<br>c/o Marsh Law Firm PLLC<br>31 Hudson Yards<br>11th Floor<br>New York, NY 10001-2170 |

| | | |
|---|---|---|
| S.B.<br>c/o Marsh Law Firm PLLC<br>31 Hudson Yards<br>11th Floor<br>New York, NY 10001-2170 | Sexual Abuse Survivor/Creditor<br>Trevett Cristo<br>Two State Street, Suite 1000<br>Rochester, NY 14614-1352 | St. Joseph's Villa<br>3300 Dewey Avenue<br>Rochester, NY 14616-3795 |
| Stretto<br>Attn: Sheryl Betance<br>410 Exchange, Ste. 100<br>Irvine, CA 92602-1331 | The Claro Group, LLC<br>123 N. Wacker Dr.<br>Suite 2100<br>Chicago, IL 60606-1747 | The Diocese of Rochester<br>1150 Buffalo Road<br>Rochester, NY 14624-1890 |
| ADP Work Force Now<br>One ADP Boulevard<br>Roseland, NJ 07068-1786 | ADP, LLC<br>P.O. Box 842875<br>Boston, MA 02284-2875 | Aaron Kelly<br>223 1st Street<br>Breesport, NY 14816-9701 |
| Abila, Inc.<br>10800 Pecan Park Boulevard<br>Suite 400<br>Austin, TX 78750-1477 | Abila, Inc.<br>Dept. 3303<br>P.O. Box 123303<br>Dallas, TX 75312-3303 | Adam D. Horowitz, Esq.<br>Horowitz Law<br>425 North Andrews Avenue, Suite 2<br>Fort Lauderdale, FL 33301-3268 |
| All Saints<br>222 Dodge Avenue<br>Corning, NY 14830-1829 | All Saints<br>347 Ridge Road<br>Lansing, NY 14882-8801 | All Saints Academy<br>158 State Street<br>Corning, NY 14830-2594 |
| Allied Building Products<br>1160 Scottsville Road<br>Rochester, NY 14624-5124 | Amazon Capital Services<br>401 Terry Avenue North<br>Seattle, WA 98109-5263 | Amos T. Hall, Jr.<br>c/o Nixon Law Firm<br>102 East Smith Street, Suite 100<br>Herkimer, NY 13350-2374 |
| Apostolic Nunciature<br>3339 Massachusetts Avenue, NW<br>Washington, DC 20008-3610 | Barb Catalano<br>5 Reitz Circle<br>Pittsford, NY 14534-2203 | Barton Cotton<br>3030 Waterview Avenue<br>Baltimore, MD 21230-3520 |
| Berkley National Insurance Company<br>215 Shuman Boulevard<br>Suite 200<br>Naperville, IL 60563-8109 | Blessed Sacrament, Rochester<br>259 Rutgers Street<br>Rochester, NY 14607-3294 | Blessed Trinity<br>11956 Washington Street<br>Wolcott, NY 14590-1133 |
| Blessed Trinity<br>309 Front Street<br>Owego, NY 13827-1603 | Bradley W. Komanecky<br>700 Crossroads Building<br>2 State Street<br>Rochester, NY 14614-1327 | Bradley W. Komanecky, Esq.<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604-2714 |
| Business Needs<br>4201 Shortsville Road<br>Shortsville, NY 14548-9759 | Butch's Handyman Service LLC<br>8950 Route 31<br>Lyons, NY 14489-9392 | Butch's Handyman Services LLC<br>8950 Route 31<br>Lyons, NY 14489-9392 |
| Butch's Handyman Services LLC<br>P.O. Box 317<br>Lyons, NY 14489-0317 | CHUBB Group of Insurance Companies<br>One Beaver Valley Road<br>Wilmington, DE 19803-1115 | Camp Stella Maris of Livonia, Inc.<br>4395 Lake Road<br>Livonia, NY 14487-9627 |
| Canandaigua Quick Print<br>330 South Main Street<br>Canandaigua, NY 14424-2117 | Cascade Recovery<br>1845 Emerson Street<br>Rochester, NY 14606-3123 | Cascades Recovery<br>1845 Emerson Street<br>Rochester, NY 14606-3123 |

| | | |
|---|---|---|
| Cathedral Community<br>296 Flower City Park<br>Rochester, NY 14615-3613 | Cathedral Corp.<br>632 Ellsworth Road<br>Rome, NY 13441-4808 | Catholic Charities - Livingston County<br>34 E. State Street<br>Mount Morris, NY 14510-9727 |
| Catholic Charities - Office of Director<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Catholic Charities - Wayne County<br>94 Exchange Street<br>Geneva, NY 14456-1830 | Catholic Charities Community Services<br>Attn: Finance Office<br>94 Exchange Street<br>Geneva, NY 14456-1830 |
| Catholic Charities Southern Tier Div.<br>215 E. Church Street<br>Suite 101<br>Elmira, NY 14901-2743 | Catholic Charities of the Finger Lakes<br>94 Exchange Street<br>Geneva, NY 14456-1830 | Catholic Charities of the Roman Catholic<br>Diocese of Rochester<br>1150 Buffalo Raod<br>Rochester, NY 14624-1890 |
| Catholic Charities of the Roman Catholic<br>Diocese of Rochester<br>1150 Buffalo Road<br>Rochester, NY 14624-1890 | Catholic Charities, Inc.<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Catholic Courier<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 |
| Catholic Family Center<br>87 N. Clinton Avenue<br>Rochester, NY 14604-1458 | Catholic Newman Comm. at Univ. of Roch.<br>Interfaith Chapel<br>1425 Joseph C. Wilson Boulevard<br>Rochester, NY 14627 | Catholic Relief Services<br>US Conference of Catholic Bishops<br>3211 Fourth St NE<br>Washington, DC 20017-1194 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Church Mutual Insurance Co.<br>P.O. Box 342<br>Merrill, WI 54452-0342 | Church of St. Jerome<br>207 Garfield Street<br>East Rochester, NY 14445-2251 |
| Church of the Assumption<br>20 East Avenue<br>Fairport, NY 14450-1492 | Church of the Resurrection<br>63 Mason Road<br>Fairport, NY 14450-9567 | Church of the Transfiguration<br>50 West Bloomfield Road<br>Pittsford, NY 14534-9733 |
| Costich Engineering, PC<br>217 Lake Avenue<br>Rochester, NY 14608-1299 | Crystal Pix, Inc.<br>84 South Main Street<br>Fairport, NY 14450-2137 | Crystal Rock<br>P.O. Box 660579<br>Dallas, TX 75266-0579 |
| Curriculum Associates, LLC<br>P.O. Box 936600<br>Atlanta, GA 31193-6600 | DOR-Lay Pension Trust<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Daniel Levin, Esq.<br>Levin Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3625 |
| David Andrews<br>Meadowood<br>151 Bluebird Crossing<br>Lansdale, PA 19446-5843 | David Cataline<br>18 Universal Avenue<br>Geneva, NY 14456-2237 | Dell USA<br>P.O. Box 643561<br>Pittsburgh, PA 15264-3561 |
| Doritex Corporation<br>11980 Walden Avenue<br>Alden, NY 14004-9698 | Doyle Security Systems Inc.<br>792 Calkins Road<br>Rochester, NY 14623-4436 | ElderOne<br>2066 Hudson Avenue<br>Rochester, NY 14617-4300 |
| Electrostim Medical Services Inc.<br>3504 Cragmont Drive, Suite 100<br>Tampa, FL 33619-8300 | Elizabeth Castner<br>226 East Main Street<br>Penn Yan, NY 14527-1604 | Elizabeth Johnston<br>85 Suellen Drive<br>Rochester, NY 14609-3217 |

| | | |
|---|---|---|
| Emanuel Petracca<br>c/o R & R Support Services, Inc.<br>100 Linden Oaks, Suite 200<br>Rochester, NY 14625-2831 | Emmanuel, Church of the Deaf<br>34 Monica Street<br>Rochester, NY 14619-1916 | Employee Network, Inc.<br>1040 Vestal Parkway E.<br>Vestal, NY 13850-2354 |
| Equian<br>363 Ford Hill Road<br>Berkshire, NY 13736-2134 | Excellus<br>165 Court Street<br>Rochester, NY 14647-0002 | Excellus Blue Cross/Blue Shield<br>P.O. Box 5266<br>Binghamton, NY 13902-5266 |
| Father Peter Helfrich<br>34 Milrace Drive<br>East Rochester, NY 14445-1102 | FedEx<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | Fidelity Investments<br>c/o Burke Group<br>80 Linden Oaks Drive, Suite 210<br>Rochester, NY 14625-2809 |
| Fidelity Security Life Insurance<br>162 Prospect Hill Road, Suite 101A<br>Brewster, NY 10509-2374 | First National Bank of Dryden<br>7 West Main Street<br>Dryden, NY 13053 | Frontier Communication Corp.<br>401 Merritt 7<br>Norwalk, CT 06851-1000 |
| Frontier Communications Corp.<br>401 Merritt 7<br>Norwalk, CT 06851-1069 | Frontier Telephone of Rochester<br>P.O. Bx 740407<br>Cincinnati, OH 45274-0407 | George Bastedo<br>10768 Anstee Road<br>Clyde, NY 14433-9310 |
| Good Shepherd Catholic Community<br>P.O. Box 296<br>Aurora, NY 13026-0296 | GreenLight Networks<br>1255 University Avenue, Suite 204<br>Rochester, NY 14607-1651 | Greg Sheefield<br>42 Crestview Drive East<br>Pine City, NY 14871-9219 |
| HR Works, Inc.<br>200 WillowBrook Office Park<br>Fairport, NY 14450-4221 | High Falls Tree Services, LLC<br>64 Cedarwood Road<br>Rochester, NY 14617-3836 | Holy Apostles<br>7 Austin Street<br>Rochester, NY 14606-1797 |
| Holy Cross<br>375 George Road<br>Freeville, NY 13068-9610 | Holy Cross<br>4492 Lake Avenue<br>Rochester, NY 14612-4597 | Holy Family<br>85 North Street<br>Auburn, NY 13021-2691 |
| Holy Family Catholic Community<br>206 Fremont Street<br>Wayland, NY 14572-1206 | Holy Spirit<br>1355 Hatch Road<br>Webster, NY 14580-2493 | Holy Trinity<br>1460 Ridge Road<br>Webster, NY 14580-3699 |
| Immaculate Conception<br>113 N. Geneva Street<br>Ithaca, NY 14850-4188 | Immaculate Conception/St. Bridget<br>445 Frederick Douglass St.<br>Rochester, NY 14608-2467 | Info Advantage Inc.<br>769 Emerson Street<br>Rochester, NY 14613-1801 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Iron Mountain<br>P.O. Box 27128<br>New York, NY 10087-7128 |
| JC Fibers Rochester Inc.<br>1801 Mount Read Boulevard<br>Rochester, NY 14615 | James A. Schwartz<br>43 Gebhardt Road<br>Penfield, NY 14526-1301 | James Muscatella<br>81 Landstone Terrace<br>Rochester, NY 14606-4358 |
| John E. Ehmann<br>1857 N. Adams Street<br>South Bend, IN 46628-3238 | John Murray<br>P.O. Box 235<br>Keuka Park, NY 14478-0235 | John Yankton<br>27 Grove Avenue<br>Auburn, NY 13021-4903 |

| | | |
|---|---|---|
| Jordan Merson, Esq.<br>Merson Law, PLLC<br>150 East 58th Street, 34th Floor<br>New York, NY 10155-3499 | Joseph Bronco<br>38 DaVinoi Drive<br>Rochester, NY 14624-3809 | Joseph Martuscello<br>40 Houghton Circle<br>Corning, NY 14830-2016 |
| Joseph Maurici<br>104 Chili Wheatland Townline Road<br>Scottsville, NY 14546-9628 | K & D Disposal Inc.<br>5076 NY-31<br>Newark, NY 14513 | Keidel's Inc.<br>P.O. Box 565<br>Rushville, NY 14544-0565 |
| Kelner & Kelner<br>140 Broadway, 37th Floor<br>New York, NY 10005-1118 | Key Bank<br>P.O. Box 93855<br>Cleveland, OH 44101 | Kristen Rita Wendtland<br>18 Kesnick Way<br>Fairport, NY 14450-3219 |
| Lasertec<br>8455 Kirk Drive<br>Colorado Springs, CO 80908-2911 | Leander L. James, Esq.<br>James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur D Alene, ID 83814-2459 | Leclair Korona Cole LLP<br>28 E. Main Street, Suite 1500<br>Rochester, NY 14614-1917 |
| Leo J. Roth Corp.<br>840 Holt Road<br>Webster, NY 14580-9204 | Leo J. Roth Corporation<br>841 Holt Road<br>Webster, NY 14580-9200 | Lifetime Benefit Solutions<br>Attn: Reimbursement Acct Admin Dept<br>165 Court Street<br>Rochester, NY 14647-0001 |
| Lineage<br>385 North French Road<br>Buffalo, NY 14228-2032 | Lisa M. Passero<br>The Diocese of Rochester<br>1150 Buffalo Road<br>Rochester, NY 14624-1890 | Lloyd's of London Underwriters<br>One Lime Street<br>London EC3M 7HA<br>UNITED KINGDOM |
| M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MAS Translation Services<br>66 Northwick Drive<br>Rochester, NY 14617-5634 | ME Burgess & Co.<br>1900 Brewerton Road<br>Syracuse, NY 13211-1763 |
| Mail Finance<br>478 Wheelers Farm Road<br>Milford, CT 06461-9105 | Margaret Joynt<br>6 Warder Drive<br>Pittsford, NY 14534-3125 | Margaret Reiss<br>230 Marion Street<br>Rochester, NY 14610-1121 |
| Mark Wegener<br>809 West Church Street<br>Elmira, NY 14905-2323 | Marsh Risk Consulting<br>550 S. Main Street, Suite 525<br>Greenville, SC 29601-5012 | Mary BroyldBell<br>600 Island Cottage Road, #225<br>Rochester, NY 14612-2354 |
| Mary Lynch<br>105 Upland Drive<br>Rochester, NY 14617-3215 | Mary's Place LLC<br>296 Flower City Park<br>Rochester, NY 14615-3613 | Mary's Place Refugee Outreach<br>414 Lexington Avenue<br>Rochester, NY 14613-1962 |
| Mary, Mother of Mercy<br>P.O. Box 337<br>Ovid, NY 14521-0337 | McCullagh Coffee<br>245 Swan Street<br>Buffalo, NY 14204-2051 | Merkel Donohue<br>106 Despatch Drive, Suite 2<br>East Rochester, NY 14445-1448 |
| Michael Reck, Esq.<br>Jeff Anderson & Associates<br>57 West 57th Street, 4th Floor<br>New York, NY 10019-2827 | Michael T. Pfau, Esq.<br>Pfau Cochran Vertetis Amala<br>Columbia House<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104-1625 | Microworx<br>20 Allens Creek Road<br>Rochester, NY 14618-3253 |

| | | |
|---|---|---|
| Mitchell Garabedian, Esq.<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th<br>Boston, MA 02109-2415 | Mitchell Script Advisor<br>110 Theory, Suite 250<br>Irvine, CA 92617-3202 | Mondavi Design<br>1 Modavi Circle<br>Spencerport, NY 14559-2215 |
| Monroe 2 - Orleans BOCES<br>3599 Big Ridge Road<br>Spencerport, NY 14559-1799 | Monroe County Water Authority<br>475 Norris Drive<br>Rochester, NY 14610-2498 | More Direct, Inc.<br>3401 N. Federal Highway<br>Suite 216<br>Boca Raton, FL 33431-6007 |
| MoreDirect, Inc.<br>P.O. Box 536464<br>Pittsburgh, PA 15253-5906 | Mutual of Omaha<br>Payment Processing Center<br>P.O. Box 2147<br>Omaha, NE 68103-2147 | Mutual of Omaha Insurance<br>3300 Mutual of Omaha Plaza<br>Omaha, NE 68175-0002 |
| My Catholic Faith Delivered<br>12603 Hemlock, Suite C<br>Overland Park, KS 66213-1484 | NFCYM<br>Progress in Planning<br>6745 Kingery Highway<br>Willowbrook, IL 60527-5142 | NYS Department of Labor<br>State Office Campus<br>Building #12, Room #256<br>Albany, NY 12240-0001 |
| Nathaniel L. Foote, Esq.<br>Andreozzi & Associates, P.C.<br>111 North Front Street<br>Harrisburg, PA 17101-1446 | Nativity Preparatory Academy<br>15 Whalin St<br>Rochester, NY 14620-1310 | Nativity of the BVM, Brockport<br>152 Main Street<br>Brockport, NY 14420-1936 |
| New Wave Energy Corporation<br>410 Main Street<br>Buffalo, NY 14202-3735 | New York Physical Medicine Center<br>1295 Portland Avenue, Suite 9<br>Rochester, NY 14621-2726 | New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005-1400 |
| New York State Catholic Conference<br>Street<br>Albany, NY 12203-1004 | New York State Unemployment Insurance<br>P.O. Box 4301<br>Binghamton, NY 13902-4301 | Newman Catholic Campus 465 State<br>Min. of Geneseo - Interfaith Center<br>11 Franklin Street<br>Geneseo, NY 14454-1047 |
| Newman Community - Geneseo<br>c/o St. Luke the Evangelist<br>13 North Street<br>Geneseo, NY 14454-1143 | Newman Community - RIT<br>RIT Center for Religious Life<br>40 Lomb Memorial Drive<br>Rochester, NY 14623-5604 | Newman Community at Ithaca College<br>c/o Cornell Catholic Community<br>548 College Avenue<br>G-19 Anabel Taylor Hall<br>Ithaca, NY 14853 |
| Newman Community of Univ. of Rochester<br>Interfaith Chapel<br>1045 Wilson Boulevard<br>Rochester, NY 14627 | Nicholas H. Noyes Memorial Hospital<br>111 Clara Barton Street<br>Dansville, NY 14437-9527 | Nixon Peabody LLP<br>Michael Cooney<br>799 9th Street NW Suite 500<br>Washington, DC 20001-5327 |
| ONEHDA<br>7107 Vineyard Road<br>Conesus, NY 14435-9521<br>Buffalo, NY 14210-1463 | Omni Underwriting Managers, LLC<br>726 Exchange Street<br>Suite 618 | Orkin Pest Control<br>205 Summit Point Drive, Suite 3B<br>Henrietta, NY 14467-9631 |
| Our Lady Queen of Peace<br>601 Edgewood Avenue<br>Rochester, NY 14618-4329 | Our Lady of Lourdes<br>150 Varinna Drive<br>Rochester, NY 14618-1599 | Our Lady of Peace<br>130 Exchange Street<br>Geneva, NY 14456-1804 |

26133653.1

| | | |
|---|---|---|
| Our Lady of Victory<br>210 Pleasant Street<br>Rochester, NY 14604-1394 | Our Lady of the Lakes<br>210 Keuka Street<br>Penn Yan, NY 14527-1143 | Our Lady of the Snow<br>2667 Hamilton Street<br>Weedsport, NY 13166-9765 |
| Our Lady of the Valley<br>27 Erie Avenue<br>Hornell, NY 14843-1909 | Our Mother of Sorrows<br>5000 Mount Read Boulevard<br>Rochester, NY 14612-3853 | Pam Moore<br>P.O. Box 17268<br>Rochester, NY 14617-0268 |
| Panagiotis Jamanis<br>1 San Gabriel Drive<br>Rochester, NY 14610-2833 | Paradigm<br>179 Lake Avenue<br>Rochester, NY 14608-1234 | Parish of the Most Holy Name of Jesus<br>1010 Davis Street<br>Elmira, NY 14901-1013 |
| ParishSOFT<br>3767 Ranchero Drive, Suite 100<br>Ann Arbor, MI 48108-2770 | Paul Schnacky<br>34 Center Street, Apt. 1<br>Hornell, NY 14843-1956 | Peace of Christ<br>25 Empire Boulevard<br>Rochester, NY 14609-4335 |
| People Systems<br>5795 Waterways Parkway<br>Syracuse, NY 13214 | People Systems<br>5795 Widewaters Parkway<br>Syracuse, NY 13214-1832 | Perry's Ice Cream Co.<br>One Ice Cream Plaza<br>Akron, NY 14001-1031 |
| Person Centered Housing Options, Inc<br>31 West Street<br>Fairport, NY 14450-2109 | Pontifical North American College<br>P.O. Box 8<br>Hicksville, NY 11802-0008 | Providence Housing Development Corp<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 |
| Provident Life and Casualty Inc.<br>1 Mercantile Street<br>Worcester, MA 01608-3102 | RBA Staffing<br>150 State Street, Suite 400<br>Rochester, NY 14614-1354 | RCL Benziger<br>P.O. Box 1840<br>Dubuque, IA 52004-1840 |
| RIT Newman<br>Rochester Institute of Technology<br>1 Lomb Memorial Drive<br>Rochester, NY 14623-5698 | RSUI Indemnity Company<br>945 E. Paces Ferry Road<br>Suite 1800<br>Atlanta, GA 30326-1373 | Respect Life<br>3570 Bladensburg Road<br>Brentwood, MD 20722-1807 |
| Reverend Donald Curtiss<br>231 Monastery Road<br>Pine City, NY 14871-9785 | Reverend Thomas P. Dugan<br>150 French Road<br>Rochester, NY 14618-3822 | Richard Ganey<br>c/o Daniel C. Levin<br>Levin Sedran & Berman<br>510 Walnut Street, Ste. 500<br>Philadelphia, PA 19106-3625 |
| Roberta Mandell<br>c/o Daniel C. Levin<br>Levin Sedran & Berman<br>510 Walnut Street, Ste. 500<br>Philadelphia, PA 19106-3625 | Rochester Catholic Press Association<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | Rochester Colonial<br>1794 Lyell Avenue<br>Rochester, NY 14606-2398 |
| Rochester Gas & Electric<br>89 East Avenue<br>Rochester, NY 14649-0001 | Ronald R. Benjamin, Esq.<br>Law Office of Ronald R. Benjamin<br>126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902-0607 | SJ Parking LLC<br>259 Alexander St<br>Rochester, NY 14607-2514 |
| Sacred Heart<br>90 Melrose Road<br>Auburn, NY 13021-9212 | Sean Bassler<br>129 Acorn Drive<br>Horseheads, NY 14845-2901 | Secretary of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220-0001 |

Siemens Industry Inc.  
1000 Deerfield Parkway  
Buffalo Grove, IL 60089-4513

Siemens Industry Inc.  
c/o CitiBank  
P.O. Box 2134  
Carol Stream, IL 60132-2134

Simple Online Ordering LLC  
3488 W. Walworth Road  
Macedon, NY 14502-9310

Society for the Propogation of the Faith  
1150 Buffalo Road  
Rochester, NY 14624-1823

Ss. Isidore & Maria Torribia  
51 Maple Street  
Addison, NY 14801-1125

Ss. Mary and Martha  
299 Clark Street  
Auburn, NY 13021-2236

St. Agnes  
108 Prospect Street  
Avon, NY 14414-1023

St. Alphonsus  
10 S. Lewis Street  
Auburn, NY 13021-2708

St. Ann's - Owasco  
4890 Twelve Corners Road  
Auburn, NY 13021

St. Anne  
150 Varinna Drive  
Rochester, NY 14618-1532

St. Anthony  
312 Locke Road  
Groton, NY 13073-9444

St. Benedict  
95 N. Main Street  
Canandaigua, NY 14424-1223

St. Benedicts - Odessa  
304 Speedway  
Odessa, NY 14869

St. Bernard's School of Theology & Ministry  
120 French Road  
Rochester, NY 14618-3822

St. Bernard's School of Theology & Min.  
120 French Road  
Rochester, NY 14618-3822

St. Boniface  
259 Rutgers Street  
Rochester, NY 14607-3226

St. Catherine of Siena  
26 Mendon-Ionia Road  
Mendon, NY 14506-9730

ST. CATHERINE OF SIENA  
309 SIENA DR  
ITHACA NY 14850-1797

St. Charles Borromeo  
3003 Dewey Avenue  
Rochester, NY 14616-3798

St. Christopher  
P.O. Box 399  
North Chili, NY 14514-0399

St. Elizabeth Ann Seton  
P.O. Box 149  
Hamlin, NY 14464-0149

St. Frances Xavier Cabrini  
124 Evergreen Street  
Rochester, NY 14605-1016

St. Francis & St. Clare  
25 Center Street  
Waterloo, NY 13165-1022

St. Francis Cabrini  
124 Evergreen Street  
Rochester, NY 14605-1016

St. George  
150 Varinna Drive  
Rochester, NY 14618-1532

St. John Vianney  
32 E. Morris Street  
Bath, NY 14810-1643

St. John Vianney Center  
151 Woodbine Road  
Downingtown, PA 19335-3057

St. John of Rochester  
8 Wickford Way  
Fairport, NY 14450-3132

St. John the Evangelist  
2400 West Ridge Road  
Rochester, NY 14626-3043

St. John the Evangelist  
55 Martha Street  
Spencerport, NY 14559-1342

St. Joseph  
43 Gebhardt Road  
Penfield, NY 14526-1301

St. Joseph the Worker  
43 W. DeZeng Street  
Clyde, NY 14433-1121

St. Kateri Tekakwitha  
445 Kings Highway S.  
Rochester, NY 14617-4138

St. Katharine Drexel  
52 Main Street  
Macedon, NY 14502-8989

St. Lawrence  
1000 N. Greece Road  
Rochester, NY 14626-1098

St. Leo  
P.O. Box 725  
Hilton, NY 14468-0725

St. Louis  
64 S. Main Street  
Pittsford, NY 14534-1986

St. Luke The Evangelist  
13 North Street  
Geneseo, NY 14454-1143

St. Marianne Cope  
3318 E. Henrietta Road  
Henrietta, NY 14467-9146

| | | |
|---|---|---|
| St. Mark<br>54 Kuhn Road<br>Rochester, NY 14612-1438 | St. Martin De Porres<br>198 North Street<br>Caledonia, NY 14423-1035 | St. Mary<br>15 Clark Street<br>Auburn, NY 13021-3501 |
| St. Mary<br>15 Saint Mary's Place<br>Rochester, NY 14607-1713 | St. Mary Our Mother<br>816 West Broad Street<br>Horseheads, NY 14845-2201 | St. Mary of the Lake<br>P.O. Box 289<br>Watkins Glen, NY 14891-0289 |
| St. Mary, Honeoye<br>P.O. Box 725<br>Honeoye, NY 14471-0725 | St. Matthew<br>P.O. Box 77<br>Livonia, NY 14487-0077 | St. Maximillian Kolbe<br>P.O. Box 499<br>Ontario, NY 14519-0499 |
| St. Michael<br>401 S. Main Street<br>Newark, NY 14513-1722 | St. Monica<br>34 Monica Street<br>Rochester, NY 14619-1999 | St. Patrick<br>115 Maple Avenue<br>Victor, NY 14564-1392 |
| St. Patrick's<br>309 Front Street<br>Owego, NY 13827-1699 | St. Paul<br>783 Hard Road<br>Webster, NY 14580-8948 | St. Paul of the Cross<br>97 Prospect Street<br>Avon, NY 14414 |
| St. Peter<br>12 Hibbard Avenue<br>Clifton Springs, NY 14432-1064 | St. Pius X<br>3010 Chili Avenue<br>Rochester, NY 14624-4597 | St. Rita<br>1008 Maple Drive<br>Webster, NY 14580-1798 |
| St. Rose<br>P.O. Box 8A<br>Lima, NY 14485-0808 | St. Stanislaus Kostka<br>34 Saint Stanislaus Street<br>Rochester, NY 14621-3793 | St. Theodore<br>168 Spencerport Road<br>Rochester, NY 14606-5297 |
| St. Thomas More<br>2617 East Avenue<br>Rochester, NY 14610-3149 | Stacia Kanellopoulos<br>27 Woodworth Street<br>Victor, NY 14564-1341 | Staples Advantage<br>500 Staples Drive<br>Framingham, MA 01702-4474 |
| STAPLES BUSINESS ADVANTAGE<br>THOMAS RIGGLEMA<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA SC 29203-9591 | State of New York, Dept of Labor<br>Unemployment Insurance Division<br>Gov W Averell Harriman State<br>Office Bldg, Bldg 12, Rm 256<br>Albany, NY 12240-0001 | Stephen A. Segar, Esq.<br>Segar & Sciortino PLLC<br>400 Meridian Centre, Suite 320<br>Rochester, NY 14618-3991 |
| Stephen Boyd, Esq.<br>Law Offices of Steven Boyd & John Elmore<br>40 North Forest Road<br>Williamsville, NY 14221-5230 | Steven Lewis<br>c/o St. Charles Borromeo<br>3003 Dewey Avenue<br>Rochester, NY 14616-3731 | Teacher Innovations Inc.<br>2451 Sheehan Drive<br>Unit 102<br>Naperville, IL 60564-4861 |
| Technical System Group, Inc.<br>1799 N. Clinton Avenue<br>Rochester, NY 14621-1594 | Technical Systems Group, Inc.<br>1799 Clinton Avenue North<br>Rochester, NY 14621-1594 | Technical Systems Group, Inc.<br>1799 N. Clinton Avenue<br>Rochester, NY 14621-1594 |
| Ted Hosmer, Inc.<br>1249 Lehigh Station Road<br>Henrietta, NY 14467-9228 | Ted Hosmer, Inc.<br>P.O. Box 888<br>Henrietta, NY 14467-0888 | The Bank of New York<br>240 Greenwich Street<br>New York, NY 10286-0001 |
| The Cause Collaborative<br>55 Railroad Street<br>Suite 113<br>Rochester, NY 14609-6160 | The Communis Fund of the Diocese<br>of Rochester, Inc<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | The Diocese of Rochester Lay Employees<br>Retirement Accumulation Plan<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 |

| | | |
|---|---|---|
| The Diocese of Rochester Priests' Retirement Plan<br>1150 Buffalo Road<br>Rochester, NY 14624-1823 | The Links at Greystone<br>1400 Atlantic Avenue<br>Walworth, NY 14568-9741 | The Parish of the Holy Family<br>4100 Lyell Road<br>Rochester, NY 14606-4309 |
| Thomas Erdle<br>100 McAuley Drive<br>Apt. 275<br>Rochester, NY 14610-2359 | Thomas Plumb<br>1550 Portland Avenue<br>Apt. 1202<br>Rochester, NY 14621-3050 | Thomas W. Plumb<br>c/o Lacy Katzen<br>130 E. Main Street<br>PO Box 22878<br>Rochester, NY 14692-2878 |
| Thyssenkrupp Elevator Corp.<br>245 Summit Point Drive, Suite 2B<br>Henrietta, NY 14467-9608 | Tiara Moye o/b/o Faith Sanders<br>c/o Lipsitz Green Scime Cambria<br>Attn: Max Humann, Esq.<br>42 Delaware Avenue, Suite 120<br>Buffalo, NY 14202-3857 | Time Warner Cable<br>4145 S. Falkenburg Road<br>Riverview, FL 33578-8652 |
| Toshiba Business Solutions<br>275 Kenneth Drive<br>Suite 400<br>Rochester, NY 14623-4277 | Town of Brighton<br>2300 Elmwood Drive<br>Rochester, NY 14618-2196 | Town of Marion<br>P.O. Box 260<br>Marion, NY 14505-0260 |
| TruGreen<br>40 Ridgeland Road<br>Rochester, NY 14623-3112 | U.S. Attorney<br>100 State Street<br>Room 500<br>Rochester, NY 14614-1350 | U.S. Conference of Catholic Bishops<br>3211 Fourth Street, N.E.<br>Washington, DC 20017-1104 |
| U.S. Conference of Catholic Bishops<br>P.O. Box 96992<br>Washington, DC 20090-6992 | U.S. Securities and Exchange Commission<br>New York Regional Office<br>100 Pearl St., Ste 20-100<br>New York, NY 10004-6003 | United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 |
| Univera HealthCare Direct<br>165 Court Street<br>Rochester, NY 14647-0001 | Verizon<br>P.O. Box 489<br>Newark, NJ 07101-0489 | Verizon Wireless<br>P.O. Box 408<br>Newark, NJ 07101-0408 |
| WB Mason Co.<br>59 Centre Street<br>Brockton, MA 02301-4014 | Waldorf Risk Solutions LLC<br>P.O. Box 590<br>Huntington, NY 11743-0590 | Wayne County Water & Sewer Authority<br>3377 Daansen Road<br>Walworth, NY 14568-9315 |
| Wayne County Water and Sewer<br>3377 Dansen Road<br>Walworth, NY 14568-9315 | Wegmans<br>P.O. Box 92217<br>Rochester, NY 14692-0217 | Weitz & Luxenberg<br>700 Broadway<br>New York, NY 10003-9536 |
| William Graf<br>681 High Street<br>Apt. 171<br>Victor, NY 14564-1373 | Wilmington Trust<br>1100 North Market Street<br>Wilmington, DE 19890-0001 | Windstream Communications<br>P.O. Box 3177<br>Cedar Rapids, IA 52406-3177 |
| 31 Claimants<br>Marsh Law Firm PLLC<br>151 East Post Road, Suite 102<br>White Plains, NY 10601-5210 | Amaryllis Figueroa<br>c/o Law Office of Robert King<br>19 West Main Street, Suite 250<br>Rochester, NY 14614-1503 | Kenneth G. Cubiotti<br>James Vernon & Weeks P.A.<br>1626 Lincoln Way<br>Coeur d Alene, ID 83814-2435 |

| | | |
|---|---|---|
| BB 44<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th Flor<br>Boston, MA 02109-2415 | Brian S. Delafranier<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814-2435 | CW187 DOE<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814-2435 |
| Camille W. Hill<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1306 | Carol Dupre<br>and various other individual creditors<br>50 Maier Circle<br>Spencerport, NY 14559-2419 | Charles J. Sullivan<br>Bond, Schoeneck & King, PLLC<br>1 Lincoln Center, 18th Floor<br>Syracuse, NY 13202-1306 |
| Claimant MM<br>c/o Marsh Law Firm PLLC<br>151 E Post Rd, Ste 102<br>White Plains, NY 10601-5210 | Claimant Creditors Marsh Law Firm<br>Marsh Law Firm PLLC<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170 | Claimants Certain Sexual Abuse<br>Sweeney Reich & Bolz<br>1981 Marcus Avenue, Suite 200<br>Lake Success, NY 11042-1055 |
| DG 278<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109-2415 | GM127 DOE<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814-2459 | Grayson T. Walter<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1306 |
| Ingrid S. Palermo<br>Bond, Schoeneck & King, PLLC<br>350 Linden Oaks, Suite 310<br>Rochester, NY 14625-2825 | JP185 DOE<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814-2459 | James R Murray<br>Blank Rome LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403 |
| Jeffrey D. Eaton<br>Bond Schoeneck & King<br>One Lincoln Center<br>Syracuse, NY 13202-1196 | Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1306 | Kenneth Cubiotti<br>c/o James Vernon & Weeks<br>1626 Lincoln Way<br>Coeur d Alene, ID 83814-2435 |
| MG133 DOE<br>c/o James, Vernon & Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83814-2435 | MS 275<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109-2415 | Nathaniel Lucas Foote<br>4503 North Front Street<br>Harrisburg, PA 17110-1708 |
| Patrick J. Hynes<br>1513 Langdon Village Drive<br>Clemmons, NC 27012-8094 | SHC-MG-2 Doe<br>Law Offices of Mitchell Garabedian<br>100 State Street. 6th Floor<br>Boston, MA 02109-2415 | SM 247<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109-2415 |
| Sara C. Temes<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1306 | Thomas David Adams<br>36 Vermont Court<br>Asheville, NC 28806-3021 | Victor Rivera<br>75 Hinchey Road<br>Rochester, NY 14624-2929 |
| VJR 41<br>Law Offices of Mitchell Garabedian<br>100 State Street, 6th Floor<br>Boston, MA 02109-2415 | William K. Harrington<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014-4811 | |