UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

           Debtor.

Case No. 19-20905

Chapter 11

## CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On October 25, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on eight hundred and sixty-one (861) confidential parties not included herein:

- **Notice of Motion for Entry of an Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Amended Plan; (IV) Approving the Form, Manner, and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Joint Amended Plan; and (VI) Granting Related Relief** (Docket No. 2285)

Dated: November 2, 2023

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
TeamRochDiocese@stretto.com

# Exhibit A



| NAME | ADRRESS 1 | ADRRESS 2 | ADRRESS 3 | ADRRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AB 1 DOE | C/O LAW OFFICES OF STEPHEN BOYD & JOHN ELMORE | ATTN: STEPHEN BOYD | 2969 MAIN ST | | BUFFALO | NY | 14214-1003 |
| ACE AMERICAN INSURANCE COMPANY | C/O DUANE MORRIS LLP | ATTN: WENDY M. SIMKULAK | 30 S. 17TH STREET | | PHILADELPHIA | PA | 19103 |
| ALL SAINTS CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ALL SAINTS PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| AMARYLLIS FIGUEROA | C/O MCCONVILLE, CONSIDINE, COOMAN & MORIN, PC | ATTN: LUCIEN A. MORIN, II | 300 MERIDIAN CENTRE BLVD | STE 110 | ROCHESTER | NY | 14618-3984 |
| BISHOP EMERITUS MATTHEW H. CLARK | C/O ADAMS LECLAIR LLP | ATTN: MARY JO S. KORONA | 28 E. MAIN STREET | SUITE 1500 | ROCHESTER | NY | 14614 |
| BLESSED SACRAMENT CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| BLESSED TRINITY PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| BRADLEY W. KOMANECKY | 1900 BAUSCH & LOMB PLACE | | | | ROCHESTER | NY | 14604 |
| CAMP STELLA MARIS OF LIVONIA, NY | C/O BOYLAN CODE LLP | ATTN: DEVIN PALMER | 145 CULVER ROAD | SUITE 100 | ROCHESTER | NY | 14620 |
| CANANDAIGUA QUICK PRINT | 330 SOUTH MAIN STREET | | | | CANANDAIGUA | NY | 14424 |
| CATHEDRAL CORPORATION | ATTN: LESLIE LLOYD | 632 ELLSWORTH RD | | | ROME | NY | 13441 |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER | C/O BOYLAN CODE LLP | ATTN: DEVIN PALMER | 145 CULVER ROAD | SUITE 100 | ROCHESTER | NY | 14620 |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER, CAMP STELLA MARIS OF LIVONIA, N.Y., CATHOLIC YOUTH ORGANIZATION AND ST. JOSEPH'S VILLA | C/O BOYLAN  CODE LLP | ATTN: DEVIN LAWTON PALMER & CHRISTOPHER K. WERNER | 145 CULVER ROAD, SUITE 100 | | ROCHESTER | NY | 14620 |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER, CAMP STELLA MARIS OF LIVONIA, N.Y., CATHOLIC YOUTH ORGANIZATION AND ST. JOSEPH'S VILLA | C/O WARD GREENBERG HELLER & REIDY LLP | ATTN:  ERIC J. WARD & KATERINA M. KRAMARCHYK | 1800 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CATHOLIC COMMUNITY OF THE BLESSED TRINITY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CATHOLIC YOUTH ORGANIZATION | C/O BOYLAN CODE LLP | ATTN: DEVIN PALMER | 145 CULVER ROAD | SUITE 100 | ROCHESTER | NY | 14620 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: MICHAEL G. FINNEGAN & ELIN M. LINDSTROM | 366 JACKSON STREET | SUITE 100 | ST. PAUL | MN | 55101 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW, LLC | ATTN: KATHLEEN R. THOMAS | 1 WORLD TRADE CTR | FL 85 | NEW YORK | NY | 10007-0103 |
| CHURCH OF NATIVITY OF THE BLESSED VIRGIN MARY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CHURCH OF ST. JEROME | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CHURCH OF THE ASSUMPTION | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CHURCH OF THE HOLY SPIRIT | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CHURCH OF THE RESURRECTION | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CHURCH OF THE TRANSFIGURATION | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| CRYSTAL PIX, INC. | 84 SOUTH MAIN STREET | | | | FAIRPORT | NY | 14450 |
| DONNA OPPEDISANO AND KATHLEEN ISRAEL | C/O JARROD W. SMITH, ESQ., PLLC | ATTN: JARROD W. SMITH | 11 SOUTH MAIN STREET | PO BOX 173 | JORDAN | NY | 13080 |
| EMMANUEL, CHURCH OF THE DEAF | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| FEDERAL INSURANCE COMPANY | C/O DUANE MORRIS LLP | ATTN: WENDY M. SIMKULAK | 30 S 17TH STREET | | PHILADELPHIA | PA | 19103 |
| GOOD SHEPHERD CATHOLIC COMMUNITY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| GREAT NORTHERN INSURANCE COMPANY | C/O DUANE MORRIS LLP | ATTN: WENDY M. SIMKULAK | 30 S 17TH STREET | | PHILADELPHIA | PA | 19103 |
| HOLY APOSTLES CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| HOLY CROSS CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| HOLY FAMILY CATHOLIC COMMUNITY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| HOLY FAMILY CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| HOLY TRINITY CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| IMMACULATE CONCEPTION CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| IMMACULATE CONCEPTION/ST. BRIDGET'S CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O PARKER, HUDSON, RAINER & DOBBS LLP | ATTN: HARRIS B. WINSBERG AND MATTHEW G. ROBERTS | 303 PEACHTREE ST NE | SUITE 3600 | ATLANTA | GA | 30308 |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O RIVKIN RADLER LLP | ATTN: PETER P. MCNAMARA AND M. PAUL GORFINKEL | 926 RXR PLAZA | | UNIONDALE | NY | 11553 |
| JACK T. BRAND, AND OTHER CREDITORS | C/O TREVETT CRISTO | ATTN: MELANIE S. WOLK | 2 STATE STREET, SUITE 1000 | | ROCHESTER | NY | 14614 |
| KATERI TEKAKWITHA ROMAN CATHOLIC PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| KEIDEL'S INC. | ATTN: ROBERT A SCHWARTZ | 2468 EAST HENRIETTA RD | | | ROCHESTER | NY | 14623 |
| KENNETH G. CUBIOTTI, CVA CLAIMAINTS, AND OTHER CREDITORS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: BRIANNA ESPELAND & LEANDER L. JAMES, IV | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83814 |
| M&T BANK | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 |
| MARYANN BRASLEY - ESTATE OF SR OF SUSANNE BRASLEY | ATTN: MARYANN BRASLEY | 4 SANDS RD | | | ROCHESTER | NY | 14624 |
| MCCULLAGH COFFEE | 245 SWAN STREET | | | | BUFFALO | NY | 14204 |
| MONROE COUNTY | C/O LIPPES MATHIAS LLP | ATTN: JOHN A. MUELLER | 50 FOUNTAIN PLAZA, SUITE 1700 | | BUFFALO | NY | 14202-2216 |
| MONROE COUNTY WATER AUTHORITY | PO BOX 10999 | | | | ROCHESTER | NY | 14610 |
| NEW YORK STATE DEPARTMENT OF LABOR | ATTN: MARTA COLE | GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS | BUILDING #12 | ROOM 256 | ALBANY | NY | 12240 |



# Exhibit A
Served Via First-Class Mail

| NAME | ADRRESS 1 | ADRRESS 2 | ADRRESS 3 | ADRRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF LABOR | C/O UNEMPLOYMENT INSURANCE DIVISION | ATTN: JAMES FIORINO AND SUZANNE FAY | HARRIMAN STATE OFFICE BUILDING CAMPUS | BUILDING #12, ROOM # 256 | ALBANY | NY | 12240 |
| NIXON PEABODY LLP | ATTN: MICHAEL COONEY | 799 9TH STREET NW | SUITE 500 | | WASHINGTON | DC | 20001 |
| OMNI UNDERWRITING MANAGERS, LLC DBA | C/O FUTURECOMP | ATTN: DANIEL K. CONLEY | 726 EXCHANGE STREET | SUITE 618 | BUFFALO | NY | 14210 |
| OUR LADY OF LOURDES CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| OUR LADY OF PEACE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB STREET | | ROCHESTER | NY | 14604 |
| OUR LADY OF THE LAKES CATHOLIC COMMUNITY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| OUR LADY OF THE SNOW PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| OUR LADY OF THE VALLEY PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| OUR LADY OF VICTORY/ST. JOSEPH CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| OUR LADY QUEEN OF PEACE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| OUR MOTHER OF SORROWS | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| PARISH OF THE MOST HOLY NAME OF JESUS | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| PATRICIA ANDREWS | 125 PORTVIEW CIRCLE | | | | ROCHESTER | NY | 14617 |
| PATRICK FITZGIBBON | 4901 GREENWOOD RD | #150 | | | SHREVEPORT | LA | 71109-5503 |
| PEACE OF CHRIST PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| PHOENIX GRAPHICS, INC. | ATTN: LINDA BULZEK | 1525 EMERSON ST. | | | ROCHESTER | NY | 14606 |
| ROCHESTER GAS AND ELECTRIC CORPORATION | 89 EAST AVENUE | 3RD FLOOR | | | ROCHESTER | NY | 14649 |
| SACRED HEART CATHEDRAL | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| SACRED HEART CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| SAINT ELIZABETH ANN SETON | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| SAINT MARY'S CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| SAINTS ISIDORE AND MARIA TORRIBIA PARISH | C/O WOODS GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| SAINTS MARY AND MARTHA ROMAN CATHOLIC PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| SIEMENS INDUSTRY, INC. | ATTN: STEPHANIE MITCHELL | 800 NORTH POINT PARKWAY | | | ALPHARETTA | GA | 30005 |
| ST. AGNES CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. ALPHONSUS CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. ANN CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. ANNE CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. ANTHONY CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. BENEDICT PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. BENEDICT'S CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. BERNARD'S SCHOOL OF THEOLOGY AND MINISTRY | C/O ADAMS LECLAIR LLP | ATTN: PAUL L. LECLAIR | 28 E. MAIN STREET | SUITE 1500 | ROCHESTER | NY | 14614 |
| ST. BONIFACE CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. CATHERINE OF SIENA | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. CATHERINE OF SIENA | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. CHARLES BORROMEO CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. CHRISTOPHER'S CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. FRANCES XAVIER CABRINI PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. FRANCIS AND ST. CLARE ROMAN CATHOLIC COMMUNITY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. GEORGE ROMAN CATHOLIC LITHUANIAN CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. JOHN OF ROCHESTER CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. JOHN THE EVANGELIST | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. JOHN THE EVANGELIST CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. JOHN VIANNEY ROMAN CATHOLIC PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. JOSEPH THE WORKER PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. JOSEPH'S CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. JOSEPH'S VILLA | C/O BOYLAN CODE LLP | ATTN: DEVIN PALMER | 145 CULVER ROAD | SUITE 100 | ROCHESTER | NY | 14620 |
| ST. KATHERINE DREXEL PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. LAWRENCE CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. LEO THE GREAT CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. LOUIS CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. LUKE THE EVANGELIST CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. MARIANNE COPE ROMAN CATHOLIC PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. MARK'S CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. MARY OUR LADY OF THE HILLS PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. MARY OUR MOTHER ROMAN CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. MARY'S OF THE LAKE CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. MATTHEW CATHOLIC CHURCH SOCIETY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. MAXIMILIAN KOLBE PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. MICHAEL'S CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |



| NAME | ADRRESS 1 | ADRRESS 2 | ADRRESS 3 | ADRRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| ST. MONICA CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. PATRICK CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. PATRICK'S CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. PAUL OF THE CROSS CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. PAUL'S ROMAN CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. PETER'S PARISH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. PIUS TENTH CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. RITA ROMAN CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. ROSE CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. STANISLAUS KOSTKA CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. THEODORE'S CATHOLIC CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| ST. THOMAS MORE CHURCH | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| STAPLES BUSINESS ADVANTAGE | C/O STAPLES | ATTN: TOM RIGGLEMAN | 7 TECHNOLOGY CIRCLE | | COLUMBIA | SC | 29203 |
| STATE OF NEW YORK DEPARTMENT OF LABOR | UNEMPLOYMENT INSURANCE DIVISION | ATTN: ROSE WESSELLS | GOVERNOR W. AVERELL HARRIMAN STATE OFFICE CAMPUS | BUILDING 12, ROOM 256 | ALBANY | NY | 12240 |
| SUZANNE P. COLOMBO | 215 SPENCER RD | | | | ROCHESTER | NY | 14609 |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | 125 EAST JEFFERSON STREET | | SYRACUSE | NY | 13202 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF AND BRITTANY M. MICHAEL | 780 THIRD AVENUE, 34TH FLOOR | | NEW YORK | NY | 10017-2024 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD | 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| THE PARISH OF MARY, MOTHER OF MERCY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| THE PARISH OF SAINT MARTIN DE PORRES | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| THE PARISH OF THE HOLY FAMILY | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |
| THOMAS W. PLUMB | C/O LACY KATZEN LLP | ATTN: DAVID D. MACKNIGHT | 130 E. MAIN STREET | PO BOX 22878 | ROCHESTER | NY | 14692 |
| TOSHIBA BUSINESS SOLUTIONS | ATTN: NICOLE IMBESI | 180 KENNETH DR | SUITE 200 | | ROCHESTER | NY | 14623 |
| US TRUSTEE | NOTICE NAME REDACTED | ADDRESS REDACTED | | | | | |
| WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY LYSTER | 1900 BAUSCH & LOMB PLACE | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |