UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period October 1, 2023 Through October 31, 2023*, a copy of which is attached hereto and hereby served upon you. In addition, Bond has provided the United States Trustee with a copy of its October 2023 invoice in text format.

Dated: November 29, 2023

BOND, SCHOENECK & KING, PLLC

By: */s/ Stephen A. Donato*
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
         csullivan@bsk.com
         gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 20, 2019 [Docket No. 249] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through October 31, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $30,183.35 ($24,146.68) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,050.75 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's forty-ninth monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester  
1150 Buffalo Road  
Rochester, NY 14624-1890

For Legal Services Rendered through 10/31/23.

**Chapter 11 Bankruptcy**  
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 10/03/23 | K.M.Doner | 1.30 | $234.00 | Analyzed the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to S. Mosman regarding updates to the Diocese's July 2023 operating report. |
| 10/04/23 | K.M.Doner | 0.10 | $18.00 | Reviewed correspondence from S. Mosman regarding updates to the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to S. Mosman regarding updates to the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's July 2023 operating report. |
| | K.M.Doner | 1.30 | $234.00 | Analyzed the Diocese's August 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to S. Mosman regarding updates to the Diocese's August 2023 operating report. |
| 10/05/23 | K.M.Doner | 0.10 | $18.00 | Reviewed revised draft of July 2023 operating report. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/05/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding updates to the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed updates to the Diocese's August 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding updates to the Diocese's August 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |
| | K.M.Doner | 0.20 | $36.00 | Conducted research regarding Interstate's inadvertent disclosure of confidential information in case. |
| | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Donato regarding Interstate's inadvertent disclosure of confidential information in case. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Donato regarding results of research pertaining to Interstate's inadvertent disclosure of confidential information in case. |
| | J.D.Eaton | 0.10 | $27.90 | Drafted updates to case charter strategy document. |
| 10/06/23 | G.T.Walter | 0.40 | $124.20 | Review case status and strategy considerations. |
| 10/10/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Ziarniak regarding the Diocese's July and August 2023 operating reports. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's July and August 2023 operating reports. |
| | K.M.Doner | 0.40 | $72.00 | Finalized the Diocese's July and August 2023 operating reports. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 19, 2023
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/10/23 | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's July and August 2023 operating reports. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to L. Passero, M. Ziarniak and S. Mosman regarding the Diocese's July and August 2023 operating reports. |
| 10/13/23 | J.D.Eaton | 0.10 | $27.90 | Drafted updates to the case strategy charter document. |
| 10/20/23 | J.D.Eaton | 0.10 | $27.90 | Drafted updates to case strategy and management charter document. |
| 10/22/23 | C.J.Sullivan | 0.20 | $79.20 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 10/23/23 | J.D.Eaton | 0.10 | $27.90 | Provided an update on operating reports to Attorney Sullivan. |
| | J.D.Eaton | 0.10 | $27.90 | Revised case charter consistent with Attorney Sullivan comments. |
| | S.A.Donato | 0.40 | $172.80 | Participated in court hearings in unrelated diocesan chapter 11 case to determine impact on Diocese case. |
| | A.S.Rivera | 0.40 | $79.20 | Participated in court hearing in unrelated diocesan case to determine impact on Diocese case. |
| 10/26/23 | J.D.Eaton | 0.10 | $27.90 | Drafted updates to case strategy and management charter. |
| 10/31/23 | K.M.Doner | 1.10 | $198.00 | Analyzed the Diocese's September 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Mosman regarding the Diocese's September 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed updates to the Diocese's September 2023 operating report. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 19, 2023
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/31/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's September 2023 operating report. |
| | Subtotal: | Hours:<br>Amount: | 8.60<br>$1,810.80 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/09/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding Interstate disclosure issue. |
| 10/27/23 | A.S.Rivera | 1.00 | $198.00 | Examined issues related to insurance settlements in mediation. |
| 10/31/23 | S.A.Donato | 0.90 | $388.80 | Initially reviewed Committee's motion to dismiss insurance carrier 9019 motion. |
| | Subtotal: | Hours:<br>Amount: | 2.20<br>$716.40 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/31/23 | G.T.Walter | 0.60 | $186.30 | Reviewed draft complaint regarding potential post-petition litigation. |
| | G.T.Walter | 0.30 | $93.15 | Consulted with Attorney Donato regarding potential post-petition litigation. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Walter regarding post-petition CVA suit issue. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to special insurance counsel regarding post-petition CVA suit issue. |
| | Subtotal: | Hours:<br>Amount: | 1.50<br>$538.65 | |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 19, 2023
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B160: Fee/Employment Applications** | | | | |
| 10/04/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with D. Lowrance regarding Blank Rome's August 2023 fee statement. |
| 10/12/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding Bond's August 2023 fee statement. |
| 10/13/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding professional fee reconciliation. |
| | K.M.Doner | 1.50 | $270.00 | Prepared reconciliation of professional fees. |
| 10/17/23 | K.M.Doner | 0.30 | $54.00 | Prepared Blank Rome's August 2023 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Prepared Blank Rome's September 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Blank Rome's August and September 2023 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Trustees Scott and Schmitt regarding Blank Rome's August and September 2023 fee statements. |
| 10/24/23 | J.D.Eaton | 0.50 | $139.50 | Revised Bond's August monthly fee statement. |
| | J.D.Eaton | 0.10 | $27.90 | Drafted correspondence to A. Westmoreland and Stretto regarding service of monthly fee statements. |
| 10/26/23 | J.D.Eaton | 0.30 | $83.70 | Telephonically monitored fee application hearing. |
| 10/28/23 | K.M.Doner | 2.50 | $450.00 | Prepared Bond's September 2023 fee statement. |
| 10/30/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding updates to Bond's September 2023 fee statement. |
| 10/31/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustees Scott and Schmitt regarding Bond's August 2023 fee statement. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/31/23 | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conference with K. Doner regarding fee application orders for Diocese professionals. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding results of hearings on professional fee applications in preparation for preparing proposed orders related to same. |
| | K.M.Doner | 0.10 | $18.00 | Conferred with Attorney Spellane's office regarding results of hearings on fee applications and proposed order approving Harris Beach's eighth fee application. |
| | K.M.Doner | 0.30 | $54.00 | Drafted proposed order approving Bond's eighth interim fee application. |
| | K.M.Doner | 0.20 | $36.00 | Drafted proposed order approving Blank Rome's eighth interim fee application. |
| | K.M.Doner | 0.30 | $54.00 | Drafted proposed order approving Harris Beach's eight interim fee application. |
| | K.M.Doner | 0.30 | $54.00 | Drafted proposed order approving Bonadio's fourth interim fee application. |
| | K.M.Doner | 0.30 | $54.00 | Consulted with and drafted correspondence to Attorney Eaton regarding proposed orders approving Bond's, Blank Rome's, Harris Beach's and Bonadio's interim fee applications. |
| | Subtotal: | Hours: | 8.10 | |
| | | Amount: | $1,566.90 | |

**B170: Fee/Employment Objections**

| | | | | |
|---|---|---|---|---|
| 10/21/23 | J.D.Eaton | 0.30 | $83.70 | Drafted correspondence to Attorney Donato regarding fee application objection deadline. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/22/23 | J.D.Eaton | 2.10 | $585.90 | Prepared detailed analysis of Burns Bair fee application to determine if objectionable grounds existed. |
| | Subtotal: | Hours:<br>Amount: | 2.40<br>$669.60 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/05/23 | C.J.Sullivan | 0.40 | $158.40 | Consulted with Attorney Donato regarding Committee scheduling order. |
| 10/12/23 | S.A.Donato | 0.60 | $259.20 | Reviewed Committee's 2004 motion regarding insurance carrier discovery requests. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding Interstate disclosure and 2004 motion issues. |
| | Subtotal: | Hours:<br>Amount: | 1.30<br>$547.20 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/06/23 | G.J.McDonald | 1.00 | $396.00 | Prepared response to auditor's request. |
| 10/31/23 | G.T.Walter | 1.00 | $310.50 | Participated in call with Diocese regarding case status and strategy and plan and disclosure statement issues. |
| | G.J.McDonald | 1.50 | $594.00 | Prepared for meeting with Diocese regarding bankruptcy and CVA matters. |
| | S.A.Donato | 0.40 | $172.80 | Prepared for status update conference call with Diocese. |
| | S.A.Donato | 1.00 | $432.00 | Participated in status update conference call with Diocese regarding plan and disclosure statement and case updates. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/31/23 | C.J.Sullivan | 1.00 | $396.00 | Participated in telephone conference with Diocese regarding case status and strategy and plan and disclosure statement issues. |
| | G.J.McDonald | 1.00 | $396.00 | Attended meeting with Diocese at Pastoral Center regarding bankruptcy and CVA matters. |
| | Subtotal: | Hours:<br>Amount: | 6.90<br>$2,697.30 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/28/23 | S.A.Donato | 0.40 | $172.80 | Reviewed correspondence and attachment from litigation counsel regarding CVA claim issues. |
| 10/30/23 | J.D.Eaton | 0.40 | $111.60 | Conducted telephonic conferences with Attorney Walter regarding research assignment on administrative claim issue. |
| | A.S.Rivera | 0.40 | $79.20 | Addressed issues related to form of abuse claim ballot. |
| | Subtotal: | Hours:<br>Amount: | 1.20<br>$363.60 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/01/23 | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from counsel for insurance carrier regarding derivative standing motion issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to counsel for insurance carrier regarding derivative standing motion issues. |
| 10/02/23 | G.T.Walter | 0.30 | $93.15 | Conferred with Committee counsel regarding plan confirmation logistics. |
| | S.A.Donato | 0.90 | $388.80 | Initially reviewed CNA first amended plan and disclosure statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 19, 2023
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/02/23 | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to Diocese regarding CNA first amended plan and disclosure statement. |
| | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from CNA counsel regarding derivative standing motion issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to CNA counsel regarding derivative standing motion issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding litigation plan issues and updates. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with insurance carrier counsel regarding litigation plan issues. |
| 10/04/23 | K.M.Doner | 0.30 | $54.00 | Conducted research regarding exhibit to first amended plan. |
| | J.D.Eaton | 0.40 | $111.60 | Conducted brief research related to Exhibit A to first amended plan. |
| | S.A.Donato | 0.90 | $388.80 | Conducted partial review of amended CNA plan and disclosure statement. |
| | J.D.Eaton | 0.40 | $111.60 | Performed brief research at L. Passero direction regarding CNA plan exhibit and first amended plan exhibit. |
| | J.D.Eaton | 0.20 | $55.80 | Drafted correspondence to Attorney Donato regarding first amended plan exhibit issue. |
| 10/05/23 | S.A.Donato | 0.30 | $129.60 | Participated in supplemental consultation with Committee counsel regarding litigation plan issues. |
| | S.A.Donato | 1.20 | $518.40 | Further reviewed draft scheduling order received from Committee counsel. |
| | S.A.Donato | 0.40 | $172.80 | Consulted with Attorney Walter regarding draft scheduling order received from Committee counsel. |
| | C.J.Sullivan | 0.60 | $237.60 | Reviewed draft of Committee scheduling order. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/05/23 | G.T.Walter | 1.10 | $341.55 | Consulted with Attorney Donato regarding proposed litigation scheduling order. |
| 10/06/23 | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorneys Donato and Sullivan regarding plan supplement. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Eaton regarding joint plan modifications. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Diocese regarding litigation plan updates. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Donato regarding plan issues. |
| | J.S.Krell | 0.30 | $113.40 | Consulted with Attorney Donato regarding plan and disclosure statement issues. |
| 10/09/23 | B.M.Sheehan | 0.20 | $75.60 | Reviewed proposed revisions to scheduling order. |
| | B.M.Sheehan | 0.40 | $151.20 | Consulted with Attorneys Donato, Sullivan, and Walter regarding scheduling order. |
| | B.M.Sheehan | 0.60 | $226.80 | Consulted with Attorney Walter regarding scheduling order. |
| | S.A.Donato | 0.80 | $345.60 | Reviewed CNA counsel comments to proposed scheduling order. |
| | S.A.Donato | 0.40 | $172.80 | Consulted with Attorneys Walter and Sullivan regarding CNA comments to proposed scheduling order. |
| | S.A.Donato | 0.90 | $388.80 | Participated in conference call with Committee counsel regarding litigation plan negotiations. |
| | S.A.Donato | 1.10 | $475.20 | Revised further draft of scheduling order regarding preparation of litigation plan. |
| | S.A.Donato | 0.90 | $388.80 | Partially reviewed CNA discovery requests regarding Restructuring Support Agreement issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding litigation plan issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/09/23 | C.J.Sullivan | 0.40 | $158.40 | Consulted with Attorneys Donato and Walter regarding litigation plan. |
| | C.J.Sullivan | 0.90 | $356.40 | Participated in meet and confer with counsel for CNA and Creditors Committee regarding litigation plan. |
| | C.J.Sullivan | 0.50 | $198.00 | Participated in call among Attorneys Walter, Donato and Sheehan regarding scheduling order. |
| | G.T.Walter | 0.60 | $186.30 | Reviewed proposed revisions to scheduling order. |
| | G.T.Walter | 0.50 | $155.25 | Consulted with Attorneys Donato and Sullivan regarding scheduling order revisions. |
| | G.T.Walter | 0.90 | $279.45 | Attended meet and confer with CNA and Committee counsel regarding scheduling order. |
| | G.T.Walter | 1.00 | $310.50 | Analyzed plan confirmation strategy. |
| | G.T.Walter | 0.70 | $217.35 | Conducted further analysis of scheduling order issues. |
| | G.T.Walter | 2.50 | $776.25 | Analyzed confirmation issues in an unrelated diocesan case and its applicability to Rochester. |
| 10/10/23 | B.M.Sheehan | 1.00 | $378.00 | Revised proposed scheduling order. |
| | B.M.Sheehan | 0.20 | $75.60 | Consulted with Attorney Walter regarding proposed scheduling order. |
| | B.M.Sheehan | 0.20 | $75.60 | Consulted with Attorney Donato regarding proposed scheduling order. |
| | S.A.Donato | 1.30 | $561.60 | Prepared further revisions to draft scheduling order. |
| 10/11/23 | S.A.Donato | 0.60 | $259.20 | Further reviewed draft scheduling order. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to Committee and CNA counsel regarding draft scheduling order. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with CNA counsel regarding draft scheduling order. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 19, 2023
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/11/23 | S.A.Donato | 1.20 | $518.40 | Analyzed Judge Glenn ruling in similar diocesan case concerning denial of Committee's motion for derivative standing. |
| | S.A.Donato | 1.10 | $475.20 | Reviewed draft motion to approve disclosure statement and solicitation procedures. |
| | G.T.Walter | 0.50 | $155.25 | Reviewed revisions to scheduling order. |
| 10/12/23 | S.A.Donato | 0.40 | $172.80 | Conferred with Committee counsel regarding scheduling order issues. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with Diocese regarding scheduling order and litigation plan updates. |
| 10/13/23 | A.S.Rivera | 0.30 | $59.40 | Consulted with Attorney Sullivan regarding plan scheduling order. |
| | J.D.Eaton | 0.10 | $27.90 | Conducted telephonic conference with Attorney Donato regarding scheduling order responsive to court's order. |
| | A.S.Rivera | 1.40 | $277.20 | Researched issues related to plan confirmation. |
| | S.A.Donato | 1.10 | $475.20 | Analyzed Committee comments regarding scheduling order. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to Attorneys Sullivan and Walter regarding Committee comments to scheduling order. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Walter regarding plan confirmation strategy. |
| | C.J.Sullivan | 1.00 | $396.00 | Participated in meet and confer with Committee and counsel for CNA concerning plan litigation. |
| | G.T.Walter | 0.30 | $93.15 | Reviewed proposed changes to draft litigation schedule. |
| | G.T.Walter | 0.30 | $93.15 | Consulted with Attorney Donato regarding plan confirmation process and strategy. |
| | B.M.Sheehan | 0.20 | $75.60 | Reviewed CNA redline to scheduling order. |

Accounts Are Due Within 30 Days.

Page: 12

**B**OND, **S**CHOENECK & **K**ING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/13/23 | B.M.Sheehan | 0.20 | $75.60 | Consulted with Attorneys Sullivan and Walter regarding scheduling order. |
| | B.M.Sheehan | 1.00 | $378.00 | Attended meet and confer with Committee and insurance carrier counsel concerning plan litigation. |
| | J.S.Krell | 0.20 | $75.60 | Consulted with Attorney Sullivan regarding compliance with the scheduling order. |
| 10/16/23 | C.J.Sullivan | 0.30 | $118.80 | Consulted with Attorney Donato regarding Committee's comments to proposed litigation plan. |
| | C.J.Sullivan | 0.50 | $198.00 | Prepared for meet and confer with Committee and CNA concerning litigation plan. |
| | C.J.Sullivan | 0.60 | $237.60 | Participated in conference call with Committee counsel and CNA counsel regarding scheduling order. |
| | S.A.Donato | 0.40 | $172.80 | Continued review of Committee's comments to proposed litigation plan. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding Committee's comments to proposed litigation plan. |
| | S.A.Donato | 0.30 | $129.60 | Outlined remaining open issues concerning proposed litigation plan. |
| | S.A.Donato | 0.60 | $259.20 | Conferred with Committee and CNA counsel regarding final modifications to litigation plan. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with litigation counsel regarding litigation plan issues. |
| | G.T.Walter | 0.50 | $155.25 | Reviewed Committee changes to draft litigation schedule. |
| | G.T.Walter | 0.60 | $186.30 | Participated in call with CNA and Committee counsel regarding draft litigation schedule. |
| | B.M.Sheehan | 0.60 | $226.80 | Participated in meet and confer with Committee and insurance carrier counsel regarding scheduling order. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/17/23 | S.A.Donato | 0.30 | $129.60 | Participated in status update conference call with Committee counsel regarding litigation plan issues. |
| | G.T.Walter | 0.30 | $93.15 | Conferred with Committee counsel regarding litigation plan updates. |
| 10/18/23 | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from court regarding litigation plan. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Diocese regarding litigation plan. |
| 10/22/23 | G.T.Walter | 0.30 | $93.15 | Consulted with Attorneys Donato and Sullivan regarding plan litigation schedule and strategy. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorneys Donato and Walter regarding confirmation hearing issues. |
| | A.S.Rivera | 1.20 | $237.60 | Drafted disclosure statement approval and solicitation motion. |
| | A.S.Rivera | 0.20 | $39.60 | Examined recent diocesan precedent regarding plan issues. |
| 10/23/23 | G.T.Walter | 0.30 | $93.15 | Consulted with Attorneys Donato and Rivera regarding preparation of solicitation procedures motion. |
| | J.S.Krell | 0.30 | $113.40 | Conferred with Attorney Donato regarding status of the plan and disclosure statement and drafting the abuse claim release agreement. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Walter regarding plan solicitation. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for CNA regarding litigation plan and solicitation motion issues. |
| | S.A.Donato | 0.70 | $302.40 | Prepared initial revisions to draft plan solicitation motion. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 19, 2023
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/23/23 | A.S.Rivera | 0.30 | $59.40 | Consulted with Attorney Donato regarding disclosure statement approval and solicitation motion. |
| | B.M.Sheehan | 0.30 | $113.40 | Consulted with Attorney Donato regarding litigation plan. |
| 10/24/23 | J.S.Krell | 0.50 | $189.00 | Reviewed the plan solicitation motion. |
| | A.S.Rivera | 2.00 | $396.00 | Revised motion to approve disclosure statement. |
| | A.S.Rivera | 0.30 | $59.40 | Drafted summary of proceedings in unrelated diocesan case to determine impact on Diocese case. |
| 10/25/23 | A.S.Rivera | 2.80 | $554.40 | Revised solicitation procedures motion. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with Committee counsel regarding solicitation and noticing motion. |
| | C.J.Sullivan | 0.20 | $79.20 | Participated in telephone conference with Committee counsel regarding solicitation and noticing motion. |
| | G.T.Walter | 0.50 | $155.25 | Analyzed proposed timing for plan solicitation procedures. |
| 10/27/23 | A.S.Rivera | 1.30 | $257.40 | Examined CNA plan. |
| | A.S.Rivera | 1.00 | $198.00 | Analyzed CNA solicitation motion and provided comments. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with litigation counsel regarding plan and disclosure statement approval issues and procedures. |
| 10/29/23 | S.A.Donato | 0.10 | $43.20 | Conferred with L. Passero regarding update concerning litigation scheduling order. |
| | S.A.Donato | 0.20 | $86.40 | Participated in follow up telephone conference with L. Passero regarding plan and disclosure statement approval process. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/30/23 | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Sullivan regarding plan confirmation process and scheduling order entered by the Court. |
| | G.T.Walter | 0.30 | $93.15 | Consulted with Attorney Donato regarding discovery and plan litigation. |
| | G.T.Walter | 0.20 | $62.10 | Conducted research regarding formation of reorganized Diocese. |
| | J.S.Krell | 2.00 | $756.00 | Reviewed the revised plan reflecting the revisions from Interstate. |
| | J.S.Krell | 0.30 | $113.40 | Consulted with Attorney Donato regarding disclosure statement and plan in compliance with the terms of the scheduling order. |
| | A.S.Rivera | 0.30 | $59.40 | Consulted with Attorney Sullivan regarding outstanding plan issues. |
| | A.S.Rivera | 1.60 | $316.80 | Reviewed proposed insurer revisions to chapter 11 plan. |
| | B.M.Sheehan | 0.30 | $113.40 | Consulted with Attorney Donato regarding disclosure statement and plan solicitation procedures. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Diocese regarding plan and disclosure statement approval procedures. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding litigation plan and scheduling order follow-up issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with litigation counsel regarding competing plan approval procedures. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Sullivan regarding plan and disclosure statement procedural issues. |
| | S.A.Donato | 0.60 | $259.20 | Conducted initial review of CNA solicitation motion. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 19, 2023
Bill Number: 19994881

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/30/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding CNA solicitation motion. |
| | G.T.Walter | 0.30 | $93.15 | Conferred with Committee counsel regarding CNA solicitation motion. |
| | Subtotal: | Hours: | 65.80 | |
| | | Amount: | $22,961.70 | |

**Total Hours and Fees For This Matter:** 98.00 $31,872.15

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 29.00 | $432.00 | $12,528.00 |
| G. J. McDonald (Member) | 3.50 | 396.00 | 1,386.00 |
| B. M. Sheehan (Member) | 5.20 | 378.00 | 1,965.60 |
| C. J. Sullivan (Member) | 7.80 | 396.00 | 3,088.80 |
| G. T. Walter (Member) | 14.30 | 310.50 | 4,440.15 |
| J. S. Krell (Of Counsel) | 3.60 | 378.00 | 1,360.80 |
| J. D. Eaton (Associate) | 6.20 | 279.00 | 1,729.80 |
| A. S. Rivera (Associate) | 14.50 | 198.00 | 2,871.00 |
| K. M. Doner (Paralegal) | 13.90 | 180.00 | 2,502.00 |
| **Total** | 98.00 | | $31,872.15 |
| **Courtesy Discount** | | | ($1,688.80) |
| **Total Fees This Invoice** | | | $30,183.35 |

Accounts Are Due Within 30 Days.

Page: 17

Case 2-19-20905-PRW, Doc 2338, Filed 11/29/23, Entered 11/29/23 15:51:24, Description: Main Document , Page 19 of 20

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 19, 2023  
Bill Number: 19994881

The Diocese of Rochester

**Matter Disbursement Summary**

| | |
|---|---:|
| Color Copy Charges | $2.70 |
| Copy Charges | 80.55 |
| Data Hosting & Storage | 967.50 |
| **Total Disbursements** | **$1,050.75** |
| **TOTAL FOR THIS MATTER** | **$31,234.10** |

Accounts Are Due Within 30 Days.

Page: 18

Case 2-19-20905-PRW, Doc 2338, Filed 11/29/23, Entered 11/29/23 15:51:24, Description: Main Document , Page 20 of 20