UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Rochester for the Period October 1, 2023 Through October 31, 2023*, a copy of which is attached hereto and hereby served upon you. In addition, Blank Rome has provided the United States Trustee with a copy of its October 2023 invoice in text format.

Dated: November 29, 2023

BLANK ROME LLP

By  */s/ James R. Murray*
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel
for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR
COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL
TO THE DIOCESE OF ROCHESTER FOR THE PERIOD
<u>OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023</u>**

| | |
|---|---|
| Name of Applicant: | <u>Blank Rome LLP</u> |
| Authorized to Provide Professional Services to: | <u>The Diocese of Rochester, Debtor-In-Possession</u> |
| Date of Retention: | <u>Order entered November 27, 2019 [Docket No. 300] *Nunc Pro Tunc* to September 12, 2019</u> |
| Period for which compensation and reimbursement is sought: | <u>October 1, 2023 through October 31, 2023</u> |
| Amount of compensation sought as actual, reasonable and necessary: | <u>80% of $3,295.60 ($2,636.48)</u> |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | <u>$0.00</u> |

This is a: <u>X</u> monthly ___ quarterly ___ final application.

This is Blank Rome LLP's forty-seventh monthly fee statement in this case.



**BLANKROME**

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. █████

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCHESTER | INVOICE DATE: NOVEMBER 13, 2023 |
| ATTN: LISA M. PASSERO | CLIENT ID: 156954 |
| CHIEF FINANCIAL OFFICER | MATTER NUMBER: 156954-00601 03348 |
| 1150 BUFFALO ROAD | INVOICE NUMBER: 2156019 |
| ROCHESTER, NY 14624 | |

**REGARDING: ROMAN CATHOLIC DIOCESE OF ROCHESTER
INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/15/2023 | 2097039 | $74,823.59 | ($60,480.03) | $14,343.56 |
| 04/18/2023 | 2109984 | $1,011.78 | ($809.42) | $202.36 |
| 05/16/2023 | 2115987 | $16,764.82 | ($13,411.86) | $3,352.96 |
| 06/13/2023 | 2121303 | $4,971.89 | ($3,977.51) | $994.38 |
| 07/24/2023 | 2130539 | $18,490.97 | ($15,973.53) | $2,517.44 |
| 08/17/2023 | 2136613 | $22,046.26 | ($17,637.01) | $4,409.25 |
| 09/25/2023 | 2143837 | $3,119.65 | $0.00 | $3,119.65 |
| 10/11/2023 | 2147401 | $1,601.98 | $0.00 | $1,601.98 |

**BALANCE FORWARD** $30,541.58

FOR LEGAL SERVICES RENDERED THROUGH 10/31/23    $4,280.00
LESS 23% ACCOMMODATION    ($984.40)
NET SERVICES    $3,295.60

**CURRENT INVOICE TOTAL**    $3,295.60

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**    $33,837.18

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ████ | 130 North 18th St |
| ABA Number: | ████ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ████ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI



# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO.

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCHESTER | INVOICE DATE: NOVEMBER 13, 2023 |
| ATTN: LISA M. PASSERO | CLIENT ID: 156954 |
| CHIEF FINANCIAL OFFICER | MATTER NUMBER: 156954-00601 |
| 1150 BUFFALO ROAD | INVOICE NUMBER: 2156019 |
| ROCHESTER, NY 14624 | PAGE 1 |

REGARDING: ROMAN CATHOLIC DIOCESE OF ROCHESTER
INSURANCE ADVICE

FOR LEGAL SERVICES RENDERED THROUGH OCTOBER 31, 2023

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **TASK: 10 LITIGATION** | | | | | |
| 10/02/23 | REVIEW OF CNA OPPOSITION REGARDING STANDING, INCLUDING RECENT RULINGS | J. MURRAY | 10 | 1.00 | 1,095.00 |
| 10/11/23 | REVIEW COMMITTEE MOTION ON INTERSTATE AND RAMIFICATIONS | J. MURRAY | 10 | 0.80 | 876.00 |
| 10/24/23 | REVIEW SCHEDULING STIPULATION FOR UPCOMING HEARING DATES | J. CARTER | 10 | 0.10 | 81.00 |
| 10/31/23 | UPDATE SPREADSHEET OF CLAIMS WITH INFORMATION ON THE LATEST CLAIMS AND THE CORRESPONDING INSURANCE INFORMATION | K. ROGERS | 10 | 0.40 | 130.00 |
| 10/31/23 | REVIEW CNA PLAN FILINGS | J. MURRAY | 10 | 0.80 | 876.00 |
| 10/31/23 | REVIEW/ANALYZE PLEADINGS, POLICIES | R. MICHAELSON | 10 | 0.40 | 250.00 |
| 10/31/23 | REVIEW COMPLAINT ALLEGING ASA CLAIM, EMAIL FROM R. MICHAELSON, CONSIDER ISSUES, AND EMAIL DEBTOR'S BANKRUPTCY COUNSEL REGARDING SAME | J. CARTER | 10 | 1.20 | 972.00 |
| | **TOTALS FOR 10 LITIGATION** | | | **4.70** | **4,280.00** |
| | **TOTAL SERVICES** | | | | **$4,280.00** |
| | LESS 23% ACCOMMODATION | | | | ($984.40) |
| | **NET SERVICES** | | | | **$3,295.60** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$3,295.60** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | TITLE | RATE | HOURS | FEES |
|---|---|---:|---:|---:|
| JAMES CARTER | PARTNER | 810.00 | 1.30 | 1,053.00 |
| JAMES MURRAY | PARTNER | 1,095.00 | 2.60 | 2,847.00 |
| ROBYN MICHAELSON | ASSOCIATE | 625.00 | 0.40 | 250.00 |
| KEVIN ROGERS | PARALEGAL | 325.00 | 0.40 | 130.00 |
| **TOTALS** | | | **4.70** | **$4,280.00** |