UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :

In re                                                 :           Chapter 11

THE DIOCESE OF ROCHESTER,          :           Case No.: 19-20905-PRW

                             Debtor.     :

---------------------------------------------------------- x

# CERTIFICATE OF SERVICE

        I hereby certify that on December 5, 2023, the **OMNIBUS OBJECTION OF THE UNITED STATES TRUSTEE TO COMPETING MOTIONS OF THE DEBTOR AND CONTINENTAL INSURANCE COMPANY FOR ENTRY OF ORDERS (I) APPROVING DISCLOSURE STATEMENTS; (II) APPROVING SOLICITATION PACKAGES AND DISTRIBUTION PROCEDURES; (III) APPROVING THE FORMS OF BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING ON COMPETING PLANS; (IV) APPROVING THE FORM, MANNER, AND SCOPE OF CONFIRMATION NOTICES; (V) ESTABLISHING CERTAIN DEADLINES IN CONNECTION WITH APPROVAL OF THE DISCLOSURE STATEMENTS AND CONFIRMATION OF THE COMPETING PLANS; AND (VI) GRANTING RELATED RELIEF** was electronically filed with the Clerk of the United States Bankruptcy Court using the CM/ECF system, which sent notification via the Court's ECF system.

        In addition to service via the Court's ECF system, on the same date, I served the above document by mailing a true and correct copy in sealed envelopes with postage prepaid in an official depository of the U. S. Postal Service by first class mail within the state of New York, to the following parties:

The Diocese of Rochester
Attn: Lisa M. Passero
1150 Buffalo Road
Rochester, NY 14624

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq., Charles J. Sullivan, Esq., and Grayson T. Walter, Esq.
One Lincoln Center
Syracuse, NY 13202

Official Committee of Unsecured Creditors
Pachulski Stang Ziehl & Jones LLP
Attn: Ilan D Scharf
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., Ste 34th Floor
New York, NY 10017-2024

Continental Insurance Company
c/o Barclay Damon LLP
Attn: Jeffrey A. Dove, Esq.,
Barclay Damon Tower,125 East Jefferson Street
Syracuse, NY 13202


*/s/Mark Schwenk*
Mark Schwenk, Paralegal Specialist

[2]

Case 2-19-20905-PRW, Doc 2345-1, Filed 12/05/23, Entered 12/05/23 15:23:08, Description: Certificate of Service , Page 2 of 2