UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF LOS ANGELES | ) |

I, Janice G. Washington, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Fl., Los Angeles, California 90067.

Pursuant to the Court's Amended Administrative Procedures, on July 2, 2021, in addition to service via the Court's ECF system, I caused a true and correct copy of the foregoing documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 2**:

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO THE CONTINENTAL INSURANCE COMPANY'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING DISCLOSURE STATEMENT IN SUPPORT OF CONTINENTAL INSURANCE COMPANY'S CHAPTER 11 PLAN OF REORGANIZATION FOR THE DIOCESE OF ROCHESTER, (II) APPROVING SOLICITATION PROCEDURES FOR CONTINENTAL INSURANCE COMPANY'S PLAN OF REORGANIZATION FOR THE DIOCESE OF ROCHESTER, (III) APPROVING BALLOTS AND ESTABLISHING PROCEDURES FOR VOTING ON COMPETING PLANS, (IV) APPROVING THE FORM, MANNER, AND SCOPE OF NOTICE FOR THE CONFIRMATION HEARING, AND (V) GRANTING RELATED RELIEF**

Dated:  December 5, 2023

*/s/ Janice G. Washington*
Janice G. Washington

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AB 1 Doe c/o Law Offices Of Stephen Boyd & John Elmore | Stephen Boyd | sboyd@steveboyd.com |
| Ad Hoc Parish Committee c/o Woods Oviatt Gilman LLP | Timothy Patrick Lyster | tlyster@woodsoviatt.com |
| Amaryllis Figueroa c/o Mcconville, Considine, Cooman & Morin, PC | Lucien A. Morin, II | lmorin@mccmlaw.com |
| Bishop Emeritus Matthew Harvey Clark c/o Adams Leclair LLP | Mary Jo S. Korona | mkorona@adamsleclair.law |
| Brian S. Delafranier c/o James, Vernon & Weeks, P.A. | Brianna M Espeland | brianna@jvwlaw.net |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Ward Greenberg Heller & Reidy LLP | Katerina M. Kramarchyk | kkramarchyk@wardgreenberg.com |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Boylan Code LLP | Devin Lawton Palmer Christopher K. Werner | dpalmer@boylancode.com |
| Certain Personal Injury Creditors c/o Jeff Anderson & Associates, P.A. | Michael G. Finnegan & Elin M. Lindstrom | mike@andersonadvocates.com; elin@andersonadvocates.com |
| Certain Personal Injury Creditors c/o Thomas LaBarbera Counselors At Law, P.C. | Anne LaBarbera | anne@tlcpc.law |
| Continental Insurance Company c/o David Christian Attorneys LLC | David Christian, II | dchristian@dca.law |
| Continental Insurance Company c/o Choate Hall & Stewart LLP | David Attisani Kevin J. Finnerty Jean-Paul Jaillet | dattisani@choate.com kfinnerty@choate.com jjaillet@choate.com |
| Continental Insurance Company c/o Barclay Damon LLP | Jeffrey Austin Dove | jdove@barclaydamon.com |
| Continental Insurance Company c/o Wilmer Cutler Pickering Hale and Dorr LLP | Craig Goldblatt Isley Markman Gostin | craig.goldblatt@wilmerhale.com isley.gostin@wilmerhale.com |
| CVA Claimants c/o Jeff Anderson & Associates, P.A. | Jeffrey R. Anderson & Michael Reck | jeff@andersonadvocates.com; mreck@andersonadvocates.com |
| CVA Claimants c/o Morgenstern Devoesick PLLC | Maura G. McGuire | mmcguire@morgdevo.com |
| Donna Oppedisano and Kathleen Israel c/o Jarrod W. Smith, Esq., PLLC | Jarrod W. Smith | jarrodsmithlaw@gmail.com |
| Harris Beach PLLC | Lee E. Woodard | bkemail@harrisbeach.com |
| Interstate Fire and Casualty Company c/o Moss & Barnett | Charles Edwin Jones | charles.jones@lawmoss.com |
| Interstate Fire and Casualty Company c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |
| Interstate Fire and Casualty Company c/o Troutman Sanders LLP | Matt Roberts Harris Winsberg | matthew.roberts2@troutmansanders.com harris.winsberg@troutmansanders.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| James Vernon & Weeks, P.A. | Leander L. James | firm@jvwlaw.net |
| Kenneth Cubiotti c/o James Vernon & Weeks | Brianna M Espeland Leander Laurel James, IV | brianna@jvwlaw.net ljames@jvwlaw.net |
| Manufacturers and Traders Trust Company c/o Hodgson Russ LLP | Garry M. Graber | ggraber@hodgsonruss.com |
| National Surety Corporation c/o Moss & Barnett, a Professional Association | Charles Edwin Jones | charles.jones@lawmoss.com |
| National Surety Corporation c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |
| National Surety Corporation c/o Troutman Sanders LLP | Matt Roberts Harris Winsberg | matthew.roberts2@troutmansanders.com harris.winsberg@troutmansanders.com |
| Office of the United States Trustee | Kathleen Dunivin Schmitt | ustpregion02.ro.ecf@usdoj.gov |
| People of the State of New York c/o Office of the New York State Attorney General | Louis J. Testa, Assistant Attorney General | louis.testa@ag.ny.gov |
| St. Bernard's School of Theology and Ministry c/o Adams Leclair LLP | Paul L. LeClair | pleclair@adamsleclair.law |
| Swiss re America Corporation as Administrator for 21st Century Centennial Insurance Company, Formerly Known as Colonial Penn Insurance Company c/o Kenney Shelton Liptak Nowak LLP | Dirk C. Haarhoff | dchaarhoff@kslnlaw.com |
| Swiss re America Corporation as Administrator for 21st Century Centennial Insurance Company, Formerly Known as Colonial Penn Insurance Company c/o Kenney Shelton Liptak Nowak LLP | Judith Treger Shelton | jtshelton@kslnlaw.com |
| Swiss re America Corporation as Administrator for 21st Century Centennial Insurance Company, Formerly Known as Colonial Penn Insurance Company c/o Walker Wilcox Matousek LLP | Robert P. Arnold & Kaitlin M. Calov | rarnold@walkerwilcox.com; kcalov@walkerwilcox.com |
| The Chubb Companies c/o Duane Morris LLP | Catherine Beideman Heitzenrater | cheitzenrater@duanemorris.com |
| The Diocese of Rochester c/o Bond, Schoeneck & King, PLLC | Stephen A. Donato, Ingrid S. Palermo, Charles J. Sullivan, Grayson T. Walter | sdonato@bsk.com ipalermo@bsk.com csullivan@bsk.com gwalter@bsk.com |

# EXHIBIT 2: SERVICE VIA U.S. MAIL

Bankruptcy Management Solutions, Inc.
d/b/a Stretto
410 Exchange, Ste. 100
Irvine, CA

Berkeley Research Group, LLC
70 W. Madison St., Suite 5000
Chicago, IL 60602

Bonadio & Co., LLP
171 Sully's Trail
Pittsford, NY 14534

Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Gnarus Advisors LLC
2029 Century Park East, Suite 400
Los Angeles, CA 90067

Patrick J. Hynes
1513 Langdon Village Drive
Clemmons, NC 27012

Nixon Peabody, LLP
1300 Clinton Square
Rochester, NY 14604

Pachulski Stang Ziehl & Jones LLP on behalf of
Creditor Committee
Official Committee of Unsecured Creditors
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Lisa M. Passero
The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624

People of the State of New York
c/o Office of the Attorney General
Charities Bureau
28 Liberty Street
New York, NY 10005

Stretto
Attn: Sheryl Betance
410 Exchange, Ste. 100
Irvine, CA 92602

The Claro Group, LLC
123 N. Wacker Dr.
Suite 2100
Chicago, IL 60606

4869-7557-9285, v. 1