UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period November 1, 2023 Through November 30, 2023*, a copy of which is attached hereto and hereby served upon you. In addition, Bond has provided the United States Trustee with a copy of its November 2023 invoice in text format.

Dated: December 6, 2023

BOND, SCHOENECK & KING, PLLC

By: */s/ Stephen A. Donato*
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 20, 2019 [Docket No. 249] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | November 1, 2023 through November 30, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $26,929.30 ($21,543.44) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $967.50 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's fiftieth monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester  
1150 Buffalo Road  
Rochester, NY 14624-1890

For Legal Services Rendered through 11/30/23.

**Chapter 11 Bankruptcy**  
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 11/01/23 | S.A.Donato | 0.30 | $129.60 | Monitored similar diocesan case hearing for potential impact on the Diocese of Rochester. |
| | A.S.Rivera | 0.20 | $39.60 | Monitored similar diocesan case for potential impact relevant to the Diocese of Rochester case. |
| 11/02/23 | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's September 2023 operating report and related schedules. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to L. Passero, M. Ziarniak and S. Mosman regarding the Diocese's September 2023 operating report. |
| 11/06/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |
| 11/10/23 | J.D.Eaton | 0.20 | $55.80 | Drafted updates to case strategy and management charter. |
| 11/17/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustees Scott and Schmitt regarding the Diocese's October 2023 Communis Fund statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Ziarniak regarding the Diocese's October 2023 Communis Fund statements. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

December 5, 2023
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/19/23 | J.D.Eaton | 0.20 | $55.80 | Drafted updates to case strategy charter document. |
| 11/20/23 | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 11/22/23 | S.A.Donato | 0.10 | $43.20 | Reviewed insurer motion in similar diocesan case for potential impact upon Diocese of Rochester. |
| 11/30/23 | K.M.Doner | 1.20 | $216.00 | Analyzed the Diocese's October 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with S. Mosman regarding the Diocese's October 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's October 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |
| | J.D.Eaton | 0.50 | $139.50 | Drafted significant updates to the case strategy charter document. |
| | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's October 2023 operating report, together with related schedules. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's October 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to L. Passero, M. Ziarniak and S. Mosman regarding the final draft of the Diocese's October 2023 operating report. |
| | G.T.Walter | 0.40 | $124.20 | Reviewed correspondence regarding U.S. Trustee concerns regarding service of pleadings by U.S. Mail as supplement to ECF service. |
| | Subtotal: | Hours: | 5.10 | |
| | | Amount: | $1,228.50 | |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

December 5, 2023
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|

**B120: Asset Analysis and Recovery**

| 11/22/23 | G.T.Walter | 0.60 | $186.30 | Analyzed Continental response to Committee motion to deny 9019 settlement motion as moot. |
|---|---|---|---|---|
| | Subtotal: | Hours: | 0.60 | |
| | | Amount: | $186.30 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| 11/01/23 | A.M.Christian | 0.50 | $101.25 | Consulted with Attorney Donato regarding state court complaint impacting the automatic stay. |
|---|---|---|---|---|
| | S.A.Donato | 0.30 | $129.60 | Partially reviewed state court complaint concerning 362 issues. |
| 11/13/23 | A.M.Christian | 2.50 | $506.25 | Researched whether state court litigation violates the Diocese's bankruptcy's automatic stay. |
| 11/17/23 | A.M.Christian | 1.10 | $222.75 | Researched whether state court litigation violates the automatic stay. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed state court complaint received from litigation counsel. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Christian regarding automatic stay issue. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with Attorney Spellane regarding automatic stay issue. |
| | Subtotal: | Hours: | 5.20 | |
| | | Amount: | $1,305.45 | |

**B160: Fee/Employment Applications**

| 11/01/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding fee orders. |
|---|---|---|---|---|
| | J.D.Eaton | 0.40 | $111.60 | Reviewed Bond, Blank Rome, Harris Beach, and Bonadio proposed fee application orders. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/01/23 | J.D.Eaton | 0.10 | $27.90 | Conducted telephonic conference with K. Doner regarding fee application orders. |
| 11/02/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Murray and D. Lowrance regarding proposed order approving Blank Rome's eighth interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to A. Hiller regarding proposed order approving Bonadio's fourth interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Spellane and D. Burley regarding proposed order approving Harris Beach's eighth interim fee application. |
| 11/06/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding proposed fee orders for Bonadio, Blank Rome and Harris Beach. |
| 11/07/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding eighth round of fee orders for Bond, Harris Beach and Blank Rome and fourth fee order for Bonadio. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Donato regarding fee statement issues. |
| | J.D.Eaton | 0.70 | $195.30 | Revised Bond's September monthly fee statement. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed updates to Bond's September 2023 fee statement. |
| 11/08/23 | K.M.Doner | 0.10 | $18.00 | Reviewed updates to Bond's September 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding updates to Bond's September 2023 fee statement. |
| 11/09/23 | J.D.Eaton | 0.20 | $55.80 | Drafted correspondence to Attorney Donato regarding question on Bond's September monthly fee statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

December 5, 2023
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/10/23 | K.M.Doner | 0.30 | $54.00 | Prepared notice of filing and cover sheet in connection with Bond's September 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Bond's September 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Scott regarding Bond's September 2023 fee statement. |
| 11/14/23 | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection related to Blank Rome's August 2023 fee statement. |
| | K.M.Doner | 0.20 | $36.00 | Prepared certificate of no objection related to Blank Rome's September 2023 fee statement. |
| 11/15/23 | K.M.Doner | 0.30 | $54.00 | Prepared certificate of no objection related to Bond's August 2023 fee statement. |
| 11/18/23 | K.M.Doner | 2.30 | $414.00 | Prepared Bond's October 2023 fee statement. |
| 11/20/23 | J.D.Eaton | 1.00 | $279.00 | Revised October monthly fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Donato regarding Bond's September 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed updates to Bond's October 2023 fee statement. |
| 11/28/23 | K.M.Doner | 0.10 | $18.00 | Prepared certificate of service related to eighth round of fee applications for filing under seal. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding updates to Bond's October 2023 fee statement. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Attorney Donato regarding fee statement issues. |
| 11/29/23 | K.M.Doner | 0.30 | $54.00 | Drafted notice of filing and cover sheet in connection with Bond's October 2023 fee statement. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/29/23 | K.M.Doner | 0.30 | $54.00 | Drafted notice of filing and cover sheet in connection with Blank Rome's October 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustees Scott and Schmitt regarding Bond's and Blank Rome's October 2023 fee statements. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Stretto regarding Bond's and Blank Rome's October 2023 fee statements. |
| | Subtotal: | Hours: | 8.60 | |
| | | Amount: | $1,785.60 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/08/23 | S.A.Donato | 0.40 | $172.80 | Prepared for Committee's 2004 request concerning Interstate disclosure issues. |
| | S.A.Donato | 0.20 | $86.40 | Conferred with Committee counsel regarding Committee's 2004 request concerning Interstate disclosure issues. |
| 11/09/23 | S.A.Donato | 0.40 | $172.80 | Continued preparation for hearings on Committee and Interstate 2004 motions. |
| 11/28/23 | K.M.Doner | 0.10 | $18.00 | Conferred with M. Powers' office regarding filing of various certificates of service under seal. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Powers at the Bankruptcy Court regarding filing of various certificates of service under seal. |
| | K.M.Doner | 0.10 | $18.00 | Participated in follow up telephone conference with M. Powers from the Bankruptcy Court regarding filing of certificates of service under seal. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/28/23 | K.M.Doner | 0.10 | $18.00 | Revised correspondence to M. Powers regarding filing of various certificates of service under seal. |
| | Subtotal: | Hours: | 1.50 | |
| | | Amount: | $522.00 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/07/23 | A.S.Rivera | 0.20 | $39.60 | Consulted with Attorney Sullivan regarding CNA administrative claim. |
| | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorneys Donato and Sullivan regarding CNA administrative claim deadline. |
| | J.D.Eaton | 0.80 | $223.20 | Reviewed CNA adversary complaint for an administrative claim. |
| | J.D.Eaton | 0.40 | $111.60 | Drafted initial summary of CNA adversary complaint for delivery to Attorneys Donato and Sullivan. |
| | J.D.Eaton | 0.40 | $111.60 | Commenced research related to case law cited in CNA adversary complaint. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Krell regarding deadline for CNA to file administrative treatment complaint. |
| | S.A.Donato | 0.20 | $86.40 | Reviewed scheduling order regarding administrative expense claim issues. |
| | S.A.Donato | 0.90 | $388.80 | Conducted initial review of CNA adversary proceeding regarding administrative claim issues. |
| 11/09/23 | J.D.Eaton | 0.20 | $55.80 | Drafted correspondence to Attorney Sheehan regarding CNA administrative claim motion. |
| | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from Diocese regarding CNA administrative claim issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to Diocese regarding CNA administrative claim issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/10/23 | A.S.Rivera | 0.30 | $59.40 | Consulted with Attorney Sullivan regarding response to insurer administrative claim. |
| 11/12/23 | G.T.Walter | 1.40 | $434.70 | Analyzed Continental's adversary complaint and application for administrative claim. |
| 11/20/23 | J.D.Eaton | 2.30 | $641.70 | Continued research related to complaint filed by CNA for alleged breach of claim. |
| 11/21/23 | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Carr regarding research related to CNA breach of claim complaint. |
| | J.D.Eaton | 0.50 | $139.50 | Continued research related to CNA breach of claim complaint. |
| 11/22/23 | C.M.Carr | 1.20 | $264.60 | Researched New York State law regarding breach of claim complaint filed by CNA. |
| 11/28/23 | C.M.Carr | 2.30 | $507.15 | Conducted additional research of New York State law regarding breach of claim complaint filed by CNA. |
| 11/29/23 | C.M.Carr | 0.20 | $44.10 | Researched New York State law regarding breach of claim complaint filed by CNA. |
| | J.D.Eaton | 0.50 | $139.50 | Conducted office conference with Attorney Walter regarding CNA adversary complaint regarding alleged breach of claim. |
| | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Sheehan regarding CNA adversary complaint regarding alleged breach of claim. |
| | G.J.McDonald | 0.50 | $198.00 | Drafted tender letters for POC569 and POC571. |
| | Subtotal: | Hours:<br>Amount: | 13.90<br>$3,988.35 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| | | | | |
|---|---|---|---|---|
| 11/01/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding plan solicitation motion issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

December 5, 2023
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/01/23 | S.A.Donato | 0.20 | $86.40 | Reviewed chapter 11 plan regarding plan supplement issue. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding plan solicitation procedure issue. |
| 11/02/23 | G.T.Walter | 0.40 | $124.20 | Consulted with Attorney Donato regarding plan implementation considerations. |
| | S.A.Donato | 0.40 | $172.80 | Consulted with Attorney Walter regarding plan preparation issues. |
| | C.J.Sullivan | 1.00 | $396.00 | Participated in telephone conference with Attorney Simcoe regarding post confirmation issue in connection with chapter 11 plan. |
| 11/03/23 | S.A.Donato | 0.20 | $86.40 | Conferred with litigation counsel regarding plan confirmation issues. |
| 11/06/23 | S.A.Donato | 0.30 | $129.60 | Conferred with special insurance counsel regarding chapter 11 plan issues and updates. |
| 11/07/23 | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Committee counsel regarding plan supplement issues. |
| | J.S.Krell | 0.30 | $113.40 | Consulted with Attorney Sullivan regarding the deadline for CNA to file administrative treatment complaint. |
| | S.A.Donato | 0.70 | $302.40 | Reviewed CNA and Diocesan plan solicitation motions. |
| | S.A.Donato | 0.30 | $129.60 | Prepared correspondence to counsel for CNA and Committee regarding plan solicitation motion issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding plan supplement issues concerning disclosure statement amendment issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

December 5, 2023
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/07/23 | S.A.Donato | 0.40 | $172.80 | Drafted follow up correspondence to counsel for CNA and Committee regarding plan solicitation motion issues. |
| 11/08/23 | T.W.Simcoe | 0.40 | $199.80 | Consulted with Attorneys Sullivan and Stoeckl regarding post confirmation organizational issues. |
| | T.W.Simcoe | 0.20 | $99.90 | Consulted with Attorney Knapp regarding further post confirmation organizational issues. |
| | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from non-diocesan entity regarding chapter 11 plan issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to non-diocesan entity regarding chapter 11 plan issues. |
| | S.A.Donato | 0.40 | $172.80 | Reviewed correspondence from counsel for CNA regarding plan solicitation motion issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared correspondence to Attorney Krell regarding correspondence from counsel for CNA regarding plan solicitation motion issues. |
| | C.J.Sullivan | 0.40 | $158.40 | Participated in telephone conference with Attorneys Simcoe and Stoeckl regarding reorganized debtor corporation alternatives. |
| | J.S.Krell | 1.20 | $453.60 | Reviewed correspondence and documents regarding CNA and Diocese plan solicitation motions. |
| 11/09/23 | S.A.Donato | 0.40 | $172.80 | Reviewed follow-up insurance carrier correspondence regarding plan solicitation issues. |
| | S.A.Donato | 0.30 | $129.60 | Consulted with Attorney Krell regarding plan solicitation motion modifications. |
| | J.S.Krell | 1.50 | $567.00 | Reviewed both plan solicitation motions in connection merging the motions to set a unified plan solicitation process. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/09/23 | J.S.Krell | 1.50 | $567.00 | Performed extensive legal research in connection with competing plans and the impact of establishing a unified plan solicitation process. |
| 11/10/23 | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Sullivan regarding plan supplement outstanding items from Committee. |
| | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Krell regarding certain plan supplement documents. |
| | J.D.Eaton | 0.10 | $27.90 | Drafted correspondence to Attorney Walter regarding plan supplements. |
| | J.D.Eaton | 0.20 | $55.80 | Conferenced with K. Doner regarding plan supplement documents. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding plan supplements including schedule of contracts to be assumed and/or rejected under the plan. |
| | C.J.Sullivan | 0.30 | $118.80 | Participated in telephone conference with Attorney Eaton regarding plan supplement. |
| 11/13/23 | J.D.Eaton | 0.40 | $111.60 | Conducted telephonic conference with Attorney Walter regarding plan supplements. |
| | G.T.Walter | 0.40 | $124.20 | Consulted with Attorney Eaton regarding plan supplement documents. |
| | J.D.Eaton | 0.50 | $139.50 | Conducted telephonic conference with Attorney Walter and K. Doner regarding question from U.S. Trustee on plan solicitation notice of motion. |
| | K.M.Doner | 0.50 | $90.00 | Participated in telephone conference with Attorney Eaton regarding U.S. Trustee inquiry pertaining to motion to approve disclosure statement, solicitation package and related relief. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/13/23 | J.D.Eaton | 0.20 | $55.80 | Drafted correspondence to A. Westmoreland of Stretto regarding service of plan solicitation motion. |
| | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Krell regarding status of certain plan supplements. |
| | J.D.Eaton | 0.30 | $83.70 | Drafted correspondence to Attorney Donato regarding plan supplements. |
| | J.D.Eaton | 0.40 | $111.60 | Drafted correspondence to Attorney Donato regarding plan supplements. |
| | J.S.Krell | 0.30 | $113.40 | Consulted with Attorney Eaton regarding drafting of plan supplements. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with counsel for insurance carrier regarding plan solicitation motion issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding plan solicitation motion issues. |
| 11/14/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding plan supplements including schedule of contracts to be assumed under the plan. |
| | J.S.Krell | 1.00 | $378.00 | Drafted abuse claim release agreement to be included as a plan supplement. |
| | S.A.Donato | 0.60 | $259.20 | Conferred with counsel for non-diocesan entity regarding chapter 11 plan process and updates. |
| 11/15/23 | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to L. Passero regarding plan supplements including schedule of assumption/rejection of contracts under the plan. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding plan supplements including schedule of contracts under the plan. |
| 11/16/23 | J.D.Eaton | 0.40 | $111.60 | Commenced review of correspondence from Attorney MacKnight regarding potential plan objections. |

Accounts Are Due Within 30 Days.

Page: 12

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/16/23 | G.T.Walter | 1.70 | $527.85 | Analyzed competing plan solicitation procedures motions. |
| | D.M.Knapp | 0.30 | $83.70 | Researched formation of religious not-for-profit corporation for administrative purposes. |
| | G.T.Walter | 1.00 | $310.50 | Conferred with CNA and Committee counsel regarding disclosure statement hearing and plan solicitation procedures. |
| | G.T.Walter | 0.30 | $93.15 | Consulted with Attorney Donato regarding plan confirmation strategy. |
| | S.A.Donato | 0.30 | $129.60 | Prepared for conference call with CNA and Committee counsel regarding plan solicitation motion. |
| | S.A.Donato | 1.00 | $432.00 | Participated in conference call with CNA and Committee counsel regarding plan solicitation motion. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with Committee counsel regarding plan solicitation issues and procedures. |
| | C.J.Sullivan | 1.00 | $396.00 | Participated in telephone conference with counsel for Committee and counsel for CNA regarding disclosure statement hearing and related matters. |
| 11/17/23 | J.D.Eaton | 0.10 | $27.90 | Conducted telephonic conference with K. Doner regarding plan supplement. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding plan supplement including contracts and unexpired leases to be assumed under the plan. |
| | K.M.Doner | 0.30 | $54.00 | Finalized correspondence to L. Passero regarding plan supplement including contracts to assume or reject under the plan. |
| | J.D.Eaton | 0.20 | $55.80 | Drafted correspondence to K. Doner regarding plan supplement issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/17/23 | J.D.Eaton | 2.40 | $669.60 | Drafted summary of plan issues set forth in correspondence from counsel for the Sisters of St. Joseph in preparation of call. |
| 11/19/23 | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from non-diocesan counsel regarding inquiries concerning claim treatment under joint plan. |
| 11/20/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding plan supplement schedule of contracts to be assumed under the plan. |
| | J.D.Eaton | 0.30 | $83.70 | Conducted telephonic conference with Attorney Sullivan regarding plan supplements. |
| | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conference with Attorney Krell regarding plan supplement. |
| | J.D.Eaton | 0.20 | $55.80 | Conducted telephonic conference with Attorney Walter regarding plan supplements. |
| | J.D.Eaton | 0.10 | $27.90 | Participated in call with Attorney Donato in preparation for conference call with attorneys for the Sisters of Saint Joseph. |
| | G.T.Walter | 0.40 | $124.20 | Analyzed plan confirmation strategy. |
| | G.T.Walter | 0.40 | $124.20 | Conferred with Committee counsel regarding case status and plan confirmation strategy. |
| | J.D.Eaton | 0.20 | $55.80 | Conducted debrief call with Attorney Donato following conference call with attorneys for the Sisters of Saint Joseph. |
| | J.D.Eaton | 0.80 | $223.20 | Conducted conference call with counsel for Sisters of St. Joseph and Attorney Donato regarding concerns with first amended plan. |
| | J.D.Eaton | 0.10 | $27.90 | Drafted follow up correspondence to Attorney MacKnight regarding Sisters of St. Joseph concerns with first amended plan. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/20/23 | J.D.Eaton | 0.30 | $83.70 | Prepared for call with Sisters of St. Joseph attorneys regarding plan comments and concerns. |
| | A.S.Rivera | 0.20 | $39.60 | Consulted with Attorney Sullivan regarding finalizing plan solicitation timeline. |
| | S.A.Donato | 0.40 | $172.80 | Participated in status update conference call with Committee counsel regarding updates concerning plan solicitation motion, plan and disclosure statement issues. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence from non-diocesan entity regarding plan treatment issues. |
| | S.A.Donato | 0.20 | $86.40 | Consulted with Attorney Eaton regarding plan treatment issues. |
| | S.A.Donato | 0.40 | $172.80 | Conferred with counsel for non-diocesan entity regarding plan treatment issues. |
| | S.A.Donato | 0.40 | $172.80 | Further reviewed CNA/Committee plan solicitation motions in preparation for follow-up conference call regarding joint notice issues. |
| | B.M.Sheehan | 0.40 | $151.20 | Participated in teleconference with Committee counsel regarding plan solicitation motions, plan and disclosure statement issues. |
| | J.S.Krell | 4.00 | $1,512.00 | Drafted the abuse claimant release agreement. |
| 11/21/23 | J.D.Eaton | 0.50 | $139.50 | Conducted telephonic conference with Attorney McDonald regarding Sisters of St. Joseph concerns with plan cutting off rights of non-participating parties. |
| | C.M.Carr | 0.30 | $66.15 | Researched New York State law regarding breach of claim complaint filed by CNA. |
| | C.J.Sullivan | 1.00 | $396.00 | Participated in meeting with Committee and CNA counsel regarding plan solicitation motion. |
| | S.A.Donato | 0.30 | $129.60 | Reviewed correspondence regarding solicitation motion received from Committee counsel. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/21/23 | S.A.Donato | 0.30 | $129.60 | Reviewed proposed draft ballot. |
| | S.A.Donato | 1.00 | $432.00 | Participated in conference call with CNA counsel and Committee counsel regarding plan solicitation and noticing issues. |
| | S.A.Donato | 0.30 | $129.60 | Conferred with L. Passero regarding case updates and plan solicitation issues. |
| | J.S.Krell | 1.00 | $378.00 | Prepared for conference with counsel for Committee and CNA regarding plan solicitation. |
| | J.S.Krell | 1.00 | $378.00 | Participated in conference call with CNA and the Committee regarding plan solicitation. |
| 11/22/23 | J.S.Krell | 0.50 | $189.00 | Consulted with Attorney Eaton regarding status of plan supplements. |
| | J.D.Eaton | 0.20 | $55.80 | Corresponded with Attorney B. Michael regarding meet and confer in connection with plan supplements. |
| | J.D.Eaton | 0.20 | $55.80 | Drafted correspondence to Attorney Scharf regarding status of plan supplement drafts. |
| 11/28/23 | K.M.Doner | 0.10 | $18.00 | Prepared certificate of service related to motion to approve disclosure statement and related relief for filing under seal. |
| 11/29/23 | G.T.Walter | 0.30 | $93.15 | Reviewed scheduling order regarding Rule 26 disclosures. |
| | G.T.Walter | 0.70 | $217.35 | Consulted with Attorney Sheehan regarding Rule 26 disclosures. |
| | G.T.Walter | 0.30 | $93.15 | Participated in call with CNA counsel regarding plan solicitation procedures. |
| | B.M.Sheehan | 0.70 | $264.60 | Consulted with Attorney Walter regarding Rule 26 disclosures. |
| | B.M.Sheehan | 0.30 | $113.40 | Corresponded with Attorneys Donato, Sullivan, and Walter regarding Rule 26 disclosures. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/29/23 | S.A.Donato | 0.30 | $129.60 | Conferred with Diocese regarding plan and disclosure statement updates. |
| 11/30/23 | G.T.Walter | 1.40 | $434.70 | Conducted research regarding insurance neutrality issues. |
| | B.M.Sheehan | 2.40 | $907.20 | Drafted Rule 26 initial disclosures. |
| | S.A.Donato | 0.20 | $86.40 | Reviewed correspondence from insurance carrier counsel regarding plan solicitation issues. |
| | S.A.Donato | 0.20 | $86.40 | Prepared response to insurance carrier counsel regarding plan solicitation issues. |
| | C.J.Sullivan | 0.50 | $198.00 | Reviewed Rule 26 disclosures. |

Subtotal: Hours: 52.90  
Amount: $18,932.40

**Total Hours and Fees For This Matter:** 87.80 $27,948.60

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

December 5, 2023  
Bill Number: 19996553

The Diocese of Rochester

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| S. A. Donato (Member) | 16.50 | $432.00 | $7,128.00 |
| G. J. McDonald (Member) | 0.50 | 396.00 | 198.00 |
| B. M. Sheehan (Member) | 3.80 | 378.00 | 1,436.40 |
| T. W. Simcoe (Member) | 0.60 | 499.50 | 299.70 |
| C. J. Sullivan (Member) | 5.10 | 396.00 | 2,019.60 |
| G. T. Walter (Member) | 9.70 | 310.50 | 3,011.85 |
| J. S. Krell (Of Counsel) | 12.30 | 378.00 | 4,649.40 |
| C. M. Carr (Associate) | 4.00 | 220.50 | 882.00 |
| A. M. Christian (Associate) | 4.10 | 202.50 | 830.25 |
| J. D. Eaton (Associate) | 18.50 | 279.00 | 5,161.50 |
| D. M. Knapp (Associate) | 0.30 | 279.00 | 83.70 |
| A. S. Rivera (Associate) | 0.90 | 198.00 | 178.20 |
| K. M. Doner (Paralegal) | 11.50 | 180.00 | 2,070.00 |
| **Total** | 87.80 | | $27,948.60 |
| **Courtesy Discount** | | | ($1,019.30) |
| **Total Fees This Invoice** | | | $26,929.30 |

**Matter Disbursement Summary**

Data Hosting & Storage     $967.50

**Total Disbursements**     **$967.50**

**TOTAL FOR THIS MATTER**     **$27,896.80**