UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

    DIOCESE OF ROCHESTER,

               Debtor.

Chapter 11 Bankruptcy
Case No.: 19-20905

---

STATE OF NEW YORK )
COUNTY OF NIAGARA )

## AFFIDAVIT OF SERVICE

      I, DEBRA L. GAY, being sworn say: I am not a party to this action, am over 18 years of age and reside at Rochester, New York. On December _12_, 2023 I served the Objection to the Disclosure Statement Filed by the Diocese of Rochester and the Official Committee of Unsecured Creditors by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Stephen A. Donato, Esq.
Charles J. Sullivan, Esq.
Grayson T. Walter, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202-1355

James R. Murray, Esq.
James Carter, Esq.
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006

James I. Stang. Esq.
Ilan D. Scarf, Esq.
Iain W. Nasatir, Esq.
Brittany M. Michael, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Ingrid S. Palermo, Esq.
Bond, Schoeneck & King, PLLC
350 Linden Oaks
Suite 310
Rochester, NY 14625

Shirley S. Cho, Esq.
James K.T. Hunter, Esq.
James I. Stang, Esq.
10100 Santa Monica Boulevard
Suite 1300
Los Angeles, CA 90067

Timothy W. Burns, Esq.
Jesse J. Blair, Esq.
Burns Bair LLP
10 E Doty Street, Suite 600
Madison, WI 53703

Jeffrey A. Dove, Esq.
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

David Christian, Esq.
David Christian Attorneys LLC
105 West Madison Street
Suite 1400
Chicago, IL 60602

Kathleen Dunivin Schmitt, Esq.
Office of the U.S. Trustee
100 State Street
Room 4230
Rochester, NY 14614

Mark D. Plevin, Esq.
Crowell & Moring LLP
Three Embarcadero Center
26th Floor
San Francisco, CA 94111

Miranda H. Turner, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

_/s/ Debra L. Gay_
DEBRA L. GAY

Sworn to before me this
12th day of December, 2023.

_/s/ Notary_
Notary Public

ROCHITA S. REDDEN
Notary Public, State of New York
Qualified in Monroe County
Reg No. 01RE6214546
Commission Expires December 14, 2025

[031308-000077/5851973/1]
Affidavit of Service