UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Chapter 11

Case No. 19-20905 (PRW)

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], Burns Bair LLP has filed the *Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester for the Period November 1, 2023 through November 30, 2023,* a copy of which is attached hereto and hereby served upon you. In addition, Burns Bair LLP has provided the United States Trustee with a copy of its invoice in text format.

Dated: December 15, 2023

**BURNS BAIR LLP**

 /s/ Timothy W. Burns
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DIOCESE OF ROCHESTER FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of the Diocese of Rochester |
| Date of Retention: | Effective May 26, 2021 pursuant to Order entered June 22, 2021 [Docket No. 1113] |
| Period for which compensation and reimbursement is sought: | November 1, 2023 through November 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $10,381.50 ($8,305.20) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $48.92 |

This is a: _X_ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's thirtieth monthly fee statement in this case.

# EXHIBIT A

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of**
**The Diocese of Rochester, New York**

**Issue Date :** 12/15/2023
**Bill # :** 01327
**Due Date :** Upon Receipt

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/2/2023 | Jesse Bair | Participate in portion of PSZJ weekly meeting re case strategy, ongoing projects, and next-steps (.2); | 0.20 | $125.00 |
| 11/2/2023 | Jesse Bair | Review I. Scharf correspondence re disclosure statement notice issues (.1); | 0.10 | $62.50 |
| 11/7/2023 | Timothy Burns | Participate in call with state court counsel re plan issues (.2); met with J. Bair re same (.2); | 0.40 | $280.00 |
| 11/7/2023 | Jesse Bair | Conference with T. Burns re Plan litigation status and strategy (.2); | 0.20 | $125.00 |
| 11/8/2023 | Jesse Bair | Participate in state court counsel meeting for insurance purposes re Plan litigation status and next-steps (.7); | 0.70 | $437.50 |
| 11/9/2023 | Timothy Burns | Participate in conference with PSZJ and J. Bair re Plan litigation and related projects (.7); review correspondence with PSZJ and Interstate re meet and confer re settlement agreement and Plan (.1); review correspondence with CNA re meet and confer re Plan issues (.1); | 0.90 | $630.00 |
| 11/9/2023 | Jesse Bair | Participate in meeting with PSZJ and T. Burns re Plan litigation strategy, status, and ongoing projects (.7); correspond with PSZJ and T. Burns re research re impact of CNA's breach on its ability to control the Debtor's defense (.1); | 0.80 | $500.00 |
| 11/10/2023 | Timothy Burns | Review draft CNA Objection insert in connection with upcoming admin claim and disclosure statement objection filings (.2); | 0.20 | $140.00 |
| 11/13/2023 | Jesse Bair | Conference with T. Burns re Plan litigation issues (.1); | 0.10 | $62.50 |
| 11/13/2023 | Timothy Burns | Conference with J. Bair re plan litigation issues (.1) | 0.10 | $70.00 |
| 11/13/2023 | Jesse Bair | Review agenda for upcoming state court counsel meeting (.1); | 0.10 | $62.50 |
| 11/13/2023 | Jesse Bair | Review correspondence with the Debtor and CNA re meet and confer to discuss Plan solicitation issues (.1); | 0.10 | $62.50 |
| 11/14/2023 | Jesse Bair | Review additional correspondence with the Debtor and CNA re call to discuss Plan solicitation issues (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/2023 | Jesse Bair | Review additional correspondence with CNA and the Debtor re upcoming Plan-related meet and confer (.1); | 0.10 | $62.50 |
| 11/15/2023 | Timothy Burns | Review and analyze Continental's Response to the Committee's 9019 mootness Motion (.8); review state court counsel correspondence re Plan issues (.2); | 1.00 | $700.00 |
| 11/16/2023 | Jesse Bair | Correspondence with PSZJ re weekly strategy and team planning call (.1); | 0.10 | $62.50 |
| 11/18/2023 | Jesse Bair | Review correspondence with PSZJ re Plan litigation issues (.1); | 0.10 | $62.50 |
| 11/20/2023 | Timothy Burns | Participate in BB team meeting re case developments and ongoing insurance projects (.2); | 0.20 | $140.00 |
| 11/20/2023 | Timothy Burns | Conference with J. Bair re Plan litigation projects (.1); | 0.10 | $70.00 |
| 11/20/2023 | Jesse Bair | Conference with T. Burns re Plan litigation projects (.1) | 0.10 | $62.50 |
| 11/20/2023 | Jesse Bair | Participate in BB team meeting re case developments and ongoing insurance projects (.2); | 0.20 | $125.00 |
| 11/20/2023 | Jesse Bair | Correspondence with PSZJ re Plan litigation strategy meeting (.1); | 0.10 | $62.50 |
| 11/20/2023 | Jesse Bair | Review Debtor correspondence re logistics for December case hearings (.1); | 0.10 | $62.50 |
| 11/20/2023 | Nathan Kuenzi | Participate in BB team meeting re case developments and ongoing insurance projects (.2); | 0.20 | $84.00 |
| 11/21/2023 | Jesse Bair | Participate in meeting with PSZJ re Plan litigation, strategy, and ongoing tasks re same (.6); | 0.60 | $375.00 |
| 11/21/2023 | Jesse Bair | Participate in meet and confer with CNA and the Debtor re Plan solicitation and ballot issues (.5); | 0.50 | $312.50 |
| 11/21/2023 | Jesse Bair | Correspondence with PSZJ re meet and confer with Interstate re settlement agreement edits (.1); | 0.10 | $62.50 |
| 11/21/2023 | Jesse Bair | Correspondence with T. Burns and N. Kuenzi re Plan discovery against CNA (.1); | 0.10 | $62.50 |
| 11/21/2023 | Nathan Kuenzi | Analyze CNA's Plan in connection with drafting the Committee's Plan-related discovery requests to CNA (.6); | 0.60 | $252.00 |
| 11/22/2023 | Jesse Bair | Review and assess upcoming case insurance deadlines and projects (.1); | 0.10 | $62.50 |
| 11/28/2023 | Jesse Bair | Brief review re the Committee's proposed edits to the LMI settlement agreement (.1); correspondence with PSZJ re meeting with LMI to discuss same (.1); | 0.20 | $125.00 |
| 11/28/2023 | Jesse Bair | Analysis regarding potential Plan discovery on CNA (.1); | 0.10 | $62.50 |
| 11/28/2023 | Nathan Kuenzi | Analysis re CNA's purported administrative claim in connection with drafting the Committee's Plan-related discovery requests to CNA (1.3); | 1.30 | $546.00 |
| 11/29/2023 | Jesse Bair | Continue analyzing potential Plan discovery on CNA (.3); correspond with N. Kuenzi re preparing initial draft of same (.2); | 0.50 | $312.50 |
| 11/29/2023 | Nathan Kuenzi | Begin drafting the Committee's Plan-related discovery requests to CNA (2.3); | 2.30 | $966.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/29/2023 | Timothy Burns | Review correspondence with PSZJ, LMI, and J. Bair re potential changes to the LMI settlement agreement and Plan (.2); review correspondence with J. Bair and N. Kuenzi re discovery requests re Plan confirmation (.1); | 0.30 | $210.00 |
| 11/30/2023 | Nathan Kuenzi | Finish drafting the Committee's Plan-related discovery requests to CNA, including incorporation of suggested edits from T. Burns (5.8); | 5.80 | $2,436.00 |
| 11/30/2023 | Nathan Kuenzi | Analyze case hearing transcripts and other underlying case materials in connection with drafting the Committee's Plan-related discovery requests to CNA (1.0); | 1.00 | $420.00 |
| 11/30/2023 | Jesse Bair | Review correspondence with LMI and the debtor re meet and confer re the LMI settlement agreement (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **19.90** | **$10,381.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/1/2023 | CloudNine database monthly hosting fee (October 2023) | $45.62 |
| 11/20/2023 | Postage | $3.30 |
| **Total Expenses** | | **$48.92** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jesse Bair | Partner | 5.50 | $625.00 | $3,437.50 |
| Nathan Kuenzi | Associate | 11.20 | $420.00 | $4,704.00 |
| Timothy Burns | Partner | 3.20 | $700.00 | $2,240.00 |

**Total Due This Invoice: $10,430.42**