UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                        Debtor,

Case No.: 19-20905 (PRW)
Chapter 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

Pursuant to this Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] (the "Interim Compensation Order"),[1] and the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545] (the "Supplement") (collectively, the "Interim Compensation Orders"), the undersigned hereby certifies that, as of the date hereof, Blank Rome LLP ("Blank Rome") has received no Objections to the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Rochester for the Period October 1, 2023 through October 31, 2023* [Docket No. 2339] (the "Monthly Fee Statement") filed on November 29, 2023.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

16965502.1 12/22/2023

Accordingly, pursuant to the Interim Compensation Orders, the Diocese of Rochester is authorized to pay on an interim basis eighty percent (80%) of Blank Rome's fees and one hundred percent (100%) of Blank Rome's expenses, as reflected in the Monthly Fee Statement.

Dated: December 22, 2023

BLANK ROME LLP

By  /s/ James R. Murray
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Insurance Counsel
for The Diocese of Rochester*