United States Bankruptcy Court
Western District of New York

In re:                                                             Case No. 19-20905-PRW
The Diocese of Rochester                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2                              User: admin                             Page 1 of 11
Date Rcvd: Feb 16, 2024                      Form ID: pdforder                      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ntcapr | + | Ad Hoc Parish Committee, c/o Woods Oviatt Gilman LLP, Timothy P. Lyster, Esq., 1900 Bausch & Lomb Place, Rochester, NY 14604-2714 |
| ntcapr | + | Continental Insurance Company, c/o Barclay Damon LLP, Attn: Jeffrey A. Dove, Esq., Barclay Damon Tower, 125 East Jefferson Street Syracuse, NY 13202-2515 |
| intp | + | Continental Insurance Company, David Christian Attorneys LLC, 105 W. Madison St., 14th Floor, Chicago, IL 60602-4654 |
| pr | + | Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ustWH | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Feb 16 2024 18:26:00 | William K. Harrington, Office of The United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com |

Adam Horowitz
on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com

Adam Horowitz
on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com

Adam Horowitz
on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com

Amy Keller
on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com

Amy Keller
on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com

Andrew Mina
on behalf of Interested Party London Market Insurers amina@duanemorris.com

Annette Rolain
on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com

Beth Ann Bivona
on behalf of Notice of Appearance Creditor Continental Insurance Company bbivona@barclaydamon.com dstanz@barclaydamon.com

Beth Ann Bivona
on behalf of Interested Party Continental Insurance Company bbivona@barclaydamon.com dstanz@barclaydamon.com

Betty Luu
on behalf of Interested Party London Market Insurers bluu@duanemorris.com

Brianna M Espeland
on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland
on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill
on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre
caroldopray61@yahoo.com

Catalina Sugayan
on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catherine Beideman Heitzenrater
on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com

Charles Edwin Jones

Charles Edwin Jones
    on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan
    on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
    on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
    on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Craig Goldblatt
    on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com

Craig Goldblatt
    on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com

Danielle Spinelli
    on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
    on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David C. Christian, II
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
    on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David D. MacKnight
    on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, cpotter@lacykatzen.com;dgay@lacykatzen.com

Deola T. Ali
    on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
    on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli

| | |
|---|---|
| | on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com |
| Diane Paolicelli | |
| | on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com |
| Dirk C. Haarhoff | |
| | on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com |
| Dirk C. Haarhoff | |
| | on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com |
| Dirk C. Haarhoff | |
| | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com |
| Elin Lindstrom | |
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com therese@andersonadvocates.com |
| Eric John Ward | |
| | on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@wardgreenberg.com |
| Eric John Ward | |
| | on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@wardgreenberg.com |
| Eric John Ward | |
| | on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@wardgreenberg.com |
| Eric John Ward | |
| | on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@wardgreenberg.com |
| Garry M. Graber | |
| | on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com |
| Gerard Sweeney | |
| | on behalf of Creditor CC 403 gkosmakos@srblawfirm.com |
| Gerard Sweeney | |
| | on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com |
| Grayson T. Walter | |
| | on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com |
| Grayson T. Walter | |
| | on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com |
| Harris Winsberg | |
| | on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Defendant National Surety Corporation hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com |
| Ilan D Scharf | |
| | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |

Ingrid S. Palermo
    on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com  kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin
    on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
    on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James I. Stang
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri
    on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com

James R Marsh
    on behalf of Creditor M.G. jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor R.O. jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Claimant MM jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor S. B. jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor S.B. jamesmarsh@marsh.law

James R Murray
    on behalf of Special Counsel Blank Rome  LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James R Murray
    on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com  edocketing@blankrome.com

James S. Carter
    on behalf of Special Counsel Blank Rome  LLP jscarter@blankrome.com

Jarrod W. Smith
    on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W. Smith
    on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W. Smith
    on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W. Smith
    on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jeff Kahane
    on behalf of Interested Party London Market Insurers jkahane@duanemorris.com

Jeffrey Austin Dove
    on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey D. Eaton

on behalf of Debtor The Diocese of Rochester jeaton@bsk.com kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com

Jesse Bair

on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com

Jesse Bair

on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com kdempski@burnsbair.com

Jesse Bair

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com

John Bucheit

on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit

on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit

on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit

on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com

John A. Mueller

on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com

Jon Travis Powers

on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com

Jon Travis Powers

on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com

Jon Travis Powers

on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com

Jon Travis Powers

on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com

Joshua D Weinberg

on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton

on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton

on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov

on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov

on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com

Kathleen Thomas

| | |
|---|---|
| Kathleen Thomas | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com |
| Kathleen Thomas | on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com |
| Kathleen Thomas | on behalf of Creditor J. O. kat@tlclawllc.com |
| Kathleen Dunivin Schmitt | USTPRegion02.RO.ECF@USDOJ.GOV |
| Kelly McNamee | on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com |
| Lauren Lifland | on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com |
| Leander Laurel James, IV | on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Lee E. Woodard | on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com;bmahoney@HarrisBeach.com;KMeans@HarrisBeach.com |
| Lucien A. Morin, II | on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com |
| Mark D. Plevin | on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@crowell.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Interested Party Continental Insurance Company mplevin@crowell.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@crowell.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mary Jo Korona | on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com |
| Matthew Roberts | on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com |
| Matthew Roberts | on behalf of Interested Party National Surety Corporation mroberts@phrd.com |
| Matthew Roberts | on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com |
| Matthew Roberts | on behalf of Defendant National Surety Corporation mroberts@phrd.com |
| Matthew Griffin Merson | on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com |
| Matthew John Obiala, I | on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us |

Matthew Michael Weiss
    on behalf of Interested Party National Surety Corporation mweiss@phrd.com

Matthew Michael Weiss
    on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com

Melanie Wolk
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com rkernan@trevettcristo.com;czimmermann@trevettcristo.com

Michael Finnegan
    on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
    on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Watson
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com

Michael Watson
    on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com

Michael A. Weishaar
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Michael J Grygiel
    on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com, alblitdock@gtlaw.com,alblitsupport@gtlaw.com,caponev@gtlaw.com

Miranda Turner
    on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@crowell.com

Miranda Turner
    on behalf of Interested Party Continental Insurance Company mturner@crowell.com

Miranda Turner
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@crowell.com

Mitchell Garabedian
    on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com

Mohammad Tehrani
    on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan W. Reinhardt
    on behalf of Interested Party London Market Insurers nreinhardt@duanemorris.com

Nathaniel Foote
    on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote
    on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Paul L. Leclair

| | |
|---|---|
| | on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law |
| Peter Garthwaite | on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com |
| Peter Garthwaite | on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com |
| Renee E. Franchi | on behalf of Creditor Thomas David Adams renee@vca.law |
| Robert P. Arnold | on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com  MZaiko@walkerwilcox.com |
| Robert P. Arnold | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com |
| Russell Webb Roten | on behalf of Defendant Interstate Fire & Casualty Company RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Interested Party Interstate Fire and Casualty Company RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Interested Party London Market Insurers RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Interested Party Certain Underwriters at Lloyd's  London RWRoten@duanemorris.com |
| Sam A Elbadawi | on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com |
| Samrah Mahmoud | on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com |
| Sara C. Temes | on behalf of Debtor The Diocese of Rochester stemes@bsk.com  CourtMail@bsk.com;kdoner@bsk.com |
| Scott Michael Duquin | on behalf of Creditor J. F. sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor John Doe 3 sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor M. B. sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Michael Crespo sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Regan sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor D. S. sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor D S sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor B. M. sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor M. P. sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor J. O. sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor T. G. sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com  smdlaw27@gmail.com |
| Shannon Anne Scott | |

on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho

on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich

on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross

on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd

on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen Boyd

on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato

on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 496 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 434 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 557 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 480 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 527 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 468 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 481 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 485 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 274 sbross@sssfirm.com

Steve Phillips

on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com

Steve Phillips

on behalf of Creditor LCVAWCR DOE sphillips@p2law.com

Steven D. Allison

on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com

Stuart S. Mermelstein

on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com

Timothy Patrick Lyster
    on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster
    on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy W. Burns
    on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;aturgeon@burnsbair.com

Timothy W. Burns
    on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;aturgeon@burnsbair.com

Timothy W. Burns
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;aturgeon@burnsbair.com

Todd C. Jacobs
    on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com

Victoria Phillips
    on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon
    on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 247

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

   The Diocese of Rochester,                      Bankruptcy Case No. 19-20905-PRW
                                                           Chapter 11
                              Debtor.
_____

**DECISION AND ORDER
DECLINING TO APPROVE COMPETING DISCLOSURE STATEMENTS
FILED BY CONTINENTAL INSURANCE COMPANY
AND JOINTLY BY THE DEBTOR & CREDITORS' COMMITTEE**

PAUL R. WARREN, U.S.B.J.

       On January 30, 2024, the Court held a hearing on CNA's *Motion for Entry of an Order Approving Disclosure Statement in Support of Continental Insurance Company's Chapter 11 Plan of Reorganization for the Diocese of Rochester, Approving Solicitation Procedures for Continental Insurance Company's Plan of Reorganization for the Diocese of Rochester, Approving Ballots and Establishing Procedures for Voting on Competing Plans, Approving the Form, Manner, and Scope of Notice for the Confirmation Hearing and Granting Related Relief* (ECF No. 2284) and the Diocese/Committee's *Motion for Entry of an Order Approving Disclosure Statement; Approving Solicitation Packages and Distribution Procedures; Approving the Forms of Ballots and Establishing Procedures for Voting on Joint Amended Plan; Approving the Form, Manner, and Scope of Confirmation Notices; Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Joint Amended Plan; and Granting Related Relief* (ECF No. 2285).

       After careful consideration of voluminous submissions filed by CNA and the Diocese/Committee, and after consideration of the argument from counsel to the parties during a

lengthy hearing, in support of their respective Disclosure Statements and in opposition to their opponent's, as well as objections filed by the UST and the Sisters of Saint Joseph, the Court declined to approve either Disclosure Statement, as currently presented. (ECF Nos. 2046, 2218, 2247, 2341, 2345, 2348, 2349, 2351, 2373, 2375, 2376, 2378, 2379, 2392, 2393, 2394, 2428, 2429, 2430, 2434, 2438, 2443). The Court delivered an oral decision detailing the deficiencies in both Disclosure Statements. Following the hearing, the Court was informed that the digital recording system had failed, as a result of which no transcript could be produced. (*See* ECF Nos. 2451 & 2452). Despite the fact that the many attorneys in attendance appeared to be writing feverishly as the Court delivered its oral ruling, a number of those attorneys have contacted chambers to request a copy of the Court's bench notes. In response to those requests, the Court supplements its oral ruling with this written Decision and Order.

As stated during the hearing, the following *non-exclusive list* of deficiencies must be addressed in further amended Disclosure Statements:

1. Both Disclosure Statements lack plain language explanations of how Survivors will be treated under the Plan.

2. Both Disclosure Statements lack adequate information because neither informs the average Survivor, clearly and succinctly, how much money he/she may receive, when he/she will receive it, and what contingencies there are to receiving a distribution.

3. Neither Disclosure Statement provides information, clearly and succinctly, detailing how much of the settlement funding will be deducted to cover administrative expenses or to fund reserves—such as future claims, Diocese post-confirmation costs, "Enhanced Claims," or Trust expenses, so that it is plain for all

2

Case 2-19-20905-PRW, Doc 2463, Filed 02/18/24, Entered 02/19/24 00:24:00, Description: Imaged Certificate of Notice, Page 13 of 18

to see how much of the "headline settlement amount" will actually be left for distribution to Survivors. The Court recalls that during the hearing, counsel to the Diocese conceded those administrative costs could approach $50 million, leaving considerably less than $126.35 million for Abuse Survivors under the Diocese/Committee Plan. In seems odd that Committee counsel demanded that disclosure be made in the Rockville Centre case, but that same Committee counsel has been noticeably silent on insisting that information be disclosed in this case.

4. Both Disclosure Statements provide that distributions will be made to Survivors in the manner set out in the Allocation Protocol and Trust Agreement—both of which are filed separately as Exhibits to the Plan Supplement. (*See* ECF No. 2373, Ex. 1 & 3; ECF No. 2427, Ex. 1 & 5). Such information must be included in straightforward language within the four corners of each Disclosure Statement. The Court and Survivors should not have to piece together information from various documents.

5. Neither Plan proponent responded to the UST objection (ECF No. 2345) concerning the exclusion of quarterly fees from amounts funding the Plan, which the UST asserts to be improper under 28 U.S.C. § 1930.

6. Neither Disclosure Statement adequately addresses the UST's objection concerning third-party releases, non-consensual releases, and the scope of exculpation and indemnification provisions to the proposed Plans, in an easily understood manner, so that Survivors can understand the ramifications to the proposed Plans if some or all of those provisions are found to be improper. What is "Plan B" should that occur?

3

7. CNA's Disclosure Statement fails to provide any information to Survivors about the potential exposure to CNA if Survivors are successful in proving liability on the part of the Diocese and in defeating the coverage defenses mentioned by CNA.

8. With regard to the Diocese/Committee Disclosure Statement, the Court will not approve a Disclosure Statement or Plan that includes "Stipulated Judgments"—or a similar term designed to do the same thing—a position that the Court has espoused for over a year.

9. With regard to the Diocese/Committee Disclosure Statement and Plan—the inclusion of an "exception" to the insurance neutrality provisions that states that the Court will enter a confirmation order finding that the insurance assignment does not trigger a coverage defense is overreaching and unacceptable, as counsel seemed to acknowledge at the hearing.

10. The Diocese/Committee Disclosure Statement fails to inform Survivors of the financial impact on Survivors who are not chosen to be "Litigation Claimants" or how much money the Trust must set aside to fund "Claim Enhancements." Further, there is no discussion of the legal basis to treat the members of the same class differently, seemingly in violation of § 1123(a)(4).

11. There is conflicting language in the Diocese/Committee Disclosure Statement regarding the recovery or non-recovery of "Economic Damages" by abuse claimants. Identical language to that contained in the Allocation Protocol was objected to by Pachulski Stang Ziehl & Jones LLP, as Committee counsel, before Judge Glenn in the Diocese of Rockville Centre case a few weeks ago. And yet,

Case 2-19-20905-PRW, Doc 2463, Filed 02/18/24, Entered 02/19/24 00:24:00, Description: Imaged Certificate of Notice, Page 15 of 18

before this Court counsel is supporting the same language it found offensive in the Rockville Centre case. Why?

12. The Diocese/Committee Disclosure Statement fails to include financial information that would allow Survivors (and the Court) to assess whether "Protected Parties" such as parishes, schools and other organizations that seek to be released under the Plan are making a financial contribution that is fair/substantial, as compared to the liability being released.

13. The Diocese/Committee Disclosure Statement and Plan appear to give the Diocese prospective approval of an Exit Financing Facility, without any meaningful information and without Court approval.

14. The Diocese/Committee and counsel to the Sisters of Saint Joseph are to meet and confer for the purpose of drafting language to be included in the Disclosure Statement and Plan, addressing the concerns of the Sisters of Saint Joseph as a joint tortfeasor, which language is to be broad enough to protect any similarly situated joint tortfeasor.

15. The Diocese/Committee Disclosure Statement and Plan must address any post-petition abuse claims made against the Diocese, with a detailed discussion of how any such claim will be treated under the Plan and estimated for purposes of confirmation.

While the Survivors and the public may have been led to believe that this Court's decision to decline to approve the Disclosure Statements stands alone and is unusual, counsel are all well-aware that Judge Glenn and Judge Kinsella also declined to approve the Disclosure Statements in the cases involving the Dioceses of Rockville Centre and Syracuse. The Plan proponents are

Case 2-19-20905-PRW, Doc 2463, Filed 02/18/24, Entered 02/19/24 00:24:00, Description: Imaged Certificate of Notice, Page 16 of 18

directed to study the rulings concerning the Disclosure Statements, recently issued by Judge Glenn (*See* The Roman Catholic Diocese of Rockville Centre, New York, Case No. 20-12345, <u>Order Regarding the Second Modified Disclosure Statement for First Amended Plan of Reorganization Proposed by The Roman Catholic Diocese of Rockville Centre, New York</u>, at ECF No. 2828 (Bankr. S.D.N.Y. Jan. 18, 2024)) and Judge Kinsella (*See* The Roman Catholic Diocese of Syracuse, New York, Case No. 20-30663, <u>Order Denying Approval of the Disclosure Statement in Support of Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York Dated December 6, 2023</u>, at ECF No. 1664 (Bankr. N.D.N.Y. Feb. 8, 2024)). The Court expects that the Diocese/Committee (and CNA where applicable) will incorporate curative provisions in the Disclosure Statements and Plans in this case to address revisions required by Judge Glenn or Judge Kinsella in the Rockville Centre or Syracuse cases, or explain in great detail why the curative provisions in those cases are not being made in this case (for example, see pages 5-6 of Judge Kinsella's Order for additional concerns that seem to apply with equal measure to various documents that this Court has been asked to approve or the Plan that this Court will be asked to confirm). Given the fact that many of the attorneys in this case are also involved in other pending diocesan bankruptcy cases, it should not be burdensome for counsel to look to other cases for drafting samples.

The Court has not ruled on the merits of the CNA and Diocese/Committee's motions—with the likely exception of the "insurance neutrality" issues such as stipulated judgments and the proposed insurance assignment language, as discussed above. For purposes of disclosure, neither the Court nor the Survivors should be expected to distill down, decipher or connect-the-dots between multiple documents. The Abuse Survivors should not be left to wonder how much money they may receive, when it might be paid, and how much of the "headline settlement pot" will

Case 2-19-20905-PRW, Doc 2463, Filed 02/18/24, Entered 02/19/24 00:24:00, Description: Imaged Certificate of Notice, Page 17 of 18

actually be left after the administrative costs are taken out.  Accordingly, the Plan proponents are directed as follows:  Simplified Disclosure Statements are to be filed with the Court on or before **March 15, 2024, at 3:00 p.m. EST**.  Objections to the Disclosure Statements are to be filed on or before **April 1, 2024, at 3:00 p.m. EST**.  A continuation of the hearing on the motions of CNA and the Diocese/Committee will be held on **April 16, 2024, at 11:00 a.m.**  The hearing will be held in person in the Rochester Courthouse.  The hearing will not be available by telephone.

    **IT IS SO ORDERED.**

DATED: February 16, 2024                _____/s/_____
       Rochester, New York           HON. PAUL R. WARREN
                                              United States Bankruptcy Judge

Case 2-19-20905-PRW,    Doc 2463,    Filed 02/18/24,    Entered 02/19/24 00:24:00,
Description: Imaged Certificate of Notice, Page 18 of 18