UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

DIOCESE OF ROCHESTER,

Debtor.

Chapter 11 Bankruptcy
Case No.: 19-20905

STATE OF NEW YORK )
COUNTY OF NIAGARA )

## AFFIDAVIT OF SERVICE

I, DEBRA L. GAY, being sworn say: I am not a party to this action, am over 18 years of age and reside at Rochester, New York. On April 1, 2024 I served the Objection to Debtor/Committee Proposed Disclosure Statement by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Stephen A. Donato, Esq.
Charles J. Sullivan, Esq.
Grayson T. Walter, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202-1355

James R. Murray, Esq.
James Carter, Esq.
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006

James I. Stang. Esq.
Ilan D. Scarf, Esq.
Iain W. Nasatir, Esq.
Brittany M. Michael, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 34th Floor
New York, NY 10017-2024

Ingrid S. Palermo, Esq.
Bond, Schoeneck & King, PLLC
350 Linden Oaks
Suite 310
Rochester, NY 14625

Shirley S. Cho, Esq.
James K.T. Hunter, Esq.
James I. Stang, Esq.
10100 Santa Monica Boulevard
Suite 1300
Los Angeles, CA 90067

Timothy W. Burns, Esq.
Jesse J. Blair, Esq.
Burns Bair LLP
10 E Doty Street, Suite 600
Madison, WI 53703

| | |
|---|---|
| Jeffrey A. Dove, Esq.<br>Barclay Damon LLP<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, NY 13202 | Mark D. Plevin, Esq.<br>Crowell & Moring LLP<br>Three Embarcadero Center<br>26th Floor<br>San Francisco, CA 94111 |
| David Christian, Esq.<br>David Christian Attorneys LLC<br>105 West Madison Street<br>Suite 1400<br>Chicago, IL 60602 | Miranda H. Turner, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| Siobhain P. Minarovich<br>White and Williams LLP<br>7 Times Square<br>Suite 2900<br>New York, NY 10036-6524 | Kathleen Dunivin Schmitt, Esq.<br>Office of the U.S. Trustee<br>100 State Street<br>Room 4230<br>Rochester, NY 14614 |

Mark Bruh
Trial Attorney
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004

_____
DEBRA L. GAY

Sworn to before me this
_1_ day of April, 2024.

_____
Notary Public

CHRISTINE M. METZGER
Notary Public, State of New York
Qualified in Monroe County
No. 01ME4702505
Commission Expires December 31, 20_25_