UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF ROCHESTER,

Debtor.

Case No. 2-19-20905-PRW

Chapter 11 Case

## CERTIFICATE OF SERVICE

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for The Continental Insurance Company in the above-captioned case.

2. On the 1st day of April, 2024, I electronically filed *Continental Insurance Company's Objection to Debtor's Disclosure Statement for Its Third Amended Plan* and *Notice of Filing of Summary of Continental's Second Amended Chapter 11 Plan of Reorganization for the Diocese of Rochester* with the Clerk of the United States Bankruptcy Court for the Western District of New York using the CM/ECF system which system sent electronic notification to the parties set forth on the attached **Service List A**.

3. That on the 1st day of April, 2024, I caused to be served copies of *Continental Insurance Company's Objection to Debtor's Disclosure Statement for Its Third Amended Plan* and *Notice of Filing of Summary of Continental's Second Amended Chapter 11 Plan of Reorganization for the Diocese of Rochester* upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed postage paid envelopes and placing same in an official depository under the exclusive care and custody of the United States Postal Service in the City of Syracuse, New York, prior to the last pick up time for that day.

Dated: April 1, 2024
Syracuse, New York

                                                */s/Audrey A. Vrooman*
                                                Audrey A. Vrooman

# SERVICE LIST A

- Deola T. Ali    dali@awtxlaw.com
- Steven D. Allison    steen.allison@troutman.com, traey.cantu@troutman.com
- Robert P. Arnold    rarnold@walkerwilcox.com, MZaiko@walkerwilcox.com
- Jesse Bair    jbair@burnsbair.com, kdempski@burnsbair.com
- Beth Ann Bivona    bbivona@barclaydamon.com, dkomorowski@barclaydamon.com, dstanz@barclaydamon.com
- Stephen Boyd    sboyd@steveboyd.com, rmatuzic@steveboyd.com
- Stephenie Lannigan Bross    sbross@sssfirm.com
- John Bucheit    jbucheit@phrd.com, ssnead@phrd.com
- Timothy W. Burns    tburns@burnsbair.com, kdempski@burnsbair.com
- Kaitlin M. Calov    kcalov@wwmlawyers.com, jvail@walkerwilcox.com
- James Carter    jscarter@blankrome.com
- Shirley S. Cho    scho@pszjlaw.com
- David C. Christian    dchristian@dca.law
- Stephen A. Donato    sdonato@bsk.com, ayerst@bsk.com; kdoner@bsk.com; CourtMail@bsk.com
- Jeffrey Austin Dove    jdove@barclaydamon.com, avrooman@barclaydamon.com, jeffrey-dove-1212@ecf.pacerpro.com
- Carol Dupre    caroldopray61@yahoo.com
- Scott Michael Duquin    sduquin@hermanlaw.com, smdlaw27@gmail.com
- Scott Michael Duquin    sduquin@hoganwillig.com, smdlaw27@gmail.com
- Jeffrey D. Eaton    jeaton@bsk.com, kdoner@bsk.com; tayers@bsk.com; CourtMail@bsk.com
- Sam A Elbadawi    selbadawi@sugarmanlaw.com
- Brianna M Espeland    brianna@jvwlaw.net
- Michael Finnegan    mike@andersonadvocates.com, therese@andersonadvocates.com, erin@andersonadvocates.com
- Nathaniel Foote    nate@vca.law
- Renee E. Franchi    renee@vca.law
- Mitchell Garabedian    mgarabedian@garabedianlaw.com
- Peter Garthwaite    peter.garthwaite@clydeco.com
- Craig Goldblatt    craig.goldblatt@wilmerhale.com
- William Henry Gordon    wgordon@garabedianlaw.com
- M. Paul Gorfinkel    paul.gorfinkel@rivkin.com
- Isley Markman Gostin    isley.gostin@wilmerhale.com
- Garry M. Graber    ggraber@hodgsonruss.com, mheftka@hodgsonruss.com; cnapiers@hodgsonruss.com
- Michael J Grygiel    grygielm@gtlaw.com, alblitdock@gtlaw.com, alblitsupport@gtlaw.com, caponev@gtlaw.com
- Dirk C. Haarhoff    dchaarhoff@kslnlaw.com
- Catherine Beideman Heitzenrater    cheitzenrater@duanemorris.com
- Camille W. Hill    chill@bsk.com, ayerst@bsk.com; kdoner@bsk.com; CourtMail@bsk.com
- Adam Horowitz    adam@adamhorowitzlaw.com
- James K.T. Hunter    jhunter@pszjlaw.com
- Todd C. Jacobs    tjacobs@phrd.com, ssnead@phrd.com
- Leander Laurel James    ljames@jvwlaw.net, Lucia@jvwlaw.net
- Charles Edwin Jones    charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com
- Jeff Kahane    jkahane@duanemorris.com
- Amy Keller    akeller@lglaw.com, sfischer@lglaw.com
- Mary Jo Korona    mkorona@adamsleclair.law, sarahi@leclairkorona.com
- Katerina Marie Kramarchyk    kkramarchyk@wardgreenberg.com
- Paul L. Leclair    pleclair@adamsleclair.law, arichardson@adamsleclair.law
- Lauren Lifland    lauren.lifland@wilmerhale.com
- Elin Lindstrom    elin@andersonadvocates.com, therese@andersonadvocates.com
- Betty Luu    bluu@duanemorris.com

- Timothy Patrick Lyster   tlyster@woodsoviatt.com, mjohnstone@woodsoviatt.com
- Samrah Mahmoud   samrah.mahmoud@troutman.com
- James R. Marsh   jamesmarsh@marsh.law
- Peter P. McNamara   peter.mcnamara@rivkin.com
- Kelly McNamee   mcnameek@gtlaw.com
- Stuart S. Mermelstein   smermelstein@hermanlaw.com
- Matthew Griffin Merson   mmerson@mersonlaw.com
- Brittany Mitchell Michael   bmichael@pszjlaw.com
- Andrew Mina   amina@duanemorris.com
- Siobhain Patricia Minarovich   siobhain.minarovich@rivkin.com
- Lucien A. Morin   lmorin@mccmlaw.com, lmorinzmcm@aol.com; jcole@mccmlaw.com; kruegermr74613@notify.bestcase.com
- John A. Mueller   jmueller@lippes.com, jtenczar@lippes.com
- James R Murray   jmurray@blankrome.com, edocketing@blankrome.com
- Matthew John Obiala   matt.obiala@clydeco.us
- Ingrid S. Palermo   ipalermo@bsk.com, kdoner@bsk.com;aparris@bsk.com
- Devin L. Palmer   dpalmer@boylancode.com, dpalmer@boylancode.com; sciaccia@boylancode.com; rmarks@boylancode.com
- Diane Paolicelli   dpaolicelli@p2law.com
- Steve Phillips   sphillips@p2law.com
- Victoria Phillips   vphillips@p2law.com
- Mark D. Plevin   mplevin@crowell.com
- Nathan Reinhardt   nreinhardt@duanemorris.com
- Matthew Roberts   mroberts@phrd.com
- Annette Rolain   arolain@ruggerilaw.com
- Sommer L. Ross   slross@duanemorris.com
- Russell Webb Roten   RWRoten@duanemorris.com
- James Pio Ruggeri   jruggeri@ruggerilaw.com
- Ilan D Scharf   ischarf@pszjlaw.com, lcanty@pszjlaw.com; nrobinson@pszjlaw.com; bdassa@pszjlaw.com
- Kathleen Dunivin Schmitt   USTPRegion02.RO.ECF@USDOJ.GOV
- Shannon Anne Scott   shannon.scott2@usdoj.gov
- Judith Treger Shelton   jtshelton@kslnlaw.com
- Jarrod W. Smith   jarrodsmithlaw@gmail.com
- Danielle Spinelli   danielle.spinelli@wilmerhale.com
- James I. Stang   jstang@pszjlaw.com
- Catalina Sugayan   catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Charles J. Sullivan   csullivan@bsk.com, kdoner@bsk.com; jhunold@bsk.com; CourtMail@bsk.com
- Gerard Sweeney   gkosmakos@srblawfirm.com
- Mohammad Tehrani   mtehrani@duanemorris.com
- Sara C. Temes   stemes@bsk.com, CourtMail@bsk.com;kdoner@bsk.com
- Kathleen Thomas   kat@tlclawllc.com
- Miranda Turner   mturner@crowell.com
- Grayson T. Walter   gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- Eric John Ward   eward@wardgreenberg.com
- Michael Watson   mwatson@thematthewslawfirm.com
- Joshua D Weinberg   jweinberg@ruggerilaw.com
- Michael A. Weishaar   rbg_gmf@hotmail.com, r48948@notify.bestcase.com, gmwecfalternate@gmail.com, bankruptcy@gmlaw.com
- Matthew Michael Weiss   mweiss@phrd.com
- Harris Winsberg   hwinsberg@phrd.com
- Melanie Wolk   mwolk@trevettcristo.com, rkernan@trevettcristo.com;czimmermann@trevettcristo.com
- Lee E. Woodard   bkemail@harrisbeach.com, efilings@harrisbeach.com; broy@harrisbeach.com; bmahoney@HarrisBeach.com; KMeans@HarrisBeach.com

# SERVICE LIST B

| | | |
|---|---|---|
| Office of the United States Trustee<br>Attn: Kathleen Dunivin Schmitt, Esq.<br>100 State Street, Suite 6090<br>Rochester, NY 14616 | Michael Reck, Esq.<br>Jeff Anderson & Associates<br>57 West 57th Street, 4th Floor<br>New York, NY 10019-2827 | Office of the United States Trustee<br>Attn: Shannon A. Scott, Esq.<br>Alexander Custom House<br>One Bowling Green, Suite 534<br>New York, NY 10004-1408 |
| Bond, Schoeneck & King PLLC<br>Attn: Stephen A. Donato, Charles J. Sullivan, Camille W. Hill, Sara C. Temes, Grayson T. Walter, Ingrid S. Palermo, and Jeffrey D. Eaton<br>One Lincoln Center<br>Syracuse, NY 13202 | Pachulski Stang Ziehl & Jones, LLP<br>Attn: James I. Stang, Esq., Ilan D. Scharf, Esq.,<br>    and Brittany M. Michael, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Pachulski Stang Ziehl & Jones LLP<br>Attn: Shirley S. Cho, Esq., James I. Stang, Esq., and James K.T. Hunter, Esq.<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, CA 90067 |
| Woods Oviatt Gilman LLP<br>Attn: Timothy P. Lyster, Esq.<br>1900 Bausch & Lomb Place<br>Rochester, NY 14604-2714 | McConville, Considine, Cooman & Morin, PC<br>Attn: Lucien A. Morin, II, Esq.<br>300 Meridian Centre Boulevard, Suite 100<br>Rochester, NY 14618 | Parker, Hudson Rainer & Dobbs, LLP<br>Attn: Harris Winsberg, Esq. and<br>    Matthew Roberts, Esq., and<br>    Michael M. Weiss, Esq.<br>303 Peachtree Street, NE, Suite 2600<br>Atlanta, GA 30308 |
| Parker, Hudson, Rainer & Dobbs LLP<br>Attn: John Bucheit, Esq. and<br>    Todd C. Jacobs, Esq.<br>Two North Riverside Plaza, Suite 1850<br>Chicago, IL 60606 | Ward Greenberg Heller & Reidy LLP<br>Attn: Katerina M. Kramarchyk, Esq. and<br>    Eric J. Ward, Esq.<br>1800 Bausch & Lomb Place<br>Rochester, NY 14604 | Boylan Code LLP<br>Attn: Devin L. Palmer, Esq.<br>Culver Road Armory<br>145 Culver Road, Suite 100<br>Rochester, NY 14620 |
| Office of the Attorney General<br>Attn: Louis J. Testa, Esq.<br>State of New York<br>The Capitol<br>Albany, NY 12224-0341 | Rivkin Radler, LLP<br>Attn: M. Paul Gorfinkel, Esq.,<br>    Peter P. McNamara, Esq., and<br>    Siobhain P. Minarovich, Esq.<br>929 RXR Plaza<br>Uniondale, NY 11556-0926 | Jeff Anderson & Associates<br>Attn: Michael Finnegan, Esq. and<br>    Elin Lindstrom, Esq.<br>366 Jackson Street, Suite 100<br>St. Paul, MN 55101-2989 |
| Matthews & Associates<br>Attn: Michael Watson, Esq.<br>4231 Tennyson Street<br>Houston, TX 77005 | Gleichenhaus, Marchese & Weishaar, P.C.<br>Attn: Michael A. Weishaar, Esq.<br>930 Convention Tower, 43 Court Street<br>Buffalo, NY 14202 | Moss & Barnett, PA<br>Attn: Charles E. Jones, Esq.<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402 |
| Walker Wilcox Matousek LLP<br>Attn: Kaitlin M. Calov, Esq.<br>1 North Franklin Street, Suite 3200<br>Chicago, IL 60606 | Horowitz Law<br>Attn: Adam Horowitz, Esq.<br>110 East Broward Boulevard, Suite 1530<br>Fort Lauderdale, FL 33301 | Lippes Mathias LLP<br>Attn: John A. Mueller, Esq.<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202 |

Thomas Counselor at Law, LLC
Attn: Kathleen Thomas, Esq.
One World Trade Center, 85th Floor
New York, NY 10007-0103

Kenney Shelton Liptak Nowak LLP
Attn: Dirk C. Haarhoff, Esq.
85 Broad Street, Suite 18-080
New York, NY 10004

Kenney Shelton Liptak Nowak LLP
Attn: Judith T. Shelton, Esq.
The Calumet Building
233 Franklin Street
Buffalo, NY 14202

Duane Morris LLP
Attn: Catherine B. Heitzenrater, Esq.
30 South 17th Street
Philadelphia, PA 19103

Duane Morris LLP
Attn: Russell W. Roten, Jeff Kahane, Andrew Mina, Betty Luu, Nathan W. Reinhardt, and Mohammad Tehrani
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017

Duane Morris LLP
Attn: Sommer L. Ross, Esq.
1201 North Market Street, Suite 501
Wilmington, DE 19801-1160

LaBarbera Counselors at Law PC
Attn: Anne L. LaBerbera, Esq.
1 World Trade Center, Floor 85
New York, NY 10007-0103

Andreozzi & Foote
Attn: Nathaniel Foote, Esq. and Renee E. Franchi, Esq.
4503 North Front Street
Harrisburg, PA 17110

Hodgson Russ LLP
Attn: Garry M. Graber, Esq.
The Guaranty Building, Suite 100
140 Pearl Street
Buffalo, NY 14202-4040

Merson Law, PLLC
Attn: Jordan Meson, Esq. and Matthew G. Merson, Esq.
950 Third Avenue, 18th Floor
New York, NY 10022-2705

Trevett Cristo
Attn: Melanie Wolk, Esq.
Two State Street, Suite 1000
Rochester, NY 14614-1352

LeClair Korona Cole LLP
Attn: Paul L. LeClair, Esq. and Mary Jo Korona, Esq.
28 East Main Street, Suite 1500
Rochester, NY 14614-1917

James, Vernon & Weeks, P.A.
Attn: Leander L. James, Esq. and Brianna M. Espeland, Esq.
1626 Lincoln Way
Coeur D Alene, ID 83814-2459

Law Offices of Mitchell Garabedian
Attn: Mitchell Garabedian, Esq. and William H. Gordon, Esq.
100 State Street, 6th
Boston, MA 02109-2415

Stephen Boyd, Esq.
Stephen Boyd, P.C.
510 Clinton Square
Rochester, NY 14604

Jarrod W. Smith, Esq., P.L.L.C.
Attn: Jarrod W. Smith, Esq.
11 South Main Street
P.O. Box 173
Jordan, NY 13080-0173

Marsh Law Firm PLLC
Attn: James R. Marsh, Esq.
151 East Post Road, Suite 102
White Plains, NY 10601-5210

Phillips & Paolicelli, LLP
Attn: Steve Phillips, Esq., Victoria Phillips, Esq., and Diane Paolicelli, Esq.
747 Third Avenue, 6th Floor
New York, NY 10017

Abraham, Watkins, Nichols, Agosto, Aziz & Stogner
Attn: Deola T. Ali, Esq.
800 Commerce Street
Houston, TX 77002

HoganWillig
Attn: Scott M. Duquin, Esq.
2410 North Forest Road
Amherst, NY 14068

Lipsitz Green Scime Cambria LLP
Attn: Amy Keller, Esq.
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Herman Law, PA
Attn: Scott M. Duquin, Esq. and Stuart S. Mermelstein, Esq.
1800 North Military Trail, Suite 140
Boca Raton, FL 33431

Slater Slater Schulman LLP
Attn: Stephanie L. Bross, Esq.
445 Broadhollow Road, Suite 419
Melville, NY 11747

Sweeney, Reich & Bolz, LLP
Attn: Gerard Sweeney
1981 Marcus Avenue, Suite 200
Lake Success, NY 11042

| | | |
|---|---|---|
| Lacy Katzen<br>130 East Main Street<br>P.O. Box 22878<br>Rochester, NY 14692-2878 | Blank Rome LLP<br>Attn: James Carter, Jr., Esq. and<br>      James R. Murray, Esq.<br>1825 Eye Street NW<br>Washington, DC 20006 | Burns Blair LLP<br>Attn: Jesse Blair, Esq. and<br>      Timothy W. Burns, Esq.<br>10 East Doty Street, Suite 600<br>Madison, WI 53703 |
| Clyde & Co. LLP<br>Attn: Peter Garthwaite, Catalina Sugayan, Alexandra Olkowski, Matthew Obiala, & Sarah R. Hertz<br>30 South Wacker Drive, Suite 2600<br>Chicago, IL 60606 | Sugarman Law Firm, LLP<br>Attn: Sam A. Elbadawi, Esq.<br>211 West Jefferson Street<br>Syracuse, NY 13202 | Harris Beach PLLC<br>Attn: Lee E. Woodard, Esq.<br>333 West Washington Street, Suite 200<br>Syracuse, NY 13202 |
| Greenberg Traurig, LLP<br>Attn: Michael J. Grygiel, Esq.<br>54 State Street, 6th Floor<br>Albany, NY 12207 | Greenberg Traurig, LLP<br>Attn: Kelly McNamee, Esq.<br>8400 NW 36th Street, Suite 400<br>Miami, FL 33166 | Ruggeri Parks Weinberg LLP<br>Attn: Annette Rolain, Esq.,<br>      James P. Ruggeri, Esq., and<br>      Joshua D. Weinberg, Esq.<br>1875 K Street NW, Suite 600<br>Washington, DC 20006 |
| Troutman Pepper Hamilton Sanders LLP<br>Attn: Matthew Roberts, Esq. and<br>Bank of America Plaza<br>600 Peachtree Street, NE, Suite 3000<br>Atlanta, GA 30308 | Troutman Pepper Hamilton Sanders LLP<br>Attn: Steven D. Allison, Esq. and<br>      Samrah Mahmoud, Esq.<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614 | White and Williams LLP<br>Attn: Jon T. Powers, Esq.<br>7 Times Square, Suite 2900<br>New York, NY 10036 |
| Bradley & Riley, PC<br>Attn: Todd Jacobs, Esq. and<br>      John E. Bucheit, Esq.<br>2007 First Avenue SE<br>Cedar Rapids, IA 52402-6344 | Bankruptcy Management Solutions, Inc.<br>d/b/a Stretto<br>410 Exchange Street, Suite 100<br>Irvine, CA 92602-1331 | |