UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**CERTIFICATE OF SERVICE**

  I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

  On April 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Ninth Application for Interim Compensation and Reimbursement of Expenses of Blank Rome LLP, as Special Insurance Counsel for the Diocese** (Docket No. 2537)

Dated: April 4, 2024

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
TeamRochDiocese@stretto.com

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | ROCHESTER | NY | 14614 |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH & LOMB PLACE | ROCHESTER | NY | 14604 |
| THE DIOCESE OF ROCHESTER | ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER | 1150 BUFFALO ROAD | | ROCHESTER | NY | 14624 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF AND BRITTANY M. MICHAEL | 780 THIRD AVENUE, 34TH FLOOR | NEW YORK | NY | 10017-2024 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| US TRUSTEE | ATTN: SHANNON SCOTT | ADDRESS REDACTED | | | | |
| US TRUSTEE'S OFFICE | ATTN: SHANNON SCOTT | US FEDERAL BUILDING | 1 BOWLING GREEN STE 534 | NEW YORK | NY | 10014-1459 |