UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

**In Re:**

Case No.:

Chapter:

Debtor(s)

**CONSENT TO SUBSTITUTE ATTORNEY**

The undersigned do hereby consent and agree that **Eric Ward** Esq., of *(Law Firm)* **Ward Greenberg Heller & Reidy LLP**, lead attorney of record for **Catholic Charities of the Diocese of Rochester** be changed, and that **Eric Ward**, Esq., of *(Law Firm)* **Hodgson Russ LLP** be substituted in the place and stead of **Eric Ward**, Esq., of *(Law Firm)* **Ward Greenberg Heller & Reidy LLP** as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail address of successor attorney:
1800 Bausch & Lomb Pl., Rochester, NY 14604/ 585-454-0714/ eward@hodgsonruss.com

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: 4/5/2024

*[Signature of Withdrawing attorney]*
Eric Ward — Ward Greenberg Heller & Reidy LLP
*[Print Attorney Name and Law Firm]*

Dated: 4/5/2024

*[Signature of Successor attorney]*
Eric Ward — Hodgson Russ LLP
*[Print Attorney Name and Law Firm]*

Dated: 4/5/2024

*[Signature of party]* Executive Director, Catholic Charities
KAREN A. DEHAIS
*[Print Name of Party]*

Dated: _____

*[Signature of party]*

*[Print Name of Party]*

(rev. 5/23)