April 3, 2024

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

F I L E D

APR 1 1 2024

BANKRUPTCY COURT
ROCHESTER, NY

**Re:** **The Diocese of Rochester**
**Case No: 19-20905**
**Third-Revised Plan submitted by Rochester of Diocese and**
**Continental Insurance- March 15, 2024**
**Objection to Continental & Rochester Diocese Third-Amended Plans**

Dear Judge Paul R. Warren:

It is always about the optics, of which this case never ceases to amaze me how "tone-deaf" some lawyers are.

In the middle of the disappointing review of the Rochester Diocese's Third-Amended Plan and Continental Insurance's Third-Amended Plan along with all the subsequent objections, the lawyers submit their latest round of bills. Gotta get paid.

Special note goes to Blank Rome, LLP **$18,662.47**; Burns, Bowen & Blair, LLP **$93,435.50**, plus expenses of **$2,279.10**; Pachulski, Stang, Ziehl & Jones, LLP **$372,890.00**, expenses **$13,438.20.** Another half a million dollars, with much, much more to come.

**Amount survivors received: $0.**

I am one of the Diocese of Rochester's 485 survivors of abuse and I respectfully request that this letter be made a part of the Record.

Respectfully yours,

A Survivor

*THIS LETTER MIGHT BE A COPY OF A PREVIOUS LETTER —SO SORRY—*