April 8, 2024

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614



Re: **The Diocese of Rochester**
**Case No: 19-20905**
**Third-Revised Plan submitted by Rochester of Diocese and Continental Insurance- March 15, 2024**

Dear Judge Paul R. Warren:

I am one of the 485 survivors of the Rochester of Diocese's decades of abuse.

What is the point proceeding on a vote on either deficient plan prior to June 23, 2024?

The Court has already referenced the upcoming Supreme Court Decision in <u>Harrington v. Purdue Pharma</u> (No. 23-124). True to form and given the importance of that case, the Supreme Court will probably not release its Decision until the end of term on June 23, 2024.

Even the Rochester of Diocese's Plan makes note of the <u>Purdue Pharma</u> case and references same could invalidate any agreed upon Plan for the Rochester Diocese.

Don't you think that the 485 survivors have been through enough in the last four and a half years without voting on a plan that could be invalidated? The better practice is to wait until June 23, 2024. I suspect the Court has already decided to do just that.

Respectfully yours,

A Survivor