April 8, 2024

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614



FILED

APR 1 1 2024

BANKRUPTCY COURT
ROCHESTER, NY

Re:    **The Diocese of Rochester**
          **Case No: 19-20905**
          **Third-Revised Plan submitted by Rochester of Diocese and**
          **Continental Insurance- March 15, 2024**
          <u>**Objection to the Continental & Rochester Diocese Plans**</u>

Dear Judge Paul R. Warren:

       I am one of the Rochester of Diocese's 485 abuse victims and I respectfully request that this letter be made a part of the Record.

       I wish the Rochester Diocese's attorneys would clear up the issue of which claims are covered by what insurance company. I think I have a handle on same but **before** I vote I want to be sure.

       In the Plan, the Diocese's attorneys list in chrononlogical order all the policies that the Rochester Diocese had. That not very helpful. The problem is some insurance companies later merged with other insurance companies or were bought out.

       In the Plan, the Diocese indicated that <u>most</u> pre-1975 claims are covered by Continental. Given that the <u>entire</u> purpose of the Diocese's Plan is to be able to sue Continental Insurance, shouldn't every claimant know whether his or her claim is **a Continental-covered case? I do.**

                    Respectfully yours,

                    A Survivor