April 3, 2024

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614



F I L E D
APR 1 1 2024
BANKRUPTCY COURT
ROCHESTER, NY

**Re:** **The Diocese of Rochester**
**Case No: 19-20905**
**Third-Revised Plan submitted by Rochester of Diocese and**
**Continental Insurance- March 15, 2024**
<u>**Objection to Continental & Rochester Diocese Third-Amended Plans**</u>

Dear Judge Paul R. Warren:

I am one of the 485 survivors of the never-ending Rochester Diocese case.

Again, I am very troubled by the creation of the "trust" by both the Rochester diocese and Continental Insurance. Under the Plans, the **Claims Reviewer has too much power. Additionally, the control of the 485 cases is** <u>**transferred from the local attorneys and the survivors**</u> to the all-knowing, all-powerful Claims Reviewer and Trust. The Trust will decide which cases go forward and when. Really?

The Claims' Reviewer's decision is final unless you want to give the claims reviewer $425 for him or her to re-review their decision. What is that, lunch money? After nearly five years, I have had just about enough of others making my decisions. All I want is my day in Court so I can tell the whole world what these priests, under the control of the Rochester Diocese did to me. **This should have been done five years ago.**

I also do not trust the Diocese's attorneys or the Creditor Committee's attorney. Too slick, both sides. All these attorneys are "showboaters" and only want the headlines. **The Creditor Committee's attorney drafts beautiful motions only to withdraw them.**

The Diocese's attorneys want the case over as all the cash from the Diocese is now gone. Tell me I am wrong.

The Diocese's Plan throughout, references <u>that the state court lawyers representing 70% of the survivors are on board with the Diocese's Plan.</u> If the Diocese's Plan was honest, why the word games? Three or four lawyers represent 70% of the survivors. But what about the remaining 20 state court lawyers?

In all candor, Jeff Anderson. Esq. is not my lawyer and he **does not speak for me.** My lawyer only has a few cases. There is a reason I selected a lawyer with a few cases. Why does Jeff Anderson and the other big lawyers want the Diocese's Plan? Because it is a bonanza for them. The trust will now pay for

**all the litigation costs** instead of the big named attorneys. Those attorneys will just sit back and collect their one-third fee. I always wondered how Jeff Anderson, Esq. was going to pay to litigate 180 cases. Now I know.

**Finally, I believe that the three or four lawyers that represent 70% of the survivors will have far too much influence over the Claims Reviewer. In a nutshell, the Claims Reviewer owes his job to those 3-4 attorneys. $850 an hour? The Trust system is rigged. Unless we get a truly independent third person, many survivors will be cheated.**

I guess it is time for the state court lawyers to get as much money as they can get. It's time for the survivors to be heard and to speak up.

Respectfully yours,

A Survivor