April 8, 2024

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

F I L E D

APR 1 1 2024

BANKRUPTCY COURT
ROCHESTER, NY

Re:   **The Diocese of Rochester**
       **Case No: 19-20905**
       **Third-Revised Plan submitted by Rochester of Diocese and**
       **Continental Insurance- March 15, 2024**
       <u>**Objection to Both Plans**</u>

Dear Judge Warren:

Relative to the Diocese of Rochester, the finances don't add up. I was under the understanding that the Diocese was paying $45,000,000 of the $55,000,000 settlement that the Diocese of Rochester agreed to. I was also under the impression that the parishes and other related parties were paying $10,000,000 of the $55,000,000 settlement.

As the Court is aware, there has been request after request that the Rochester Diocese <u>**break-down exactly how much each parish and entity is contributing to the settlement.**</u> The Diocese and its attorneys have refused. There just isn't enough information presented to determine if the Rochester Diocese has contributed enough or if the survivors will make out better under a Chapter 11 bankruptcy versus a Chapter 7 bankruptcy. I certainly know that the attorneys have.

It is funny that the Rochester Plan references that the Diocese only has about $3-4,000,000 in cash and about $25,000,000 in unrestricted investments. Yet, the Rochester Diocese has had no problem paying out nearly $15,000,000 in the last four plus years to the attorneys. The Rochester Diocese also has had no problem meeting its charitable payments.

Based upon the lack of financial information, neither the survivors nor the Court can say that a Chapter 7 is not in the best interests of the survivors.

I am well aware that there is not one case in which a court has liquidated a diocese. I get it. However, there is always the first time. The Diocese could be liquidated and the parishes would still continue. The parishes would probably do better without having to contribute so much to the Diocese.

Plus it has to be remembered all the harm and damage which the Diocese did to hundreds and hundreds of children throughout the decades. Many other victims passed away

before CVA. Can we really say that the limited charitable work that the Diocese does **outweighs** those destroyed lives? Back in the 1970s and 1980s, the Catholic Church actively sued victims for defamation who dared sued or spoke out. One of the priests that witnessed my abuse told me a few years later "to keep my eyes focused on heaven".

I am not saying that liquidation is the way to go, but I am saying that the Rochester Diocese has not been upfront with each financial information. Just like we won't see the secret and confidential files that the Diocese possesses.

I have referenced my parish in the past. As noted, the Rectory was sold last week for $640,000. The School is close to selling for $700,000. All the cars and religious artifacts are gone. Anything of value is gone. I watched a lot of the items being removed. The Church has a "restricted trust" in excess of $1,000,000. The trust indicates that the money is to used for the benefit of "the church". Isn't settling this case a "benefit to the church"? I was told, and this is pure hearsay, that if the Church closes, and it is on a list to be closed, the $1,000,000 trust will go to the Diocese.

The Diocese's finances need to be reviewed by a forensic accountant. The finances of all the parishes and other entities, including the cemeteries need t be disclosed. My parish has a cemetery.

I know its late in the game, but with all due respect this information should have been released years ago.

Again, I just don't see how the Diocese could be so cash-poor but can pay out an average of $4,000,000 a year for four plus years for attorneys.

Your Honor, it is your Courtroom.

I am one of the 485 survivors in the decades-long Rochester Diocese abuse case and I respectfully request that this letter be made a part of the record.

Respectfully,


A survivor