April 2, 2024

Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

FILED APR 11 2024 BANKRUPTCY COURT ROCHESTER, NY

Re: The Diocese of Rochester
Case No: 19-20905
Third-Revised Plan submitted by Rochester of Diocese and Continental Insurance- March 15, 2024

Dear Judge Paul R. Warren:

I am one of the 485 survivors of the Rochester of Diocese's decades of abuse.

I am in the process of reading the two (2) proposed plans submitted by the Diocese and Continental as well as the objections to those plans.

In a nutshell, this case is a mess. Nearly five (5) years, and $15,000,000 million dollars to lawyers, and we are no closer to a resolution.

As a reminder, the CVA was passed to compensate the long-suffering victims of decades-old abuse. This process feels like being abused all over. **This is just wrong.**

As a child growing up, I was taught to respect judges and the courts. These were people and places that were there to correct wrongs.

I also understood that lawyers are "officers of the court".

Yet, neither the attorneys for the Diocese or Continental followed this Court's clear directives when it rendered its Bench Decision In January.

**Both Plans are not written in plain language and both plans are very vague and deceptive. It seems like the attorneys do not care what the Court orders.**

This case, with 485 survivors is taking longer than the Boy Scout Bankruptcy with 82,500 survivors.

Your Honor, it is your Courtroom.

Respectfully,
A survivor