**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:                                                          Case No. 19-20905

The Diocese of Rochester,

                    Debtor.                    Chapter 11

## SUPPLEMENTAL CERTIFICATE OF SERVICE

       I, Pauline Aragon, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

       On May 1, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Filing of Confirmation Hearing Notice, Certain Ballots and Notices of Publication** (Docket No. 2515)

       Furthermore, on May 1, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on one (1) confidential party not included herein, pursuant to USPS forwarding instructions:

- **Notice of Filing of Amended Exhibit to Plan Supplement to Third Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester Dated March 15, 2024** (Docket No. 2544)

[SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on May 1, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on CVA Claimants, c/o Jeff Anderson & Associates, P.A., Attn: Jeffrey M. Anderson at 363 7th Ave Fl 12, New York, NY 10001-3904, pursuant to USPS forwarding instructions:

- **Fourth Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester** (Docket No. 2576)

- **Disclosure Statement in Support of Fourth Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester** (Docket No. 2577)

- **Notice of Filing of Redlines** (Docket No. 2578)

Dated: May 2, 2024

*/s/ Pauline Aragon*
Pauline Aragon
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(800) 634-7734
TeamRochDiocese@stretto.com

# **Exhibit A**



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O NOAKER LAW FIRM, LLC | ATTN: PATRICK NOAKER | 13 VILLAGE LN | EXCELSIOR | MN | 55331-2608 |
| NOAKER LAW FIRM, LLC | ATTN: PATRICK NOAKER | 13 VILLAGE LN | | EXCELSIOR | MN | 55331-2608 |
| WINDSTREAM COMMUNICATIONS | PO BOX 25310 | | | LITTLE ROCK | AR | 72221-5310 |