**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor,

## ORDER GRANTING NINTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BOND, SCHOENECK & KING, PLLC, AS ATTORNEYS FOR THE DIOCESE

This matter came before the Court on the Ninth Application for Interim Compensation and Reimbursement of Expenses of Bond Schoeneck & King, PLLC, as Attorneys for the Diocese for the period of August 1, 2023 through December 31, 2023 [Docket No. 2519] (the "Ninth Interim Fee Application").[1] In the Application, Bond requests: (a) allowance of interim compensation for professional services performed by Bond for the Ninth Interim Compensation Period in the amount of $309,955.45; (b) reimbursement of its actual and necessary expenses in the amount of $5,560.16 incurred during the Ninth Interim Compensation Period; and (c) directing the Diocese to pay the unpaid balance.

The Court, having considered the Ninth Interim Fee Application and notice of the Ninth Interim Fee Application appearing adequate, and having taken the Ninth Interim Fee Application under submission; and no objections to the relief requested having been filed; and the Court having found that all services rendered by Bond and expenses incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Ninth Interim Fee Application.

1

17845704.1
Case 2-19-20905-PRW, Doc 2644, Filed 06/03/24, Entered 06/03/24 14:01:14, Description: Main Document , Page 1 of 2

**ORDERED**, that the Ninth Interim Fee Application is granted as set forth herein; and it is further

**ORDERED**, that Bond's compensation for professional services rendered during the Ninth Interim Compensation Period is allowed on an interim basis in the amount of $309,955.45; and it is further

**ORDERED**, that reimbursement of Bond's expenses incurred during the Ninth Interim Compensation Period is allowed on an interim basis in the amount of $5,560.16; and it is further

**ORDERED**, that the Diocese is directed to pay Bond for the unpaid portion of fees and expenses sought through the Ninth Interim Compensation Period; and it is further

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Bond's right to seek additional compensation for future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: June 3, 2024
      Rochester, New York                                  _____/s/_____
                                                              Honorable Paul R. Warren
                                                              United States Bankruptcy Judge

2

17845704.1
Case 2-19-20905-PRW,   Doc 2644,   Filed 06/03/24,   Entered 06/03/24 14:01:14,
Description: Main Document , Page 2 of 2