UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Rochester,<br><br>                      Debtor. | Case No. 19-20905<br><br>Chapter 11 |
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,<br><br>                      Plaintiff,<br><br>             v.<br><br>THE DIOCESE OF ROCHESTER,<br><br>                      Defendant. | Adversary Proceeding No.: 23-02014 |

## CERTIFICATE OF SERVICE

I, Janice G. Washington, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors in the above-captioned case.

2. On the 16th day of July, 2024, I caused to be served copies of the following documents upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in properly addressed postage paid envelopes and placing same in an official depository under the exclusive care and custody of the United States Postal Service in the City of Los Angeles, California, prior to the last pick up time for that day.

3. On the 16th day of July, 2024, I sent electronic notification to the parties set forth on the attached **Service List A** of the following filed documents:

**Main Case No. 2-19-20905-PRW:**
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO CONTINENTAL INSURANCE COMPANY'S MOTION FOR ESTIMATION OF ITS ADMINISTRATIVE EXPENSE CLAIM FOR PURPOSES OF CONSIDERING CONFIRMATION OF THE DEBTOR'S PLAN ONLY

DECLARATION OF ILAN D. SCHARF IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO CONTINENTAL INSURANCE COMPANY'S MOTION FOR ESTIMATION OF ITS ADMINISTRATIVE EXPENSE CLAIM FOR PURPOSES OF CONSIDERING CONFIRMATION OF THE DEBTOR'S PLAN ONLY

**Adversary Case No. 2-23-02014-PRW:**
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO CONTINENTAL INSURANCE COMPANY'S MOTION FOR ESTIMATION OF ITS ADMINISTRATIVE EXPENSE CLAIM FOR PURPOSES OF CONSIDERING CONFIRMATION OF THE DEBTOR'S PLAN ONLY

DECLARATION OF ILAN D. SCHARF IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO CONTINENTAL INSURANCE COMPANY'S MOTION FOR ESTIMATION OF ITS ADMINISTRATIVE EXPENSE CLAIM FOR PURPOSES OF CONSIDERING CONFIRMATION OF THE DEBTOR'S PLAN ONLY

Los Angeles, California

              */s/Janice G. Washington*
              Janice G. Washington

# SERVICE LIST A

- David C. Christian    dchristian@dca.law
- Stephen A. Donato    sdonato@bsk.com,
- Jeffrey Austin Dove    jdove@barclaydamon.com
- Mark D. Plevin    mplevin@crowell.com
- Charles J. Sullivan    csullivan@bsk.com
- Miranda Turner    mturner@crowell.com
- Grayson T. Walter    gwalter@bsk.com

## SERVICE LIST B

Office of the United States Trustee
Federal Office Building, 100
State Street, Rochester, NY 14614
(Attn: Kathleen D. Schmitt)

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
(Attn: Shannon A. Scott, Esq.)