

U.S. Department of Justice
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004
Phone: (212) 510-0500

August 2, 2024

**VIA EMAIL AND ECF**
Honorable Paul R. Warren
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

      Re:    **In re The Diocese of Rochester
                a/k/a The Roman Catholic Diocese of Rochester
                Case No. 19-20905 (PRW)**

Dear Judge Warren:

      We write to the Court because the United States Trustee (the "UST") has been informed by counsel for the Official Committee of Unsecured Creditors that the September 3, 2024 confirmation hearing will be adjourned. However, as of the date hereof, there is no notice on the Court's docket. The concern that the UST has is that the Court's April 29, 2024 Order (I) Approving Disclosure Statements, (II) Approving Solicitation Packages and Distribution Procedures, (III) Approving Ballots and Establishing Procedures for Voting on Competing Plans, (IV) Approving the Form, Manner, and Scope of Notice for the Confirmation Hearing, and (V) Granting Related Relief (the "Order") [ECF No. 2602] sets August 20, 2024 as the deadline to file opposition to confirmation of the Joint Plan or CNA's Plan (collectively, the "Plans"). Order, at ¶ 42. Furthermore, given the Court's comments at the July 19, 2024 telephonic conference, it is the UST's understanding that the Plans are going to be amended and/or supplemented.

      Accordingly, the UST respectfully requests that the deadline to file opposition to confirmation of the Plans be stayed until the parties work out a scheduling order. Thank you for your consideration of this matter.

                                                          Respectfully,

                                                           WILLIAM K. HARRINGTON
                                                           UNITED STATES TRUSTEE

                                                           By   */s/Mark Bruh*
                                                                     Mark Bruh
                                                                     Trial Attorney

cc:  Stephen A. Donato, Esq. (via email)
      Ilan D. Scharf, Esq. (via email)
      Mark Plevin, Esq. (via email)