**EXHIBIT "G"**

Case 2-19-20905-PRW,    Doc 2796-7,    Filed 10/24/24,    Entered 10/24/24 09:23:45,
Description: Exhibit G - July 2024 Invoice, Page 1 of 32

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 07/31/24.

**Chapter 11 Bankruptcy**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 07/01/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Donato regarding the Diocese's May 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to S. Mosman regarding the Diocese's May 2024 operating report. |
| | J.D.Eaton | 0.10 | $34.65 | Drafted updates to the case strategy charter. |
| 07/07/24 | J.D.Eaton | 0.20 | $69.30 | Drafted updates to the strategy case charter. |
| 07/08/24 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Bond team regarding case status and strategy. |
| 07/09/24 | K.M.Doner | 1.20 | $216.00 | Analyzed the Diocese's May 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to S. Mosman regarding the Diocese's May 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's May 2024 operating report. |
| 07/10/24 | G.T.Walter | 0.30 | $133.65 | Analyzed case strategy issues. |
| | G.T.Walter | 0.30 | $133.65 | Participated in Diocesan Restructuring Taskforce meeting to discuss case status and strategy. |

# Bond, Schoeneck & King, PLLC
## Attorneys at Law

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/10/24 | S.A.Donato | 0.30 | $157.95 | Participated in Diocesan Restructuring Taskforce meeting regarding chapter 11 case updates and issues. |
| | C.J.Sullivan | 0.30 | $151.20 | Participated in telephone conference with Attorneys Donato, Walter and Temes regarding case status and strategy. |
| 07/11/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Ziarniak regarding the Diocese's May 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Temes regarding the Diocese's May 2024 operating report. |
| | A.S.Rivera | 0.20 | $56.70 | Reviewed unrelated diocesan case for effect on Diocese case. |
| 07/12/24 | S.C.Temes | 0.50 | $220.50 | Reviewed the Diocese's May monthly operating report. |
| 07/14/24 | J.D.Eaton | 0.20 | $69.30 | Drafted updates to case charter strategy document. |
| 07/15/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Temes regarding the Diocese's May 2024 operating report. |
| | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's May 2024 operating report, together with related schedules. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's May 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to L. Passero, M. Ziarniak and S. Mosman regarding the Diocese's May 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Schmitt regarding Communis Fund statements for June 2024. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Ziarniak regarding the Diocese's June 2024 Communis Fund statements. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with C. Cu of Stretto regarding updated service procedures. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Stretto regarding updates to service procedures in Diocese case. |
| | C.J.Sullivan | 0.50 | $252.00 | Consulted with Attorneys Donato and Walter regarding case status and strategy. |
| 07/21/24 | J.D.Eaton | 0.30 | $103.95 | Drafted updates to the charter case strategy document. |
| 07/24/24 | J.D.Eaton | 0.50 | $173.25 | Drafted motion to allow use of electronic devices. |
| | A.S.Rivera | 0.20 | $56.70 | Addressed issue related to motion to allow mobile devices in court room. |
| 07/25/24 | K.M.Doner | 0.20 | $36.00 | Finalized ex parte application for authorization to bring personal electronic devices into Court, together with proposed order. |
| | G.T.Walter | 0.20 | $89.10 | Conferred with Court regarding logistics of access to courtroom facilities. |

Subtotal: Hours: 7.40
Amount: $2,295.90

**B160: Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 07/01/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding Bond's May 2024 fee statement. |
| 07/11/24 | K.M.Doner | 0.20 | $36.00 | Assisted Attorney Eaton with preparation for hearings on Committee's motions to retain expert witnesses. |
| | J.D.Eaton | 1.50 | $519.75 | Prepared for hearing on the Committee expert retention motions. |
| 07/15/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Donato regarding Bond's June 2024 fee statement. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/17/24 | K.M.Doner | 0.60 | $108.00 | Drafted certificates of no objection related to Bond's March, April and May 2024 fee statements. |
| | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection related to Blank Rome's May 2024 fee statement. |
| 07/23/24 | K.M.Doner | 0.30 | $54.00 | Drafted notice of filing and cover sheet in connection with Blank Rome's June 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Blank Rome's June 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Schmitt regarding Blank Rome's June 2024 fee statement. |
| 07/27/24 | K.M.Doner | 3.70 | $666.00 | Drafted Bond's June 2024 fee statement. |
| 07/29/24 | K.M.Doner | 0.30 | $54.00 | Reviewed Bond's updated June 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Eaton regarding Bond's June 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding Bond's June 2024 fee statement. |
| | J.D.Eaton | 1.70 | $589.05 | Revised June monthly fee statement. |
| 07/30/24 | K.M.Doner | 0.30 | $54.00 | Reviewed updates to Bond's June 2024 fee statement. |
| 07/31/24 | K.M.Doner | 0.20 | $36.00 | Reviewed revisions to Bond's June 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Donato regarding Bond's June 2024 fee statement. |

Subtotal:    Hours:    9.80
Amount:   $2,296.80

Case 2-19-20905-PRW, Doc 2796-7, Filed 10/24/24, Entered 10/24/24 09:23:45, Description: Exhibit G - July 2024 Invoice, Page 5 of 32

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|

### B190: Other Contested Matters (excluding assumption/rejection motions)

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/18/24 | C.J.Sullivan | 0.60 | $302.40 | Consulted with Attorney Rivera regarding brief in support of adversary proceeding. |
| | Subtotal: | Hours: | 0.60 | |
| | | Amount: | $302.40 | |

### B195: Non-Working Travel

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/16/24 | G.T.Walter | 0.80 | $356.40 | Traveled to Rochester for mediation. |
| 07/17/24 | G.T.Walter | 0.80 | $356.40 | Return travel from mediation. |
| 07/28/24 | C.J.Sullivan | 0.80 | $403.20 | Traveled to Rochester to participate in trial concerning CNA administrative claim. |
| | G.T.Walter | 0.90 | $400.95 | Traveled to Rochester for CNA administrative claim trial. |
| 07/29/24 | C.J.Sullivan | 0.80 | $403.20 | Return travel from Rochester, New York in connection with CNA adversary proceeding. |
| 07/30/24 | G.T.Walter | 0.90 | $400.95 | Return travel following CNA trial. |
| | Subtotal: | Hours: | 5.00 | |
| | | Amount: | $2,321.10 | |

### B310: Claims Administration and Objections

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/01/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Walter regarding potential claim objections. |
| | G.T.Walter | 0.30 | $133.65 | Consulted with Attorneys Krell and Clement regarding non-abuse claim objections. |
| 07/02/24 | R.Clement | 7.20 | $1,587.60 | Researched the proof of claim docket to flag and summarize objectionable non abuse claims. |
| 07/03/24 | R.Clement | 7.00 | $1,543.50 | Researched the proof of claim docket to flag and summarize objectionable non abuse claims. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/09/24 | G.J.McDonald | 0.50 | $245.25 | Analyzed information regarding certain claimants. |
| 07/11/24 | K.M.Doner | 0.50 | $90.00 | Researched claim of personal injury claimant. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Clement regarding claim of personal injury claimant. |
| 07/12/24 | K.M.Doner | 0.30 | $54.00 | Conducted research on certain proofs of claim. |
| | K.M.Doner | 0.20 | $36.00 | Communicated with Attorney Clement regarding on certain proofs of claim. |
| 07/17/24 | K.M.Doner | 0.20 | $36.00 | Researched various proofs of claim for Attorney Clement. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Clement regarding results of research pertaining to various general unsecured proofs of claim. |

|  | Subtotal: | Hours: | 16.60 |
|---|-----------|--------|-------|
|  |           | Amount: | $3,798.00 |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/01/24 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding plan solicitation issues. |
| | A.S.Rivera | 0.40 | $113.40 | Consulted with Attorney Sullivan regarding noticing of confirmation hearing for all known claimants. |
| | G.T.Walter | 0.30 | $133.65 | Consulted with Attorney Sullivan regarding confirmation strategy and open issues. |
| | G.T.Walter | 1.00 | $445.50 | Analyzed Purdue decision and impact on case strategy. |
| | G.T.Walter | 0.30 | $133.65 | Conferred with Committee counsel regarding plan voting and confirmation strategy. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/01/24 | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding Purdue issues. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding plan confirmation issue. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Eaton regarding Purdue issues. |
| | A.S.Rivera | 0.60 | $170.10 | Researched issues related to mass tort bankruptcies in non-third party release jurisdictions. |
| | C.J.Sullivan | 0.20 | $100.80 | Participated in telephone conference with Attorney Donato regarding Purdue issues. |
| | C.J.Sullivan | 0.30 | $151.20 | Telephone conference with Attorney Walter regarding confirmation strategy. |
| | C.J.Sullivan | 0.20 | $100.80 | Reviewed Purdue Pharma decision for impact on plan confirmation. |
| | J.S.Krell | 0.30 | $118.80 | Discussed status of voting on the plan with Attorney Walter. |
| | J.D.Eaton | 0.40 | $138.60 | Conducted telephonic conference with Attorney Sullivan regarding plan issues in light of Purdue. |
| | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conference with Attorney Macris regarding review of ballots that rejected Diocese plan. |
| | J.D.Eaton | 1.00 | $346.50 | Commenced research regarding potential solutions with respect to third party non-consensual releases in the wake of Purdue decision. |
| 07/02/24 | G.T.Walter | 0.50 | $222.75 | Analyzed impact of Purdue decision on plan confirmation strategy. |
| | S.A.Donato | 0.30 | $157.95 | Reviewed updated plan tabulation information. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding Purdue Pharma issues. |
| | S.A.Donato | 0.40 | $210.60 | Conducted further analysis of Purdue decision and related case law. |

Case 2-19-20905-PRW, Doc 2796-7, Filed 10/24/24, Entered 10/24/24 09:23:45, Description: Exhibit G - July 2024 Invoice, Page 8 of 32

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/02/24 | C.J.Sullivan | 0.50 | $252.00 | Conducted research regarding Purdue Pharma impact on reorganization plan. |
| | C.J.Sullivan | 0.50 | $252.00 | Analyzed objecting and non-voting ballots. |
| | C.J.Sullivan | 0.50 | $252.00 | Corresponded with Attorney Donato and the Diocese regarding confirmation discovery. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with Attorney Macris regarding ballot review process. |
| | J.D.Eaton | 0.50 | $173.25 | Continued research regarding Purdue impact. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conferences with C. Cu and Attorney Walter regarding ballot review question. |
| 07/03/24 | G.T.Walter | 1.40 | $623.70 | Analyzed balloting results. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding balloting updates. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Walter regarding ballot certification issues. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with L. Passero regarding updates concerning plan and disclosure statement approval and impacts concerning Purdue ruling. |
| | C.J.Sullivan | 0.20 | $100.80 | Conducted research regarding Purdue Pharma impact on plan of reorganization. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney Donato with revised final voting numbers. |
| | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conference with Attorney Walter regarding ballot question from Stretto. |
| | J.D.Eaton | 1.50 | $519.75 | Continued reviewing diocesan bankruptcy plans in 9th and 10th circuit related to release issues in follow up to Purdue decision. |
| 07/05/24 | N.K.Macris | 1.30 | $356.85 | Prepared Ballot spreadsheet. |
| 07/06/24 | N.K.Macris | 2.20 | $603.90 | Continued drafting ballot summary. |
| 07/07/24 | N.K.Macris | 0.70 | $192.15 | Continued drafting ballot summary. |

Accounts Are Due Within 30 Days.

**Bᴏɴᴅ, Sᴄʜᴏᴇɴᴇᴄᴋ & Kɪɴɢ, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 07/07/24 | S.A.Donato | 1.10 | $579.15 | Partially reviewed chapter 11 disclosure statement and plan regarding plan confirmation issues and Purdue issues. |
| 07/08/24 | N.K.Macris | 0.20 | $54.90 | Discussed additional ballot summary with Attorney Eaton. |
| | N.K.Macris | 2.80 | $768.60 | Continued drafting ballot summary. |
| | S.A.Donato | 0.60 | $315.90 | Continued review of disclosure statement regarding Purdue issue. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from counsel for LMI regarding plan confirmation issues. |
| | S.A.Donato | 0.20 | $105.30 | Prepared response to counsel for LMI regarding plan confirmation issues. |
| | J.D.Eaton | 0.50 | $173.25 | Conducted telephonic strategy conference with Attorneys Donato and Sullivan regarding status conference in the wake of Purdue decision. |
| | J.D.Eaton | 0.40 | $138.60 | Conducted supplemental review of certain claims who objected to the Diocese plan. |
| | J.D.Eaton | 0.20 | $69.30 | Reviewed correspondence from M. Zarniak regarding solicitation cost sharing. |
| | J.D.Eaton | 0.30 | $103.95 | Communicated with C. Cu regarding solicitation issues. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney M. Turner regarding CNA solicitation reimbursement. |
| | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conference with Attorney Krell regarding research related to consensual third party releases. |
| | C.J.Sullivan | 0.30 | $151.20 | Participated in telephone conference with Attorney Donato regarding plan confirmation issues. |
| | C.J.Sullivan | 0.50 | $252.00 | Consulted with Attorney Eaton regarding notice issues concerning disclosure statement and plan. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 07/08/24 | J.S.Krell | 2.00 | $792.00 | Performed significant legal research regarding manifestation of consent in light of the Purdue Pharma decision. |
| 07/09/24 | N.K.Macris | 0.60 | $164.70 | Continued drafting ballot summary. |
| | N.K.Macris | 0.20 | $54.90 | Compiled complaints related to claimants who rejected the plan. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding Purdue issues. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Attorney MacKnight regarding chapter 11 plan confirmation issues. |
| | S.A.Donato | 0.10 | $52.65 | Reviewed correspondence from CNA counsel regarding plan confirmation issues. |
| | S.A.Donato | 0.10 | $52.65 | Conferred with Committee counsel regarding plan confirmation issues. |
| | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence to Attorney Scharf regarding ballot request. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to C. Cu of Stretto requesting all ballots rejecting a plan. |
| | J.D.Eaton | 0.20 | $69.30 | Reviewed ballot information provided by Attorney Macris. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney McDonald regarding questions on certain ballots and their underlying proofs of claim. |
| 07/10/24 | S.A.Donato | 0.40 | $210.60 | Participated in meet and confer conference call with CNA counsel and Committee counsel regarding confirmation issues. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with insurance carrier counsel regarding Purdue plan confirmation issues. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel and Attorney Sullivan regarding Purdue issues. |

## BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/10/24 | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney Turner regarding CNA reimbursement of solicitation invoice. |
| | C.J.Sullivan | 0.90 | $453.60 | Participated in meet and confer with CNA counsel and Committee to discuss plan confirmation and CNA administrative claim issues. |
| | G.J.McDonald | 0.20 | $98.10 | Participated in telephone conference with St. Bernard's counsel regarding plan confirmation issues. |
| 07/11/24 | S.A.Donato | 0.20 | $105.30 | Conferred with L. Passero regarding Purdue issues. |
| 07/12/24 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Walter regarding Supreme Court's decision in Truck Insurance Exchange case concerning standing issues. |
| | S.A.Donato | 0.30 | $157.95 | Reviewed correspondence from CNA counsel regarding Purdue issues. |
| | J.D.Eaton | 0.50 | $173.25 | Conducted telephonic conference with Attorney Walter regarding plan strategy concerns in wake of Purdue decision. |
| 07/15/24 | G.T.Walter | 0.30 | $133.65 | Analyzed confirmation strategy issues. |
| | G.T.Walter | 0.70 | $311.85 | Conferred with LMI counsel regarding settlement issues in light of Purdue. |
| | G.T.Walter | 1.20 | $534.60 | Analyzed U.S. Trustee arguments regarding consent to third party releases. |
| | G.T.Walter | 0.60 | $267.30 | Exchanged correspondence with Attorneys Donato and Sullivan regarding third party "consent" issue. |
| | J.D.Eaton | 0.40 | $138.60 | Conducted telephonic conference with Attorney Donato regarding CNA reimbursement of expenses. |
| | J.D.Eaton | 1.20 | $415.80 | Reviewed voting declaration. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/15/24 | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney M. Turner regarding status of CNA reimbursement. |
| | S.A.Donato | 0.50 | $263.25 | Conferred with settling insurance carrier counsel regarding plan confirmation issues and settlement agreement updates. |
| | S.A.Donato | 0.90 | $473.85 | Continued preparation for CNA plan settlement mediation session. |
| | S.A.Donato | 0.50 | $263.25 | Conferred with mediators in preparation for CNA plan settlement mediation session. |
| | C.J.Sullivan | 1.00 | $504.00 | Participated in telephone conference with settling insurers regarding Purdue impact upon settlement agreements. |
| 07/16/24 | K.M.Doner | 0.30 | $54.00 | Assisted Attorney Sullivan with CNA plan settlement mediation preparation. |
| | G.T.Walter | 1.30 | $579.15 | Conferred with Attorneys Donato and Sullivan regarding CNA mediation strategy. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with litigation counsel regarding plan settlement mediation preparation issues. |
| | S.A.Donato | 2.30 | $1,210.95 | Continued preparation for CNA mediation. |
| | S.A.Donato | 0.40 | $210.60 | Reviewed Purdue decision regarding follow up analysis concerning third party releases. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with mediator regarding mediation preparation issues. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with Committee counsel regarding CNA mediation preparation. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding CNA mediation preparation. |
| | S.A.Donato | 0.10 | $52.65 | Consulted with Attorney McDonald regarding CNA mediation updates. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with Diocese regarding CNA mediation updates. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 07/16/24 | S.C.Temes | 1.30 | $573.30 | Conducted research regarding plan noticing and consent issues. |
| 07/17/24 | G.T.Walter | 0.70 | $311.85 | Reviewed draft ballot certification. |
| | G.T.Walter | 9.50 | $4,232.25 | Participated in plan settlement mediation. |
| | K.M.Doner | 0.30 | $54.00 | Finalized declaration of Clarissa D. Cu of Stretto regarding solicitation tabulation for plans. |
| | G.J.McDonald | 8.50 | $4,169.25 | Attended mediation session with Committee and CNA. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with Committee counsel regarding mediation session with the Diocese, Committee and CNA. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with mediators regarding plan settlement mediation session with the Diocese, Committee and CNA. |
| | C.J.Sullivan | 0.40 | $201.60 | Participated in telephone conference with mediator regarding preparation for mediation. |
| | C.J.Sullivan | 0.50 | $252.00 | Prepared for plan mediation with CNA, the Diocese and Committee counsel. |
| | C.J.Sullivan | 8.50 | $4,284.00 | Participated in plan settlement mediation with Diocese, Committee counsel and CNA. |
| | S.A.Donato | 8.50 | $4,475.25 | Participated in plan settlement mediation session with the Diocese, Committee and CNA. |
| | J.D.Eaton | 0.10 | $34.65 | Conducted telephonic conference with Attorney Walter regarding comments to ballot certification. |
| | J.D.Eaton | 0.30 | $103.95 | Revised voting declaration. |
| 07/18/24 | G.T.Walter | 0.30 | $133.65 | Consulted with A. Takashima regarding consent research. |
| | G.T.Walter | 1.00 | $445.50 | Conducted research regarding plan consent issues. |
| | S.A.Donato | 0.20 | $105.30 | Conferred with Committee counsel regarding section 105(a) status conference preparation. |

Accounts Are Due Within 30 Days.

Page:  13

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/18/24 | S.A.Donato | 0.10 | $52.65 | Reviewed follow up correspondence regarding section 105(a) status conference preparation. |
| | S.A.Donato | 1.40 | $737.10 | Continued preparation for section 105(a) status conference concerning Purdue issues. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted brief research regarding claimants rejecting joint plan but accepting the CNA plan. |
| 07/19/24 | G.T.Walter | 1.10 | $490.05 | Attended debrief with Diocese regarding 105 status conference on Purdue impact. |
| | G.T.Walter | 1.50 | $668.25 | Analyzed plan strategy options and impact of Purdue. |
| | S.C.Temes | 1.00 | $441.00 | Participated in hearing regarding plan process following Purdue decision. |
| | B.M.Sheehan | 1.00 | $378.00 | Appeared telephonically for court status conference regarding Purdue decision. |
| | C.J.Sullivan | 1.00 | $504.00 | Participated in status conference conducted by the Court pertaining to Purdue decision. |
| | S.A.Donato | 1.00 | $526.50 | Continued preparation for status conference concerning Purdue decision. |
| | S.A.Donato | 1.00 | $526.50 | Participated in status conference concerning Purdue decision. |
| 07/20/24 | S.A.Donato | 0.30 | $157.95 | Reviewed notes from bankruptcy court section 105(a) status conference. |
| | S.A.Donato | 0.70 | $368.55 | Prepared partial outline of initial disclosure statement and plan amendments. |
| 07/22/24 | A.S.Rivera | 0.30 | $85.05 | Consulted with Attorney Sullivan regarding strategy for obtaining consents to third party releases. |
| | G.T.Walter | 0.60 | $267.30 | Conferred with Committee counsel regarding revisions to plan and insurance settlement agreements. |

Accounts Are Due Within 30 Days.

Page:  14

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/22/24 | G.T.Walter | 1.50 | $668.25 | Analyzed issues regarding Purdue impact on plan. |
| | G.T.Walter | 0.80 | $356.40 | Attended virtual plan settlement mediation session. |
| | S.A.Donato | 0.40 | $210.60 | Participated in supplemental consultation with Attorneys Walter and Temes regarding plan and disclosure statement amendment issues. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with L. Passero regarding chapter 11 plan issues. |
| | S.A.Donato | 0.80 | $421.20 | Participated in CNA plan settlement mediation session. |
| | S.A.Donato | 0.40 | $210.60 | Conducted partial examination of ballot certification regarding voting analysis. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Sullivan regarding Purdue issues and plan and disclosure statement amendment issues. |
| | J.D.Eaton | 0.40 | $138.60 | Conducted telephonic conference with Attorney Donato regarding potential amendments to the plan and disclosure statement. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney M. Turner regarding issues with respect to solicitation of plans. |
| | J.D.Eaton | 0.30 | $103.95 | Communicated with Attorney Walter and C. Cu regarding Committee solicitation data request. |
| | C.J.Sullivan | 0.40 | $201.60 | Participated in telephone conference with Attorney Donato regarding possible plan modification. |
| | C.J.Sullivan | 0.80 | $403.20 | Participated in CNA plan settlement mediation. |
| 07/23/24 | G.T.Walter | 1.30 | $579.15 | Conducted research regarding alternative confirmation strategies following Purdue. |
| | S.A.Donato | 0.60 | $315.90 | Reviewed additional case law concerning Purdue issues in regard to plan confirmation issues. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/23/24 | J.D.Eaton | 0.10 | $34.65 | Drafted correspondence following up with Attorney M. Turner and C. Cu regarding plan solicitation issues. |
| 07/24/24 | G.T.Walter | 0.60 | $267.30 | Exchanged correspondence with Diocese regarding plan solicitation and noticing issues. |
| 07/25/24 | R.Clement | 2.00 | $441.00 | Performed research on chapter 11 manifestation of consent on releases. |
| 07/31/24 | G.T.Walter | 1.00 | $445.50 | Analyzed Purdue issues regarding plan confirmation. |
| | Subtotal: | Hours: | 112.70 | |
| | | Amount: | $50,483.70 | |

**B403: CNA Administrative Claim**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/01/24 | G.T.Walter | 0.80 | $356.40 | Conferred with Committee counsel regarding litigation strategy for CNA administrative claim. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding CNA administrative claim hearing preparation issues. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney McDonald regarding CNA administrative claim issues. |
| | S.A.Donato | 0.80 | $421.20 | Conferred with Committee counsel regarding CNA administrative claim hearing preparation issues. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from CNA counsel regarding administrative claim issues. |
| | S.A.Donato | 0.20 | $105.30 | Prepared response to CNA counsel regarding administrative claim issues. |
| | G.J.McDonald | 1.00 | $490.50 | Analyzed D. Condon deposition testimony. |
| | G.J.McDonald | 1.00 | $490.50 | Attended meeting with D. Condon regarding deposition testimony. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/01/24 | G.J.McDonald | 0.80 | $392.40 | Attended zoom meeting with Committee counsel regarding CNA administrative claim. |
| 07/02/24 | S.A.Donato | 0.40 | $210.60 | Conferred with Committee counsel regarding CNA administrative claim hearing issues. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding CNA evidentiary hearing preparation issues. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with Committee counsel regarding CNA administrative claim hearing preparation issues. |
| 07/03/24 | G.T.Walter | 1.00 | $445.50 | Participated in telephone conference with Attorney Sullivan regarding upcoming trial on administrative claim. |
| | C.J.Sullivan | 1.00 | $504.00 | Participated in conference call with Attorney Walter regarding CNA administrative claim hearing preparation. |
| | G.J.McDonald | 1.00 | $490.50 | Conferenced with Attorneys Donato, Sullivan and Walter regarding CNA adversary claim status and strategy. |
| 07/06/24 | G.T.Walter | 1.50 | $668.25 | Conducted research regarding defenses to CNA administrative claim. |
| 07/07/24 | S.A.Donato | 0.30 | $157.95 | Reviewed correspondence from CNA counsel regarding Anderson deposition issues. |
| | S.A.Donato | 0.20 | $105.30 | Prepared correspondence to Attorney McDonald regarding correspondence from CNA counsel regarding Anderson deposition issues. |
| 07/08/24 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney McDonald regarding CNA administrative claim hearing preparation issues. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed revised court scheduling order regarding pretrial scheduling issue. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/08/24 | S.A.Donato | 0.20 | $105.30 | Conferred with Committee counsel regarding CNA administrative claim hearing issues. |
| | A.S.Rivera | 0.20 | $56.70 | Consulted with Attorney Sullivan regarding preparation for CNA claim trial. |
| | C.J.Sullivan | 0.20 | $100.80 | Participated in telephone conference with Committee counsel regarding CNA administrative claim issues. |
| | G.J.McDonald | 4.00 | $1,962.00 | Worked on joint pretrial statement factual and legal contentions. |
| | G.J.McDonald | 0.30 | $147.15 | Participated in telephone conference with Attorney Donato regarding CNA administrative claim issues. |
| 07/09/24 | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from CNA counsel regarding CNA administrative claim trial issues. |
| | S.A.Donato | 0.20 | $105.30 | Conferred with Committee counsel regarding CNA administrative claim trial issues. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding CNA administrative claim hearing preparation issues. |
| | A.S.Rivera | 0.20 | $56.70 | Consulted with Attorney McDonald regarding CNA pretrial memorandum of law. |
| | G.J.McDonald | 4.30 | $2,109.15 | Continued drafting joint pretrial statement. |
| 07/10/24 | G.J.McDonald | 0.50 | $245.25 | Attended meet and confer with CNA to discuss administrative claim issues. |
| | G.J.McDonald | 0.40 | $196.20 | Participated in telephone conferenced with Attorney Dine regarding joint pretrial statement. |
| | G.T.Walter | 0.50 | $222.75 | Attended meet and confer with CNA counsel regarding trial preparation. |
| | S.A.Donato | 0.30 | $157.95 | Revised draft pretrial statement concerning CNA administrative claim hearing. |

Case 2-19-20905-PRW,   Doc 2796-7,   Filed 10/24/24,   Entered 10/24/24 09:23:45,   Description: Exhibit G - July 2024 Invoice, Page 19 of 32

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/10/24 | S.A.Donato | 0.50 | $263.25 | Participated in meet and confer conference call with CNA counsel and Committee counsel regarding administrative claim hearing. |
| | S.A.Donato | 0.20 | $105.30 | Conferred with Attorney Murray regarding CNA administrative claim hearing preparation issues. |
| | G.J.McDonald | 3.70 | $1,814.85 | Continued drafting joint pretrial statement for CNA administrative claim trial. |
| 07/11/24 | C.A.Raskopf | 0.10 | $14.00 | Corresponded with Veritext regarding T. Tesmer's deposition transcript and J. Bair's deposition transcript. |
| | S.A.Donato | 0.60 | $315.90 | Partially reviewed draft joint pretrial statement. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding draft joint pretrial statement. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorneys Sullivan and Walter regarding pretrial statement revision issues. |
| | S.A.Donato | 0.20 | $105.30 | Conferred with L. Passero regarding CNA administrative claim issues. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with CNA counsel regarding mediation issues. |
| | J.D.Eaton | 2.20 | $762.30 | Revised Committee draft objection to CNA motion to estimate claim. |
| | G.J.McDonald | 1.80 | $882.90 | Worked on Diocese and Committee Joint Exhibit List in connection with CNA administrative claim. |
| | G.J.McDonald | 2.40 | $1,177.20 | Analyzed deposition testimony and exhibits in conjunction with preparation for 7/29 trial on administrative claim of CNA. |
| | A.S.Rivera | 7.00 | $1,984.50 | Drafted pretrial memorandum of law for CNA administrative claim adversary. |
| 07/12/24 | G.J.McDonald | 1.00 | $490.50 | Worked on trial exhibits. |
| | G.J.McDonald | 0.70 | $343.35 | Analyzed deposition testimony of J. Bair. |

Accounts Are Due Within 30 Days.

Page:  19

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 07/12/24 | G.J.McDonald | 0.30 | $147.15 | Telephone conferenced with Attorney Walter regarding CNA litigation strategy. |
| | G.J.McDonald | 2.10 | $1,030.05 | Worked on pretrial submissions. |
| | A.S.Rivera | 6.00 | $1,701.00 | Continued drafting pretrial memorandum of law. |
| | J.D.Eaton | 3.70 | $1,282.05 | Revised Committee objection to claims estimation motion. |
| 07/13/24 | A.S.Rivera | 6.00 | $1,701.00 | Continued drafting pretrial memorandum of law. |
| 07/14/24 | G.T.Walter | 2.00 | $891.00 | Revised pretrial statement. |
| | G.T.Walter | 1.50 | $668.25 | Reviewed case record in preparation for CNA trial. |
| | S.A.Donato | 1.40 | $737.10 | Revised draft pretrial statement regarding CNA administrative claim hearing. |
| | S.A.Donato | 0.40 | $210.60 | Reviewed outline concerning pretrial brief. |
| | S.A.Donato | 0.90 | $473.85 | Reviewed Committee's draft opposition to CNA claim estimation motion. |
| | S.A.Donato | 0.70 | $368.55 | Continued preparation for CNA mediation session. |
| 07/15/24 | G.T.Walter | 0.80 | $356.40 | Conferred with Committee counsel regarding preparation for mediation and trial. |
| | G.T.Walter | 0.80 | $356.40 | Reviewed CNA revisions to pretrial statement. |
| | G.T.Walter | 3.50 | $1,559.25 | Reviewed case file regarding preparation for mediation and trial. |
| | G.T.Walter | 1.00 | $445.50 | Analyzed further revisions to pretrial statement. |
| | G.T.Walter | 1.50 | $668.25 | Conducted initial review of CNA motions in limine to exclude expert reports. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding CNA administrative claim pretrial preparation issues. |
| | S.A.Donato | 0.80 | $421.20 | Participated in conference call with Committee counsel regarding modifications to joint pretrial statement and CNA administrative claim hearing preparation issues. |

Accounts Are Due Within 30 Days.

Page:  20

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/15/24 | S.A.Donato | 0.40 | $210.60 | Conferred with Attorneys Sullivan, Walter and McDonald regarding CNA administrative claim hearing issues. |
| | G.J.McDonald | 4.30 | $2,109.15 | Continued drafting joint pretrial statement. |
| | G.J.McDonald | 1.70 | $833.85 | Consulted with counsel regarding litigation status and strategy. |
| | C.J.Sullivan | 0.40 | $201.60 | Participated in telephone conference with Attorneys Donato, Walter and McDonald regarding CNA administrative claim hearing issues. |
| | C.J.Sullivan | 0.50 | $252.00 | Reviewed materials in connection with administrative claim trial. |
| | C.J.Sullivan | 0.80 | $403.20 | Participated in meeting with Committee counsel regarding preparation for administrative claim trial. |
| | A.S.Rivera | 0.30 | $85.05 | Consulted with Attorney McDonald regarding status of joint pretrial statement. |
| | A.S.Rivera | 6.30 | $1,786.05 | Reviewed deposition transcripts of testifying witnesses in CNA trial. |
| | A.S.Rivera | 0.80 | $226.80 | Researched issues related to CNA's motion to estimate administrative claim. |
| 07/16/24 | G.T.Walter | 7.50 | $3,341.25 | Analyzed strategy in preparation for mediation and administrative claim hearing. |
| | A.S.Rivera | 1.30 | $368.55 | Consulted with Attorneys Donato, Sullivan and Walter regarding strategy for CNA claim trial. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed court correspondence concerning motions in limine issues. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney McDonald regarding CNA administrative claim hearing preparation issues. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/16/24 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorneys Walter and McDonald regarding CNA administrative claim hearing preparation issues. |
| | C.J.Sullivan | 1.30 | $655.20 | Participated in telephone conference with Attorneys Donato and Walter regarding adversary proceeding hearing preparation and followed up on various matters. |
| | A.S.Rivera | 4.50 | $1,275.75 | Drafted pretrial memorandum of law. |
| | J.D.Eaton | 1.30 | $450.45 | Performed brief research on Liberty Towers Decision. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with Attorney Donato regarding supplemental research regarding Liberty Towers. |
| | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conference with Attorney Walter regarding Liberty Towers research. |
| | A.S.Rivera | 3.40 | $963.90 | Examined discovery and other potential factual evidence produced between parties in CNA adversary. |
| 07/17/24 | A.S.Rivera | 10.50 | $2,976.75 | Continued drafting pretrial memorandum of law. |
| 07/18/24 | A.S.Rivera | 1.20 | $340.20 | Consulted with Attorneys Donato, Sullivan, Walter and McDonald regarding strategy for CNA claim trial. |
| | G.T.Walter | 1.20 | $534.60 | Consulted with Attorney Donato regarding strategy and preparation for 7/19 pretrial conference. |
| | G.T.Walter | 1.50 | $668.25 | Revised pretrial brief. |
| | S.A.Donato | 1.20 | $631.80 | Consulted with Attorneys Sullivan, Temes, Walter and McDonald regarding preparation for pretrial and CNA administrative claim hearing. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sheehan regarding administrative claim hearing preparation issues. |

Accounts Are Due Within 30 Days.

Page:  22

# Bond, Schoeneck & King, PLLC
## Attorneys at Law

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/18/24 | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding pretrial preparation. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed follow up correspondence regarding pretrial. |
| | S.A.Donato | 1.50 | $789.75 | Continued preparation for CNA administrative claim pretrial. |
| | A.S.Rivera | 1.60 | $453.60 | Continued drafting pretrial memorandum of law. |
| | G.J.McDonald | 1.20 | $588.60 | Conferenced with Attorneys Donato, Sullivan and Walter regarding CNA administrative claim trial preparation. |
| | G.J.McDonald | 1.20 | $588.60 | Worked on pretrial memorandum of law. |
| 07/19/24 | G.T.Walter | 1.60 | $712.80 | Prepared for pretrial conference. |
| | G.T.Walter | 1.20 | $534.60 | Attended telephonic pretrial conference. |
| | G.J.McDonald | 1.20 | $588.60 | Attended pretrial conference. |
| | S.A.Donato | 0.80 | $421.20 | Continued preparation for pretrial conference. |
| | S.A.Donato | 1.20 | $631.80 | Participated in pretrial conference. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Diocese concerning court hearing results. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding court hearing results. |
| | G.J.McDonald | 3.00 | $1,471.50 | Worked on pretrial preparation matters for CNA administrative claim trial. |
| 07/22/24 | G.T.Walter | 2.80 | $1,247.40 | Attended trial preparation session with Diocese. |
| | G.T.Walter | 0.30 | $133.65 | Consulted with Attorney Donato regarding CNA administrative claim hearing preparation. |
| | S.A.Donato | 0.30 | $157.95 | Reviewed correspondence from CNA counsel regarding evidentiary hearing issues concerning administrative expense hearing. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/22/24 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney McDonald regarding administrative claim hearing preparation issues and strategies. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding CNA administrative claim hearing preparation issues. |
| | C.J.Sullivan | 0.30 | $151.20 | Participated in telephone conference with Attorney Donato regarding CNA administrative claim hearing preparation issues. |
| | G.J.McDonald | 2.80 | $1,373.40 | Attended meeting with Bishop Matano, Fr. Condon and L. Passero regarding preparation for CNA administrative claim trial. |
| 07/23/24 | G.T.Walter | 0.40 | $178.20 | Reviewed draft stipulation regarding trial exhibits. |
| | G.T.Walter | 1.10 | $490.05 | Consulted with Attorney McDonald regarding trial exhibits and strategy. |
| | G.T.Walter | 1.00 | $445.50 | Attended trial preparation session with Committee counsel. |
| | G.T.Walter | 1.00 | $445.50 | Analyzed CNA proposed stipulated list of exhibits. |
| | G.T.Walter | 3.50 | $1,559.25 | Reviewed file materials in preparation for trial. |
| | G.T.Walter | 1.00 | $445.50 | Revised pretrial memorandum. |
| | S.A.Donato | 1.10 | $579.15 | Continued preparation for CNA administrative claim trial. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Walter regarding preparation for CNA administrative claim trial. |
| | S.A.Donato | 1.10 | $579.15 | Consulted with Attorneys Walter and McDonald regarding CNA administrative claim trial preparation. |
| | S.A.Donato | 0.80 | $421.20 | Reviewed correspondence from CNA counsel regarding proposed exhibits for administrative claim trial. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/23/24 | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding CNA administrative claim hearing preparation issues. |
| | A.S.Rivera | 1.30 | $368.55 | Revised pretrial memorandum of law pursuant to comments from Attorney McDonald. |
| | G.J.McDonald | 1.00 | $490.50 | Attended meeting with Committee counsel to discuss pretrial preparation. |
| | G.J.McDonald | 2.00 | $981.00 | Prepared witness examinations for CNA administrative claim trial. |
| | G.J.McDonald | 1.10 | $539.55 | Conferenced with Attorneys Donato and Walter regarding CNA administrative claim trial preparation. |
| | G.J.McDonald | 0.70 | $343.35 | Reviewed CNA deposition designations. |
| 07/24/24 | G.T.Walter | 0.70 | $311.85 | Attended pretrial meet and confer with CNA. |
| | G.T.Walter | 3.00 | $1,336.50 | Conferred with Diocese regarding trial preparation. |
| | G.T.Walter | 3.00 | $1,336.50 | Reviewed file materials and analysis of strategy regarding trial preparation. |
| | G.T.Walter | 3.40 | $1,514.70 | Revised pretrial brief. |
| | G.T.Walter | 0.70 | $311.85 | Reviewed proposed CNA trial exhibits. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Walter regarding CNA administrative claim trial preparation issues. |
| | S.A.Donato | 0.90 | $473.85 | Continued partial review of deposition transcripts regarding CNA administrative claim trial preparation. |
| | S.A.Donato | 0.90 | $473.85 | Participated in conference call with Diocese regarding evidentiary hearing preparation. |
| | C.J.Sullivan | 0.90 | $453.60 | Participated in conference with Diocese regarding joint trial exhibit list. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 07/24/24 | G.J.McDonald | 3.00 | $1,471.50 | Attended meeting with Bishop Matano and L. Passero in connection with CNA administrative claim trial. |
| | G.J.McDonald | 0.70 | $343.35 | Attended meet and confer conference with CNA and Committee regarding witness scheduling and stipulated documents. |
| | G.J.McDonald | 1.30 | $637.65 | Analyzed CNA proposed trial exhibits. |
| 07/25/24 | A.S.Rivera | 0.50 | $141.75 | Conferred with Committee counsel regarding exhibit list stipulation. |
| | G.T.Walter | 1.30 | $579.15 | Reviewed file materials and preparations for trial. |
| | G.T.Walter | 0.80 | $356.40 | Analyzed trial strategy and logistics. |
| | G.T.Walter | 0.70 | $311.85 | Reviewed correspondence regarding evidentiary stipulations. |
| | G.T.Walter | 0.50 | $222.75 | Conferred with Committee counsel regarding trial logistics. |
| | G.T.Walter | 0.50 | $222.75 | Consulted with Attorney Donato regarding revisions to pretrial brief. |
| | G.T.Walter | 0.60 | $267.30 | Analyzed CNA proposed transcript designations and counter-designations. |
| | G.T.Walter | 8.20 | $3,653.10 | Revised pretrial brief. |
| | G.J.McDonald | 1.70 | $833.85 | Analyzed CNA deposition transcript designations and provided objections to same. |
| | A.S.Rivera | 2.60 | $737.10 | Researched issues related to witness sequestration. |
| | A.S.Rivera | 2.20 | $623.70 | Revised pretrial memorandum of law. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Bishop Matano regarding trial preparation issues. |
| | S.A.Donato | 0.50 | $263.25 | Consulted with Attorneys Walter and McDonald regarding evidentiary hearing exhibit issues. |
| | S.A.Donato | 1.80 | $947.70 | Continued preparation for CNA administrative claim trial. |

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/25/24 | A.S.Rivera | 0.50 | $141.75 | Consulted with Attorneys Donato and McDonald to prepare for CNA administrative trial. |
| 07/26/24 | G.T.Walter | 1.00 | $445.50 | Consulted with Attorneys Donato, Sullivan and McDonald regarding trial strategy and open issues. |
| | G.T.Walter | 1.50 | $668.25 | Conducted final review and revision of pretrial memorandum. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Rivera regarding pretrial brief in CNA adversary proceeding. |
| | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's pretrial memorandum of law. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding the Diocese's pretrial memorandum of law. |
| | G.T.Walter | 0.80 | $356.40 | Analyzed evidentiary issues regarding exhibits. |
| | A.S.Rivera | 1.00 | $283.50 | Consulted with Attorneys Donato, Sullivan, Walter and McDonald regarding evidentiary issues. |
| | A.S.Rivera | 2.00 | $567.00 | Revised pretrial memorandum of law. |
| | S.A.Donato | 1.00 | $526.50 | Consulted with Attorneys Sullivan, Walter and McDonald regarding trial preparation issues. |
| | G.J.McDonald | 1.00 | $490.50 | Worked on pretrial memorandum of law. |
| | G.J.McDonald | 6.00 | $2,943.00 | Prepared for CNA administrative claim trial. |
| | S.A.Donato | 0.90 | $473.85 | Revised draft pretrial memorandum of law. |
| | S.A.Donato | 0.40 | $210.60 | Reviewed draft joint stipulation concerning exhibit admissibility issues. |
| | S.A.Donato | 3.30 | $1,737.45 | Continued trial preparation. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorneys McDonald and Walter in preparation for trial. |

Accounts Are Due Within 30 Days.

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 07/26/24 | C.J.Sullivan | 1.00 | $504.00 | Participated in meetings with Attorneys McDonald, Walter and Donato regarding trial preparation. |
| | C.J.Sullivan | 0.70 | $352.80 | Reviewed edits to pretrial memorandum of law. |
| | C.J.Sullivan | 1.20 | $604.80 | Prepared for trial concerning allowance of CNA administrative claim. |
| | B.M.Sheehan | 0.30 | $113.40 | Reviewed pretrial memorandum of law. |
| 07/27/24 | G.T.Walter | 3.00 | $1,336.50 | Prepared for administrative claim trial. |
| | G.J.McDonald | 5.00 | $2,452.50 | Prepared for CNA administrative claim trial. |
| | S.A.Donato | 1.90 | $1,000.35 | Continued preparation for trial. |
| 07/28/24 | G.T.Walter | 0.30 | $133.65 | Reviewed CNA motion to strike pretrial brief. |
| | G.T.Walter | 1.00 | $445.50 | Consulted with Attorneys Donato, Sullivan and McDonald regarding strategy and logistics for evidentiary hearing on CNA administrative claim issue. |
| | C.J.Sullivan | 1.00 | $504.00 | Participated in telephone conference with Attorneys Donato, Walter and McDonald regarding trial preparation concerning CNA administrative claim. |
| | C.J.Sullivan | 1.80 | $907.20 | Reviewed deposition transcripts and exhibits in connection with trial preparation for CNA administrative claim. |
| | G.J.McDonald | 6.00 | $2,943.00 | Prepared for CNA administrative claim trial. |
| | S.A.Donato | 1.00 | $526.50 | Participated in conference call with Attorneys Sullivan, Walter and McDonald regarding litigation preparation issues. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from Attorney Plevin regarding CNA witness issues. |
| | S.A.Donato | 0.20 | $105.30 | Prepared response to Attorney Plevin regarding CNA witness issues. |

Accounts Are Due Within 30 Days.

Page:  28

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 07/28/24 | S.A.Donato | 0.30 | $157.95 | Prepared correspondence to Committee counsel regarding exhibit admissibility issues. |
| | G.T.Walter | 4.00 | $1,782.00 | Prepared for CNA administrative claim trial. |
| | S.A.Donato | 2.90 | $1,526.85 | Continued preparation for evidentiary hearing in connection with CNA administrative claim issue. |
| 07/29/24 | G.J.McDonald | 7.00 | $3,433.50 | Attended day 1 of CNA administrative claim trial. |
| | C.J.Sullivan | 7.00 | $3,528.00 | Participated in trial on behalf of Diocese in connection with CNA administrative claim issue. |
| | C.J.Sullivan | 1.00 | $504.00 | Assisted Attorneys Donato, McDonald and Walter in preparation for second day of trial. |
| | G.T.Walter | 7.00 | $3,118.50 | Attended day 1 of CNA administrative claim trial. |
| | G.T.Walter | 2.50 | $1,113.75 | Prepared for day 2 of CNA administrative claim trial. |
| | S.A.Donato | 7.00 | $3,685.50 | Attended day one of CNA administrative claim trial. |
| 07/30/24 | G.J.McDonald | 8.00 | $3,924.00 | Attended day 2 of trial on CNA administrative claim. |
| | G.T.Walter | 8.00 | $3,564.00 | Attended day 2 of CNA administrative claim trial. |
| | G.T.Walter | 0.50 | $222.75 | Attended post-trial debrief with Attorneys Donato and Sullivan. |
| | C.J.Sullivan | 0.50 | $252.00 | Consulted with Attorneys Walter and Donato regarding CNA trial outcome. |
| | S.A.Donato | 8.00 | $4,212.00 | Attended day 2 of CNA administrative claim evidentiary hearing. |

| | Subtotal: | Hours: | 320.70 |
|---|-----------|--------|--------|
| | | Amount: | $141,777.05 |

**Total Hours and Fees For This Matter:**       472.80       $203,274.95

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 86.70 | $526.50 | $45,647.55 |
| G. J. McDonald (Member) | 94.40 | 490.50 | 46,303.20 |
| B. M. Sheehan (Member) | 1.30 | 378.00 | 491.40 |
| C. J. Sullivan (Member) | 39.30 | 504.00 | 19,807.20 |
| S. C. Temes (Member) | 2.80 | 441.00 | 1,234.80 |
| G. T. Walter (Member) | 124.00 | 445.50 | 55,242.00 |
| J. D. Eaton (Senior Counsel) | 23.70 | 346.50 | 8,212.05 |
| J. S. Krell (Senior Counsel) | 2.30 | 396.00 | 910.80 |
| R. Clement (Associate) | 16.20 | 220.50 | 3,572.10 |
| N. K. Macris (Associate) | 8.00 | 274.50 | 2,196.00 |
| A. S. Rivera (Associate) | 61.10 | 283.50 | 17,321.85 |
| K. M. Doner (Paralegal) | 12.90 | 180.00 | 2,322.00 |
| C. A. Raskopf (Paralegal) | 0.10 | 140.00 | 14.00 |
| **Total** | 472.80 | | $203,274.95 |

Case 2-19-20905-PRW,    Doc 2796-7,    Filed 10/24/24,    Entered 10/24/24 09:23:45,
Description: Exhibit G - July 2024 Invoice, Page 31 of 32

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 26, 2024
Bill Number: 20037659

The Diocese of Rochester

**Matter Disbursement Summary**

| | |
|---|---:|
| Business Meals | $685.66 |
| Color Copy Charges | 30.90 |
| Copy Charges | 118.20 |
| Courier Service | 21.27 |
| Data Hosting & Storage | 1,145.00 |
| Stenographic/ Deposition Transcripts | 4,941.10 |
| Travel Expense | 3,015.78 |
| **Total Disbursements** | **$9,957.91** |
| | |
| **TOTAL FOR THIS MATTER** | **$213,232.86** |