# EXHIBIT "H"

Case 2-19-20905-PRW, Doc 2796-8, Filed 10/24/24, Entered 10/24/24 09:23:45, Description: Exhibit H - Total Disbursements, Page 1 of 2

**THE DIOCESE OF ROCHESTER**
**EXHIBIT "H"**
**TOTAL DISBURSEMENTS**

| Disbursement Type | Disbursement Total |
|---|---:|
| Photocopies | $534.30 |
| Courier Service | $21.27 |
| Messenger Service | $21.26 |
| Court Costs | $12.50 |
| Stenographic/Deposition | $10,489.20 |
| Travel | $4,536.58 |
| Business Meals | $685.66 |
| ESI Processing | $1,550.00 |
| Data Hosting & Storage | $7,800.00 |
| **Total Disbursements** | **$25,650.77** |