UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 |
| Debtor. | |

# JOINT NOTICE OF HEARING TO CONSIDER
# PROFESSIONAL FEE APPLICATIONS

**PLEASE TAKE NOTICE**, that each of (i) Bond, Schoeneck & King, PLLC, counsel for The Diocese of Rochester, (the "Diocese"); (ii) Harris Beach, PLLC, special counsel for the Diocese; (iii) Blank Rome, LLP, special insurance counsel for the Diocese; (iv) Bonadio & Co., LLP, accountants for the Diocese; (v) Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors; (vi) Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors; and (vii) Stout Risius Ross, LLC (f/k/a The Claro Group, LLC), valuation expert for the Official Committee of Unsecured Creditors, have filed applications (each, an "Application") for interim allowance and payment of professional fees and expenses incurred in the above-captioned case. The amounts of fees and expenses requested by the foregoing professionals on an interim basis pursuant to the Applications are as follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC<br>*Counsel for Diocese* | $895,772.59 | $25,650.77 | $921,423.36 | 1/1/24 – 7/31/24 |
| Harris Beach, PLLC<br>*Special Counsel for Diocese* | $45,456.50 | $13,580.17 | $59,036.67 | 1/1/24 – 7/31/24 |
| Blank Rome, LLP<br>*Special Insurance Counsel for Diocese* | $46,276.99 | $3,817.43 | $50,094.42 | 1/1/24 – 7/31/24 |
| Bonadio & Co., LLP<br>*Accountants for Diocese* | $53,500.00 | $0.00 | $53,500.00 | 2/1/24 – 6/30/24 |

18550402.v1

Case 2-19-20905-PRW, Doc 2802, Filed 10/24/24, Entered 10/24/24 13:41:35, Description: Main Document , Page 1 of 18

| | | | | |
|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>*Counsel for Creditors' Committee* | $1,238,050.00 | $51,523.68 | $1,289,573.68 | 1/1/24 – 7/31/24 |
| Burns Bair LLP<br>*Special Insurance Counsel for Creditors' Committee* | $401,847.00 | $17,372.92 | $419,219.92 | 1/1/24 – 7/31/24 |
| Stout Risius Ross, LLC (f/k/a The Claro Group, LLC)<br>*Valuation Expert for Creditors' Committee* | $338,269.50 | $1,560.55 | $339,830.05 | 1/1/24 – 7/31/24 |

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications will be held telephonically before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York on the **21st day of November, 2024 at 11:00 a.m.**, or as soon thereafter as counsel can be heard by (1) dialing (571) 353−2301; (2) when prompted for the number you wish to dial, dial 808325466#; and (3) when prompted for the security pin, enter 9999#.

**PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Applications, if any, must be filed with the United States Bankruptcy Court Clerk's Office in Rochester, New York and served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato and Charles J. Sullivan); (ii) the Office of the United States Trustee, Federal Office Building, 100 State Street, Rochester, New York 14614 (Attn: Kathleen D. Schmitt); (iii) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn: Ilan D. Scharf) and (iv) the respective applicant(s) at the address(es) set forth on the attached schedule, **not less than 72 hours prior to the scheduled date and time of the hearing**.

2

18550402.v1
Case 2-19-20905-PRW, Doc 2802, Filed 10/24/24, Entered 10/24/24 13:41:35, Description: Main Document , Page 2 of 18

Dated: October 24, 2024
     Syracuse, New York                BOND, SCHOENECK & KING, PLLC

                              By:     /s/ Stephen A. Donato
                                      Stephen A. Donato, Esq.
                                        Charles J. Sullivan, Esq.
                                        Grayson T. Walter, Esq.
                                        Syracuse, New York 13202
                                        Tel: (315) 218-8000
                                        Fax: (315) 218-8100
                                        Email:  sdonato@bsk.com
                                                      csullivan@bsk.com
                                                      gwalter@bsk.com

                                        *Attorneys for The Diocese of Rochester*

## SCHEDULE OF APPLICANTS

**Bond, Schoeneck & King, PLLC**
Attn: Stephen A. Donato
One Lincoln Center
Syracuse, NY 13202

**Blank Rome, LLP**
Attn: James Murray
1825 Eye Street NW
Washington, DC 20006

**Pachulski Stang Ziehl & Jones LLP**
Attn: Ilan D. Scharf
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

780 Third Avenue, 34th Floor
New York, NY 10017

**Stout Risius Ross, LLC**
**(f/k/a The Claro Group)**
Attn: Katie McNally
1 S. Wacker Drive, 27th Floor
Chicago, IL 60606

**Harris Beach, PLLC**
Attn: Phillip Spellane
99 Garnsey Road
Pittsford, NY 14534

**Bonadio & Co, LLP**
Attn: Nancy J. Snyder
171 Sully's Trail
Pittsford, NY 14534

**Burns Bair LLP**
Attn: Timothy W. Burns
10 E. Doty Street, Suite 600
Madison, WI 53703-3392

4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 19-20905 (CGM) |
| THE DIOCESE OF ROCHESTER, | Chapter 11 |
| Debtor.[3] | |

**FOURTH INTERIM APPLICATION FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES BY STOUT RISIUS ROSS, LLC (FKA THE CLARO GROUP, LLC) AS
VALUATION EXPERT
FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH JULY 31, 2024**

Stout Risius Ross, LLC ("Stout") (FKA The Claro Group, LLC ("Claro")),[4] valuation expert for the Official Committee of Unsecured Creditors (the "Committee") of the Debtor in the above-captioned case (the "Debtor"), hereby submits this Fourth Interim fee application (the "Fee Application") pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for (a) allowance of interim compensation for professional services performed by Stout for the period commencing February 1, 2023 through July 31, 2024 (the "Interim Compensation Period") in the amount of $338,269.50, and (b) reimbursement of its actual and necessary expenses in the amount of $1,560.55 incurred during the Compensation Period, on the following grounds:

**Preliminary Statement**

1. During the Interim Compensation Period, Stout advised and assisted the Committee in fulfilling its statutory obligations and duties to unsecured creditors and rendered services to the Committee in accordance with its instructions and directions. By this Fee

---

[3] The Debtor in this chapter 11 case is The Diocese of Rochester, the last for digits of its federal tax identification number are 5765, and its mailing address is 1150 Buffalo Road, Rochester, NY 14624.

[4] When used herein, "Stout" is intended to be inclusive as to Stout as well as Claro, prior to its acquisition by Stout. Claro was acquired by Stout on 9/30/2022.

4

Application, Stout, in its own capacity and as acquirer of Claro, requests that the Court authorize the interim allowance and payment of fees incurred by Stout during the Interim Compensation Period in the total amount of $338,269.50 as compensation for professional services rendered to the Committee, and $1,560.55 as reimbursement of actual and necessary expenses incurred during the Interim Compensation Period in connection with such professional services.

2. To date, Stout has received $598,978.00 for compensation of fees and reimbursement of expenses since its retention effective as of June 16, 2021. By this Fee Application, Stout, in its own capacity and as acquirer of Claro, seeks interim allowance and payment of all compensation for services rendered during the Interim Compensation Period.

**Background**

3. On September 12, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court for the Western District of New York. The Debtor is operating its business and managing its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case.

4. On September 24, 2019, the Office of the United States Trustee (the "UST") appointed the Committee pursuant to Section 1102 of the Bankruptcy Code. The Committee consists of nine individuals who were sexually abused as minors by perpetrators for whom the Debtor was responsible.

5. Following the Committee's appointment, the Committee determined it needed a valuation expert and, subject to Court approval, hired Claro on June 16, 2021.

6. On June 24, 2021, the Committee filed the Application for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of

The Claro Group, LLC as Valuation Expert Effective as of June 16, 2021 and Providing The Claro Group, LLC With Access to the Sexual Abuse Proofs of Claim (the "Retention Application"). As set forth in the Retention Application, the Committee selected Claro to provide the following services to the Committee:

i. Expert consulting services and expert testimony regarding the appropriate value of claims of sexual abuse victims in this Case;

ii. Expert consulting services and expert testimony in connection with the 9019 Motion and any contested matters and/or litigation arising in this Case as reasonably requested by the Committee;

iii. Expert consulting services and expert testimony in the review and evaluation of reports prepared by the Debtor, its professionals, the Debtor's insurers, and their professionals;

iv. As may be requested by the Committee, assisting with the preparation of affidavits/declarations, depositions, and briefing in this Case concerning the issues for which Claro is providing expert consulting services and expert testimony;

v. Preparing for and providing both deposition and court testimony in this Case regarding the issues for which Claro is providing expert consulting services and expert testimony; and

vi. Such other consulting and advisory services as may be requested by the Committee.

7. On July 12, 2021, the Court entered the Order Authorizing and Approving the Employment of The Claro Group, LLC as Valuation Expert to the Unsecured Committee of Unsecured Creditors Effective as of June 16, 2021 and Providing The Claro Group, LLC with Access to the Sexual Abuse Proofs of Claim (the "Retention Order"). The Retention Order provides that all compensation and reimbursement of costs and expenses incurred during Claro's employment be paid only after appropriate application and approval of this Court.

8. On November 7, 2022, the Committee filed the Supplemental Certification of Katheryn R. McNally Related to the Official Committee of Unsecured Creditors' Application

for Entry of an Order Under U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Retention of The Claro Group, LLC as Valuation Expert Effective as of June 16, 2021 (the "Supplemental Certification"). This Supplemental Certification disclosed the acquisition of Claro by Stout.

## Jurisdiction and Venue

9. This Court has jurisdiction to hear and determine this Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. Sections 328(a), 330, and 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 are the statutory predicates for the relief sought by this Fee Application.

## Billing Practices

10. Stout is applying for compensation for professional services rendered in accordance with its customary practices and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Local Rules, any order establishing procedures for interim compensation and reimbursement of expenses of this Court, entered in these cases, and any other applicable orders of this Court and guidelines established by the United States Trustee.

11. Stout charges for its services based on standard hourly rates established, subject to periodic adjustments to reflect economic and other conditions. Billing rates are competitive with other valuation experts.

12. In addition, Stout bills for its actual, out-of-pocket expenses reasonably incurred in connection with this engagement including, but not limited to, travel expenses incurred in connection with the client's engagement that would not have been otherwise incurred, and industry or company specific research as requested. Stout does not charge for telephone calls

(except the cost of specifically identified conference call charges), faxes, copies, and other administrative expenses.

13. Stout maintains contemporaneous records of the time expended and actual, necessary expenses incurred in support of its billings. Time entries are recorded in six-minute increments. A full accounting of all professional services rendered on behalf of the Committee, as well as all actual and necessary expenses incurred in connection with such professional services during the Interim Compensation Period, is contained in the time records attached hereto as **Exhibit A**.

### Three Prior Interim Applications

14. This Fee Application is Stout's Fourth Interim fee application and seeks payment of interim compensation for professional services rendered to the Committee and reimbursement of actual and necessary expenses incurred in connection with such professional services, in amounts that have been applied for covering the Interim Compensation Period of February 1, 2023, through July 31, 2024.

15. This Fee Application requests that the Court approve interim fees in the total amount of $338,269.50 for services rendered in the Chapter 11 case during the Interim Compensation Period and reasonable and necessary out-of-pocket expenses in the total amount of $1,560.55 incurred by Stout for services rendered in the Chapter 11 case during the Interim Compensation Period.

16. The fees requested are reasonable, and all amounts requested were for actual and necessary services rendered on behalf of the Committee.

17. Stout has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional

8

services rendered in these cases. No compensation will be paid to Stout or any member thereof in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

**Actual and Necessary Expenses Incurred During Interim Compensation Period**

18. During the Interim Compensation Period, Stout incurred actual and necessary out-of-pocket expenses in the total amount of $1,560.55 for travel expenses incurred in connection with the client's engagement that would not have been otherwise incurred. Below is a summary of the actual and necessary out-of-pocket expenses incurred during the Interim Compensation Period:

| Expense Category | Total Expenses |
|---|---|
| Travel - Flights | $ 741.96 |
| Travel - Hotel | 624.53 |
| Travel - Transportation | 194.06 |
| **Total** | **$ 1,560.55** |

**Summary of Professional Services Rendered**

19. The following summaries are intended to highlight key services rendered by Stout during the Interim Compensation Period in certain task categories in which Stout has expended a considerable number of hours of behalf of the Committee and are not meant to be a detailed description of all work performed.

   A. **Valuation Analysis**

20. Stout previously began developing the valuation of the sexual abuse claims filed in this matter. During this Interim Compensation Period, Stout refined the valuation model and continued to perform certain steps to ensure claimant attributes were accurately and comprehensive captured in such valuation framework. In addition, Stout analyzed and considered

9

various Debtor claim objections and incorporated them into its claim valuation analysis, as appropriate.

### B. Comparable Matters Research/Analysis

21. During this Interim Compensation Period, Stout performed additional research to update its data set of both verdicts and settlements that may be considered comparable for the sexual abuse claims filed in this case. In addition, Stout reviewed the newly identified potentially comparable matters to extract relevant attributes for analysis and performed analysis on resulting data points to observe trends in the data. Stout also updated inflation rates to account for the passage of time.

### C. Fee Application

22. During the Interim Compensation Period, Stout created and finalized its third interim fee application for the period of July 1, 2022, through January 31, 2023. Of note, prior to filing any fee application in this matter, Stout provides its fees and expenses to the Committee, though counsel to the Committee, for review and comment and only files a fee application after it receives the Committee's approval of its fees and expenses.

### D. Insurance/Allocation Analysis

23. During the Interim Compensation Period, Stout was directed by counsel to the Committee to analyze the Debtor's available insurance coverage and allocate claim values amongst the applicable policies to determine the insurers' allocable share of the liabilities. Stout reviewed and analyzed insurance policy information and communicated with counsel to the Committee regarding the policy data. Stout performed allocation of claims across decades of insurance coverage. Stout performed quality control checks on the results and discussed its analysis with counsel to the Committee.

### E. Document Review

24. Stout continued to review documents filed in this action that may contain information related to claim valuation or insurance. This included motions in support of or objection to proposed settlements with insurance carriers.

### F. Claim File Review

25. Stout analyzed Proof of Claims forms filed by sexual abuse claimants in this case to extract additional characteristics relevant to the valuation or insurance allocation. Work included efforts to ensure consistent treatment among claimants.

### G. Rebuttal Analysis

26. As part of its retention, Stout was asked to analyze the methodology described within the Expert Report of Denise Martin, Ph. D., NERA. Stout conducted research and analysis on certain bankruptcy settlements and communicated with counsel to the Committee regarding information in the report. Stout performed quality control checks on the expert report to evaluate the claims made in the opposing report.

### H. Rebuttal Report Preparation

27. As part of its retention, Stout was asked to prepare a rebuttal report analyzing the methodology described within the Expert Report of Denise Martin, Ph.D., NERA. During the Interim Compensation Period, Stout prepared and submitted the Rebuttal to the Expert Report of Denise Martin, Ph.D., NERA and related exhibits. Preparation of the requested rebuttal report included drafting, editing, and finalizing the report and related exhibits.

### I. Opposing Expert Deposition Preparation

28. After submission of the Rebuttal to the Expert Report of Denise Martin, Ph.D., NERA, Stout continued to review and analyze the report with respect to the methodology

and opinions contained therein, including inputs, assumptions, and data relied upon at the request of counsel. Stout prepared deposition topics and provided to counsel to the Committee for consideration.

### J. Deposition & Trial Prep / Deposition & Testimony

29. During this Interim Compensation Period and in preparation of deposition and trial, Stout reviewed reports issued in this case and certain analysis supporting those reports and related opinions. Ms. McNally participated in deposition and trial, as requested by counsel to the Committee. The deposition and trial covered the Expert Report of Denise Martin, Ph.D., NERA and Ms. McNally's Rebuttal to May 29, 2024 Expert Report of Denise Martin, Ph.D., NERA.

### **Allowance of Compensation**

30. Section 330(a)(1)(A) of the Bankruptcy Code provides that the Court may award to a professional person, "reasonable compensation for actual, necessary services rendered." 11 U.S.C. § 330(a)(1)(A). Section 330(a)(3)(A), in turn, provides that in determining the amount of reasonable compensation to be awarded, the Court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including:

   i. The time spent on such services;

   ii. The rates charges for such services;

   iii. Whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of, a case under this title;

   iv. Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

   v. Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

31. The congressional policy expressed above provides for adequate compensation in order to continue to attract qualified and competent professionals to bankruptcy cases. Stout respectfully submits that the consideration of these factors should result in this Court's allowance of the full compensation sought.

### Time and Labor Required

32. During the Interim Compensation Period, the Committee relied heavily on the experience and expertise of Stout when dealing with the matters described herein. During the Interim Compensation Period, Stout expended 820.60 hours in providing the requested professional services. Stout's hourly billing rates are competitive with other valuation experts.

### Necessity of Stout's Services

33. This bankruptcy case addresses issues that raise complex questions and requires a high level of skill and expertise to efficiently and accurately address. The professional services described herein were performed by Stout to, among other things, analyze and evaluate the potential value of the sexual abuse claims that have been filed in Debtor's Chapter 11 case.

### Experience and Ability of the Professionals

34. Stout has extensive experience in the areas of claims analysis and claim valuation, particularly in the area of sexual abuse claims. The professionals engaged on this matter have provided valuation expertise on other large-scale sexual abuse matters, including educational institutions and not-for-profits.

**Notice**

35. Notice of this application is being given to (a) the Debtor, (b) the Debtor's counsel, (c) the U.S. Trustee, and (d) those parties who have appeared in this case or have requested notice pursuant to Bankruptcy Rule 2002.

**Conclusion**

36. Stout respectfully requests that the Court enter an order, in the form attached hereto as **Exhibit B**, (a) granting the relief requested in this Fee Application; (b) approve interim fees in the total amount of $338,269.50 for services rendered and actual and necessary expenses in the total amount of $1,560.55 incurred in the Chapter 11 case during the Interim Compensation Period; and (c) granting such further relief as is just and proper.

Respectfully submitted,

STOUT RISIUS ROSS, LLC

Dated: October 24, 2024      */s/ Katie McNally*

Katie McNally
1 S. Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: (312) 546-3426

E-mail: kmcnally@stout.com

Valuation Expert for the Official Committee of Unsecured Creditors

14

## Certification

The undersigned, a Managing Director of Stout, certifies that except as otherwise noted elsewhere:

1. She has read this Fee Application.

2. This Fee Application complies with the mandatory provisions of the Guidelines;

3. The fees are billed in accordance with the billing practices described herein, and except as otherwise indicated fall within the Guidelines; and

4. Except to the extent prohibited by the Guidelines, the fees sought herein have been billed in accordance with practices customarily employed by Stout and accepted by Stout's clients.

5. Stout submits that this Fee Application is in compliance with Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Interim Compensation Order, and the Guidelines.

Dated: October 24, 2024
       Chicago, IL

                                                                            */s/ Katie McNally*
                                                                               Katie McNally

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024 a copy of the foregoing Fourth Interim Application for Allowance of Compensation and Reimbursement of Expenses by Stout Risius Ross, LLC (fka The Claro Group, LLC) as Valuation Expert for the Period From February 1, 2023 Through July 31, 2024 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**VIA USPS**
Att: Lisa Passero, CFO
The Diocese of Rochester
1150 Buffalo Road
Rochester, New York 14624

**VIA USPS AND EMAIL**
Att: Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202
Email: sdonato@bsk.com

**VIA USPS AND EMAIL**
Att: Kathleen D. Schmitt
Att: Shannon A. Scott
Office of the United States Trustee
100 State Street, Room 609
Rochester, New York 14614
Email: shannon.scott2@usdoj.gov

**VIA USPS AND EMAIL**
Att: Timothy P. Lyster
The Ad Hoc Parish Committee
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, New York 14604
Email: tlyster@woodsoviatt.com

I further certify that on October 24, 2024, a copy of the foregoing Fourth Interim Application for Allowance of Compensation and Reimbursement of Expenses by Stout Risius Ross, LLC (fka The Claro Group, LLC) as Valuation Expert for the Period From February 1, 2023 Through July 31, 2024 was served via mail or electronic mail to the following:

| Name | Address Line 1 | Address Line 2 | Address Line 3 | Address Line 4 | City | State | Postal Code | Email |
|---|---|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O KELNER & KELNER | ATTN: BRIAN P. HURLEY | 7 WORLD TRADE CENTER | 250 GREENWICH STREET, SUITE 2700 | NEW YORK | NY | 10007 | BHURLEY@KELNERLAW.COM |
| KEYBANK, N.A. | ATTN: BANKRUPTCY DEPT | 4910 TIEDEMAN ROAD | | | BROOKLYN | OH | 44144 | |
| BISHOP EMERITUS MATTHEW CLARK AND ST. BERNARD'S SCHOOL OF THEOLOGY | C/O ADAMS LECLAIR LLP | ATTN: PAUL LECLAIR & MARY JO S. KORONA | FIRST FEDERAL PLAZA | 28 E. MAIN STREET, SUITE #1500 | ROCHESTER | NY | 14614 | |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER, CAMP STELLA MARIS OF LIVONIA, N.Y., CATHOLIC YOUTH ORGANIZATION AND ST. JOSEPH'S VILLA | C/O WARD GREENBERG HELLER & REIDY LLP | ATTN: ERIC J. WARD & KATERINA M. KRAMARCHYK | 1800 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 | KKRAMARCHYK@WARDGREENBERG.COM |
| CVA CLAIMANTS | C/O WELLER, GREEN, TOUPS & TERRELL, LLP | ATTN: MITCHELL A. TOUPS | PO BOX 350 | | BEAUMONT | TX | 77704 | matoups@wgttlaw.com |
| CVA CLAIMANTS | C/O BANSBACH LAW P.C. | ATTN: JOHN M. BANSBACH | 31 ERIE CANAL DRIVE | SUITE A | ROCHESTER | NY | 14626 | ibansbach@bansiaw.com |
| NEW YORK STATE DEPARTMENT OF LABOR | ATTN: MARTA COLE | GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS | BUILDING #12 | ROOM 256 | ALBANY | NY | 12240 | BANKRUPTCY@LABOR.NY.GOV |
| JPMORGAN CHASE | ATTN: SARAH CORNELL, BRANCH MANAGER | 2130 CHILI AVENUE | | | ROCHESTER | NY | 14624 | |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O PARKER, HUDSON, RAINER & DOBBS LLP | ATTN: HARRIS B. WINSBERG AND MATTHEW G. ROBERTS | 303 PEACHTREE ST NE | SUITE 3600 | ATLANTA | GA | 30308 | HWINSBERG@PHRD.COM; MROBERTS@PHRD.COM |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O WHITE AND WILLIAMS LLP | ATTN: JON T. POWERS AND SIOBHAIN P. MINAROVICH | 7 TIMES SQUARE, SUITE 2900 | 1459 BROADWAY | NEW YORK | NY | 10036 | paul.gorfinkel@rivkin.com |
| CVA CLAIMANTS | C/O MORGENSTERN DEVOESICK PLLC | ATTN: MAURA G. MCGUIRE | 1080 PITTSFORD VICTOR RD. | SUITE 200 | PITTSFORD | NY | 14534 | MMCGUIRE@MORGDEVO.COM |
| BISHOP EMERITUS MATTHEW H. CLARK | C/O ADAMS LECLAIR LLP | ATTN: MARY JO S. KORONA | 28 E. MAIN STREET | SUITE 1500 | ROCHESTER | NY | 14614 | MKORONA@ADAMSLECLAIR.LAW |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER, CAMP STELLA MARIS OF LIVONIA, N.Y., CATHOLIC YOUTH ORGANIZATION AND ST. JOSEPH'S VILLA | C/O BOYLAN CODE LLP | ATTN: DEVIN LAWTON PALMER & CHRISTOPHER K. WERNER | 145 CULVER ROAD, SUITE 100 | | ROCHESTER | NY | 14620 | DPALMER@BOYLANCODE.COM |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I | NIAGARA CENTER, 2ND FLOOR | 130 S. ELMWOOD AVENUE | | BUFFALO | NY | 14202 | |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 | |
| M&T BANK | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 | GGRABER@HODGSONRUSS.COM |
| JACK T. BRAND, AND OTHER CREDITORS | C/O TREVETT CRISTO | ATTN: MELANIE S. WOLK | 2 STATE STREET, SUITE 1000 | | ROCHESTER | NY | 14614 | MWOLK@TREVETTCRISTO.COM; RKIERNAN@TREVETTCRITO.COM |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: MICHAEL G. FINNEGAN & ELIN M. LINDSTROM | 366 JACKSON STREET | SUITE 100 | ST. PAUL | MN | 55101 | MIKE@ANDERSONADVOCATES.COM; ELIN@ANDERSONADVOCATES.COM |
| DEMOCRAT AND CHRONICLE | C/O GREENBERG TAURIG, LLP | ATTN: MICHAEL J. GRYGIEL | 54 STATE STREET | 6TH FLOOR | ALBANY | NY | 12207 | |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN | 100 STATE STREET | SUITE 6 | BOSTON | MA | 02109 | mgarabedian@garabedianlaw.com |
| MANUFACTURERS AND TRADERS TRUST COMPANY | ATTN: PHILIP SMITH, SENIOR VICE PRESIDENT | 1 M&T PLAZA | | | BUFFALO | NY | 14203 | |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER | OFFICE OF SELF-INSURANCE | 328 STATE STREET | | SCHENECTADY | NY | 12305 | |
| M&T BANK | ATTN: ESKINDER TEFERA | ONE FOUNTAIN PLAZA | 9TH PLAZA | | BUFFALO | NY | 14202 | |
| US DEPARTMENT OF LABOR | FEDERAL BUILDING | 100 STATE STREET | SUITE 4190 | | ROCHESTER | NY | 14614 | |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW, LLC | ATTN: KATHLEEN R. THOMAS | 1 WORLD TRADE CTR | FL 85 | NEW YORK | NY | 10007-0103 | KAT@TLCLAWLLC.COM |
| CVA CLAIMANTS | C/O SEGAR & SCIORTINO PLLC | ATTN: STEPHEN A. SEGAR | 400 MERIDIAN CENTRE, SUITE 320 | | ROCHESTER | NY | 14618 | |
| JAMES VERNON & WEEKS, P.A. | ATTN: LEANDER L. JAMES | 20 VESEY STREET | 7TH FLOOR | | NEW YORK | NY | 10007 | FIRM@JVWLAW.NET |
| M&T BANK | PO BOX 844 | | | | BUFFALO | NY | 14240-0844 | |
| OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER | SUITE 300A | 350 MAIN STREET | | BUFFALO | NY | 14202 | |
| MONROE COUNTY | C/O LIPPES MATHIAS LLP | ATTN: JOHN A. MUELLER | 50 FOUNTAIN PLAZA, SUITE 1700 | | BUFFALO | NY | 14202-2216 | JMUELLER@LIPPES.COM |
| AMARYLLIS FIGUEROA | C/O MCCONVILLE, CONSIDINE, COOMAN & MORIN, PC | ATTN: LUCIEN A. MORIN, II | 300 MERIDIAN CENTRE BLVD | STE 110 | ROCHESTER | NY | 14618-3984 | LMORIN@MCCMLAW.COM |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY MARC HERMAN | 1800 NORTH MILITARY TRAIL | SUITE 160 | BOCA RATON | FL | 33431 | |
| CVA CLAIMANTS | C/O LEVIN SEDRAN & BERMAN | ATTN: DANIEL LEVIN | 510 WALNUT STREET | SUITE 500 | PHILADELPHIA | PA | 19106 | dlevin@lfsblaw.com |
| DONNA OPPEDISAND AND KATHLEEN ISRAEL | C/O JARROD W. SMITH, ESQ., PLLC | ATTN: JARROD W. SMITH | 11 SOUTH MAIN STREET | PO BOX 173 | JORDAN | NY | 13080 | JARRODSMITHLAW@GMAIL.COM |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON & MICHAEL RECK | 55 W 39TH ST | RM 1101 | NEW YORK | NY | 10018-3811 | JEFF@ANDERSONADVOCATES.COM |
| CVA CLAIMANTS | C/O THE MENEO LAW GROUP | ATTN: RON MICHAEL MENEO | 157 CHURCH ST | FL 19 | NEW HAVEN | CT | 06510-2100 | RMM@MENEOLAWGROUP.COM |
| CVA CLAIMANTS | C/O FREESE & GOSS | ATTN: TIM K. GOSS AND PETER DE LA CERDA | 3500 MAPLE AVE. | SUITE 1100 | DALLAS | TX | 75219 | TIM@FREESEANDGOSS.COM; PETER@FREESEANDGOSS.COM |
| CVA CLAIMANTS | C/O ANDREOZZI & ASSOCIATES, P.C. | ATTN: NATHANIEL L. FOOTE | 4503 N FRONT ST | | HARRISBURG | PA | 17110-1708 | |
| ST. BERNARD'S SCHOOL OF THEOLOGY AND MINISTRY | C/O ADAMS LECLAIR LLP | ATTN: PAUL L. LECLAIR | 28 E. MAIN STREET | SUITE 1500 | ROCHESTER | NY | 14614 | pleclair@adamsleclair.law |
| CVA CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JOHN MERSON AND JORDAN MERSON | 950 3RD AVE | STE 1800 | NEW YORK | NY | 10022-2897 | jmerson@mersonlaw.com |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: MICHAEL RECK | 55 WEST 39TH STREET | 11TH FLOOR | NEW YORK | NY | 10018 | MRECK@ANDERSONADVOCATES.COM |
| CVA CLAIMANTS | C/O HOROWITZ LAW | ATTN: ADAM HOROWITZ & JESSICA ARBOUR | 110 EAST BROWARD BOULEVARD | SUITE 1530 | FT. LAUDERDALE | FL | 33301 | ADAM@ADAMHOROWITZLAW.COM; amy@adamhorowitzlaw.com |
| WILMINGTON TRUST, A DIVISION OF M&T BANK | ATTN: CHRISTINE G. COTTON, ASST. VICE PRESIDENT | 285 DELAWARE AVENUE | 3RD FLOOR | | BUFFALO | NY | 14202 | |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 | |
| AB 1 DOE | C/O LAW OFFICES OF STEPHEN BOYD & JOHN ELMORE | ATTN: STEPHEN BOYD | 2969 MAIN ST | | BUFFALO | NY | 14214-1003 | SBOYD@STEVEBOYD.COM |
| CVA CLAIMANTS | C/O LAW OFFICE OF RONALD R. BENJAMIN | ATTN: RONALD R. BENJAMIN | 126 RIVERSIDE DRIVE | PO BOX 607 | BINGHAMTON | NY | 13902 | ronbenjaminlaw@stny.rr.com |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG | ATTN: SAMANTHA A. BREAKSTONE | 700 BROADWAY | | NEW YORK | NY | 10003 | SBREAKSTONE@WEITZLUX.COM |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY M. HERMAN | 434 W. 33RD STREET, PENTHOUSE | | NEW YORK | NY | 10001 | |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: MICHAEL T. PFAU | COLUMBIA HOUSE | 701 5TH AVE STE 4300 | SEATTLE | WA | 98104-7047 | mymcheater@pcvalaw.com |
| KENNETH G. CUBIOTTI, CVA CLAIMAINTS, AND OTHER CREDITORS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: BRIANNA ESPELAND & LEANDER L. JAMES, IV | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83814 | BRIANNA@JVWLAW.NET; LJAMES@JVWLAW.NET; LUCIA@JVWLAW.NET |
| NEW YORK STATE DEPARTMENT OF LABOR - BUS. SERVICES | ATTN: REGENNA DARRAH | 276 WARING ROAD | ROOM 100 | | ROCHESTER | NY | 14609 | |
| HOLY SEPULCHER CEMETARY | C/O HARTER SECREST & EMERY, LLP | 1600 BAUSCH AND LOMB PL. | | | ROCHESTER | NY | 14604 | |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | 125 EAST JEFFERSON STREET | | SYRACUSE | NY | 13202 | JDOVE@BARCLAYDAMON.COM |
| MANUFACTURERS AND TRADERS TRUST COMPANY | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 | GGRABER@HODGSONRUSS.COM |