UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    THE DIOCESE OF ROCHESTER,           Case No. 19-20905

                                  Debtor.                      Chapter 11 Case

## NOTICE OF FILING OF MODIFIED SIXTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE DIOCESE OF ROCHESTER DATED JANUARY 10, 2025

    **PLEASE TAKE NOTICE** that on December 12, 2024, the Diocese filed and served the Notice of Motion for entry of an order (i) approving the Disclosure Statement; (ii) approving solicitation packages and distribution procedures; (iii) approving the forms of ballots and establishing procedures for voting on the Joint Amended Plan; (iv) approving the form, manner, and scope of confirmation notices; (v) establishing certain deadlines in connection with approval of the Disclosure Statement and confirmation of the Joint Amended Plan; and (vi) granting related relief (the "Disclosure Statement Motion") [Docket No. 2861] setting a hearing to consider the Disclosure Statement Motion for **February 11, 2025 at 11:00 a.m. (prevailing Eastern time)**.

    **PLEASE TAKE FURTHER NOTICE** that The Diocese of Rochester (the "Diocese") hereby files the *Modified Sixth Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester Dated January 10, 2025* [Docket No. 2887] (as it may be amended, modified or supplemented from time to time, the "Modified Joint Plan").

    **PLEASE TAKE FURTHER NOTICE** that the Diocese hereby files the *Disclosure Statement in Support of Modified Sixth Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester Dated January 10, 2025* [Docket No. 2888] (the "Disclosure Statement").

    **PLEASE TAKE FURTHER NOTICE**, that a copy of the Disclosure Statement Motion, the Disclosure Statement and the Modified Joint Plan may be obtained from the Clerk's Office, United States Bankruptcy Court for the Western District of New York, Rochester Division, via the Court's electronic case management system at https://ecf.nywb.uscourts.gov, by visiting https://case.stretto.com/rochesterdiocese/docket, by calling 855.347.3773, or by written request to the Diocese's undersigned counsel.

1

19058092.v1
Case 2-19-20905-PRW, Doc 2889, Filed 01/10/25, Entered 01/10/25 16:30:06, Description: Main Document , Page 1 of 2

Dated: January 10, 2025  Respectfully submitted,
      Syracuse, New York

**BOND, SCHOENECK & KING, PLLC**

By:   /s/ Stephen A. Donato
      Stephen A. Donato, Esq.
      Charles J. Sullivan, Esq.
      Grayson T. Walter, Esq.
      Office and Post Office Address:
      110 West Fayette Street
      One Lincoln Center
      Syracuse, New York 13202-1355
      Telephone: (315) 218-8000
      Facsimile: (315) 218-8100
      Email: donatos@bsk.com
            sullivc@bsk.com
            walterg@bsk.com

*Counsel to The Diocese of Rochester*

2

19058092.v1
Case 2-19-20905-PRW, Doc 2889, Filed 01/10/25, Entered 01/10/25 16:30:06, Description: Main Document , Page 2 of 2