**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On January 22, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Interstate Fire and Casualty Company and National Surety Corporation, c/o White and Williams LLP, Attn: Jon T. Powers and Siobhain P. Minarovich at 810 7th Ave, Fl 5, New York, NY 10019-5876, pursuant to USPS forwarding instructions:

- **Notice of Motion for Entry of an Order (I) Declaring that Continuation of Certain CVA Actions by Plaintiff J.O. is Prohibited by the Automatic Stay and (II) Declaring Post-Petition Actions Void** (Docket No. 2875)

Dated: January 23, 2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
TeamRochDiocese@stretto.com