| | |
|---|---|
| In re: | Case No. 19-20905-PRW |
| The Diocese of Rochester | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 12 |
| Date Rcvd: Jan 21, 2025 | Form ID: pdforder | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |
| pr | + Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com |
| Adam P. Haberkorn | |

| | |
|---|---|
| Adam P. Haberkorn | on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |
| | on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |
| Amy Keller | on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com |
| Andrew Mina | on behalf of Interested Party London Market Insurers amina@duanemorris.com |
| Annette Rolain | on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com bkfilings@ruggerilaw.com |
| Beth Ann Bivona | on behalf of Notice of Appearance Creditor Continental Insurance Company bbivona@barclaydamon.com dstanz@barclaydamon.com;avrooman@barclaydamon.com;esqbb1@gmail.com |
| Beth Ann Bivona | on behalf of Interested Party Continental Insurance Company bbivona@barclaydamon.com dstanz@barclaydamon.com;avrooman@barclaydamon.com;esqbb1@gmail.com |
| Betty Luu | on behalf of Interested Party London Market Insurers bluu@duanemorris.com |
| Brian Micic | on behalf of Defendant Tenecom Limited brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant Certain London Market Companies brian.micic@clydeco.us |
| Brian Micic | on behalf of Interested Party HDI Global Specialty SE brian.micic@clydeco.us |
| Brian Micic | on behalf of Interested Party Certain Underwriters at Lloyd's London brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant Certain Underwriters at Lloyd's London brian.micic@clydeco.us |
| Brian Micic | on behalf of Interested Party London Market Insurers brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant The Dominion Insurance Company Limited brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant HDI Global Specialty SE brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant Markel International Insurance Company Limited brian.micic@clydeco.us |
| Brianna M Espeland | on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net |
| Brianna M Espeland | on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net |
| Brittany Mitchell Michael | on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Brittany Mitchell Michael | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Camille W. Hill | on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Carol Dupre | caroldopray61@yahoo.com |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |

Catalina Sugayan
 on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
 on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
 on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
 on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
 on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
 on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
 on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
 on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catherine Beideman Heitzenrater
 on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com

Charles Edwin Jones
 on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
 on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
 on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
 on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
 on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
 on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan
 on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
 on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
 on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
 on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Christopher K. Werner
 on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester cwerner@boylancode.com kbellis@boylancode.com

Christopher K. Werner
 on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia cwerner@boylancode.com kbellis@boylancode.com

Craig Goldblatt
 on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com

Craig Goldblatt
 on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com

Danielle Spinelli
 on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
 on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David C. Christian, II
 on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
    on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David D. MacKnight
    on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com

Deola T. Ali
    on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com
    dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com
    dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
    on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Dirk C. Haarhoff
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
    on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com
    therese@andersonadvocates.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Garry M. Graber
    on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com
    mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney
    on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney
    on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter
    on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
    on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald
    on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com cfreeman@bsk.com

Harris Winsberg
    on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg

| | |
|---|---|
| | on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com |
| Harris Winsberg | |
| | on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com |
| Iain A.W. Nasatir | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ilan D Scharf | |
| | on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com |
| Ingrid S. Palermo | |
| | on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com  kdoner@bsk.com;aparris@bsk.com |
| Isley Markman Gostin | |
| | on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com |
| Isley Markman Gostin | |
| | on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com |
| James I. Stang | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com |
| James K.T. Hunter | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com |
| James Pio Ruggeri | |
| | on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com |
| James R Marsh | |
| | on behalf of Creditor 31 Claimants jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor S. B. jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor S.B. jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor M.G. jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor R.O. jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor Claimant MM jamesmarsh@marsh.law |
| James R Murray | |

James R Murray
  on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com edocketing@blankrome.com
  on behalf of Special Counsel Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter
  on behalf of Special Counsel Blank Rome LLP james.carter@blankrome.com

Jarrod W. Smith
  on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W. Smith
  on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W. Smith
  on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W. Smith
  on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jason P. Amala
  on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com

Jeff Kahane
  on behalf of Interested Party London Market Insurers jkahane@duanemorris.com

Jeffrey Austin Dove
  on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
  on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
  on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
  on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey D. Eaton
  on behalf of Debtor The Diocese of Rochester jeaton@bsk.com kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com

Jeffrey M Dine
  on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
  on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
  on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com

Jesse Bair
  on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com

Jesse Bair
  on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com kdempski@burnsbair.com

John Bucheit
  on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit
  on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
  on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
  on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John A. Mueller
  on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com

Jon Travis Powers
  on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com

Jon Travis Powers
  on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com

| | |
|---|---|
| | travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com |
| Jon Travis Powers | on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com |
| Jon Travis Powers | on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com |
| Joshua D Weinberg | on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com |
| Judith Treger Shelton | on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com |
| Judith Treger Shelton | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com |
| Judith Treger Shelton | on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com |
| Kaitlin M. Calov | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Kaitlin M. Calov | on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Kaitlin M. Calov | on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Karen B. Dine | on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com |
| Karen B. Dine | on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com |
| Kathleen Thomas | on behalf of Creditor J. O. kat@tlclawllc.com |
| Kathleen Thomas | on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com |
| Kathleen Thomas | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com |
| Kathleen Dunivin Schmitt | USTPRegion02.RO.ECF@USDOJ.GOV |
| Kelly McNamee | on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com |
| Lauren Lifland | on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com |
| Leander Laurel James, IV | on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |

| | |
|---|---|
| | on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Lee E. Woodard | |
| | on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com |
| Lucas B. Franken | |
| | on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com mfilomeno@pcvalaw.com |
| Lucien A. Morin, II | |
| | on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com |
| Mark Bruh | |
| | on behalf of Assistant U.S. Trustee Kathleen Dunivin Schmitt mark.bruh@usdoj.gov |
| Mark Bruh | |
| | on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov |
| Mark D. Plevin | |
| | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | |
| | on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | |
| | on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mary Jo Korona | |
| | on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com |
| Matthew Roberts | |
| | on behalf of Defendant National Surety Corporation mroberts@phrd.com |
| Matthew Roberts | |
| | on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com |
| Matthew Roberts | |
| | on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com |
| Matthew Roberts | |
| | on behalf of Interested Party National Surety Corporation mroberts@phrd.com |
| Matthew Griffin Merson | |
| | on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com |
| Matthew John Obiala, I | |
| | on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us |
| Matthew Michael Weiss | |
| | on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com |
| Matthew Michael Weiss | |
| | on behalf of Interested Party National Surety Corporation mweiss@phrd.com |
| Melanie Wolk | |
| | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com |
| Michael Finnegan | |
| | on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | |
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | |
| | on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com |

Michael Watson
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com

Michael Watson
    on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com

Michael A. Weishaar
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com
    r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Michael J Grygiel
    on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com,
    alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com

Michael J. Wegman
    on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia mwegman@boylancode.com
    kbellis@boylancode.com;mwood@boylancode.com

Michael J. Wegman
    on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester mwegman@boylancode.com
    kbellis@boylancode.com;mwood@boylancode.com

Miranda Turner
    on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com

Miranda Turner
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company
    of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com

Miranda Turner
    on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com

Miranda Turner
    on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com

Mitchell Garabedian
    on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com

Mohammad Tehrani
    on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan W. Reinhardt
    on behalf of Interested Party London Market Insurers nreinhardt@duanemorris.com

Nathaniel Foote
    on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote
    on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Nathaniel Foote
    on behalf of Creditor claimants CC151 CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311
    nate@vca.law

Paul L. Leclair
    on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law
    arichardson@adamsleclair.law

Peter Garthwaite
    on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com

Peter Garthwaite

| | |
|---|---|
| | on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com |
| Renee E. Franchi | on behalf of Creditor Thomas David Adams renee@vca.law |
| Robert Drummond | on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com |
| Robert Drummond | on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com |
| Robert P. Arnold | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com |
| Robert P. Arnold | on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com |
| Russell Webb Roten | on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Defendant Interstate Fire & Casualty Company RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Interested Party Interstate Fire and Casualty Company RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Interested Party Certain Underwriters at Lloyd's London RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Interested Party London Market Insurers RWRoten@duanemorris.com |
| Sam A Elbadawi | on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com |
| Samrah Mahmoud | on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com |
| Sara C. Temes | on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor B. M. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor T. G. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor J. F. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor D S sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor J. O. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor John Doe 3 sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com |
| Shannon Anne Scott | on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov |

Shirley S. Cho
    on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich
    on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross
    on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd
    on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen Boyd
    on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato
    on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen G. Schwarz
    on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 480 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 527 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 468 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 557 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 481 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 485 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 274 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 496 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 434 sbross@sssfirm.com

Steve Phillips
    on behalf of Creditor LCVAWCR DOE sphillips@p2law.com

Steve Phillips
    on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com

Steven D. Allison
    on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com

Stuart S. Mermelstein

on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com

Tancred Schiavoni

on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni

on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Terrance Flynn

on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com

Timothy Evanston

on behalf of Interested Party London Market Insurers twevanston@duanemorris.com

Timothy Patrick Lyster

on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com

Timothy W. Burns

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;bcawley@burnsbair.com

Timothy W. Burns

on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;bcawley@burnsbair.com

Timothy W. Burns

on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;bcawley@burnsbair.com

Todd C. Jacobs

on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs

on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs

on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs

on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Victoria Phillips

on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon

on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 283

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  
The Diocese of Rochester, N.Y.,  
        Debtor.

Case No.: 19-20905

Chapter 11

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the *ex parte* motion of Lucas B. Franken, to be admitted, *pro hac vice,* to represent the creditors who are jointly represented by The Marsh Law Firm PLLC and Pfau Cochran Vertetis Amala PLLC (the Marsh/PCVA Claimants)[1] in the above referenced matter, and upon the movant's certification that the movant is a member of good standing of the bar of the State of New York, as well as the bar of the United States District Court – Southern District of New York, United States District Court – Eastern District of New York, and United States District Court – Northern District of New York, it is hereby:

ORDERED, that Lucas B. Franken is admitted to practice, pro hac vice, before this Court for the purposes of representing the creditors jointly represented by The Marsh Law Firm PLLC and Pfau Cochran Vertetis Amala PLLC in the above referenced matter.

Dated: January 21, 2025  
       Rochester, NY

                              /s/  
                        HONORABLE PAUL R. WARREN  
                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The Marsh/PCVA Claimants are survivors of childhood sexual abuse who filed Sexual Abuse Proof of Claim Nos. 225, 313, 197, 210, 443, 207, 276, 454, 201, 246, 204, 280, 205, 214, 371, 382, 196, 320, 381, 444, 314, 250, 272, 203, 206, 396, 195, 322, 200, 442, 446, 213.

1