**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:                                          )
                                                )
                                                )
THE DIOCESE OF ROCHESTER,                        )          Case No. 19-20905-PRW
                                                )          Chapter 11
                                                )
                        Debtor.                  )
                                                )

## NOTICE OF WITHDRAWAL AND

## REQUEST FOR REMOVAL FROM THE COURT'S CM/ECF SYSTEM

**PLEASE TAKE NOTICE,** that the undersigned, Christopher K. Werner, Esq. and Michael

J. Wegman, Esq. of Boylan Code LLP, hereby withdraw their appearance for Catholic Charities of

the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St.

Joseph's Villa, and request that their names, physical address and email address be removed from the

notice lists maintained by such parties and by the Court's CM/ECF System for the above captioned

bankruptcy case.

February // , 2025

_____
Christopher K. Werner, Esq.
Boylan Code LLP
145 Culver Rd
Rochester, NY 14620
Telephone 585-232-5300
cwerner@boylancode.com

February || , 2025

_____
Michael J. Wegman, Esq.
Boylan Code LLP
145 Culver Rd
Rochester, NY 14620
Telephone 585-232-5300
mwegman@boylancode.com