UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,   Bankruptcy Case No. 19-20905-PRW
                            Chapter 11
                Debtor.

**DECISION AND ORDER
DENYING CNA's *EX PARTE* MOTION
SEEKING TO FILE, UNDER SEAL, A PROPOSED
"EMERGENCY *EX PARTE* MOTION
TO PLACE LIFT STAY MOTION UNDER SEAL"**

PAUL R. WARREN, U.S.B.J.

In the late evening on February 24, 2025, Continental Insurance Company ("CNA") filed an *ex parte* motion requesting that the Court grant an order authorizing CNA to file, under seal, an "Emergency *Ex Parte* Motion to Place Lift Stay Motion Under Seal and for Additional Relief" ("Emergency Motion"). (ECF No. 2964). The proposed Emergency Motion was transmitted to chambers by email and not filed on the docket, presumably for the Court's *in camera* review. CNA argues that, because its proposed Emergency Motion quotes language from the lift-stay motion filed by the Pfau Cochran Vertetis Amala, PLLC law firm (ECF Nos. 2950, 2952, 2954), CNA should be permitted to file its Emergency Motion under seal. (ECF No. 2964 at 2).

The merits of CNA's proposed Emergency Motion are not before the Court at this time, because that motion has not yet been filed under Rule 9018 FRBP. The only issue before the Court is whether CNA should be permitted to file its proposed Emergency Motion under seal.

CNA's request to file its proposed Emergency Motion under seal is **DENIED**. **Should CNA wish to be heard on its proposed Emergency Motion seeking to seal the pending lift-stay motion, the Emergency Motion, together with a notice of motion under Rule 9018 FRBP,**

**must be served and filed not later than 6:00 P.M. (Eastern) on February 25, 2025. The motion will be heard by the Court on March 4, 2025, at 11:00 A.M. (Eastern). Responsive papers, if any, must be served and filed not later than 4:00 P.M. (Eastern) on February 28, 2025. Surreply papers are not permitted.**

    **IT IS SO ORDERED.**

DATED: February 25, 2025             _____/s/_____
        Rochester, New York            HON. PAUL R. WARREN
                                       United States Bankruptcy Judge

2

Case 2-19-20905-PRW, Doc 2968, Filed 02/25/25, Entered 02/25/25 16:32:04, Description: Main Document , Page 2 of 2