United States Bankruptcy Court

Western District of New York

| | |
|---|---|
| In re: | Case No. 19-20905-PRW |
| The Diocese of Rochester | Chapter 11 |
| William K. Harrington | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 12 |
| Date Rcvd: Feb 25, 2025 | Form ID: pdforder | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Bond, Schoeneck & King, PLLC, Attn: Stephen A. Donato, Esq., One Lincoln Center, Syracuse, NY 13202-1306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com |
| Adam P. Haberkorn | |

| | |
|---|---|
| Adam P. Haberkorn | on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |
| | on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |
| Amy Keller | on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com |
| Andrew Mina | on behalf of Interested Party London Market Insurers amina@duanemorris.com |
| Annette Rolain | on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com bkfilings@ruggerilaw.com |
| Beth Ann Bivona | on behalf of Notice of Appearance Creditor Continental Insurance Company bbivona@barclaydamon.com dstanz@barclaydamon.com;avrooman@barclaydamon.com;esqbb1@gmail.com |
| Beth Ann Bivona | on behalf of Interested Party Continental Insurance Company bbivona@barclaydamon.com dstanz@barclaydamon.com;avrooman@barclaydamon.com;esqbb1@gmail.com |
| Betty Luu | on behalf of Interested Party London Market Insurers bluu@duanemorris.com |
| Brian Micic | on behalf of Defendant Tenecom Limited brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant Certain London Market Companies brian.micic@clydeco.us |
| Brian Micic | on behalf of Interested Party HDI Global Specialty SE brian.micic@clydeco.us |
| Brian Micic | on behalf of Interested Party Certain Underwriters at Lloyd's London brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant Certain Underwriters at Lloyd's London brian.micic@clydeco.us |
| Brian Micic | on behalf of Interested Party London Market Insurers brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant The Dominion Insurance Company Limited brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant HDI Global Specialty SE brian.micic@clydeco.us |
| Brian Micic | on behalf of Defendant Markel International Insurance Company Limited brian.micic@clydeco.us |
| Brianna M Espeland | on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net |
| Brianna M Espeland | on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net |
| Brittany Mitchell Michael | on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Brittany Mitchell Michael | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Camille W. Hill | on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Carol Dupre | caroldopray61@yahoo.com |
| Catalina Sugayan | on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |

Catalina Sugayan
    on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
    on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
    on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
    on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
    on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
    on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
    on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
    on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catherine Beideman Heitzenrater
    on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com

Charles Edwin Jones
    on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
    on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan
    on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
    on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
    on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
    on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Craig Goldblatt
    on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com

Craig Goldblatt
    on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com

Danielle Spinelli
    on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
    on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David C. Christian, II
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
    on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David D. MacKnight
    on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com

Deola T. Ali

on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer

on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com
dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer

on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com
dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli

on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Dirk C. Haarhoff

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff

on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff

on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com
therese@andersonadvocates.com

Eric John Ward

on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward

on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward

on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward

on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Garry M. Graber

on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney

on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney

on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter

on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter

on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald

on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com cfreeman@bsk.com

Harris Winsberg

on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg

on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg

on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg

on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg
    on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
    on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir
    on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf
    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ilan D Scharf
    on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

Ingrid S. Palermo
    on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin
    on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
    on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James I. Stang
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri
    on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com

James R Marsh
    on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor S. B. jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor S.B. jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor M.G. jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor R.O. jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Claimant MM jamesmarsh@marsh.law

James R Murray
    on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com edocketing@blankrome.com

James R Murray
    on behalf of Special Counsel Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter
    on behalf of Special Counsel Blank Rome LLP james.carter@blankrome.com

Jarrod W. Smith
 on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W. Smith
 on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W. Smith
 on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W. Smith
 on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jason P. Amala
 on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jason P. Amala
 on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jeff Kahane
 on behalf of Interested Party London Market Insurers jkahane@skarzynski.com

Jeff Kahane
 on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com

Jeffrey Austin Dove
 on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
 on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
 on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
 on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine
 on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
 on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
 on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com

Jesse Bair
 on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com

Jesse Bair
 on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com kdempski@burnsbair.com

John Bucheit
 on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit
 on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
 on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
 on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John A. Mueller
 on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com

Jon Travis Powers
 on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com

Jon Travis Powers
 on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com

Jon Travis Powers

| | |
|---|---|
| | on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com |
| Jon Travis Powers | |
| | on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com travis.powers@leclairryan.com;kimberly.bendzus@leclairryan.com;jill.harris@leclairryan.com;carla.ford@leclairryan.com |
| Joshua D Weinberg | |
| | on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com |
| Judith Treger Shelton | |
| | on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com |
| Judith Treger Shelton | |
| | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com |
| Judith Treger Shelton | |
| | on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com |
| Kaitlin M. Calov | |
| | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Kaitlin M. Calov | |
| | on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Kaitlin M. Calov | |
| | on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Karen B. Dine | |
| | on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com |
| Karen B. Dine | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com |
| Katerina Marie Kramarchyk | |
| | on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | |
| | on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | |
| | on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | |
| | on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com |
| Kathleen Thomas | |
| | on behalf of Creditor J. O. kat@tlclawllc.com |
| Kathleen Thomas | |
| | on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com |
| Kathleen Thomas | |
| | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com |
| Kathleen Dunivin Schmitt | |
| | USTPRegion02.RO.ECF@USDOJ.GOV |
| Kelly McNamee | |
| | on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com |
| Lauren Lifland | |
| | on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com |
| Leander Laurel James, IV | |
| | on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |

| | |
|---|---|
| | on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | |
| | on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Lee E. Woodard | |
| | on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com |
| Lucas B. Franken | |
| | on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com mfilomeno@pcvalaw.com |
| Lucien A. Morin, II | |
| | on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com |
| Mark Bruh | |
| | on behalf of Assistant U.S. Trustee Kathleen Dunivin Schmitt mark.bruh@usdoj.gov |
| Mark Bruh | |
| | on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov |
| Mark D. Plevin | |
| | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | |
| | on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | |
| | on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mary Jo Korona | |
| | on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com |
| Matthew Roberts | |
| | on behalf of Defendant National Surety Corporation mroberts@phrd.com |
| Matthew Roberts | |
| | on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com |
| Matthew Roberts | |
| | on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com |
| Matthew Roberts | |
| | on behalf of Interested Party National Surety Corporation mroberts@phrd.com |
| Matthew Griffin Merson | |
| | on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com |
| Matthew John Obiala, I | |
| | on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us |
| Matthew Michael Weiss | |
| | on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com |
| Matthew Michael Weiss | |
| | on behalf of Interested Party National Surety Corporation mweiss@phrd.com |
| Melanie Wolk | |
| | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com |
| Michael Finnegan | |
| | on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | |
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | |
| | on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Watson | |
| | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com |

| | |
|---|---|
| Michael Watson | on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com |
| Michael A. Weishaar | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com |
| Michael J Grygiel | on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com, alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com |
| Miranda Turner | on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com |
| Miranda Turner | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com |
| Miranda Turner | on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com |
| Miranda Turner | on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com |
| Mitchell Garabedian | on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com |
| Mohammad Tehrani | on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com |
| Nathan W. Reinhardt | on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com |
| Nathan W. Reinhardt | on behalf of Interested Party Certain Underwriters at Lloyd's London nreinhardt@skarzynski.com |
| Nathaniel Foote | on behalf of Creditor Thomas David Adams nate@vca.law |
| Nathaniel Foote | on behalf of Attorney Nathaniel Lucas Foote nate@vca.law |
| Nathaniel Foote | on behalf of Creditor claimants CC151 CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law |
| Paul L. Leclair | on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law |
| Peter Garthwaite | on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com |
| Peter Garthwaite | on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com |
| Renee E. Franchi | on behalf of Creditor Thomas David Adams renee@vca.law |
| Robert Drummond | on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com |

Robert Drummond
    on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com

Robert P. Arnold
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Robert P. Arnold
    on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Russell Webb Roten
    on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com

Russell Webb Roten
    on behalf of Defendant Interstate Fire & Casualty Company RWRoten@duanemorris.com

Russell Webb Roten
    on behalf of Interested Party Interstate Fire and Casualty Company RWRoten@duanemorris.com

Sam A Elbadawi
    on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com

Samrah Mahmoud
    on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com

Sara C. Temes
    on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott Michael Duquin
    on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor B. M. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor T. G. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. F. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D S sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. O. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor John Doe 3 sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho
    on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich
    on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

Siobhain Patricia Minarovich
on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross
on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd
on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen Boyd
on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato
on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen G. Schwarz
on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 480 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 527 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 468 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 481 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 557 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 485 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 274 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 496 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 434 sbross@sssfirm.com

Steve Phillips
on behalf of Creditor LCVAWCR DOE sphillips@p2law.com

Steve Phillips
on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com

Steven D. Allison
on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com

Stuart S. Mermelstein
on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com

Tancred Schiavoni
on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni
on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Terrance Flynn
on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com

Timothy Evanston

| | |
|---|---|
| Timothy Evanston | on behalf of Interested Party London Market Insurers tevanston@skarzynski.com |
| | on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com |
| Timothy Patrick Lyster | on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com mjohnstone@woodsoviatt.com |
| Timothy W. Burns | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;bcawley@burnsbair.com |
| Timothy W. Burns | on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;bcawley@burnsbair.com |
| Timothy W. Burns | on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;bcawley@burnsbair.com |
| Todd C. Jacobs | on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com |
| Victoria Phillips | on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com |
| William Henry Gordon | on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com |

TOTAL: 280

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

   The Diocese of Rochester,                   Bankruptcy Case No. 19-20905-PRW
                                                                     Chapter 11
                       Debtor.

_____

**DECISION AND ORDER
DENYING CNA's *EX PARTE* MOTION
SEEKING TO FILE, UNDER SEAL, A PROPOSED
"EMERGENCY *EX PARTE* MOTION
TO PLACE LIFT STAY MOTION UNDER SEAL"**

PAUL R. WARREN, U.S.B.J.

      In the late evening on February 24, 2025, Continental Insurance Company ("CNA") filed an *ex parte* motion requesting that the Court grant an order authorizing CNA to file, under seal, an "Emergency *Ex Parte* Motion to Place Lift Stay Motion Under Seal and for Additional Relief" ("Emergency Motion"). (ECF No. 2964). The proposed Emergency Motion was transmitted to chambers by email and not filed on the docket, presumably for the Court's *in camera* review. CNA argues that, because its proposed Emergency Motion quotes language from the lift-stay motion filed by the Pfau Cochran Vertetis Amala, PLLC law firm (ECF Nos. 2950, 2952, 2954), CNA should be permitted to file its Emergency Motion under seal. (ECF No. 2964 at 2).

      The merits of CNA's proposed Emergency Motion are not before the Court at this time, because that motion has not yet been filed under Rule 9018 FRBP. The only issue before the Court is whether CNA should be permitted to file its proposed Emergency Motion under seal.

      CNA's request to file its proposed Emergency Motion under seal is **DENIED**. **Should CNA wish to be heard on its proposed Emergency Motion seeking to seal the pending lift-stay motion, the Emergency Motion, together with a notice of motion under Rule 9018 FRBP,**

must be served and filed not later than 6:00 P.M. (Eastern) on February 25, 2025. The motion will be heard by the Court on March 4, 2025, at 11:00 A.M. (Eastern). Responsive papers, if any, must be served and filed not later than 4:00 P.M. (Eastern) on February 28, 2025. Surreply papers are not permitted.

**IT IS SO ORDERED.**

DATED: February 25, 2025 /s/
       Rochester, New York     HON. PAUL R. WARREN
                                    United States Bankruptcy Judge

2

Case 2-19-20905-PRW, Doc 2981, Filed 02/27/25, Entered 02/28/25 00:34:06, Description: Imaged Certificate of Notice, Page 14 of 14