UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On February 27, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Seventh Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester** (Docket No. 2972)

- **Disclosure Statement in Support of Seventh Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester** (Docket No. 2973)

- **Notice of Filing of Redlines** (Docket No. 2974)

- **Notice of Filing of Revised Proposed Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Form of Ballots and Establishing Procedures for Voting on Seventh Amended Joint Plan and Electing to Grant or Withhold Consent to Third-Party Releases; (IV) Approving the Form, Manner and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Seventh Amended Joint Plan; and (VI) Granting Related Relief** (Docket No. 2975)

- **Notice of Filing of Redlined Revised Proposed Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Form of Ballots and Establishing Procedures for Voting on Seventh Amended Joint Plan and Electing to Grant or Withhold Consent to Third-Party Releases; (IV) Approving the Form, Manner and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Seventh Amended Joint Plan; and (VI) Granting Related Relief** (Docket No. 2976)

- **Notice of Filing of Plan Supplement to Seventh Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester Dated February 27, 2025** (Docket No. 2977)

- **Notice of Filing of Redlined Plan Supplement to Seventh Amended Joint Chapter 11 Plan of Reorganization for The Diocese of Rochester Dated February 27, 2025** (Docket No. 2978)

Dated: March 5, 2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
TeamRochDiocese@stretto.com

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AB 1 DOE | C/O LAW OFFICES OF STEPHEN BOYD & JOHN ELMORE | 2969 MAIN ST | ATTN: STEPHEN BOYD | BUFFALO | NY | 14214-1003 |
| AMARYLLIS FIGUEROA | C/O MCCONVILLE CONSIDINE COOMAN & MORIN PC | 300 MERIDIAN CENTRE BLVD STE 110 | ATTN: LUCIEN A MORIN II | ROCHESTER | NY | 14618-3984 |
| BISHOP EMERITUS MATTHEW H. CLARK | C/O ADAMS LECLAIR LLP | 1200 BAUSCH AND LOMB PL | ATTN: MARY JO S KORONA | ROCHESTER | NY | 14604-2708 |
| CATHCHARDOR CAMPSMARIS CYO STJOSEPH | C/O HODGSON RUSS LLP | 1800 BAUSCH & LOMB PL | ATTN: ERIC WARD | ROCHESTER | NY | 14604 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES PA | 366 JACKSON STREET SUITE 100 | ATTN: M FINNEGAN & E LINDSTROM | ST. PAUL | MN | 55101 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW LLC | 1 WORLD TRADE CTR FL 85 | ATTN: KATHLEEN R THOMAS | NEW YORK | NY | 10007-0103 |
| CVA CLAIMANTS | C/O ANDREOZZI + FOOTE | 4503 NORTH FRONT STREET | ATTN: B ANDREOZZI & N FOOTE | HARRISBURG | PA | 17110 |
| CVA CLAIMANTS | C/O BANSBACH LAW PC | 31 ERIE CANAL DRIVE SUITE A | ATTN: JOHN M BANSBACH | ROCHESTER | NY | 14626 |
| CVA CLAIMANTS | C/O FREESE & GOSS | 3500 MAPLE AVE SUITE 1100 | ATTN: T GOSS & P DE LA CERDA | DALLAS | TX | 75219 |
| CVA CLAIMANTS | C/O HERMAN LAW | 1800 NORTH MILITARY TRAIL SUITE 160 | ATTN: JEFFREY MARC HERMAN | BOCA RATON | FL | 33431 |
| CVA CLAIMANTS | C/O HERMAN LAW | 475 5TH AVE 17TH FLOOR | ATTN: J HERMAN & S DUQUIN | NEW YORK | NY | 10017 |
| CVA CLAIMANTS | C/O HOROWITZ LAW | 110 EAST BROWARD BOULEVARD STE 1530 | ATTN: ADAM HOROWITZ & J ARBOUR | FT. LAUDERDALE | FL | 33301 |
| CVA CLAIMANTS | C/O JAMES VERNON & WEEKS PA | 20 VESEY STREET 7TH FLOOR | ATTN: LEANDER L JAMES | NEW YORK | NY | 10007 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES PA | 363 7TH AVE FL 12 | ATTN: J ANDERSON & M RECK | NEW YORK | NY | 10001-3904 |
| CVA CLAIMANTS | C/O KELNER & KELNER | 7 WTC 250 GREENWICH ST STE 2700 | ATTN: BRIAN P HURLEY | NEW YORK | NY | 10007 |
| CVA CLAIMANTS | C/O LAW OFFICE OF RONALD R BENJAMIN | 126 RIVERSIDE DRIVE PO BOX 607 | ATTN: RONALD R BENJAMIN | BINGHAMTON | NY | 13902 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | 100 STATE STREET SUITE 6 | ATTN: MITCHELL GARABEDIAN | BOSTON | MA | 02109 |
| CVA CLAIMANTS | C/O LEVIN SEDRAN & BERMAN | 510 WALNUT STREET SUITE 500 | ATTN: DANIEL LEVIN | PHILADELPHIA | PA | 19106 |
| CVA CLAIMANTS | C/O MERSON LAW PLLC | 950 3RD AVE STE 1800 | ATTN: JOHN MERSON AND JORDAN MERSON | NEW YORK | NY | 10022-2897 |
| CVA CLAIMANTS | C/O MORGENSTERN DEVOESICK PLLC | 1080 PITTSFORD VICTOR RD SUITE 200 | ATTN: MAURA G MCGUIRE | PITTSFORD | NY | 14534 |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | COLUMBIA HOUSE 701 5TH AVE STE 4300 | ATTN: MICHAEL T PFAU | SEATTLE | WA | 98104-7047 |
| CVA CLAIMANTS | C/O SEGAR & SCIORTINO PLLC | 400 MERIDIAN CENTRE SUITE 320 | ATTN: STEPHEN A SEGAR | ROCHESTER | NY | 14618 |
| CVA CLAIMANTS | C/O THE MENEO LAW GROUP | 157 CHURCH ST FL 19 | ATTN: RON MICHAEL MENEO | NEW HAVEN | CT | 06510-2100 |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG | 700 BROADWAY | ATTN: S BREAKSTONE & J KRISTAL | NEW YORK | NY | 10003 |
| CVA CLAIMANTS | C/O WELLER GREEN TOUPS & TERRELL LLP | PO BOX 350 | ATTN: MITCHELL A TOUPS | BEAUMONT | TX | 77704 |
| DEMOCRAT AND CHRONICLE | C/O GREENBERG TAURIG LLP | 54 STATE STREET 6TH FLOOR | ATTN: MICHAEL J GRYGIEL | ALBANY | NY | 12207 |
| DONNA OPPEDISANO & KATHLEEN ISRAEL | C/O JARROD W SMITH ESQ PLLC | 11 SOUTH MAIN STREET PO BOX 173 | ATTN: JARROD W SMITH | JORDAN | NY | 13080 |
| HOLY SEPULCHER CEMETARY | C/O HARTER SECREST & EMERY LLP | 1600 BAUSCH AND LOMB PL | | ROCHESTER | NY | 14604 |
| INTERNAL REVENUE SERVICE | ATTN: LEGAL DEPT | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I | 130 S ELMWOOD AVENUE | NIAGARA CENTER 2ND FLOOR | BUFFALO | NY | 14202 |
| INTERST FIRE & CASCO NATLSURETYCORP | C/O PARKER HUDSON RAINER & DOBBS LLP | 303 PEACHTREE ST NE SUITE 3600 | ATTN: H WINSBERG & M ROBERTS | ATLANTA | GA | 30308 |
| INTERST FIRE & CASCO NATLSURETYCORP | C/O WHITE AND WILLIAMS LLP | 810 7TH AVE FL 5 | ATTN: J POWERS & S MINAROVICH | NEW YORK | NY | 10019-5876 |
| JACK T. BRAND, AND OTHER CREDITORS | C/O TREVETT CRISTO | 500 CANAL VIEW BLVD STE 600 | ATTN: MELANIE S WOLK | ROCHESTER | NY | 14623-2832 |
| JPMORGAN CHASE | ATTN: SARAH CORNELL BRANCH MANAGER | 2130 CHILI AVENUE | | ROCHESTER | NY | 14624 |
| KENNETH G. CUBIOTTI, CVA CLAIMAINTS | C/O JAMES VERNON & WEEKS PA | 1626 LINCOLN WAY | ATTN: B ESPELAND & L JAMES IV | COEUR D'ALENE | ID | 83814 |
| KEYBANK, N.A. | ATTN: BANKRUPTCY DEPT | 4910 TIEDEMAN ROAD | | BROOKLYN | OH | 44144 |
| M&T BANK | ATTN: ESKINDER TEFERA | ONE FOUNTAIN PLAZA 9TH PLAZA | | BUFFALO | NY | 14202 |
| M&T BANK | ATTN: LEGAL DEPT | PO BOX 844 | | BUFFALO | NY | 14240-0844 |
| M&T BANK | C/O HODGSON RUSS LLP | 140 PEARL STREET SUITE 100 | ATTN: GARRY M GRABER | BUFFALO | NY | 14202 |
| MANUFACTURERS AND TRADERS TRUST CO | ATTN: PHILIP SMITH SENIOR VICE PRESIDENT | 1 M&T PLAZA | | BUFFALO | NY | 14203 |
| MANUFACTURERS AND TRADERS TRUST CO | C/O HODGSON RUSS LLP | 140 PEARL STREET SUITE 100 | ATTN: GARRY M GRABER | BUFFALO | NY | 14202 |
| MARSH LAW & PFAU COCHRAN CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | 31 HUDSON YARDS 11TH FLOOR | ATTN: JASON P AMALA | NEW YORK | NY | 10001 |
| MONROE COUNTY | C/O LIPPES MATHIAS LLP | 50 FOUNTAIN PLAZA SUITE 1700 | ATTN: JOHN A MUELLER | BUFFALO | NY | 14202-2216 |
| NEW YORK ST DEPT OF LABOR BUS SVCS | ATTN: REGENNA DARRAH | 276 WARING ROAD ROOM 100 | | ROCHESTER | NY | 14609 |
| NEW YORK STATE DEPARTMENT OF LABOR | ATTN: MARTA COLE | BUILDING #12 ROOM 256 | GOV WA HARRIMAN ST OFFICEBLDGCAMPUS | ALBANY | NY | 12240 |
| NYS DEPT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | ALBANY | NY | 12205-0300 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN PRINCIPAL WORKERS' COMP EXAMINER | 328 STATE STREET | OFFICE OF SELF-INSURANCE | SCHENECTADY | NY | 12305 |
| OFFICE OF THE ATTORNEY GENERAL | ATTN: LEGAL DEPT | 350 MAIN STREET SUITE 300A | MAIN PLACE TOWER | BUFFALO | NY | 14202 |
| OFFICE OF UST FOR THE WDNY | ATTN: KATHLEEN D SCHMITT | 100 STATE STREET ROOM 6090 | | ROCHESTER | NY | 14614 |
| OFFICE OF UST FOR THE WDNY | ATTN: WILLIAM K HARRINGTON | 201 VARICK ST SUITE 1006 | | NEW YORK | NY | 10014 |
| STBERNARDS SCH OF THEOLOGY&MINISTRY | C/O ADAMS LECLAIR LLP | 1200 BAUSCH AND LOMB PL | ATTN: PAUL L LECLAIR | ROCHESTER | NY | 14604-2708 |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | 1900 BAUSCH & LOMB PLACE | ATTN: TIMOTHY P LYSTER | ROCHESTER | NY | 14604 |
| THE CONTINENTAL INSURANCE COMPANY | C/O BARCLAY DAMON LLP | 125 EAST JEFFERSON STREET | ATTN: JEFFREY A DOVE | SYRACUSE | NY | 13202 |
| THE DIOCESE OF ROCHESTER | ATTN: LISA M PASSERO CHIEF FINANCIAL OFFICER | 1150 BUFFALO ROAD | | ROCHESTER | NY | 14624 |
| UNSECURED CREDITORS COMMITTEE | C/O PACHULSKI STANG ZEIEHL & JONES LLP | 10100 SANTA MONICA BLVD 13TH FL | ATTN: J STANG & I NASATIR | LOS ANGELES | CA | 90067-4003 |
| UNSECURED CREDITORS COMMITTEE | C/O PACHULSKI STANG ZIEHL & JONES LLP | 780 THIRD AVENUE 34TH FLOOR | ATTN: STANG SCHARF MICHAEL K&J DINE | NEW YORK | NY | 10017-2024 |
| US ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 100 STATE STREET SUITE 500 | | ROCHESTER | NY | 14614 |
| US DEPARTMENT OF LABOR | ATTN: LEGAL DEPT | 100 STATE STREET SUITE 4190 | FEDERAL BUILDING | ROCHESTER | NY | 14614 |
| US TRUSTEE | ADDRESS REDACTED | | | | | |
| WILMINGTON TRUST A DIV OF M&T BANK | ATTN: CHRISTINE G COTTON ASST VICE PRESIDENT | 285 DELAWARE AVENUE 3RD FLOOR | | BUFFALO | NY | 14202 |