UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Rochester for the Period January 1, 2025 Through January 31, 2025*, a copy of which is attached hereto and hereby served upon you. In addition, Blank Rome has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its January 2025 invoice in text format.

Dated: March 6, 2025    BLANK ROME LLP

By  /s/ James R. Murray
   James R. Murray
   1825 Eye Street NW
   Washington, DC 20006
   Telephone: (202) 420-3409
   Email: jmurray@blankrome.com

   *Special Insurance Counsel*
   *for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF ROCHESTER FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 27, 2019 [Docket No. 300] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | January 1, 2025 through January 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $5,984.05 ($4,787.24) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ___ quarterly ___ final application.

This is Blank Rome LLP's sixty-second monthly fee statement in this case.



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ▮

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCHESTER | INVOICE DATE: FEBRUARY 24, 2025 |
| ATTN: LISA M. PASSERO | CLIENT ID: 156954 |
| CHIEF FINANCIAL OFFICER | MATTER NUMBER: 156954-00601 03348 |
| 1150 BUFFALO ROAD | INVOICE NUMBER: 2259741 |
| ROCHESTER, NY 14624 | |

**REGARDING:** **ROMAN CATHOLIC DIOCESE OF ROCHESTER**
**INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 09/23/2024 | 2224066 | $124.74 | ($99.79) | $24.95 |
| 11/22/2024 | 2239834 | $3,944.71 | ($3,155.77) | $788.94 |
| 01/06/2025 | 2247693 | $6,161.54 | $0.00 | $6,161.54 |
| 01/28/2025 | 2253678 | $144.37 | $0.00 | $144.37 |

**BALANCE FORWARD** $7,119.80

| | |
|---|---|
| FOR LEGAL SERVICES RENDERED THROUGH 1/31/25 | $7,771.50 |
| LESS 23% ACCOMMODATION | ($1,787.45) |
| NET SERVICES | $5,984.05 |

**CURRENT INVOICE TOTAL** $5,984.05

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** $13,103.85

*REMITTANCE*

| | **ACH/WIRE** | **Mail** |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮ | 130 North 18th St |
| ABA Number: | ▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ▮ (International) | |
| | To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments** | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** █████

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCHESTER | INVOICE DATE: FEBRUARY 24, 2025 |
| ATTN: LISA M. PASSERO | CLIENT ID: 156954 |
| CHIEF FINANCIAL OFFICER | MATTER NUMBER: 156954-00601 |
| 1150 BUFFALO ROAD | INVOICE NUMBER: 2259741 |
| ROCHESTER, NY 14624 | PAGE 1 |

**REGARDING:** ROMAN CATHOLIC DIOCESE OF ROCHESTER
INSURANCE ADVICE

**FOR LEGAL SERVICES RENDERED THROUGH JANUARY 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **TASK: 10 LITIGATION** | | | | | |
| 01/07/25 | REVIEW RESPONSE TO DEFENSE COUNSEL REGARDING STAY LIFT AND NOTE COVERAGE TOPICS | J. MURRAY | 10 | 0.90 | 985.50 |
| 01/10/25 | REVIEW SUMMARY OF INTERSTATE CALL REGARDING STAY LIFT AND EFFECT ON PLAN | J. MURRAY | 10 | 0.50 | 547.50 |
| 01/10/25 | EMAIL TO J. MURRAY REGARDING CONFERENCE WITH INTERSTATE AND COMMITTEE | J. CARTER | 10 | 0.30 | 243.00 |
| 01/10/25 | CONFERENCE WITH INTERSTATE REGARDING PLAN AND DISCLOSURE STATEMENT | J. CARTER | 10 | 0.50 | 405.00 |
| 01/10/25 | PREPARE FOR CONFERENCE WITH INTERSTATE REGARDING PLAN AND DISCLOSURE STATEMENT | J. CARTER | 10 | 0.90 | 729.00 |
| 01/27/25 | REVIEW CNA ALLOCATIONS FOR CALL WITH S. DONATO | J. MURRAY | 10 | 1.00 | 1,095.00 |
| 01/27/25 | TELECONFERENCE WITH M. PLEVIN (CNA) REGARDING MEDIATION | J. MURRAY | 10 | 0.10 | 109.50 |
| 01/28/25 | REVIEW CNA ALLOCATIONS FOR CALL WITH CLIENT AND MEDIATOR | J. MURRAY | 10 | 1.00 | 1,095.00 |
| 01/29/25 | CONFERENCE WITH CLIENT AND DEBTOR BANKRUPTCY COUNSEL RELATING TO CLAIMS ANALYSIS | J. CARTER | 10 | 0.30 | 243.00 |
| 01/29/25 | CONFERENCE WITH J. MURRAY RELATING TO INSURANCE CLAIMS MATRIX | J. CARTER | 10 | 0.10 | 81.00 |
| 01/29/25 | PREPARE FOR CONFERENCE WITH CLIENT AND BANKRUPTCY COUNSEL RELATING TO CLAIMS ANALYSIS | J. CARTER | 10 | 0.20 | 162.00 |

**ROMAN CATHOLIC DIOCESE OF ROCHESTER**                                                             **PAGE 2**
**FILE NUMBER: 156954-00601**                                                                **INVOICE # 2259741**
                                                                                                                                     **FEBRUARY 24, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/29/25 | REVIEW CNA ALLOCATIONS AND RESPOND TO MEDIATORS | J. MURRAY | 10 | 0.70 | 766.50 |
| 01/29/25 | TELECONFERENCE WITH BISHOP, S. DONATO AND TEAM REGARDING CNA ISSUES | J. MURRAY | 10 | 0.40 | 438.00 |
| 01/31/25 | REVIEW REPORT ON ORDER REGARDING APPLICATION OF AUTOMATIC STAY TO STATE COURT ACTION | J. CARTER | 10 | 0.10 | 81.00 |
| 01/31/25 | RESPOND TO EMAIL FROM J. MURRAY REGARDING DISCLOSURE STATEMENT HEARING | J. CARTER | 10 | 0.30 | 243.00 |
| 01/31/25 | FOLLOW UP WITH MEDIATORS REGARDING CNA | J. MURRAY | 10 | 0.50 | 547.50 |
| | **TOTALS FOR 10 LITIGATION** | | | **7.80** | **7,771.50** |

| | | |
|---|---|---|
| **TOTAL SERVICES** | | $7,771.50 |
| **LESS 23% ACCOMMODATION** | | ($1,787.45) |
| **NET SERVICES** | | $5,984.05 |

**CURRENT INVOICE TOTAL**                                                                                           **$5,984.05**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| JAMES CARTER | PARTNER | 810.00 | 2.70 | 2,187.00 |
| JAMES MURRAY | PARTNER | 1,095.00 | 5.10 | 5,584.50 |
| **TOTALS** | | | **7.80** | **$7,771.50** |