UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

**In Re:**

The Dicoese of Rochester,

Debtor(s)

Case No.: 2-19-20905-PRW
Chapter: 11

**CONSENT TO SUBSTITUTE ATTORNEY**

The undersigned do hereby consent and agree that Andrew Mina Esq., of *(Law Firm)* Duane Morris LLP, attorney of record for Certain Underwriters at Lloyd's, London, et al. be changed, and that Russell W. Roten, Esq., of *(Law Firm)* Skarzynski Marick & Black LLP be substituted in the place and stead of Andrew Mina, Esq., of *(Law Firm)* Duane Morris LLP as lead attorney of record in the above-captioned matter.

The address, telephone number, and e-mail address of successor attorney:
633 W. Fifth St., 26 Fl., Los Angeles, CA 90071, T: 213.721.0650, rroten@skarzynski.com

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change.

Dated: March 5, 2025

[Signature of Withdrawing attorney]
Andrew Mina     Duane Morris LLP
[Print Attorney Name and Law Firm]

Dated: March 6, 2025

[Signature of Successor attorney]
Russell W. Roten     Skarzynski Marick & Black LLP
[Print Attorney Name and Law Firm]

Dated: 6th March 2025

[Signature of party]
Martin Futter, Esq. on behalf of Certain London Market Insurers*
[Print Name of Party]

Dated: _____

[Signature of party]

[Print Name of Party]

(rev. 5/23)

* The term "London Market Insurers" refers, collectively, to Certain Underwriters at Lloyd's, London, subscribing to policies SL 3209/SL 5227, SL 3675/SLC 5698, and ISL 3090/ICO 4050.