UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bonadio & Co., LLP has filed the *Monthly Fee Statement of Bonadio & Co., LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to The Diocese of Rochester for the Period January 1, 2025 Through February 28, 2025*, a copy of which is attached hereto and hereby served upon you. In addition, Bonadio has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its February 2025 invoice in Excel format.

2

Dated: March 7, 2025                          BONADIO & CO., LLP

                                              By:      /s/ Nancy J. Snyder
                                                   Nancy J. Snyder, CPA
                                                   Bonadio & Co, LLP
                                                   171 Sully's Trail
                                                   Pittsford, New York 14534
                                                   Telephone: (585) 249-2744
                                                   Facsimile: (585) 381-3131
                                                   Email: nsnyder@bonadio.com

                                                   *Accountants for The Diocese of Rochester*

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BONADIO & CO., LLP FOR
COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS
TO THE DIOCESE OF ROCHESTER FOR THE PERIOD
JANUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 27, 2019 [Docket No. 300] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | January 1, 2025 through February 28, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $2,200.00 ($1,760.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ___ quarterly ___ final application.

This is Blank Rome LLP's first monthly fee statement in this case.



# INVOICE

Phone: 877-917-3077
www.bonadio.com

Roman Catholic Diocese of Rochester
Attn: Lisa Passero
1150 Buffalo Road
Rochester, NY 14624-1890

| | |
|---|---|
| **Invoice Date:** | February 28, 2025 |
| **Invoice Number:** | BN413890 |
| **Client Reference:** | CAT002003 |

Professional services rendered in connection with the generation of the 2024 Forms 1099.

| | |
|---|---|
| Total | $2,200.00 |

**Remittance Information:** Please reference client number and invoice number when remitting payment.
All invoices are payable in USD. A 1.5% late fee will be charged if payment is not received Net 45.

| **Remit To** | **ACH Only** | **Client Payment Portal** | **Billing Inquiries** |
|---|---|---|---|
| Bonadio & Co., LLP | Bonadio & Co., LLP | bonadio.com/online-billing | billing@bonadio.com |
| PO Box 657 | Routing | | |
| Buffalo, New York | Account | | |
| 14240-0657 | | | |