UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On March 6, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Rochester for the Period January 1, 2025 Through January 31, 2025** (Docket No. 3002)

Dated: March 13, 2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
TeamRochDiocese@stretto.com

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| LORI LAPIN JONES PLLC | ATTN: LORI LAPIN JONES | 98 CUTTER MILL ROAD | SUITE 255 SOUTH | GREAT NECK | NY | 11021 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR WESTERN DISTRICT OF NY | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | ROCHESTER | NY | 14614 |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH & LOMB PLACE | ROCHESTER | NY | 14604 |
| THE DIOCESE OF ROCHESTER | ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER | 1150 BUFFALO ROAD | | ROCHESTER | NY | 14624 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: J STANG, I SCHARF, B MICHAEL, K DINE, J DINE | 780 THIRD AVENUE, 34TH FLOOR | NEW YORK | NY | 10017-2024 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |