UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>Debtor. | Chapter 11 Case<br><br>Case No. 19-20905 |

**JOINT NOTICE OF HEARING TO CONSIDER**
**PROFESSIONAL FEE APPLICATIONS**

**PLEASE TAKE NOTICE**, that each of (i) Bond, Schoeneck & King, PLLC, counsel for The Diocese of Rochester, (the "Diocese"); (ii) Harris Beach Murtha Cullina PLLC, special counsel for the Diocese; (iii) Blank Rome, LLP, special insurance counsel for the Diocese; (iv) Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured Creditors; (v) Burns Bair LLP, special insurance counsel to the Official Committee of Unsecured Creditors; and (vi) Stout Risius Ross, LLC (f/k/a The Claro Group, LLC), valuation expert for the Official Committee of Unsecured Creditors, have filed applications (each, an "Application") for interim allowance and payment of professional fees and expenses incurred in the above-captioned case. The amounts of fees and expenses requested by the foregoing professionals on an interim basis pursuant to the Applications are as follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC<br>*Counsel for Diocese* | $252,594.85 | $7,562.87 | $260,157.72 | 8/1/24 – 12/31/24 |
| Harris Beach Murtha Cullina PLLC<br>*Special Counsel for Diocese* | $60,615.00 | $3,366.87 | $63,981.87 | 8/1/24 – 12/31/24 |
| Blank Rome, LLP<br>*Special Insurance Counsel for Diocese* | $10,375.36 | $0.00 | $10,375.36 | 8/1/24 – 12/31/24 |
| Pachulski Stang Ziehl & Jones LLP<br>*Counsel for Creditors' Committee* | $349,130.00 | $27,638.04 | $376,768.04 | 8/1/24 – 12/31/24 |

| Burns Bair LLP *Special Insurance Counsel for Creditors' Committee* | $48,434.50 | $1,347.96 | $49,782.46 | 8/1/24 – 12/31/24 |
|---|---|---|---|---|
| Stout Risius Ross, LLC (f/k/a The Claro Group, LLC) *Valuation Expert for Creditors' Committee* | $7,623.00 | $0.00 | $7,623.00 | 8/1/24 – 12/31/24 |

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications will be held telephonically before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York on the **15th day of May, 2025 at 11:00 a.m.**, or as soon thereafter as counsel can be heard by (1) dialing (571) 353−2301; (2) when prompted for the number you wish to dial, dial 808325466#; and (3) when prompted for the security pin, enter 9999#.

**PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Applications, if any, must be filed with the United States Bankruptcy Court Clerk's Office in Rochester, New York and served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato and Charles J. Sullivan); (ii) the Office of the United States Trustee, Federal Office Building, 100 State Street, Rochester, New York 14614 (Attn: Kathleen D. Schmitt); (iii) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, New York 10017 (Attn: Ilan D. Scharf) and (iv) the respective applicant(s) at the address(es) set forth on the attached schedule, **not less than 72 hours prior to the scheduled date and time of the hearing**.

2
21289304.v1
Case 2-19-20905-PRW, Doc 3023, Filed 03/13/25, Entered 03/13/25 17:22:07, Description: Main Document , Page 2 of 4

Dated: March 13, 2025
      Syracuse, New York                  BOND, SCHOENECK & KING, PLLC

                                    By:      /s/ Stephen A. Donato
                                                  Stephen A. Donato, Esq.
                                                  Charles J. Sullivan, Esq.
                                                  Grayson T. Walter, Esq.
                                                  Syracuse, New York 13202
                                                  Tel: (315) 218-8000
                                                  Fax: (315) 218-8100
                                                  Email: sdonato@bsk.com
                                                             csullivan@bsk.com
                                                             gwalter@bsk.com

                                                *Attorneys for The Diocese of Rochester*

# SCHEDULE OF APPLICANTS

**Bond, Schoeneck & King, PLLC**
Attn: Stephen A. Donato
One Lincoln Center
Syracuse, NY 13202

**Blank Rome, LLP**
Attn: James Murray
1825 Eye Street NW
Washington, DC 20006

**Stout Risius Ross, LLC**
**(f/k/a The Claro Group)**
Attn: Katie McNally
1 S. Wacker Drive, 27th Floor
Chicago, IL 60606

**Harris Beach Murtha Cullina PLLC**
Attn: Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, NY 14210

**Pachulski Stang Ziehl & Jones LLP**
Attn: Ilan D. Scharf
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

780 Third Avenue, 34th Floor
New York, NY 10017

**Burns Bair LLP**
Attn: Timothy W. Burns
10 E. Doty Street, Suite 600
Madison, WI 53703-3392