UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                    Debtor.

Case No. 19-20905

Chapter 11

## CERTIFICATE OF SERVICE

I, Jennifer M. Wright, a Paralegal at the law firm of Harris Beach Murtha Cullina PLLC, attorneys for the Diocese of Rochester, being over the age of 18 and residing in Erie County, State of New York, hereby certify under penalty of perjury that on the 24th day of March, 2025, I electronically filed the **Sixty-First Monthly Fee Statement of Harris Beach Murtha Cullina PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Diocese of Rochester for the Period February 1, 2025 through February 28, 2025** with the Clerk of the Bankruptcy Court for the Western District of New York, using the CM/ECF system; and,

I hereby certify that I mailed, via first class mail using the United States Postal Service in the State of New York, copies of the **Sixty-First Monthly Fee Statement of Harris Beach Murtha Cullina PLLC** to the following individuals:

Lisa M. Passero, Chief Financial Officer
The Diocese of Rochester
1150 Buffalo Road
Rochester, New York 14624

James I. Stang, Esq.
Pachulski, Stang, Zeiehl & Jones, LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Stephen A. Donato, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

Kathleen D. Schmitt, Esq.
Office of United States Trustee
100 State Street, Room 609
Rochester, NY 14614

And, I certify that I emailed a copy of the **Sixty-First Monthly Fee Statement of Harris Beach Murtha Cullina PLLC** to the following individual:

Ilan D. Scharf
ischarf@pszjlaw.com

_/s/ Jennifer M. Wright_
Jennifer M. Wright