UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905 (PRW)
Chapter 11

Debtor,

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BONADIO & CO., LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS ACCOUNTANTS TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD JANUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

Pursuant to this Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] (the "Interim Compensation Order"),[1] the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545] (the "Supplement"), and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], (collectively, the "Interim Compensation Orders"), the undersigned hereby certifies that, as of the date hereof, Bonadio & Co., LLP ("Bonadio") has received no Objections to the *Monthly Fee Statement of Bonadio & Co., LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to The Diocese of Rochester for the Period January 1, 2025 through February 28, 2025* [Docket No. 3007] (the "Monthly Fee Statement") filed on March 7, 2025.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

21453168.v1

Accordingly, pursuant to the Interim Compensation Orders, the Diocese of Rochester is authorized to pay on an interim basis eighty percent (80%) of Bonadio's fees and one hundred percent (100%) of Bonadio's expenses, as reflected in the Monthly Fee Statement.

Dated: April 2, 2025	BONADIO & CO., LLP

By: ____/s/ Nancy J. Snyder____
Nancy J. Snyder, CPA
171 Sully's Trail
Pittsford, New York 14534
Telephone: (585) 249-2744
Facsimile: (585) 381-3131
Email: nsnyder@bonadio.com

*Accountants for The Diocese of Rochester*