UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor,

Case No.: 19-20905 (PRW)
Chapter 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS SPECIAL INSURANCE COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

Pursuant to this Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] (the "Interim Compensation Order")[1], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545] (the "Supplement"), and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], (collectively, the "Interim Compensation Orders"), the undersigned hereby certifies that, as of the date hereof, Blank Rome LLP ("Blank Rome") has received no Objections to the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Rochester for the Period February 1, 2025 through February 28, 2025* [Docket No. 3011] (the "Monthly Fee Statement") filed on March 12, 2025.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Accordingly, pursuant to the Interim Compensation Orders, the Diocese of Rochester is authorized to pay on an interim basis eighty percent (80%) of Blank Rome's fees and one hundred percent (100%) of Blank Rome's expenses, as reflected in the Monthly Fee Statement.

Dated: April 8, 2025                         BLANK ROME LLP

                                                   By:     */s/ James R. Murray*
                                                      James R. Murray
                                                     1825 Eye Street NW
                                                     Washington, DC 20006
                                                     Telephone: (202) 420-3409
                                                     Email: jmurray@blankrome.com

                                                     *Special Insurance Counsel*
                                                     *for The Diocese of Rochester*