UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Case No. 19-20905 (PRW)

The Diocese of Rochester,

Chapter 11

Debtor.

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Timothy Karcher and Paul Possinger of Proskauer Rose

LLP hereby appear as counsel for Berkeley Research Group, LLC, and hereby request, pursuant

to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**") and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §101, et seq. (the

"**Bankruptcy Code**"), that all notices given or required to be given and all papers served or

required to be served in this case also be given to and served at the following addresses:

Timothy Karcher
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: tkarcher@proskauer.com

and

Paul Possinger
PROSKAUER ROSE LLP
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the

Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without

limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtor. <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a de novo review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in this case (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: April 29, 2025

PROSKAUER ROSE LLP

*/s/ Timothy Karcher*
Timothy Karcher, Esq. (*pro hac vice* pending)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: tkarcher@proskauer.com

*/s/ Paul Possinger*
Paul Possinger, Esq. (*pro hac vice* pending)
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

*Counsel to Berkeley Research Group, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: April 29, 2025          PROSKAUER ROSE LLP

*/s/ Timothy Karcher*
Timothy Karcher, Esq. (*pro hac vice* pending)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
Email: tkarcher@proskauer.com

*/s/ Paul Possinger*
Paul Possinger, Esq. (*pro hac vice* pending)
70 West Madison, Suite 3800
Chicago, IL 60602
Telephone: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

*Counsel to Berkeley Research Group, LLC*