UNITED STAES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:                                              Chapter 11

    The Diocese of Rochester,                   Case No.: 19-20905-PRW

    Debtor.

# NOTICE OF WITHDRAWAL OF APPEARANCE AND
# REQUEST FOR DELETION FROM SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Beth Ann Bivona, Esq., formerly of the law firm Barclay Damon LLP, hereby withdraws her appearance as counsel for Continental Insurance Company ("Creditor"), and requests to be removed from CM/ECF electronic notification service, and any other mailing matrix or service list for this case and any related adversary proceeding, if any. The following attorney will continue to represent the Creditor:

    Jeffrey A. Dove, Esq.
    Barclay Damon LLP
    125 E. Jefferson St.
    Syracuse, NY 13202
    Telephone (315) 413-7112
    Email: jdove@barclaydamon.com

Darted:    April 30, 2025
               Buffalo, New York                      By: /s/ Beth Ann Bivona
                                                                     Beth Ann Bivona, Esq.
                                                                     One M&T Plaza, 8th Floor
                                                                     Buffalo, New York 14203
                                                                     Telephone (716) 228-3198
                                                                     Email: bbivona@mtb.com