**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-20905 (PRW) |

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that the New York office of Pachulski Stang Ziehl & Jones LLP, counsel to the Official Committee of Unsecured Creditors of the above-captioned debtor and debtor in possession, have relocated. Notices and pleadings given or filed in the above-captioned case should now be given and served upon each of the following listed below:

> Ilan D. Scharf, Esq.
> Karen B. Dine, Esq.
> Brittany M. Michael
> PACHULSKI STANG ZIEHL & JONES LLP
> 1700 Broadway, 36th Floor
> New York, NY 10019
> Telephone: (212) 561-7700
> Facsimile: (212) 561-7777
> Email: ischarf@pszjlaw.com
>        kdine pszjlaw.com
>        bmichael@pszjlaw.com

4913-9346-5407.2 18489.002

| | |
|---|---|
| Dated: New York, New York<br>May 6, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted pro hac vice)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine (admitted pro hac vice)<br>Brittany M. Michael<br>1700 Broadway, 36th Floor<br>New York, NY  10019<br>Telephone:  (212) 561-7700<br>Facsimile:   (212) 561-7777<br>Email:  jstang@pszjlaw.com<br>          ischarf@pszjlaw.com<br>          kdine pszjlaw.com<br>          bmichael@pszjlaw.com<br><br><br>*Counsel to the Official Committee of Unsecured Creditors* |