# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re:

DIOCESE OF ROCHESTER,

Debtors.

Chapter 11

Case No. 19-20905

## ORDER GRANTING CONTINENTAL'S MOTION TO COMPEL PRODUCTION OF UNREDACTED LITIGATION FINANCING INFORMATION FROM JEFF ANDERSON & ASSOCIATES

The Court has considered the motion by the Continental Insurance Company ("Continental") seeking entry of an order compelling Jeff Anderson & Associates ("Anderson") to produce all litigation financing information relating to its representation of sexual abuse claimants in this bankruptcy case, including a complete and unredacted copy of the 57 pages of litigation financing information previously produced by Anderson in redacted form (the "Motion").

Good cause having been established, IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. Anderson shall, within ten days after the date this Order is entered, produce to Continental all information about fee-sharing, co-counsel, retainer, referral, or other financial arrangements relating to its representation of sexual abuse claimants in this bankruptcy case, including a complete and unredacted copy of the 57 pages of litigation financing information previously produced by Anderson in redacted form.

3. The Court retains jurisdiction with respect to this matter and with respect

to the interpretation and enforcement of this Order. Continental may make further application to the Court to ensure compliance with this Order.

Dated: Dec 19, 2023
Rochester, New York

_____
Paul R. Warren
United States Bankruptcy Judge

907410153

# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0209−2 | User: admin | | Date Created: 12/19/2023 |
| Case: 2−19−20905−PRW | Form ID: pdforder | | Total: 13 |

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| aty | Camille W. Hill | chill@bsk.com |
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | Grayson T. Walter | gwalter@bsk.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Ingrid S. Palermo | ipalermo@bsk.com |
| aty | Jeffrey Austin Dove | jdove@barclaydamon.com |
| aty | Jeffrey D. Eaton | jeaton@bsk.com |
| aty | Michael A. Weishaar | rbg_gmf@hotmail.com |
| aty | Sara C. Temes | stemes@bsk.com |
| aty | Stephen A. Donato | sdonato@bsk.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 |
| pr | Lisa M. Passero | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 |
| smg | Office of the U.S. Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

The Diocese of Rochester
aka The Roman Catholic Diocese of Rochester

Debtor(s)

Case No.: 2−19−20905−PRW
Chapter: 11

Tax ID: 16−0755765

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **December 19, 2023**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| Docket #2399: | Order Granting Continental's Motion to Compel Production of Unredacted Litigation Financing Information from Jeff Anderson & Associates (RE: related doc(s) 2344 Motion to Compel). Signed on 12/19/2023. NOTICE OF ENTRY. (Lawson, L.) |

Date: December 19, 2023

Lisa Bertino Beaser
Clerk of Court

Form ntcentry/Doc 2399
www.nywb.uscourts.gov

# Notice Recipients

District/Off: 0209−2   User: admin   Date Created: 12/19/2023
Case: 2−19−20905−PRW   Form ID: ntcentry   Total: 13

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Camille W. Hill | chill@bsk.com |
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | Grayson T. Walter | gwalter@bsk.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Ingrid S. Palermo | ipalermo@bsk.com |
| aty | Jeffrey Austin Dove | jdove@barclaydamon.com |
| aty | Jeffrey D. Eaton | jeaton@bsk.com |
| aty | Michael A. Weishaar | rbg_gmf@hotmail.com |
| aty | Sara C. Temes | stemes@bsk.com |
| aty | Stephen A. Donato | sdonato@bsk.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 | |
| pr | Lisa M. Passero | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 |
| smg | Office of the U.S. Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 | |

TOTAL: 3