# EXHIBIT H

So Ordered.

Signed this 7 day of November, 2024.




Wendy A. Kinsella
United States Bankruptcy Judge

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK |  |
| In re:<br><br>The Roman Catholic Diocese of Syracuse,<br>New York,<br><br>Debtor. | Case No. 20-30663<br><br>Chapter 11 |

**DECISION AND ORDER ON MOTION TO COMPEL ATTORNEYS REPRESENTING THE TORT CLAIMANTS TO SUBMIT DISCLOSURES REQUIRED BY F.R.B.P. 2019**

The Court having considered the Motion to Compel Attorneys Representing the Tort Claimants to Submit the Disclosures Required by F.R.B.P. 2019 filed by LMI (the "Motion" at Doc. 2014); the Memorandum in Opposition to the Motion filed by Jeff Anderson & Associates, P.A. and LaFave, Wein & Frament, PLLC with Declaration of Michael G. Finnegan (Docs. 2067 and 2073); the Joinder to Opposition filed by the PCVA Law Survivor Claimants (Doc. 2088); the Response to the Motion filed by the Official Committee of Unsecured Creditors (Doc. 2090); and the Omnibus Reply in Support of the Motion filed by LMI (Doc. 2167).  The Court having also considered the 2019 statements filed by: Jeff Anderson & Associates, P.A. (Doc. 1323);  LaFave, Wein & Frament PLLC (Doc. 2010); Marsh Law Firm and Pfau, Cochran Vertetis Amala PLLC

(Doc. 2060); and Merson Law PLLC (Doc. 2164); and the Motion having come on to be heard before the Court; and the Court having issued its ruling on the record on November 7, 2024; it is hereby

ORDERED AND DETERMINED, for the reasons detailed on the record, the 2019 verified statements filed by Jeff Anderson & Associates, P.A. (Doc. 1323) and LaFave, Wein & Frament, PLLC (Doc. 2010) are sufficient to comply with F.R.B.P. 2019 requirements; and it is further

ORDERED AND DETERMINED, the 2019 Affidavit of Marsh Law Firm and Pfau, Cochran Vertetis Amala PLLC (Doc. 2060) is sufficient except that counsel is directed to obtain conflict waivers from each claimant and file an Affirmation advising that each claimant has waived any potential conflict arising from joint representation of multiple claimants in this case; and it is further

ORDERED AND DETERMINED, Merson Law PLLC's declaration filed at Doc. 2164 failed to meet the requirements of Bankruptcy Rule 2019, so Merson Law PLLC is directed to file a verified Rule 2019 Statement that includes: (1) a list of the claimants it represents in this case, identifying each claimant by claim number only, (2) the nature and amount of disclosable economic interests each claimant holds in relation to the Debtor, (3) an exemplar engagement/retainer agreement between Merson Law Firm and its claimants, (4) fee sharing agreements, if any, with any other law firm; and (5) an affirmation advising that each claimant has waived any potential conflict arising from joint representation of multiple claimants in this case; and it is further

ORDERED AND DETERMINED, all other requests contained in the Motion are denied.

###