UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re: : Chapter 11
:
The Diocese of Rochester, : Case No. 19-20905 (PRW)
:
Debtor. :
:
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby appears in the above-captioned case, pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), as counsel for Jeff Anderson & Associates, P.A. and Jeff Anderson (collectively, "Anderson"); and such counsel hereby requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following attorneys at the address, telephone number, facsimile number and email addresses as indicated:

> Christopher C. Loeber
> Seth H. Lieberman
> Andrew S. Richmond
> Erik F. Bakke
> Pryor Cashman LLP
> 7 Times Square
> New York, New York 10036-6569
> Telephone: (212) 421-4100
> Facsimile: (212) 326-0806
> E-mail: cloeber@pryorcashman.com
> slieberman@pryorcashman.com
> arichmond@pryorcashman.com
> ebakke@pryorcashman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint,

demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Anderson does not intend that this Notice of Appearance and Demand for Notices and Papers, or any later appearance or pleading, constitutes, or be deemed or construed to be: (a) a consent to accept service of process, or consent to the jurisdiction of the above-named Bankruptcy Court to enter final judgments regarding Anderson or (b) a waiver of Anderson's rights (1) to trial by jury in any matter so triable, in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which Anderson is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Anderson expressly reserve.

Dated: New York, New York
May 15, 2025

PRYOR CASHMAN LLP

By: _/s/ Christopher C. Loeber_
Christopher C. Loeber*
Seth H. Lieberman*
Andrew S. Richmond*
Erik F. Bakke*
PRYOR CASHMAN, LLP
7 Times Square
New York, NY 10036-6569
Telephone: (212) 326-0103
Email: cloeber@pryorcashman.com
slieberman@pryorcashman.com
arichmond@pryorcashman.com
ebakke@pryorcashman.com

*Attorneys for Non-Parties Jeff Anderson
& Associates, P.A. and Jeff Anderson*

*\* Application for admission pro hac vice pending*