# EXHIBIT A

<u>Summary of Harris Beach Murtha Cullina PLLC's
May 2025 Invoices for April, 2025 Time</u>

*<u>(Complete Copies of Invoices are Attached in this Exhibit A)</u>*

| **<u>Invoice</u>** | **<u>Invoice Number</u>** | **<u>Fees</u>** | **<u>Costs</u>** |
|---|---|---|---|
| Koek | 12520527 | $328.50 | -0- |
| Corporate | 12520528 | $11,860.00 | $1,582.12 |
| General Labor | 12520529 | $2,237.50 | -0- |
| CVA Counseling | 12520530 | $475.00 | -0- |
| **Totals** | | **$14,901.00** | **$1,582.12** |

**Harris Beach Murtha**
Attorneys at Law

Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

Diocese of Rochester
Attn: Lisa Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

May 13, 2025
Invoice #12520527

Firm Attorney: Terrance Flynn
Firm Matter Numbers: 0011845.340661

Client Name: Diocese of Rochester
Matter Name: Kandi Koek v. St. Michael School Sdhr Case No. 10209387

May Invoice for Statement of Services and Disbursements

ACCOUNT SUMMARY FOR THIS MATTER

**TOTAL AMOUNT DUE FOR THIS INVOICE**..................................................................................................$328.50

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 04/01/25 | DJM | Continue planning for public hearing by reviewing file documents regarding witness availability and identification and use of Exhibits. | 0.40 | 146.00 |
| 04/09/25 | DJM | Email from/to B. Allen of WF claims and respond to inquiry regarding status of proposed amended complaint to bring in RBA as additional defendant. | 0.20 | 73.00 |
| 04/10/25 | DJM | Email from D. Marvin regarding status of case and deadline for Division's amendment of complaint to add RBA as party. | 0.10 | 36.50 |
| 04/10/25 | DJM | Draft, send email to D. Marvin with response to inquiry regarding court schedule pertaining to Complaint amendment and status of case. | 0.20 | 73.00 |

**TOTAL HOURS AND FEES**     0.90     $328.50

| TIMEKEEPER SUMMARY | | | | |
| --- | --- | --- | --- | --- |
| **Timekeeper** | **Rate** | **Title** | **Hours** | **Value** |
| Moore, D. | 365.00 | Partner | 0.90 | 328.50 |
| **TOTALS** | | | 0.90 | $328.50 |

**TOTAL AMOUNT DUE FOR THIS INVOICE**..................................................................................$328.50



Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

# REMITTANCE

Diocese of Rochester
Attn: Lisa Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

May 13, 2025

Firm Matter Number: 0011845.340661
Invoice #12520527
Firm Attorney: Terrance Flynn

May Invoice for Statement of Services and Disbursements

**TOTAL AMOUNT DUE FOR THIS INVOICE**..........................................................................................$328.50

## PAYMENT INSTRUCTIONS

**Payment by Credit Card**

https://www.harrisbeachmurtha.com/payment

*Click on link and you will be directed to the Harris Beach Murtha Cullina Invoice Payment Page.*
*Please include the Firm Matter Number and Invoice Number which are referenced on this invoice above.*



**Payment by Wire or ACH**

Bank Name: Citizens Bank, Rochester, NY 14604
Account Name: Harris Beach Murtha Cullina, PLLC Operating A/C
Account #: ▬▬▬▬▬▬
ABA #: ▬▬▬▬▬▬
Swift Code: ▬▬▬▬▬▬

**Payment by Check (U.S. Only)**

Please include this remittance or print your matter and invoice number (12520527) in the check memo. Mail to:

**HARRIS BEACH MURTHA CULLINA PLLC**
Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

**Reference Information**

| Firm Matter Number: | 0011845.340661 |
| Attorney: | Terrance Flynn |

Federal Tax Id: ▬▬▬▬▬▬

**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

Diocese of Rochester
Attn: Lisa Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

May 13, 2025
Invoice #12520528

Firm Attorney: Terrance Flynn
Firm Matter Numbers: 0011845.019166

Client Name: Diocese of Rochester
Matter Name: Corporate

May Invoice for Statement of Services and Disbursements

### ACCOUNT SUMMARY FOR THIS MATTER

TOTAL FEES THIS INVOICE.......................................................................................$11,860.00

TOTAL COSTS THIS INVOICE....................................................................................$1,582.12

**TOTAL AMOUNT DUE FOR THIS INVOICE..............................................................$13,442.12**

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | TPF | Evaluating proposed letter to Cardinal (.1). Conference with Bishop Matano (.2). | 0.30 | 109.50 |
| 04/01/25 | TPF | Evaluating immigration legal material provided to Diocese for review. | 0.30 | 109.50 |
| 04/02/25 | DJE | Receipt and review request for audit information per client request. | 0.20 | 69.00 |
| 04/04/25 | NLS | Analyze email from Ms. Franz regarding Master Services Agreement (0.1). Analyze Master Services Agreement for obituaries (1.2). Prepare email to Ms. Franz regarding Master Services Agreement (0.1). | 1.40 | 490.00 |
| 04/10/25 | TPF | Conferences with L. Passero and P. Spellane regarding legal issue analysis. | 0.40 | 146.00 |
| 04/14/25 | TPF | Evaluating legal document regarding effect of executive order as to client services. | 1.20 | 438.00 |
| 04/16/25 | TPF | Conferences with Fr. Condon and D. Pohorence regarding new non Child Victims litigation and necessary defense strategy. | 0.30 | 109.50 |
| 04/17/25 | TPF | Communication to counsel in Leal matter. | 0.10 | 36.50 |
| 04/19/25 | TPF | Conferences with Bishop Matano (.5). Conferences with Fr. Condon regarding clergy related matter and necessary strategy (.5). | 1.00 | 365.00 |
| 04/21/25 | TPF | Conference with D. Housel regarding analysis of legal issue and necessary strategy for Diocese (.2). Conference with Bishop Matano (.3). Conference with D. Housel regarding same (.3). | 0.80 | 292.00 |
| 04/22/25 | TPF | Conference with plaintiff counsel regarding incorrect lawsuit and communication to Fr. Condon regarding same. | 0.10 | 36.50 |
| 04/22/25 | TPF | Evaluating evidence provided by D. Housel regarding labor clergy matter (4.0). Conferences with D. Housel and Fr. Condon regarding same (1.0). Conference with government officials (.5). Conference with parishioner (.1). Conferences with government official and clergy (.4). Conferences with Bishop Matano (.3). Communication to government official (.1). | 6.40 | 2,336.00 |
| 04/23/25 | TPF | Evaluating communications between clergy and Bishop Matano (.1). Communication to Fr. Tomasso regarding matter (.1). | 0.20 | 73.00 |
| 04/27/25 | TPF | Meetings with Dioceses' outside counsel regarding analyzing specific civil issues per request of Bishop. | 5.00 | 1,825.00 |
| 04/27/25 | TPF | Conferences with D. Housel and Bishop Matano regarding clergy issue (.2). Evaluating communication from clergy regarding same (.2). | 0.40 | 146.00 |
| 04/27/25 | TPF | Meeting with Diocesan counsel from two other NYS Dioceses. | 2.50 | 912.50 |

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/28/25 | TPF | Meetings with Diocesan counsel per Bishop's request. | 5.20 | 1,898.00 |
| 04/28/25 | TPF | Subsequent meeting with NYS Diocesan counsel per Bishop's request. | 1.80 | 657.00 |
| 04/28/25 | TPF | Analyzing additional communications from clergy member regarding legal issues and factual analysis. | 0.50 | 182.50 |
| 04/29/25 | TPF | Conferences with Diocesan Counsel regarding clergy matters and recommended strategy. | 3.80 | 1,387.00 |
| 04/30/25 | TPF | Conferences with Diocesan School Superintendent regarding legal issue. | 0.30 | 109.50 |
| 04/30/25 | DJM | Confer with Terry Flynn and Alex Fantauzzo regarding Diocesean and St. Pius X obligations with respect to student engaging in threatening misconduct and legal obligations with respect to misconduct by grade school student. | 0.30 | 109.50 |
| 04/30/25 | AJF | Meeting with Dan Moore regarding research for St. Pius X School student issue. | 0.10 | 22.50 |

**TOTAL HOURS AND FEES**　　　　　　　　　　　　　　　　　　　　　**32.60**　　**$11,860.00**

### DISBURSEMENTS

| DESCRIPTION | AMOUNT |
|---|---|
| Terry Flynn - Mileage - 03/31/25 - Travel to/from Diocese of Rochester headquarters for in-person attorney meeting | 87.64 |
| Terry Flynn - Toll/Bridge - 03/31/25 - Travel to/from Diocese of Rochester headquarters for in-person attorney meeting | 3.64 |
| Terry Flynn - Taxi/Car Service - 04/25/25 - Attend National Diocesan Attorney Association Conference | 70.71 |
| Terry Flynn - Taxi/Car Service - 04/25/25 - Attend National Diocesan Attorney Association Conference | 26.90 |
| Terry Flynn - Hotel – Breakfast - 04/27/25 - Attend National Diocesan Attorney Association Conference | 26.00 |
| Terry Flynn - Hotel – Lodging - 04/25/2025 - 04/29/2025 - Attend National Diocesan Attorney Association Conference | 925.44 |
| Terry Flynn - Taxi/Car Service - 04/29/25 - Attend National Diocesan Attorney Association Conference | 20.90 |
| Terry Flynn - Taxi/Car Service - 04/29/25 - Attend National Diocesan Attorney Association Conference | 25.91 |

| DESCRIPTION | AMOUNT |
|---|---:|
| Terry Flynn – Airfare - 04/25/2025 - NDAA Conference / Delta JFK to DCA | 261.49 |
| Terry Flynn – Airfare - 04/29/2025 - NDAA Conference / return trip American Airlines DCA to BUF | 133.49 |
| **TOTAL DISBURSEMENTS** | **$1,582.12** |

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Title | Hours | Value |
|---|---|---|---|---|
| Edwards, D. | 345.00 | Partner | 0.20 | 69.00 |
| Flynn, T. | 365.00 | Partner | 30.60 | 11,169.00 |
| Moore, D. | 365.00 | Partner | 0.30 | 109.50 |
| Slifkin, N. | 350.00 | Partner | 1.40 | 490.00 |
| Fantauzzo, A. | 225.00 | Associate | 0.10 | 22.50 |
| **TOTALS** | | | **32.60** | **$11,860.00** |

**TOTAL AMOUNT DUE FOR THIS INVOICE**..................................................................................$13,442.12



Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

# REMITTANCE

Diocese of Rochester
Attn: Lisa Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

May 13, 2025

Firm Matter Number: 0011845.019166
Invoice #12520528
Firm Attorney: Terrance Flynn

May Invoice for Statement of Services and Disbursements

**TOTAL AMOUNT DUE FOR THIS INVOICE**..................................................................................... **$13,442.12**

## PAYMENT INSTRUCTIONS

**Payment by Credit Card**

https://www.harrisbeachmurtha.com/payment

*Click on link and you will be directed to the Harris Beach Murtha Cullina Invoice Payment Page.*
*Please include the Firm Matter Number and Invoice Number which are referenced on this invoice above.*



**Payment by Wire or ACH**

Bank Name: Citizens Bank, Rochester, NY 14604
Account Name: Harris Beach Murtha Cullina, PLLC Operating A/C
Account #: ▮▮▮▮▮▮▮▮
ABA #: ▮▮▮▮▮▮▮▮
Swift Code: ▮▮▮▮▮▮▮▮

**Payment by Check (U.S. Only)**

Please include this remittance or print your matter and invoice number (12520528) in the check memo. Mail to:

**HARRIS BEACH MURTHA CULLINA PLLC**
Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

**Reference Information**

| Firm Matter Number: | 0011845.019166 |
| Attorney: | Terrance Flynn |
| Federal Tax Id: ▮▮▮▮▮▮▮▮ | |

# HARRIS BEACH MURTHA
## ATTORNEYS AT LAW

Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

Diocese of Rochester
Attn: Lisa Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

May 13, 2025
Invoice #12520529

Firm Attorney: Terrance Flynn
Firm Matter Numbers: 0011845.020595

Client Name: Diocese of Rochester
Matter Name: General Labor

May Invoice for Statement of Services and Disbursements

### ACCOUNT SUMMARY FOR THIS MATTER

**TOTAL AMOUNT DUE FOR THIS INVOICE**................................................................................$2,237.50

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 04/07/25 | TPF | Conference with P. Spellane regarding confidential labor matter and carrier request (.1). Conference with Fr. Condon regarding same (.1). Communication to carrier regarding same (.1). | 0.30 | 109.50 |
| 04/15/25 | DJM | Emails from/to T. Sylvester regarding request for review of faculty handbook. | 0.20 | 73.00 |
| 04/15/25 | DJM | Follow-up emails to/from T. Sylvester requesting copy of employee handbook and receipt same. | 0.20 | 73.00 |
| 04/18/25 | MM | Conduct initial review of Faculty Handbook and identify areas for updating. | 1.70 | 382.50 |
| 04/21/25 | TPF | Evaluating material provided by clergy regarding new personnel matter. | 1.50 | 547.50 |
| 04/21/25 | DJM | Follow-up with Meghan McGovern regarding issues raised by Diocesan handbook for teachers at Diocesan schools. | 0.20 | 73.00 |
| 04/21/25 | DJM | Receipt, begin review of first draft of changes to Diocesan teacher handbook. | 0.20 | 73.00 |
| 04/21/25 | MM | Continue to review and revise Faculty Handbook to ensure compliance with applicable law and consistency with the Parish Code of Conduct and the Parish Employee Handbook. | 1.40 | 315.00 |
| 04/22/25 | DJM | Continue to review changes to draft of faculty handbook. | 0.30 | 109.50 |
| 04/22/25 | DJM | Review changes to faculty handbook and suggest additional revisions with Meghan McGovern. | 0.20 | 73.00 |
| 04/22/25 | DJM | Review second draft of faculty handbook. | 0.10 | 36.50 |
| 04/22/25 | DJM | Email to T. Sylvester with advice regarding suggested changes to faculty handbook. | 0.20 | 73.00 |
| 04/22/25 | MM | Consult with Dan Moore regarding updates to Faculty Handbook. | 0.20 | 45.00 |
| 04/22/25 | MM | Implement revisions to Faculty Handbook. | 0.30 | 67.50 |
| 04/22/25 | JW | Analyze necessary communications to be provided to government entity per labor matter. | 1.20 | 150.00 |
| 04/26/25 | TPF | Analyzing Fr. Mottola's notice to specific clergy member regarding laity. | 0.10 | 36.50 |

| **TOTAL HOURS AND FEES** | | | **8.30** | **$2,237.50** |
| --- | --- | --- | --- | --- |

| TIMEKEEPER SUMMARY | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Rate** | **Title** | **Hours** | **Value** |
| Flynn, T. | 365.00 | Partner | 1.90 | 693.50 |
| Moore, D. | 365.00 | Partner | 1.60 | 584.00 |
| McGovern, M. | 225.00 | Associate | 3.60 | 810.00 |
| Wright, J. | 125.00 | Paralegal | 1.20 | 150.00 |
| **TOTALS** | | | 8.30 | $2,237.50 |

**TOTAL AMOUNT DUE FOR THIS INVOICE**....................................................................................................$2,237.50



Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

# REMITTANCE

Diocese of Rochester
Attn: Lisa Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

May 13, 2025

Firm Matter Number: 0011845.020595
Invoice #12520529
Firm Attorney: Terrance Flynn

May Invoice for Statement of Services and Disbursements

---

**TOTAL AMOUNT DUE FOR THIS INVOICE**................................................................................... **$2,237.50**

## PAYMENT INSTRUCTIONS

**Payment by Credit Card**

https://www.harrisbeachmurtha.com/payment

*Click on link and you will be directed to the Harris Beach Murtha Cullina Invoice Payment Page.*
*Please include the Firm Matter Number and Invoice Number which are referenced on this invoice above.*



**Payment by Wire or ACH**

Bank Name: Citizens Bank, Rochester, NY 14604
Account Name: Harris Beach Murtha Cullina, PLLC Operating A/C
Account #: ▇▇▇▇▇▇▇▇
ABA #: ▇▇▇▇▇▇▇▇
Swift Code: ▇▇▇▇▇▇▇▇

**Payment by Check (U.S. Only)**

Please include this remittance or print your matter and invoice number (12520529) in the check memo. Mail to:

**HARRIS BEACH MURTHA CULLINA PLLC**
Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

**Reference Information**

| | |
|---|---|
| Firm Matter Number: | 0011845.020595 |
| Attorney: | Terrance Flynn |
| Federal Tax Id: ▇▇▇▇▇▇ | |

# HARRIS BEACH MURTHA
## ATTORNEYS AT LAW

Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

Diocese of Rochester
Attn: Lisa Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

May 13, 2025
Invoice #12520530

Firm Attorney: Terrance Flynn
Firm Matter Numbers: 0011845.308463

Client Name: Diocese of Rochester
Matter Name: Cva Counseling

May Invoice for Statement of Services and Disbursements

### ACCOUNT SUMMARY FOR THIS MATTER

TOTAL AMOUNT DUE FOR THIS INVOICE..................................................................................$475.00

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TIMEKEEPER | NARRATIVE | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/04/25 | JW | Review and redact April invoices with March, 2025 time for PII information in preparation to be Exhibit A to HBM 62nd monthly fee submission. | 0.40 | 50.00 |
| 04/04/25 | JW | Gather totals from each invoice for March, 2025 time to include with monthly statement for court submission (.2). Prepare cover sheet Exhibit A Summary of all invoices (.2). | 0.40 | 50.00 |
| 04/08/25 | JW | Draft pleadings for HBM 62nd monthly fee statement for April invoices with March, 2025 time (.2), Notice of Filing with Summary Statement and Certificate of Service (.2). | 0.40 | 50.00 |
| 04/08/25 | JW | Prepare and merge April invoices with March, 2025 time as per USTE spreadsheet to be incorporated as Exhibit A to HBM 62nd monthly fee statement. | 0.20 | 25.00 |
| 04/08/25 | JW | Finalize spreadsheet for March, 2025 time for submission to USTE M. Bruh and Independent Fee Examiner L. Jones regarding HBM 62nd monthly statement of fees and costs. | 0.40 | 50.00 |
| 04/08/25 | JW | Finalize HBM 62nd monthly fee statement pleadings: Summary Statement, Notice of Filing, Exhibit A Coversheet Summary with invoices and Certificate of Service (.6). File and serve same with WDNY BK court (.2). | 0.80 | 100.00 |
| 04/11/25 | JW | Review WDNY BK docket for objections regarding HBM 61st submissions (.1). Prepare proposed Certificate of No Objection in relation to HBM 61st submissions (.2). Forward Certificate of No Objection to Attorney Flynn for review and approval (.1). | 0.40 | 50.00 |
| 04/14/25 | JW | Finalize Certificate of No Objection and Certificate of Service for HBM 61st Monthly Fee Statement and submit via WDNY Bankruptcy Court docket. | 0.30 | 37.50 |
| 04/14/25 | JW | Communications with S. Donato and K. Schmitt submitting Certificate of No Objection and Certificate of Service for HBM 61st Monthly Fee Statement. | 0.10 | 12.50 |
| 04/29/25 | JW | Review WDNY BK docket for objections regarding HBM 62nd submission (.2). Draft proposed Certificate of No Objection and Certificate of Service in relation to HBM 62nd monthly fee statement (.2). | 0.40 | 50.00 |
| **TOTAL HOURS AND FEES** | | | **3.80** | **$475.00** |

| TIMEKEEPER SUMMARY | | | | |
| --- | --- | --- | --- | --- |
| **Timekeeper** | **Rate** | **Title** | **Hours** | **Value** |
| Wright, J. | 125.00 | Paralegal | 3.80 | 475.00 |
| **TOTALS** | | | **3.80** | **$475.00** |

**TOTAL AMOUNT DUE FOR THIS INVOICE**..................................................................................................**$475.00**



Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

# REMITTANCE

Diocese of Rochester
Attn: Lisa Passero
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

May 13, 2025

Firm Matter Number: 0011845.308463
Invoice #12520530
Firm Attorney: Terrance Flynn

May Invoice for Statement of Services and Disbursements

**TOTAL AMOUNT DUE FOR THIS INVOICE**.................................................................................... **$475.00**

## PAYMENT INSTRUCTIONS

**Payment by Credit Card**

https://www.harrisbeachmurtha.com/payment

*Click on link and you will be directed to the Harris Beach Murtha Cullina Invoice Payment Page.*
*Please include the Firm Matter Number and Invoice Number which are referenced on this invoice above.*



**Payment by Wire or ACH**

Bank Name: Citizens Bank, Rochester, NY 14604
Account Name: Harris Beach Murtha Cullina, PLLC Operating A/C
Account #: ▮▮▮▮▮▮▮▮
ABA #: ▮▮▮▮▮▮▮▮
Swift Code: ▮▮▮▮▮▮▮▮

**Payment by Check (U.S. Only)**

Please include this remittance or print your matter and invoice number (12520530) in the check memo. Mail to:

**HARRIS BEACH MURTHA CULLINA PLLC**
Larkin at Exchange
726 Exchange Street, Suite 900
Buffalo, NY 14210

**Reference Information**

| | |
|---|---|
| Firm Matter Number: | 0011845.308463 |
| Attorney: | Terrance Flynn |
| Federal Tax Id: ▮▮▮▮▮▮▮▮ | |