**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DIOCESE OF ROCHESTER,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-20905 |

**CONTINENTAL INSURANCE COMPANY'S *EX PARTE* MOTION**
**FOR ORDER AUTHORIZING FILING UNDER SEAL**

Continental Insurance Company ("CNA") hereby moves this Court for an order, pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, authorizing it to file, under seal, its (i) *Motion to Compel Production of Documents From Jeff Anderson & Associates* (the "Motion to Compel"), (ii) *Opposition to Motion to Quash and MOL* (the "Opposition") ("Motion to Quash" and "MOL" are defined below), and (iii) *Declaration of Miranda H. Turner* (the "Turner Declaration"). In support of this motion, CNA respectfully states as follows:

**RELEVANT BACKGROUND**

On May 14, 2025, the Committee filed a motion to quash the deposition subpoenas and, in the alternative, a motion for a protective order against the subpoenas (the "Motion to Quash," Dkt. No. 3106). That same day, JAA filed a separate memorandum of law in support of the Committee's Motion (the "MOL," Dkt. No. 3115).

In its MOL, JAA anticipatorily argued against a motion by CNA, which had not yet been filed, seeking additional production of documents by JAA in response to the document subpoena CNA had served on JAA. *See, e.g.*, MOL at 9-13. Subject to the Court's ruling on this motion, CNA is prepared to file its Motion to Compel and the Turner Declaration today and its Opposition by the response deadline of Friday, June 6 .

- 1 -

Each of the Motion to Compel and the Opposition relies on and describes in detail, certain relevant confidential information relating to the JAA's firms litigation financing that are subject to two separate confidentiality agreements that were specially negotiated between CNA and JAA (the "Confidentiality Agreements"). The Turner Declaration, which is to be filed in support of the Motion to Compel and the Opposition, also relies on and describes in detail relevant information that is protected under the Confidentiality Agreements.

## REQUESTED RELIEF

CNA respectfully requests entry of an order authorizing it to file its Motion to Compel, the Turner Declaration, and its Opposition under seal.

## JURISDICTION AND VENUE

This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334, and this is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this District pursuant to 28 U.S.C. §§ 1480 and 1409.

## BASIS FOR REQUESTED RELIEF

Section 107(b) of the Bankruptcy Code, as implemented by Bankruptcy Rule 9018, provides bankruptcy courts with power to issue orders that will protect entities from potential harm: "On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information; . . ."[1]

This Court has inherent authority to seal documents and enter orders of confidentiality. *See In re Robert Landau Assocs.*, 50 B.R. 670, 677 (Bankr. S.D.N.Y. 1985). CNA seeks to file the Motion to

---

[1] 11 U.S.C. § 107(b). *See also* Fed. R. Bankr. P. 9018.

Compel, the Turner Declaration, and the Opposition under seal in order to protect JAA's confidential information and to abide by its obligations under the Confidentiality Orders.

Accordingly, CNA requests that the Court enter the Proposed Order attached hereto to file the Motion to Compel, the Turner Declaration and the Opposition under seal.

Dated: June 4, 2025  Respectfully submitted,

    /s/ *Jeffrey A. Dove*
Jeffrey A. Dove
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7112
Email: jdove@barclaydamon.com

Mark D. Plevin (admitted *pro hac vice*)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

David Christian (admitted *pro hac vice*)
DAVID CHRISTIAN ATTORNEYS LLC
105 West Madison Street, Suite 2300
Chicago, IL 60602
Telephone: (312) 282-5282
Email: dchristian@dca.law

Miranda H. Turner (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006
Telephone: (202) 580-6640
Email: mturner@plevinturner.com

*Attorneys for The Continental Insurance Company, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DIOCESE OF ROCHESTER,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-20905 |

**ORDER AUTHORIZING CONTINENTAL INSURANCE COMPANY
TO FILE MOTION, OPPOSITION AND DECLARATION UNDER SEAL**

Upon the *Ex Parte* motion (the "Motion") of Continental Insurance Company ("CNA") for an order, pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, authorizing it to file, under seal, its (i) *Motion to Compel Production of Documents From Jeff Anderson & Associates* (the "Motion to Compel"), (ii) *Opposition to Motion to Quash and MOL* (the "Opposition"), and (iii) *Declaration of Miranda H. Turner* (the "Turner Declaration"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that

1. The relief requested in the Motion is GRANTED as hereinafter set forth.

2. CNA be and hereby is authorized to file the (i) Motion to Compel, (ii) Opposition, and (iii) Turner Declaration under seal.

3. Service of the Motion to Compel, Opposition and Turner Declaration shall be effected only by email to counsel for Jeff Anderson & Associates, and by email on counsel for any party bound

- 1 -

31475529.1
Case 2-19-20905-PRW, Doc 3148, Filed 06/04/25, Entered 06/04/25 16:01:28, Description: Main Document , Page 4 of 5

by the terms of the Confidentiality Agreements between CNA and Jeff Anderson & Associates, and by email on counsel for any party to the extent specifically authorized by Jeff Anderson & Associates.

Dated: Rochester, New York
       June ____, 2025

                                      _____
                                      Hon. Paul R. Warren
                                      United States Bankruptcy Judge