**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING TO CONSIDER FIRST INTERIM APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
## LORI LAPIN JONES, ESQ, INDEPENDENT FEE EXAMINER

**PLEASE TAKE NOTICE**, that Lori Lapin Jones, Esq., as Independent Fee Examiner has

filed a first interim application ("Application") for allowance and payment of professional fees and

expenses incurred in the above-captioned case as follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Lori Lapin Jones, Esq. Independent Fee Examiner | $31,840.00 | $11,137.50 | $42,977.50 | 12/16/2024 – 05/31/2025 |

**PLEASE TAKE FURTHER NOTICE,** that a hearing to consider the Application will be

held before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District

of New York, at the United States Courthouse, 100 State Street, Rochester, New York, on the **10th**

**day of July, 2025 at 11:00 a.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE,** that responses in opposition to the relief requested

in the Application, if any, must be filed with the United States Bankruptcy Court Clerk's Office in

Rochester, New York and served upon (i) Lori Lapin Jones, Esq., Independent Fee Examiner, c/o

Lori Lapin Jones PLLC, 98 Cutter Mill Road, Suite 255 South, Great Neck, New York 11021; (ii)

the Office of the United States Trustee, Federal Office Building, 100 State Street, Rochester, New

York 14614 (Attn: Erin Champion, Esq.); and (iii) the Office of the United States Trustee, 201

Varick Street, Suite 1006, New York, New York 10014 (Attn: Mark Bruh, Esq.) in accordance with

the Local Rules of Bankruptcy Procedure for the Western District of New York.

Dated: June 4, 2025
      Great Neck, New York

/s/ Lori Lapin Jones
Lori Lapin Jones, Esq.
Independent Fee Examiner

Lori Lapin Jones PLLC
98 Cutter Mill Road – Suite 255 South
Great Neck, New York 11021
Telephone: (516) 466-4110
Facsimile: (516) 466-4009
Email: ljones@jonespllc.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                            Chapter 11

THE DIOCESE OF ROCHESTER,                         Case No.: 19-20905 (PRW)

                        Debtor.
---------------------------------------------------------x

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF LORI LAPIN JONES, ESQ., INDEPENDENT FEE EXAMINER**

TO:   THE HONORABLE PAUL R. WARREN,
      UNITED STATES BANKRUPTCY JUDGE

        Lori Lapin Jones, Esq. hereby submits her first interim application ("Application") for

compensation for services rendered and reimbursement of expenses incurred in her capacity as

Independent Fee Examiner ("Fee Examiner") in The Diocese of Rochester ("Debtor") chapter 11

case for the period from December 16, 2024 to May 31, 2025 ("First Interim Compensation

Period") and respectfully states as follows:

## I.    JURISDICTION

        1.      The Bankruptcy Court has jurisdiction over this Application pursuant to 28 U.S.C.

§§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

        2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

        3.      The statutory predicates for relief requested are sections 330 and 331 of Title 11

of the United States Code ("Bankruptcy Code") and Rule 2016 of the Federal Rules of

Bankruptcy Procedure ("Bankruptcy Rules").

## II.    GENERAL BACKGROUND AND CASE STATUS

        4.      The Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code on

September 12, 2019 in the United States Bankruptcy Court for the Western District of New York

("Bankruptcy Court"). The Debtor remains in possession of its property and continues to maintain its organization as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On September 26, 2019, the United States Trustee ("U.S. Trustee") filed an appointment of an official committee of unsecured creditors ("Creditors' Committee") [ECF No. 68].

6.      On March 14, 2025, the Bankruptcy Court entered an Order approving a disclosure statement, approving voting procedures on the Eighth Amended Joint Chapter 11 Plan, and scheduling a hearing on confirmation for July 29, 2025 [ECF No. 3031].

### III.    APPOINTMENT OF FEE EXAMINER/ROLE OF FEE EXAMINER

7.      Following the filing of the tenth round of interim fee applications, the Bankruptcy Court issued an Order to Show Cause Concerning the Appointment of an Independent Fee Examiner in which the Bankruptcy Court expressed the view that the case had progressed to the point that it "may be appropriate and necessary to aid the Court in determining whether any Professional fees awarded on an interim basis thus far, or to be awarded on an interim basis in the future, are excessive, duplicative, or unreasonable...." [ECF No. 2829]. Following a hearing held on December 13, 2024 in which the Bankruptcy Court considered responses, the Bankruptcy Court entered the Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals [ECF No. 2870] ("Fee Examiner Order"). Lori Lapin Jones, Esq. was appointed Independent Fee Examiner under the Fee Examiner Order. A copy of the Fee Examiner Order is annexed as **Exhibit A**.

8.      In summary, the Fee Examiner's duties and responsibilities include reviewing and assessing interim and final applications for compensation filed by retained professionals

2

("Retained Professionals") for compliance with the (a) Bankruptcy Code, (b) Bankruptcy Rules, (c) Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of the Official Committees [ECF No. 318] ("Interim Compensation Order"), (d) Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of the Official Committees [ECF No. 545], and (e) United States Trustee Fee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 dated May 17, 1996 (28 C.F.R. Part 58, Appendix A) ("U.S. Trustee Guidelines").

9.      Following review of compensation applications, the Fee Examiner is tasked with preparing a report ("Preliminary Report") for each application which sets forth any potential issues or objections. The Fee Examiner and the Retained Professional then have an opportunity to confer with the objective to resolve, to the mutual satisfaction of the Fee Examiner and the Retained Professional, any issues identified by the Fee Examiner. The Fee Examiner then files a Final Report (Fee Examiner Order ¶ 7 (a) – (c)).

10.      Reference is made to the Fee Examiner Order for a complete description of the responsibilities of the Fee Examiner and the procedures, protocols, and protections of the fee examination process.

## IV.   WORK PERFORMED BY THE FEE EXAMINER DURING THE FIRST INTERIM COMPENSATION PERIOD

11.      The Fee Examiner billed her time in the following project categories: (a) Communications with Professionals; (b) Court Hearings; (c) General Administration; (d) Fee Application Review/Memorandum; (e) Fee Examiner Fee Application; and (f) Report. A

3

summary of the hours recorded, and a discussion of the work performed by the Fee Examiner by project category during the First Interim Compensation Period follows.

| Category | Hours | Fees |
|---|---|---|
| Communications with Professionals | 8.40<br>3.00 | $3,360.00<br>No charge |
| Court Hearings | .20 | No charge |
| General Administration | .70<br>2.90 | $280.00<br>No charge |
| Fee Application Review/Memorandum | 60.80 | $24,320.00 |
| Fee Examiner Fee Application | 2.00 | $800.00 |
| Report | 7.70<br>.30 | $3,080.00<br>No charge |
| **Totals** | **79.60**<br>**(exclusive of time not charged)** | **$31,840.00** |

**Communications with Professionals**
Fees charged: $3,360.00 (8.40 hours); Fees not charged: $1,200.00 (3.00 hours)

12.    The work in this project category consists of communications between the Fee Examiner and Retained Professionals, which primarily followed the issuance of Preliminary Reports, to discuss issues raised and resolutions. Work in this category also includes the Fee Examiner's communications with the U.S. Trustee.

**Court Hearings**
Fees charged: $0.00; Fees not charged: $80.00 (.20 hours)

13.    This project category is for attendance at Bankruptcy Court hearings. During the First Interim Compensation Period, the Fee Examiner attended the interim fee hearings scheduled for May 15, 2025. The hearings did not go forward, and the Bankruptcy Court took the applications under advisement. The Fee Examiner did not charge for her time.

4

## Fee Application Review/Memorandum
### Fees charged: $24,320.00 (60.80 hours)

14.     Most of the Fee Examiner's work falls in this project category which covers the review and analysis of fee applications, time records, and expenses. This category also includes the preparation of Preliminary Reports for each fee application. During the First Interim Compensation Period, the Fee Examiner reviewed 67 interim applications for compensation and reimbursement of expenses filed by ten Retained Professionals. Of those applications, 61 related to the prior interim fee periods from the petition date (or retention date) through July 31, 2024, and six related to the period from August 1, 2024 through December 31, 2024. The review of fee applications includes, _inter alia_, the review and analysis of underlying retention documents, time records, and expenses.

## Fee Examiner Fee Application
### Fees charged: $800.00 (2.00 hours)

15.     This project category consists of work in connection with preparation of the Fee Examiner's fee applications. During the First Interim Compensation Period, the Fee Examiner began preparation of this Application.

## General Administration
### Fees charged: $280.00 (.70 hours); Fees not charged: $1,160.00 (2.90 hours)

16. The work in this category consists of general administrative work that does not fit under the other five categories. During the First Interim Compensation Period, this work consisted mainly of background work that the Fee Examiner deemed necessary to perform as a predicate to reviewing the fee applications. The work included reviewing the docket in this case and select filings (_e.g._, first day affidavit, Bankruptcy Court opinions, fee application objections). Work in this category also included providing comments on the proposed chapter 11 plan that related to the Fee Examiner.

5

**Report**
Fees charged: $3,080.00 (7.70 hours); Fees not charged: $120.00 (.30 hours)

17.     This project category consists of the Fee Examiner's preparation of her Final Report. During the First Interim Compensation Period, the Fee Examiner prepared one comprehensive Final Report that covered the review of and recommendations with respect to sixty-seven interim compensation applications for compensation [ECF No. 3089].

18.     The above project category descriptions are a summary of the salient work performed by Lori Lapin Jones during the First Interim Compensation Period. Reference is made to the accompanying time records annexed as **Exhibit B** for a complete description of all work performed during the First Interim Compensation Period.

## V.     DISBURSEMENTS

19.     The Fee Examiner Order expressly authorized the Fee Examiner to retain and charge as part of the Fee Examiner's expenses, the fees and expenses of National CRS LLC as Database Service Provider ("NCRS") at an hourly rate of $275.00 (Fee Examiner Order at ¶ 3). NCRS entered the fee data from the Retained Professionals into its proprietary database to provide a platform for the Fee Examiner to conduct an efficient review of the time records. Consistent with the Fee Examiner Order, NCRS charged an hourly rate of $275.00. NCRS' work entailed inputting over 45,000 time entries covering over 40,000 hours of work and generating reports as may have been requested by the Fee Examiner. NCRS' invoice, which includes detailed time records in increments of tenths of an hour, is annexed as **Exhibit C**. Neither Lori Lapin Jones nor Lori Lapin Jones PLLC makes a profit on the fees charged by NCRS.

6

## VI. RELIEF REQUESTED

20.     By this Application, the Fee Examiner seeks an award on an interim basis in the amount of (a) $31,840.00 for services rendered based on 79.6 hours of work performed by Lori Lapin Jones, Esq. and (b) $11,137.50 for reimbursement of expenses.

## VII. GROUNDS FOR GRANTING RELIEF REQUESTED

21.     All the services for which compensation is sought in this Application were performed by Lori Lapin Jones, Esq. in her capacity as Fee Examiner in the Debtor's chapter 11 case. Lori Lapin Jones, Esq. has not entered into any agreement to fix fees or share fees as prohibited by 18 U.S.C. § 155 and 11 U.S.C. § 504.

22.     Both the Bankruptcy Code and the Fee Examiner Order permit the Fee Examiner to seek interim compensation. Substantial work has been completed on a timely basis during the more than five months since the Fee Examiner was appointed warranting an award at this time on an interim basis.

23.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the standards of section 330 of the Bankruptcy Code that governs the Bankruptcy Court's award of compensation. See 11 U.S.C. § 330. The Fee Examiner Order provides that the Fee Examiner's compensation applications shall be subject to review pursuant to Bankruptcy Code section 330 (Fee Examiner Order ¶ 4). Section 330 of the Bankruptcy Code provides that a court may award a professional "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330 (a)(1)(A)-(B). Section 330 (a)(3) sets forth the criteria for an award of compensation and reimbursement of expenses:

7

In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

    (A)    the time spent on such services;

    (B)    the rates charged for such services;

    (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    (E)    with respect to a professional person, whether the person is board certified or otherwise demonstrated skill and expertise in the bankruptcy field; and

    (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

24.    Viewed under these criteria, the Fee Examiner respectfully submits that the fees requested are reasonable. Lori Lapin Jones handled this engagement efficiently, competently, timely, and in accordance with the protocols and requirements of the Fee Examiner Order. All the work was performed only by Lori Lapin Jones who has been practicing in the bankruptcy field for over forty years and has substantial experience in the review of professional fees. Lori Lapin Jones billed at a discounted hourly rate of $400.00. This hourly rate was approved in the Fee Examiner Order (Fee Examiner Order ¶ 3). It is also noted that 6.40 hours was recorded but not charged and certain work performed was not billed.

25.    Lori Lapin Jones, Esq. has not received payment for services rendered or to be rendered and there have not been any promises of payment. There is no agreement or understanding between Lori Lapin Jones and any other person for the sharing of compensation

received for services rendered in this case, except that payment on account of the expenses will be paid over to NCRS (which is permitted by the Fee Examiner Order).

## VIII. NOTICE

26.     Notice of this Application will be provided to (a) the Debtor's bankruptcy counsel, (b) counsel to the Creditors' Committee, (c) the U.S. Trustee, and (d) those parties who have appeared in this case or have requested notice pursuant to Bankruptcy Rule 2002.

## IX. CONCLUSION

27.     Based on all the above, Lori Lapin Jones, Esq. requests that the Bankruptcy Court award interim compensation in the amount of $31,840.00 for services rendered as Fee Examiner during the First Interim Compensation Period, plus reimbursement of expenses in the amount of $11,137.50.

**WHEREFORE**, Lori Lapin Jones, Esq. respectfully requests entry of an Order:

(a)     awarding and allowing fees to Lori Lapin Jones, Esq. in the amount of $31,840.00 on an interim basis for the First Interim Compensation Period;

(b)     awarding and allowing the reimbursement of expenses to Lori Lapin Jones, Esq. in the amount of $11,137.50 on an interim basis for the First Interim Compensation Period;

(c)     directing the Debtor to pay Lori Lapin Jones, Esq. such fees and expenses; and

(d)     granting such other and further relief as the Bankruptcy Court deems just and proper.

Dated: June 4, 2025
        Great Neck, New York

                         /s/ Lori Lapin Jones
                         Lori Lapin Jones, Esq.
                         Independent Fee Examiner

                         Lori Lapin Jones PLLC
                         98 Cutter Mill Road – Suite 255 South
                         Great Neck, New York 11021
                         Telephone: (516) 466-4110
                         Email: ljones@jonespllc.com

9

## CERTIFICATION

Lori Lapin Jones hereby certifies:

a.      I was appointed Independent Fee Examiner in this case.

b.      I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. I have reviewed Bankruptcy Rule 2016, the Interim Compensation Order, and the Fee Examiner Order and believe that this Application substantially complies with such Rule and Orders.

/s/ Lori Lapin Jones
Lori Lapin Jones

**EXHIBIT A**
(Fee Examiner Order)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

```
--------------------------------------------------    x
   In re                                          :    Chapter 11
                                                  :
   The Diocese of Rochester,                      :    Case No. 19-20905 (PRW)
                                                  :
                              Debtor.             :
--------------------------------------------------    x
```

## ORDER APPOINTING INDEPENDENT FEE EXAMINER AND ESTABLISHING RELATED PROCEDURES FOR THE REVIEW OF FEE APPLICATIONS OF RETAINED PROFESSIONALS

Upon consideration of the Court's Order to Show Cause (the "OSC") Concerning the

Appointment of an Independent Fee Examiner [ECF No. 2829]; upon further consideration that the

size and complexity of this chapter 11 case will result in the filing of numerous, lengthy and

complex professional fee applications; upon the Court's conclusion at the November 21, 2024

hearing on the applications to approve interim compensation, that the appointment of an

independent fee examiner under Bankruptcy Code section 105 appears to be in the best interests

of the Debtor, its estate and creditors, and other parties-in-interest; and the Court having directed

the parties-in-interest to file any papers in support of or in opposition to the appointment of an

independent fee examiner; and this matter being a core proceeding under 28 U.S.C. § 157(b); and

venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the

Declaration of Disinterestedness of Lori Lapin Jones, Esq., dated December 5, 2024; and good

and sufficient cause appearing therefor; it is hereby,

FOUND AND DETERMINED THAT:

A.    On September 12, 2019 (the "Petition Date"), the Debtor filed a voluntary petition

for relief under chapter 11 of title 11 of the United States Code with the United States

Bankruptcy Court for the Western District of New York. ECF No. 1.

B.      On September 26, 2019, pursuant to Section 1102 of the Bankruptcy Code, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Creditors' Committee") in this case. ECF No. 68.

C.      The Debtor currently is operating its business and managing its affairs pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

D.      On December 5, 2019, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees (the "Interim Compensation Order"). ECF No. 318.

E.      No chapter 11 trustee or examiner has been appointed in this case.

F.      On March 20, 2020, the United States Trustee filed a motion for order authorizing appointment of independent fee examiner ("Fee Examiner Motion"). ECF No. 455.

G.      On April 16, 2020, the Court denied the Fee Examiner Motion without prejudice. ECF No. 517; *In re Diocese of Rochester*, Case No. 19-20905, 2020 WL 1896498, *3 (Bankr. W.D.N.Y. Apr. 16, 2020).

H.      On May 12, 2020, the Court entered the Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committee (the "Supplemental Interim Compensation Order"). ECF No. 545.

I.      On November 25, 2024, the Court entered the OSC. The OSC stated that:

> In the Court's view, the case has progressed to the point that a review of Professional fees and expenses by an independent fee examiner (aided by billing analysis software) may be appropriate and necessary to aid the Court in determining whether any Professional fees awarded on an interim basis thus far, or to be awarded on an interim basis in the future, are excessive, duplicative, or unreasonable.

J.      Additionally, the OSC provided for the following:

**ORDERED**, that parties-in-interest show cause why the Court should not exercise its discretion and appoint an independent fee examiner under § 105(a) of the Code, at a hearing to be held by the Court telephonically on **December 13, 2024 at 11:00 a.m.**; and it is further

**ORDERED**, that any papers in support of or in opposition to the appointment of an independent fee examiner, together with a proposed form order, must be served and filed on the docket **on or before 12:00 Noon on December 6, 2024**. Papers in support of the appointment of a fee examiner may include the name of a person or persons for the Court to consider appointing. Responses to any such papers are prohibited, and papers filed after the filing deadline will not be considered.

K.     For the purposes of this Order, the term "Professional fees and expenses" shall include all any and all professionals (the "Retained Professional(s)") in this case requesting compensation and/or reimbursement of expenses on an interim or final basis pursuant to Bankruptcy Code sections 327, 330, 331, or 1103.

L.     Lori Lapin Jones, Esq., the proposed Fee Examiner, is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

IT IS HEREBY ORDERED THAT:

1.     The Court hereby appoints Lori Lapin Jones, Esq. to serve as independent fee examiner (the "Fee Examiner") in this case, subject to the terms and conditions of this Order, the Interim Compensation Order, and the Supplemental Interim Compensation Order, as modified herein.

2.     The Fee Examiner is appointed as an officer of the Court with respect to the performance of her duties and the Fee Examiner (and any professionals retained by the Fee Examiner with Court approval) shall enjoy the maximum immunity permitted by law from all manner of claims, demands, suits, or civil actions for all acts taken or omitted by her. Any and all claims, demands, suits, or civil actions not brought or asserted against the Fee Examiner prior to the thirtieth (30th) calendar day after entry of an order determining the last

final fee application in this case pursuant to Bankruptcy Code section 330 shall be barred forever and discharged, and all persons and entities shall be enjoined from prosecuting such claims in any manner thereafter. No person or entity shall seek discovery from the Fee Examiner, subpoena the Fee Examiner as a witness, or commence an action against the Fee Examiner in connection with her duties or powers hereunder except in this Court and only with the prior approval of this Court, which retains exclusive jurisdiction therefor.

3.     The Fee Examiner's services shall be charged at an hourly rate of $400.00. The Fee Examiner is hereby authorized to retain, and shall be entitle to charge, as part of the Fee Examiner's expenses, the fees and expenses of National CRS LLC as Database Service Provider to the Fee Examiner at an hourly rate of $275.00 which charges shall be part of the Fee Examiner's compensation applications and subject to detailed time records. The Fee Examiner may retain other professionals or paraprofessionals to the extent she deems it necessary to discharge her duties and the retention of additional professionals shall be subject to Court approval under standards equivalent to Bankruptcy Code section 327, after notice and opportunity for hearing.

4.     The fees and expenses of the Fee Examiner and any Court-approved professionals for the Fee Examiner shall be subject to application and review pursuant to Bankruptcy Code section 330 and shall be paid from the Debtor's estate as an expense of administration under Bankruptcy Code section 503(b)(2) and in accordance with the procedures in the Interim Compensation Order and the Supplemental Interim Compensation Order. The Fee Examiner's compensation shall not be contingent, dependent, or based on any element of success or result. The Fee Examiner's fees and expenses shall be subject to the applicable United States Trustee Appendix B Guidelines for Compensation.

5.    Except as otherwise provided herein, the scope of the Fee Examiner's duties and responsibilities shall encompass all interim and final applications.

6.    The Fee Examiner shall review and assess all applications filed by Retained Professionals, and the fees and reimbursement of expenses for which allowance is sought pursuant to the Applications for compliance with (1) Bankruptcy Code sections 329, 330 and 331, as applicable, (2) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (3) the Interim Compensation Order, (4) the Supplemental Interim Compensation Order and (5) the applicable guidelines for compensation. The Fee Examiner is further authorized and shall have standing before the Court:

(a)    to prepare reports (as discussed in further detail below) for the Court to aid in the review and approval of interim and final fee applications, which may include such matters as the efficiency and reasonableness of staffing and expenses and the appropriateness of periodic increases in hourly rates;

(b)    to require applicants for compensation to provide her such supplemental information as she may reasonably require in order to evaluate the reasonableness of any particular fee item; *provided*, however, that nothing herein shall require a Retained Professional to provide any information that would disclose privileged information, work product or anything (including potential strategies) that in the Retained Professional's reasonable discretion could be damaging or prejudicial to its client (collectively, "Privileged Information"); *provided*, for the avoidance of doubt, that a professional's general discussion of projects and tasks without reference to confidential details shall not be considered a waiver of any privilege or discovery immunity; *provided further*, if a Retained Professional or its client does provide Privileged Information to the Fee Examiner, the Fee Examiner shall treat such information as confidential and the disclosure of such information to the Fee Examiner shall not be deemed to be a waiver by the disclosing party of any applicable work product, attorney-client, or other privilege;

(c)    to conduct such discovery as may be pertinent and necessary to the performance of her other duties and responsibilities after first securing approval of this Court, which may be granted only upon notice to all interested parties and opportunity for hearing, and the Court retains exclusive jurisdiction over all matters relating to such discovery; and

(d)    subject to the completion of the procedures set forth in Paragraph 6 for submission of a Preliminary and Final Report (each as defined below) with respect to the applicable fees or expenses, to object to the allowance of fees or expenses sought

by any Retained Professional in a fee application on the same grounds as any party in interest in this case, including based on the reasonableness standard provided in Bankruptcy Code § 330.

Notwithstanding these enumerated powers, the Court shall have the final role in evaluating or judging the legal or factual merits of any papers filed or positions taken by parties in interest or their Retained Professionals, but this restriction shall not limit the ability of the Fee Examiner to consider the factors set forth in Bankruptcy Code sections 330(a)(3)(C) and (D) in her evaluation of interim and final applications.

       7.     The Fee Examiner shall review the interim and final applications filed by each Retained Professional. To the extent practicable, the Fee Examiner shall avoid duplicative review when reviewing (1) interim fee applications comprised of monthly fee statements and (2) final fee applications comprised of interim fee applications that have already been reviewed by the Fee Examiner. After reviewing each Retained Professional's application, the Fee Examiner shall:

       (a)     within the later of thirty-five (35) days after a Retained Professional files an application (or in the case of interim fee applications filed prior to entry of this Order, 35 days following service of such interim fee applications on the Fee Examiner) and 35 days after the Retained Professional provides the Fee Examiner with all relevant time records in searchable format, prepare a report on each Application (each, a "Preliminary Report") for which the Fee Examiner has a potential issue or objection, and serve any such Preliminary Report on the Retained Professional. The Fee Examiner's Preliminary Report shall quantify and present information relevant to whether the requested fees, disbursements, and expenses meet the applicable standards of Bankruptcy Code section 330. These Preliminary Reports are to be treated as part of settlement discussions with the Retained Professionals and, as such, shall not be discoverable. The contents of the Preliminary Report shall be maintained in confidence by such parties until such time as the Fee Examiner incorporates all or any content of the Preliminary Report into a Final Report in accordance with Paragraph 7(c) below.

       (b)     within 14 days after service of the Preliminary Report, engage in written or oral communication with each Retained Professional, the objective of which is to resolve matters raised in the Preliminary Report and endeavor to address and resolve, to the mutual satisfaction of the Fee Examiner and the Retained

Professional, any issues identified or to amend its Application in a Preliminary Report.

(c)     after a reasonable opportunity to resolve the issues identified in the Preliminary Report or amend the Application, file a final report or objection (the "Final Report") with the Court and note any remaining objections to the Application. The Retained Professional may file a reply to the Final Report. The Final Report shall be in a format designed to quantify and present information relevant to whether the requested fees and expenses of each Retained Professional meet the applicable standards of Bankruptcy Code section 330. The Final Report shall also inform the Court of any proposed consensual resolutions of the fee or expense reimbursement request for each Retained Professional and the basis for such proposed consensual resolution.

(d)     The Fee Examiner shall file her Final Report at least seven (7) days before the hearing date on the relevant Application and shall serve a copy on the United States Trustee, counsel to the Debtor, counsel to the Creditors' Committee, and all Retained Professionals. The Retained Professionals shall consult with the Fee Examiner on the selection of hearing dates for interim and final applications.

8.     Any of the periods set forth above may be extended with the consent of the Fee Examiner and the applicable Retained Professional. Nothing herein shall be construed or interpreted to require the filing of Final Reports on all applications prior to any application and the Final Report specific thereto being considered by the Court, and the delay or adjournment of consideration of an application shall not affect the timing of hearings on the applications of other Retained Professionals.

9.     The Fee Examiner, the Debtor, the Creditors' Committee, and the Retained Professionals shall use best efforts to have undisputed portions of applications both allowed by the Court and paid as soon as reasonably practicable, even if a contested amount remains disputed and subject to the procedures set forth above.

10.     All Retained Professionals shall cooperate with the Fee Examiner in the discharge of the Fee Examiner's duties and shall, subject to the qualification set forth in Paragraph 6(b) above with respect to privileged matters or work product, promptly respond to any reasonable request for information from the Fee Examiner.

11.     Nothing contained herein shall affect the right, if any, of any party in interest in this case to object or otherwise respond to any interim or final fee application or monthly request for compensation and reimbursement of expenses, including those of the Fee Examiner. Nothing herein shall affect any party's right to request a waiver of the applicable Guidelines for Compensation and the requirements under Bankruptcy Code section 330, to the extent they apply. Nothing herein shall alter or modify prior orders governing the retention of professionals.

12.     The Interim Compensation Order and the Supplemental Interim Compensation Order are hereby modified as follows:

(a)     The Fee Examiner is designated as an additional application recipient entitled to receive monthly fee statements, and provide objections if appropriate, under the Compensation Procedures set forth in the Interim Compensation Order and the Supplemental Interim Compensation Order.

(b)     No later than three (3) business days after the filing of each Application, the Retained Professional shall send to the Fee Examiner via electronic mail the Application, including the fee detail containing the time entries and the expense detail ("Fee Detail") in searchable electronic format (LEDES or Excel format).

(c)     A Retained Professional need not send to the Fee Examiner the electronic-formatted Fee Detail for any (i) interim fee application if such Retained Professional has previously submitted to the Fee Examiner the relevant Fee Detail with the applicable Monthly Fee Statement or otherwise or (ii) final fee application if such Retained Professional has previously submitted to the Fee Examiner the relevant Fee Detail with the applicable interim fee application or otherwise. If any Retained Professional cannot reasonably convert its Fee Detail to the electronic format described above, the Fee Examiner will work with such Retained Professional to find an appropriate electronic format.

13.     All previously filed applications and related Fee Detail shall be provided to the Fee Examiner by each Retained Professional within 30 days of entry of this Order. All previously filed applications, all future applications, and all other documents, notices or pleadings required to be sent to or served upon any application recipient under the

Interim Compensation Order and the Supplemental Interim Compensation Order on and after

the date hereof shall be served upon the Fee Examiner[1]:

Lori Lapin Jones, Esq.
Lori Lapin Jones PLLC
98 Cutter Mill Road - Suite 255 South
Great Neck, New York 11021
Telephone: (516) 466-4110
Facsimile: (516) 466-4009
ljones@jonespllc.com

16.     The terms and conditions of this Order shall be immediately effective

and enforceable upon its entry and shall remain in effect unless and until the Court orders

otherwise.

17.     To the extent there is any inconsistency between the terms of any

professional's retention agreement and this Order, the term of this Order shall govern.

18.     The Court retains jurisdiction to enforce, modify or vacate this Order

after hearing upon not less than fourteen (14) days' notice to the Fee Examiner, the Debtor, the

Creditors' Committee, and the United States Trustee.  Notwithstanding any provisions of this

Order to the contrary, the Court retains ultimate authority to determine whether fees and

expenses requested by any Retained Professional are necessary and reasonable under

Bankruptcy Code section 330.

DATED: Rochester, New York
          December 16  , 2024

_____/s/_____
The Honorable Paul R. Warren
United States Bankruptcy Judge

---

[1] The Fee Examiner shall also be deemed to have filed a request for notice of papers filed in this chapter 11 case under Bankruptcy Rule 2002 and the Fee Examiner shall be served with all such papers.

# Notice Recipients

District/Off: 0209-2                 User: admin                 Date Created: 12/16/2024
Case: 2-19-20905-PRW          Form ID: pdforder             Total: 21

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Kathleen Dunivin Schmitt | USTPRegion02.RO.ECF@USDOJ.GOV |
| aty | Camille W. Hill | chill@bsk.com |
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | Elin Lindstrom | elin@andersonadvocates.com |
| aty | Grayson T. Walter | gwalter@bsk.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Ingrid S. Palermo | ipalermo@bsk.com |
| aty | Jeffrey D. Eaton | jeaton@bsk.com |
| aty | Karen B. Dine | kdine@pszjlaw.com |
| aty | Mark Bruh | mark.bruh@usdoj.gov |
| aty | Mark D. Plevin | mplevin@plevinturner.com |
| aty | Melanie Wolk | mwolk@trevettcristo.com |
| aty | Michael Finnegan | mike@andersonadvocates.com |
| aty | Sara C. Temes | stemes@bsk.com |
| aty | Stephen A. Donato | sdonato@bsk.com |
| aty | Timothy Patrick Lyster | tlyster@woodsoviatt.com |

TOTAL: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 | |
| pr | Lisa M. Passero | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 |
| ustWH | William K. Harrington | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick St., Suite 1006 New York, NY 10014 |
| cx | Lori Lapin Jones | Lori Lapin Jones PLLC | 98 Cutter Mill Road | Suite 255 South Great Neck, NY 11021 |
| smg | Office of the U.S. Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 | |

TOTAL: 5

Case 2-19-20905-PRW,   Doc 2870-1,    Filed 12/16/24,    Entered 12/16/24 15:54:08,
Case 2-Description: PDF  Order so Judgments Notice Recipients  Page 1 of 1
Description: Main Document , Page 23 of 43

**EXHIBIT B**
(Time Records)

Time Records of Lori Lapin Jones, Esq.

Case: Diocese of Rochester
    Case No. 19-20905 (PRW)

Time Period: January 1, 2025 – May 31, 2025

Fee Summary
Lori Lapin Jones, Esq. – 79.60 hours @ $400.00/hour = $31,840.00
                   6.40 hours @ $400.00/hour = $2,560.00 (No Charge)

| PROJECT CATEGORY | HOURS | RATE | FEES |
|---|---|---|---|
| Communications with Professionals | 8.40<br>3.00 | $400.00<br>No charge | $3,360.00<br>$    0.00 |
| Court Hearings | .20 | No charge | $    0.00 |
| General Administration | .70<br>2.90 | $400.00<br>No charge | $    280.00<br>$    0.00 |
| Fee Application Review | 60.80 | $400.00 | $24,320.00 |
| Report | 7.70<br>.30 | $400.00<br>No Charge | $ 3,080.00<br>$    0.00 |
| Fee Application of Fee Examiner | 2.00 | $400.00 | $800.00 |
| TOTAL | 79.60<br>(only time charged) | $400.00 | $31,840.00 |

**January 2025**

***General Administration***

01/12/2025 2.90 hours (N/C)
Review the entire docket in case and select documents (e.g., first day affidavit, Court opinions, fee objections/responses) (2.9) (N/C)

01/27/2025 .70 hours
Review chapter 11 plan and prepare comments to address fee examiner issues (.6)
Email to S Donato, I Scharf re: plan comments addressing fee examiner (.1)

***Communications With Professionals***

01/13/2025 .10 hours (N/C)
Protocols/procedures email to all professionals (.1) (N/C)

***Fee Application Review***

01/26/2025 2.50 hours
Review Blank Rome retention application, declaration, order (.2)
Review/analyze Blank Rome time records from retention through 7/31/24 and prepare notes (2.0)
Create four charts for issues identified (Blank Rome) (.3)

01/29/2025 5.60 hours
Review Burns Bair retention application, order, six fee applications (without time records), corresponding fee orders, and letter reducing fees (1.1)
Begin review of Burns time records from retention through 7/31/24 and prepare notes (2.3)
Complete review of Burns Bair time records on prior applications (1.2)
Prepare outline of potential issues re Burns Bair fee applications and prepare supporting charts (1.0)


**Total Time in January 2025: 8.80 Hours**
                              plus  3.00 Hours (No Charge)

**February 2025**

***Communications With Professionals***

02/03/2025 .50 hours
Telephone call S Donato re: basis for reductions in Bond fee applications, CNA litigation, Burns Bair reduction in third fee application (.5)

***Fee Application Review***

02/09/2025 5.00 hours
Review Bonadio retention application and prepared notes (.2)
Review/chart six interim applications of Bonadio based on flat fees including review of invoices and prepare notes (1.0)
Review Harris Beach retention application and order and prepare notes (.2)
Review/chart ten interim fee applications and orders for Harris Beach (1.0)
Review/analyze time records for six interim fee applications for Harris Beach (9/19-6/30/22) and prepare notes (2.6)

02/12/2025 2.30 hours
Review time records for Harris Beach (7/1/22-7/31/24) and prepare notes (2.3)

02/13/2025 1.50 hours
Review Stout retention application, order, and track fees/rates for four applications and orders (1.0)
Review Debtor objection to Stout's fee application and creditors' committee's response (.5)

02/14/2025 4.60 hours
Review all Stout time records and prepare notes (2.8)
Prepare memorandum on Stout's four interim fee applications (1.1)
Prepare four exhibits for Stout memorandum (.4)
Prepare Stout rate change chart (.3)


**Total Time in February 2025: 13.90 Hours**

**March 2025**

*Communications With Professionals*

03/15/2025 .10 hours
Email to J Murray/J Carter (Blank Rome) re: request for certain expense backup (.1)

03/18/2025 1.20 hours (N/C)
Teams meeting with K Schmidt (AUST) re: prior fee applications, practices and protocols, specific issues (1.2) (N/C)

03/31/2025 .40 hours
Transmitted fee review memoranda to nine professionals (.4)

*Fee Application Review*

03/14/2025 4.30 hours
Review Stout fifth interim fee application and time records (.3)
Prepare Stout fee memorandum on fifth application (.1)
Prepare memorandum to Bonadio on first through sixth fee applications (.6)
Review Burns Bair seventh fee application (without time records) (.2)
Review/analyze Burns Bair time records for seventh application (.6)
Prepare Burns Bair memorandum on seventh interim fee application (.3)
Review Harris Beach eleventh fee application (without time records) (.2)
Review Harris Beach expenses (.1)
Review/analyze Harris Beach time records in eleventh fee application (.8)
Prepare Harris Beach fee memorandum on eleventh fee application and five charts (1.1)

03/15/2025 5.60 hours
Review Blank Rome eleventh fee application (.3)
Prepare Blank Rome memorandum on eleventh fee application (.1)
Prepare Blank Rome fee memorandum on first through tenth applications (.7)
Review Bond eleventh fee application (without time records) (.4)
Review Bond expenses (.1)
Review Bond time records in eleventh application and prepare notes (2)
Prepare Bond fee memorandum on eleventh fee application (1.2) and prepare six charts (.8)

03/16/2025 3.30 hours
Prepare Harris Beach memorandum on first through tenth fee applications (1.2)
Prepare six charts for Harris Beach memorandum on prior applications (.8)
Prepare Burns Bair memorandum on first through sixth applications and three charts (.8)
Review Burns Bair travel expenses (.5)

03/17/2025 5.50 hours
Review Bond time records for first through tenth fee applications and take notes (3.2)
Continue review and analysis of Bond time records for first through tenth applications and take notes (2.3)

03/18/2025 3.10 hours
Prepare memorandum on Bond prior fee applications (1.5)
Prepare seven charts for Bond memorandum on prior fee applications (1)
Review Gnarus retention application and order (.2)
Review Gnarus first fee application and time records and prepare notes (.4)

03/27/2025 4.80 hours
Review BRG retention application, order and four interim fee applications (without time records) (1)
Review/analyze time records for BRG prior fee applications and prepare notes (.9)
Prepare BRG fee memorandum and two charts (.7)
Prepare Gnarus fee memorandum and one chart (.7)
Review/finalize/coordinate exhibits for memoranda on prior fee applications for: Harris Beach; Blank Rome; Stout; Burns Bair; BRG; Gnarus; and Bonadio (1.5)

03/29/2025 2.80 hours
Review Bond expenses for ten fee applications (.9)
Revise/finalize Bond fee memorandum for first through tenth fee application and coordinate ten exhibits (.8)
Review Nixon retention application, order, first fee application (.5)
Prepare memorandum on Nixon fee application (.1)
Review/revise/finalize five fee memoranda on 2025 interim applications (.5)


**Total Time in March 2025: 29.90 Hours**
                    Plus 1.20 Hours (No Charge)

**April 2025**

***Communications With Professionals***

04/02/2025 .70 hours
Zoom conference J Bair re seventh interim application and all prior applications and resolutions of open issues (.7)

04/03/2025 .80 hours (plus .30 hours at N/C)
Prepare for call with Gnarus (.2) (N/C)
Zoom with J Horewitz, D Maloney (Gnarus) re fee memorandum (.5)
Prepared for call with BRG (.1) (N/C)
Zoom with R Strong, M Babcock (BRG) re memorandum and prepare follow up notes (.3)

04/08/2025 1.00 hours
Preliminary call with S Donato on Bond fee review memorandum for prior applications (.3)
Zoom conference with N Snyder of Bonadio re fee memorandum (.4)
Follow up email N Snyder (Bonadio) with order and retention papers (.1)
Review/analyze detailed memorandum from Stout in response to fee memorandum on prior interim applications (.2)

04/09/2025 .60 hours
Prepare for Zoom with Stout: review two fee memoranda and Stout's response (.3)
Prepared for Zoom with Bond: review two memoranda and exhibits and prepare notes (.3)

04/10/2025 1.50 hours
Zoom conference with K McNally (Stout) re fee memorandum (.2)
Zoom conference with Bond (S Donato, K Doner, R Clement) re fee review memoranda for prior and pending applications (1)
Review certain expense back up documentation for Bond and email K Doner re same (.2)
Emails to/from Blank Rome (J Murray) re resolution of fees (.1)

04/11/2025 1.20 hours
Zoom with Harris Beach (T Flynn, P Spellane, Moore) re fee memoranda on prior and pending fee applications (1.2)

04/12/2025 .10 hours
Email K Doner re Bond expenses (.1)

04/16/2025 .30 hours (plus .70 (N/C))
Telephone call S Donato re Harris Beach (.3) (N/C)
Review back up for Bonadio sent by N Snyder (.3)
Email response to N Snyder (.1)(N/C)
Review email backup from Harris Beach, check docket, reply to same (.3) (N/C)

04/19/2025 .30 hours (N/C)
Prepare for Zoom with PSZJ on two fee memoranda (.3) (N/C)

04/21/2025 .90 hours
Zoom conference I Scharf re prior and pending fee applications (.9)

04/24/2025 .30 hours
Transmit ten emails to professionals with respective excerpts from draft report (.3)

04/28/2025 .40 hours (N/C)
Zoom conference with P Spellane (Harris Beach) re report excerpt (.4) (N/C)

### *Fee Application Review*

04/05/2025 4.00 hours
Review PSZJ retention application, order (.3)
Review PSZJ expenses for first through ninth fee applications (1.0)
Review PSZJ tenth fee application (without time records) and expenses (.4)
Review/analyze time records for PSZJ tenth fee application and prepare notes (1.2)
Prepare fee memorandum for PSZJ tenth fee application with exhibits (1.1)

04/06/2025 5.50 hours
Review PSZJ time records for first through ninth applications (3.4)
Prepare PSZJ fee memorandum for first through ninth applications and multiple charts (2.1)

04/12/2025 .40 hours
Review backup documentation for Blank Rome expenses and email re same (.2)
Review backup documentation for Bond expenses (.2)

### *Report*

04/10/2025 2.20 hours
Begin preparation of Final Report (first six sections) (2.2)

04/11/2025 2.40 hours
Preparation of report: write-ups on ten professionals (2.4)

04/12/2025 1.20 hours
Review/revise Final Report (1.2)

04/19/2025 .40 hours
Review/revise/update Report for resolutions reached (.4)

04/21/2025 .30 hours
Update Final Report for resolutions (.3)

04/22/2025 1.20 hours
Review/revise/quality check Final Report (1.2)

04/30/2025 .30 hours (N/C)
Finalize Report and efile same (.3) (N/C)

**Total Time for April: 25.00 Hours**
                         Plus 2.00 Hours (No Charge)


**May 2025**

*Communications With Professionals*

05/05/2025 .70 hours (N/C)
Call with M Bruh and E Champion (UST) re: fee applications, fee examiner report, upcoming hearing, BRG cyber-breach

*Court Hearings*

05/15/2025 .20 hours (N/C)
Call in for fee hearings (cancelled) (.2)

*Fee Application of Fee Examiner*

05/27/2025 2.00 hours
Preparation of draft of first interim fee application of fee examiner (2)


**Total Time for May: 2.00 Hours**
                         Plus .90 Hours (No Charge)

## EXHIBIT C
### (Disbursements)
### Invoice for National CRS, LLC

**National CRS**
4846 Sun City Center Blvd.
#255
Sun City Center, Florida 33573

# Invoice 485
April 30, 2025

**BILL TO:**

Diocese of Rochester

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 40.5 | Professional Services: Michael Newsom | $275.00 | $11,137.50 |
| | | **TOTAL DUE** | **$11,137.50** |

Case 2-19-20905-PRW,    Doc 3150,    Filed 06/04/25,    Entered 06/04/25 20:41:17,
Description: Main Document  , Page 34 of 43

**National CRS**
4846 Sun City Center Blvd.
#255
Sun City Center, Florida 33573

# Invoice 485
April 30, 2025

Invoice submitted to:

Diocese of Rochester

Invoice Total
$11,137.50

## Professional Services

|  |  |  | Hours | Fees |
|---|---|---|---|---|
| 1/15/2025 | Michael Newsom | **Data Analysis and Exhibit Generation** Set up new file for Diocese of Rochester, and generate format for data status report. | 0.2 | $55.00 |
| 1/22/2025 | Michael Newsom | **Data Entry 2** Combined two text files (.1). Reformat Blank Rome Aug and Oct 2024 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter three new timekeepers (.1). Enter three new codes (.1). Vet numbers to fee app (.1). | 0.7 | $192.50 |
|  | Michael Newsom | **Data Entry 1** Combined two text files and one XL file (.1). Reformat Bond Aug - Oct 2024 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter twelve new timekeepers (.1). Enter nine new codes (.1). Vet numbers to fee statement (.1). | 0.8 | $220.00 |
|  | Michael Newsom | **Data Entry 1** Combined four text files (.1). Reformat Bond 1st interim Sep-Jan 2020 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter nineteen new timekeepers (.2). Enter eight new codes (.1). Vet numbers to fee statement (.1). Fix errors in LEDES file. | 0.9 | $247.50 |
| 1/23/2025 | Michael Newsom | **Data Entry 1** Combined six text files and one XL file (.2). Reformat Bond 2nd interim Feb-Jul 2020 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter twelve new timekeepers (.1). Vet numbers to fee statement (.1). Fix errors in LEDES file. | 0.8 | $220.00 |
|  | Michael Newsom | **Data Entry 1** Combined four text files (.1). Reformat Bond 3rd interim Aug-Dec 2020 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter four new timekeepers (.1). Vet numbers to fee statement (.1). Fix errors in LEDES file. | 0.7 | $192.50 |
|  | Michael Newsom | **Data Entry 1** Combined six text files (.1). Reformat Bond 4th interim Jan-Jun 2021 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter three new timekeepers (.1). Vet numbers to fee statement (.1). Fix errors in LEDES file. | 0.7 | $192.50 |

| | | | Hours | Fees |
|---|---|---|---|---|
| | Michael Newsom | Data Entry 1<br>Combined six text files (.2). Reformat Bond 5th interim Jul-Dec 2021 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2). Vet numbers to fee statement (.1). Fix errors in LEDES file. | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Bond 6th interim Jan-Jun 2022 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter three new timekeepers (.1). Vet numbers to fee statement (.1). Fix errors in LEDES file. | 0.6 | $165.00 |
| | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Bond 7th interim Jul-Dec 2022 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2). Vet numbers to fee statement (.1). | 0.6 | $165.00 |
| | Michael Newsom | Data Entry 1<br>Combined seven text files (.1). Reformat Bond 8th interim Jan-Jul 2023 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter seven new timekeepers (.1). Vet numbers to fee statement (.1). Fix errors in LEDES file. | 0.6 | $165.00 |
| | Michael Newsom | Data Entry 1<br>Combined five text files (.1). Reformat Bond 69th interim Aug-Dec 2023 file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter three new timekeepers (.1). Vet numbers to fee statement (.1). | 0.6 | $165.00 |
| | Michael Newsom | Data Entry 1<br>Combined seven text files (.1). Reformat Bond 10th interim Jan-Jul 2024 file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter ten new timekeepers (.1). Vet numbers to fee statement (.1). | 0.5 | $137.50 |
| | Michael Newsom | Data Entry<br>Update dropbox with latest version of database (.1). Email exception reports (.1). | 0.2 | $55.00 |
| 1/25/2025 | Michael Newsom | Data Entry 1<br>Combined five text files (.1). Reformat Blank 1st Sep-Jan 2020 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter five new timekeepers (.1). Vet numbers to fee app (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Blank 2nd Feb-Jul 2020 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter two new timekeepers (.1). Enter five new codes (.1). Vet numbers to fee app (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combined five text files (.1). Reformat Blank 3rd Aug-Dec 2020 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2). Vet numbers to fee app (.1). | 0.6 | $165.00 |

| | | | Hours | Fees |
|---|---|---|---|---|
| | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Blank 4th Jan–Jun 2021 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1). Vet numbers to fee app (.1). | 0.5 | $137.50 |
| | Michael Newsom | Data Entry 1<br>Combined three text files (.1). Reformat Blank 5th Jul–Dec 2021 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Vet numbers to fee app (.1). | 0.4 | $110.00 |
| | Michael Newsom | Data Entry 1<br>Combined three text files (.1). Reformat Blank 6th Jan–Jun 2022 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter one new timekeepers (.1). Vet numbers to fee app (.1). | 0.5 | $137.50 |
| | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Blank 7th Jul–Dec 2022 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter one new timekeepers (.1). Vet numbers to fee app (.1). | 0.5 | $137.50 |
| | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Blank 8th Jan–Jul 2023 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Vet numbers to fee app (.1). | 0.5 | $137.50 |
| | Michael Newsom | Data Entry 1<br>Combined five text files (.1). Reformat Blank 9th Aug–Dec 2023 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Vet numbers to fee app (.1). | 0.4 | $110.00 |
| | Michael Newsom | Data Entry 1<br>Combined seven text files (.2). Reformat Blank 10th Jan–Jul 2024 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Vet numbers to fee app (.1). | 0.5 | $137.50 |
| 1/27/2025 | Michael Newsom | Data Entry 1<br>Combined four text files (.1). Reformat Burns 1st May–Sep 2021 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter eight new timekeepers (.1). Enter fourteen new codes (.1). Vet numbers to fee statement (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combined nine text files (.1). Reformat Burns 2nd Oct–Jun 2023 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter two new timekeepers (.1). Enter three new codes (.1). Vet numbers to fee statement (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Burns 3rd Jul–Dec 2022 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter five new codes (.1). Vet numbers to fee statement (.1). | 0.5 | $137.50 |

| | | | Hours | Fees |
|---|---|---|---|---|
| | Michael Newsom | Data Entry 1<br>Combined seven text files (.1). Reformat Burns 4th Jan-Jul 2023 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter two new timekeepers (.1). Vet numbers to fee app (.1). | 0.5 | $137.50 |
| 1/28/2025 | Michael Newsom | Data Entry 1<br>Combined five text files (.1). Reformat Burns 5th Aug-Dec 2023 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Vet numbers to fee app (.1). | 0.4 | $110.00 |
| | Michael Newsom | Data Entry 1<br>Combined seven text files (.1). Reformat Burns 6th Jan-Jul 2024 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter two new timekeepers (.1). Enter one new code (.0). Vet numbers to fee app (.1). | 0.5 | $137.50 |
| 2/4/2025 | Michael Newsom | Data Entry 1<br>Combined five text files (.1). Reformat Harris 3rd Sep-Jan 2021 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter twenty-six new timekeepers (.1).  Vet numbers to fee statement (.1). Generate two exception reports (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combined seven text files (.1). Reformat Harris 4th Feb-Aug 2021 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter seven new timekeepers (.1).  Vet numbers to fee statement (.1). Generate five exception reports (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combined four text files (.1). Reformat Harris 5th Sep-Dec 2021 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1).  Vet numbers to fee statement (.1). Generate one exception report (.1). | 0.5 | $137.50 |
| 2/5/2025 | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Harris 6th Jan-Jun 2022 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter four new timekeepers (.1). Enter two new codes (.1). Vet numbers to fee statement (.1). Generate one exception report (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combined two XL files (.1). Reformat Harris 1st Sep-Feb 2020 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter Fifteen new timekeepers (.1).  Enter fifty-nine new codes (.2). Vet numbers to fee app (.1). Generate one exception report (.1). | 0.9 | $247.50 |
| 2/6/2025 | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat Harris 2nd Mar-Aug 2020 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1) Enter three new timekeepers (.1). Enter four new codes (.1). Vet numbers to fee app (.1). | 0.7 | $192.50 |

| | | | Hours | Fees |
|---|---|---|---|---|
| 2/7/2025 | Michael Newsom | Data Entry 1<br>Reformat Stout Jun 2021-Sep 2021 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee application (.2). Enter nine new timekeepers (.2). Enter five new codes (.2). Generate exception report for potential duplicate entries (.1). | 1.1 | $302.50 |
| | Michael Newsom | Data Entry 1<br>Reformat Stout Oct 2021-Jun 2022 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee application (.1). Enter one new timekeeper (.1). Generate exception report for billing rate change (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Reformat Stout Jul 2022-Jun 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee application (.1). Enter seven new timekeepers (.1). Generate exception report for billing rate changes (.1). Generate exception report regarding disproportionate distribution of billing times (.1). | 0.8 | $220.00 |
| 2/8/2025 | Michael Newsom | Data Entry 1<br>Reformat Stout Feb 2023-Jul 2024 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee application (.2). Enter two new timekeepers (.1). Generate exception report regarding disproportionate distribution of billing times (.1). | 0.8 | $220.00 |
| | Michael Newsom | Data Entry<br>Update dropbox with latest version of database (.2). Send email with exception reports (.2). | 0.4 | $110.00 |
| 2/10/2025 | Michael Newsom | Data Entry 1<br>Combine six XL files (.2). Reformat Harris Jul-Dec 2022 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee application (.2). Add four new timekeepers (.1). Enter one new code (.1). | 1.0 | $275.00 |
| | Michael Newsom | Data Entry 1<br>Combine six XL files (.2). Reformat Harris Jan-Jun 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee application (.1). Add one new timekeeper (.1). Generate exception report regarding disparity between Fee App and data timekeeper time (.1). | 0.9 | $247.50 |
| | Michael Newsom | Data Entry 1<br>Combine six XL files (.2). Reformat Harris Jul-Dec 2023 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.1) Vet numbers to fee application (.1). Add three new timekeepers (.1). | 0.7 | $192.50 |
| | Michael Newsom | Data Entry 1<br>Combine seven XL files (.2). Reformat Harris Jan-Jul 2024 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.1) Vet numbers to fee application (.1). Add one new timekeeper (.1). | 0.7 | $192.50 |

| | | | Hours | Fees |
|---|---|---|---|---|
| 3/14/2025 | Michael Newsom | Data Entry 2<br>Combined four text files with one XL file (.4). Reformat Burns Aug-Dec 2024 files to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2). Vet numbers to fee app (.2). Generate exception report on disparity between Fee App and data fees (.2) | 1.2 | $330.00 |
| | Michael Newsom | Data Entry 2<br>Combine five XL files (.3). Reformat Harris Aug-Dec 2024 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee app (.1). Generate exception report regarding disparity between code fee s in fee app and data (.1). | 0.9 | $247.50 |
| | Michael Newsom | Data Entry 2<br>Combined four text files and correct data errors (.3). Reformat Bond Nov-Dec 2024 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2). Vet numbers to fee app (.2). | 0.9 | $247.50 |
| | Michael Newsom | Data Entry 2<br>Combined three text files (.1). Reformat Blank Nov-Dec 2024 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.1). Vet numbers to fee app (.1). | 0.5 | $137.50 |
| 3/25/2025 | Michael Newsom | Data Entry 1<br>Parcel data to coincide with the 1st through 4th interim fee apps (.2). Reformat Berkeley Jul 2020-Sep 2022 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee apps (.2). Enter twelve new codes (.2). Enter thirteen new timekeepers (.2). | 1.2 | $330.00 |
| 3/27/2025 | Michael Newsom | Data Entry 1<br>Reformat GNARUS Apr-Nov 2022 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.1) Vet numbers to fee statement (.1). Enter six timekeepers (.1). | 0.5 | $137.50 |
| 4/2/2025 | Michael Newsom | Data Entry 2<br>Combined four text files (.1). Reformat PSZJ 10th Aug-Dec 2024 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter eleven new timekeepers (.1). Vet numbers to fee app (.1). Ener thirteen new codes (.1). | 0.8 | $220.00 |
| | Michael Newsom | Data Entry<br>Update and send new database version to L Jones. | 0.1 | $27.50 |
| 4/3/2025 | Michael Newsom | Data Entry 1<br>Combined seven text files (.1). Reformat PSZJ 9th Jan-Jul 2024 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter four new timekeepers (.1). Vet numbers to fee app (.1). Ener Two new codes (.1). Generate exception report on potential over billing (.1). Generate exception report on potential duplicative entries (.1). | 0.8 | $220.00 |

|  |  |  | Hours | Fees |
|---|---|---|---|---|
|  | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat PSZJ 8th Aug-Dec 2023 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter four new timekeepers (.1). Vet numbers to fee app (.1). Generate exception report on potential duplicative entries (.1). | 0.6 | $165.00 |
|  | Michael Newsom | Data Entry 1<br>Combined seven text files and Reformat PSZJ 7th Jan-Jul 2023 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter two new timekeepers (.1). Vet numbers to fee app (.1). Ener three new codes (.1). Generate exception report on fee write offs and potential duplicative entries (.1). | 0.6 | $165.00 |
|  | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat PSZJ 4th Jun-Nov 2021 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter two new timekeepers (.1). Vet numbers to fee app (.1). Ener one new codes (.1). Generate exception report on fee write offs and potential duplicative entries (.1). | 0.7 | $192.50 |
|  | Michael Newsom | Data Entry 1<br>Combined nine text files (.2). Reformat PSZJ 73rd Sep-May 2020 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter two new timekeepers (.1). Vet numbers to fee app (.1). Generate exception report on billing times and potential duplicative entries (.1). | 0.7 | $192.50 |
| 4/4/2025 | Michael Newsom | Data Entry 1<br>Combined three text files (.1). Reformat PSZJ 5th Dec-Jun 2022 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1). Vet numbers to fee app (.1). Ener three new codes (.1). Generate exception report on potential duplicative entries (.1). | 0.6 | $165.00 |
|  | Michael Newsom | Data Entry 1<br>Combined two text files and Reformat PSZJ 6th Jul-Dec 2022 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter one new timekeepers (.1). Vet numbers to fee app (.1). Generate exception report on fee write offs and potential duplicative entries (.1). | 0.5 | $137.50 |
|  | Michael Newsom | Data Entry 1<br>Combined six text files (.1). Reformat PSZJ 2nd Mar-Aug 2020 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter three new timekeepers (.1). Vet numbers to fee app (.1). Ener four new codes (.1). Generate exception report on potential over billing (.1). | 0.7 | $192.50 |
|  | Michael Newsom | Data Entry 1<br>Combined four text files (.1). Reformat PSZJ 1st Sep-Feb 2020 ledes text file to extract fees, expenses, codes and timekeepers (.1). Enter data into database for analysis (.1) Enter one new timekeeper (.1). Vet numbers to fee app (.1). Ener four new codes (.1). Generate exception report on fee write offs and potential over billing (.1). | 0.7 | $192.50 |
|  |  |  | 40.5 | $11,137.50 |

**Total amount of this invoice:**     **$11,137.50**

## Fee Summary by Professional

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Michael Newsom | 40.5 | $275.00 | $11,137.50 |

## Fee Summary by Matter

| Matter | Hours | Rate | Fees |
|---|---|---|---|
| Data Analysis and Exhibit Generation | 0.2 | $275.00 | $55.00 |
| Data Entry 2 | 5.0 | $275.00 | $1,375.00 |
| Data Entry 1 | 34.6 | $275.00 | $9,515.00 |
| Data Entry | 0.7 | $275.00 | $192.50 |

Case 2-19-20905-PRW,    Doc 3150,    Filed 06/04/25,    Entered 06/04/25 20:41:17,
Description: Main Document  , Page 43 of 43