**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DIOCESE OF ROCHESTER,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-20905 |

**ORDER AUTHORIZING CONTINENTAL INSURANCE COMPANY
TO FILE MOTION, OPPOSITION AND DECLARATION UNDER SEAL**

Upon the *Ex Parte* motion (the "Motion") of Continental Insurance Company ("CNA") for an order, pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, authorizing it to file, under seal, its (i) *Motion to Compel Production of Documents From Jeff Anderson & Associates* (the "Motion to Compel"), (ii) *Opposition to Motion to Quash and MOL* (the "Opposition"), and (iii) *Declaration of Miranda H. Turner* (the "Turner Declaration"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that

    1.    The relief requested in the Motion is GRANTED as hereinafter set forth.

    2.    CNA is authorized to file the (i) Motion to Compel, (ii) Opposition, and (iii) Turner Declaration under seal.

    3.    Any party filing a response or opposition to the Motion to Compel is authorized to file those response or opposition papers under seal.

    4.    Service of the Motion to Compel, Opposition and Turner Declaration shall be effected only upon Jeff Anderson & Associates, the mediator, and the parties represented by

the terms of the Confidentiality Agreements between CNA and Jeff Anderson & Associates, and by email on counsel for any party to the extent specifically authorized by Jeff Anderson & Associates.

Dated: Rochester, New York
      June \_\_\_\_, 2025

                                               _____
                                               Hon. Paul R. Warren
                                               United States Bankruptcy Judge