UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>Debtor. | Case No. 2-19-20905-PRW<br><br>Chapter 11 Case |

### NOTICE OF CONTINENTAL INSURANCE COMPANY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY JEFF ANDERSON & ASSOCIATES

**PLEASE TAKE NOTICE THAT** on June 6, 2025, The Continental Insurance Company ("CNA") filed its motion (the "Motion") seeking entry of an order by the United States Bankruptcy Court for the Western District of New York (the "Court") compelling production of responsive documents relating to the Diocese of Rochester bankruptcy case, in unredacted form, in response to CNA's subpoena issued to Jeff Anderson & Associates ("JAA") and for related relief.

**PLEASE TAKE FURTHER NOTICE** the pursuant to the Order Authorizing Continental Insurance Company To File Motion, Opposition And Declaration Under Seal [Dkt. No. 3155] (the "Sealing Order"), the Motion has been filed under seal.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **June 26, 2025, at 11:30 a.m. (Eastern Standard Time)**, or as soon thereafter as counsel may be heard, before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York. Counsel and interested parties may only appear telephonically by calling the telephone conference system sufficiently in advance of the beginning of the scheduled matter by (1) dialing **(571) 353-2301;** (2) when prompted for the "number you wish to dial" dial **808325466#**; (3) when prompted for the security pin enter **9999#**.

1

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure, and, pursuant to the Sealing Order, may be filed under seal with the Court and must be served upon the undersigned counsel for the movant no later than **72 hour prior to the hearing date and time of the Motion**.

Dated: June 6, 2025

Respectfully submitted,

By:    /s/Jeffrey A. Dove
Jeffrey A. Dove
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
Telephone: (315) 413-7112
jdove@barclaydamon.com

Mark D. Plevin
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (202) 580-6640
mplevin@plevinturner.com

David Christian
DAVID CHRISTIAN ATTORNEYS LLC
105 West Madison Street, Suite 2300
Chicago, IL 60602
Telephone: (312) 282-5282
dchristian@dca.law

Miranda H. Turner
PLEVIN & TURNER LLP
1701 Washington Avenue, N.W., Suite 200
Washington, DC 20006
Telephone: (202) 580-6640
mturner@plevinturner.com

*Attorneys for The Continental Insurance Company*