**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On June 5, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **First Interim Application for Compensation and Reimbursement of Expenses of Lori Lapin Jones, Esq., Independent Fee Examiner** (Docket No. 3150)

Dated: June 6, 2025

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
TeamRochDiocese@stretto.com

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| BOND, SCHOENECK & KING PLLC | ATTN: GRAYSON T. WALTER | ONE LINCOLN CENTER | | SYRACUSE | NY | 13202-1355 |
| OFFICE OF THE US TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: ERIN CHAMPION AND MARK BRUH | ROCHESTER FEDERAL BUILDING | 100 STATE STREET STE 534 | ROCHESTER | NY | 14614 |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH & LOMB PLACE | ROCHESTER | NY | 14604 |
| THE DIOCESE OF ROCHESTER | ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER | 1150 BUFFALO ROAD | | ROCHESTER | NY | 14624 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: J STANG, I SCHARF, B MICHAEL, K DINE, J DINE | 1700 BROADWAY, 36TH FLOOR | NEW YORK | NY | 10019 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |