UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF ROCHESTER,

Debtor.

Case No. 2-19-20905-PRW

Chapter 11 Case

## CERTIFICATE OF SERVICE

I, Audrey A. Vrooman, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am in the employ of Barclay Damon LLP, counsel for The Continental Insurance Company in the above-captioned case.

2. On June 4, 2025 at 4:01 p.m. (EST), I electronically filed *Continental Insurance Company's Ex Parte Motion for Order Authorizing Filing Under Seal* [Docket No. 3148] with the Clerk of the United States Bankruptcy Court for the Western District of New York using the CM/ECF system which system sent electronic notification to the parties set forth on the attached **Service List A**.

3. On June 4, 2025 at 11:13 a.m. (EST), a representative of the Clerk of the United States Bankruptcy Court for the Western District of New York electronically filed the *Order Authorizing Continental Insurance Company to File Motion, Opposition and Declaration Under Seal* [Docket No. 3155] using the CM/ECF system which system sent electronic notification to the parties set forth on the attached **Service List A**.

4. On the June 5, 2025 at 8:46 p.m. (EST), Miranda H. Turner served *Continental's Motion to Compel Production and Documents from Jeff Anderson & Associates* and the *Declaration of Miranda H. Turner*, with Exhibits via electronic mail upon the parties set forth on the attached **Service List B** by emailing unredacted copies of same to the parties at their designated email addresses.

5. On the June 6, 2025 at 3:30 p.m. (EST), Mark Plevin served *Continental's Opposition to the Committee's Motion to Quash Subpoenas Issued to Jeff Anderson and Jeff Anderson & Associates and Request to Modify the Confirmation Schedule* via electronic mail upon the parties set forth on the attached **Service List B** by emailing unredacted copies of same to the parties at their designated email addresses.

6. On June 6, 2025 at 12:12 p.m. (EST), I electronically filed the *Notice of Continental Insurance Company's Motion to Compel Production of Documents Jeff Anderson & Associates* [Docket No. 3159] with the Clerk of the United States Bankruptcy Court for the Western District of New York using the CM/ECF system which system sent electronic notification to the parties set forth on the attached **Service List A**.

26133653.1
Case 2-19-20905-PRW, Doc 3170, Filed 06/09/25, Entered 06/09/25 13:40:35, Description: Main Document, Page 1 of 6

7.      On June 6, 2025 at 3:46 p.m., a representative of the Clerk of the United States Bankruptcy Court for the Western District of New York electronically filed <u>under seal the unredacted</u> *Continental's Motion to Compel Production and Documents from Jeff Anderson & Associates* [Docket No. 3159] using the CM/ECF system which system sent electronic notification to the parties set forth on the attached **Service List A**.

8.      On June 6, 2025 at 3:53 p.m., a representative of the Clerk of the United States Bankruptcy Court for the Western District of New York electronically filed <u>under seal the unredacted</u> *Continental's Opposition to the Committee's Motion to Quash Subpoenas Issued to Jeff Anderson and Jeff Anderson & Associates and Request to Modify the Confirmation Schedule* [Docket No. 3161] using the CM/ECF system which system sent electronic notification to the parties set forth on the attached **Service List A**.

Dated: June 9, 2025
       Syracuse, New York

                                                   */s/Audrey A. Vrooman*
                                                   Audrey A. Vrooman

# SERVICE LIST A

- Deola T. Ali   dali@awtxlaw.com
- Steven D. Allison   steen.allison@troutman.com, traey.cantu@troutman.com
- Jason P. Amala   jason@pcvalaw.com, mfilomeno@pcvalaw.com; mmoore@pcvalaw.com; kweaver@pcvalaw.com
- Robert P. Arnold   rarnold@walkerwilcox.com, MZaiko@walkerwilcox.com
- Jesse Bair   jbair@burnsbair.com, kdempski@burnsbair.com,bhorn@burnsbair.com
- Jesse Bair   jbair@bbblawllp.com, kdempski@burnsbair.com,bhorn@burnsbair.com
- Erik Bakke   ebakke@pryorcashman.com
- Stephen Boyd   sboyd@steveboyd.com, rmatuzic@steveboyd.com
- Stephenie Lannigan Bross   sbross@sssfirm.com
- Mark Bruh   mark.bruh@usdoj.gov
- John Bucheit   jbucheit@phrd.com, ssnead@phrd.com
- Timothy W. Burns   tburns@burnsbair.com, kdempski@burnsbair.com;nkuenzi@burnsbair.com
- Timothy W. Burns   tburns@bbblawllp.com, kdempski@burnsbair.com;nkuenzi@burnsbair.com
- Kaitlin M. Calov   kcalov@wwmlawyers.com, jvail@walkerwilcox.com
- James Carter   jscarter@blankrome.com
- Shirley S. Cho   scho@pszjlaw.com
- David C. Christian   dchristian@dca.law
- Jeffrey M Dine   jdine@pszjlaw.com
- Karen B. Dine   kdine@pszjlaw.com
- Stephen A. Donato   sdonato@bsk.com, ayerst@bsk.com; kdoner@bsk.com; CourtMail@bsk.com
- Jeffrey Austin Dove   jdove@barclaydamon.com, avrooman@barclaydamon.com, jeffrey-dove-1212@ecf.pacerpro.com
- Robert Drummond   drummondr@whiteandwilliams.com
- Carol Dupre   caroldopray61@yahoo.com
- Scott Michael Duquin   sduquin@hermanlaw.com, smdlaw27@gmail.com
- Scott Michael Duquin   sduquin@hoganwillig.com, smdlaw27@gmail.com
- Sam A Elbadawi   selbadawi@sugarmanlaw.com
- Brianna M Espeland   brianna@jvwlaw.net
- Timothy Evanston   tevanston@skarzynski.com
- Michael Finnegan   mike@andersonadvocates.com, therese@andersonadvocates.com, erin@andersonadvocates.com
- Terrance Flynn   tflynn@harrisbeachmurtha.com, jwright@harrisbeach.com
- Nathaniel Foote   nate@vca.law
- Renee E. Franchi   renee@vca.law
- Lucas B. Franken   lfranken@pcvalaw.com, mfilomeno@pcvalaw.com
- Mitchell Garabedian   mgarabedian@garabedianlaw.com
- Peter Garthwaite   peter.garthwaite@clydeco.com
- Craig Goldblatt   craig.goldblatt@wilmerhale.com
- William Henry Gordon   wgordon@garabedianlaw.com
- Isley Markman Gostin   isley.gostin@wilmerhale.com
- Garry M. Graber   ggraber@hodgsonruss.com, mheftka@hodgsonruss.com; cnapiers@hodgsonruss.com
- Michael J Grygiel   grygielm@gtlaw.com, alblitdock@gtlaw.com, alblitsupport@gtlaw.com, caponev@gtlaw.com
- Dirk C. Haarhoff   dchaarhoff@kslnlaw.com
- Adam P. Haberkorn   ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com
- Catherine Beideman Heitzenrater   cheitzenrater@duanemorris.com
- Camille W. Hill   chill@bsk.com, ayerst@bsk.com; kdoner@bsk.com; CourtMail@bsk.com
- Adam Horowitz   adam@adamhorowitzlaw.com
- James K.T. Hunter   jhunter@pszjlaw.com
- Todd C. Jacobs   tjacobs@phrd.com, ssnead@phrd.com

- Leander Laurel James    ljames@jvwlaw.net, Lucia@jvwlaw.net
- Charles Edwin Jones    charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com
- Jeff Kahane    jkahane@duanemorris.com
- Timothy Quaid Karcher    tkarcher@proskauer.com
- Amy Keller    akeller@lglaw.com, sfischer@lglaw.com
- Mary Jo Korona    mkorona@adamsleclair.law, sarahi@leclairkorona.com
- Katerina Marie Kramarchyk    kkramarchyk@wardgreenberg.com
- Paul L. Leclair    pleclair@adamsleclair.law, arichardson@adamsleclair.law
- Seth H. Lieberman    slieberman@pryorcashman.com
- Lauren Lifland    lauren.lifland@wilmerhale.com
- Elin Lindstrom    elin@andersonadvocates.com, therese@andersonadvocates.com
- Christopher Loeber    cloeber@pryorcashman.com
- Christopher Eric Love    chris@pcvalaw.com
- Timothy Patrick Lyster    tlyster@woodsoviatt.com, esolimano@woodsoviatt.com
- David D. MacKnight    dmacknight@lacykatzen.com, dgay@lacykatzen.com
- Samrah Mahmoud    samrah.mahmoud@troutman.com
- James R. Marsh    jamesmarsh@marsh.law
- Peter P. McNamara    peter.mcnamara@rivkin.com
- Kelly McNamee    mcnameek@gtlaw.com
- Stuart S. Mermelstein    smermelstein@hermanlaw.com
- Matthew Griffin Merson    mmerson@mersonlaw.com
- Brittany Mitchell Michael    bmichael@pszjlaw.com
- Brian Micic    brian.micic@clydeco.us
- Siobhain Patricia Minarovich    minarovichs@whiteandwilliams.com
- Lucien A. Morin    lmorin@mccmlaw.com, lmorinzmcm@aol.com; jcole@mccmlaw.com; kruegermr74613@notify.bestcase.com
- John A. Mueller    jmueller@lippes.com, jtenczar@lippes.com
- James R Murray    jmurray@blankrome.com, edocketing@blankrome.com
- Iain A.W. Nasatir    inasatir@pszjlaw.com
- Matthew John Obiala    matt.obiala@clydeco.us
- Ingrid S. Palermo    ipalermo@bsk.com, kdoner@bsk.com;aparris@bsk.com
- Devin L. Palmer    dpalmer@boylancode.com, dpalmer@boylancode.com; sciaccia@boylancode.com; rmarks@boylancode.com
- Diane Paolicelli    dpaolicelli@p2law.com
- Steve Phillips    sphillips@p2law.com
- Victoria Phillips    vphillips@p2law.com
- Mark D. Plevin    mplevin@crowell.com
- Jon Travis Powers    powerst@whiteandwilliams.com, mglowinski@hodgsonruss.com
- Nathan Reinhardt    nreinhardt@duanemorris.com
- Andrew S. Richmond    arichmond@pryorcashman.com
- Andrew Scott Rivera    arivera@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- Matthew Roberts    mroberts@phrd.com
- Annette Rolain    arolain@ruggerilaw.com
- Sommer L. Ross    slross@duanemorris.com
- Russell Webb Roten    RWRoten@duanemorris.com
- Russell Webb Roten    rroten@skarzynski.com
- James Pio Ruggeri    jruggeri@ruggerilaw.com
- Ilan D Scharf    ischarf@pszjlaw.com, lcanty@pszjlaw.com; nrobinson@pszjlaw.com; bdassa@pszjlaw.com
- Tancred Schiavoni    tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
- Stephen G. Schwarz    sschwarz@faraci.com
- Shannon Anne Scott    shannon.scott2@usdoj.gov
- Judith Treger Shelton    jtshelton@kslnlaw.com
- Jarrod W. Smith    jarrodsmithlaw@gmail.com

- Danielle Spinelli    danielle.spinelli@wilmerhale.com
- James I. Stang    jstang@pszjlaw.com
- Catalina Sugayan    catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us
- Charles J. Sullivan    csullivan@bsk.com, kdoner@bsk.com; jhunold@bsk.com; CourtMail@bsk.com
- Gerard Sweeney    gkosmakos@srblawfirm.com
- Mohammad Tehrani    mtehrani@duanemorris.com
- Sara C. Temes    stemes@bsk.com, CourtMail@bsk.com;kdoner@bsk.com
- Kathleen Thomas    kat@tlclawllc.com
- Miranda Turner    mturner@crowell.com
- Grayson T. Walter    gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- Eric John Ward    eward@wardgreenberg.com
- Michael Watson    mwatson@thematthewslawfirm.com
- Joshua D Weinberg    jweinberg@ruggerilaw.com
- Michael A. Weishaar    rbg_gmf@hotmail.com, r48948@notify.bestcase.com, gmwecfalternate@gmail.com, bankruptcy@gmlaw.com
- Matthew Michael Weiss    mweiss@phrd.com
- Harris Winsberg    hwinsberg@phrd.com
- Melanie Wolk    mwolk@trevettcristo.com, rkernan@trevettcristo.com;czimmermann@trevettcristo.com
- Lee E. Woodard    bkemail@harrisbeach.com, efilings@harrisbeach.com; broy@harrisbeach.com; bmahoney@HarrisBeach.com; KMeans@HarrisBeach.com

# SERVICE LIST B

BOND, SCHOENECK & KING PLLC
Attn: Stephen A. Donato, Esq.  donatos@bsk.com
 Charles J. Sullivan, Esq.  sullivc@bsk.com
 Grayson T. Walter, Esq.  gwalter@bsk.com
 Gregory J. McDonald, Esq.  gjmcdonald@bsk.com
*Attorneys for Debtor*
One Lincoln Center
Syracuse, NY 13202

PACHULSKI STANG ZIEHL & JONES, LLP
Attn: Ilan D. Scharf, Esq.  ischarf@pszjlaw.com
 Karen B. Dine, Esq.  kdine@pszjlaw.com
*Attorneys for Official Committee of Unsecured Creditors*
780 Third Avenue, 34th Floor
New York, NY 10017-2024

PRYOR CASHMAN LLP
Attn: Erik F. Bakke  ebakke@pryorcashman.com
 Christopher Loeber, Esq.  cloeber@pryorcashman.com
*Attorneys for Jeff Anderson & Associates*
7 Times Square
New York, NY 10036-6569