UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# CERTIFICATE OF SERVICE

I, Janice G. Washington, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067.

Pursuant to the Court's Amended Administrative Procedures, on June 9, 2025, in addition to service via the Court's ECF system, I caused a true and correct copy of the foregoing documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

- **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PERMITTING NONTESTIMONIAL SURVIVORS STATEMENTS [Docket No. 3172]; and**
- 
- **NOTICE OF HEARING ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PERMITTING NONTESTIMONIAL SURVIVOR STATEMENTS [Docket No. 3173].**

On June 9, 2025, in addition to service via the Court's ECF system, I caused a true and correct copy of the foregoing document to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

Dated: June 9, 2025

/s/ *Janice G. Washington*
Janice G. Washington

# EXHIBIT 1

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AB 1 Doe c/o Law Offices Of Stephen Boyd & John Elmore | Stephen Boyd | sboyd@steveboyd.com |
| Ad Hoc Parish Committee c/o Woods Oviatt Gilman LLP | Timothy Patrick Lyster | tlyster@woodsoviatt.com |
| Amaryllis Figueroa c/o Mcconville, Considine, Cooman & Morin, PC | Lucien A. Morin, II | lmorin@mccmlaw.com |
| Bishop Emeritus Matthew Harvey Clark c/o Adams Leclair LLP | Mary Jo S. Korona | mkorona@adamsleclair.law |
| Brian S. Delafranier c/o James, Vernon & Weeks, P.A. | Brianna M Espeland | brianna@jvwlaw.net |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Ward Greenberg Heller & Reidy LLP | Katerina M. Kramarchyk | kkramarchyk@wardgreenberg.com |
| Catholic Charities of the Diocese of Rochester, Camp Stella Maris of Livonia, N.Y., Catholic Youth Organization and St. Joseph's Villa c/o Boylan Code LLP | Devin Lawton Palmer Christopher K. Werner | dpalmer@boylancode.com |
| Certain Personal Injury Creditors c/o Jeff Anderson & Associates, P.A. | Michael G. Finnegan & Elin M. Lindstrom | mike@andersonadvocates.com; elin@andersonadvocates.com |
| Continental Insurance Company c/o David Christian Attorneys LLC | David Christian, II | dchristian@dca.law |
| Continental Insurance Company c/o Choate Hall & Stewart LLP | David Attisani Kevin J. Finnerty Jean-Paul Jaillet | dattisani@choate.com kfinnerty@choate.com jjaillet@choate.com |
| Continental Insurance Company c/o Barclay Damon LLP | Jeffrey Austin Dove Mark D. Plevin Miranda H. Turner | jdove@barclaydamon.com; mplevin@plevinturner.com; mturner@plevinturner.com |
| Continental Insurance Company c/o Wilmer Cutler Pickering Hale and Dorr LLP | Isley Markman Gostin | isley.gostin@wilmerhale.com |
| CVA Claimants c/o Jeff Anderson & Associates, P.A. | Jeffrey R. Anderson & Michael Reck | jeff@andersonadvocates.com; mreck@andersonadvocates.com |
| CVA Claimants c/o Morgenstern Devoesick PLLC | Maura G. McGuire | mmcguire@morgdevo.com |
| Donna Oppedisano and Kathleen Israel c/o Jarrod W. Smith, Esq., PLLC | Jarrod W. Smith | jarrodsmithlaw@gmail.com |
| Harris Beach PLLC | Lee E. Woodard | bkemail@harrisbeach.com |
| Interstate Fire and Casualty Company c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |
| Interstate Fire and Casualty Company c/o Troutman Sanders LLP | Matt Roberts Harris Winsberg | matthew.roberts2@troutmansanders.com harris.winsberg@troutmansanders.com |
| James Vernon & Weeks, P.A. | Leander L. James | firm@jvwlaw.net |
| Kenneth Cubiotti c/o James Vernon & Weeks | Brianna M Espeland Leander Laurel James, IV | brianna@jvwlaw.net ljames@jvwlaw.net |
| Manufacturers and Traders Trust Company c/o Hodgson Russ LLP | Garry M. Graber | ggraber@hodgsonruss.com |
| National Surety Corporation c/o Moss & Barnett, a Professional Association | Charles Edwin Jones | charles.jones@lawmoss.com |
| National Surety Corporation c/o Rivkin Radler LLP | Peter P. McNamara | peter.mcnamara@rivkin.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| National Surety Corporation c/o Troutman Sanders LLP | Matt Roberts Harris Winsberg | matthew.roberts2@troutmansanders.com harris.winsberg@troutmansanders.com |
| Office of the United States Trustee | Kathleen Dunivin Schmitt | ustpregion02.ro.ecf@usdoj.gov |
| St. Bernard's School of Theology and Ministry c/o Adams Leclair LLP | Paul L. LeClair | pleclair@adamsleclair.law |
| The Chubb Companies c/o Duane Morris LLP | Catherine Beideman Heitzenrater | cheitzenrater@duanemorris.com |
| The Diocese of Rochester c/o Bond, Schoeneck & King, PLLC | Stephen A. Donato, Ingrid S. Palermo, Charles J. Sullivan, Grayson T. Walter | sdonato@bsk.com ipalermo@bsk.com csullivan@bsk.com gwalter@bsk.com |
| Steven Allison Troutman | Steven Allison SamrahMahmoud | Steven.allison@troutman.com; Samrah.mahmoud@troutman.com |
| | | jbansbach@banslaw.com; tim@freeseandgoss.com; peter@freeseandgoss.com; adam@adamhorowitzlaw.com; amy@adamhorowitzlaw.com; mreck@andersonadvocates.com; bhurley@kelnerlaw.com; mgarabedian@garabedianlaw.com ronbenjaminlaw@stny.rr.com; dlevin@lfsblaw.com; jmerson@mersonlaw.com; myrochester@pcvalaw.com; rmm@meneolawgroup.com; sbreakstone@weitzlux.com; matoups@wgttlaw.com; hwinsberg@phrd.com; mroberts@phrd.com; paul.gorfinkel@rivkin.com; mwolk@trevettcristo.com; rkernan@trevettcrito.com; firm@jvwlaw.net; brianna@jvwlaw.net; ljames@jvwlaw.net ggraber@hodgsonruss.com; jmueller@lippes.com; peter.mcnamara@rivkin.com; bankruptcy@labor.ny.gov; tjacobs@phrd.com thaskins@btlaw.com kat@tlclawllc.com |