UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.  19-20905

Chapter 11

Debtor.

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period January 1, 2025 Through January 31, 2025*, a copy of which is attached hereto and hereby served upon you.  In addition, Bond has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its January 2025 invoice in text format.

Dated: June 10, 2025

BOND, SCHOENECK & KING, PLLC

By: _____/s/ Stephen A. Donato_____
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                                    Debtor.

Case No.  19-20905

Chapter 11

## MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025

Name of Applicant:                                  Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                           The Diocese of Rochester, Debtor-In-Possession

Date of Retention:                                  Order entered November 20, 2019 [Docket No. 249]
                                                    *Nunc Pro Tunc* to September 12, 2019

Period for which compensation
and reimbursement is sought:                        January 1, 2025 through January 31, 2025

Amount of compensation sought
as actual, reasonable and necessary:                80% of $65,378.60 ($52,302.88)

Amount of expense reimbursement sought
as actual, reasonable and necessary:                $1,291.09

This is a:  _X_ monthly _____ quarterly _____ final application.

This is Bond, Schoeneck & King, PLLC's sixty-third monthly fee statement in this case.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 01/31/25.

**Financial Review**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 01/03/25 | J.D.Eaton | 0.20 | $76.50 | Drafted correspondence to Stretto regarding question on redaction of certificate of service. |
| 01/06/25 | G.T.Walter | 0.30 | $147.15 | Analyzed open case issues and strategy. |
| | E.J.LoBello | 0.20 | $108.90 | Participated in call with Attorney Sullivan regarding case status and strategy. |
| | S.C.Temes | 0.20 | $97.20 | Participated in case strategy conference call with Attorney Sullivan. |
| 01/07/25 | G.J.McDonald | 0.20 | $105.30 | Attended status and strategy internal conference with Attorney Donato. |
| 01/13/25 | G.T.Walter | 0.20 | $98.10 | Analyzed case status and strategy. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Sullivan regarding case status issues. |
| 01/21/25 | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Sullivan regarding case status issues. |
| | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan regarding case status and strategy. |
| 01/22/25 | K.M.Doner | 0.10 | $20.00 | Reviewed Communis Fund statements for December 2024 and drafted correspondence to U.S. Trustee regarding same. |

Accounts Are Due Within 30 Days.

Page: 1

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 01/22/25 | K.M.Doner | 0.10 | $20.00 | Corresponded with M. Ziarniak regarding Communis Fund statements for December 2024. |
| 01/30/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorney Eaton regarding withdrawal of his appearance in Diocese's bankruptcy case and related adversary proceedings. |
| 01/31/25 | K.M.Doner | 0.30 | $60.00 | Drafted notice of withdrawal of appearance and request for removal from the Court's CM/ECF System on behalf of Attorney Eaton in the main bankruptcy case. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with Attorney Eaton regarding notice of withdrawal of appearance and request for removal from CM/ECF System. |
| | Subtotal: | Hours:<br>Amount: | 2.60<br>$1,033.25 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 01/02/25 | J.D.Eaton | 0.40 | $153.00 | Revised mediator fee stipulation. |
| 01/06/25 | S.A.Donato | 0.30 | $171.45 | Conferred with mediator, P. Finn, regarding mediation updates. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding insurance carrier settlement agreement updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding insurance carrier settlement agreement updates. |
| 01/07/25 | S.A.Donato | 0.20 | $114.30 | Conferred with Diocese regarding mediation issues. |
| 01/08/25 | J.D.Eaton | 0.20 | $76.50 | Reviewed CNA counsel proposed revisions to stipulation for mediator fee sharing. |
| 01/10/25 | S.C.Temes | 0.30 | $145.80 | Prepared for conference call with insurer to discuss settlement. |

Accounts Are Due Within 30 Days.

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/10/25 | S.C.Temes | 1.00 | $486.00 | Participated in conference call with insurer regarding settlement. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Krell regarding insurance settlement agreement modifications. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with mediator regarding mediation updates. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with counsel for Interstate regarding modifications to settlement agreement. |
| | S.A.Donato | 1.00 | $571.50 | Participated in conference call with settling insurers regarding settlement agreement modifications. |
| 01/13/25 | R.Clement | 5.20 | $1,263.60 | Conducted research regarding settlements reached with the insurance carriers. |
| | J.S.Krell | 0.40 | $174.60 | Discussed insurer settlements and revisions to same with Attorney Sullivan. |
| | J.S.Krell | 0.50 | $218.25 | Discussed insurer settlement agreements with M. Roberts. |
| | J.S.Krell | 0.50 | $218.25 | Consulted with Attorney Clement regarding research concerning settlement agreements with the insurance carriers. |
| 01/15/25 | J.S.Krell | 2.50 | $1,091.25 | Analyzed pleadings regarding settling insurer settlements and policy buybacks. |
| 01/16/25 | J.S.Krell | 1.00 | $436.50 | Analyzed the Interstate settlement agreement. |
| | J.S.Krell | 2.30 | $1,003.95 | Started drafting the 9019/363 motion seeking approval of the Interstate settlement agreement. |
| 01/17/25 | S.A.Donato | 1.30 | $742.95 | Attended meeting with Diocese regarding mediation and general case updates. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation and general case updates. |

Accounts Are Due Within 30 Days.

Page: 3

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/17/25 | C.J.Sullivan | 0.50 | $272.25 | Prepared for meeting with Diocese to discuss mediation issues. |
| | G.J.McDonald | 0.70 | $368.55 | Prepared for meeting with Diocese to discuss mediation strategies and case updates. |
| | G.J.McDonald | 1.30 | $684.45 | Attended status and strategy meeting with Diocese at Pastoral Center to discuss mediation updates. |
| 01/20/25 | J.S.Krell | 0.30 | $130.95 | Discussed settling insurers settlement agreements with Attorney Sullivan. |
| | J.S.Krell | 3.20 | $1,396.80 | Analyzed various documents in connection with the settlement agreements with the settling insurers. |
| 01/21/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Eaton regarding stipulation and order pertaining to sharing of mediation costs. |
| | R.Clement | 1.90 | $461.70 | Conducted research regarding the doctrine of "Equitable Mootness" to consider implications to a future diocesan settlement. |
| | S.C.Temes | 0.40 | $194.40 | Participated in conference call with Attorneys Donato and Sullivan regarding insurers settlement issues. |
| | S.C.Temes | 0.50 | $243.00 | Reviewed insurer settlement issues. |
| | J.S.Krell | 2.00 | $873.00 | Conducted research regarding insurer settlements reached with the settling insurers. |
| 01/22/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Eaton regarding stipulation and order regarding payment of mediator fees. |
| | K.M.Doner | 0.20 | $40.00 | Revised stipulation and agreed order approving mediation fee sharing. |
| 01/24/25 | J.S.Krell | 3.00 | $1,309.50 | Drafted motion pursuant to Rule 9019 and section 363 of the bankruptcy code seeking approval of the insurance carriers settlement agreements. |

Accounts Are Due Within 30 Days.

Page: 4

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/27/25 | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from special insurance counsel regarding mediation issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to special insurance counsel regarding mediation issues. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from Diocese regarding mediation issues. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorneys Walter and LoBello regarding plan amendments. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding finalization of insurance settlement agreements. |
| | J.S.Krell | 0.40 | $174.60 | Discussed insurer settlement agreements with Attorney Sullivan. |
| 01/28/25 | S.C.Temes | 0.20 | $97.20 | Participated in conference call with Diocese regarding liquidation analysis and cash flow issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with mediator regarding mediation updates. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Murray regarding mediation. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with Diocese and Attorney Murray regarding mediation. |
| 01/29/25 | S.A.Donato | 0.40 | $228.60 | Participated in conference call with special insurance counsel and Diocese regarding mediation issues. |
| 01/30/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation updates. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/31/25 | J.S.Krell | 4.00 | $1,746.00 | Continued drafting motion pursuant to Rule 9019 and section 363 of the bankruptcy code seeking approval of the insurance carriers settlement agreements. |
| | Subtotal: | Hours: | 42.10 | |
| | | Amount: | $18,236.10 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| | | | | |
|---|---|---|---|---|
| 01/27/25 | G.T.Walter | 0.40 | $196.20 | Drafted correspondence to Diocese regarding Sisters of St. Joseph's filing. |
| 01/28/25 | G.T.Walter | 0.80 | $392.40 | Conferred with Diocese representatives regarding motion to stay J.O. litigation. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding court hearing preparation issues concerning stay issues. |
| 01/29/25 | J.S.Krell | 0.30 | $130.95 | Analyzed decision denying a stay pending appeal on a 363 policy buy back injunction. |
| | S.A.Donato | 0.20 | $114.30 | Prepared for court hearing regarding stay request. |
| 01/30/25 | G.T.Walter | 2.50 | $1,226.25 | Prepared for hearing on motion to confirm automatic stay of J.O. litigation. |
| | G.T.Walter | 0.40 | $196.20 | Appeared at hearing on stay confirmation motion. |
| | G.T.Walter | 0.50 | $245.25 | Prepared revised order granting stay confirmation motion. |
| | J.S.Krell | 0.40 | $174.60 | Attended virtual hearing on the Diocese's motion declaring continuation of J.O. action a violation of the automatic stay. |
| | R.Clement | 0.40 | $97.20 | Attended violation of automatic stay hearing. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter in preparation for court hearing concerning relief from stay motion. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 01/30/25 | A.S.Rivera | 0.40 | $124.20 | Participated in hearing on the Diocese's motion declaring continuation of J.O. action as a violation of the automatic stay. |
| | J.S.Krell | 0.60 | $261.90 | Analyzed pleadings regarding J.O. stay motion. |
| 01/31/25 | K.M.Doner | 0.10 | $20.00 | Corresponded with Attorney Walter regarding hearing on J.O.'s motion for relief from stay. |
| | K.M.Doner | 0.30 | $60.00 | Prepared transcript request for Judge Warren's January 30th hearing on J.O.'s motion for relief from stay and corresponded with transcript coordinator regarding same. |

| | Subtotal: | Hours: | 7.90 | |
| | | Amount: | $3,582.35 | |

### B160: Fee/Employment Applications

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 01/02/25 | K.M.Doner | 0.30 | $60.00 | Reviewed order appointing fee examiner and outlined additional requirements for monthly fee statements in accordance with order appointing fee examiner. |
| | K.M.Doner | 0.40 | $80.00 | Drafted summary and cover sheet and related notice in connection with Bond's October 2024 fee statement. |
| | K.M.Doner | 0.10 | $20.00 | Drafted correspondence to U.S. Trustee and fee examiner regarding Bond's October 2024 fee statement. |
| | K.M.Doner | 0.90 | $180.00 | Prepared summary of professionals retained in Diocese's case pursuant to order appointing fee examiner. |
| 01/03/25 | J.D.Eaton | 0.30 | $114.75 | Finalized schedule of professionals for fee examiner use. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/06/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Sullivan and Eaton regarding procedures under the order appointing fee examiner. |
| | J.S.Krell | 0.30 | $130.95 | Discussed fee examiner with Attorney Eaton. |
| 01/08/25 | J.D.Eaton | 0.50 | $191.25 | Attended zoom conference with Attorneys Donato, Scharf and fee examiner L. Lapin Jones. |
| | S.A.Donato | 0.50 | $285.75 | Participated in conference call with fee examiner. |
| | A.M.Christian | 1.10 | $247.50 | Prepared charts for fee examiner. |
| 01/09/25 | A.M.Christian | 1.30 | $292.50 | Prepared charts for fee examiner. |
| 01/10/25 | A.M.Christian | 3.30 | $742.50 | Prepared fee charts for fee examiner. |
| 01/13/25 | K.M.Doner | 0.30 | $60.00 | Analyzed correspondence from L. Jones regarding procedures outlined in the order appointing fee examiner for all professionals. |
| | A.S.Rivera | 0.50 | $155.25 | Addressed issues related to information request from fee examiner. |
| | A.M.Christian | 5.20 | $1,170.00 | Prepared compensation charts for fee examiner. |
| | K.M.Doner | 0.60 | $120.00 | Began assembling documents requested by fee examiner since most recent fee applications for both Bond and Blank Rome. |
| | G.T.Walter | 0.20 | $98.10 | Reviewed file and correspondence to Diocese regarding payments to Committee professionals. |
| 01/14/25 | K.M.Doner | 0.30 | $60.00 | Drafted correspondence to L. Jones and M. Newsom regarding analysis of Bond's fee statements since last fee application in accordance with order appointing fee examiner. |
| | K.M.Doner | 0.20 | $40.00 | Drafted correspondence to L. Jones and M. Newsom regarding analysis of Blank Rome's fee statements since last fee application in accordance with order appointing fee examiner. |
| 01/15/25 | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from Diocese regarding fee examiner issues. |

Accounts Are Due Within 30 Days.

Page: 8

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/16/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Eaton regarding response to fee examiner's information request. |
| | K.M.Doner | 2.70 | $540.00 | Assembled documents related to Blank Rome's first ten fee applications as required under order appointing fee examiner. |
| | K.M.Doner | 0.30 | $60.00 | Drafted correspondence to L. Jones and M. Newsom regarding production of documents requested in accordance with order appointing fee examiner. |
| | K.M.Doner | 0.50 | $100.00 | Began assembling documents on behalf of Bond in accordance with order appointing fee examiner. |
| 01/21/25 | K.M.Doner | 3.00 | $600.00 | Began assembling materials related to Bond's fee applications in accordance with order appointing fee examiner. |
| | K.M.Doner | 1.20 | $240.00 | Completed assembling documents related to Bond's fee applications in accordance with order appointing fee examiner. |
| | K.M.Doner | 0.30 | $60.00 | Drafted correspondence to L. Jones and M. Newsom regarding documents pertaining to Bond's fee applications in response to order appointing fee examiner. |
| | K.M.Doner | 0.30 | $60.00 | Revised spreadsheet summarizing fees and expenses awarded to all professionals in accordance with order appointing fee examiner. |
| 01/22/25 | K.M.Doner | 0.50 | $100.00 | Drafted Blank Rome's November 2024 fee statement, including summary and cover sheet and related notice of filing. |
| | K.M.Doner | 0.10 | $20.00 | Drafted correspondence to U.S. Trustee and fee examiner regarding Blank Rome's November 2024 fee statement. |

Accounts Are Due Within 30 Days.

Page: 9

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/23/25 | K.M.Doner | 1.10 | $220.00 | Began preparing Bond's December 2024 fee statement. |
| 01/24/25 | K.M.Doner | 2.10 | $420.00 | Continued drafting Bond's December 2024 fee statement. |
| | K.M.Doner | 0.30 | $60.00 | Drafted certificate of no objection related to Bond's October 2024 fee statement. |
| 01/27/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorney Sullivan regarding Bond's November and December 2024 fee statements. |
| | K.M.Doner | 0.20 | $40.00 | Reviewed revisions to Bond's December 2024 fee statement. |
| | K.M.Doner | 0.40 | $80.00 | Revised Bond's November 2024 fee statement. |
| | A.S.Rivera | 0.20 | $62.10 | Addressed issues relevant to fee examiner issue. |
| 01/28/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Eaton regarding updates to Bond's December 2024 fee statement. |
| | K.M.Doner | 0.20 | $40.00 | Reviewed updates to Bond's December 2024 fee statement. |
| 01/29/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Eaton regarding fee statement issues. |

|  | Subtotal: | Hours: | 30.80 | |
|  |  | Amount: | $7,044.95 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/13/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Sullivan and McDonald regarding additional claim objections for general unsecured creditors. |
| 01/15/25 | R.Clement | 1.30 | $315.90 | Updated proof of claim objections. |
| 01/16/25 | R.Clement | 1.80 | $437.40 | Revised four objections to proofs of claim. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 01/17/25 | R.Clement | 1.50 | $364.50 | Continued review and update of proof of claim objections. |
| | J.S.Krell | 3.00 | $1,309.50 | Analyzed several claim objections. |
| 01/21/25 | R.Clement | 0.50 | $121.50 | Participated in telephone conference with Attorney McDonald regarding claim objections. |
| 01/22/25 | R.Clement | 2.90 | $704.70 | Revised various claim objections. |
| 01/23/25 | R.Clement | 2.30 | $558.90 | Finalized updates to first round of claim objections. |
| 01/27/25 | R.Clement | 0.20 | $48.60 | Discussed status update of proof of claim objections with Attorney Krell. |

| | Subtotal: | Hours: | 13.70 | |
| | | Amount: | $3,901.00 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 01/05/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding disclosure statement approval issues. |
| 01/06/25 | J.D.Eaton | 0.30 | $114.75 | Conferred with Attorney Sullivan regarding disclosure statement issues with insurers and Committee. |
| | S.C.Temes | 0.30 | $145.80 | Participated in Committee planning conference call related to disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding disclosure statement approval issues. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding preparation for disclosure statement hearing. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding disclosure statement approval issues. |
| 01/07/25 | S.A.Donato | 0.20 | $114.30 | Conferred with Diocese regarding plan confirmation issues. |

Accounts Are Due Within 30 Days.

Page:  11

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/08/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding plan amendments. |
| | S.A.Donato | 0.80 | $457.20 | Reviewed draft amendments to disclosure statement received from Committee. |
| | S.C.Temes | 0.90 | $437.40 | Reviewed Committee edits to plan and disclosure statement. |
| 01/09/25 | S.A.Donato | 0.60 | $342.90 | Continued review of modifications to draft plan and disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding modifications to draft plan and disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Participated in consultation with Committee counsel regarding draft plan and disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Diocese regarding plan amendment issues. |
| | S.C.Temes | 1.40 | $680.40 | Revised plan and disclosure statement to include comments from Committee. |
| | S.C.Temes | 0.50 | $243.00 | Participated in conference call with Attorneys Sullivan and Walter regarding changes to plan and disclosure statement. |
| | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Attorney Donato regarding plan revisions. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding modifications to draft plan and disclosure statement. |
| | C.J.Sullivan | 1.00 | $544.50 | Reviewed changes to disclosure statement and plan. |
| | G.T.Walter | 1.00 | $490.50 | Analyzed plan and disclosure statement revisions proposed by Committee. |

Accounts Are Due Within 30 Days.

Page: 12

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/09/25 | G.T.Walter | 0.50 | $245.25 | Consulted with Attorneys Sullivan and Temes regarding Committee plan revisions. |
| 01/10/25 | K.M.Doner | 0.30 | $60.00 | Corresponded with Attorneys Temes and Rivera regarding further amendments to plan and disclosure statement. |
| | K.M.Doner | 0.30 | $60.00 | Drafted notice of redlines related to modified sixth amended plan and disclosure statement. |
| | K.M.Doner | 0.30 | $60.00 | Drafted notice of modified sixth amended plan and disclosure statement. |
| | K.M.Doner | 0.40 | $80.00 | Participated in various follow up telephone conferences with Attorney Temes regarding modified sixth amended plan, disclosure statement and related documents. |
| | K.M.Doner | 1.00 | $200.00 | Revised modified sixth amended plan. |
| | K.M.Doner | 0.80 | $160.00 | Revised disclosure statement in support of modified sixth amended joint plan of reorganization. |
| | K.M.Doner | 0.20 | $40.00 | Revised notice of redlines of modified sixth amended plan and disclosure statement. |
| | K.M.Doner | 0.30 | $60.00 | Revised notice of filing of modified sixth amended plan and disclosure statement. |
| | S.C.Temes | 2.90 | $1,409.40 | Revised plan and disclosure statement. |
| | S.C.Temes | 0.50 | $243.00 | Participated in conference call with Attorneys Donato, Sullivan regarding chapter 11 plan terms. |
| | S.C.Temes | 0.10 | $48.60 | Participated in conference calls with Diocese regarding filing amended plan and disclosure statement. |
| | S.C.Temes | 0.30 | $145.80 | Conferred with Committee counsel regarding filing amended plan and disclosure statement. |
| | S.C.Temes | 0.20 | $97.20 | Revised notice of filing regarding amended plan and disclosure statement. |

Accounts Are Due Within 30 Days.

Page:  13

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|-------------|
| 01/10/25 | S.C.Temes | 0.30 | $145.80 | Participated in follow up telephone conference with Committee counsel regarding notice issues. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from Attorney Temes regarding plan modification follow up issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to Attorney Temes regarding plan modification follow up issues. |
| | S.A.Donato | 0.50 | $285.75 | Consulted with Attorneys Sullivan, Temes and Walter regarding chapter 11 plan issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with state court counsel regarding plan confirmation issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding plan and disclosure statement modification issues. |
| | S.A.Donato | 0.60 | $342.90 | Conducted final review of modified disclosure statement, plan and draft supplemental notice. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Temes regarding final revisions to disclosure statement, plan and draft supplemental notice. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in discussion among Attorneys Donato, Walter and Temes regarding chapter 11 plan terms. |
| | J.S.Krell | 1.20 | $523.80 | Prepared for call with Committee and settling insurers regarding plan issues. |
| | A.S.Rivera | 1.20 | $372.60 | Addressed issues related to modified sixth amended plan. |
| | G.T.Walter | 0.50 | $245.25 | Consulted with Attorneys Donato, Sullivan and Temes regarding plan strategy pertaining to unknown claims. |
| | G.T.Walter | 1.00 | $490.50 | Conferred with insurer counsel regarding plan issues and settlement details. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/10/25 | J.S.Krell | 1.00 | $436.50 | Participated in conference call with the Committee and the settling insurers regarding revisions to the sixth amended joint plan. |
| 01/13/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding disclosure statement amendment issues and strategies. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding disclosure statement amendment issues and strategies. |
| | S.C.Temes | 0.30 | $145.80 | Participated in strategy conference call with Attorney Donato regarding amendments to plan and disclosure statement. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Temes regarding modified chapter 11 plan. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in meeting with Attorney Donato regarding disclosure statement amendment issues and strategies. |
| | J.D.Eaton | 0.30 | $114.75 | Conducted telephonic conference with Attorney Sullivan regarding disclosure statement issues. |
| 01/14/25 | R.Clement | 7.00 | $1,701.00 | Conducted research regarding treatment for releases of non-consensual claims under a plan. |
| | A.S.Rivera | 0.70 | $217.35 | Reviewed research regarding treatment for releases of non-consensual claims under a plan. |
| 01/15/25 | R.Clement | 2.30 | $558.90 | Continued research regarding treatment for releases of non-consensual claims in connection with plan confirmation. |
| 01/17/25 | G.T.Walter | 1.20 | $588.60 | Analyzed issues raised by settling insurers regarding plan terms. |
| | J.S.Krell | 2.00 | $873.00 | Reviewed preliminary comments to the sixth amended plan received from M. Roberts. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 01/20/25 | S.A.Donato | 0.40 | $228.60 | Reviewed correspondence from Interstate counsel regarding Rochester/Purdue plan modifications. |
| | J.S.Krell | 1.10 | $480.15 | Drafted correspondence to counsel for settling insurers in connection with scheduling a meet and confer to discuss the proposed revisions to the sixth amended plan. |
| 01/21/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding additional plan supplements. |
| | E.J.LoBello | 0.10 | $54.45 | Participated in conference call with Attorney Sullivan regarding plan amendments. |
| | S.C.Temes | 0.90 | $437.40 | Participated in conference call with insurers regarding settlement and plan issues. |
| | C.J.Sullivan | 0.40 | $217.80 | Participated in telephone conference with Attorney Donato regarding settling insurer settling agreement and proposed plan modifications. |
| | C.J.Sullivan | 0.90 | $490.05 | Participated in call with counsel for insurance carriers regarding plan changes. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Krell regarding insurance carrier plan amendment issues. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Sullivan regarding settling insurer settlement agreement and proposed plan modifications. |
| | S.A.Donato | 0.90 | $514.35 | Participated in conference call with settling insurance carriers regarding Purdue plan modifications and settlement agreement modifications. |
| | S.A.Donato | 0.20 | $114.30 | Participated in supplemental consultation with Attorney Sullivan regarding Purdue plan modifications and settlement agreement modifications. |

Accounts Are Due Within 30 Days.

Page:  16

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 01/21/25 | A.S.Rivera | 0.40 | $124.20 | Addressed insurer questions regarding sixth amended plan. |
| | J.S.Krell | 1.20 | $523.80 | Reviewed sixth amended plan and correspondence from M. Roberts concerning same. |
| | J.S.Krell | 0.40 | $174.60 | Participated in call with Attorneys Donato and Sullivan to discuss the settling insurers' revisions to the sixth amended plan. |
| | J.S.Krell | 0.60 | $261.90 | Prepared for call with settling insurers to discuss revisions to sixth amended plan. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding strategy with respect to non-consenting claimants. |
| | G.T.Walter | 0.40 | $196.20 | Participated in call with Attorney Donato regarding plan status and strategy. |
| | G.T.Walter | 0.90 | $441.45 | Participated in call with settling insurers regarding plan modifications. |
| | J.S.Krell | 0.90 | $392.85 | Participated in conference call with the settling insurers and the Committee to discuss revisions to the sixth amended plan. |
| 01/22/25 | R.Clement | 0.90 | $218.70 | Conducted research regarding recent precedent impacting reorganization of Diocese. |
| | C.J.Sullivan | 0.20 | $108.90 | Corresponded with Diocese regarding list of participating parties. |
| | S.C.Temes | 0.70 | $340.20 | Participated in conference call with counsel for Sisters of St. Joseph regarding plan language. |
| | G.J.McDonald | 0.50 | $263.25 | Consulted with Attorney Krell regarding identification of participating parties. |
| | J.S.Krell | 1.50 | $654.75 | Analyzed the participating parties list in connection with the settling insurers inquiry regarding possible amendments to same. |
| | A.S.Rivera | 0.50 | $155.25 | Consulted with Attorney Krell regarding inquiries from insurers about chapter 11 plan. |

Accounts Are Due Within 30 Days.

Page: 17

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/22/25 | J.S.Krell | 0.50 | $218.25 | Consulted with Attorney McDonald regarding identification of participating parties. |
| 01/23/25 | R.Clement | 2.50 | $607.50 | Conducted additional research on the Doctrine of Equitable Mootness. |
| | S.C.Temes | 1.10 | $534.60 | Reviewed status of plan filings and correspondence regarding same. |
| | G.T.Walter | 0.20 | $98.10 | Conferred with Attorney Eaton regarding plan solicitation issues. |
| 01/24/25 | R.Clement | 3.90 | $947.70 | Finalized analysis of research related to Doctrine of Equitable Mootness. |
| | A.S.Rivera | 0.50 | $155.25 | Reviewed plan supplement to determine additional steps needed for sixth amended plan. |
| 01/27/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorney Temes regarding updates to plan supplements. |
| | E.J.LoBello | 0.20 | $108.90 | Participated in conference call with Attorney Sullivan regarding plan amendments. |
| | R.Clement | 0.10 | $24.30 | Discussed research related to Doctrine of Equitable Mootness with Attorney Walter. |
| | G.T.Walter | 0.60 | $294.30 | Analyzed case law developments regarding finality of confirmation orders. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding plan supplements and plan exhibits. |
| | G.T.Walter | 1.00 | $490.50 | Analyzed plan revisions to accommodate insurer settlement issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding plan supplements and plan exhibits regarding disclosure statement approval issues. |
| | S.C.Temes | 0.90 | $437.40 | Reviewed insurer plan revisions. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Krell in preparation for disclosure statement hearing. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/27/25 | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Sullivan regarding plan amendments. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding plan supplements and plan exhibits. |
| | J.S.Krell | 0.50 | $218.25 | Participated in telephone call with M. Roberts regarding plan amendments and revisions to the insurance carriers settlement agreements. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed correspondence from M. Roberts enclosing the revised sixth amended joint plan reflecting the proposed revisions of the settling insurers. |
| | J.S.Krell | 1.50 | $654.75 | Analyzed the revised sixth amended joint plan reflecting the proposed revisions of the settling insurers. |
| 01/28/25 | S.C.Temes | 0.40 | $194.40 | Reviewed liquidation analysis and cash flow issues. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Walter regarding settling insurers plan modifications. |
| 01/29/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorney Rivera regarding amendments to plan supplements. |
| | J.S.Krell | 1.00 | $436.50 | Continued analysis of plan documents and insurer settlement agreement. |
| | S.A.Donato | 0.40 | $228.60 | Partially reviewed disclosure statement in preparation for disclosure statement approval hearing. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from counsel for Sisters of St. Joseph's regarding disclosure statement approval issues. |

Accounts Are Due Within 30 Days.

Page:  19

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/30/25 | G.T.Walter | 0.40 | $196.20 | Consulted with Attorney Donato regarding upcoming disclosure statement and confirmation issues. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Walter regarding disclosure statement approval issues and procedures. |
| | S.A.Donato | 0.60 | $342.90 | Reviewed insurance carrier counsel proposed comments to plan concerning Purdue impacts. |
| 01/31/25 | A.S.Rivera | 3.80 | $1,179.90 | Drafted plain language summary of plan and disclosure statement. |

| | Subtotal: | Hours: | 79.30 | |
| | | Amount: | $32,307.10 | |

**B403: CNA Administrative Claim**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 01/03/25 | S.A.Donato | 0.20 | $114.30 | Conferred with Parish counsel regarding CNA mediation updates. |
| 01/09/25 | S.A.Donato | 0.40 | $228.60 | Participated in supplemental consultation with Committee counsel regarding CNA mediation issues. |
| 01/22/25 | S.A.Donato | 0.20 | $114.30 | Conferred with mediator regarding CNA mediation updates. |
| 01/27/25 | G.T.Walter | 1.30 | $637.65 | Analyzed CNA appellate brief. |
| 01/28/25 | K.M.Doner | 0.10 | $20.00 | Corresponded with Attorney Sheehan regarding timing for submission of appellee's brief in connection with CNA appeal. |
| 01/29/25 | G.J.McDonald | 1.00 | $526.50 | Analyzed CNA appellate brief. |
| 01/30/25 | G.J.McDonald | 3.00 | $1,579.50 | Worked on responding brief in connection with CNA appeal. |

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 01/31/25 | G.J.McDonald | 2.00 | $1,053.00 | Worked on brief in opposition to CNA's appeal of the dismissal of its adversary complaint. |

| | | | |
|---|---|---|---|
| Subtotal: | Hours: | 8.20 | |
| | Amount: | $4,273.85 | |

**Total Hours and Fees For This Matter:**          184.60          $70,378.60

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| S. A. Donato (Member) | 18.70 | $571.50 | $10,687.05 |
| E. J. LoBello  (Member) | 0.50 | 544.50 | 272.25 |
| G. J. McDonald (Member) | 8.70 | 526.50 | 4,580.55 |
| B. M. Sheehan (Member) | 0.60 | 405.00 | 243.00 |
| C. J. Sullivan (Member) | 7.40 | 544.50 | 4,029.30 |
| S. C. Temes (Member) | 14.60 | 486.00 | 7,095.60 |
| G. T. Walter (Member) | 15.10 | 490.50 | 7,406.55 |
| J. D. Eaton (Senior Counsel) | 2.20 | 382.50 | 841.50 |
| J. S. Krell (Senior Counsel) | 38.40 | 436.50 | 16,761.60 |
| A. M. Christian (Associate) | 10.90 | 225.00 | 2,452.50 |
| R. Clement (Associate) | 34.70 | 243.00 | 8,432.10 |
| A. S. Rivera (Associate) | 9.20 | 310.50 | 2,856.60 |
| K. M. Doner (Paralegal) | 23.60 | 200.00 | 4,720.00 |
| **Total** | **184.60** | | **$70,378.60** |
| **Courtesy Discount** | | | **($5,000.00)** |
| **Total Fees This Invoice** | | | **$65,378.60** |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 8, 2025
Bill Number: 20067152

The Diocese of Rochester

## Matter Disbursement Summary

| | |
|---|---:|
| Data Hosting & Storage | $1,145.00 |
| Travel Expense | 146.09 |
| **Total Disbursements** | **$1,291.09** |
| **TOTAL FOR THIS MATTER** | **$66,669.69** |