UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                                    Debtor.

Case No.  19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period February 1, 2025 Through February 28, 2025*, a copy of which is attached hereto and hereby served upon you.  In addition, Bond has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its February 2025 invoice in text format.

Dated: June 10, 2025                    BOND, SCHOENECK & KING, PLLC

By:          /s/ Stephen A. Donato
          Stephen A. Donato
          Charles J. Sullivan
          Grayson T. Walter
          One Lincoln Center
          Syracuse, New York 13202
          Telephone:  (315) 218-8000
          Emails:  sdonato@bsk.com
                    csullivan@bsk.com
                    gwalter@bsk.com

          *Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Case No.  19-20905

The Diocese of Rochester,

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025**

Name of Applicant:                                   Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                        The Diocese of Rochester, Debtor-In-Possession

Date of Retention:                                  Order entered November 20, 2019 [Docket No. 249]
                                                              *Nunc Pro Tunc* to September 12, 2019

Period for which compensation
and reimbursement is sought:                February 1, 2025 through February 28, 2025

Amount of compensation sought
as actual, reasonable and necessary:     80% of $177,373.70 ($141,898.96)

Amount of expense reimbursement sought
as actual, reasonable and necessary:     $1,494.38

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's sixty-fourth monthly fee statement in this case.

21823427.v1-6/10/25

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 02/28/25.

**Financial Review**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 02/04/25 | K.M.Doner | 0.70 | $140.00 | Began analyzing the Diocese's December 2024 operating report. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case strategy and open issues. |
| 02/05/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with S. Mosman regarding the Diocese's December 2024 operating report. |
| | K.M.Doner | 0.90 | $180.00 | Completed analysis of the Diocese's December 2024 operating report and related schedules. |
| | K.M.Doner | 0.80 | $160.00 | Drafted notices of withdrawal of appearance on behalf of Attorney Eaton in main bankruptcy case, as well as related adversary proceedings. |
| | K.M.Doner | 0.20 | $40.00 | Revised notices of withdrawal of appearance on behalf of Attorney Eaton in connection with main bankruptcy and related adversary proceedings. |
| 02/07/25 | R.Clement | 0.20 | $48.60 | Reviewed the charter for fee application matters to discuss during the weekly meeting. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/10/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Temes regarding the Diocese's December 2024 operating report. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with S. Mosman regarding the Diocese's December 2024 operating report. |
| | K.M.Doner | 0.30 | $60.00 | Finalized the Diocese's December 2024 operating report, together with related schedules. |
| | K.M.Doner | 0.20 | $40.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's December 2024 operating report. |
| | K.M.Doner | 0.10 | $20.00 | Drafted follow up correspondence to L. Passero, M. Ziarniak and S. Mosman regarding the Diocese's December 2024 operating report. |
| | A.S.Rivera | 0.20 | $62.10 | Addressed issues related to Diocese access to personal devices during hearings. |
| 02/20/25 | K.M.Doner | 0.10 | $20.00 | Reviewed Communis Fund statements for January 2025 and drafted correspondence to U.S. Trustee forwarding same. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with M. Ziarniak regarding the Diocese's January 2025 Communis Fund statements. |
| 02/24/25 | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Sullivan regarding case status and strategy. |
| 02/28/25 | K.M.Doner | 0.30 | $60.00 | Revised ex parte application and proposed order authorizing parties to bring electronic devices into Courthouse and use same in accordance with General Order dated March 1, 2013. |
| | A.S.Rivera | 1.00 | $310.50 | Drafted motion requesting authority to bring personal devices into the courtroom. |

|  | Subtotal: | Hours: | 6.40 | |
|  | | Amount: | $1,652.70 | |

Accounts Are Due Within 30 Days.

Page: 2

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B120: Asset Analysis and Recovery** | | | | |
| 02/05/25 | S.C.Temes | 0.60 | $291.60 | Reviewed insurer settlement agreement changes. |
| | G.T.Walter | 1.30 | $637.65 | Reviewed settling insurer markup of settlement agreement. |
| 02/10/25 | G.T.Walter | 0.30 | $147.15 | Participated in call with mediator Chapman regarding case status. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with mediators regarding mediation updates. |
| | S.A.Donato | 0.20 | $114.30 | Participated in supplemental consultation with L. Passero regarding mediation issues. |
| 02/26/25 | S.A.Donato | 0.20 | $114.30 | Conferred with mediator P. Finn regarding mediation updates. |
| | Subtotal: | Hours:<br>Amount: | 2.90<br>$1,476.45 | |
| **B140: Relief from Stay/Adequate Protection Proceedings** | | | | |
| 02/18/25 | S.A.Donato | 1.10 | $628.65 | Analyzed state court counsel motion to lift automatic stay concerning CNA insured claims. |
| | G.T.Walter | 0.70 | $343.35 | Analyzed stay relief motion. |
| 02/19/25 | S.A.Donato | 0.20 | $114.30 | Conferred with CNA counsel regarding state court counsel motion to lift automatic stay concerning CNA insured claims. |
| | S.A.Donato | 0.70 | $400.05 | Further analyzed state court counsel motion to lift automatic stay concerning CNA insured claims. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Diocese regarding state court counsel motion to lift automatic stay concerning CNA insured claims. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Walter regarding state court counsel motion to lift automatic stay concerning CNA insured claims. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/19/25 | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with Committee counsel regarding state court counsel motion to lift automatic stay concerning CNA insured claims. |
| 02/20/25 | K.M.Doner | 0.30 | $60.00 | Reviewed motion for relief from stay filed by CVA claimants and consulted with Attorney Walter regarding same. |
| 02/24/25 | S.A.Donato | 0.90 | $514.35 | Further reviewed motion to lift automatic stay concerning CNA claims. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Krell regarding motion to lift automatic stay concerning CNA claims. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding motion to lift automatic stay concerning CNA claims. |
| | J.S.Krell | 1.00 | $436.50 | Analyzed lift stay motion pleading in preparation for drafting objection to lift stay motion. |
| 02/26/25 | S.A.Donato | 0.30 | $171.45 | Reviewed CNA motion to seal concerning state court motion to lift stay. |
| | S.A.Donato | 1.10 | $628.65 | Prepared outline regarding objection to Marsh/Pfau motions to lift automatic stay. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Krell regarding objections to Marsh/Pfau motions to lift automatic stay. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with Diocese regarding objections to Marsh/Pfau motions to lift automatic stay. |
| 02/27/25 | S.A.Donato | 1.10 | $628.65 | Reviewed responses to CNA motion to seal regarding motions to lift automatic stay. |

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/28/25 | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from state court counsel regarding state court subpoena issue. |
| | Subtotal: | Hours: | 9.30 | |
| | | Amount: | $5,011.80 | |

### B160: Fee/Employment Applications

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/03/25 | K.M.Doner | 0.10 | $20.00 | Corresponded with Attorney Donato regarding updates to Bond's November 2024 fee statement. |
| | K.M.Doner | 0.40 | $80.00 | Drafted Blank Rome's December 2024 fee statement, together with related summary and cover sheet and notice. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from fee examiner regarding fee inquiries. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with fee examiner regarding fee inquiries. |
| 02/04/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding next round of fee applications and compliance with order appointing fee examiner. |
| | K.M.Doner | 0.30 | $60.00 | Participated in follow up telephone conference with Attorney Eaton regarding Bond's eleventh interim fee application. |
| 02/05/25 | K.M.Doner | 0.30 | $60.00 | Reviewed revisions to Bond's December 2024 fee statement. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with D. Lowrance regarding Blank Rome's December 2024 fee statement. |
| 02/06/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorneys Sullivan, Eaton and Clement regarding fee application procedures and related issues. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/06/25 | R.Clement | 0.30 | $72.90 | Participated in meeting with Attorneys Sullivan and Eaton and K. Doner regarding fee application procedures. |
| | C.J.Sullivan | 0.30 | $163.35 | Attended meeting with Attorneys Eaton and Clement and K. Doner regarding fee application procedures. |
| 02/07/25 | K.M.Doner | 0.40 | $80.00 | Drafted Blank Rome's December 2024 fee statement, including summary and cover sheet and related notice. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with Trustees Schmitt and Bruh and L. Jones regarding Blank Rome's December 2024 fee statement. |
| | K.M.Doner | 1.20 | $240.00 | Participated in telephone conference with Attorney Clement regarding eleventh round of fee applications and procedures related to same. |
| | K.M.Doner | 0.50 | $100.00 | Participated in telephone conference with Attorney Eaton regarding requirements under fee examiner order and next round of fee applications. |
| | K.M.Doner | 0.50 | $100.00 | Drafted correspondence to Attorneys Donato, Sullivan and Walter regarding requirements under the order appointing fee examiner as it relates to next round of fee applications. |
| | K.M.Doner | 0.30 | $60.00 | Participated in follow up telephone conference with Attorney Clement regarding Bond's eleventh interim fee application. |
| | R.Clement | 1.20 | $291.60 | Participated in telephone conference with K. Doner to discuss follow up questions regarding the fee procedures. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/10/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorney Sullivan regarding Bond's eleventh interim fee application and notice requirements under the order appointing fee examiner in connection with same. |
| 02/11/25 | K.M.Doner | 0.60 | $120.00 | Participated in telephone conference with Attorney Clement regarding procedures for next round of fee applications. |
| | K.M.Doner | 0.40 | $80.00 | Researched notice requirements for fee applications under order appointing fee examiner and related issues. |
| | K.M.Doner | 0.50 | $100.00 | Drafted correspondence to all professionals regarding next round of fee applications and procedures related to same under the order appointing fee examiner. |
| | R.Clement | 3.00 | $729.00 | Reviewed Bond's tenth fee application and assessed updates required for the eleventh application. |
| | R.Clement | 0.60 | $145.80 | Discussed timeline of preparation of the eleventh fee application with K. Doner. |
| 02/13/25 | K.M.Doner | 2.30 | $460.00 | Drafted Bond's January 2025 fee statement. |
| 02/14/25 | K.M.Doner | 1.10 | $220.00 | Reviewed fee statements in preparation for drafting Bond's eleventh interim fee application. |
| | K.M.Doner | 3.90 | $780.00 | Began outlining Bond's eleventh interim fee application. |
| | K.M.Doner | 1.90 | $380.00 | Continued drafting portions of Bond's eleventh interim fee application. |
| 02/18/25 | K.M.Doner | 0.30 | $60.00 | Drafted certificate of no objection related to Blank Rome's November 2024 fee statement. |
| | K.M.Doner | 1.50 | $300.00 | Continued preparation of Bond's January 2025 fee statement. |

Accounts Are Due Within 30 Days.

Page: 7

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/21/25 | K.M.Doner | 0.30 | $60.00 | Received inquiry from J. Wright of Harris Beach regarding fee statement issues and drafted response to same. |
| | K.M.Doner | 0.40 | $80.00 | Drafted summary and cover sheet and related notice pertaining to Bond's November 2024 fee statement. |
| | K.M.Doner | 0.40 | $80.00 | Corresponded with Attorney Clement regarding next round of fee applications and Bond's eleventh interim fee application. |
| | K.M.Doner | 1.60 | $320.00 | Began preparing summary report of fees and expenses in connection with Bond's eleventh interim fee application. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with U.S. Trustee and fee examiner regarding Bond's November and December 2024 fee statements. |
| 02/24/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Sullivan and Clement regarding Bond's eleventh interim fee application. |
| | K.M.Doner | 0.40 | $80.00 | Revised Bond's January 2025 fee statement. |
| | R.Clement | 0.20 | $48.60 | Participated in call with Attorney Sullivan and K. Doner regarding Bond's eleventh interim fee application. |
| 02/25/25 | K.M.Doner | 0.20 | $40.00 | Reviewed updates to Bond's January 2025 fee statement and corresponded with Attorneys Donato and Clement regarding same. |
| | K.M.Doner | 0.10 | $20.00 | Reviewed correspondence from D. Lowrance regarding Blank Rome's January 2025 fee statement. |
| | K.M.Doner | 0.80 | $160.00 | Continued drafting summary breakdown of fees and expenses in connection with drafting Bond's eleventh interim fee application. |

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/25/25 | K.M.Doner | 1.00 | $200.00 | Revised portions of Bond's eleventh interim fee application. |
| 02/26/25 | K.M.Doner | 1.00 | $200.00 | Revised Bond's eleventh interim fee application. |
| | R.Clement | 1.50 | $364.50 | Continued drafting portions of Bond's eleventh interim fee application. |
| 02/27/25 | R.Clement | 7.50 | $1,822.50 | Continued drafting portions of Bond's eleventh interim fee application. |
| 02/28/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Clement regarding Bond's eleventh interim fee application. |
| | K.M.Doner | 0.50 | $100.00 | Reviewed Blank Rome monthly fee statements in preparation for drafting Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with D. Lowrance regarding Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 1.40 | $280.00 | Began drafting Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 1.80 | $360.00 | Completed draft of Blank Rome's eleventh interim fee application. |
| | R.Clement | 2.00 | $486.00 | Continued updating the fee application based on review of charters, dockets, and time reports. |

Subtotal: Hours: 44.90
Amount: $9,932.85

**B195: Non-Working Travel**

| 02/11/25 | G.T.Walter | 0.80 | $392.40 | Traveled to Rochester for disclosure statement hearing. |
|----------|------------|------|---------|----------------------------------------------------------|
| | G.T.Walter | 0.80 | $392.40 | Return travel to Syracuse following disclosure statement hearing. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/11/25 | S.C.Temes | 1.60 | $777.60 | Traveled to and from Rochester for hearing concerning motion to approve disclosure statement. |
| | Subtotal: | Hours: | 3.20 | |
| | | Amount: | $1,562.40 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/04/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Clement regarding objections to non-CVA claims. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Clement regarding proof of claim objections in preparation for disclosure statement approval hearing. |
| | J.S.Krell | 1.20 | $523.80 | Reviewed draft claim objections. |
| | Subtotal: | Hours: | 1.60 | |
| | | Amount: | $678.10 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/01/25 | S.A.Donato | 1.80 | $1,028.70 | Commenced preparation for disclosure statement approval hearing including review and analysis of plan supplements and plan exhibits. |
| | S.C.Temes | 1.20 | $583.20 | Reviewed executive summary revisions and revised same. |
| | A.S.Rivera | 1.30 | $403.65 | Revised plain language summary of plan and disclosure statement. |
| 02/02/25 | S.A.Donato | 1.80 | $1,028.70 | Reviewed insurance carrier counsel comments to sixth amended plan. |
| | S.A.Donato | 0.40 | $228.60 | Outlined initial comments concerning plan issues. |
| 02/03/25 | K.M.Doner | 0.10 | $20.00 | Participated in office conference with Attorney Temes regarding amendments to plan supplements. |

Accounts Are Due Within 30 Days.

Page:  10

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 02/03/25 | K.M.Doner | 0.20 | $40.00 | Participated in office conference with Attorney Rivera regarding amendments to plan supplements. |
| | S.C.Temes | 1.20 | $583.20 | Reviewed plan changes and settlement agreement changes from insurers. |
| | S.C.Temes | 1.20 | $583.20 | Prepared for disclosure statement hearing. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed fee examiner proposed plan modifications concerning fee examiner duties. |
| | S.A.Donato | 2.50 | $1,428.75 | Consulted with Attorneys Sullivan, Walter and Temes regarding hearing to approve disclosure statement and insurance carrier plan proposed amendments. |
| | C.J.Sullivan | 2.50 | $1,361.25 | Participated in telephone conference with Attorneys Donato, Walter and Temes to prepare for disclosure statement hearing. |
| | G.J.McDonald | 1.20 | $631.80 | Participated in conference call with Attorneys Donato, Sullivan and Krell regarding disclosure statement hearing. |
| | J.S.Krell | 0.50 | $218.25 | Reviewed correspondence from Attorney Donato summarizing fee examiner's revisions to the plan. |
| | J.S.Krell | 1.50 | $654.75 | Reviewed correspondence from counsel to Interstate enclosing the proposed form of sale order and settlement agreement. |
| | J.S.Krell | 1.50 | $654.75 | Analyzed revisions to the plan provided by the settling insurers. |
| | J.S.Krell | 1.20 | $523.80 | Participated in call with Attorneys Donato, Sullivan and McDonald discussing revisions to the plan and disclosure statement. |
| | A.S.Rivera | 2.50 | $776.25 | Participated in call with Attorneys Donato, Sullivan, Temes and Walter discussing revisions to the plan and disclosure statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/03/25 | A.S.Rivera | 1.00 | $310.50 | Examined proposed revisions to plan and disclosure statement from insurers. |
| | G.T.Walter | 0.30 | $147.15 | Reviewed plan comments from fee examiner. |
| | G.T.Walter | 2.50 | $1,226.25 | Consulted with Attorneys Donato, Sullivan and Temes regarding disclosure statement hearing. |
| 02/04/25 | A.S.Rivera | 0.40 | $124.20 | Consulted with Attorney Sullivan regarding potential indemnification of settling insurers through plan trust. |
| | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorney Temes regarding amended plan supplements. |
| | R.Clement | 1.30 | $315.90 | Reviewed the proposed trust indemnification language. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Temes regarding disclosure statement approval issues. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with Committee counsel regarding insurance carrier plan proposed amendments. |
| | S.C.Temes | 0.30 | $145.80 | Participated in call with Attorney Donato regarding disclosure statement approval issues. |
| | J.S.Krell | 0.70 | $305.55 | Discussed post-Purdue revisions to the plan with Attorneys Donato and Walter. |
| | J.S.Krell | 2.30 | $1,003.95 | Conducted research regarding recent precedent impacting reorganization of Diocese. |
| 02/05/25 | S.C.Temes | 1.50 | $729.00 | Participated in conference call with Committee counsel regarding insurer changes to plan and disclosure statement. |
| | S.A.Donato | 1.50 | $857.25 | Participated in conference call with Committee counsel regarding insurance carriers' proposed plan modifications. |
| | J.S.Krell | 1.80 | $785.70 | Prepared for meeting with Committee to discuss plan changes. |

Accounts Are Due Within 30 Days.

Page:  12

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/05/25 | J.S.Krell | 2.00 | $873.00 | Started draft of letter outlining the insurer requested changes to the plan. |
| | G.T.Walter | 0.50 | $245.25 | Participated in call with LMI counsel regarding disclosure statement issues. |
| | G.T.Walter | 1.50 | $735.75 | Participated in call with Committee regarding settling insurer plan changes. |
| | J.S.Krell | 1.50 | $654.75 | Participated in meeting with the Committee to discuss the settling insurers proposed revisions to the plan and disclosure statement. |
| 02/06/25 | S.C.Temes | 0.60 | $291.60 | Revised plan language summary. |
| | S.C.Temes | 1.30 | $631.80 | Participated in conference call with insurer counsel regarding plan changes. |
| | S.C.Temes | 0.80 | $388.80 | Reviewed outline of insurer plan changes for letter to the court regarding same. |
| | S.C.Temes | 1.10 | $534.60 | Reviewed U.S. Trustee objection to disclosure statement. |
| | S.A.Donato | 1.30 | $742.95 | Participated in conference call with insurance carrier and Committee counsel regarding insurance carrier proposed modifications to plan. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding disclosure statement approval issues. |
| | S.A.Donato | 1.10 | $628.65 | Began reviewing U.S. Trustee's objection to disclosure statement. |
| | C.J.Sullivan | 1.30 | $707.85 | Participated in meeting with settling insurers regarding plan terms. |
| | J.S.Krell | 0.70 | $305.55 | Prepared for call with insurance carriers regarding plan and disclosure statement. |
| | J.S.Krell | 3.00 | $1,309.50 | Continued drafting of letter outlining the insurer requested changes to plan. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/06/25 | G.T.Walter | 1.30 | $637.65 | Participated in call with insurer counsel regarding plan revisions and approach at disclosure statement hearing. |
| | G.T.Walter | 1.30 | $637.65 | Analyzed U.S. Trustee's objection to disclosure statement. |
| | J.S.Krell | 1.30 | $567.45 | Participated in conference call with the settling insurers and the Committee discussing revisions to the plan and disclosure statement. |
| 02/07/25 | G.T.Walter | 0.80 | $392.40 | Participated in call with Attorneys Donato and Sullivan to prepare for disclosure statement hearing. |
| | G.T.Walter | 2.80 | $1,373.40 | Reviewed disclosure statement objections and analysis of strategy regarding responses to same. |
| | S.A.Donato | 1.10 | $628.65 | Partially reviewed CNA's objection to disclosure statement. |
| | S.A.Donato | 0.70 | $400.05 | Continued review and analysis of U.S. Trustee's objections to disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed proposed draft letter to court regarding disclosure statement hearing issues. |
| | S.C.Temes | 0.30 | $145.80 | Addressed additional documents required for disclosure statement hearing preparation. |
| | S.C.Temes | 0.90 | $437.40 | Revised letter to court regarding insurer changes to plan. |
| | S.C.Temes | 0.10 | $48.60 | Conferred with Diocese regarding projections and liquidity analysis for disclosure statement. |
| | S.C.Temes | 0.80 | $388.80 | Reviewed CNA objection to disclosure statement. |
| | S.C.Temes | 0.60 | $291.60 | Reviewed U.S. Trustee and CNA objection response issues related to plan and disclosure statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/07/25 | S.A.Donato | 0.80 | $457.20 | Consulted with Attorneys Sullivan, Temes and Walter in preparation for hearing concerning motion to approve disclosure statement. |
| | S.C.Temes | 0.50 | $243.00 | Prepared for hearing concerning motion to approve disclosure statement. |
| | G.J.McDonald | 1.30 | $684.45 | Consulted with Attorneys Donato and Temes regarding U.S. Trustee and CNA objections to disclosure statement. |
| | J.S.Krell | 1.50 | $654.75 | Finalized letter outlining the insurer requested changes to the plan to be filed with the Court. |
| | J.S.Krell | 3.00 | $1,309.50 | Analyzed the United States Trustee's objection to the plan and disclosure statement. |
| | A.S.Rivera | 1.00 | $310.50 | Examined Continental insurance's objection to disclosure statement. |
| | J.S.Krell | 2.00 | $873.00 | Drafted summary outlining U.S. Trustee's objections to plan and disclosure statement. |
| 02/08/25 | G.T.Walter | 4.00 | $1,962.00 | Reviewed plan documents in preparation for disclosure statement hearing. |
| | S.A.Donato | 0.80 | $457.20 | Continued review of insurance carrier proposed modifications to plan. |
| | S.C.Temes | 0.30 | $145.80 | Revised letter to court regarding insurance carrier's objection to plan. |
| | S.C.Temes | 0.60 | $291.60 | Prepared for hearing on approval of disclosure statement. |
| | S.A.Donato | 3.10 | $1,771.65 | Continued preparation for hearing concerning motion to approve disclosure statement. |
| | J.S.Krell | 3.00 | $1,309.50 | Analyzed CNA's objection to the plan and disclosure statement. |
| | A.S.Rivera | 0.50 | $155.25 | Addressed issues related to abuse claim ballot. |
| | A.S.Rivera | 3.00 | $931.50 | Prepared several case briefs in preparation for disclosure statement hearing. |

Accounts Are Due Within 30 Days.

Page:  15

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/08/25 | J.S.Krell | 2.50 | $1,091.25 | Drafted summary of CNA's objection to plan and disclosure statement. |
| 02/09/25 | S.A.Donato | 0.30 | $171.45 | Prepared correspondence to Attorney Rivera regarding U.S. Trustee's objection to disclosure statement. |
| | S.C.Temes | 0.30 | $145.80 | Reviewed balloting issues. |
| | S.A.Donato | 4.10 | $2,343.15 | Continued preparation for hearing concerning motion to approve disclosure statement. |
| | S.C.Temes | 0.90 | $437.40 | Prepared for hearing concerning motion to approve disclosure statement. |
| | S.C.Temes | 0.60 | $291.60 | Revised correspondence to court regarding insurer issues to plan. |
| | J.S.Krell | 1.20 | $523.80 | Discussed the objections to the disclosure statement and plan filed by the U.S. Trustee and CNA with Attorney Donato. |
| | A.S.Rivera | 3.50 | $1,086.75 | Researched issues relevant to consent to releases. |
| 02/10/25 | G.T.Walter | 1.50 | $735.75 | Conducted further analysis of objections to disclosure statement. |
| | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding amendments to plan supplements. |
| | E.J.LoBello | 0.30 | $163.35 | Participated in call with Attorney Sullivan to discuss plan and disclosure statement hearing strategy. |
| | G.T.Walter | 0.60 | $294.30 | Participated in supplemental telephone conference with Attorney Donato regarding preparation for hearing on approval of disclosure statement. |
| | G.T.Walter | 0.80 | $392.40 | Confer with Attorneys Donato, Sullivan and Temes regarding strategy for disclosure statement hearing. |

Accounts Are Due Within 30 Days.

Page:  16

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/10/25 | G.T.Walter | 0.60 | $294.30 | Conferred with Committee counsel regarding plan confirmation strategy. |
| | K.M.Doner | 0.20 | $40.00 | Revised correspondence to Court summarizing status of ongoing discussions with settling insurers related to plan and disclosure statement. |
| | G.T.Walter | 1.00 | $490.50 | Analyzed Sisters of St. Joseph's proposed plan modification language. |
| | G.T.Walter | 3.50 | $1,716.75 | Reviewed plan documents in preparation for disclosure statement hearing. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Donato regarding plan strategy. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from counsel for Sisters of St. Joseph regarding plan confirmation issues. |
| | S.A.Donato | 0.80 | $457.20 | Participated in conference call with Attorneys Sullivan, Temes and Walter regarding disclosure statement approval issues. |
| | S.C.Temes | 0.60 | $291.60 | Participated in plan strategy conference call with Attorneys Donato and Walter. |
| | S.A.Donato | 3.90 | $2,228.85 | Continued preparation for hearing concerning motion to approve disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with L. Passero regarding hearing concerning motion to approve disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan in preparation for hearing concerning motion to approve disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed comments from insurance carrier counsel to letter to Judge Warren regarding insurance carrier proposed revisions to plan. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|------|-------------|
| 02/10/25 | S.C.Temes | 0.80 | $388.80 | Participated in conference call with Attorneys Donato, Sullivan, and Walter to prepare for hearing concerning motion to approve disclosure statement. |
| | S.C.Temes | 0.60 | $291.60 | Participated in meeting with Committee counsel regarding upcoming hearing concerning motion to approve disclosure statement. |
| | S.C.Temes | 0.90 | $437.40 | Continued to prepare for hearing concerning motion to approve disclosure statement including review of proposed schedule, plan and disclosure statement changes. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding preparation for hearing on approval of disclosure statement. |
| | C.J.Sullivan | 0.50 | $272.25 | Reviewed CNA objection to disclosure statement. |
| | A.S.Rivera | 0.50 | $155.25 | Consulted with Attorney Sullivan regarding objections filed to disclosure statement. |
| | J.S.Krell | 0.40 | $174.60 | Discussed objections to the disclosure statement with Attorney Sullivan and Attorney Temes. |
| | J.S.Krell | 1.10 | $480.15 | Reviewed the insurers' revisions to the status letter to the Court advising the Court of the proposed revisions to the plan. |
| | J.S.Krell | 0.70 | $305.55 | Prepared for call with Attorneys Donato, Sullivan, and Walter to discuss strategy for hearing on approval of disclosure statement. |
| | J.S.Krell | 0.70 | $305.55 | Prepared for call with Committee counsel in preparation for hearing on approval of disclosure statement. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed correspondence from Attorney McDonald regarding proposed revised discovery plan for plan confirmation. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 02/10/25 | J.S.Krell | 0.80 | $349.20 | Participated in call with Attorneys Donato, Sullivan and Walter in preparation for tomorrow's hearing on approval of the disclosure statement. |
| | J.S.Krell | 0.60 | $261.90 | Participated in call with the Committee in preparation for tomorrow's hearing on approval of the disclosure statement. |
| 02/11/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Rivera regarding results of hearing on disclosure statement and further amendments to plan, disclosure statement and plan supplements. |
| | G.T.Walter | 2.30 | $1,128.15 | Prepare for disclosure statement hearing. |
| | G.T.Walter | 3.20 | $1,569.60 | Attended disclosure statement hearing. |
| | G.T.Walter | 0.50 | $245.25 | Consulted with Attorneys Donato and Temes following disclosure statement hearing regarding open tasks and strategy for disclosure statement approval. |
| | G.T.Walter | 1.60 | $784.80 | Reviewed hearing notes in preparation for revising plan and disclosure statement. |
| | S.A.Donato | 0.60 | $342.90 | Conferred with Diocese representatives in preparation for hearing concerning motion to approve disclosure statement. |
| | S.A.Donato | 0.50 | $285.75 | Participated in supplemental consultation with Diocese regarding results of hearing concerning motion to approve disclosure statement. |
| | S.A.Donato | 0.50 | $285.75 | Participated in supplemental consultation with Attorneys Walter and Temes regarding disclosure statement modifications and court hearing results. |
| | S.A.Donato | 1.90 | $1,085.85 | Continued preparation for hearing regarding motion to approve disclosure statement. |
| | S.A.Donato | 3.20 | $1,828.80 | Attended court hearing concerning motion to approve disclosure statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/11/25 | S.C.Temes | 0.90 | $437.40 | Prepared for hearing concerning motion to approve disclosure statement. |
| | S.C.Temes | 3.20 | $1,555.20 | Participated in hearing concerning motion to approve disclosure statement. |
| | S.C.Temes | 1.40 | $680.40 | Prepared post-hearing outline of changes/supplements to plan and disclosure statement. |
| | G.J.McDonald | 2.00 | $1,053.00 | Prepared for disclosure statement hearing. |
| | G.J.McDonald | 3.20 | $1,684.80 | Attended disclosure statement hearing. |
| | J.S.Krell | 3.20 | $1,396.80 | Attended virtual hearing on approval of the disclosure statement and the objections filed by the U.S. Trustee and CNA. |
| | A.S.Rivera | 3.20 | $993.60 | Participated in disclosure statement hearing. |
| 02/12/25 | K.M.Doner | 0.40 | $80.00 | Participated in telephone conference with Attorney Rivera regarding additional revisions to plan and disclosure statement. |
| | R.Clement | 2.50 | $607.50 | Analyzed the gatekeeper injunction clause. |
| | G.T.Walter | 4.50 | $2,207.25 | Revised plan to address settling insurer issues. |
| | S.C.Temes | 0.60 | $291.60 | Reviewed disclosure statement changes. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed court hearing notes regarding disclosure statement hearing follow up issues. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with Committee counsel regarding modified disclosure statement and plan issues and review of court hearing results. |
| 02/13/25 | R.Clement | 2.30 | $558.90 | Assessed the implications of a plan provision as compared to a plan provision in a separately confirmed diocesan case. |
| 02/14/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Rivera regarding additional revisions to sixth amended plan and disclosure statement. |

Accounts Are Due Within 30 Days.

Page: 20

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/14/25 | S.C.Temes | 0.80 | $388.80 | Reviewed plan and disclosure statement revisions. |
| 02/16/25 | S.C.Temes | 1.20 | $583.20 | Analyzed changes to disclosure statement. |
| 02/17/25 | G.J.McDonald | 1.00 | $526.50 | Attended conference call with CNA regarding confirmation hearing and discovery schedule. |
| | T.W.Simcoe | 0.50 | $272.25 | Reviewed prior analysis and memo regarding restructuring considerations. |
| | G.T.Walter | 0.20 | $98.10 | Consulted with Attorneys Sullivan and Rivera regarding revisions to plan and disclosure statement. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorneys Walter and Rivera regarding revisions to plan and disclosure statement. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Donato regarding disclosure statement status and modifications. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with CNA counsel, counsel for the Committee and Attorney Donato regarding confirmation hearing preparation. |
| | S.A.Donato | 1.00 | $571.50 | Participated in conference call with counsel for CNA and Committee regarding confirmation hearing preparation issues including initial review of discovery requests and time frames. |
| | S.C.Temes | 0.50 | $243.00 | Participated in call with Attorney Donato regarding modifications to disclosure statement. |
| | S.C.Temes | 1.10 | $534.60 | Reviewed revisions to disclosure statement and ballots. |
| | S.C.Temes | 1.00 | $486.00 | Participated in conference call regarding plan discovery and meet and confer with CNA counsel regarding scheduling issues and scope. |

Accounts Are Due Within 30 Days.

Page:  21

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 02/17/25 | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding revisions to disclosure statement and plan. |
| | G.T.Walter | 1.00 | $490.50 | Conferred with CNA counsel regarding plan discovery and confirmation timeline. |
| | J.S.Krell | 0.40 | $174.60 | Discussed revised disclosure statement and plan with Attorney Walter. |
| 02/18/25 | J.S.Krell | 2.00 | $873.00 | Performed legal research concerning the possibility of providing the participating parties with a supplemental injunction through a proposed sale under section 363. |
| | S.C.Temes | 0.60 | $291.60 | Reviewed additional plan documents. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Diocese regarding disclosure statement hearing updates and plan confirmation issues. |
| | S.A.Donato | 0.30 | $171.45 | Prepared correspondence to CNA counsel regarding plan confirmation issues. |
| 02/19/25 | S.A.Donato | 0.10 | $57.15 | Conferred with CNA counsel regarding disclosure statement amendment updates. |
| | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Diocese regarding plan exhibits. |
| | S.C.Temes | 1.90 | $923.40 | Revised executive summary. |
| | S.C.Temes | 1.20 | $583.20 | Revised plan. |
| | G.T.Walter | 7.20 | $3,531.60 | Analyzed settling insurer comments to plan and revisions to same. |
| 02/20/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorney Rivera regarding additional amendments to sixth amended plan and related documents. |
| | S.A.Donato | 1.40 | $800.10 | Reviewed further revised draft plan and disclosure statement. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/20/25 | S.A.Donato | 0.30 | $171.45 | Prepared correspondence to Attorney Temes regarding further revised draft plan and disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding disclosure statement modifications. |
| | J.S.Krell | 5.30 | $2,313.45 | Revised and conformed the disclosure statement in connection with the seventh amended plan. |
| 02/21/25 | K.M.Doner | 0.20 | $40.00 | Participated in various telephone conferences with Attorney Rivera regarding amendments to sixth amended plan and related plan supplements. |
| | S.A.Donato | 0.50 | $285.75 | Conferred with Diocese regarding disclosure statement approval issues and updates regarding mediation. |
| | S.A.Donato | 0.50 | $285.75 | Conferred with Committee counsel regarding plan and disclosure statement modification issues. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Temes regarding disclosure statement and plan modification issues. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Temes regarding U.S. Trustee objections to disclosure statement approval. |
| | J.S.Krell | 0.80 | $349.20 | Analyzed correspondence from counsel to the insurers regarding the definition of participating parties in the plan and the supporting documents. |
| | J.S.Krell | 1.20 | $523.80 | Analyzed the Committee's comments to the seventh amended plan. |
| | S.C.Temes | 0.40 | $194.40 | Analyzed correspondence regarding participating party list and plan components. |
| 02/24/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorneys Donato and Temes regarding additional amendments to sixth amended plan, plan supplements and related documents. |

Accounts Are Due Within 30 Days.

Page: 23

**B**OND, **S**CHOENECK & **K**ING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/24/25 | S.C.Temes | 2.60 | $1,263.60 | Revised disclosure statement and reviewed insurer comments to plan. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Temes regarding insurance carrier counsel comments to plan. |
| | S.A.Donato | 1.10 | $628.65 | Reviewed insurance carrier comments to amended draft plan. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding insurance carrier counsel comments to plan. |
| | J.S.Krell | 4.00 | $1,746.00 | Revised seventh amended plan. |
| | J.S.Krell | 0.30 | $130.95 | Discussed revised plan and disclosure statement with Attorney Donato. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding additional revisions to chapter 11 plan. |
| 02/25/25 | G.T.Walter | 0.60 | $294.30 | Consulted with Attorney Temes regarding insurer plan revisions. |
| | S.A.Donato | 0.80 | $457.20 | Continued review of insurance carrier counsel comments to plan. |
| | J.S.Krell | 1.00 | $436.50 | Reviewed the participating parties list. |
| | J.S.Krell | 1.50 | $654.75 | Analyzed LMI"s proposed revisions to the seventh amended plan. |
| | S.C.Temes | 0.90 | $437.40 | Analyzed insurer plan changes. |
| | S.C.Temes | 1.80 | $874.80 | Revised ancillary plan documents, plan supplements and order approving disclosure statement. |
| 02/26/25 | G.T.Walter | 0.30 | $147.15 | Participated in call with Attorney Sullivan regarding scope of Parish releases in advance of Diocese call to discuss same. |
| | G.T.Walter | 0.60 | $294.30 | Prepared issues list for call with Diocese on plan issues. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/26/25 | G.T.Walter | 1.30 | $637.65 | Participated in call with Diocese regarding plan provisions and negotiations with insurers. |
| | G.T.Walter | 0.40 | $196.20 | Participated in follow-up call with Diocese regarding insurance issues in plan. |
| | K.M.Doner | 0.60 | $120.00 | Participated in telephone conference with Attorneys Temes, Krell and Clement regarding seventh amended plan, disclosure statement and plan supplements. |
| | K.M.Doner | 1.00 | $200.00 | Drafted notice of plan supplement, notice of redlines of plan supplement and notice of redline of plan and disclosure statement. |
| | G.T.Walter | 0.50 | $245.25 | Conferred with Committee counsel regarding plan revisions. |
| | G.T.Walter | 0.80 | $392.40 | Participated in call with settling insurers regarding plan provisions. |
| | G.T.Walter | 1.30 | $637.65 | Reviewed plan revisions proposed by insurers and draft responsive language. |
| | R.Clement | 9.00 | $2,187.00 | Updated plan exhibits with proposed revisions. |
| | G.J.McDonald | 0.50 | $263.25 | Drafted confirmation scheduling order. |
| | C.J.Sullivan | 1.00 | $544.50 | Reviewed plan changes. |
| | S.A.Donato | 0.50 | $285.75 | Participated in conference call with Committee counsel regarding insurance carrier comments to draft plan and disclosure statement. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding insurance carrier plan and disclosure statement modifications. |
| | S.A.Donato | 1.10 | $628.65 | Further reviewed insurance carrier counsel comments to plan. |
| | S.A.Donato | 1.30 | $742.95 | Participated in conference call with Diocese regarding insurance carrier counsel comments to plan. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 02/26/25 | S.A.Donato | 0.30 | $171.45 | Revised draft discovery scheduling order concerning plan confirmation. |
| | S.A.Donato | 0.40 | $228.60 | Participated in supplemental consultation with Diocese and special insurance counsel regarding insurance carrier plan modifications. |
| | S.A.Donato | 0.80 | $457.20 | Participated in additional consultation with Diocese regarding chapter 11 plan issues. |
| | S.C.Temes | 1.30 | $631.80 | Participated in conference call with Diocese regarding plan and disclosure statement changes. |
| | S.C.Temes | 0.30 | $145.80 | Participated in follow up conference call with Attorney Walter regarding plan insurer issues. |
| | S.C.Temes | 0.40 | $194.40 | Participated in conference call with Diocese and Attorney Murray regarding insurance issues. |
| | S.C.Temes | 0.50 | $243.00 | Participated in conference call with Committee counsel regarding plan revisions. |
| | S.C.Temes | 0.80 | $388.80 | Participated in conference call with insurers regarding plan revisions. |
| | S.C.Temes | 3.70 | $1,798.20 | Revised plan, disclosure statement and ancillary documents. |
| | S.C.Temes | 0.50 | $243.00 | Corresponded with insurers and Committee counsel regarding revised plan, disclosure statement and ancillary documents. |
| | J.S.Krell | 6.00 | $2,619.00 | Revised disclosure statement for the seventh amended plan. |
| | J.S.Krell | 0.50 | $218.25 | Participated in call with the Committee and insurers to discuss revisions to the seventh amended plan and disclosure statement. |
| | J.S.Krell | 0.70 | $305.55 | Participated in call with Attorneys Temes and Clement to discuss final preparations for filing the seventh amended plan and disclosure statement. |
| | J.S.Krell | 1.00 | $436.50 | Finalized participating parties list. |

Accounts Are Due Within 30 Days.

Page:  26

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/27/25 | K.M.Doner | 1.30 | $260.00 | Drafted notice of revised proposed order approving disclosure statement and notice of redlines related to same. |
| | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Temes, Krell and Clement regarding final updates to the seventh amended plan, disclosure statement and related documents. |
| | K.M.Doner | 0.20 | $40.00 | Participated in follow up telephone conference with Attorney Krell regarding plan supplements. |
| | K.M.Doner | 0.80 | $160.00 | Revised seventh amended joint plan, disclosure statement and related exhibits. |
| | K.M.Doner | 0.70 | $140.00 | Revised notice of redlines of seventh amended plan and disclosure statement, as well as revised redlined versions related to same. |
| | K.M.Doner | 1.20 | $240.00 | Revised notice of filing of revised proposed order approving disclosure statement, notice of redline of proposed order and related exhibits to same. |
| | K.M.Doner | 0.30 | $60.00 | Participated in follow up telephone conferences with Attorneys Temes and Clement regarding plan supplements. |
| | K.M.Doner | 1.50 | $300.00 | Revised notice of plan supplements, notice of redline of plan supplements and related exhibits. |
| | S.C.Temes | 3.40 | $1,652.40 | Further revised plan, disclosure statement, order and executive summary. |
| | J.S.Krell | 3.30 | $1,440.45 | Finalized disclosure statement and seventh amended plan. |
| | J.S.Krell | 1.50 | $654.75 | Prepared disclosure statement, seventh amended plan, plan supplements, notices, and related redlines in preparation for filing. |
| | S.A.Donato | 1.20 | $685.80 | Further reviewed revised disclosure statement and plan. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/28/25 | C.J.Sullivan | 0.50 | $272.25 | Conducted research regarding scope of channeling injunction available for Parishes. |
| | G.T.Walter | 0.50 | $245.25 | Consulted with Attorneys Sullivan, Temes and Krell regarding preparation of memo to Diocese concerning scope of channeling injunction and Parish protections following Purdue. |
| | G.T.Walter | 0.80 | $392.40 | Revised plan executive summary. |
| | S.C.Temes | 0.50 | $243.00 | Participated in conference call with Attorneys Sullivan and Walter to discuss plan provision memo. |
| | S.C.Temes | 0.90 | $437.40 | Revised executive summary. |
| | S.C.Temes | 0.20 | $97.20 | Consulted with Attorney Walter regarding executive summary. |
| | Subtotal: | Hours: | 280.70 | |
| | | Amount: | $128,763.85 | |

**B403: CNA Administrative Claim**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 02/03/25 | S.A.Donato | 0.20 | $114.30 | Conferred with special insurance counsel regarding CNA mediation issues and updates. |
| 02/04/25 | G.J.McDonald | 2.00 | $1,053.00 | Worked on brief in opposition to CNA appeal of the dismissal of its adversary complaint. |
| 02/05/25 | G.J.McDonald | 1.40 | $737.10 | Worked on appellees' brief in opposition to CNA's appeal of the dismissal of its adversary complaint. |
| 02/06/25 | S.A.Donato | 0.30 | $171.45 | Conferred with special insurance counsel regarding CNA mediation issues. |
| | G.J.McDonald | 3.00 | $1,579.50 | Drafted appellees' brief in opposition to CNA's appeal of the dismissal of its adversary complaint. |
| 02/07/25 | G.J.McDonald | 1.80 | $947.70 | Drafted brief in opposition to CNA's appeal of the dismissal of its adversary complaint. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 02/10/25 | G.J.McDonald | 4.00 | $2,106.00 | Worked on brief in opposition to CNA's appeal of the dismissal of CNA's adversary proceeding. |
| 02/11/25 | G.J.McDonald | 2.00 | $1,053.00 | Worked on brief in opposition to CNA's appeal. |
| 02/12/25 | G.J.McDonald | 3.00 | $1,579.50 | Worked on appellees' brief in opposition to CNA's appeal of the dismissal of its adversary complaint. |
| 02/13/25 | G.J.McDonald | 2.90 | $1,526.85 | Worked on appellees' brief in opposition to CNA's appeal of the dismissal of its adversary proceeding. |
| 02/14/25 | G.J.McDonald | 5.00 | $2,632.50 | Continued drafting brief in opposition to CNA's appeal of the dismissal of CNA's adversary proceeding. |
| 02/17/25 | G.J.McDonald | 5.00 | $2,632.50 | Drafted appellees' brief in opposition to CNA's appeal. |
| 02/18/25 | G.J.McDonald | 4.70 | $2,474.55 | Continued drafting appellees' brief in opposition to CNA appeal. |
| 02/20/25 | G.J.McDonald | 4.40 | $2,316.60 | Continued drafting appellees' brief in opposition to CNA appeal. |
| 02/24/25 | G.J.McDonald | 5.00 | $2,632.50 | Drafted appellees brief in opposition to CNA appeal of dismissal of its adversary complaint. |
| 02/25/25 | G.J.McDonald | 5.00 | $2,632.50 | Continued drafting appellees' brief in response to CNA appeal of the dismissal of its administrative claim. |
| 02/26/25 | G.J.McDonald | 4.00 | $2,106.00 | Worked on appellees' brief and supplemental appendix. |

Subtotal:          Hours:          53.70
                   Amount:     $28,295.55

**Total Hours and Fees For This Matter:**          402.70          $177,373.70

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 14, 2025
Bill Number: 20079594

The Diocese of Rochester

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 58.80 | $571.50 | $33,604.20 |
| E. J. LoBello (Member) | 0.30 | 544.50 | 163.35 |
| G. J. McDonald (Member) | 62.40 | 526.50 | 32,853.60 |
| B. M. Sheehan (Member) | 0.50 | 405.00 | 202.50 |
| T. W. Simcoe (Member) | 0.50 | 544.50 | 272.25 |
| C. J. Sullivan (Member) | 8.70 | 544.50 | 4,737.15 |
| S. C. Temes (Member) | 53.10 | 486.00 | 25,806.60 |
| G. T. Walter (Member) | 54.80 | 490.50 | 26,879.40 |
| J. S. Krell (Senior Counsel) | 70.70 | 436.50 | 30,860.55 |
| R. Clement (Associate) | 31.60 | 243.00 | 7,678.80 |
| A. S. Rivera (Associate) | 18.60 | 310.50 | 5,775.30 |
| K. M. Doner (Paralegal) | 42.70 | 200.00 | 8,540.00 |
| **Total** | 402.70 | | $177,373.70 |

**Matter Disbursement Summary**

| | |
|---|---|
| Color Copy Charges | $1.05 |
| Copy Charges | 35.70 |
| Data Hosting & Storage | 1,145.00 |
| Travel Expense | 312.63 |
| **Total Disbursements** | **$1,494.38** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$178,868.08** |