# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 2-19-20905-PRW |
| The Diocese of Rochester, | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE RE
## RESPONSE OF THE LONDON MARKET INSURERS
## TO THE TRUSTEE'S OBJECTION

The undersigned counsel for London Market Insurers hereby certifies that on June 13, 2025 a copy of the above referenced document was served via ECF upon all counsel for the above-referenced case.

Dated: June 13, 2025

Respectfully submitted,

By: */s/ Jeff D. Kahane*
    Jeff D. Kahane
    Skarzynski Marick & Black LLP
    633 West Fifth Street, 26th Floor
    Los Angeles, CA 90071
    Telephone: 213.721.0650
    Email: jkahane@skarzynski.com

    *Attorneys for London Market Insurers*

**Notice will be electronically mailed to:**

Deola T. Ali on behalf of Creditor Certain Sexual Abuse Claimants
dali@awtxlaw.com

Steven D. Allison on behalf of Interested Party Interstate Fire and Casualty Company
steven.allison@troutman.com, tracey.cantu@troutman.com

Jason P. Amala on behalf of Creditor Marsh/PCVA Claimants
jason@pcvalaw.com, mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jason P. Amala on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants
jason@pcvalaw.com, mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Robert P. Arnold on behalf of Defendant Colonial Penn Insurance Company

rarnold@walkerwilcox.com, MZaiko@walkerwilcox.com

Robert P. Arnold on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company
rarnold@walkerwilcox.com, MZaiko@walkerwilcox.com

Jesse Bair on behalf of Creditor Committee Official Committee of Unsecured Creditors
jbair@bbblawllp.com, kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair on behalf of Special Counsel Burns Bowen Bair LLP
jbair@burnsbair.com, kdempski@burnsbair.com,bhorn@burnsbair.com

Erik Bakke on behalf of Notice of Appearance Creditor Jeff Anderson & Associates
ebakke@pryorcashman.com

Erik Bakke on behalf of Notice of Appearance Creditor Jeff Anderson
ebakke@pryorcashman.com

Stephen Boyd on behalf of Creditor Certain Sexual Abuse Claimants
sboyd@steveboyd.com, rmatuzic@steveboyd.com

Stephen Boyd on behalf of Notice of Appearance Creditor 1 - Doe AB
sboyd@steveboyd.com, rmatuzic@steveboyd.com

Stephenie Lannigan Bross on behalf of Creditor claimant 274
sbross@sssfirm.com

Stephenie Lannigan Bross on behalf of Creditor claimant 434
sbross@sssfirm.com

Stephenie Lannigan Bross on behalf of Creditor claimant 468
sbross@sssfirm.com

Stephenie Lannigan Bross on behalf of Creditor claimant 480
sbross@sssfirm.com

Stephenie Lannigan Bross on behalf of Creditor claimant 481
sbross@sssfirm.com

Stephenie Lannigan Bross on behalf of Creditor claimant 485
sbross@sssfirm.com

Stephenie Lannigan Bross on behalf of Creditor claimant 496
sbross@sssfirm.com

Stephenie Lannigan Bross on behalf of Creditor claimant 527
sbross@sssfirm.com

Stephenie Lannigan Bross on behalf of Creditor claimant 557
sbross@sssfirm.com

Mark Bruh on behalf of Assistant U.S. Trustee Erin Champion, 11

mark.bruh@usdoj.gov

Mark Bruh on behalf of U.S. Trustee William K. Harrington
mark.bruh@usdoj.gov

John Bucheit on behalf of Defendant Interstate Fire & Casualty Company
jbucheit@phrd.com, ssnead@phrd.com

John Bucheit on behalf of Defendant National Surety Corporation
jbucheit@phrd.com, ssnead@phrd.com

John Bucheit on behalf of Interested Party Interstate Fire and Casualty Company
jbucheit@phrd.com, ssnead@phrd.com

John Bucheit on behalf of Interested Party National Surety Corporation
jbucheit@phrd.com, ssnead@phrd.com

Timothy W. Burns on behalf of Creditor Committee Official Committee of Unsecured Creditors
tburns@bbblawllp.com, kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors
tburns@burnsbair.com, kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns on behalf of Special Counsel Burns Bowen Bair LLP
tburns@bbblawllp.com, kdempski@burnsbair.com;nkuenzi@burnsbair.com

Kaitlin M. Calov on behalf of Defendant Colonial Penn Insurance Company
kcalov@wwmlawyers.com, jvail@walkerwilcox.com

Kaitlin M. Calov on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company
kcalov@wwmlawyers.com, jvail@walkerwilcox.com

Kaitlin M. Calov on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator
kcalov@wwmlawyers.com, jvail@walkerwilcox.com

James S. Carter on behalf of Special Counsel Blank Rome, LLP
james.carter@blankrome.com

Erin Champion, 11
USTPRegion02.RO.ECF@USDOJ.GOV

Shirley S. Cho on behalf of Creditor Committee Official Committee of Unsecured Creditors
scho@pszjlaw.com

David C. Christian, II on behalf of Interested Party Continental Insurance Company
dchristian@dca.law

David C. Christian, II on behalf of Notice of Appearance Creditor Continental Insurance Company
dchristian@dca.law

David C. Christian, II on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey

dchristian@dca.law

Jeffrey M Dine on behalf of Interested Party Official Committee of Unsecured Creditors
jdine@pszjlaw.com

Jeffrey M Dine on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors
jdine@pszjlaw.com

Karen B. Dine on behalf of Creditor Committee Official Committee of Unsecured Creditors
kdine@pszjlaw.com

Karen B. Dine on behalf of Interested Party Official Committee of Unsecured Creditors
kdine@pszjlaw.com

Stephen A. Donato on behalf of Attorney Bond, Schoeneck & King, PLLC
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato on behalf of Debtor The Diocese of Rochester
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato on behalf of Defendant The Diocese of Rochester
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato on behalf of Plaintiff The Diocese of Rochester
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Jeffrey Austin Dove on behalf of Defendant The Continental Insurance Company
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove on behalf of Interested Party Continental Insurance Company
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove on behalf of Notice of Appearance Creditor Continental Insurance Company
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Robert Drummond on behalf of Interested Party Interstate Fire and Casualty Company
drummondr@whiteandwilliams.com

Robert Drummond on behalf of Interested Party National Surety Corporation
drummondr@whiteandwilliams.com

Carol Dupre
caroldopray61@yahoo.com

Scott Michael Duquin on behalf of Creditor Certain Sexual Abuse Claimants
sduquin@hoganwillig.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor B. M.
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor D S
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor D. S.
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor Daniel Crespo
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor Daniel Regan
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor J. F.
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor J. O.
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor John Doe 3
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor M. B.
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor M. P.
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor Michael Crespo
sduquin@hermanlaw.com, smdlaw27@gmail.com

Scott Michael Duquin on behalf of Creditor T. G.
sduquin@hermanlaw.com, smdlaw27@gmail.com

Sam A Elbadawi on behalf of Interested Party First State Insurance Company
selbadawi@sugarmanlaw.com

Brianna M Espeland on behalf of Creditor Kenneth Cubiotti
brianna@jvwlaw.net

Brianna M Espeland on behalf of Notice of Appearance Creditor Brian S. Delafranier
brianna@jvwlaw.net

Timothy Evanston on behalf of Interested Party Certain Underwriters at Lloyd's, London
tevanston@skarzynski.com

Timothy Evanston on behalf of Interested Party London Market Insurers
tevanston@skarzynski.com

Michael Finnegan on behalf of Creditor Certain Sexual Abuse Claimants
mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan on behalf of Defendant AB 100 Doe, et al
mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan on behalf of Notice of Appearance Creditor Jeff Anderson & Associates
mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com

Terrance Flynn on behalf of Special Counsel Harris Beach PLLC
tflynn@harrisbeachmurtha.com, jwright@harrisbeach.com

Nathaniel Foote on behalf of Attorney Nathaniel Lucas Foote
nate@vca.law

Nathaniel Foote on behalf of Creditor claimants CC151, CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311
nate@vca.law

Nathaniel Foote on behalf of Creditor Thomas David Adams
nate@vca.law

Renee E. Franchi on behalf of Creditor Thomas David Adams
renee@vca.law

Lucas B. Franken on behalf of Creditor Marsh/PCVA Claimants
lfranken@pcvalaw.com, mfilomeno@pcvalaw.com

Mitchell Garabedian on behalf of Creditor BB 44
mgarabedian@garabedianlaw.com

Mitchell Garabedian on behalf of Creditor Carol Dupre
mgarabedian@garabedianlaw.com

Mitchell Garabedian on behalf of Creditor DG 278
mgarabedian@garabedianlaw.com

Mitchell Garabedian on behalf of Creditor MS 275
mgarabedian@garabedianlaw.com

Mitchell Garabedian on behalf of Creditor SHC-MG-2 Doe
mgarabedian@garabedianlaw.com

Mitchell Garabedian on behalf of Creditor SM 247
mgarabedian@garabedianlaw.com

Mitchell Garabedian on behalf of Creditor VJR 41
mgarabedian@garabedianlaw.com

Mitchell Garabedian on behalf of Creditor Victor Rivera
mgarabedian@garabedianlaw.com

Peter Garthwaite on behalf of Defendant Tenecom Limited
peter.garthwaite@clydeco.com

Peter Garthwaite on behalf of Interested Party London Market Insurers
peter.garthwaite@clydeco.com

Craig Goldblatt on behalf of Interested Party Continental Insurance Company

craig.goldblatt@wilmerhale.com

Craig Goldblatt on behalf of Notice of Appearance Creditor Continental Insurance Company
craig.goldblatt@wilmerhale.com

William Henry Gordon on behalf of Creditor Carol Dupre
wgordon@garabedianlaw.com

Isley Markman Gostin on behalf of Interested Party Continental Insurance Company
isley.gostin@wilmerhale.com

Isley Markman Gostin on behalf of Notice of Appearance Creditor Continental Insurance Company
isley.gostin@wilmerhale.com

Garry M. Graber on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company
ggraber@hodgsonruss.com, mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Michael J Grygiel on behalf of Interested Party Gannett Co., Inc.
grygielm@gtlaw.com, alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com

Dirk C. Haarhoff on behalf of Defendant Colonial Penn Insurance Company
dchaarhoff@kslnlaw.com

Dirk C. Haarhoff on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company
dchaarhoff@kslnlaw.com

Dirk C. Haarhoff on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator
dchaarhoff@kslnlaw.com

Adam P. Haberkorn on behalf of Interested Party Federal Insurance Company
ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com

Adam P. Haberkorn on behalf of Interested Party Illinois Union Insurance Company
ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com

Catherine Beideman Heitzenrater on behalf of Creditor The Chubb Companies
cheitzenrater@duanemorris.com

Camille W. Hill on behalf of Debtor The Diocese of Rochester
chill@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Adam Horowitz on behalf of Attorney Horowitz Law Claimants
adam@adamhorowitzlaw.com

Adam Horowitz on behalf of Creditor Certain Sexual Abuse Claimants
adam@adamhorowitzlaw.com

Adam Horowitz on behalf of Creditor 31 Claimants
adam@adamhorowitzlaw.com

Adam Horowitz on behalf of Creditor Claimants Certain Sexual Abuse
adam@adamhorowitzlaw.com

Adam Horowitz on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor
adam@adamhorowitzlaw.com

James K.T. Hunter on behalf of Creditor Committee Official Committee of Unsecured Creditors
jhunter@pszjlaw.com

Todd C. Jacobs on behalf of Defendant Interstate Fire & Casualty Company
tjacobs@phrd.com, ssnead@phrd.com

Todd C. Jacobs on behalf of Defendant National Surety Corporation
tjacobs@phrd.com, ssnead@phrd.com

Todd C. Jacobs on behalf of Interested Party Interstate Fire and Casualty Company
tjacobs@phrd.com, ssnead@phrd.com

Todd C. Jacobs on behalf of Interested Party National Surety Corporation
tjacobs@phrd.com, ssnead@phrd.com

Leander Laurel James, IV on behalf of Creditor CW187 DOE
ljames@jvwlaw.net, Lucia@jvwlaw.net

Leander Laurel James, IV on behalf of Creditor GM127 DOE
ljames@jvwlaw.net, Lucia@jvwlaw.net

Leander Laurel James, IV on behalf of Creditor JP185 DOE
ljames@jvwlaw.net, Lucia@jvwlaw.net

Leander Laurel James, IV on behalf of Creditor Kenneth Cubiotti
ljames@jvwlaw.net, Lucia@jvwlaw.net

Leander Laurel James, IV on behalf of Creditor Kenneth G. Cubiotti
ljames@jvwlaw.net, Lucia@jvwlaw.net

Leander Laurel James, IV on behalf of Creditor MG133 DOE
ljames@jvwlaw.net, Lucia@jvwlaw.net

Leander Laurel James, IV on behalf of Interested Party Kenneth Cubiotti
ljames@jvwlaw.net, Lucia@jvwlaw.net

Leander Laurel James, IV on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti
ljames@jvwlaw.net, Lucia@jvwlaw.net

Charles Edwin Jones on behalf of Defendant Interstate Fire & Casualty Company
charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com

Charles Edwin Jones on behalf of Defendant National Surety Corporation
charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com

Charles Edwin Jones on behalf of Interested Party Interstate Fire and Casualty Company
charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com

Charles Edwin Jones on behalf of Interested Party National Surety Corporation
charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com

Charles Edwin Jones on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company
charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com

Charles Edwin Jones on behalf of Notice of Appearance Creditor National Surety Corporation
charles.jones@lawmoss.com, Brenda.murphy@lawmoss.com

Jeff Kahane on behalf of Interested Party Certain Underwriters at Lloyd's, London
jkahane@skarzynski.com

Jeff Kahane on behalf of Interested Party London Market Insurers
jkahane@skarzynski.com

Timothy Quaid Karcher on behalf of Financial Advisor Berkeley Research Group, LLC
tkarcher@proskauer.com

Timothy Quaid Karcher on behalf of Notice of Appearance Creditor Berkeley Research Group, LLC
tkarcher@proskauer.com

Amy Keller on behalf of Creditor Certain Sexual Abuse Claimants
akeller@lglaw.com, sfischer@lglaw.com

Amy Keller on behalf of Creditor LG DOE VICTIMS
akeller@lglaw.com, sfischer@lglaw.com

Amy Keller on behalf of Defendant AB 100 Doe, et al
akeller@lglaw.com, sfischer@lglaw.com

Mary Jo Korona on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark
mkorona@adamsleclair.law, sarahi@leclairkorona.com

Katerina Marie Kramarchyk on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia
kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester
kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk on behalf of Notice of Appearance Creditor Catholic Youth Organization
kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk on behalf of Notice of Appearance Creditor St. Joseph's Villa
kkramarchyk@wardgreenberg.com

Paul L. Leclair on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry
pleclair@adamsleclair.law, arichardson@adamsleclair.law

Seth H. Lieberman on behalf of Notice of Appearance Creditor Jeff Anderson & Associates
slieberman@pryorcashman.com

Seth H. Lieberman on behalf of Notice of Appearance Creditor Jeff Anderson
slieberman@pryorcashman.com

Lauren Lifland on behalf of Notice of Appearance Creditor Continental Insurance Company

lauren.lifland@wilmerhale.com

Elin Lindstrom on behalf of Notice of Appearance Creditor Jeff Anderson & Associates
elin@andersonadvocates.com, therese@andersonadvocates.com

Christopher Loeber on behalf of Notice of Appearance Creditor Jeff Anderson & Associates
cloeber@pryorcashman.com

Christopher Loeber on behalf of Notice of Appearance Creditor Jeff Anderson
cloeber@pryorcashman.com

Christopher Eric Love on behalf of Creditor Marsh/PCVA Claimants
chris@pcvalaw.com

Christopher Eric Love on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants
chris@pcvalaw.com

Timothy Patrick Lyster on behalf of Attorney Woods Oviatt Gilman LLP
tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster on behalf of Interested Party Ad Hoc Parish Committee
tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

Timothy Patrick Lyster on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee
tlyster@woodsoviatt.com, esolimano@woodsoviatt.com

David D. MacKnight on behalf of Creditor The Sisters of Saint Joseph of Rochester, Inc.
dmacknight@lacykatzen.com, dgay@lacykatzen.com

Samrah Mahmoud on behalf of Interested Party Interstate Fire and Casualty Company
samrah.mahmoud@troutman.com

James R Marsh on behalf of Creditor Certain Sexual Abuse Claimants
jamesmarsh@marsh.law

James R Marsh on behalf of Creditor M.G.
jamesmarsh@marsh.law

James R Marsh on behalf of Creditor R.O.
jamesmarsh@marsh.law

James R Marsh on behalf of Creditor S.B.
jamesmarsh@marsh.law

James R Marsh on behalf of Creditor 31 Claimants
jamesmarsh@marsh.law

James R Marsh on behalf of Creditor Claimant MM
jamesmarsh@marsh.law

James R Marsh on behalf of Creditor Claimant Creditors Marsh Law Firm
jamesmarsh@marsh.law

James R Marsh on behalf of Creditor MLF-PCVA Creditors

jamesmarsh@marsh.law

James R Marsh on behalf of Creditor S. B.
jamesmarsh@marsh.law

Gregory J. McDonald on behalf of Debtor The Diocese of Rochester
gjmcdonald@bsk.com, Kleo@bsk.com

Gregory J. McDonald on behalf of Defendant The Diocese of Rochester
gjmcdonald@bsk.com, Kleo@bsk.com

Kelly McNamee on behalf of Interested Party Gannett Co., Inc.
mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com

Stuart S. Mermelstein on behalf of Creditor Claimants
smermelstein@hermanlaw.com, gdano@hermanlaw.com

Matthew Griffin Merson on behalf of Notice of Appearance Creditor Merson Law, PLLC
mmerson@mersonlaw.com

Brittany Mitchell Michael on behalf of Creditor Committee Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

Brittany Mitchell Michael on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors
bmichael@pszjlaw.com

Brian Micic on behalf of Defendant Certain London Market Companies
brian.micic@clydeco.us

Brian Micic on behalf of Defendant Certain Underwriters at Lloyd's, London
brian.micic@clydeco.us

Brian Micic on behalf of Defendant HDI Global Specialty SE
brian.micic@clydeco.us

Brian Micic on behalf of Defendant Markel International Insurance Company Limited
brian.micic@clydeco.us

Brian Micic on behalf of Defendant Tenecom Limited
brian.micic@clydeco.us

Brian Micic on behalf of Defendant The Dominion Insurance Company Limited
brian.micic@clydeco.us

Brian Micic on behalf of Interested Party Certain Underwriters at Lloyd's, London
brian.micic@clydeco.us

Brian Micic on behalf of Interested Party HDI Global Specialty SE
brian.micic@clydeco.us

Brian Micic on behalf of Interested Party London Market Insurers
brian.micic@clydeco.us

Siobhain Patricia Minarovich on behalf of Defendant Interstate Fire & Casualty Company
minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich on behalf of Defendant National Surety Corporation
minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich on behalf of Interested Party Interstate Fire and Casualty Company
minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich on behalf of Interested Party National Surety Corporation
minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company
minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich on behalf of Notice of Appearance Creditor National Surety Corporation
minarovichs@whiteandwilliams.com

Lucien A. Morin, II on behalf of Notice of Appearance Creditor Amaryllis Figueroa
lmorin@mccmlaw.com,
lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com

John A. Mueller on behalf of Notice of Appearance Creditor Monroe County
jmueller@lippes.com, jtenczar@lippes.com;mbrennan@lippes.com

James R Murray on behalf of Special Counsel Blank Rome, LLP
Jim.Murray@BlankRome.com, edocketing@blankrome.com

James R Murray on behalf of Special Counsel James R Murray
Jim.Murray@BlankRome.com, edocketing@blankrome.com

Iain A.W. Nasatir on behalf of Creditor Committee Official Committee of Unsecured Creditors
inasatir@pszjlaw.com

Matthew John Obiala, I on behalf of Interested Party London Market Insurers
matt.obiala@clydeco.us

Ingrid S. Palermo on behalf of Debtor The Diocese of Rochester
ipalermo@bsk.com, kdoner@bsk.com;aparris@bsk.com

Devin L. Palmer on behalf of Notice of Appearance Creditor Catholic Youth Organization
dpalmer@boylancode.com, dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer on behalf of Notice of Appearance Creditor St. Joseph's Villa
dpalmer@boylancode.com, dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli on behalf of Creditor 065 -Claimant (Creditor)
dpaolicelli@p2law.com

Diane Paolicelli on behalf of Creditor 198 - Claimant (Creditor)
dpaolicelli@p2law.com

Diane Paolicelli on behalf of Creditor 528 - Claimant (Creditor)

dpaolicelli@p2law.com

Diane Paolicelli on behalf of Creditor LCVAWCR DOE
dpaolicelli@p2law.com

Diane Paolicelli on behalf of Creditor ORLANDO RIVERA
dpaolicelli@p2law.com

Diane Paolicelli on behalf of Creditor PC-33 DOE
dpaolicelli@p2law.com

Steve Phillips on behalf of Creditor LCVAWCR-DOE
sphillips@p2law.com

Steve Phillips on behalf of Creditor LCVAWCR DOE
sphillips@p2law.com

Victoria Phillips on behalf of Creditor LCVAWCR-DOE
vphillips@p2law.com

Mark D. Plevin on behalf of Interested Party Continental Insurance Company
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin on behalf of Notice of Appearance Creditor Continental Insurance Company
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey
mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Jon Travis Powers on behalf of Defendant Interstate Fire & Casualty Company
powerst@whiteandwilliams.com, mglowinski@hodgsonruss.com

Jon Travis Powers on behalf of Defendant National Surety Corporation
powerst@whiteandwilliams.com, mglowinski@hodgsonruss.com

Jon Travis Powers on behalf of Interested Party Interstate Fire and Casualty Company
powerst@whiteandwilliams.com, mglowinski@hodgsonruss.com

Jon Travis Powers on behalf of Interested Party National Surety Corporation
powerst@whiteandwilliams.com, mglowinski@hodgsonruss.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyd's, London
nreinhardt@skarzynski.com

Nathan W. Reinhardt on behalf of Interested Party London Market Insurers
nreinhardt@skarzynski.com

Andrew S. Richmond on behalf of Notice of Appearance Creditor Jeff Anderson & Associates
arichmond@pryorcashman.com

Andrew S. Richmond on behalf of Notice of Appearance Creditor Jeff Anderson
arichmond@pryorcashman.com

Andrew Scott Rivera on behalf of Debtor The Diocese of Rochester
arivera@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Matthew Roberts on behalf of Defendant Interstate Fire & Casualty Company
mroberts@phrd.com

Matthew Roberts on behalf of Defendant National Surety Corporation
mroberts@phrd.com

Matthew Roberts on behalf of Interested Party Interstate Fire and Casualty Company
mroberts@phrd.com

Matthew Roberts on behalf of Interested Party National Surety Corporation
mroberts@phrd.com

Annette Rolain on behalf of Interested Party First State Insurance Company
arolain@ruggerilaw.com, bkfilings@ruggerilaw.com

Sommer L. Ross on behalf of Interested Party London Market Insurers
slross@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain London Market Companies
RWRoten@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain Underwriters at Lloyd's, London
rroten@skarzynski.com

Russell Webb Roten on behalf of Interested Party Certain Underwriters at Lloyd's, London
rroten@skarzynski.com

Russell Webb Roten on behalf of Interested Party London Market Insurers
rroten@skarzynski.com

James Pio Ruggeri on behalf of Interested Party First State Insurance Company
jruggeri@ruggerilaw.com

Ilan D Scharf on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
ischarf@pszjlaw.com, nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf on behalf of Creditor Committee Official Committee of Unsecured Creditors
ischarf@pszjlaw.com, nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf on behalf of Interested Party Official Committee of Unsecured Creditors
ischarf@pszjlaw.com, nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf on behalf of Intervenor Official Committee of Unsecured Creditors
ischarf@pszjlaw.com, nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors
ischarf@pszjlaw.com, nhall@pszjlaw.com;nrobinson@pszjlaw.com

Tancred Schiavoni on behalf of Interested Party Federal Insurance Company
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni on behalf of Interested Party Illinois Union Insurance Company
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Stephen G. Schwarz on behalf of Creditor Claimants CC115/CC136 and CC114/CC135
sschwarz@faraci.com

Shannon Anne Scott on behalf of U.S. Trustee William K. Harrington
shannon.scott2@usdoj.gov

Judith Treger Shelton on behalf of Defendant Colonial Penn Insurance Company
jtshelton@kslnlaw.com

Judith Treger Shelton on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company
jtshelton@kslnlaw.com

Judith Treger Shelton on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator
jtshelton@kslnlaw.com

Jarrod W Smith on behalf of Creditor Donna Oppedisano
jarrodsmithlaw@gmail.com

Jarrod W Smith on behalf of Creditor Kathleen Israel
jarrodsmithlaw@gmail.com

Jarrod W Smith on behalf of Notice of Appearance Creditor Donna Oppedisano
jarrodsmithlaw@gmail.com

Jarrod W Smith on behalf of Notice of Appearance Creditor Kathleen Israel
jarrodsmithlaw@gmail.com

Danielle Spinelli on behalf of Notice of Appearance Creditor Continental Insurance Company
danielle.spinelli@wilmerhale.com

James I. Stang on behalf of Creditor Committee Official Committee of Unsecured Creditors
jstang@pszjlaw.com

Catalina Sugayan on behalf of Defendant CX Reinsurance Company Limited
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Defendant Certain London Market Companies
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Defendant Certain Underwriters at Lloyd's, London
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Defendant HDI Global Specialty SE
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Defendant Markel International Insurance Company Limited
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Defendant Tenecom Limited

catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Defendant The Dominion Insurance Company Limited
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Interested Party Certain Underwriters at Lloyd's, London
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Interested Party HDI Global Specialty SE
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan on behalf of Interested Party London Market Insurers
catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Charles J. Sullivan on behalf of Attorney Bond, Schoeneck & King, PLLC
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Creditor Claimant MM
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Debtor The Diocese of Rochester
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Diocese of Rochester
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Gerard Sweeney on behalf of Creditor CC 403
gkosmakos@srblawfirm.com

Gerard Sweeney on behalf of Creditor Claimants Certain Sexual Abuse
gkosmakos@srblawfirm.com

Mohammad Tehrani on behalf of Interested Party London Market Insurers
mtehrani@duanemorris.com

Sara C. Temes on behalf of Debtor The Diocese of Rochester
stemes@bsk.com, CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Kathleen Thomas on behalf of Creditor Certain Sexual Abuse Claimants
kat@tlclawllc.com

Kathleen Thomas on behalf of Creditor J. O.
kat@tlclawllc.com

Kathleen Thomas on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor
kat@tlclawllc.com

Miranda Turner on behalf of Defendant The Continental Insurance Company
mturner@plevinturner.com

Miranda Turner on behalf of Interested Party Continental Insurance Company
mturner@plevinturner.com

Miranda Turner on behalf of Notice of Appearance Creditor Continental Insurance Company

mturner@plevinturner.com

Miranda Turner on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey
mturner@plevinturner.com

Grayson T. Walter on behalf of Debtor The Diocese of Rochester
gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter on behalf of Plaintiff The Diocese of Rochester
gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Eric John Ward on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia
eward@hodgsonruss.com

Eric John Ward on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester
eward@hodgsonruss.com

Eric John Ward on behalf of Notice of Appearance Creditor Catholic Youth Organization
eward@hodgsonruss.com

Eric John Ward on behalf of Notice of Appearance Creditor St. Joseph's Villa
eward@hodgsonruss.com

Michael Watson on behalf of Creditor Certain Sexual Abuse Claimants
mwatson@thematthewslawfirm.com

Michael Watson on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor
mwatson@thematthewslawfirm.com

Joshua D Weinberg on behalf of Interested Party First State Insurance Company
jweinberg@ruggerilaw.com

Michael A. Weishaar on behalf of Notice of Appearance Creditor Jeff Anderson & Associates
rbg_gmf@hotmail.com, r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Matthew Michael Weiss on behalf of Interested Party Interstate Fire and Casualty Company
mweiss@phrd.com

Matthew Michael Weiss on behalf of Interested Party National Surety Corporation
mweiss@phrd.com

Harris Winsberg on behalf of Defendant Interstate Fire & Casualty Company
hwinsberg@phrd.com

Harris Winsberg on behalf of Defendant National Surety Corporation
hwinsberg@phrd.com

Harris Winsberg on behalf of Interested Party Interstate Fire and Casualty Company
hwinsberg@phrd.com

Harris Winsberg on behalf of Interested Party National Surety Corporation

hwinsberg@phrd.com

Harris Winsberg on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company
hwinsberg@phrd.com

Harris Winsberg on behalf of Notice of Appearance Creditor National Surety Corporation
hwinsberg@phrd.com

Melanie Wolk on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor
mwolk@trevettcristo.com

Lee E. Woodard on behalf of Special Counsel Harris Beach PLLC
bkemail@harrisbeach.com, efilings@harrisbeach.com;broy@harrisbeach.com

2-19-20905-PRW Notice will not be electronically mailed to:

Thomas Baker
Penn Carey School of Law
3501 Sansom St
Philadelphia, PA 19104

Bankruptcy Management Solutions, Inc.
d/b/a Stretto
410 Exchange, Ste. 100
Irvine, CA

Bonadio & Co., LLP
171 Sully's Trail
Pittsford, NY 14534

Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Gnarus Advisors LLC
2029 Century Park East, Suite 400
Los Angeles, CA 90067

Michael R. Hogan
,

Patrick J. Hynes
1513 Langdon Village Drive
Clemmons, NC 27012

Lori Lapin Jones
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 255 South
Great Neck, NY 11021

Nixon Peabody, LLP
1300 Clinton Square

Case 2-19-20905-PRW, Doc 3202, Filed 06/13/25, Entered 06/13/25 18:24:09, Description: Main Document , Page 18 of 19

Rochester, NY 14604

Pachulski Stang Ziehl & Jones LLP on behalf of Creditor Committee Official Committee of Unsecured Creditors
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067

Lisa M. Passero
The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624

People of the State of New York
c/o Office of the Attorney General
Charities Bureau
28 Liberty Street
New York, NY 10005

Eugene Pigott
Pigott Law Group
5820 Main Street
Suite 200
Buffalo, NY 14221

Stretto
Attn: Sheryl Betance
410 Exchange, Ste. 100
Irvine, CA 92602

The Claro Group, LLC
123 N. Wacker Dr.
Suite 2100
Chicago, IL 60606

Thomas LaBarbera Counselors At Law PC