**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>The Diocese of Rochester,<br>　　　　　Debtor. | Case No. 2-19-20905-PRW<br>Chapter 11 |
| The Diocese of Rochester,<br>　　　　　Plaintiff<br>v.<br><br>The Continental Insurance Company, Certain Underwriters at Lloyd's, London, Certain London Market Companies, The Dominion Insurance Company Limited, Stronghold Insurance Company Limited, CX Reinsurance Company Limited, Markel International Insurance Company Limited, Tenecom Limited, National Surety Corporation, Interstate Fire & Casualty Company, Colonial Penn Insurance Company, and HDI Global Specialty SE,<br>　　　　　Defendants. | Adversary Proceeding<br>No.: 19-ap-0202 |

### UNDERWRITERS'[1] JOINDER TO THE DEBTOR'S SALE MOTION AND TO THE REPLIES TO OBJECTIONS TO SALE MOTION

Underwriters, by and through their attorneys, hereby submit this Joinder to (i) the Debtor's Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements and Policy Buy-Backs with Certain Insurers and Granting Related Relief [Main Case Docket No. 3072] (the "Sale Motion"), and (ii) the Replies to the Objections[2] of the UST and CNA filed by: the Debtor [Main Case Docket No. 3198] (the

---

[1] The term "Underwriters" refers, collectively, to those Certain Underwriters at Lloyd's, London, HDI Global Specialty SE, and Convex Insurance UK Limited subscribing to Certificate Nos. 18W2012, 18XS133, 19W2012, 19XS133, 20W2012, 20XS133, 21W2012, 21XS133, 22W2012, 22XS133, 22XS133A, 23W2012, 23XS133, 23XS133A, 24W2012, 24XS133, and 24XS133A issued to the Diocese of Rochester.

[2] The term "Objections" refers to the Objections to the Sale Motion filed by the U.S. Trustee (the "UST") [Main Case Docket No. 3169] and The Continental Insurance Company ("CNA") [Main Case Docket No. 3171].

Debtor Reply"); the Committee [Main Case Docket No. 3200] (the "Committee Reply"); the Interstate Insurers [Main Case Docket No. 3201] (the "Interstate Reply"); and, the London Market Insurers [Main Case Docket No. 3199] (the "LMI Reply") (collectively "Replies to Objections to of Sale Motion").

## **CONCLUSION**

WHEREFORE, Underwriters respectfully request that the Court overrule the Objections and grant the Sale Motion.

Dated: June 13, 2025

Respectfully submitted,

By: */s/ Catalina J. Sugayan*
Catalina J. Sugayan (admitted *pro hac vice*)
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Facsimile: (312) 635-6950
Email: catalina.sugayan@clydeco.us

*Attorneys for London Market Insurers*