United States Bankruptcy Court
Western District of New York

In re:  Case No. 19-20905-PRW
The Diocese of Rochester  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2     User: admin     Page 1 of 12
Date Rcvd: Jun 11, 2025     Form ID: noetext     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ntcapr | + | Jeff Anderson, 366 Jackson St., Suite 100, St. Paul, MN 55101-2989 |
| ntcapr | + | Jeff Anderson & Associates, 366 Jackson Street, St. Paul, MN 55101-2989 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com |
| Adam P. Haberkorn | on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |

Adam P. Haberkorn
  on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com

Amy Keller
  on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com

Amy Keller
  on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com sfischer@lglaw.com

Amy Keller
  on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com

Andrew S. Richmond
  on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com

Andrew S. Richmond
  on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com

Andrew Scott Rivera
  on behalf of Debtor The Diocese of Rochester arivera@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Annette Rolain
  on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com bkfilings@ruggerilaw.com

Brian Micic
  on behalf of Defendant Markel International Insurance Company Limited brian.micic@clydeco.us

Brian Micic
  on behalf of Defendant Tenecom Limited brian.micic@clydeco.us

Brian Micic
  on behalf of Defendant Certain London Market Companies brian.micic@clydeco.us

Brian Micic
  on behalf of Interested Party HDI Global Specialty SE brian.micic@clydeco.us

Brian Micic
  on behalf of Interested Party Certain Underwriters at Lloyd's London brian.micic@clydeco.us

Brian Micic
  on behalf of Defendant Certain Underwriters at Lloyd's London brian.micic@clydeco.us

Brian Micic
  on behalf of Interested Party London Market Insurers brian.micic@clydeco.us

Brian Micic
  on behalf of Defendant The Dominion Insurance Company Limited brian.micic@clydeco.us

Brian Micic
  on behalf of Defendant HDI Global Specialty SE brian.micic@clydeco.us

Brianna M Espeland
  on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland
  on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael
  on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
  on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill
  on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre
  caroldopray61@yahoo.com

Catalina Sugayan
  on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
  on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
  on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
  on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

Catalina Sugayan
on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catherine Beideman Heitzenrater
on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com

Charles Edwin Jones
on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan
on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Christopher Loeber
on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com

Christopher Loeber
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com

Christopher Eric Love
on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Christopher Eric Love
on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Craig Goldblatt
on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com

Craig Goldblatt
on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com

Danielle Spinelli
on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David C. Christian, II
on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David D. MacKnight
 on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com

Deola T. Ali
 on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
 on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
 on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
 on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
 on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
 on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
 on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
 on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Diane Paolicelli
 on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Dirk C. Haarhoff
 on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
 on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
 on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
 on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com therese@andersonadvocates.com

Eric John Ward
 on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
 on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
 on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
 on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke
 on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke
 on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11
 USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber
 on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney
 on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney
 on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter
 on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
 on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald

| | |
|---|---|
| Gregory J. McDonald | on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com |
| | on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com |
| Harris Winsberg | on behalf of Defendant National Surety Corporation hwinsberg@phrd.com |
| Harris Winsberg | on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com |
| Harris Winsberg | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com |
| Harris Winsberg | on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com |
| Harris Winsberg | on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com |
| Harris Winsberg | on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com |
| Iain A.W. Nasatir | on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com |
| Ilan D Scharf | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com |
| Ilan D Scharf | on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com |
| Ilan D Scharf | on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com |
| Ilan D Scharf | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com |
| Ilan D Scharf | on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com |
| Ingrid S. Palermo | on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com kdoner@bsk.com;aparris@bsk.com |
| Isley Markman Gostin | on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com |
| Isley Markman Gostin | on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com |
| James I. Stang | on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com |
| James K.T. Hunter | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com |
| James Pio Ruggeri | on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com |
| James R Marsh | on behalf of Creditor 31 Claimants jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor S. B. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor S.B. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor M.G. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor R.O. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law |

James R Marsh
    on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Claimant MM jamesmarsh@marsh.law

James R Murray
    on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com edocketing@blankrome.com

James R Murray
    on behalf of Special Counsel Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter
    on behalf of Special Counsel Blank Rome LLP james.carter@blankrome.com

Jarrod W Smith
    on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith
    on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith
    on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W Smith
    on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jason P. Amala
    on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jason P. Amala
    on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jeff Kahane
    on behalf of Interested Party London Market Insurers jkahane@skarzynski.com

Jeff Kahane
    on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com

Jeffrey Austin Dove
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine
    on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
    on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com kdempski@burnsbair.com,bhorn@burnsbair.com

John Bucheit
    on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John A. Mueller
    on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

Jon Travis Powers
    on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Joshua D Weinberg
    on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton
    on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
    on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Karen B. Dine
    on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen B. Dine
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com

Kathleen Thomas
    on behalf of Creditor J. O. kat@tlclawllc.com

Kathleen Thomas
    on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com

Kathleen Thomas
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com

Kelly McNamee
    on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com

Lauren Lifland
    on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com

Leander Laurel James, IV
    on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

| | |
|---|---|
| Leander Laurel James, IV | on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Lee E. Woodard | on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com |
| Lucas B. Franken | on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com mfilomeno@pcvalaw.com |
| Lucien A. Morin, II | on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com |
| Mark Bruh | on behalf of Assistant U.S. Trustee Erin Champion 11 mark.bruh@usdoj.gov |
| Mark Bruh | on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov |
| Mark D. Plevin | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mary Jo Korona | on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com |
| Matthew Roberts | on behalf of Defendant National Surety Corporation mroberts@phrd.com |
| Matthew Roberts | on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com |
| Matthew Roberts | on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com |
| Matthew Roberts | on behalf of Interested Party National Surety Corporation mroberts@phrd.com |
| Matthew Griffin Merson | on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com |
| Matthew John Obiala, I | on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us |
| Matthew Michael Weiss | on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com |
| Matthew Michael Weiss | on behalf of Interested Party National Surety Corporation mweiss@phrd.com |
| Melanie Wolk | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com |
| Michael Finnegan | on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | |

| | |
|---|---|
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | |
| | on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Watson | |
| | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com |
| Michael Watson | |
| | on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com |
| Michael A. Weishaar | |
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com |
| Michael J Grygiel | |
| | on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com, alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com |
| Miranda Turner | |
| | on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com |
| Miranda Turner | |
| | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com |
| Miranda Turner | |
| | on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com |
| Miranda Turner | |
| | on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com |
| Mitchell Garabedian | |
| | on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com |
| Mohammad Tehrani | |
| | on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com |
| Nathan W. Reinhardt | |
| | on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com |
| Nathan W. Reinhardt | |
| | on behalf of Interested Party Certain Underwriters at Lloyd's London nreinhardt@skarzynski.com |
| Nathaniel Foote | |
| | on behalf of Creditor Thomas David Adams nate@vca.law |
| Nathaniel Foote | |
| | on behalf of Attorney Nathaniel Lucas Foote nate@vca.law |
| Nathaniel Foote | |
| | on behalf of Creditor claimants CC151 CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law |
| Paul L. Leclair | |
| | on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law |
| Peter Garthwaite | |
| | on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com |

| | |
|---|---|
| Peter Garthwaite | on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com |
| Renee E. Franchi | on behalf of Creditor Thomas David Adams renee@vca.law |
| Robert Drummond | on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com |
| Robert Drummond | on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com |
| Robert P. Arnold | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com |
| Robert P. Arnold | on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com |
| Russell Webb Roten | on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Interested Party Certain Underwriters at Lloyd's London rroten@skarzynski.com |
| Russell Webb Roten | on behalf of Interested Party London Market Insurers rroten@skarzynski.com |
| Russell Webb Roten | on behalf of Defendant Certain Underwriters at Lloyd's London rroten@skarzynski.com |
| Sam A Elbadawi | on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com |
| Samrah Mahmoud | on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com |
| Sara C. Temes | on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor B. M. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor T. G. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor J. F. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor D S sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor J. O. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor John Doe 3 sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com |
| Seth H. Lieberman | on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com |
| Seth H. Lieberman | |

| | |
|---|---|
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com |
| Shannon Anne Scott | |
| | on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov |
| Shirley S. Cho | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com |
| Siobhain Patricia Minarovich | |
| | on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | |
| | on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | |
| | on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | |
| | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | |
| | on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | |
| | on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com |
| Sommer L. Ross | |
| | on behalf of Interested Party London Market Insurers slross@duanemorris.com |
| Stephen Boyd | |
| | on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com   rmatuzic@steveboyd.com |
| Stephen Boyd | |
| | on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com   rmatuzic@steveboyd.com |
| Stephen A. Donato | |
| | on behalf of Attorney Bond  Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen A. Donato | |
| | on behalf of Defendant The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen A. Donato | |
| | on behalf of Debtor The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen A. Donato | |
| | on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen G. Schwarz | |
| | on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 480 sbross@sssfirm.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 527 sbross@sssfirm.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 468 sbross@sssfirm.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 557 sbross@sssfirm.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 481 sbross@sssfirm.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 485 sbross@sssfirm.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 274 sbross@sssfirm.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 496 sbross@sssfirm.com |
| Stephenie Lannigan Bross | |
| | on behalf of Creditor claimant 434 sbross@sssfirm.com |
| Steve Phillips | |
| | on behalf of Creditor LCVAWCR DOE sphillips@p2law.com |
| Steve Phillips | |
| | on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com |

Steven D. Allison
    on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com

Stuart S. Mermelstein
    on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com

Tancred Schiavoni
    on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni
    on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Terrance Flynn
    on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com

Timothy Evanston
    on behalf of Interested Party London Market Insurers tevanston@skarzynski.com

Timothy Evanston
    on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com

Timothy Patrick Lyster
    on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster
    on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster
    on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Quaid Karcher
    on behalf of Financial Advisor Berkeley Research Group LLC tkarcher@proskauer.com

Timothy Quaid Karcher
    on behalf of Notice of Appearance Creditor Berkeley Research Group LLC tkarcher@proskauer.com

Timothy W. Burns
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns
    on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns
    on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Todd C. Jacobs
    on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Victoria Phillips
    on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon
    on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 291

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

   The Diocese of Rochester
    aka The Roman Catholic Diocese of Rochester

             Debtor(s)

Case No.: 2−19−20905−PRW
Chapter: 11

Tax ID: 16−0755765

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **June 10, 2025**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #   3178 − Decision and Order Granting Motion to Quash Subpoenas Issued by Continental Insurance Company to Jeff Anderson and Jeff Anderson & Associates, P.A. Signed on 6/10/2025 (RE: related document(s)3106 Motion to Quash filed by Creditor Committee Official Committee of Unsecured Creditors, 3159 Motion to Compel filed by Interested Party Continental Insurance Company, Notice of Appearance Creditor Continental Insurance Company). NOTICE OF ENTRY. (Folwell, T.)

Date: June 11, 2025                                           Lisa Bertino Beaser
                                                                             Clerk of Court

Form noetext/Doc 3187
www.nywb.uscourts.gov