UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  ) Chapter 11 Case
 )
THE DIOCESE OF ROCHESTER,  ) Case No. 19-20905
 )
Debtor.  )

# ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LORI LAPIN JONES, ESQ., INDEPENDENT FEE EXAMINER

This matter is before the Court on the First Interim Application for Compensation and Reimbursement of Expenses for Lori Lapin Jones, Esq., Independent Fee Examiner [ECF No. 3150] ("First Application") for the period December 16, 2024 through May 31, 2025 ("First Interim Period"). In the Application, Lori Lapin Jones, Esq. requests (a) allowance of interim compensation for professional services rendered for the First Interim Period in the amount of $31,840.00, (b) reimbursement of actual and necessary expenses in the amount of $11,137.50, and (c) a direction that the Debtor to pay to Lori Lapin Jones, Esq. $42,977.50 representing the unpaid total fees and expenses for the First Interim Period.

The Court having considered the First Application, and notice of the Application appearing adequate, and a hearing having been convened on July 10, 2025 ("Hearing"), and the Court having found that the services rendered and expenses incurred by Lori Lapin Jones, Esq. during the First Interim Period were reasonable, necessary and beneficial to the Debtor's estate; it is hereby

**ORDERED,** that the First Application is granted; and it is further

**ORDERED,** that any objections to the First Application, or to the fees and expenses requested therein, that have not been made, withdrawn, waived, or settled on the record at the

Hearing, and all reservations of rights included therein, are hereby overruled; and it is further

**ORDERED** that Lori Lapin Jones, Esq.'s fees for the First Interim Period are allowed on an interim basis in the amount of $31,840.00; and it is further

**ORDERED** that Lori Lapin Jones, Esq.'s expenses for the First Interim Period are allowed on an interim basis in the amount of $11,137.50; and it is further

**ORDERED** that the Debtor is directed to pay Lori Lapin Jones, Esq. the amount of $42,977.50 for fees and expenses for the First Interim Period; and it is further

**ORDERED** that the fees and expenses awarded under this Order shall be on an interim basis and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: July __, 2025
Rochester, New York

_____
Honorable Paul R. Warren
United States Bankruptcy Judge