United States Bankruptcy Court
Western District of New York

In re:
The Diocese of Rochester
Debtor

Case No. 19-20905-PRW
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0209-2 | User: admin | Page 1 of 12
Date Rcvd: Jun 26, 2025 | Form ID: pdforder | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |
| pr | + | Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com |
| Adam P. Haberkorn | on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |

Adam P. Haberkorn
on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com

Amy Keller
on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com

Amy Keller
on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com sfischer@lglaw.com

Amy Keller
on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com

Andrew S. Richmond
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com

Andrew S. Richmond
on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com

Andrew Scott Rivera
on behalf of Debtor The Diocese of Rochester arivera@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Annette Rolain
on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com bkfilings@ruggerilaw.com

Brian Micic
on behalf of Defendant Markel International Insurance Company Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Tenecom Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Certain London Market Companies brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party HDI Global Specialty SE brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party Certain Underwriters at Lloyd's London brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Certain Underwriters at Lloyd's London brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party London Market Insurers brian.micic@clydeco.us

Brian Micic
on behalf of Defendant The Dominion Insurance Company Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant HDI Global Specialty SE brian.micic@clydeco.us

Brianna M Espeland
on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland
on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael
on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill
on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre
caroldopray61@yahoo.com

Catalina Sugayan
on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catherine Beideman Heitzenrater
on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com

Charles Edwin Jones
on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan
on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Christopher Loeber
on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com

Christopher Loeber
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com

Christopher Eric Love
on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Christopher Eric Love
on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Craig Goldblatt
on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com

Craig Goldblatt
on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com

Danielle Spinelli
on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David C. Christian, II
on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David C. Christian, II
on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David D. MacKnight
on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com

Deola T. Ali
on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Dirk C. Haarhoff
on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com therese@andersonadvocates.com

Eric John Ward
on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke
on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11
USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber
on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney
on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney
on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter
on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald

on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Gregory J. McDonald
on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Harris Winsberg
on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg
on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir
on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf
on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ingrid S. Palermo
on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin
on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James I. Stang
on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter
on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri
on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com

James R Marsh
on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor S. B. jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor S.B. jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor M.G. jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor R.O. jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor Claimant MM jamesmarsh@marsh.law

James R Murray
    on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com edocketing@blankrome.com

James R Murray
    on behalf of Special Counsel Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter
    on behalf of Special Counsel Blank Rome LLP james.carter@blankrome.com

Jarrod W Smith
    on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith
    on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith
    on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W Smith
    on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jason P. Amala
    on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com
    mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jason P. Amala
    on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com
    mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jeff Kahane
    on behalf of Defendant Certain Underwriters at Lloyd's London jkahane@skarzynski.com

Jeff Kahane
    on behalf of Interested Party London Market Insurers jkahane@skarzynski.com

Jeff Kahane
    on behalf of Defendant Certain London Market Companies jkahane@skarzynski.com

Jeff Kahane
    on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com

Jeffrey Austin Dove
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com,
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com
    avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine
    on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com
    kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
    on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com
    kdempski@burnsbair.com,bhorn@burnsbair.com

John Bucheit
    on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John A. Mueller
    on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

Jon Travis Powers
    on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Joshua D Weinberg
    on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton
    on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
    on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Karen B. Dine
    on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen B. Dine
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com

Kathleen Thomas
    on behalf of Creditor J. O. kat@tlclawllc.com

Kathleen Thomas
    on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com

Kathleen Thomas
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com

Kelly McNamee
    on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com

Lauren Lifland
    on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com

Leander Laurel James, IV
    on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Lee E. Woodard
    on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com

Lucas B. Franken
    on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com mfilomeno@pcvalaw.com

Lucien A. Morin, II
    on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com

Mark Bruh
    on behalf of Assistant U.S. Trustee Erin Champion 11 mark.bruh@usdoj.gov

Mark Bruh
    on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov

Mark D. Plevin
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin
    on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin
    on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mary Jo Korona
    on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com

Matthew Roberts
    on behalf of Defendant National Surety Corporation mroberts@phrd.com

Matthew Roberts
    on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com

Matthew Roberts
    on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com

Matthew Roberts
    on behalf of Interested Party National Surety Corporation mroberts@phrd.com

Matthew Griffin Merson
    on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com

Matthew John Obiala, I
    on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us

Matthew Michael Weiss
    on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com

Matthew Michael Weiss
    on behalf of Interested Party National Surety Corporation mweiss@phrd.com

Melanie Wolk
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com

Michael Finnegan
    on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
    on behalf of Defendant AB 100 Doe  et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Watson
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com

Michael Watson
    on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com

Michael A. Weishaar
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Michael J Grygiel
    on behalf of Interested Party Gannett Co.  Inc. grygielm@gtlaw.com, alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com

Miranda Turner
    on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com

Miranda Turner
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com

Miranda Turner
    on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com

Miranda Turner
    on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com

Mitchell Garabedian
    on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mohammad Tehrani
    on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan W. Reinhardt
    on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com

Nathan W. Reinhardt
    on behalf of Interested Party Certain Underwriters at Lloyd's  London nreinhardt@skarzynski.com

Nathaniel Foote
    on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote
    on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Nathaniel Foote
    on behalf of Creditor claimants CC151  CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law

Paul L. Leclair

on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law

Peter Garthwaite
on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com

Peter Garthwaite
on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com

Renee E. Franchi
on behalf of Creditor Thomas David Adams renee@vca.law

Robert Drummond
on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com

Robert Drummond
on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com

Robert P. Arnold
on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Robert P. Arnold
on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Russell Webb Roten
on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com

Russell Webb Roten
on behalf of Interested Party Certain Underwriters at Lloyd's London rroten@skarzynski.com

Russell Webb Roten
on behalf of Interested Party London Market Insurers rroten@skarzynski.com

Russell Webb Roten
on behalf of Defendant Certain Underwriters at Lloyd's London rroten@skarzynski.com

Sam A Elbadawi
on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com

Samrah Mahmoud
on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com

Sara C. Temes
on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott Michael Duquin
on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor B. M. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor T. G. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor J. F. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor D S sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor J. O. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor John Doe 3 sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Seth H. Lieberman
on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com

Seth H. Lieberman
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com

Shannon Anne Scott
on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho
on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich
on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross
on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd
on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen Boyd
on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato
on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen G. Schwarz
on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 480 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 527 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 468 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 557 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 481 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 485 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 274 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 496 sbross@sssfirm.com

Stephenie Lannigan Bross
on behalf of Creditor claimant 434 sbross@sssfirm.com

Steve Phillips
 on behalf of Creditor LCVAWCR DOE sphillips@p2law.com

Steve Phillips
 on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com

Steven D. Allison
 on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com

Stuart S. Mermelstein
 on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com

Tancred Schiavoni
 on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni
 on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Terrance Flynn
 on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com

Timothy Evanston
 on behalf of Interested Party London Market Insurers tevanston@skarzynski.com

Timothy Evanston
 on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com

Timothy Patrick Lyster
 on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster
 on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster
 on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Quaid Karcher
 on behalf of Financial Advisor Berkeley Research Group LLC tkarcher@proskauer.com

Timothy Quaid Karcher
 on behalf of Notice of Appearance Creditor Berkeley Research Group LLC tkarcher@proskauer.com

Timothy W. Burns
 on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns
 on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns
 on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Todd C. Jacobs
 on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
 on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
 on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
 on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Victoria Phillips
 on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon
 on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 293

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

THE DIOCESE OF ROCHESTER,

Debtor.

Case No. 19-20905

Chapter 11

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER PERMITTING NONTESTIMONIAL SURVIVOR STATEMENTS**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting Nontestimonial Survivor Statements* (the "**Motion**") [Docket. No. 3172], and the Court having found that notice given of the Motion is appropriate under the circumstances and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED to the extent set forth herein.

2. Survivors designated by the Committee shall be permitted to make statements before the Court on July 23, 2025 at 10:00 a.m. (Eastern Time).

3. The Survivor Statement Session will include only Survivor Statements; no parties in interest shall be expected or allowed to comment or respond to the Survivor Statements.

4. The sole purpose of the Survivor Statement Sessions is to increase survivor engagement and understanding in this chapter 11 case; no statements of any party in interest at the Survivor Statement Session will be considered as evidence in any matter or proceeding in this case or as part of the official record in this case.

5. The Survivor Statement Session will not be transcribed by a court reporter. There will be no recording of the Survivor Statement Session.

4912-0965-6400.2 18489.002

6. Consistent with Judicial Conference policy, no party or member of the public may photograph, video record, audio record, broadcast, televise, or otherwise transmit the Survivor Statement Session. Any media report concerning the statements made during the Survivor Statement Session shall not be considered evidence in any matter or proceeding in this case.

7. If any survivor who filed a proof of claim in the Debtor's bankruptcy would like the opportunity to make a statement, the survivor (a "**Speaker**") should contact, or, if represented by counsel, should have their counsel contact the Official Committee of Unsecured Creditors (Ilan D. Scharf at ischarf@pszjlaw.com and Karen B. Dine at kdine@pszjlaw.com) as soon as possible, and include the Speaker's, or the Speaker's counsel's contact information. Please note it may not be possible to accommodate every request.

8. The Committee shall select the Speakers and, at least two business days in advance of the Survivor Statement Session, counsel for the Committee shall email Chambers with the number of Speakers, in order of expected appearance, and the estimated time allocated to each statement.

9. During the Survivor Statement Session, Speakers will be referred to only by their assigned speaker number unless they choose to use their own names. Speaker statements shall be limited to no more than 10 minutes each.

10. Apart from introductions by counsel and the Court, the Survivor Statement Session will include only statements by the Speakers. No party shall comment or respond to the statements.

11. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

12. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

Dated: June 26, 2025
Rochester, New York

_______________/s/___________________
THE HONORABLE PAUL R. WARREN
U.S. BANKRUPTCY JUDGE