**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# CERTIFICATE OF SERVICE

I, Ivan Salas, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On July 14, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Unknown Claimant Representative's Election of Treatment of Unknown Claims** (Docket No. 3245)

Dated: July 15, 2025

*/s/ Ivan Salas*
Ivan Salas
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
TeamRochDiocese@stretto.com

# Exhibit A

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AB 1 DOE | C/O LAW OFFICES OF STEPHEN BOYD & JOHN ELMORE | ATTN: STEPHEN BOYD | 2969 MAIN ST | | BUFFALO | NY | 14214-1003 |
| AMARYLLIS FIGUEROA | C/O MCCONVILLE, CONSIDINE, COOMAN & MORIN, PC | ATTN: LUCIEN A. MORIN, II | 300 MERIDIAN CENTRE BLVD | STE 110 | ROCHESTER | NY | 14618-3984 |
| BERKELEY RESEARCH GROUP, LLC | C/O PROSKAUER ROSE LLP | ATTN: PAUL POSSINGER | 70 WEST MADISON, SUITE 3800 | | CHICAGO | IL | 60602 |
| BERKELEY RESEARCH GROUP, LLC | C/O PROSKAUER ROSE LLP | ATTN: TIMOTHY KARCHER | ELEVEN TIMES SQUARE | | NEW YORK | NY | 10036 |
| BISHOP EMERITUS MATTHEW H. CLARK | C/O ADAMS LECLAIR LLP | ATTN: MARY JO S. KORONA | 1200 BAUSCH AND LOMB PL | | ROCHESTER | NY | 14604-2708 |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER, CAMP STELLA MARIS OF LIVONIA, N.Y., CATHOLIC YOUTH ORGANIZATION AND ST. JOSEPH'S VILLA | C/O HODGSON RUSS LLP | ATTN: ERIC WARD | 1800 BAUSCH & LOMB PL. | | ROCHESTER | NY | 14604 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: MICHAEL G. FINNEGAN & ELIN M. LINDSTROM | 366 JACKSON STREET | SUITE 100 | ST. PAUL | MN | 55101 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW, LLC | ATTN: KATHLEEN R. THOMAS | 1 WORLD TRADE CTR | FL 85 | NEW YORK | NY | 10007-0103 |
| CVA CLAIMANTS | C/O ANDREOZZI + FOOTE | ATTN: BENJAMIN D. ANDREOZZI AND NATHANIEL L. FOOTE | 4503 NORTH FRONT STREET | | HARRISBURG | PA | 17110 |
| CVA CLAIMANTS | C/O BANSBACH LAW P.C. | ATTN: JOHN M. BANSBACH | 31 ERIE CANAL DRIVE | SUITE A | ROCHESTER | NY | 14626 |
| CVA CLAIMANTS | C/O FREESE & GOSS | ATTN: TIM K. GOSS AND PETER DE LA CERDA | 3500 MAPLE AVE. | SUITE 1100 | DALLAS | TX | 75219 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY M. HERMAN, SCOTT M. DUQUIN AND MICHELLE LABAYEN | 475 FIFTH AVE | 17TH FLOOR | NEW YORK | NY | 10017 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY MARC HERMAN | 1800 NORTH MILITARY TRAIL | SUITE 160 | BOCA RATON | FL | 33431 |
| CVA CLAIMANTS | C/O HOROWITZ LAW | ATTN: ADAM HOROWITZ & JESSICA ARBOUR | 110 EAST BROWARD BOULEVARD | SUITE 1530 | FT. LAUDERDALE | FL | 33301 |
| CVA CLAIMANTS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: LEANDER L. JAMES | 20 VESEY STREET | 7TH FLOOR | NEW YORK | NY | 10007 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON & MICHAEL RECK | 363 7TH AVE | FL 12 | NEW YORK | NY | 10001-3904 |
| CVA CLAIMANTS | C/O KELNER & KELNER | ATTN: BRIAN P. HURLEY | 7 WORLD TRADE CENTER | 250 GREENWICH STREET, SUITE 2700 | NEW YORK | NY | 10007 |
| CVA CLAIMANTS | C/O LAW OFFICE OF RONALD R. BENJAMIN | ATTN: RONALD R. BENJAMIN | 126 RIVERSIDE DRIVE | PO BOX 607 | BINGHAMTON | NY | 13902 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN | 100 STATE STREET | SUITE 6 | BOSTON | MA | 02109 |
| CVA CLAIMANTS | C/O LEVIN SEDRAN & BERMAN | ATTN: DANIEL LEVIN | 510 WALNUT STREET | SUITE 500 | PHILADELPHIA | PA | 19106 |
| CVA CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JOHN MERSON AND JORDAN MERSON | 950 3RD AVE | STE 1800 | NEW YORK | NY | 10022-2897 |
| CVA CLAIMANTS | C/O MORGENSTERN DEVOESICK PLLC | ATTN: MAURA G. MCGUIRE | 1080 PITTSFORD VICTOR RD. | SUITE 200 | PITTSFORD | NY | 14534 |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: MICHAEL T. PFAU | COLUMBIA TOWER | 701 5TH AVE STE 4300 | SEATTLE | WA | 98104-7047 |
| CVA CLAIMANTS | C/O SEGAR & SCIORTINO PLLC | ATTN: STEPHEN G. SEGAR | 400 MERIDIAN CENTRE, SUITE 320 | | ROCHESTER | NY | 14618 |
| CVA CLAIMANTS | C/O THE MENEO LAW GROUP | ATTN: RON MICHAEL MENEO | 157 CHURCH ST | FL 19 | NEW HAVEN | CT | 06510-2100 |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG | ATTN: SAMANTHA A. BREAKSTONE AND JERRY KRISTAL | 700 BROADWAY | | NEW YORK | NY | 10003 |
| CVA CLAIMANTS | C/O WELLER, GREEN, TOUPS & TERRELL, LLP | ATTN: MITCHELL A. TOUPS | PO BOX 350 | | BEAUMONT | TX | 77704 |
| DEMOCRAT AND CHRONICLE | C/O GREENBERG TAURIG, LLP | ATTN: MICHAEL J. GRYGIEL | 54 STATE STREET | 6TH FLOOR | ALBANY | NY | 12207 |
| DONNA OPPEDISANO AND KATHLEEN ISRAEL | C/O JARROD W. SMITH, ESQ., PLLC | ATTN: JARROD W. SMITH | 11 SOUTH MAIN STREET | PO BOX 173 | JORDAN | NY | 13080 |
| HOLY SEPULCHER CEMETARY | C/O HARTER SECREST & EMERY, LLP | 1600 BAUSCH AND LOMB PL. | | | ROCHESTER | NY | 14604 |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I | NIAGARA CENTER, 2ND FLOOR | 130 S. ELMWOOD AVENUE | | BUFFALO | NY | 14202 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O PARKER, HUDSON, RAINER & DOBBS LLP | ATTN: HARRIS B. WINSBERG AND MATTHEW G. ROBERTS | 303 PEACHTREE ST NE | SUITE 3600 | ATLANTA | GA | 30308 |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O WHITE AND WILLIAMS LLP | ATTN: JON T. POWERS AND SIOBHAIN P. MINAROVICH | 810 7TH AVE | FL 5 | NEW YORK | NY | 10019-5876 |
| JACK T. BRAND, AND OTHER CREDITORS | C/O TREVETT CRISTO | ATTN: MELANIE S. WOLK | 500 CANAL VIEW BLVD | STE 600 | ROCHESTER | NY | 14623-2832 |
| JEFF ANDERSON & ASSOCIATES, P.A. AND JEFF ANDERSON | C/O PRYOR CASHMAN LLP | ATTN: CHRISTOPHER C. LOEBER, SETH H. LIEBERMAN, ANDREW S. RICHMOND & ERIK F. BAKKE | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 |
| JPMORGAN CHASE | ATTN: SARAH CORNELL, BRANCH MANAGER | 2130 CHILI AVENUE | | | ROCHESTER | NY | 14624 |
| KENNETH G. CUBIOTTI, CVA CLAIMAINTS, AND OTHER CREDITORS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: BRIANNA ESPELAND & LEANDER L. JAMES, IV | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83814 |
| KEYBANK, N.A. | ATTN: BANKRUPTCY DEPT | 4910 TIEDEMAN ROAD | | | BROOKLYN | OH | 44144 |
| M&T BANK | ATTN: ESKINDER TEFERA | ONE FOUNTAIN PLAZA | 9TH PLAZA | | BUFFALO | NY | 14202 |
| M&T BANK | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 |
| M&T BANK | PO BOX 844 | | | | BUFFALO | NY | 14240-0844 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | ATTN: PHILIP SMITH, SENIOR VICE PRESIDENT | 1 M&T PLAZA | | | BUFFALO | NY | 14203 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET | SUITE 100 | BUFFALO | NY | 14202 |
| MARSH LAW FIRM PLLC AND PFAU COCHRAN VERTETIS AMALA PLLC CLAIMANTS | ATTN: CHRISTOPHER E. LOVE | 707 A. STREET, SUITE 700 | | | TACOMA | WA | 98402 |
| MARSH LAW FIRM PLLC AND PFAU COCHRAN VERTETIS AMALA PLLC CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: JASON P. AMALA | 31 HUDSON YARDS, 11TH FLOOR | | NEW YORK | NY | 10001 |
| MARSH/PCVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: CHRISTOPHER E. LOVE | 707 A. STREET, SUITE 700 | | TACOMA | WA | 98402 |
| MONROE COUNTY | C/O LIPPES MATHIAS LLP | ATTN: JOHN A. MUELLER | 50 FOUNTAIN PLAZA, SUITE 1700 | | BUFFALO | NY | 14202-2216 |
| NEW YORK STATE DEPARTMENT OF LABOR | ATTN: MARTA COLE | GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BUILDING CAMPUS | BUILDING #12 | ROOM 256 | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR - BUS. SERVICES | ATTN: REGENNA DARRAH | 276 WARING ROAD | ROOM 100 | | ROCHESTER | NY | 14609 |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER | OFFICE OF SELF-INSURANCE | 328 STATE STREET | | SCHENECTADY | NY | 12305 |
| OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER | SUITE 300A | 350 MAIN STREET | | BUFFALO | NY | 14202 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: ERIN CHAMPION AND MARK BRUH | ROCHESTER FEDERAL BUILDING | 100 STATE STREET | STE 534 | ROCHESTER | NY | 14614 |
| ST. BERNARD'S SCHOOL OF THEOLOGY AND MINISTRY | C/O ADAMS LECLAIR LLP | ATTN: PAUL L. LECLAIR | 1200 BAUSCH AND LOMB PL | | ROCHESTER | NY | 14604-2708 |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH & LOMB PLACE | | ROCHESTER | NY | 14604 |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | 125 EAST JEFFERSON STREET | | SYRACUSE | NY | 13202 |
| THE DIOCESE OF ROCHESTER | ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER | 1150 BUFFALO ROAD | | | ROCHESTER | NY | 14624 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, BRITTANY M. MICHAEL, KAREN B. DINE, JEFFREY M. DINE | 1700 BROADWAY, 36TH FLOOR | | NEW YORK | NY | 10019 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP | ATTN: JAMES I. STANG & IAIN A. W. NASATIR | 10100 SANTA MONICA BOULEVARD | 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| TOMPKINS BANK OF CASTILLE | ATTN: JOHN MCKENNA, PRESIDENT AND CEO | 90 MAIN STREET | | | BATAVIA | NY | 14020 |
| US ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 100 STATE STREET | SUITE 500 | | ROCHESTER | NY | 14614 |
| US DEPARTMENT OF LABOR | FEDERAL BUILDING | 100 STATE STREET | SUITE 4190 | | ROCHESTER | NY | 14614 |
| WILMINGTON TRUST, A DIVISION OF M&T BANK | ATTN: CHRISTINE G. COTTON, ASST. VICE PRESIDENT | 285 DELAWARE AVENUE | 3RD FLOOR | | BUFFALO | NY | 14202 |