UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    DIOCESE OF ROCHESTER,

Chapter 11 Bankruptcy
Case No.: 19-20905

Debtor.

STATE OF NEW YORK )
COUNTY OF MONROE )

## AFFIDAVIT OF SERVICE

    I, CHRISTINE M. POTTER, being sworn say: I am not a party to this action, am over 18 years of age and reside at Rochester, New York. On July 15, 2025 I served the Objection to Confirmation and Reservation of Rights Filed Pursuant to Plan ¶12.2.1.b, with all Exhibits, by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Stephen A. Donato, Esq.
Charles J. Sullivan, Esq.
Grayson T. Walter, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202-1355

Ingrid S. Palermo, Esq.
Bond, Schoeneck & King, PLLC
350 Linden Oaks
Suite 310
Rochester, NY 14625

James R. Murray, Esq.
James Carter, Esq.
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006

Shirley S. Cho, Esq.
James K.T. Hunter, Esq.
James I. Stang, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard
Suite 1300
Los Angeles, CA 90067

Timothy W. Burns, Esq.
Jesse J. Blair, Esq.
Burns Blair LLP
10 E Doty Street, Suite 600
Madison, WI 53703

Jeffrey A. Dove, Esq.
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

Mark D. Plevin, Esq.
Crowell & Moring LLP
Three Embarcadero Center
26th Floor
San Francisco, CA 94111

David Christian, Esq.
David Christian Attorneys LLC
105 West Madison Street
Suite 1400
Chicago, IL 60602

Miranda H. Turner, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Siobhain P. Minarovich, Esq.
White and Williams LLP
7 Times Square
Suite 2900
New York, NY 10036-6524

William K. Harrington, Esq.
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick St., Suite 1006
New York, NY 10014

Mark Bruh, Esq.
Office of the U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004

Shannon Anne Scott, Esq.
Office of the U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004

Catholic Charities of The
 Diocese of Rochester,
 Camp Stella Maris of Livinia, NY,
 Catholic Youth Organizations and
 St. Joseph's Villa
c/o Hodgson Russ LLP
Attn: Eric Ward
1800 Bausch & Lomb Place
Rochester, NY 14604

Certain Personal Injury Creditors
c/o Jeff Anderson & Associates PA
Attn: Michael G Finnegan &
 Elin M. Lindstrom
366 Jackson Street
St Paul, MN 55101

Certain Personal Injury Creditors
c/o Thomas Counselor at Law, LLC
Attn: Kathleen R Thomas
1 World Trade Ctr
New York NY 10007-0103

CVA Claimants
c/o Law Offices of Mitchell Garabedian
Attn: Mitchell Garabedian
100 State Street
Boston, MA 02109

CVA Claimants
c/o Herman Law
Attn: Jeffrey Marc Herman
1800 North Military Trail
Boca Raton, FL 33431

CVA Claimants
c/o Pfau Cochran Vertetis Amala PLLC
Attn: Michael T Pfau
Columbia Tower
Seattle, WA 98104-7047

Marsh Law Firm PLLC and
Pfau Cochran Vertetis Amala PLLC
Claimants
Attn: Christopher E Love
707 A Street, Suite 700
Tacoma, WA 98402

Monroe County
c/o Lippes Mathias LLP
Attn: John A. Mueller
50 Fountain Plaza
Suite 1700
Buffalo, NY 14202-2216

Office of the US Trustee For
The Western District of New York
Attn: Erin Champion and Mark Bruh
Rochester Federal Building
100 State Street
Rochester, NY 14614

The Continental Insurance Company,
By Merger to (1) Commercial Insurance
Company of Newark, New Jersey and
(2) Firemen's Insurance Company of Newark,
New Jersey
c/o Barclay Damon LLP
Attn: Jeffrey A Dove
125 East Jefferson Street
Syracuse, NY 13202

The Diocese of Rochester
Attn: Lisa M Passero,
Chief Financial Officer
1150 Buffalo Road
Rochester, NY 14624

The Official Committee of
Unsecured Creditors
c/o Pachulski Stang Ziehl
 & Jones, LLP
Attn: James I. Stang,
Ilan D. Scharf,
Brittany M. Michael,
Karen B. Dine,
Jeffrey M. Dine
1700 Broadway, 36th Floor
New York, NY 10019

_____
CHRISTINE M. POTTER

Sworn to before me this
15th day of July, 2025.

_____
Notary Public

GAIL S MARTINDALE
Notary Public, State of New York
Qualified in Monroe County
No. 01MA6413069
Commission Expires January 19, 20 29