UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                              Debtor.

Case No.  19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period March 1, 2025 Through March 31, 2025*, a copy of which is attached hereto and hereby served upon you.  In addition, Bond has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its March 2025 invoice in text format.

Dated: July 17, 2025        BOND, SCHOENECK & KING, PLLC

By:          /s/ Stephen A. Donato
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                              Debtor.

Case No.  19-20905

Chapter 11

---

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD MARCH 1, 2025 THROUGH MARCH 31, 2025**

Name of Applicant:                           Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                 The Diocese of Rochester, Debtor-In-Possession

Date of Retention:                      Order entered November 20, 2019 [Docket No. 249]
*Nunc Pro Tunc* to September 12, 2019

Period for which compensation
and reimbursement is sought:          March 1, 2025 through March 31, 2025

Amount of compensation sought
as actual, reasonable and necessary:    80% of $99,871.30 ($79,897.04)

Amount of expense reimbursement sought
as actual, reasonable and necessary:    $2,535.02

This is a: __X__ monthly _____ quarterly _____ final application.

This is Bond, Schoeneck & King, PLLC's sixty-fifth monthly fee statement in this case.

22010006.v1-7/17/25

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 03/31/25.

**Financial Review**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 03/03/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding the Diocese's January 2025 operating report. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with S. Mosman regarding the Diocese's January 2025 operating report. |
| | K.M.Doner | 1.30 | $260.00 | Analyzed the Diocese's January 2025 operating report and related schedules. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Sullivan regarding case status issues. |
| 03/04/25 | C.J.Sullivan | 0.50 | $272.25 | Participated in meeting with Attorneys Donato and Walter regarding review of case status. |
| 03/05/25 | K.M.Doner | 0.30 | $60.00 | Finalized the Diocese's January 2025 operating report and related schedules. |
| | K.M.Doner | 0.20 | $40.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's January 2025 operating report. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with L. Passero, M. Ziarniak and S. Mosman regarding final version of the Diocese's January 2025 operating report. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.C.Temes | 0.50 | $243.00 | Reviewed January 2025 monthly operating report. |
| 03/10/25 | R.Clement | 0.30 | $72.90 | Participated in telephone conference with Attorney Sullivan regarding case status and strategy. |
| | S.C.Temes | 0.30 | $145.80 | Discussed case strategy and deadlines with Attorneys Sullivan and Walter. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding open issues and strategy. |
| 03/19/25 | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Attorney Sullivan to discuss case strategy and deadlines. |
| 03/20/25 | K.M.Doner | 0.20 | $40.00 | Drafted correspondence to U.S. Trustee regarding Communis Fund statements for February 2025 and corresponded with M. Ziarniak at the Diocese regarding same. |
| 03/24/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding open matters and case strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| 03/26/25 | K.M.Doner | 0.50 | $100.00 | Began analyzing the Diocese's February 2025 operating report and related schedules. |
| 03/27/25 | K.M.Doner | 0.70 | $140.00 | Completed analysis of the Diocese's February 2025 operating report. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with S. Mosman regarding the Diocese's February 2025 operating report. |
| | K.M.Doner | 0.10 | $20.00 | Drafted correspondence to Attorney Temes regarding the Diocese's February 2025 operating report. |
| 03/28/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorney Temes regarding updates to the Diocese's February 2025 operating report. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/31/25 | K.M.Doner | 0.40 | $80.00 | Finalized the Diocese's February 2025 operating report and related schedules. |
| | K.M.Doner | 0.20 | $40.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's February 2025 operating report. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with Diocese regarding its February 2025 operating report. |
| | R.Clement | 0.20 | $48.60 | Participated in telephone conference with Attorney Sullivan regarding case status and strategy. |
| | G.T.Walter | 0.20 | $98.10 | Conferred with Attorney Sullivan regarding case status and strategy. |
| | Subtotal: | Hours: | 8.20 | |
| | | Amount: | $2,628.45 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/05/25 | G.T.Walter | 0.20 | $98.10 | Reviewed correspondence from mediators. |
| 03/12/25 | S.A.Donato | 0.30 | $171.45 | Prepared correspondence to mediator regarding mediation updates. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from special insurance counsel regarding mediation issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to special insurance counsel regarding mediation issues. |
| 03/14/25 | G.T.Walter | 1.50 | $735.75 | Reviewed changes to Interstate settlement agreement. |
| | J.S.Krell | 0.40 | $174.60 | Reviewed correspondence from Attorney M. Roberts providing the draft of Interstate's proposed order authorizing/directing service of the sale/settlement motion and notice for represented abuse claimants. |
| | J.S.Krell | 1.20 | $523.80 | Reviewed current draft of the Interstate settlement agreement. |

Accounts Are Due Within 30 Days.

Page: 3

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/15/25 | G.T.Walter | 4.00 | $1,962.00 | Analyzed Interstate revisions to settlement agreement. |
| 03/16/25 | G.T.Walter | 1.00 | $490.50 | Continued review of Interstate settlement agreement. |
| 03/17/25 | G.T.Walter | 0.10 | $49.05 | Consulted with Attorney Sullivan regarding insurance settlement revisions. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with mediator regarding mediation updates. |
| 03/18/25 | S.A.Donato | 0.10 | $57.15 | Consulted with Attorney Sullivan regarding insurer settlement agreement issues. |
| 03/19/25 | A.S.Rivera | 0.40 | $124.20 | Consulted with Attorney Sullivan regarding finalization of insurance settlement agreements. |
| 03/20/25 | C.J.Sullivan | 1.00 | $544.50 | Reviewed mark-up of insurance settlement agreement. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed Interstate's proposed order authorizing/directing service of the sale/settlement motion. |
| 03/21/25 | S.A.Donato | 0.90 | $514.35 | Reviewed revised Interstate settlement agreement. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding revised Interstate settlement agreement. |
| 03/22/25 | S.A.Donato | 1.30 | $742.95 | Continued analysis of comments to settling insurers settlement agreement. |
| | S.A.Donato | 0.40 | $228.60 | Outlined follow up issues concerning comments to settling insurers settlement agreement. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Walter regarding comments to settling insurers settlement agreement. |
| 03/23/25 | S.A.Donato | 0.80 | $457.20 | Continued revisions to Interstate's settlement agreement. |

Accounts Are Due Within 30 Days.

Page: 4

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.A.Donato | 0.30 | $171.45 | Prepared correspondence to Attorney Walter regarding revisions to Interstate's settlement agreement. |
| 03/24/25 | J.S.Krell | 0.60 | $261.90 | Responded to correspondence from counsel to certain settling insurers regarding request for certain due diligence documents related to finalizing the insurer settlement agreements. |
| | J.S.Krell | 2.40 | $1,047.60 | Revised the Interstate settlement agreement. |
| 03/25/25 | G.J.McDonald | 0.20 | $105.30 | Telephone conferenced with Villa of Hope counsel. |
| | G.T.Walter | 1.50 | $735.75 | Participated in call with Attorneys Donato and Sullivan regarding revisions to carrier settlement agreements. |
| | G.T.Walter | 1.20 | $588.60 | Reviewed issues regarding insurance carrier settlement agreements. |
| | G.J.McDonald | 1.50 | $789.75 | Attended conference with Attorneys Donato, Sullivan and Walter regarding insurer settlement agreements. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with L. Passero regarding mediation issues. |
| | S.A.Donato | 0.40 | $228.60 | Further analyzed settling insurers' comments to draft settlement agreement. |
| | S.A.Donato | 1.50 | $857.25 | Participated in conference call with Attorneys Sullivan, Walter and Krell regarding settling insurers' comments to draft settlement agreement. |
| | S.C.Temes | 1.50 | $729.00 | Participated in conference call with Attorneys Donato, Sullivan and Walter regarding settlement agreements. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | J.S.Krell | 1.50 | $654.75 | Participated in conference call with Attorneys Donato and Sullivan to discuss revisions to the Interstate settlement agreement. |
| 03/26/25 | S.A.Donato | 0.10 | $57.15 | Conferred with L. Passero regarding mediation updates. |
| | J.S.Krell | 1.10 | $480.15 | Analyzed the Committee's revisions to the Interstate settlement agreement. |
| | J.S.Krell | 1.60 | $698.40 | Further revised the Interstate settlement agreement. |
| 03/27/25 | S.C.Temes | 0.20 | $97.20 | Participated in conference call with Attorney Krell regarding insurer settlement documents. |
| | S.C.Temes | 0.30 | $145.80 | Reviewed issues concerning insurer settlement documents. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with mediator regarding mediation updates. |
| | J.S.Krell | 1.20 | $523.80 | Further revised the Interstate settlement agreement. |
| 03/28/25 | G.T.Walter | 3.50 | $1,716.75 | Reviewed Committee comments to Interstate settlement agreement and draft further revisions to same. |
| | J.S.Krell | 3.40 | $1,484.10 | Revised the Interstate settlement agreement. |
| | J.S.Krell | 2.30 | $1,003.95 | Started drafting motion seeking approval of the settling insurers settlement agreements. |
| 03/30/25 | S.A.Donato | 0.60 | $342.90 | Initially reviewed LMI draft settlement agreement received from LMI counsel. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Krell regarding LMI draft settlement agreement. |
| 03/31/25 | J.S.Krell | 1.20 | $523.80 | Reviewed the LMI settlement agreement. |
| | J.S.Krell | 5.80 | $2,531.70 | Revised the LMI settlement agreement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | G.T.Walter | 0.30 | $147.15 | Conferred with Attorney Krell regarding insurer settlement issues. |
| | Subtotal: | Hours: | 50.10 | |
| | | Amount: | $24,070.95 | |

**B130: Asset Disposition**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/07/25 | K.M.Doner | 0.20 | $40.00 | Corresponded with Attorney Wheeler regarding motion to approve bidding procedures and related issues. |
| 03/18/25 | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding 363 sale issues. |
| | Subtotal: | Hours: | 0.40 | |
| | | Amount: | $154.30 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/02/25 | S.A.Donato | 1.60 | $914.40 | Continued analyzing CNA sealing motion related to lift stay motions and all objections related thereto. |
| 03/03/25 | S.A.Donato | 0.40 | $228.60 | Conferred with Committee counsel regarding state court counsel 362 motion issues and CNA sealing issues. |
| | S.A.Donato | 0.50 | $285.75 | Consulted with Attorneys Krell and Sullivan regarding response to state court counsel 362 motions. |
| | C.J.Sullivan | 1.30 | $707.85 | Reviewed stay relief motion. |
| | J.S.Krell | 0.70 | $305.55 | Reviewed stay relief motion in preparation for drafting opposition to same. |
| | J.S.Krell | 0.50 | $218.25 | Prepared for call with Attorneys Donato and Sullivan regarding state court counsel's 362 motion issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | J.S.Krell | 0.50 | $218.25 | Participated in call with Attorneys Donato and Sullivan to discuss the stay relief motion and preparation of drafting opposition. |
| 03/04/25 | S.A.Donato | 0.50 | $285.75 | Continued preparation for hearing regarding CNA's motion to place lift stay motions under seal. |
| 03/08/25 | J.S.Krell | 5.00 | $2,182.50 | Drafted objection to lift stay motion filed by claimants. |
| 03/09/25 | J.S.Krell | 5.00 | $2,182.50 | Continued drafting objection to lift stay motion filed by claimants. |
| 03/10/25 | K.M.Doner | 0.10 | $20.00 | Participated in call with Attorney Krell regarding response to lift stay motions. |
| | J.S.Krell | 2.00 | $873.00 | Finalized draft of objection to lift stay motion file by claimants. |
| | J.S.Krell | 0.30 | $130.95 | Discussed objection to lift stay motion with Attorney Sullivan. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed correspondence from counsel to Interstate regarding status of response to the lift stay motion. |
| 03/13/25 | K.M.Doner | 0.30 | $60.00 | Drafted letter of adjournment of lift stay motion filed by CVA claimants. |
| | C.J.Sullivan | 0.50 | $272.25 | Revised opposition to stay relief motion. |
| | G.T.Walter | 0.40 | $196.20 | Conferred with Committee counsel regarding adjournment of stay relief motions. |
| | J.S.Krell | 0.50 | $218.25 | Drafted correspondence to Attorney Sullivan regarding the objection to the lift stay motion. |
| 03/14/25 | J.S.Krell | 0.20 | $87.30 | Reviewed the Court's bench order regarding creditor-movant's request and/or consent to an adjournment of its lift stay motion. |
| 03/19/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Donato and Krell regarding response to stay relief motions. |

Accounts Are Due Within 30 Days.

Page: 8

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.90 | $514.35 | Reviewed Judge Warren's decision regarding CNA sealing request. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with Diocese regarding Judge Warren's decision regarding CNA sealing request. |
| | Subtotal: | Hours: | 21.90 | |
| | | Amount: | $10,186.95 | |

**B150: Meetings of and Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| 03/10/25 | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Committee counsel to discuss case issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding case status. |
| | Subtotal: | Hours: | 0.60 | |
| | | Amount: | $309.15 | |

**B160: Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 03/01/25 | R.Clement | 6.30 | $1,530.90 | Continued drafting the eleventh interim fee application. |
| 03/02/25 | R.Clement | 1.00 | $243.00 | Continued drafting Bond's eleventh fee application. |
| 03/03/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Donato, Sullivan and Clement regarding Bond's eleventh interim fee application. |
| | K.M.Doner | 0.30 | $60.00 | Participated in follow up telephone conference with Attorney Clement regarding Bond's eleventh interim fee application. |
| | R.Clement | 3.20 | $777.60 | Completed draft of Bond's eleventh fee application. |
| | R.Clement | 1.10 | $267.30 | Reviewed draft of Bond's January 2025 fee statement. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/05/25 | K.M.Doner | 0.20 | $40.00 | Drafted exhibits to Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 0.40 | $80.00 | Reviewed draft of Harris Beach's eleventh interim fee application and related exhibits. |
| | K.M.Doner | 0.90 | $180.00 | Drafted exhibits to Bond's eleventh interim fee application. |
| | K.M.Doner | 0.70 | $140.00 | Revised Bond's eleventh interim fee application. |
| | K.M.Doner | 0.30 | $60.00 | Drafted summary and cover sheet related to Bond's eleventh interim fee application. |
| | K.M.Doner | 0.30 | $60.00 | Participated in telephone conferences with Attorneys Sullivan and Clement regarding fee application of various professionals. |
| | K.M.Doner | 0.30 | $60.00 | Drafted follow up correspondence to all Diocese and Committee professionals regarding eleventh round of fee applications. |
| | R.Clement | 0.30 | $72.90 | Discussed interim fee applications of various professionals with K. Doner. |
| | K.M.Doner | 0.20 | $40.00 | Reviewed updates provided by Blank Rome in connection with its eleventh interim fee application. |
| | K.M.Doner | 0.20 | $40.00 | Revised Blank Rome's eleventh interim fee application. |
| 03/06/25 | K.M.Doner | 0.30 | $60.00 | Corresponded with N. Snyder of Bonadio regarding fee application issues. |
| | K.M.Doner | 0.40 | $80.00 | Drafted Blank Rome's January 2025 fee statement, including summary cover sheet and related notice. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with U.S. Trustee and Fee Examiner regarding Blank Rome's January 2025 fee statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 03/07/25 | K.M.Doner | 0.40 | $80.00 | Reviewed file materials and drafted Bonadio's January 1, 2025 through February 28, 2025 fee statement, together with summary and cover sheet and related notice. |
| | K.M.Doner | 0.30 | $60.00 | Corresponded with N. Snyder regarding Bonadio's January/February 2025 fee statement. |
| | K.M.Doner | 0.30 | $60.00 | Reviewed revised draft of Harris Beach's eleventh interim fee application. |
| | K.M.Doner | 0.40 | $80.00 | Drafted summary and cover sheet related to Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 1.00 | $200.00 | Drafted joint notice of hearing in connection with eleventh round of fee applications. |
| | K.M.Doner | 0.20 | $40.00 | Corresponded with Committee counsel regarding numbers for eleventh round of fee applications for Committee professionals in preparation for finalizing joint notice related to same. |
| | K.M.Doner | 0.20 | $40.00 | Corresponded with Attorney Clement regarding joint notice for eleventh round of fee applications. |
| | K.M.Doner | 0.30 | $60.00 | Revised Bonadio's first fee statement, together with summary and cover sheet and related notice. |
| | K.M.Doner | 0.10 | $20.00 | Drafted correspondence to U.S. Trustee and fee examiner regarding Bonadio's first fee statement. |
| | R.Clement | 3.80 | $923.40 | Reviewed fee applications for Bond and other professionals. |
| 03/10/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Sullivan regarding Bond's eleventh interim fee application. |
| | K.M.Doner | 0.80 | $160.00 | Revised summary and cover sheets for Bond's and Blank Rome's eleventh interim fee applications. |
| | K.M.Doner | 0.20 | $40.00 | Revised joint notice of hearings related to eleventh round of fee applications. |

Accounts Are Due Within 30 Days.

Page:  11

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | K.M.Doner | 0.20 | $40.00 | Corresponded with representative for Stout regarding its fee application. |
| | R.Clement | 1.90 | $461.70 | Reviewed second draft of fee application coversheets for Bond and other professionals of the Diocese. |
| 03/11/25 | K.M.Doner | 0.40 | $80.00 | Drafted proposed order approving Bond's eleventh interim fee application. |
| | K.M.Doner | 0.20 | $40.00 | Corresponded with Attorney Clement regarding Bond's eleventh interim fee application. |
| 03/12/25 | K.M.Doner | 0.30 | $60.00 | Drafted proposed order approving Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Clement regarding Bond's eleventh interim fee application. |
| | K.M.Doner | 0.20 | $40.00 | Drafted correspondence to Attorney Sullivan regarding updates to Bond's eleventh interim fee application. |
| | K.M.Doner | 0.40 | $80.00 | Drafted Blank Rome's February 2025 fee statement, together with summary and cover sheet and related notice. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with U.S. Trustee and fee examiner regarding Blank Rome's February 2025 fee statement. |
| | R.Clement | 0.20 | $48.60 | Discussed strategy for fee application reviews with the paralegal K. Doner. |
| | S.C.Temes | 1.90 | $923.40 | Reviewed and revised Bond's eleventh interim fee application. |
| 03/13/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Temes regarding Bond's eleventh interim fee application. |

Accounts Are Due Within 30 Days.

**Bond, Schoeneck & King, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | K.M.Doner | 0.10 | $20.00 | Consulted with Attorney Clement regarding joint notice of hearings in connection with eleventh round of fee applications. |
| | K.M.Doner | 0.10 | $20.00 | Revised summary and cover sheet related to Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 0.10 | $20.00 | Revised summary and cover sheet related to Bond's eleventh interim fee application. |
| | K.M.Doner | 0.30 | $60.00 | Revised joint notice of hearings in connection with eleventh round of fee applications. |
| | K.M.Doner | 0.40 | $80.00 | Participated in follow up telephone conference with Attorney Temes regarding Bond's eleventh interim fee application. |
| | K.M.Doner | 0.20 | $40.00 | Corresponded with Committee counsel regarding joint notice of hearings related to eleventh round of fee applications. |
| | K.M.Doner | 0.40 | $80.00 | Revised Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 0.50 | $100.00 | Finalized Harris Beach's eleventh interim fee application and related exhibits and cover sheet. |
| | K.M.Doner | 0.30 | $60.00 | Corresponded with Stretto regarding eleventh round of fee applications. |
| | K.M.Doner | 1.50 | $300.00 | Revised Bond's eleventh interim fee application, together with exhibits and related summary and cover sheet. |
| | S.C.Temes | 2.70 | $1,312.20 | Revised draft of Bond's eleventh interim fee application. |
| 03/14/25 | K.M.Doner | 0.30 | $60.00 | Drafted certificate of no objection related to Blank Rome's December 2024 fee statement. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with Attorney Murray and D. Lowrance regarding Blank Rome's December 2024 fee statement. |

Accounts Are Due Within 30 Days.

Page:  13

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/17/25 | K.M.Doner | 0.50 | $100.00 | Drafted certificates of no objection related to Bond's November and December 2024 fee statements. |
| 03/24/25 | K.M.Doner | 0.10 | $20.00 | Corresponded with J. Lewke and Attorney Sullivan regarding fee statement issues. |
| 03/28/25 | R.Clement | 1.00 | $243.00 | Reviewed revisions to Bond's eleventh interim fee application. |
| | Subtotal: | Hours:<br>Amount: | 39.70<br>$10,064.00 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/04/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Diocese in preparation for court hearing on CNA's motion to place lift stay motions under seal and motion for approval of disclosure statement. |
| | S.A.Donato | 0.50 | $285.75 | Consulted with Attorney Sullivan in preparation for court hearings related to sealing motion and motion to approve disclosure statement. |
| | S.A.Donato | 1.50 | $857.25 | Attended bankruptcy court hearing regarding motion to approve disclosure statement and CNA's motion to place lift stay motions under seal. |
| | A.S.Rivera | 1.50 | $465.75 | Participated in hearing regarding motion for approval of disclosure statement and CNA's motion to seal. |
| | Subtotal: | Hours:<br>Amount: | 3.80<br>$1,780.20 | |

**B195: Non-Working Travel**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 03/04/25 | G.T.Walter | 1.60 | $784.80 | Traveled to and from Rochester, New York for disclosure statement hearing. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | C.J.Sullivan | 1.50 | $816.75 | Travel to and from Rochester, New York for hearing on approval of disclosure statement. |
| | Subtotal: | Hours:<br>Amount: | 3.10<br>$1,601.55 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/19/25 | C.J.Sullivan | 0.80 | $435.60 | Reviewed and provided comments concerning press release. |
| 03/26/25 | G.T.Walter | 0.70 | $343.35 | Reviewed bankruptcy process update from K. Franz and proposed revisions to same. |
| | Subtotal: | Hours:<br>Amount: | 1.50<br>$778.95 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/19/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorneys Krell and Clement regarding objections to non-CVA claims. |
| | R.Clement | 0.90 | $218.70 | Conducted research regarding objections to claims. |
| 03/20/25 | R.Clement | 0.60 | $145.80 | Researched NYS statutory time limitations for abuse and general claims. |
| 03/24/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorneys Sullivan, McDonald and Clement regarding additional claim objections. |
| | R.Clement | 0.30 | $72.90 | Consulted with Attorneys Sullivan and McDonald regarding additional claim objections. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding claim objections. |
| | J.S.Krell | 0.30 | $130.95 | Discussed claim objections with Attorneys Sullivan and Walter. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 03/28/25 | G.J.McDonald | 0.10 | $52.65 | Communicated with CNA regarding unknown claims representative. |

|  |  | Subtotal: | Hours: | 2.90 |
|  |  |  | Amount: | $794.15 |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 03/01/25 | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Parish counsel regarding plan confirmation issues. |
| | S.A.Donato | 0.30 | $171.45 | Prepared response to Parish counsel regarding plan confirmation issues. |
| | S.A.Donato | 0.20 | $114.30 | Drafted correspondence to Attorney Walter regarding disclosure statement hearing approval issues. |
| 03/03/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Donato regarding CNA disclosure statement objection. |
| | K.M.Doner | 0.40 | $80.00 | Revised notice of summary of seventh amended joint chapter 11 plan of reorganization and related summary. |
| | G.T.Walter | 1.50 | $735.75 | Prepared materials for 3/4 disclosure statement hearing. |
| | G.T.Walter | 0.60 | $294.30 | Analyzed CNA objection to disclosure statement. |
| | G.T.Walter | 0.80 | $392.40 | Participated in various telephone conferences with Attorney Donato regarding preparation for disclosure statement hearing and CNA's objection to disclosure statement. |
| | G.T.Walter | 3.00 | $1,471.50 | General preparation for 3/4 disclosure statement hearing. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Donato regarding strategy for disclosure statement hearing. |
| | S.A.Donato | 0.80 | $457.20 | Analyzed CNA disclosure statement objection. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.A.Donato | 0.30 | $171.45 | Drafted correspondence to Attorney Walter regarding CNA disclosure statement objection. |
| | S.A.Donato | 2.60 | $1,485.90 | Prepared for hearing regarding motion to approve disclosure statement. |
| | S.A.Donato | 0.50 | $285.75 | Consulted with Attorney Walter in preparation for disclosure statement hearing. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding disclosure statement objections and court hearing preparation issues. |
| | S.C.Temes | 0.80 | $388.80 | Finalized executive summary related to amended joint plan. |
| | S.C.Temes | 0.30 | $145.80 | Corresponded with Diocese regarding executive summary changes. |
| | G.J.McDonald | 0.50 | $263.25 | Worked on confirmation stipulation and order. |
| | J.S.Krell | 0.40 | $174.60 | Discussed revised plan and disclosure with Attorney Donato. |
| | J.S.Krell | 1.20 | $523.80 | Reviewed plan summary and drafted notice related to same. |
| 03/04/25 | G.T.Walter | 1.40 | $686.70 | Reviewed objections and prepared for adjourned disclosure statement hearing. |
| | G.T.Walter | 0.50 | $245.25 | Attended debrief with Attorneys Donato and Sullivan following disclosure statement hearing. |
| | G.T.Walter | 0.40 | $196.20 | Conferred with Committee counsel and Diocese in advance of disclosure statement hearing. |
| | G.T.Walter | 1.50 | $735.75 | Attended disclosure statement hearing. |
| | S.A.Donato | 0.60 | $342.90 | Continued preparation for hearing regarding motion to approve disclosure statement. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with Committee counsel regarding 1129 issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.A.Donato | 0.50 | $285.75 | Participated in supplemental consultation with Diocese regarding court hearing results and next steps in connection with plan and disclosure statement. |
| | S.C.Temes | 0.20 | $97.20 | Participated in telephone conference call with Attorney Walter regarding disclosure statement issues. |
| | S.C.Temes | 0.40 | $194.40 | Reviewed disclosure statement issues. |
| | C.J.Sullivan | 1.20 | $653.40 | Participated in meeting with Committee counsel regarding preparation for disclosure statement hearing. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in meeting with Diocese regarding preparation for disclosure statement hearing. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorneys Donato and Walter regarding disclosure statement hearing. |
| | C.J.Sullivan | 1.50 | $816.75 | Participated in disclosure statement hearing. |
| | G.J.McDonald | 1.50 | $789.75 | Attended disclosure statement hearing. |
| | J.S.Krell | 2.50 | $1,091.25 | Drafted memo regarding the impact of the Purdue Pharma decision on the availability of a channeling injunction to non-debtors. |
| | J.S.Krell | 1.50 | $654.75 | Attended hearing on approval of the disclosure statement. |
| 03/05/25 | C.J.Sullivan | 0.50 | $272.25 | Participated in meeting with counsel for CNA and Committee regarding confirmation discovery schedule. |
| | S.C.Temes | 0.70 | $340.20 | Reviewed disclosure statement objection issues. |
| | G.J.McDonald | 0.50 | $263.25 | Conferenced with CNA and Committee regarding confirmation scheduling stipulation. |
| | G.J.McDonald | 0.60 | $315.90 | Prepared plan discovery schedule stipulation. |

Accounts Are Due Within 30 Days.

Page:  18

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | J.S.Krell | 1.50 | $654.75 | Continued drafting memo regarding availability of third party releases to non debtors after Purdue Pharma. |
| 03/06/25 | R.Clement | 0.10 | $24.30 | Reviewed Purdue article regarding opt-out releases for implications to diocesan case. |
| 03/08/25 | G.T.Walter | 0.50 | $245.25 | Analyzed Spirit Airlines decision on opt-out releases. |
| 03/10/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Sullivan and Walter regarding additional updates to plan and disclosure statement following hearings held on March 4th. |
| | R.Clement | 0.60 | $145.80 | Conducted research regarding denial of disclosure statements in unrelated chapter 11 cases and considered implications to diocesan cases. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding plan and disclosure statement revisions. |
| | G.J.McDonald | 0.30 | $157.95 | Consulted with Attorneys Donato and Sullivan regarding confirmation hearing matters. |
| | G.T.Walter | 6.20 | $3,041.10 | Revised plan, disclosure statement and approval order to address CNA objections and changes directed by Court. |
| | J.S.Krell | 2.00 | $873.00 | Finalized memo to Diocese regarding availability of third-party releases to non-debtor entities after the Purdue Pharma decision. |
| 03/12/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Walter regarding further amendments to plan and disclosure statement. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding post-Purdue discharge issues. |
| | S.A.Donato | 1.20 | $685.80 | Reviewed draft disclosure statement approval order and further modified plan and disclosure statement. |

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.A.Donato | 0.30 | $171.45 | Drafted correspondence to Attorney Walter regarding draft disclosure statement approval order and further modified plan and disclosure statement. |
| | G.T.Walter | 0.40 | $196.20 | Exchanged correspondence with CNA and Committee counsel regarding revised plan and disclosure statement. |
| | A.S.Rivera | 0.40 | $124.20 | Addressed issues related to service of solicitation materials. |
| 03/13/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorney Walter regarding further amendments to plan and disclosure statement. |
| | K.M.Doner | 0.30 | $60.00 | Participated in telephone conferences with Attorney Walter regarding further amendments to plan and disclosure statement. |
| | K.M.Doner | 0.30 | $60.00 | Drafted notice of redlines for eighth amended joint chapter 11 plan of reorganization and related disclosure statement. |
| | G.T.Walter | 0.60 | $294.30 | Exchanged correspondence with U.S. Trustee regarding revised plan and disclosure statement. |
| | G.T.Walter | 0.20 | $98.10 | Drafted correspondence to Diocese regarding revisions to plan and disclosure statement. |
| 03/14/25 | K.M.Doner | 1.20 | $240.00 | Revised eighth amended joint plan of reorganization, disclosure statement and notice of redlines. |
| | K.M.Doner | 0.40 | $80.00 | Reviewed order approving disclosure statement. |
| | S.C.Temes | 0.40 | $194.40 | Reviewed solicitation issues and corresponded with Stretto regarding same. |
| | G.T.Walter | 0.40 | $196.20 | Draft correspondence to chambers regarding filing of revised plan and disclosure statement and submission of proposed order. |

Accounts Are Due Within 30 Days.

Page:  20

## BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | J.S.Krell | 0.50 | $218.25 | Discussed preparation of the solicitation package in compliance with the disclosure statement approval order with Attorney Temes. |
| 03/16/25 | C.J.Sullivan | 0.50 | $272.25 | Conferred with Attorney Donato regarding confirmation matters. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed disclosure statement approval order regarding solicitation timing and procedures. |
| | S.A.Donato | 0.20 | $114.30 | Drafted correspondence to Attorney Temes regarding service issues concerning disclosure statement approval order. |
| 03/17/25 | J.S.Krell | 1.10 | $480.15 | Discussed preparation of solicitation package with Attorney Temes and analyzed pleadings regarding same. |
| | J.S.Krell | 5.40 | $2,357.10 | Prepared solicitation package, including revisions to all related documents and exhibits. |
| 03/18/25 | S.C.Temes | 0.80 | $388.80 | Reviewed plan solicitation documents. |
| 03/19/25 | G.J.McDonald | 0.40 | $210.60 | Consulted with Attorney Donato regarding confirmation discovery issues. |
| | R.Clement | 0.90 | $218.70 | Conducted research regarding opt-out mechanisms. |
| | S.C.Temes | 0.90 | $437.40 | Reviewed plan solicitation drafts. |
| | S.A.Donato | 0.30 | $171.45 | Further reviewed draft plan discovery scheduling order. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney McDonald regarding draft plan discovery scheduling order. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with L. Passero regarding plan confirmation and settling insurer updates. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney McDonald regarding initial 1129 preparation issues. |
| | B.M.Sheehan | 0.40 | $162.00 | Consulted with Attorney Donato regarding plan discovery. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 03/20/25 | K.M.Doner | 0.30 | $60.00 | Revised proposed stipulation and order establishing confirmation hearing schedule. |
| | S.C.Temes | 0.50 | $243.00 | Participated in conference calls with Attorney Krell regarding solicitation procedures. |
| | S.C.Temes | 0.60 | $291.60 | Conducted final review of solicitation materials. |
| | G.J.McDonald | 0.30 | $157.95 | Worked on confirmation scheduling matters. |
| | J.S.Krell | 2.30 | $1,003.95 | Finalized all documents related to solicitation package. |
| 03/21/25 | S.C.Temes | 0.60 | $291.60 | Participated in conference call with Stretto representative regarding plan solicitation issues. |
| | S.C.Temes | 0.40 | $194.40 | Reviewed plan solicitation data summary. |
| | J.S.Krell | 1.20 | $523.80 | Made final revisions to certain documents that were part of solicitation package. |
| 03/24/25 | K.M.Doner | 0.30 | $60.00 | Reviewed stipulation and order regarding confirmation hearing scheduling related to discovery. |
| | G.J.McDonald | 1.10 | $579.15 | Worked on confirmation matters. |
| 03/26/25 | A.S.Rivera | 2.00 | $621.00 | Consulted with Attorneys Donato, Sullivan and McDonald regarding plan confirmation strategy and action items. |
| | R.Clement | 2.10 | $510.30 | Summarized and consolidated in table format, key confirmation scheduling events and dates from 2 court orders. |
| | G.J.McDonald | 2.00 | $1,053.00 | Prepared for confirmation hearing. |
| | S.P.Klinek | 1.90 | $513.00 | Researched survival of representations and warranties. |
| | C.J.Sullivan | 2.00 | $1,089.00 | Participated in meeting with Attorneys Donato and McDonald regarding confirmation hearing preparation. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 2.00 | $1,143.00 | Consulted with Attorney McDonald regarding 1129 confirmation procedures and issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding chapter 11 plan confirmation issues. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with L. Passero regarding plan confirmation issues. |
| | J.S.Krell | 2.00 | $873.00 | Participated in meeting with Attorneys Donato, Sullivan and McDonald in connection with preparation for plan confirmation. |
| 03/27/25 | R.Clement | 2.50 | $607.50 | Researched, analyzed and summarized requirements of 1129(a)(3). |
| | J.S.Krell | 0.50 | $218.25 | Communicated with Stretto regarding publication notice and costs relating to same. |
| | J.S.Krell | 0.30 | $130.95 | Analyzed case law regarding 1129(a)(3) Good Faith Requirement for the 2nd vs. 3rd Circuit. |
| 03/28/25 | S.C.Temes | 0.60 | $291.60 | Revised memo regarding third-party release issues. |
| 03/30/25 | G.T.Walter | 0.30 | $147.15 | Reviewed memo regarding confirmation strategy and potential issues with opt-out or unknown claimants. |
| 03/31/25 | G.J.McDonald | 1.50 | $789.75 | Attended meeting with Diocese regarding confirmation hearing and related issues. |
| | G.J.McDonald | 0.90 | $473.85 | Worked on discovery demands to CNA regarding confirmation objections. |
| | S.P.Klinek | 0.90 | $243.00 | Continued research regarding survival of representations and warranties. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with Attorney Temes regarding publication notice issues. |
| | G.T.Walter | 0.20 | $98.10 | Conferred with Attorney Sullivan regarding Diocese's decision not to establish new corporation to serve as reorganized Diocese. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | G.T.Walter | 1.50 | $735.75 | Participated in update call with Diocese regarding confirmation process and strategy. |
| | G.T.Walter | 2.20 | $1,079.10 | Reviewed plan materials in preparation for update call with Diocese. |
| | S.A.Donato | 0.90 | $514.35 | Revised memorandum regarding post-Purdue third-party release issues. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding revisions to memorandum regarding post-Purdue third-party release issues. |
| | S.A.Donato | 0.50 | $285.75 | Prepared for meeting with Diocese regarding plan confirmation issues. |
| | S.A.Donato | 1.50 | $857.25 | Attended meeting with Diocese regarding plan confirmation issues. |
| | S.A.Donato | 0.20 | $114.30 | Participated in supplemental consultation with Attorney McDonald regarding plan confirmation issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding post-Purdue third-party release issues. |
| | C.J.Sullivan | 1.50 | $816.75 | Participated in meeting with Diocese regarding plan confirmation. |

Subtotal:     Hours:        102.80
              Amount:    $47,502.65

**Total Hours and Fees For This Matter:**          235.00          $99,871.30

---

Accounts Are Due Within 30 Days.

Page:  24

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088732

The Diocese of Rochester

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 31.70 | $571.50 | $18,116.55 |
| G. J. McDonald (Member) | 11.40 | 526.50 | 6,002.10 |
| B. M. Sheehan (Member) | 0.60 | 405.00 | 243.00 |
| C. J. Sullivan (Member) | 14.80 | 544.50 | 8,058.60 |
| S. C. Temes (Member) | 15.20 | 486.00 | 7,387.20 |
| G. T. Walter (Member) | 39.60 | 490.50 | 19,423.80 |
| J. S. Krell (Senior Counsel) | 60.70 | 436.50 | 26,495.55 |
| R. Clement (Associate) | 27.30 | 243.00 | 6,633.90 |
| S. P. Klinek (Associate) | 2.80 | 270.00 | 756.00 |
| A. S. Rivera (Associate) | 5.20 | 310.50 | 1,614.60 |
| K. M. Doner (Paralegal) | 25.70 | 200.00 | 5,140.00 |
| **Total** | 235.00 | | $99,871.30 |

**Matter Disbursement Summary**

| | |
|---|---|
| Business Meals | $350.36 |
| Color Copy Charges | 34.65 |
| Copy Charges | 76.65 |
| Data Hosting & Storage | 1,145.00 |
| Travel Expense | 928.36 |
| **Total Disbursements** | **$2,535.02** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$102,406.32** |

Accounts Are Due Within 30 Days.