UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

# NOTICE OF HEARING ON MOTION IN LIMINE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER TO EXCLUDE EXPERT <u>TESTIMONY OF PROF. SAMIR PARIKH</u>

**PLEASE TAKE NOTICE** that on July 18, 2025, the Official Committee of Unsecured Creditors in the above-captioned bankruptcy case (the "**Committee**") filed the *Official Committee of Unsecured Creditors (A) Response to Continental's Motion in Limine to Exclude Rebuttal Expert Testimony by Prof. Anthony Sebok and (B) Motion in Limine to Exclude Expert Testimony of Prof. Samir Parikh* [Docket No. 3260] (the "**Motion**") with the United States Bankruptcy Court for the Western District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE,** that a hearing to consider the Motion and any objections related thereto will be held on **July 22, 2025 at 11:00 a.m. (Eastern time)**, or as soon thereafter as counsel may appear and be heard, before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York, or such other judge as may be sitting in his stead, in the United States Courthouse at 100 State Street, Rochester, New York 14614.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Motion, must be in writing, conform to the Federal Rules of Bankruptcy Procedure and must be filed electronically with the Court and served **on or before July 21, 2025** on: (a) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl &

Jones LLP, 1700 Broadway, 36th Floor, New York, NY 10019, Attn: Ilan Scharf and Karen Dine; (b) counsel to the Debtor, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato and Charles J. Sullivan; (c) the Office of the United States Trustee for the Western District of New York, 100 State Street, Room 609, Rochester, New York 14614, Attn: Mark Bruh, and (d) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and all other documents filed in this Chapter 11 Case may be obtained free of charge at the Diocese's case management website (https://case.stretto.com/rochesterdiocese) or by contacting the undersigned counsel for the Committee.

Date: July 18, 2025     **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY  10019
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777
Email:      ischarf@pszjlaw.com
            kdine@pszjlaw.com
            jdine@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*