Docusign Envelope ID: 3E132082-46C5-493E-9BEA-11A86E6C8F7B

Honorable Paul R. Warren
U.S. Bankruptcy Court for the Western District of New York
100 State Street
Rochester, New York 14614

July 18, 2025

Re: *The Diocese of Rochester*, Case No. 19-20905

Dear Judge Warren,

I write in my capacity as a court-appointed mediator in this matter, pursuant to the *Order Appointing Mediators*, dated October 7, 2024 (Dkt. No. 2788) (the "Order"), in order to provide a status update to the Court. As you are aware, the Order provides that "[t]he Mediators shall be authorized, but not required, to file a written report on the docket for this Chapter 11 case every four to six weeks regarding the status (although not the content) of the Mediation." (Order, ¶ 8.)

The Mediation remains ongoing. The Mediators will be conducting another mediation session in-person in Rochester on July 28, 2025. The Order provides that "[t]he Mediators shall also have discretion to require that a principal of any Party, with authority to negotiate and enter into a binding settlement on behalf of that Party, be present at any session of the Mediation." (Order, ¶ 6.) The Mediators have directed that the ultimate decision maker(s) for CNA attend the July 28, 2025 mediation session in person, without exception. The ultimate decision makers for the Debtor and the Committee will be in attendance.

Respectfully Submitted,

Paul A. Finn

July 18, 2025



FILED
July 18, 2025
BANKRUPTCY COURT
BUFFALO, N.Y.