**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In re:

THE DIOCESE OF ROCHESTER,

Debtor.

Case No. 2-19-20905-PRW

Chapter 11 Case

### NOTICE OF HEARING ON CONTINENTAL'S MOTION IN LIMINE TO EXCLUDE REBUTTAL EXPERT TESTIMONY BY PROF. TOM BAKER

**PLEASE TAKE NOTICE THAT** on July 18, 2025, The Continental Insurance Company ("CNA") filed its motion *in limine* (the "Motion") to (i) exclude certain rebuttal expert testimony at the confirmation hearing by Prof. Tom Baker and (ii) for additional related relief.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulation and Order Regarding Confirmation Hearing Scheduling (Dkt. No. 3048), a telephonic hearing to consider the Motion will be held on **July 22, 2025, at 11:00 a.m Eastern Daylight Time** or as soon thereafter as the Court's schedule permits, before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York, or such other judge as may be sitting in his stead, in the United States Courthouse at 100 State Street, Rochester, New York 14614.[1]

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be electronically filed with the Court and served upon the undersigned counsel for the movant and the Office of the United States Trustee for the Western District of New York on or before **July 2l, 2025**.

---

[1]     Please note that the Motion requests that the Court issue an expedited ruling on the papers, without holding a hearing.

- 1 -

**PLEASE TAKE FURTHER NOTICE** that the Motion is on file with the Office of the

Clerk of the Court for review during normal business hours (where a fee may be charged) or via

the Court's electronic case management system at https://ecf.nywb.uscourts.gov. The Motion is

also available free-of-charge on the website maintained for this bankruptcy case by Stretto, the

claims agent appointed by this Court, at https://case.stretto.com/rochesterdiocese/docket.


Dated: July 19, 2025

By: ___/s/ Jeffrey A. Dove_____
Jeffrey A. Dove
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7112
Facsimile: (315) 703-7346
jdove@barclaydamon.com

Mark D. Plevin (admitted *pro hac vice*)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

David Christian (admitted *pro hac vice*)
DAVID CHRISTIAN ATTORNEYS LLC
105 West Madison Street, Suite 2300
Chicago, Illinois 60602
Telephone: (312) 282-5282
Email: dchristian@dca.law

Miranda H. Turner (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006
Telephone: (202) 580-6640
Email: mturner@plevinturner.com

*Attorneys for The Continental Insurance Company,*
*successor by merger to Commercial Insurance Company of*

*Newark, New Jersey and Firemen's Insurance Company of Newark, New Jersey*