UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 |
| Debtor. | |

## AGENDA FOR SURVIVOR IMPACT STATEMENTS HEARING

The Official Committee of Unsecured Creditors (the **"Committee"**) of the Diocese of Rochester (the **"Diocese"** or the **"Debtor"**) submits this agenda for the presentation of nontestimonial survivor statements pursuant to the Court's *Order Granting Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting Nontestimonial Survivor Statements* [Docket No. 3223].

## AGENDA

The following nontestimonial survivor statements will be presented to the Court:

| Claim No. | Time Allocated |
|---|---|
| **GROUP 1** | |
| CC042 | 10 minutes |
| CC041 | 10 minutes |
| CC087 | 10 minutes |
| CC044 | 10 minutes |
| CC144 | 10 minutes |
| **GROUP 2** | |
| CC276 | 10 minutes |
| CC246 | 10 minutes |
| CC188 | 10 minutes |
| CC412 | 10 minutes |
| CC344 | 10 minutes |
| CC342 | 10 minutes |

| | |
|---|---|
| **GROUP 3** | |
| CC554 | 10 minutes |
| CC062 | 10 minutes |
| CC184 | 10 minutes |
| CC193 | 10 minutes |
| CC222 | 10 minutes |
| CC111 | 10 minutes |
| CC533 | 10 minutes |
| **GROUP 4** | |
| CC076 | 10 minutes |
| CC328 | 10 minutes |
| CC238 | 10 minutes |
| CC360 | 10 minutes |
| CC234 | 10 minutes |
| CC339 | 10 minutes |
| CC234 | 10 minutes |
| CC339 | 10 minutes |
| CC237 | 10 minutes |
| CC427 | 10 minutes |
| CC149 | 10 minutes |

| | |
|---|---|
| Date: July 21, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Ilan D. Scharf*<br>Ilan D. Scharf<br>Karen B. Dine<br>Jeffrey M. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: ischarf@pszjlaw.com<br>       kdine@pszjlaw.com<br>       jdine@pszjlaw.com<br><br>*Counsel to Official Committee of Unsecured Creditors*<br><br>**BURNS BAIR LLP**<br>Timothy W. Burns (admitted *pro hac vice*)<br>Jesse J. Bair (admitted *pro hac vice*)<br>Nathan M. Kuenzi (*pro hac vice* pending)<br>10 E. Doty Street, Suite 600<br>Madison, WI 53703<br>Telephone: (608) 286-2302<br>Email: tburns@burnsbair.com<br>       jbair@burnsbair.com<br>       nkuenzi@burnsbair.com<br><br>*Special Insurance Counsel to the Official Committee of Unsecured Creditors* |