**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>Debtor. | Case No. 19-20905<br><br>Chapter 11 |

**THE CONTINENTAL INSURANCE COMPANY'S**
**SUPPLEMENTAL *EX PARTE* MOTION FOR AUTHORIZATION**
**TO BRING PERSONAL ELECTRONIC DEVICES INTO**
**COURTHOUSE AND TO USE SAME IN ACCORDANCE WITH**
**AMENDED GENERAL ORDER DATED NOVEMBER 9, 2023**

The Continental Insurance Company moves this Court for an order supplementing its prior order dated July 23, 2024 [Dkt No. 2729] authorizing additional counsel to bring Personal Electronic Devices (as defined in the Amended General Order described below) into the United States Courthouse for the Western District of New York, Rochester Division, 100 State Street, Rochester, New York 14614, and to use such Personal Electronic Devices in accordance with the terms of the then United States District Court Chief Judge Elizabeth A. Wolford's Amended General Order dated November 9, 2023, as it may be amended, for all hearings in the above captioned bankruptcy case, including any adversary proceedings.

| Attorneys | Devices |
|---|---|
| Elizabeth A. Barry, Esq. | Phones, laptops, and tablets |

Dated:  July 22, 2025                                        Respectfully submitted,

                                                                */s/Jeffrey A. Dove*
                                                  Jeffrey A. Dove
                                                  BARCLAY DAMON LLP
                                                  Barclay Damon Tower
                                                  125 East Jefferson Street
                                                  Syracuse, NY 13202
                                                  Telephone:  (315) 413-7112
                                                  Facsimile:  (315) 703-7346
                                                  Email:  jdove@barclaydamon.com

Mark D. Plevin (admitted *pro hac vice*)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (202) 580-6640
Email: mplevin@plevinturner.com

David Christian (admitted *pro hac vice*)
DAVID CHRISTIAN ATTORNEYS LLC
105 West Madison Street, Suite 2300
Chicago, IL 60602
Telephone: (312) 282-5282
Email: dchristian@dca.law

Miranda H. Turner (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006
Telephone: (202) 580-6640
Email: mturner@plevinturner.com

*Attorneys for The Continental Insurance Company, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey*

2
Case 2-19-20905-PRW, Doc 3274, Filed 07/22/25, Entered 07/22/25 08:23:56, Description: Main Document , Page 2 of 4

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>         Debtor. | Case No. 19-20905<br>Chapter 11 |
|---|---|

### ORDER AUTHORIZING BRINGING OF PERSONAL ELECTRONIC DEVICES INTO COURTHOUSE AND USE OF SAME IN ACCORDANCE WITH AMENDED GENERAL ORDER DATED NOVEMBER 9, 2023

Upon The Continental Insurance Company's *Ex Parte* Motion for Supplemental Authorization to Bring Personal Electronic Devices into Courthouse and to Use Same in Accordance with Amended General Order Dated November 9, 2023 (the "Motion"); it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein; due notice of the Motion having been given under the circumstances; upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the following attorney for Continental Insurance Company is authorized to bring the Personal Electronic Devices listed below into the Courthouse of the United States District Court for the Western District of New York, Rochester Division, 100 State Street, Rochester, New York 14614 and to use the same in accordance with the terms of the United States District Court Chief Judge Elizabeth A. Wolford's Amended General Order dated November 9, 2023, as it may be amended, during all hearings in the above captioned bankruptcy case, including any adversary proceedings.

| **Attorneys** | **Devices** |
|---|---|
| Elizabeth A. Barry, Esq. | Phones, laptops, and tablets |

Case 2-19-20905-PRW, Doc 3274, Filed 07/22/25, Entered 07/22/25 08:23:56, Description: Main Document , Page 3 of 4

**ORDERED**, that this Court shall retain jurisdiction to determine all matters arising from implementation of this Order.

Dated: July _____, 2025
       Rochester, New York

                                                                _____
                                                                Honorable Paul R. Warren
                                                                United States Bankruptcy Judge