UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: | ) Chapter 11 |
|  | ) |
| THE DIOCESE OF ROCHESTER, | ) Case No. 19-20905 |
|  | ) |
| Debtor. | ) |
|  | ) |

# AMENDED AGENDA FOR SURVIVOR IMPACT STATEMENTS HEARING

The Official Committee of Unsecured Creditors (the **"Committee"**) of the Diocese of Rochester (the **"Diocese"** or the **"Debtor"**) submits this agenda for the presentation of nontestimonial survivor statements pursuant to the Court's *Order Granting Motion of the Official Committee of Unsecured Creditors for Entry of an Order Permitting Nontestimonial Survivor Statements* [Docket No. 3223].

# AGENDA

The following nontestimonial survivor statements will be presented to the Court:

| Claim No. | Time Allocated |
|---|---|
| **GROUP 1** | |
| CC042 | 10 minutes |
| CC041 | 10 minutes |
| CC087 | 10 minutes |
| CC044 | 10 minutes |
| CC144 | 10 minutes |
| **GROUP 2** | |
| CC276 | 10 minutes |
| CC246 | 10 minutes |
| CC188 | 10 minutes |
| CC412 | 10 minutes |
| CC344 | 10 minutes |

| | |
|---|---|
| CC342 | 10 minutes |
| CC346 | 10 minutes |
| **GROUP 3** | |
| CC554 | 10 minutes |
| CC062 | 10 minutes |
| CC184 | 10 minutes |
| CC193 | 10 minutes |
| CC222 | 10 minutes |
| CC111 | 10 minutes |
| CC194 | 10 minutes |
| **GROUP 4** | |
| CC076 | 10 minutes |
| CC328 | 10 minutes |
| CC238 | 10 minutes |
| CC360 | 10 minutes |
| CC234 | 10 minutes |
| CC339 | 10 minutes |
| CC234 | 10 minutes |
| CC339 | 10 minutes |
| CC237 | 10 minutes |
| CC427 | 10 minutes |
| CC149 | 10 minutes |

| | |
|---|---|
| Date: July 22, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Ilan D. Scharf* |
| | Ilan D. Scharf |
| | Karen B. Dine |
| | Jeffrey M. Dine |
| | 1700 Broadway, 36th Floor |
| | New York, NY 10019 |
| | Telephone: (212) 561-7700 |
| | Facsimile: (212) 561-7777 |
| | Email: ischarf@pszjlaw.com |
| | kdine@pszjlaw.com |
| | jdine@pszjlaw.com |
| | |
| | *Counsel to Official Committee of Unsecured Creditors* |
| | |
| | **BURNS BAIR LLP** |
| | Timothy W. Burns (admitted *pro hac vice*) |
| | Jesse J. Bair (admitted *pro hac vice*) |
| | Nathan M. Kuenzi (*pro hac vice* pending) |
| | 10 E. Doty Street, Suite 600 |
| | Madison, WI 53703 |
| | Telephone: (608) 286-2302 |
| | Email: tburns@burnsbair.com |
| | jbair@burnsbair.com |
| | nkuenzi@burnsbair.com |
| | |
| | *Special Insurance Counsel to the Official Committee of Unsecured Creditors* |