UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
In re: : Chapter 11
:
THE DIOCESE OF ROCHESTER, : Case No. 19-20905
:
Debtor. :
:
-------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Charron French, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I reside in Dutchess County, New York, am over the age of 18 and am not a party to the above-captioned proceeding. I am employed by the law firm of Pryor Cashman LLP, counsel to Jeff Anderson & Associates, P.A. and Jeff Anderson, at 7 Times Square, New York, New York 10036.

2. On July 18, 2025, I caused a copy of *Jeff Anderson & Associates, P.A. and Jeff Anderson's Opposition to Continental's Motion in Limine*, as filed with the United States Bankruptcy Court of the Western District of New York [ECF No. 3259], to be served by electronic mail upon each of the parties as indicated on the service list annexed as Exhibit A.

3. On July 21, 2025, I caused a copy of *Jeff Anderson & Associates, P.A. and Jeff Anderson's Opposition to Continental's Motion in Limine*, as filed with the United States Bankruptcy Court of the Western District of New York [ECF No. 3259], to be served upon each of the parties as indicated on the service list annexed hereto as Exhibit B, by depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: July 22, 2025
      New York, New York                                */s/ Charron French*
                                                                    Charron French

# **EXHIBIT A – EMAIL SERVICE LIST**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AB 1 DOE | C/O LAW OFFICES OF STEPHEN BOYD & JOHN ELMORE - ATTN: STEPHEN BOYD | SBOYD@STEVEBOYD.COM |
| AMARYLLIS FIGUEROA | C/O MCCONVILLE, CONSIDINE, COOMAN & MORIN, PC - ATTN: LUCIEN A. MORIN, II | LMORIN@MCCMLAW.COM |
| BERKELEY RESEARCH GROUP, LLC | C/O PROSKAUER ROSE LLP - ATTN: PAUL POSSINGER | PPOSSINGER@PROSKAUER.COM |
| BERKELEY RESEARCH GROUP, LLC | C/O PROSKAUER ROSE LLP - ATTN: TIMOTHY KARCHER | TKARCHER@PROSKAUER.COM |
| BISHOP EMERITUS MATTHEW H. CLARK | C/O ADAMS LECLAIR LLP - ATTN: MARY JO S. KORONA | MKORONA@ADAMSLECLAIR.LAW |
| CATHOLIC CHARITIES OF THE DIOCESE OF ROCHESTER, CAMP STELLA MARIS OF LIVONIA, N.Y., CATHOLIC YOUTH ORGANIZATION AND ST. JOSEPH'S VILLA | C/O HODGSON RUSS LLP - ATTN: ERIC WARD | EWARD@HODGSONRUSS.COM |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, P.A. - ATTN: MICHAEL G. FINNEGAN & ELIN M. LINDSTROM | MIKE@ANDERSONADVOCATES.COM; ELIN@ANDERSONADVOCATES.COM |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW, LLC - ATTN: KATHLEEN R. THOMAS | KAT@TLCLAWLLC.COM |
| CVA CLAIMANTS | C/O KELNER & KELNER - ATTN: BRIAN P. HURLEY | BHURLEY@KELNERLAW.COM |
| CVA CLAIMANTS | C/O WELLER, GREEN, TOUPS & TERRELL, LLP - ATTN: MITCHELL A. TOUPS | matoups@wgttlaw.com |
| CVA CLAIMANTS | C/O BANSBACH LAW P.C. - ATTN: JOHN M. BANSBACH | jbansbach@banslaw.com |

| | | |
|---|---|---|
| CVA CLAIMANTS | C/O MORGENSTERN DEVOESICK PLLC - ATTN: MAURA G. MCGUIRE | MMCGUIRE@MORGDEVO.COM |
| CVA CLAIMANTS | C/O ANDREOZZI + FOOTE - ATTN: BENJAMIN D. ANDREOZZI AND NATHANIEL L. FOOTE | NATE@VICTIMSCIVILATTORNEYS.COM; CASSIE@VICTIMSCIVILATTORNEYS.COM |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN - ATTN: MITCHELL GARABEDIAN | mgarabedian@garabedianlaw.com |
| CVA CLAIMANTS | C/O JAMES, VERNON & WEEKS, P.A. - ATTN: LEANDER L. JAMES | FIRM@JVWLAW.NET |
| CVA CLAIMANTS | C/O LEVIN SEDRAN & BERMAN - ATTN: DANIEL LEVIN | dlevin@lfsblaw.com |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. - ATTN: JEFFREY R. ANDERSON & MICHAEL RECK | JEFF@ANDERSONADVOCATES.COM |
| CVA CLAIMANTS | C/O THE MENEO LAW GROUP - ATTN: RON MICHAEL MENEO | RMM@MENEOLAWGROUP.COM |
| CVA CLAIMANTS | C/O FREESE & GOSS - ATTN: TIM K. GOSS AND PETER DE LA CERDA | TIM@FREESEANDGOSS.COM; PETER@FREESEANDGOSS.COM |
| CVA CLAIMANTS | C/O MERSON LAW, PLLC - ATTN: JOHN MERSON AND JORDAN MERSON | jmerson@mersonlaw.com |
| CVA CLAIMANTS | C/O HOROWITZ LAW - ATTN: ADAM HOROWITZ & JESSICA ARBOUR | ADAM@ADAMHOROWITZLAW.COM; amy@adamhorowitzlaw.com |
| CVA CLAIMANTS | C/O LAW OFFICE OF RONALD R. BENJAMIN - ATTN: RONALD R. BENJAMIN | ronbenjaminlaw@stny.rr.com |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG - ATTN: SAMANTHA A. BREAKSTONE AND JERRY KRISTAL | SBREAKSTONE@WEITZLUX.COM |

| | | |
|---|---|---|
| CVA CLAIMANTS | C/O HERMAN LAW - ATTN: JEFFREY M. HERMAN, SCOTT M. DUQUINAND MICHELLE LABAYEN | ASILVERSHEIN@HERMANLAW.COM; MLabayen@hermanlaw.com |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC - ATTN: MICHAEL T. PFAU | myrochester@pcvalaw.com |
| DONNA OPPEDISANO AND KATHLEEN ISRAEL | C/O JARROD W. SMITH, ESQ., PLLC - ATTN: JARROD W. SMITH | JARRODSMITHLAW@GMAIL.COM |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O PARKER, HUDSON, RAINER & DOBBS LLP - ATTN: HARRIS B. WINSBERG AND MATTHEW G. ROBERTS | HWINSBERG@PHRD.COM; MROBERTS@PHRD.COM |
| INTERSTATE FIRE AND CASUALTY COMPANY AND NATIONAL SURETY CORPORATION | C/O WHITE AND WILLIAMS LLP - ATTN: JON T. POWERS AND SIOBHAIN P. MINAROVICH | POWERST@WHITEANDWILLIAMS.COM; MINAROVICHS@WHITEANDWILLIAMS.COM |
| JACK T. BRAND, AND OTHER CREDITORS | C/O TREVETT CRISTO - ATTN: MELANIE S. WOLK | MWOLK@TREVETTCRISTO.COM; RKERNAN@TREVETTCRITO.COM |
| KENNETH G. CUBIOTTI, CVA CLAIMAINTS, AND OTHER CREDITORS | C/O JAMES, VERNON & WEEKS, P.A. - ATTN: BRIANNA ESPELAND & LEANDER L. JAMES, IV | BRIANNA@JVWLAW.NET; LJAMES@JVWLAW.NET; LUCIA@JVWLAW.NET |
| M&T BANK | C/O HODGSON RUSS LLP - ATTN: GARRY M. GRABER | GGRABER@HODGSONRUSS.COM |
| MANUFACTURERS AND TRADERS TRUST COMPANY | C/O HODGSON RUSS LLP - ATTN: GARRY M. GRABER | GGRABER@HODGSONRUSS.COM |
| MARSH LAW FIRM PLLC AND PFAU COCHRAN VERTETIS AMALA PLLC CLAIMANTS | ATTN: CHRISTOPHER E. LOVE | CHRIS@PCVALAW.COM |
| MARSH LAW FIRM PLLC AND PFAU COCHRAN VERTETIS AMALA PLLC CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC - ATTN: JASON P. AMALA | LFRANKEN@PCVALAW.COM |
| MARSH/PCVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC - ATTN: CHRISTOPHER E. LOVE | CHRIS@PCVALAW.COM |

| | | |
|---|---|---|
| MONROE COUNTY | C/O LIPPES MATHIAS LLP - ATTN JOHN A. MUELLER | JMUELLER@LIPPES.COM |
| NEW YORK STATE DEPARTMENT OF LABOR | ATTN: MARTA COLE | BANKRUPTCY@LABOR.NY.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: ERIN CHAMPION & MARK BRUH | MARK.BRUH@USDOJ.GOV |
| ST. BERNARD'S SCHOOL OF THEOLOGY AND MINISTRY | C/O ADAMS LECLAIR LLP - ATTN: PAUL L. LECLAIR | pleclair@adamsleclair.law |
| THE AD HOC PARISH COMMITTEE | C/O WOODS OVIATT GILMAN LLP - ATTN TIMOTHY P. LYSTER | TLYSTER@WOODSOVIATT.COM |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP - ATTN: JEFFREY A. DOVE | JDOVE@BARCLAYDAMON.COM |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES, LLP - ATTN: JAMES I. STANG, ILAN D. SCHARF, BRITTANY M. MICHAEL, KAREN B. DINE, JEFFREY M. DINE | ISCHARF@PSZJLAW.COM; JSTANG@PSZJLAW.COM; BMICHAEL@PSZJLAW.COM; KDINE@PSZJLAW.COM; JDINE@PSZJLAW.COM |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZEIEHL & JONES LLP - ATTN: JAMES I. STANG & IAIN A. W. NASATIR | INASATIR@PSZJLAW.COM |

# **EXHIBIT B – FIRST CLASS MAIL SERVICE LIST**

| NAME | ADDRESS | CITY & STATE | POSTAL CODE |
|---|---|---|---|
| CVA CLAIMANTS | C/O SEGAR & SCIORTINO PLLC - ATTN: STEPHEN A. SEGAR - 400 MERIDIAN CENTRE, SUITE 320 | ROCHESTER, NY | 14618 |
| CVA CLAIMANTS | C/O HERMAN LAW - ATTN: JEFFREY MARC HERMAN - 1800 NORTH MILITARY TRAIL, SUITE 160 | BOCA RATON, FL | 33431 |
| DEMOCRAT AND CHRONICLE | C/O GREENBERG TAURIG, LLP - ATTN: MICHAEL J. GRYGIEL - 54 STATE STREET, 6TH FLOOR | ALBANY, NY | 12207 |
| HOLY SEPULCHER CEMETARY | C/O HARTER SECREST & EMERY, LLP - 1600 BAUSCH AND LOMB PL. | ROCHESTER, NY | 14604 |
| INTERNAL REVENUE SERVICE | INSOLVENCY GROUP I - NIAGARA CENTER,130 S. ELMWOOD AVENUE, 2ND FLOOR | BUFFALO, NY | 14202 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | PHILADELPHIA, PA | 19101-7346 |
| JPMORGAN CHASE | ATTN: SARAH CORNELL, BRANCH MANAGER - 2130 CHILI AVENUE | ROCHESTER, NY | 14624 |

| | | | |
|---|---|---|---|
| KEYBANK, N.A. | ATTN: BANKRUPTCY DEPT - 4910 TIEDEMAN ROAD | BROOKLYN, OH | 44144 |
| M&T BANK | ATTN: ESKINDER TEFERA - ONE FOUNTAIN PLAZA, 9TH PLAZA | BUFFALO, NY | 14202 |
| M&T BANK | PO BOX 844 | BUFFALO, NY | 14240-0844 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | ATTN: PHILIP SMITH, SENIOR VICE PRESIDENT - 1 M&T PLAZA | BUFFALO, NY | 14203 |
| NEW YORK STATE DEPARTMENT OF LABOR - BUS. SERVICES | ATTN: REGENNA DARRAH - 276 WARING ROAD, ROOM 100 | ROCHESTER, NY | 14609 |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT - PO BOX 5300 | ALBANY, NY | 12205-0300 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER - OFFICE OF SELF-INSURANCE, 328 STATE STREET | SCHENECTADY, NY | 12305 |
| OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER - 350 MAIN ST., SUITE 300A | BUFFALO, NY | 14202 |

| | | | |
|---|---|---|---|
| THE DIOCESE OF ROCHESTER | ATTN: LISA M. PASSERO, CHIEF FINANCIAL OFFICER - 1150 BUFFALO ROAD | ROCHESTER, NY | 14624 |
| TOMPKINS BANK OF CASTILLE | ATTN: JOHN MCKENNA, PRESIDENT AND CEO - 90 MAIN STREET | BATAVIA, NY | 14020 |
| US ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK - 100 STATE STREET, SUITE 500 | ROCHESTER, NY | 14614 |
| US DEPARTMENT OF LABOR | FEDERAL BUILDING - 100 STATE STREET, SUITE 4190 | ROCHESTER, NY | 14614 |
| WILMINGTON TRUST, A DIVISION OF M&T BANK | ATTN: CHRISTINE G. COTTON, ASST. VICE PRESIDENT - 285 DELAWARE AVENUE, 3RD FLOOR | BUFFALO, NY | 14202 |