United States Bankruptcy Court
Western District of New York

In re:                                                          Case No. 19-20905-PRW
The Diocese of Rochester                                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| ntcapr | + Jeff Anderson & Associates, 366 Jackson Street, St. Paul, MN 55101-2989 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com |
| Adam P. Haberkorn | on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com  adam-haberkorn-2269@ecf.pacerpro.com |

District/off: 0209-2
User: admin
Page 2 of 12
Date Rcvd: Jul 21, 2025
Form ID: pdforder
Total Noticed: 1

Adam P. Haberkorn
on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com
adam-haberkorn-2269@ecf.pacerpro.com

Amy Keller
on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com  sfischer@lglaw.com

Amy Keller
on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com  sfischer@lglaw.com

Amy Keller
on behalf of Defendant AB 100 Doe  et al akeller@lglaw.com, sfischer@lglaw.com

Andrew S. Richmond
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com

Andrew S. Richmond
on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com

Andrew Scott Rivera
on behalf of Debtor The Diocese of Rochester arivera@bsk.com  kdoner@bsk.com;CourtMail@bsk.com

Annette Rolain
on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com  bkfilings@ruggerilaw.com

Brian Micic
on behalf of Defendant Markel International Insurance Company Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Tenecom Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Certain London Market Companies brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party HDI Global Specialty SE brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party Certain Underwriters at Lloyd's  London brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Certain Underwriters at Lloyd's  London brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party London Market Insurers brian.micic@clydeco.us

Brian Micic
on behalf of Defendant The Dominion Insurance Company Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant HDI Global Specialty SE brian.micic@clydeco.us

Brianna M Espeland
on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland
on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael
on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill
on behalf of Debtor The Diocese of Rochester chill@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre
caroldopray61@yahoo.com

Catalina Sugayan
on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party Certain Underwriters at Lloyd's  London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catherine Beideman Heitzenrater

on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com

Charles Edwin Jones

on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com
Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com
Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan

on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan

on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com,
kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan

on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan

on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Christopher Loeber

on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com

Christopher Loeber

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com

Christopher Eric Love

on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Christopher Eric Love

on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Craig Goldblatt

on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com

Craig Goldblatt

on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com

Danielle Spinelli

on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II

on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David C. Christian, II

on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David C. Christian, II

on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company
of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David D. MacKnight

on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com

Deola T. Ali

on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer

on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com
dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer

on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com
dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli

on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Diane Paolicelli

on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Dirk C. Haarhoff

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff

on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff

on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com
therese@andersonadvocates.com

Eric John Ward

on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward

on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward

on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward

on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke

on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11

USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber

on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney

on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney

on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter

on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter

on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald

on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com  Kleo@bsk.com

Gregory J. McDonald

on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com  Kleo@bsk.com

Harris Winsberg

on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg

on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg

on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg

on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg

on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg

on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir

on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf

on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com  nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf

on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf

on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf

on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ingrid S. Palermo

on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com  kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin

on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin

on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James I. Stang

on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter

on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri

on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com

James R Marsh

on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor S. B. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor S.B. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor M.G. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor R.O. jamesmarsh@marsh.law

District/off: 0209-2

Date Rcvd: Jul 21, 2025

User: admin

Form ID: pdforder

Page 6 of 12

Total Noticed: 1

James R Marsh

on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor Claimant MM jamesmarsh@marsh.law

James R Murray

on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com edocketing@blankrome.com

James R Murray

on behalf of Special Counsel Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter

on behalf of Special Counsel Blank Rome LLP james.carter@blankrome.com

Jarrod W Smith

on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jason P. Amala

on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jason P. Amala

on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jeff Kahane

on behalf of Defendant Certain Underwriters at Lloyd's London jkahane@skarzynski.com

Jeff Kahane

on behalf of Interested Party London Market Insurers jkahane@skarzynski.com

Jeff Kahane

on behalf of Defendant Certain London Market Companies jkahane@skarzynski.com

Jeff Kahane

on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com

Jeffrey Austin Dove

on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company
of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com,
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine

on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com
kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair

on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair

on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com
kdempski@burnsbair.com,bhorn@burnsbair.com

John Bucheit

on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit

on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com  ssnead@phrd.com

John Bucheit

on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com  ssnead@phrd.com

John Bucheit

on behalf of Defendant National Surety Corporation jbucheit@phrd.com  ssnead@phrd.com

John A. Mueller

on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com
jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

Jon Travis Powers

on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Jon Travis Powers

on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com
mglowinski@hodgsonruss.com

Jon Travis Powers

on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Jon Travis Powers

on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Joshua D Weinberg

on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton

on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton

on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov

on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com
jvail@walkerwilcox.com

Kaitlin M. Calov

on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com
jvail@walkerwilcox.com

Kaitlin M. Calov

on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com  jvail@walkerwilcox.com

Karen B. Dine

on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen B. Dine

on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com

Kathleen Thomas

on behalf of Creditor J. O. kat@tlclawllc.com

Kathleen Thomas

on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com

Kathleen Thomas

on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com

Kelly McNamee

on behalf of Interested Party Gannett Co.  Inc. mcnameek@gtlaw.com,
Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com

Lauren Lifland

on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com

Leander Laurel James, IV

on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor CW187 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor JP185 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor GM127 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor MG133 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net

Lee E. Woodard

on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com  efilings@harrisbeach.com;broy@harrisbeach.com

Lucas B. Franken

on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com  mfilomeno@pcvalaw.com

Lucien A. Morin, II

on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com
lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com

Mark Bruh

on behalf of Assistant U.S. Trustee Erin Champion  11 mark.bruh@usdoj.gov

Mark Bruh

on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov

Mark D. Plevin

on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin

on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin

on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mary Jo Korona

on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com

Matthew Roberts

on behalf of Defendant National Surety Corporation mroberts@phrd.com

Matthew Roberts

on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com

Matthew Roberts

on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com

Matthew Roberts

on behalf of Interested Party National Surety Corporation mroberts@phrd.com

Matthew Griffin Merson

on behalf of Notice of Appearance Creditor Merson Law  PLLC mmerson@mersonlaw.com

Matthew John Obiala, I

on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us

Matthew Michael Weiss

on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com

Matthew Michael Weiss

on behalf of Interested Party National Surety Corporation mweiss@phrd.com

Melanie Wolk

on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com

District/off: 0209-2

Date Rcvd: Jul 21, 2025

User: admin

Form ID: pdforder

Page 9 of 12

Total Noticed: 1

Michael Finnegan

on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com
therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com
therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan

on behalf of Defendant AB 100 Doe  et al mike@andersonadvocates.com,
therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Watson

on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com

Michael Watson

on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com

Michael A. Weishaar

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com
r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Michael J Grygiel

on behalf of Interested Party Gannett Co.  Inc. grygielm@gtlaw.com,
alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com

Miranda Turner

on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com

Miranda Turner

on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company
of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com

Miranda Turner

on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com

Miranda Turner

on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com

Mitchell Garabedian

on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com

Mitchell Garabedian

on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mohammad Tehrani

on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan Mark Kuenzi

on behalf of Creditor Committee Official Committee of Unsecured Creditors nkuenzi@burnsbair.com

Nathan W. Reinhardt

on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com

Nathan W. Reinhardt

on behalf of Interested Party Certain Underwriters at Lloyd's  London nreinhardt@skarzynski.com

Nathaniel Foote

on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote

on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Nathaniel Foote

on behalf of Creditor claimants CC151  CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311

nate@vca.law

Paul L. Leclair
on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law
arichardson@adamsleclair.law

Peter Garthwaite
on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com

Peter Garthwaite
on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com

Renee E. Franchi
on behalf of Creditor Thomas David Adams renee@vca.law

Robert Drummond
on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com

Robert Drummond
on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com

Robert P. Arnold
on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com
MZaiko@walkerwilcox.com

Robert P. Arnold
on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com  MZaiko@walkerwilcox.com

Russell Webb Roten
on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com

Russell Webb Roten
on behalf of Interested Party Certain Underwriters at Lloyd's  London rroten@skarzynski.com

Russell Webb Roten
on behalf of Interested Party London Market Insurers rroten@skarzynski.com

Russell Webb Roten
on behalf of Defendant Certain Underwriters at Lloyd's  London rroten@skarzynski.com

Sam A Elbadawi
on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com

Samrah Mahmoud
on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com

Sara C. Temes
on behalf of Debtor The Diocese of Rochester stemes@bsk.com  CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott Michael Duquin
on behalf of Creditor Daniel Regan sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor D. S. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor M. P. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor B. M. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor T. G. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor J. F. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor D S sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor J. O. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
on behalf of Creditor John Doe 3 sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Seth H. Lieberman

on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com

Seth H. Lieberman

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com

Shannon Anne Scott

on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho

on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich

on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross

on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd

on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen Boyd

on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato

on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen G. Schwarz

on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 480 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 527 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 468 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 481 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 557 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 485 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 274 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 496 sbross@sssfirm.com

District/off: 0209-2
Date Rcvd: Jul 21, 2025

User: admin
Form ID: pdforder

Page 12 of 12
Total Noticed: 1

Stephenie Lannigan Bross
on behalf of Creditor claimant 434 sbross@sssfirm.com

Steve Phillips
on behalf of Creditor LCVAWCR DOE sphillips@p2law.com

Steve Phillips
on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com

Steven D. Allison
on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com

Stuart S. Mermelstein
on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com

Tancred Schiavoni
on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni
on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com

Terrance Flynn
on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com

Timothy Evanston
on behalf of Interested Party London Market Insurers tevanston@skarzynski.com

Timothy Evanston
on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com

Timothy Patrick Lyster
on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster
on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Patrick Lyster
on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com esolimano@woodsoviatt.com

Timothy Quaid Karcher
on behalf of Financial Advisor Berkeley Research Group LLC tkarcher@proskauer.com

Timothy Quaid Karcher
on behalf of Notice of Appearance Creditor Berkeley Research Group LLC tkarcher@proskauer.com

Timothy W. Burns
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns
on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Timothy W. Burns
on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com

Todd C. Jacobs
on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Victoria Phillips
on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon
on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 294

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

      The Diocese of Rochester,                   Bankruptcy Case No. 19-20905
                                         Chapter 11
                         Debtor.

_____

### DECISION AND ORDER DENYING
### MOTIONS *IN LIMINE*[1]

PAUL R. WARREN, U.S.B.J.

Before the Court are four motions *in limine* directed at testimony to be offered at the confirmation trial. They are: (1) The Continental Insurance Company's ("CNA") motion *in limine* to exclude rebuttal expert testimony by Professor Anthony Sebok (ECF No. 3239); (2) Official Committee of Unsecured Creditor's motion *in limine* to exclude expert testimony of Professor Samir Parikh (ECF No. 3260); (3) Plan Proponents' motion *in limine* to exclude expert testimony of Julia M. Hilliker and Peter J. Kelly (ECF No 3240); and (4) CNA's motion *in limine* to exclude certain opinions of Professor Tom Baker (ECF No. 3257).

Having carefully reviewed and considered the motions, as well as the opposition filed, the motions at ECF No. 3239 and 3260 are **DENIED** (Sebok and Parikh are permitted to testify at trial). Additionally, the motions at ECF No. 3240 and 3257 are **DENIED** (Hilliker, Kelly and Baker are permitted to testify at trial).

---

[1]     A hearing to consider the motions at ECF Nos. 3239 and 3240 has been set for July 22, 2025, at 11:00 a.m. The motions have been well-briefed. Oral argument on any of the motions is unnecessary. In the interest of judicial economy, the Court decides the motions *in limine* immediately.

# I.

## DISCUSSION

### A. Legal Standard to Be Applied

A motion *in limine* refers to "any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered." *Luce v. United States*, 469 U.S. 38, 40 n.2 (1984).

> Motions in limine are generally used to ensure evenhanded and expeditious management of trials by eliminating evidence that is clearly inadmissible for any purpose. The court has the power to exclude evidence in limine only when evidence is clearly inadmissible on all potential grounds. Unless evidence meets this high standard, evidentiary rulings should be deferred until trial so that questions of foundation, relevancy and potential prejudice may be resolved in proper context. Denial of a motion in limine does not necessarily mean that all evidence contemplated by the motion will be admitted at trial. Denial merely means that without the context of trial, the court is unable to determine whether the evidence in questions should be excluded.

*Bouchard v. Am. Home Prods. Corp.*, 213 F. Supp. 2d 802, 810 (N.D. Ohio 2002) (internal citations omitted).

When ruling on the admissibility of expert opinions, courts consider whether the expert is qualified in the relevant field and examine the methodology the expert used in reaching their conclusion. *See, e.g., Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 153-54 (1999); *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). The Court's role as a gatekeeper, under *Daubert*, is to prevent expert testimony from unduly confusing or misleading a jury, which application is relaxed for bench trials. *Fletcher v. Doig*, 196 F. Supp. 3d 817, 820-21 (N.D. Ill. 2016). "It is not that evidence may be less reliable during a bench trial; it is that the court's gatekeeping role is necessarily different. Where the gatekeeper and the factfinder are one and the same—that is, the judge—the need to make such decisions prior to hearing the testimony is

2

lessened." *In re Salem*, 465 F.3d 767, 777 (7th Cir. 2006) (citing *United States v. Brown*, 415 F.3d 1257, 1268-69 (11th Cir. 2005)); *see also Fletcher*, 196 F. Supp. at 820-21). Rather than excluding expert testimony, the better approach under *Daubert* in a bench trial is to permit the expert testimony and allow "vigorous cross-examination, presentation of contrary evidence," and careful weighing on the burden of proof to test "shaky but admissible evidence." *Daubert*, 509 U.S. at 596 (citing *Rock v. Arkansas*, 483 U.S. 44, 61 (1987)).

**B.  Application of Legal Standard to Motions**

Based upon consideration of the motions, as well as opposition filed, the Court finds:

1.  Testimony by Professor Anthony Sebok and Professor Samir Parikh

CNA asserts that Prof. Sebok's testimony should be excluded because: (1) he was disclosed as a rebuttal expert by Jeff Anderson and Associates ("JAA"), who are not plan proponents or parties-in-interest; (2) the principal purpose of Prof. Sebok's testimony is to rebut testimony by CNA's expert (Prof. Samir Parikh) that impugns the reputation of JAA, which testimony CNA contends is "irrelevant and inadmissible;" and (3) any testimony by Prof. Sebok that relates to confirmation issues would be cumulative. (ECF No. 3239). JAA and the Committee filed opposition to CNA's motion to exclude Prof. Sebok's testimony (ECF Nos. 3259, 3260). The Committee's opposition includes a motion *in limine* to exclude the expert testimony of Prof. Parikh (ECF No. 3260), to which CNA filed opposition (ECF No. 3269). The Committee contends that determinations to include or exclude the testimony of Prof. Parikh and Prof. Sebok are directly related to one another. (ECF No. 3260 at 1).

CNA's objection to the Eighth Amended Joint Plan is based, in part, upon an assertion that "JAA's litigation financing is relevant to whether the Plan satisfies the 'good faith' requirement of Bankruptcy Code § 1129(a)(3)." (ECF No. 3239 at 4). Prof. Parikh has been put

3

forth by CNA as an expert on "litigation financing and related matters." (*Id*.). To the extent that Prof. Parikh and Prof. Sebok are being called as experts to inform the Court as to the ethical issues and dangers of litigation financing (or the absence thereof), the Court is skeptical with respect to the value of that testimony. The Court is well-informed on the topic and views the competing testimony by these experts as potentially pedestrian. Based upon the arguments made, the Court will not preclude the testimony at this stage. However, the Court reserves the right to cut short this testimony during trial should the expert testimony prove to be unhelpful. Accordingly, the motions to preclude the testimony of Prof. Parikh (ECF No. 3260) and Prof. Sebok (ECF No. 3239) are **DENIED**.

2. Testimony of Julia M. Hilliker and Peter J. Kelly

CNA states that Ms. Hilliker will testify at trial as to "how CVA claims normally proceed through discovery and trial in New York courts." (ECF No. 3256 at 1). The Plan Proponents seek to disallow Ms. Hilliker's testimony, asserting that the testimony she will give is duplicative of the testimony she gave during the administrative claim trial last year. (ECF No. 3240 at 11). They further contend that her opinions are based on common knowledge and will do nothing to "inform the Court." (*Id*. at 11 & 14).

Mr. Kelly is offered by CNA as an expert regarding insurer expectations "with respect to their right and ability to control the defense of claims tendered to them for payment." (ECF No. 3256 at 1). The Plan Proponents seek to disallow Mr. Kelly's testimony based upon their belief that his opinions exceed his expertise. (ECF No. 3240 at 14).

The proffered testimony of both Ms. Hilliker and Mr. Kelly relates to an important issue—whether the Eighth Amended Plan improperly alters CNA's insurance defense rights. The Court has reviewed the qualifications of both experts (ECF No. 3240-1 at 14-18 & ECF No.

3240-2 at 23-27) and is fully capable of determining whether the scope of their testimony exceeds their expertise. As such, the motion of the Plan Proponents to preclude the testimony and opinions of Ms. Hilliker and Mr. Kelly is **DENIED**.

### 3. Testimony of Professor Tom Baker

CNA has moved to exclude the opinions and testimony of Prof. Tom Baker, as a rebuttal expert to the opinions of Ms. Hilliker and Mr. Kelly.[2] (ECF No. 3257). CNA asserts that Prof. Baker is not qualified to testify in rebuttal to the direct testimony of either expert. In addition, CNA contends that Prof. Baker's opinions are mischaracterized as rebuttals but, are in fact affirmative opinions that should have been previously disclosed. (*Id.* at 2).

The bases for disallowing the testimony of Prof. Baker sound similar to the requests made to disallow the opinions of Ms. Hilliker and Mr. Kelly—lack of expertise. Since the Court has seen fit to allow the testimony of Ms. Hilliker and Mr. Kelly, the Court will allow the rebuttal testimony of Prof. Baker. To the extent Prof. Baker, or any expert, attempts to offer legal conclusions, those opposing such testimony will be expected to object at trial. Accordingly, CNA's motion at ECF No. 3257 is **DENIED**.

---

[2]     According to CNA's motion at ECF No. 3239, CNA and the Committee agreed that the Committee's response to the motion objecting to Prof. Baker's testimony will be due on July 23, 2025. (ECF No. 3239 at 9 n.16). Based upon the Court's decision allowing the testimony of Ms. Hilliker and Mr. Kelly, as well as the assertions made by CNA in their motion, the Court does not need to wait for opposition by the Committee to make its determination on this motion.

Case 2-19-20905-PRW,    Doc 3294,    Filed 07/23/25,    Entered 07/24/25 00:40:23,
Description: Imaged Certificate of Notice, Page 17 of 18

**II.**

**CONCLUSION**

The motions at ECF No. 3239 and 3260 are **DENIED**. Additionally, the motions at ECF

No. 3240 and 3257 are **DENIED**. The Court is not, however, making a determination or a ruling

as to the admissibility of any expert testimony that may be offered at trial.

**IT IS SO ORDERED.**

Dated: July 21, 2025
      Rochester, New York

_____/s/_____
**HON. PAUL R. WARREN**
United States Bankruptcy Judge