UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 2-19-20905-PRW |
| The Diocese of Rochester, | Chapter 11 |
| Debtor. | |

**LONDON MARKET INSURERS'** *EX PARTE* **MOTION TO AUTHORIZE COUNSEL TO POSSESS AND USE PERSONAL ELECTRONIC DEVICES INSIDE THE COURTHOUSE PURSUANT TO THE AMENDED GENERAL ORDER ENTERED NOVEMBER 9, 2023**

London Market Insurers[1] respectfully move for an order authorizing their below-listed counsel to possess and use Personal Electronic Devices (as defined in the Amended General Order described below) in the United States Courthouse for the Western District of New York, 100 State Street, Rochester, New York 14614, and to use such Personal Electronic Devices in accordance with the terms of the then United States District Court Chief Judge Elizabeth A. Wolford's Amended General Order dated November 9, 2023, as it may be amended, for all hearings in the above-captioned bankruptcy case, including any adversary proceedings.

| **Attorney** | **Personal Electronic Devices** |
|---|---|
| Russell W. Roten | Laptop, Phone, and Tablet |

Dated:  July 24, 2025

Respectfully submitted,

By: */s/ Russell W. Roten*
  Russell W. Roten (admitted *pro hac vice*)
  Skarzynski Marick & Black, LLP
  633 West Fifth Street, 26th Floor
  Los Angeles, CA  90071
  Telephone: (213) 721-0650
  Email: rroten@skarzynski.com

*Attorneys for London Market Insurers*

4933-4589-0391, v. 1

---

[1] The term "London Market Insurers" refers, collectively, to Certain Underwriters at Lloyd's, London, subscribing to policies SL 3209/SL 5227, SL 3675/SLC 5698, and ISL 3090/ICO 4050 ("Lloyd's"); RiverStone Insurance (UK) Limited (formerly known as Terra Nova) ("Terra Nova");  Catalina Worthing Insurance Ltd f/k/a HFPI (formerly known as Excess) ("Excess"); RiverStone Insurance (UK) Limited (formerly known as Sphere Drake) ("Sphere Drake"); and Sompo Japan Nipponkoa Insurance Company of Europe Limited (formerly known as Yasuda) ("Yasuda").