UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 2-19-20905-PRW

Chapter 11

# ORDER AUTHORIZING LONDON MARKET INSURERS' COUNSEL TO POSSESS AND USE PERSONAL ELECTRONIC DEVICES INSIDE THE COURTHOUSE

Upon London Market Insurers'[1] *Ex Parte* Motion to Authorize Counsel to Possess and Use Personal Electronic Devices Inside the Courthouse Pursuant to the Amended General Order Entered November 9, 2023 ("Motion"); it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein; due notice of the Motion having been given under the circumstances; upon all the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the following attorney is authorized to bring the Personal Electronic Devices in the United States District Court for the Western District of New York, and to use the same in accordance with the terms of the Amended General Order No. 161 dated November 9, 2023, as it may be amended, during all hearings in the above-captioned bankruptcy case, including any adversary proceedings; and it is further:

//

//

//

---

[1] The term "London Market Insurers" refers, collectively, to Certain Underwriters at Lloyd's, London, subscribing to policies SL 3209/SL 5227, SL 3675/SLC 5698, and ISL 3090/ICO 4050 ("Lloyd's"); RiverStone Insurance (UK) Limited (formerly known as Terra Nova) ("Terra Nova"); Catalina Worthing Insurance Ltd f/k/a HFPI (formerly known as Excess) ("Excess"); RiverStone Insurance (UK) Limited (formerly known as Sphere Drake) ("Sphere Drake"); and Sompo Japan Nipponkoa Insurance Company of Europe Limited (formerly known as Yasuda) ("Yasuda").

**ORDERED**, that this Court shall retain jurisdiction to determine all matters arising from the implementation of this Order.

| Attorneys | Devices |
|---|---|
| Russell W. Roten | Laptop, Phone, and Tablet |

Dated: _____
      Rochester, New York

 

_____
Hon. Paul R. Warren
United States Bankruptcy Judge

4912-5293-2695, v. 1