| | |
|---|---|
| In re: | Case No. 19-20905-PRW |
| The Diocese of Rochester | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0209-2      User: admin      Page 1 of 13
Date Rcvd: Jul 22, 2025      Form ID: pdforder      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |
| pr | + | Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | Jul 22 2025 18:27:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |
| ustWH | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 22 2025 18:27:00 | William K. Harrington, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick St., Suite 1006, New York, NY 10014-4811 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |

Adam Horowitz
on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com

Adam Horowitz
on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com

Adam Horowitz
on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com

Adam P. Haberkorn
on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com

Adam P. Haberkorn
on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com

Amy Keller
on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com

Amy Keller
on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com sfischer@lglaw.com

Amy Keller
on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com

Andrew S. Richmond
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com

Andrew S. Richmond
on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com

Andrew Scott Rivera
on behalf of Debtor The Diocese of Rochester arivera@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Annette Rolain
on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com bkfilings@ruggerilaw.com

Brian Micic
on behalf of Defendant Markel International Insurance Company Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Tenecom Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Certain London Market Companies brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party HDI Global Specialty SE brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party Certain Underwriters at Lloyd's London brian.micic@clydeco.us

Brian Micic
on behalf of Defendant Certain Underwriters at Lloyd's London brian.micic@clydeco.us

Brian Micic
on behalf of Interested Party London Market Insurers brian.micic@clydeco.us

Brian Micic
on behalf of Defendant The Dominion Insurance Company Limited brian.micic@clydeco.us

Brian Micic
on behalf of Defendant HDI Global Specialty SE brian.micic@clydeco.us

Brianna M Espeland
on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland
on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael
on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill
on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre
caroldopray61@yahoo.com

Catalina Sugayan

| | |
|---|---|
| Catalina Sugayan | on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catherine Beideman Heitzenrater | on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com |
| Charles Edwin Jones | on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles J. Sullivan | on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Christopher Loeber | on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com |
| Christopher Loeber | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com |
| Christopher Eric Love | on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com |
| Christopher Eric Love | on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com |
| Craig Goldblatt | on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com |
| Craig Goldblatt | on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com |

Danielle Spinelli
: on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
: on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David C. Christian, II
: on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David C. Christian, II
: on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David D. MacKnight
: on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com

Deola T. Ali
: on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
: on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
: on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
: on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
: on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
: on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
: on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
: on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
: on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Dirk C. Haarhoff
: on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
: on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
: on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
: on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com therese@andersonadvocates.com

Eric John Ward
: on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
: on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
: on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
: on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke
: on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke
: on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11
: USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber
: on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney
    on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney
    on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter
    on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
    on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald
    on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Gregory J. McDonald
    on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Harris Winsberg
    on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
    on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
    on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg
    on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
    on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir
    on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf
    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
    on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
    on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
    on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ingrid S. Palermo
    on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin
    on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
    on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James I. Stang
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri
    on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com

James R Marsh
    on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

James R Marsh
    on behalf of Creditor S. B. jamesmarsh@marsh.law

James R Marsh

| | |
|---|---|
| | on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor S.B. jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor M.G. jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor R.O. jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law |
| James R Marsh | |
| | on behalf of Creditor Claimant MM jamesmarsh@marsh.law |
| James R Murray | |
| | on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com edocketing@blankrome.com |
| James R Murray | |
| | on behalf of Special Counsel Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com |
| James S. Carter | |
| | on behalf of Special Counsel Blank Rome LLP james.carter@blankrome.com |
| Jarrod W Smith | |
| | on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com |
| Jarrod W Smith | |
| | on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com |
| Jarrod W Smith | |
| | on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com |
| Jarrod W Smith | |
| | on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com |
| Jason P. Amala | |
| | on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com |
| Jason P. Amala | |
| | on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com |
| Jeff Kahane | |
| | on behalf of Defendant Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Interested Party London Market Insurers jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Defendant Certain London Market Companies jkahane@skarzynski.com |
| Jeff Kahane | |
| | on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeffrey Austin Dove | |
| | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | |
| | on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | |
| | on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | |
| | on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey M Dine | |
| | on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com |
| Jeffrey M Dine | |
| | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com |

| | |
|---|---|
| Jesse Bair | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com |
| Jesse Bair | on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com |
| Jesse Bair | on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com kdempski@burnsbair.com,bhorn@burnsbair.com |
| John Bucheit | on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com |
| John Bucheit | on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com |
| John Bucheit | on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com |
| John Bucheit | on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com |
| John A. Mueller | on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com |
| Jon Travis Powers | on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com |
| Jon Travis Powers | on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com |
| Jon Travis Powers | on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com |
| Jon Travis Powers | on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com |
| Joshua D Weinberg | on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com |
| Judith Treger Shelton | on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com |
| Judith Treger Shelton | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com |
| Judith Treger Shelton | on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com |
| Kaitlin M. Calov | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Kaitlin M. Calov | on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Kaitlin M. Calov | on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com |
| Karen B. Dine | on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com |
| Karen B. Dine | on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com |
| Kathleen Thomas | on behalf of Creditor J. O. kat@tlclawllc.com |

Kathleen Thomas
    on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com

Kathleen Thomas
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com

Kelly McNamee
    on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com

Lauren Lifland
    on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com

Leander Laurel James, IV
    on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Lee E. Woodard
    on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com

Lucas B. Franken
    on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com mfilomeno@pcvalaw.com

Lucien A. Morin, II
    on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com

Mark Bruh
    on behalf of Assistant U.S. Trustee Erin Champion 11 mark.bruh@usdoj.gov

Mark Bruh
    on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov

Mark D. Plevin
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin
    on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin
    on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mary Jo Korona
    on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com

Matthew Roberts
    on behalf of Defendant National Surety Corporation mroberts@phrd.com

Matthew Roberts
    on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com

Matthew Roberts
    on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com

Matthew Roberts
    on behalf of Interested Party National Surety Corporation mroberts@phrd.com

Matthew Griffin Merson

| | |
|---|---|
| | on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com |
| Matthew John Obiala, I | |
| | on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us |
| Matthew Michael Weiss | |
| | on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com |
| Matthew Michael Weiss | |
| | on behalf of Interested Party National Surety Corporation mweiss@phrd.com |
| Melanie Wolk | |
| | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com |
| Michael Finnegan | |
| | on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | |
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | |
| | on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Watson | |
| | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com |
| Michael Watson | |
| | on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com |
| Michael A. Weishaar | |
| | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com |
| Michael J Grygiel | |
| | on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com, alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com |
| Miranda Turner | |
| | on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com |
| Miranda Turner | |
| | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com |
| Miranda Turner | |
| | on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com |
| Miranda Turner | |
| | on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com |
| Mitchell Garabedian | |
| | on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | |
| | on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com |
| Mohammad Tehrani | |
| | on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com |
| Nathan Mark Kuenzi | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors nkuenzi@burnsbair.com |

| | |
|---|---|
| Nathan W. Reinhardt | on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com |
| Nathan W. Reinhardt | on behalf of Interested Party Certain Underwriters at Lloyd's London nreinhardt@skarzynski.com |
| Nathaniel Foote | on behalf of Creditor Thomas David Adams nate@vca.law |
| Nathaniel Foote | on behalf of Attorney Nathaniel Lucas Foote nate@vca.law |
| Nathaniel Foote | on behalf of Creditor claimants CC151 CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law |
| Paul L. Leclair | on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law |
| Peter Garthwaite | on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com |
| Peter Garthwaite | on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com |
| Renee E. Franchi | on behalf of Creditor Thomas David Adams renee@vca.law |
| Robert Drummond | on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com |
| Robert Drummond | on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com |
| Robert P. Arnold | on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com |
| Robert P. Arnold | on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com |
| Russell Webb Roten | on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com |
| Russell Webb Roten | on behalf of Interested Party Certain Underwriters at Lloyd's London rroten@skarzynski.com |
| Russell Webb Roten | on behalf of Interested Party London Market Insurers rroten@skarzynski.com |
| Russell Webb Roten | on behalf of Defendant Certain Underwriters at Lloyd's London rroten@skarzynski.com |
| Sam A Elbadawi | on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com |
| Samrah Mahmoud | on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com |
| Sara C. Temes | on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor T. G. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor B. M. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com smdlaw27@gmail.com |

Scott Michael Duquin
    on behalf of Creditor J. F. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D S sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. O. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor John Doe 3 sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Seth H. Lieberman
    on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com

Seth H. Lieberman
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho
    on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich
    on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross
    on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd
    on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen Boyd
    on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato
    on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen G. Schwarz
    on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 480 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 527 sbross@sssfirm.com

Stephenie Lannigan Bross
    on behalf of Creditor claimant 557 sbross@sssfirm.com

Stephenie Lannigan Bross

| | |
|---|---|
| Stephenie Lannigan Bross | on behalf of Creditor claimant 468 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 481 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 485 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 274 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 496 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 434 sbross@sssfirm.com |
| Steve Phillips | on behalf of Creditor LCVAWCR DOE sphillips@p2law.com |
| Steve Phillips | on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com |
| Steven D. Allison | on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com |
| Stuart S. Mermelstein | on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com |
| Tancred Schiavoni | on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com |
| Tancred Schiavoni | on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com |
| Terrance Flynn | on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com |
| Timothy Evanston | on behalf of Interested Party London Market Insurers tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com |
| Timothy Patrick Lyster | on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Quaid Karcher | on behalf of Financial Advisor Berkeley Research Group LLC tkarcher@proskauer.com |
| Timothy Quaid Karcher | on behalf of Notice of Appearance Creditor Berkeley Research Group LLC tkarcher@proskauer.com |
| Timothy W. Burns | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;nkuenzi@burnsbair.com |
| Timothy W. Burns | on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com |
| Timothy W. Burns | on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com |
| Todd C. Jacobs | on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com |

Victoria Phillips
    on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon
    on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 294

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:

    The Diocese of Rochester,

Case No. 19-20905
Chapter 11

        Debtor.

---

## CASE MANAGEMENT ORDER

A confirmation trial is scheduled to begin on July 29, 2025. It is **ORDERED** that the following must be delivered to the Rochester Clerk's Office on or before **12:00 p.m. (Noon) on July 25, 2025**:

1. Pre-trial statements, in the format attached.
2. Stipulations (uncontested facts, admissibility of evidence, qualifications of experts, issues to be tried, etc.).
3. A list of witnesses to be called at trial (including the information required by Paragraph 3 of the Pre-trial Statement), together with copies of exhibits to be used at trial (pre-marked, indexed, in three-ring binders), must be submitted to chambers and provided to opposing counsel.

**IT IS SO ORDERED.**

Dated: July 22, 2025  
Rochester, New York

_____/s/_____  
**HON. PAUL R. WARREN**  
United States Bankruptcy Judge

## Pre-Trial Statements

Each party must deliver and exchange a Pre-Trial Statement. The Pre-Trial Statement must include the following information, under separately numbered headings, and in the following order:

1. A concise statement of each contested legal issue.
2. A summary of all evidentiary issues and any anticipated evidentiary objections.
3. Identification of witnesses, including: (a) the name of each witness who will testify, (b) a brief summary of each witness's anticipated testimony, and (c) the projected duration of each witness's testimony.
4. The estimated length of the trial.
5. Any unique circumstances the parties will ask the court to address as part of the trial.

Form WSCHEDO
www.nywb.uscourts.gov