**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Diocese of Rochester, | Case No. 19-20905 (PRW) |
| Debtor. | |

# JOINDER TO THE INTERSTATE INSURERS' REPLY TO OPPOSITION OF THE UNITED STATES TRUSTEE TO CONFIRMATION OF EIGHTH AMENDED JOINT PLAN

Certain London Market Insurers ("LMI"),[1] by and through their undersigned attorneys, hereby join in the Reply to the Opposition of the United States Trustee to Confirmation of Eighth Amended Joint Plan [Docket No. 3288] ("Reply") filed by Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company (collectively, "Interstate Insurers"). For the reasons stated in the Reply filed by the Interstate Insurers, LMI request that the Court enter an order granting confirmation of the Eighth Amended Joint Plan.

Date: July 25, 2025

Respectfully submitted,

**SKARZYNSKI MARICK & BLACK LLP**

By: <u>/s/ Russell W. Roten</u>
Russell W. Roten (admitted *pro hac vice*)
Jeff D. Kahane (admitted *pro hac vice*)
Nathan Reinhardt (admitted *pro hac vice*)
Timothy W. Evanston (admitted *pro hac vice*)
Ashley Storey (SBN 6024210)
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
jkahane@skarzynski.com

---

[1] The term "London Market Insurers" refers, collectively, to Certain Underwriters at Lloyd's, London, subscribing to policies SL 3209/SL 5227, SL 3675/SLC 5698, and ISL 3090/ICO 4050 ("Lloyd's"); RiverStone Insurance (UK) Limited (formerly known as Terra Nova) ("Terra Nova"); Catalina Worthing Insurance Ltd f/k/a HFPI (formerly known as Excess) ("Excess"); RiverStone Insurance (UK) Limited (formerly known as Sphere Drake) ("Sphere Drake"); and Sompo Japan Nipponkoa Insurance Company of Europe Limited (formerly known as Yasuda) ("Yasuda")

rroten@skarzynski.com
nreinhardt@skarzynski.com
tevanston@skarzynski.com
astorey@skarzynski.com

*-and-*

**CLYDE & CO US LLP**

Catalina J. Sugayan (admitted *pro hac vice*)
James Moffitt (*pro hac vice* pending)
30 S Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
James.Moffitt@clydeco.us

Attorneys for London Market Insurers