**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Diocese of Rochester, | Case No. 19-20905 (PRW) |
| Debtor. | |

### JOINDER TO THE INTERSTATE INSURERS' REPLY TO OPPOSITION OF THE UNITED STATES TRUSTEE TO CONFIRMATION OF EIGHTH AMENDED JOINT PLAN

Underwriters[1] by and through their undersigned attorneys, hereby join in the Reply to the Opposition of the United States Trustee to Confirmation of Eighth Amended Joint Plan [Docket No. 3288] ("Reply") filed by Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company (collectively, "Interstate Insurers"). For the reasons stated in the Reply filed by the Interstate Insurers, Underwriters request that the Court enter an order granting confirmation of the Eighth Amended Joint Plan.

Date: July 25, 2025

Respectfully submitted,

By: */s/ James J. Moffitt*
**CLYDE & CO US LLP**
Catalina J. Sugayan (admitted *pro hac vice*)
James Moffitt (*pro hac vice*)
30 S Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Catalina.Sugayan@clydeco.us
James.Moffitt@clydeco.us

*Attorneys for Underwriters*

---

[1] The term "Underwriters" refers, collectively, to those Certain Underwriters at Lloyd's, London, HDI Global Specialty SE, and Convex Insurance UK Limited subscribing to Certificate Nos. 18W2012, 18XS133, 19W2012, 19XS133, 20W2012, 20XS133, 21W2012, 21XS133, 22W2012, 22XS133, 22XS133A, 23W2012, 23XS133, 23XS133A, 24W2012, 24XS133, and 24XS133A issued to the Diocese of Rochester.