UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                           Debtor.

Case No.  19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period April 1, 2025 Through April 30, 2025*, a copy of which is attached hereto and hereby served upon you.  In addition, Bond has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its April 2025 invoice in text format.

Dated: July 30, 2025                    BOND, SCHOENECK & KING, PLLC

By:      /s/ Stephen A. Donato
         Stephen A. Donato
         Charles J. Sullivan
         Grayson T. Walter
         One Lincoln Center
         Syracuse, New York 13202
         Telephone:  (315) 218-8000
         Emails:  sdonato@bsk.com
                  csullivan@bsk.com
                  gwalter@bsk.com

         *Attorneys for The Diocese of Rochester*

2

22065344.v1-7/30/25
Case 2-19-20905-PRW,   Doc 3316,   Filed 07/30/25,   Entered 07/30/25 11:06:15,
Description: Main Document  , Page 2 of 23

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Case No. 19-20905

The Diocese of Rochester,

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER**
**FOR THE PERIOD APRIL 1, 2025 THROUGH APRIL 30, 2025**

Name of Applicant: Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to: The Diocese of Rochester, Debtor-In-Possession

Date of Retention: Order entered November 20, 2019 [Docket No. 249]
*Nunc Pro Tunc* to September 12, 2019

Period for which compensation
and reimbursement is sought: April 1, 2025 through April 30, 2025

Amount of compensation sought
as actual, reasonable and necessary: 80% of $95,843.10 ($76,674.48)

Amount of expense reimbursement sought
as actual, reasonable and necessary: $1,543.00

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's sixty-sixth monthly fee statement in this case.

22065344.v1-7/30/25

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 04/30/25.

**Financial Review**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 04/11/25 | K.M.Doner | 0.10 | $20.00 | Corresponded with Attorney Clement regarding operating reports and fee statement issues. |
| 04/14/25 | R.Clement | 0.30 | $72.90 | Participated in call with Attorney Sullivan regarding case status and strategy. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case strategy and open issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding case status. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Sullivan regarding case status and strategies. |
| | A.S.Rivera | 0.30 | $93.15 | Conferred with Attorney Sullivan regarding case strategy and open issues. |
| 04/21/25 | K.M.Doner | 0.10 | $20.00 | Corresponded with U.S. Trustee regarding Communis Fund statements for March 2025. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with Diocese regarding Communis Fund statements for March 2025. |
| | R.Clement | 0.30 | $72.90 | Participated on call with Attorney Sullivan to discuss case status and strategy. |

Accounts Are Due Within 30 Days.

Page: 1

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| 04/29/25 | K.M.Doner | 1.20 | $240.00 | Analyzed the Diocese's March 2025 operating report and related schedules. |
| | K.M.Doner | 0.30 | $60.00 | Reviewed revised March 2025 operating report and corresponded with S. Mosman regarding same. |
| 04/30/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorney Temes regarding the Diocese's March 2025 monthly operating report. |
| | K.M.Doner | 0.40 | $80.00 | Revised the Diocese's March 2025 operating report and related schedules. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with L. Passero, M. Ziarniak and S. Mosman regarding the Diocese's March 2025 operating report. |
| | K.M.Doner | 0.20 | $40.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's March 2025 operating report. |
| | S.C.Temes | 0.50 | $243.00 | Reviewed draft of the Diocese's March 2025 monthly operating report. |

| | Subtotal: | Hours: | 5.50 | |
| | | Amount: | $1,744.45 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/01/25 | G.T.Walter | 1.60 | $784.80 | Analyzed LMI settlement agreement. |
| 04/02/25 | S.A.Donato | 0.20 | $114.30 | Researched motions to compel mediation. |
| | G.T.Walter | 1.30 | $637.65 | Analyzed issues raised by Interstate regarding settlement agreement. |

Accounts Are Due Within 30 Days.

Page: 2

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|-------------|
| | G.T.Walter | 0.40 | $196.20 | Consulted with Attorney Krell regarding insurer settlement agreement revisions and motion to approve same. |
| | J.S.Krell | 2.20 | $960.30 | Revised Interstate settlement agreement. |
| | J.S.Krell | 1.20 | $523.80 | Drafted correspondence to all interested parties regarding meet and confer to address concerns over the revised Interstate settlement agreement. |
| 04/04/25 | G.T.Walter | 0.50 | $245.25 | Conferred with Interstate counsel regarding settlement agreement revisions. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with J. Krell regarding Interstate agreement revisions. |
| | S.C.Temes | 0.50 | $243.00 | Participated in conference call with Attorney Walter regarding insurers settlement agreements. |
| 04/05/25 | G.T.Walter | 1.30 | $637.65 | Reviewed further changes to Interstate settlement agreement and commented on same. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed correspondence and revised settlement agreement from insurance carrier counsel regarding settling insurer issues. |
| 04/06/25 | J.S.Krell | 4.20 | $1,833.30 | Revised the Interstate settlement agreement. |
| 04/07/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Walter and Krell regarding motion to approve insurance settlements. |
| | S.A.Donato | 0.10 | $57.15 | Conferred with Committee counsel regarding mediation updates. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding settling insurer agreement updates and open issues. |
| | S.A.Donato | 0.10 | $57.15 | Conferred with L. Passero regarding mediation issues. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Interstate counsel regarding settlement agreement follow up inquiries. |

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.80 | $457.20 | Reviewed further revised draft of insurance settlement agreement received from settling insurer. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with mediator regarding mediation updates. |
| | G.T.Walter | 3.50 | $1,716.75 | Analyzed revisions to LMI settlement agreement. |
| | G.T.Walter | 0.20 | $98.10 | Conferred with Attorney Rivera regarding preparation of motion regarding noticing of insurer settlements. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Krell regarding insurer settlement agreements. |
| | A.S.Rivera | 0.40 | $124.20 | Consulted with Attorney Sullivan regarding insurance settlement agreement. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Krell regarding insurance settlements. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Walter regarding preparation of motion regarding noticing of insurer settlements. |
| | A.S.Rivera | 1.20 | $372.60 | Examined Interstate settlement agreement. |
| | J.S.Krell | 0.30 | $130.95 | Discussed insurer settlement agreements with Attorneys Sullivan and Walter. |
| | J.S.Krell | 0.60 | $261.90 | Analyzed settling insurers' inquiries regarding coverage under the insurance policies. |
| | J.S.Krell | 2.30 | $1,003.95 | Began drafting motion seeking approval of the insurer settlement agreements pursuant to Rule 9019 and section 363 of the Bankruptcy Code. |
| | J.S.Krell | 0.90 | $392.85 | Performed research regarding entities that are covered or allegedly covered under insurance policies. |
| 04/08/25 | G.T.Walter | 1.00 | $490.50 | Participated in call with Interstate regarding negotiation of settlement agreement. |

Accounts Are Due Within 30 Days.

Page:  4

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 1.80 | $882.90 | Conferred with Attorney Krell regarding LMI settlement agreement issues and revisions. |
| | G.T.Walter | 0.70 | $343.35 | Reviewed Interstate settlement revisions in advance of call with insurance carriers. |
| | S.C.Temes | 1.00 | $486.00 | Conference call with insurers to discuss revisions to settlement agreement. |
| | J.S.Krell | 3.30 | $1,440.45 | Revised LMI settlement agreement. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed bar date order in connection with determining manner of publication notice required for the insurer settlement agreements. |
| | J.S.Krell | 1.20 | $523.80 | Analyzed attachments to the LMI settlement agreement concerning the Catholic directory entities. |
| | J.S.Krell | 3.00 | $1,309.50 | Continued drafting the settlement and sale motion for approval of the settling insurers settlement agreements. |
| 04/09/25 | G.T.Walter | 0.50 | $245.25 | Drafted revised language for settlement agreements. |
| | G.T.Walter | 0.90 | $441.45 | Participated in various calls with Attorney Krell regarding LMI and Interstate settlement issues. |
| | G.T.Walter | 1.00 | $490.50 | Reviewed further revisions to LMI settlement agreement. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with special insurance counsel regarding mediation issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Murray regarding mediation issues. |
| | J.S.Krell | 4.00 | $1,746.00 | Continued drafting the settlement and sale motion for approval of the settling insurers settlement agreements. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | J.S.Krell | 1.00 | $436.50 | Analyzed the supplemental injunction language from the proposed sale order in connection with proposed revisions to the LMI settlement agreement. |
| | J.S.Krell | 2.50 | $1,091.25 | Finalized revisions to the LMI settlement agreement. |
| 04/11/25 | G.T.Walter | 0.80 | $392.40 | Reviewed markup of LMI settlement agreement in preparation for call with insurers. |
| | G.T.Walter | 1.30 | $637.65 | Participated in call with insurers regarding LMI settlement agreement. |
| | G.J.McDonald | 4.00 | $2,106.00 | Worked on settlement documents and related exhibits for settling insurers. |
| | A.S.Rivera | 3.50 | $1,086.75 | Drafted motion to approve notice procedures for insurance settlement agreements. |
| | J.S.Krell | 1.20 | $523.80 | Prepared for call with settling insurers to discuss revisions to settlement agreements. |
| | J.S.Krell | 2.00 | $873.00 | Revised the Interstate and LMI settlement agreements. |
| 04/14/25 | G.T.Walter | 1.50 | $735.75 | Revised settling insurer approval motion. |
| | G.T.Walter | 1.00 | $490.50 | Analyzed revisions to Interstate settlement agreement. |
| | G.T.Walter | 0.60 | $294.30 | Conferred with L. Passero regarding current issues in settlement negotiations with insurers. |
| | G.T.Walter | 0.60 | $294.30 | Reviewed LMI settlement agreement regarding open negotiation points. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney McDonald regarding CNA/insurance carrier plan discovery updates. |
| | S.A.Donato | 0.80 | $457.20 | Reviewed insurance carrier counsel's further modifications to draft settlement insurance agreements. |

Accounts Are Due Within 30 Days.

Page: 6

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Krell regarding insurance carrier counsel's further modifications to draft insurance settlement agreements. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding settling insurer agreement updates. |
| | G.J.McDonald | 5.00 | $2,632.50 | Worked on settlement agreements with settling insurers. |
| | J.S.Krell | 0.40 | $174.60 | Discussed insurance carrier settlements with Attorney Walter. |
| 04/15/25 | G.T.Walter | 0.50 | $245.25 | Participated in call with LMI counsel regarding settlement terms. |
| | G.T.Walter | 0.20 | $98.10 | Participated in follow up calls with Committee counsel regarding insurance carrier settlement issues. |
| | G.T.Walter | 3.00 | $1,471.50 | Revised Interstate and LMI settlement agreements. |
| | S.A.Donato | 0.70 | $400.05 | Continued review of insurance carrier counsel modifications to settlement agreement and further comments. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Walter regarding insurance carrier counsel modifications to settlement agreement and further comments. |
| | S.A.Donato | 0.10 | $57.15 | Conferred with Committee counsel regarding settling insurer updates. |
| | S.A.Donato | 0.10 | $57.15 | Conferred with Committee counsel regarding mediation updates. |
| | G.J.McDonald | 2.50 | $1,316.25 | Worked on settling insurers settlement agreements. |
| | J.S.Krell | 2.30 | $1,003.95 | Analyzed the schedules and attachments to the insurer settlement agreements. |
| | J.S.Krell | 2.00 | $873.00 | Performed research and reviewed documents in connection with insurer settlement agreements. |

Accounts Are Due Within 30 Days.

Page: 7

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/16/25 | G.T.Walter | 6.00 | $2,943.00 | Revised motion approving settlements with insurers. |
| | G.T.Walter | 0.10 | $49.05 | Participated in update call with L. Passero regarding insurer settlements. |
| | G.T.Walter | 0.10 | $49.05 | Participated in call with Attorney Krell regarding insurer settlements. |
| | G.T.Walter | 0.70 | $343.35 | Conferred with settling insurers regarding settlement agreement negotiations. |
| | G.T.Walter | 0.80 | $392.40 | Analyzed LMI settlement revisions. |
| | G.J.McDonald | 3.50 | $1,842.75 | Worked on insurer settlement agreements. |
| | G.J.McDonald | 0.70 | $368.55 | Telephone conferenced with settling insurers counsel regarding settlement agreements and exhibits. |
| | J.S.Krell | 0.80 | $349.20 | Prepared for call with settling insurers regarding settlement agreements. |
| | J.S.Krell | 1.50 | $654.75 | Revised certain attachments to the LMI settlement agreement concerning the participating parties. |
| | J.S.Krell | 0.70 | $305.55 | Participated in conference call with the settling insurers to finalize the settlement agreements. |
| 04/17/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Krell regarding insurance settlement issues. |
| | G.T.Walter | 1.70 | $833.85 | Reviewed revisions to settlement agreements and motion. |
| | G.J.McDonald | 3.00 | $1,579.50 | Worked on attachments and exhibits to settling insurers' settlement agreements. |
| | J.S.Krell | 3.60 | $1,571.40 | Finalized all exhibits and attachments to the insurer settlement agreements. |
| | J.S.Krell | 4.00 | $1,746.00 | Finalized motion seeking to approve the settlements/policy buybacks with the settling insurers. |

Accounts Are Due Within 30 Days.

Page: 8

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|------|-------------|
| | J.S.Krell | 0.40 | $174.60 | Drafted correspondence to Attorneys Carter and Murray regarding obtaining insurance policy information in connection with finalizing the motion. |
| 04/18/25 | G.T.Walter | 1.00 | $490.50 | Reviewed insurer comments and revised motion to approve settlements. |
| | J.S.Krell | 1.20 | $523.80 | Reviewed final draft of the motion seeking approval of the settlement/sale with the settling insurers. |
| 04/19/25 | G.T.Walter | 2.50 | $1,226.25 | Revised Interstate and LMI agreements and motion to approve same. |
| 04/21/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Krell regarding 363 insurance carrier buy back motion issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to mediator regarding mediation updates. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding 363 settling insurer updates. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding insurance carrier settlements. |
| | G.T.Walter | 1.40 | $686.70 | Reviewed status of insurer settlement agreements. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with insurers regarding settlement status. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding insurance carrier settlements. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding insurance settlement buy back 363 motion. |
| | J.S.Krell | 2.50 | $1,091.25 | Drafted the First State settlement agreement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | J.S.Krell | 1.20 | $523.80 | Reviewed correspondence from counsel to the settling insurers regarding status of settlement agreements and filing of motion seeking to approve same. |
| 04/22/25 | K.M.Doner | 0.50 | $100.00 | Participated in various telephone conferences with Attorney Walter regarding motion to approve settlements with LMI and Interstate. |
| | K.M.Doner | 0.80 | $160.00 | Revised motion to approve settlements with Interstate and LMI. |
| | K.M.Doner | 0.70 | $140.00 | Revised motion to approve form and manner of notice of the Diocese's motion to approve insurance settlements and set hearing and objection deadline. |
| | G.T.Walter | 2.30 | $1,128.15 | Finalized LMI and Interstate settlement agreements and 9019 motion. |
| | J.S.Krell | 1.50 | $654.75 | Reviewed the LMI settlement agreement and revised same to include revisions proposed by LMI counsel. |
| 04/23/25 | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Diocese regarding noticing motion pertaining to insurance settlements. |
| 04/24/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Krell regarding insurance carrier settlement agreement issues. |
| 04/25/25 | S.A.Donato | 0.10 | $57.15 | Conferred with L. Passero regarding mediation updates. |
| 04/28/25 | S.A.Donato | 0.20 | $114.30 | Conferred with mediator regarding mediation updates. |
| 04/29/25 | S.A.Donato | 0.10 | $57.15 | Conferred with L. Passero regarding mediation updates. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | J.S.Krell | 0.50 | $218.25 | Reviewed correspondence from counsel to Interstate providing comments to the proposed form of notice of the sale/settlement motion and gatekeeper injunction, and revised notice in connection with same. |
| | Subtotal: | Hours: | 130.90 | |
| | | Amount: | $60,938.00 | |

**B130: Asset Disposition**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/09/25 | G.T.Walter | 1.00 | $490.50 | Reviewed proposed Interstate sale order. |
| | J.S.Krell | 2.20 | $960.30 | Revised sale order in connection with the sale of the Diocese's insurance policies back to the settling insurers. |
| 04/11/25 | J.S.Krell | 0.40 | $174.60 | Discussed the proposed sale order in connection with the sale of the Diocese's insurance policies back to the settling insurers with Attorney Walter. |
| | J.S.Krell | 1.30 | $567.45 | Participated in conference call with the settling insurers to walk through all revisions to the settlement agreements. |
| 04/14/25 | J.S.Krell | 1.50 | $654.75 | Revised sale order. |
| 04/21/25 | J.S.Krell | 0.30 | $130.95 | Discussed 363 sale motion with Attorneys Walter and Sullivan. |
| | Subtotal: | Hours: | 6.70 | |
| | | Amount: | $2,978.55 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/14/25 | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with counsel for co-defendant in certain CVA actions to discuss lift stay issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding state court counsel motion to lift automatic stay adjournment issues. |
| | J.S.Krell | 0.40 | $174.60 | Discussed the objection to lift stay motions with Attorney Sullivan. |
| 04/15/25 | S.A.Donato | 0.10 | $57.15 | Conferred with Committee counsel regarding state court counsel motion to lift automatic stay. |
| 04/17/25 | J.S.Krell | 0.20 | $87.30 | Reviewed correspondence from Attorney Sullivan regarding the adjournment of the motion for relief from stay filed by claimants. |
| 04/30/25 | S.A.Donato | 0.30 | $171.45 | Reviewed state court counsel motion to lift automatic stay concerning demand letter requests. |

| | Subtotal: | Hours: | 2.20 | |
| | | Amount: | $1,149.30 | |

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/07/25 | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding case status. |
| 04/15/25 | G.T.Walter | 0.40 | $196.20 | Conferred with Committee counsel regarding open case issues. |
| | C.J.Sullivan | 0.40 | $217.80 | Participated in telephone conference with Committee counsel regarding mediation, 1129 issues, settling insurer updates and state court counsel motion to lift automatic stay. |
| 04/22/25 | G.T.Walter | 0.50 | $245.25 | Conferred with state court counsel regarding rights of spouse of deceased claimant. |

| | Subtotal: | Hours: | 1.60 | |
| | | Amount: | $806.40 | |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B160: Fee/Employment Applications** | | | | |
| 04/02/25 | K.M.Doner | 0.30 | $60.00 | Drafted certificate of no objection related to Blank Rome's January 2025 fee statement. |
| | K.M.Doner | 0.40 | $80.00 | Drafted certificate of no objection related to Bonadio's January 1, 2025 through February 28, 2025 fee statement. |
| 04/05/25 | K.M.Doner | 1.80 | $360.00 | Began drafting Bond's February 2025 fee statement. |
| 04/08/25 | K.M.Doner | 0.30 | $60.00 | Drafted certificate of no objection related to Blank Rome's February 2025 fee statement. |
| 04/09/25 | R.Clement | 0.50 | $121.50 | Reviewed supplemental declaration explaining rates and related information. |
| 04/12/25 | K.M.Doner | 2.00 | $400.00 | Continued preparing Bond's February 2025 fee statement. |
| 04/23/25 | K.M.Doner | 0.40 | $80.00 | Drafted Blank Rome's March 2025 fee statement, together with summary and cover sheet and related notice. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with U.S. Trustee and fee examiner regarding Blank Rome's March 2025 fee statement. |
| | Subtotal: | Hours: | 5.80 | |
| | | Amount: | $1,181.50 | |
| **B210: Business Operations** | | | | |
| 04/11/25 | C.A.Raskopf | 0.20 | $28.00 | Consulted with Attorney McDonald regarding corporate documents for DePaul Community Services, Inc.. |
| 04/14/25 | C.A.Raskopf | 0.20 | $28.00 | Requested copy of DePaul Community Services, Inc. April 7, 1994 Certificate of Amendment from New York State Department of State Division of Corporations. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 04/16/25 | C.A.Raskopf | 0.10 | $14.00 | Corresponded with Attorney McDonald regarding corporate governance documents for Genesee Settlement House, Inc. |
| | C.A.Raskopf | 0.20 | $28.00 | Retrieved corporate governance documents for Genesee Settlement House, Inc. from New York State Department of State Division of Corporations portal. |

|  | Subtotal: | Hours: | 0.70 | |
|  |  | Amount: | $98.00 | |

**B310: Claims Administration and Objections**

| 04/03/25 | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Attorney Christian regarding unknown claimant representative issues. |
|----------|-----------|------|---------|-----|

|  | Subtotal: | Hours: | 0.30 | |
|  |  | Amount: | $145.80 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| 04/01/25 | S.P.Klinek | 0.90 | $218.70 | Continued case law research regarding survival of representations and warranties. |
|----------|-----------|------|---------|-----|
| 04/02/25 | K.M.Doner | 0.40 | $80.00 | Prepared exhibits to disclosure statement in support of eighth amended joint chapter 11 plan of reorganization. |
| | S.P.Klinek | 5.80 | $1,409.40 | Finalized research pertaining to survival of representations and warranties. |
| | S.C.Temes | 0.20 | $97.20 | Reviewed status of publication issues. |
| | G.T.Walter | 0.20 | $98.10 | Analyzed solicitation issues. |
| | J.S.Krell | 0.50 | $218.25 | Reviewed correspondence from Stretto regarding publication notice and drafted correspondence to Attorney Temes regarding same. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|-------------|
| | J.S.Krell | 0.50 | $218.25 | Reviewed correspondence from Stretto and Attorney Temes regarding exhibits to the disclosure statement. |
| 04/03/25 | G.T.Walter | 1.00 | $490.50 | Reviewed correspondence from Sisters of St. Joseph's regarding plan language and initial analysis of same. |
| 04/04/25 | S.A.Donato | 0.20 | $114.30 | Researched plan confirmation issues. |
| | J.S.Krell | 0.60 | $261.90 | Reviewed publication notice and documents related to solicitation procedures. |
| 04/05/25 | S.A.Donato | 0.30 | $171.45 | Reviewed disclosure statement order regarding publication procedures. |
| 04/07/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorneys Donato and Temes regarding plan solicitation issues. |
| | R.Clement | 3.10 | $753.30 | Conducted research regarding chapter 11 plan issues. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding Committee discovery issues. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with L. Passero regarding plan discovery issues. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from Committee counsel regarding comments to insurance carrier joint discovery requests. |
| | S.A.Donato | 0.30 | $171.45 | Participated in follow up telephone conference with Attorney Walter regarding plan solicitation issues. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding CNA discovery updates. |
| | G.J.McDonald | 1.50 | $789.75 | Worked on discovery demands to CNA regarding plan confirmation objections. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | G.T.Walter | 0.30 | $147.15 | Conferred with F. Condon and K. Franz regarding publication notice in Catholic Courier. |
| | G.T.Walter | 0.40 | $196.20 | Analyzed logistics for plan solicitation. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorney Donato regarding CNA discovery. |
| | S.C.Temes | 1.00 | $486.00 | Reviewed publication issues. |
| 04/08/25 | R.Clement | 0.50 | $121.50 | Conducted research regarding status of plan confirmation and time to appeal. |
| 04/11/25 | G.J.McDonald | 2.00 | $1,053.00 | Worked on confirmation discovery. |
| 04/14/25 | G.T.Walter | 0.30 | $147.15 | Conferred with Attorney McDonald, Attorney Donato and Attorney Sullivan regarding confirmation litigation strategies. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorneys Donato and Sullivan regarding confirmation litigation strategies. |
| 04/15/25 | S.A.Donato | 0.10 | $57.15 | Conferred with Committee counsel regarding 1129 issues. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with L. Passero in preparation for confirmation hearing and insurance carrier discovery updates. |
| | G.J.McDonald | 0.40 | $210.60 | Conferenced with Committee counsel regarding confirmation issues. |
| 04/16/25 | S.A.Donato | 0.30 | $171.45 | Conferred with L. Passero regarding plan confirmation issues. |
| 04/18/25 | G.T.Walter | 0.70 | $343.35 | Initial review and analysis of CNA discovery issued late in the day on Good Friday. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding CNA discovery demands. |
| 04/21/25 | S.C.Temes | 0.30 | $145.80 | Participated in telephone conference with Attorneys Walter and Krell to discuss plan solicitation issues. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | J.S.Krell | 0.30 | $130.95 | Discussed plan solicitation with Attorneys Walter and Temes. |
| 04/22/25 | G.T.Walter | 2.70 | $1,324.35 | Revised motion to approve revised joint publication notice for confirmation hearing and insurer settlements. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Stretto regarding plan confirmation issues. |
| 04/23/25 | G.J.McDonald | 1.00 | $526.50 | Worked on confirmation discovery. |
| | G.J.McDonald | 1.50 | $789.75 | Telephone conferenced with L. Passero regarding confirmation discovery issues. |
| | S.C.Temes | 0.30 | $145.80 | Reviewed balloting requests. |
| | G.T.Walter | 0.60 | $294.30 | Conferred with Stretto regarding Pfau firm's request for replacement ballots. |
| | G.T.Walter | 0.60 | $294.30 | Consulted with Attorney Sullivan regarding solicitation issues. |
| | G.T.Walter | 1.00 | $490.50 | Reviewed plan solicitation order and Stretto compliance with same. |
| | G.T.Walter | 0.50 | $245.25 | Consulted with Attorney Temes regarding plan solicitation and service issues. |
| | J.S.Krell | 0.20 | $87.30 | Reviewed correspondence from Attorney Walter regarding solicitation of plan. |
| 04/24/25 | K.M.Doner | 0.40 | $80.00 | Participated in telephone conference with Attorneys Temes and Krell regarding notice of additional plan supplements and plan solicitation issues. |
| | G.T.Walter | 0.20 | $98.10 | Revised notice of plan supplement. |
| | G.T.Walter | 0.20 | $98.10 | Conferred with Committee counsel regarding filing of plan supplement. |
| | G.T.Walter | 0.50 | $245.25 | Coordinated publication of confirmation notice with Catholic Courier. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorneys Walter, Temes and Krell regarding plan solicitation issues. |
| | J.S.Krell | 0.50 | $218.25 | Discussed solicitation of the plan with Attorneys Sullivan, Walter and Temes and service of plan supplements. |
| | J.S.Krell | 3.50 | $1,527.75 | Drafted notice of filing plan supplement for eighth amended plan and prepared all exhibits with respect thereto. |
| | J.S.Krell | 0.30 | $130.95 | Drafted correspondence to counsel to Underwriters regarding status of settlement agreement. |
| 04/25/25 | K.M.Doner | 1.60 | $320.00 | Revised notice of plan supplements for eighth amended plan, together with related plan supplements. |
| | G.J.McDonald | 1.20 | $631.80 | Worked on confirmation discovery responses. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with L. Passero regarding plan confirmation updates. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney McDonald regarding CNA discovery issues and updates. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Attorney McDonald regarding CNA subpoena issues. |
| | J.S.Krell | 2.20 | $960.30 | Finalized the notice of filing plan supplement for eighth amended plan and preparation of all related exhibits. |
| 04/28/25 | G.J.McDonald | 7.00 | $3,685.50 | Worked on confirmation preparation. |
| 04/29/25 | G.J.McDonald | 0.30 | $157.95 | Telephone conferenced with St. Bernard's counsel regarding confirmation issues. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with L. Passero regarding plan confirmation updates. |
| | S.A.Donato | 0.60 | $342.90 | Further reviewed CNA expert disclosure demands . |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.30 | $171.45 | Prepared correspondence to Attorney McDonald regarding expert disclosure demands. |
| 04/30/25 | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with Attorneys Donato, Walter and McDonald regarding discovery. |
| | G.T.Walter | 1.00 | $490.50 | Consulted with Attorneys Donato, Sullivan and McDonald regarding confirmation strategy. |
| | S.A.Donato | 1.00 | $571.50 | Participated in conference call with Attorney McDonald regarding discovery and hearing preparation issues. |
| | G.J.McDonald | 2.00 | $1,053.00 | Worked on confirmation discovery. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding CNA discovery issues. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed amended scheduling order regarding CNA discovery issues. |
| | S.A.Donato | 0.40 | $228.60 | Continued review of expert discovery requests received from CNA. |

| | Subtotal: | Hours: | 59.20 | |
| | | Amount: | $26,458.20 | |

**B403: CNA Administrative Claim**

| 04/18/25 | S.A.Donato | 0.60 | $342.90 | Initially reviewed CNA discovery demands. |

| | Subtotal: | Hours: | 0.60 | |
| | | Amount: | $342.90 | |

**Total Hours and Fees For This Matter:** 213.50 $95,843.10

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088734

The Diocese of Rochester

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 14.70 | $571.50 | $8,401.05 |
| G. J. McDonald (Member) | 35.60 | 526.50 | 18,743.40 |
| B. M. Sheehan (Member) | 0.30 | 405.00 | 121.50 |
| C. J. Sullivan (Member) | 4.30 | 544.50 | 2,341.35 |
| S. C. Temes (Member) | 4.10 | 486.00 | 1,992.60 |
| G. T. Walter (Member) | 55.80 | 490.50 | 27,369.90 |
| J. S. Krell (Senior Counsel) | 67.70 | 436.50 | 29,551.05 |
| R. Clement  (Associate) | 4.70 | 243.00 | 1,142.10 |
| S. P. Klinek (Associate) | 6.70 | 243.00 | 1,628.10 |
| A. S. Rivera (Associate) | 6.10 | 310.50 | 1,894.05 |
| K. M. Doner (Paralegal) | 12.80 | 200.00 | 2,560.00 |
| C. A. Raskopf (Other) | 0.70 | 140.00 | 98.00 |
| **Total** | 213.50 | | $95,843.10 |

## Matter Disbursement Summary

| | |
|---|---|
| Data Hosting & Storage | $1,145.00 |
| Filing Fee | 398.00 |
| **Total Disbursements** | **$1,543.00** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$97,386.10** |

Case 2-19-20905-PRW,    Doc 3316,    Filed 07/30/25,    Entered 07/30/25 11:06:15,
Description: Main Document  , Page 23 of 23