UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                              Debtor.

Case No.  19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period May 1, 2025 Through May 31, 2025*, a copy of which is attached hereto and hereby served upon you.  In addition, Bond has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its May 2025 invoice in text format.

Dated: July 30, 2025                    BOND, SCHOENECK & KING, PLLC

By:               /s/ Stephen A. Donato

Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
           csullivan@bsk.com
           gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

                                      Case No.  19-20905

The Diocese of Rochester,

                                      Chapter 11

                        Debtor.

## MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025

Name of Applicant:                         Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:              The Diocese of Rochester, Debtor-In-Possession

Date of Retention:                      Order entered November 20, 2019 [Docket No. 249]
                                        *Nunc Pro Tunc* to September 12, 2019

Period for which compensation
and reimbursement is sought:         May 1, 2025 through May 31, 2025

Amount of compensation sought
as actual, reasonable and necessary:    80% of $69,704.61 ($55,763.69)

Amount of expense reimbursement sought
as actual, reasonable and necessary:    $1,195.00

This is a: __X__ monthly _____ quarterly _____ final application.

This is Bond, Schoeneck & King, PLLC's sixty-seventh monthly fee statement in this case.

22063483.v1-7/30/25

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 05/31/25.

**Financial Review**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 05/06/25 | K.M.Doner | 0.10 | $20.00 | Received notice from Committee counsel regarding new contact information and updated master distribution lists to reflect same. |
| | G.T.Walter | 0.40 | $196.20 | Exchanged correspondence with Diocese regarding case updates. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| 05/07/25 | G.J.McDonald | 0.80 | $421.20 | Reviewed post-Purdue communications between Debtor and Committee. |
| 05/12/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | R.Clement | 0.30 | $72.90 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| 05/19/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding open case matters and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategies. |

Accounts Are Due Within 30 Days.

Page: 1

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/20/25 | K.M.Doner | 0.20 | $40.00 | Drafted correspondence to Trustee Bruh regarding the Diocese's April 2025 Communis Fund statements and corresponded with M. Ziarniak regarding same. |
| 05/23/25 | J.S.Krell | 0.30 | $130.95 | Reviewed the letter regarding U.S. Trustee reply to Berkeley Research Group, LLC's notice of data security incident. |
| 05/27/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| 05/29/25 | K.M.Doner | 0.50 | $100.00 | Began analyzing the Diocese's April 2025 operating report. |
| 05/30/25 | K.M.Doner | 1.10 | $220.00 | Completed analysis of the Diocese's April 2025 operating report and related schedules. |
| | K.M.Doner | 0.50 | $100.00 | Corresponded with S. Mosman regarding updates to the Diocese's April 2025 operating report. |
| | K.M.Doner | 0.30 | $60.00 | Reviewed updates to the Diocese's April 2025 operating report provided by S. Mosman. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with Attorney Temes regarding the Diocese's April 2025 operating report. |
| | Subtotal: | Hours: | 6.40 | |
| | | Amount: | $2,296.55 | |

**B120: Asset Analysis and Recovery**

| | | | | |
|------|------|-------|-----|-------------|
| 05/02/25 | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from insurance carrier counsel regarding 9019 settlement agreement issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to insurance carrier counsel regarding 9019 settlement agreement issues. |
| | G.T.Walter | 0.10 | $49.05 | Participated in call with Attorney Krell regarding finalization of supplement to noticing motion pertaining to settlements with insurance carriers. |

Accounts Are Due Within 30 Days.

Page: 2

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|-------------|
| | G.T.Walter | 0.10 | $49.05 | Reviewed correspondence from insurers regarding supplement to noticing motion concerning settlements with insurance carriers. |
| | G.T.Walter | 0.20 | $98.10 | Reviewed draft supplement to insurance settlement motion. |
| | G.T.Walter | 0.20 | $98.10 | Participated in follow up telephone conference with Attorney Krell regarding preparation of supplement to insurance settlement noticing motion. |
| | G.T.Walter | 0.40 | $196.20 | Reviewed insurer revisions to insurance settlement notice. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed correspondence from counsel to Interstate regarding revisions to the notice of the 9019 settlement motion. |
| | J.S.Krell | 0.50 | $218.25 | Drafted correspondence to the Committee regarding Interstate's proposed revisions to the notice of the 9019 settlement motion and the proposed supplement to the 9019 settlement motion. |
| | J.S.Krell | 0.50 | $218.25 | Reviewed correspondence from counsel to Underwriters regarding status of the settlement agreement for Underwriters. |
| | J.S.Krell | 1.50 | $654.75 | Prepared a supplement to the settlement motion advising the Court of the settling insurers' requested changes to the notices. |
| 05/03/25 | K.M.Doner | 0.40 | $80.00 | Revised supplement to motion approving form and manner of notice to Diocese's motion to approve insurance settlements. |
| | J.S.Krell | 0.50 | $218.25 | Revised supplement to 9019 noticing motion. |
| 05/05/25 | J.S.Krell | 2.50 | $1,091.25 | Analyzed the draft settlement agreement for Underwriters. |

Accounts Are Due Within 30 Days.

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/06/25 | R.Clement | 0.30 | $72.90 | Attended hearing on motion to approve form of notice of insurance settlements via telephone. |
| | G.T.Walter | 1.40 | $686.70 | Revised proposed order approving insurance settlement notice procedures. |
| | G.T.Walter | 0.30 | $147.15 | Attended telephonic hearing on noticing motion related to settlements with insurance carriers. |
| | G.T.Walter | 1.20 | $588.60 | Prepared for hearing on insurance settlement noticing motion. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from insurance carrier counsel regarding comments to settlement insurance agreement. |
| | J.S.Krell | 0.30 | $130.95 | Attended hearing on motion to approve form of notice for insurance settlements. |
| | J.S.Krell | 0.20 | $87.30 | Discussed status of insurance carrier settlement agreements with Attorneys Sullivan and Walter. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed correspondence from counsel to Underwriters regarding settlement agreement and comments to same. |
| | J.S.Krell | 0.50 | $218.25 | Reviewed correspondence from counsel to Interstate regarding revisions to the Gatekeeper Injunction language. |
| 05/07/25 | G.T.Walter | 0.20 | $98.10 | Conferred with Attorney Krell regarding notice of insurance settlement motion. |
| | J.S.Krell | 0.50 | $218.25 | Revised supplement to noticing motion for insurance settlements. |
| 05/08/25 | G.T.Walter | 0.50 | $245.25 | Consulted with Attorney Krell regarding notice of insurance settlement motion. |
| | J.S.Krell | 3.70 | $1,615.05 | Analyzed the Interstate and LMI settlement agreements in connection with determining notice requirements. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/09/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorney Krell regarding logistics for distribution of settlement motion and related notices in connection with settlements with insurance carriers. |
| | K.M.Doner | 0.40 | $80.00 | Participated in telephone conference with Attorney Krell and Stretto regarding distribution and publication of settlement materials in connection with motion to approve settlement with insurance carriers. |
| | K.M.Doner | 0.30 | $60.00 | Revised notice of hearing on motion to approve settlements with insurance carriers. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from insurance carrier counsel regarding meet and confer issues. |
| | J.S.Krell | 1.50 | $654.75 | Discussed and coordinated service of the 9019 settlement motion with Stretto. |
| 05/10/25 | J.S.Krell | 1.00 | $436.50 | Analyzed Stretto's service of process summary for the service of the settling insurer 9019 settlement motion. |
| 05/11/25 | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding mediation and insurance carrier discovery issues. |
| 05/12/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Sullivan and Walter regarding settlements with additional insurance carriers. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Krell regarding insurance settlement issues. |
| | G.T.Walter | 0.30 | $147.15 | Reviewed service issue raised by Stretto related to insurance settlement motion and conferred with Attorney Temes regarding same. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from insurance carrier counsel regarding meet and confer follow up issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from Attorney McDonald regarding meet and confer with insurance carriers. |
| | J.S.Krell | 0.30 | $130.95 | Discussed status of service of 9019/363 motion regarding insurer settlements with Attorney Sullivan. |
| | J.S.Krell | 0.90 | $392.85 | Corresponded with Stretto regarding service of 9019/363 motion regarding insurer settlements. |
| | J.S.Krell | 0.30 | $130.95 | Consulted with Attorney Walter regarding insurance settlement issues;. |
| 05/13/25 | J.S.Krell | 2.50 | $1,091.25 | Revised the Underwriters settlement agreement. |
| | J.S.Krell | 1.50 | $654.75 | Revised the First State settlement agreement. |
| | J.S.Krell | 1.50 | $654.75 | Worked with Stretto on running the publication notice for the insurer settlement motion. |
| | G.T.Walter | 4.30 | $2,109.15 | Analyzed revisions to First State and Underwriters settlement agreements. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Attorney Krell regarding Underwriter and First State settlements. |
| | G.T.Walter | 0.50 | $245.25 | Participated in follow up call with Attorney Krell regarding Underwriters and First State settlements. |
| 05/14/25 | S.A.Donato | 0.40 | $228.60 | Prepared correspondence to Attorneys McDonald and Walter regarding 1129/9019 hearing representation issues. |
| | J.S.Krell | 2.00 | $873.00 | Communicated with Attorneys Carter and Murray regarding revisions to the Underwriters settlement agreement. |
| | J.S.Krell | 0.60 | $261.90 | Finalized publication notice of the insurer settlement agreements. |

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | J.S.Krell | 0.40 | $174.60 | Reviewed correspondence from Attorney Walter regarding the Diocese's requirement to post a link to the publication notice on its website and social media accounts. |
| | J.S.Krell | 1.40 | $611.10 | Further revised Underwriters settlement agreement. |
| 05/19/25 | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding status of insurance settlement agreements. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Attorney Krell regarding settling insurer agreement updates. |
| | J.S.Krell | 1.00 | $436.50 | Reviewed revised Underwriters settlement agreement. |
| | J.S.Krell | 1.40 | $611.10 | Finalized the draft of the First State settlement agreement. |
| | J.S.Krell | 0.30 | $130.95 | Discussed insurer settlement agreements with Attorneys Sullivan and Walter. |
| 05/20/25 | J.S.Krell | 1.20 | $523.80 | Revised Underwriters settlement agreement. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed correspondence from Stretto regarding confirmation of publication notice of the insurer settlement motion hearing and drafted correspondence to same regarding same. |
| 05/21/25 | G.T.Walter | 0.20 | $98.10 | Analyzed issues regarding service of motion to approve insurance settlements. |
| | J.S.Krell | 0.50 | $218.25 | Communicated with Stretto regarding the settlement motion for the insurer settlement agreement. |
| | J.S.Krell | 0.40 | $174.60 | Corresponded with Attorney J. Bair regarding the First State Insurance Company settlement agreement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/22/25 | J.S.Krell | 0.60 | $261.90 | Communicated with Stretto regarding publication notice of hearing on the insurer settlement motion. |
| 05/23/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Krell regarding settling insurer agreement issues. |
| 05/27/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney McDonald regarding insurance carrier discovery issues. |
| | J.S.Krell | 1.10 | $480.15 | Reviewed the draft First State Insurance Company settlement agreement. |
| | J.S.Krell | 2.20 | $960.30 | Finalized the revised draft of the Underwriters settlement agreement. |
| 05/30/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney McDonald regarding insurance carrier discovery issues. |
| 05/31/25 | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to special insurance counsel regarding mediation updates. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed response from special insurance counsel regarding mediation updates. |

Subtotal: Hours: 50.50
Amount: $22,630.10

**B140: Relief from Stay/Adequate Protection Proceedings**

| 05/01/25 | G.T.Walter | 0.30 | $147.15 | Conferred with N. Gatto regarding litigation stay issues. |
|---|---|---|---|---|
| 05/05/25 | S.A.Donato | 0.40 | $228.60 | Conferred with Committee counsel regarding state court counsel motion to lift automatic stay. |
| 05/08/25 | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Committee counsel regarding state court motion to lift automatic stay procedure issues. |
| 05/12/25 | S.A.Donato | 0.30 | $171.45 | Conferred with insurance carrier counsel regarding state court counsel motion to lift automatic stay procedures. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/20/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding state court counsel motion to lift automatic stay procedural issue. |
| 05/28/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding state court counsel motion to lift automatic stay and procedural issues. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding state court counsel motion to lift automatic stay and procedural issues. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed draft scheduling stipulation received from Committee counsel regarding state court counsel motion to lift automatic stay. |
| | J.S.Krell | 0.50 | $218.25 | Corresponded with Attorney M. Roberts regarding the status of the response to the stay relief motion. |
| 05/29/25 | S.A.Donato | 0.60 | $342.90 | Reviewed state court counsel 362 motion. |
| | S.A.Donato | 0.40 | $228.60 | Partially reviewed and revised draft response to 362 motion. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding response to 362 motion. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Krell regarding draft response to 362 motion. |

|  | Subtotal: | Hours: | 4.30 |
|---|---|---|---|
|  |  | Amount: | $2,365.65 |

## B150: Meetings of and Communications with Creditors

| 05/12/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding survivor statement issues. |
|---|---|---|---|---|

|  | Subtotal: | Hours: | 0.30 |
|---|---|---|---|
|  |  | Amount: | $171.45 |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B160: Fee/Employment Applications** | | | | |
| 05/08/25 | K.M.Doner | 0.20 | $40.00 | Reviewed revised January and February 2025 fee statements. |
| 05/09/25 | K.M.Doner | 0.50 | $100.00 | Began preparing Bond's March 2025 fee statement. |
| 05/10/25 | K.M.Doner | 1.80 | $360.00 | Continued preparation of Bond's March 2025 fee statement. |
| 05/13/25 | R.Clement | 2.90 | $704.70 | Reviewed fee statements in preparation for drafting twelfth round of fee applications. |
| 05/14/25 | K.M.Doner | 0.40 | $80.00 | Reviewed Bond's revised February 2025 fee statement. |
| | K.M.Doner | 0.30 | $60.00 | Drafted certificate of no objection related to Blank Rome's March 2025 fee statement. |
| 05/15/25 | K.M.Doner | 0.20 | $40.00 | Corresponded with fee examiner regarding hearings scheduled on eleventh round of fee applications and conducted research regarding same. |
| | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorney Clement regarding results of hearings on eleventh round of fee applications and terms of proposed orders related to same. |
| | K.M.Doner | 0.30 | $60.00 | Reviewed Bond's eleventh interim fee application and corresponded with Attorneys Donato and Sullivan regarding balance due and proposed order approving Bond's eleventh interim fee application. |
| | R.Clement | 0.30 | $72.90 | Discussed with K. Donor, implications of the court's decision not to hold a hearing for the 11th round of fee applications. |
| | S.A.Donato | 0.60 | $342.90 | Prepared for fee application hearings. |
| 05/19/25 | K.M.Doner | 0.10 | $20.00 | Communicated with Attorney Donato regarding Bond's January and February 2025 fee statements. |

# BOND, SCHOENECK & KING, PLLC

## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Donato and Sullivan regarding results of hearing on Bond's eleventh interim fee application. |
| | K.M.Doner | 0.30 | $60.00 | Reviewed inquiry from L. Passero pertaining to Bond's January and February 2025 fee statements and drafted correspondence to Attorneys Donato and Clement regarding same. |
| | K.M.Doner | 0.30 | $60.00 | Participated in follow up telephone conference with Attorney Clement regarding additional updates to Bond's January and February 2025 fee statements. |
| | K.M.Doner | 0.40 | $80.00 | Drafted Blank Rome's April 2025 fee statement, together with summary and cover sheet and related notice. |
| | K.M.Doner | 0.10 | $20.00 | Drafted correspondence to U.S. Trustee and fee examiner regarding Blank Rome's April 2025 fee statement. |
| | R.Clement | 0.30 | $72.90 | Participated in telephone conference with K. Doner regarding additional updates to Bond's January and February 2025 fee statements. |
| 05/27/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Donato regarding updates to Bond's January and February 2025 fee statements. |

| | Subtotal: | Hours: | 9.70 |
|---|---|---|---|
| | | Amount: | $2,313.40 |

## B210: Business Operations

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/16/25 | C.J.Sullivan | 0.50 | $272.25 | Drafted bullet points for use in connection with responses to media inquiry. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/28/25 | J.S.Krell | 0.30 | $130.95 | Reviewed correspondence from counsel to religious order (Jesuit Fathers and Brothers d/b/a The New York Province of the Society of Jesus New York a/k/a USA Northeast Province) and Drafted correspondence to same regarding same. |
| | Subtotal: | Hours: | 0.80 | |
| | | Amount: | $403.20 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/05/25 | S.C.Temes | 0.30 | $145.80 | Participated in telephone conference with J. Hogan regarding unknown claimant issues. |
| 05/06/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Walter and Clement regarding objections to general unsecured claims. |
| | J.S.Krell | 0.20 | $87.30 | Discussed claims objections with Attorneys Sullivan and Walter. |
| 05/08/25 | K.M.Doner | 0.20 | $40.00 | Reviewed claims database and corresponded with Attorney Sullivan regarding breakdown of classifications of claims in Diocese case. |
| 05/12/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorney Walter regarding objections to various general unsecured claims. |
| | Subtotal: | Hours: | 1.00 | |
| | | Amount: | $333.10 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 05/01/25 | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan regarding plan confirmation issues and strategy. |
| 05/02/25 | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding insurance carrier discovery issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from CNA counsel regarding insurance carrier discovery issues. |
| | S.A.Donato | 0.30 | $171.45 | Prepared correspondence to Attorney McDonald regarding insurance carrier discovery issues. |
| 05/04/25 | S.A.Donato | 0.30 | $171.45 | Further reviewed CNA discovery correspondence. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed scheduling order regarding discovery deadlines. |
| | S.A.Donato | 0.30 | $171.45 | Prepared follow up correspondence to litigation counsel regarding scheduling order concerning discovery deadlines. |
| 05/05/25 | A.S.Rivera | 0.90 | $279.45 | Participated in conference call with Committee counsel regarding plan discovery. |
| | C.J.Sullivan | 0.90 | $490.05 | Participated in telephone conference with Committee counsel regarding plan discovery. |
| | S.A.Donato | 0.90 | $514.35 | Participated in conference call with Committee counsel regarding 1129 hearing preparation issues. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with Committee counsel regarding 1129 plan confirmation issues. |
| 05/06/25 | G.T.Walter | 0.30 | $147.15 | Participated in call with Attorney Donato regarding preparation for confirmation hearing. |
| | G.T.Walter | 0.40 | $196.20 | Conferred with Committee counsel regarding confirmation issues. |
| | S.C.Temes | 0.20 | $97.20 | Participated in conference call with Attorney Donato regarding plan discovery. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Donato regarding plan discovery. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding 1129 confirmation hearing preparation. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed subpoenas and discovery demands received from CNA. |

Accounts Are Due Within 30 Days.

Page:  13

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney McDonald regarding subpoenas and discovery demands received from CNA. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding 1129 confirmation hearing preparation issues. |
| | S.A.Donato | 0.40 | $228.60 | Further reviewed CNA discovery demands. |
| 05/08/25 | G.J.McDonald | 0.90 | $473.85 | Analyzed CNA interrogatory and document responses. |
| 05/09/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding insurance carrier plan discovery issues. |
| | G.T.Walter | 0.40 | $196.20 | Review Committee correspondence regarding CNA discovery. |
| 05/10/25 | S.A.Donato | 0.30 | $171.45 | Reviewed CNA correspondence regarding discovery issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Sheehan regarding CNA correspondence concerning discovery issues. |
| 05/11/25 | S.A.Donato | 0.10 | $57.15 | Consulted with Attorney Sullivan regarding plan confirmation issues. |
| 05/12/25 | G.T.Walter | 0.60 | $294.30 | Analyzed Committee's proposed motion to quash CNA subpoena of Anderson firm. |
| | G.T.Walter | 1.00 | $490.50 | Analyzed plan confirmation litigation strategy and issues related to same. |
| | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney McDonald regarding plan litigation issues. |
| | G.T.Walter | 0.60 | $294.30 | Met and conferred with CNA counsel regarding plan litigation. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Stretto regarding balloting issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to Stretto regarding balloting issues. |

Accounts Are Due Within 30 Days.

Page:  14

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.C.Temes | 0.40 | $194.40 | Reviewed plan solicitation issues. |
| | G.J.McDonald | 4.00 | $2,106.00 | Worked on confirmation discovery, including document review and preparation of responses and objections to various demands. |
| | G.J.McDonald | 0.60 | $315.90 | Attended meet and confer with CNA regarding confirmation discovery. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding discovery responses in advance of plan confirmation. |
| 05/13/25 | S.A.Donato | 0.60 | $342.90 | Reviewed draft motion to quash received from Committee counsel. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding draft motion to quash. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Attorney McDonald regarding Anderson quash motion. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to Attorney McDonald regarding Anderson quash motion. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding insurance carrier discovery issues. |
| | S.A.Donato | 0.20 | $114.30 | Participated in supplemental consultation with Committee counsel and law clerk regarding scheduling order modification issues. |
| | S.C.Temes | 0.20 | $97.20 | Analyzed Boy Scouts decision concerning confirmation issues that impact Diocese case. |
| | G.J.McDonald | 2.00 | $1,053.00 | Worked on objections and responses to CNA's discovery demands related to confirmation. |
| | A.S.Rivera | 0.80 | $248.40 | Examined Third Circuit decision from Boy Scouts bankruptcy case concerning confirmation issues for effect on Diocese case. |
| | J.S.Krell | 1.60 | $698.40 | Reviewed documents responsive to CNA discovery requests. |

Accounts Are Due Within 30 Days.

Page:  15

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 05/14/25 | C.J.Sullivan | 1.00 | $544.50 | Reviewed draft of motion to quash subpoena and responded to Committee questions regarding same. |
| | G.J.McDonald | 2.30 | $1,210.95 | Drafted objections and responses to CNA's confirmation interrogatories. |
| | G.J.McDonald | 2.00 | $1,053.00 | Analyzed post-Purdue documents and communications to identify documents responsive to CNA request for production. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Committee counsel regarding Anderson subpoena issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to Committee counsel regarding Anderson subpoena issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding Anderson subpoena issues. |
| | A.S.Rivera | 0.50 | $155.25 | Examined motion to quash filed by Committee. |
| | G.T.Walter | 0.60 | $294.30 | Consulted with Attorney McDonald regarding responses to CNA plan discovery. |
| | G.T.Walter | 0.50 | $245.25 | Reviewed correspondence from Attorney Krell regarding publication notice of confirmation hearing and insurance settlement motion. |
| 05/15/25 | G.J.McDonald | 4.00 | $2,106.00 | Reviewed documents and communications post-Purdue to identify responsive documents CNA discovery demands. |
| | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese and Attorney Sheehan regarding plan discovery issues. |
| 05/16/25 | J.L.McIlroy | 0.30 | $76.95 | Performed conflict searches in eDiscovery platform in preparation for production. |
| | G.J.McDonald | 2.50 | $1,316.25 | Worked on confirmation discovery. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding CNA mediation issues and discovery updates. |
| 05/19/25 | J.L.McIlroy | 1.00 | $256.50 | Prepared Vol013 production draft from eDiscovery platform for Attorney McDonald. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | J.L.McIlroy | 0.30 | $76.95 | Redacted documents in eDiscovery platform for Attorney McDonald. |
| | J.L.McIlroy | 0.50 | $128.25 | Finalized Vol013 production from eDiscovery platform for Attorney McDonald. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from settling insurer regarding CNA discovery requests. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney McDonald regarding discovery responses. |
| | S.A.Donato | 0.90 | $514.35 | Initially reviewed Committee's motion to quash Anderson's subpoena. |
| | S.A.Donato | 0.30 | $171.45 | Participated in follow up telephone conference with Attorney McDonald regarding Committee's motion to quash Anderson's subpoena. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney McDonald regarding plan discovery issues. |
| | S.C.Temes | 0.40 | $194.40 | Reviewed ballot tabulation and correspondence regarding same. |
| | G.J.McDonald | 4.00 | $2,106.00 | Worked on responses and objections to CNA's interrogatories and requests for production. |
| 05/20/25 | J.L.McIlroy | 0.50 | $128.25 | Prepared Vol014 production draft from eDiscovery platform for Attorney McDonald. |
| | J.L.McIlroy | 0.50 | $128.25 | Finalized Vol014 production from eDiscovery platform for Attorney McDonald. |
| | G.J.McDonald | 1.00 | $526.50 | Worked on supplemental document production responsive to CNA confirmation-related demands. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding insurance carrier subpoena and motion to quash issues. |
| 05/21/25 | G.J.McDonald | 3.00 | $1,579.50 | Prepared for depositions of Diocese witnesses. |

Accounts Are Due Within 30 Days.

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 05/22/25 | G.J.McDonald | 1.10 | $579.15 | Prepared for deposition of Diocese representatives. |
| 05/23/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Diocese regarding insurance carrier discovery issues and plan confirmation issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney McDonald regarding CNA discovery issues. |
| | G.J.McDonald | 1.50 | $789.75 | Attended discovery meet and confer with CNA and OCC. |
| | G.J.McDonald | 2.70 | $1,421.55 | Worked on confirmation discovery matters. |
| 05/27/25 | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney S. Donato regarding plan confirmation preparation. |
| | G.T.Walter | 0.50 | $245.25 | Conferred with Diocese regarding confirmation issues raised by Sisters of St. Joseph. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in teleconference with Attorney Donato regarding plan confirmation strategies. |
| | G.J.McDonald | 5.00 | $2,632.50 | Worked on confirmation discovery. |
| | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Attorney McDonald to discuss plan discovery. |
| | S.A.Donato | 0.50 | $285.75 | Conferred with Diocese and Attorney Walter regarding confirmation hearing preparation issues. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney McDonald regarding plan discovery. |
| 05/28/25 | G.J.McDonald | 3.40 | $1,790.10 | Prepared for depositions of Diocese representatives. |
| | G.T.Walter | 0.70 | $343.35 | Participated in call with Attorney McDonald regarding deposition preparation. |
| | J.J.Carhart | 0.20 | $42.30 | Prepared data in eDiscovery platform for review. |
| | S.A.Donato | 0.90 | $514.35 | Reviewed and outlined Committee's motion to quash Anderson's subpoena. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.30 | $171.45 | Conferred with Diocese regarding Committee's motion to quash Anderson's subpoena. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding motion to quash Anderson's subpoena. |
| 05/29/25 | G.J.McDonald | 6.00 | $3,159.00 | Attended deposition preparation meeting with Bishop Matano and L. Passero. |
| | G.T.Walter | 2.00 | $981.00 | Conferred with Diocese regarding preparation for upcoming depositions. |
| | G.T.Walter | 1.50 | $735.75 | Reviewed plan and related materials in preparation for Diocese conference regarding upcoming depositions. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding motion to quash follow up. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney McDonald regarding Committee's motion to quash. |

Subtotal:     Hours:             81.90
              Amount:     $41,683.50

**Total Hours and Fees For This Matter:**              154.90              $72,196.95

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

July 10, 2025
Bill Number: 20088736

The Diocese of Rochester

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 21.80 | $571.50 | $12,458.70 |
| G. J. McDonald  (Member) | 46.80 | 526.50 | 24,640.20 |
| B. M. Sheehan (Member) | 0.80 | 405.00 | 324.00 |
| C. J. Sullivan (Member) | 4.00 | 544.50 | 2,178.00 |
| S. C. Temes (Member) | 1.80 | 486.00 | 874.80 |
| G. T. Walter (Member) | 21.80 | 490.50 | 10,692.90 |
| J. S. Krell (Senior Counsel) | 37.10 | 436.50 | 16,194.15 |
| R. Clement (Associate) | 4.10 | 243.00 | 996.30 |
| A. S. Rivera (Associate) | 2.90 | 310.50 | 900.45 |
| J. J. Carhart (Other) | 0.20 | 211.50 | 42.30 |
| K. M. Doner (Paralegal) | 10.50 | 200.00 | 2,100.00 |
| J. L. McIlroy (Other) | 3.10 | 256.50 | 795.15 |
| **Total** | 154.90 | | $72,196.95 |
| **Courtesy Discount** | | | ($2,492.34) |
| **Total Fees** | | | $69,704.61 |

**Matter Disbursement Summary**

| | | |
|---|---|---|
| Data Hosting & Storage | | $1,145.00 |
| ESI Processing | | 50.00 |
| **Total Disbursements** | | **$1,195.00** |
| | | |
| **TOTAL FOR THIS MATTER** | | **$70,899.61** |

---

Accounts Are Due Within 30 Days.

Page:  20