UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Debtor,

**ORDER GRANTING ELEVENTH APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BOND, SCHOENECK & KING, PLLC, AS ATTORNEYS FOR THE DIOCESE**

This matter came before the Court on the *Eleventh Application for Interim Compensation and Reimbursement of Expenses of Bond Schoeneck & King, PLLC, as Attorneys for the Diocese* for the period of August 1, 2024 through December 31, 2024 [Docket No. 3022] (the "Eleventh Fee Application").[1] In the Application, Bond requests: (a) allowance of interim compensation for professional services performed by Bond for the Eleventh Interim Compensation Period in the amount of $252,594.85; (b) reimbursement of its actual and necessary expenses in the amount of $7,562.87 incurred during the Eleventh Interim Compensation Period; and (c) directing the Diocese to pay the unpaid balance.

The Court, having considered the Eleventh Interim Fee Application and notice of the Eleventh Interim Fee Application appearing adequate, and a hearing having been held before the Court on May 15, 2025 (the "Hearing") to consider the Eleventh Interim Fee Application, and the Court having considered the *Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Prior and Pending Interim Applications for Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 3089] (the "Fee Examiner Report"), and Bond having

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Eleventh Fee Application.

1

consented to a voluntary reduction in fees in the amount of $51,465.09 as requested in the Fee Examiner Report (the "Voluntary Reduction"), and the Court having found that services rendered by Bond and expenses incurred were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Eleventh Interim Fee Application is granted as set forth herein; and it is further

**ORDERED**, that any additional objections to the Eleventh Interim Fee Application, or to the compensation and expense reimbursement sought therein, that have not been made, withdrawn, waived, or settled on the record at the Hearing, and all reservation of rights included therein, are hereby overruled and disallowed on the merits; and it is further

**ORDERED**, that Bond's compensation for professional services rendered during the Eleventh Interim Compensation Period is allowed on an interim basis in the reduced amount of $201,129.76; and it is further

**ORDERED**, that reimbursement of Bond's expenses incurred during the Eleventh Interim Compensation Period is allowed on an interim basis in the amount of $7,562.87; and it is further

**ORDERED**, that Bond shall apply the Voluntary Reduction to the unpaid portion of fees and expenses sought in the Eleventh Interim Compensation Period in the sum of $50,518.97 and Bond shall apply the remaining balance of the Voluntary Reduction in the sum of $946.12 against fees incurred after the Eleventh Interim Compensation Period.

**ORDERED**, that the compensation and reimbursement of expenses awarded in this Order shall be interim and subject to final approval pursuant to 11 U.S.C. § 330(a)(5); and it is further

**ORDERED**, that the allowance of interim compensation and reimbursement of expenses pursuant to this Order is without prejudice to Bond's right to seek additional compensation for

2

22013208.v1
Case 2-19-20905-PRW, Doc 3322, Filed 08/01/25, Entered 08/01/25 10:08:30, Description: Main Document, Page 2 of 3

future services performed and expenses incurred in connection with its representation of the Diocese herein; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August ___, 2025
       Rochester, New York

                                                                     Honorable Paul R. Warren
                                                                       United States Bankruptcy Judge

3

22013208.v1
Case 2-19-20905-PRW, Doc 3322, Filed 08/01/25, Entered 08/01/25 10:08:30, Description: Main Document , Page 3 of 3