UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Diocese of Rochester for the Period July 1, 2025 Through July 31, 2025*, a copy of which is attached hereto and hereby served upon you. In addition, Blank Rome has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its July 2025 invoice in text format.

Dated: August 12, 2025							BLANK ROME LLP

                                                By     */s/ James R. Murray*  
                                                   James R. Murray  
                                                   1825 Eye Street NW  
                                                   Washington, DC 20006  
                                                   Telephone: (202) 420-3409  
                                                   Email: jmurray@blankrome.com

                                                 *Special Insurance Counsel*  
                                                 *for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No. 19-20905

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR
COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL
TO THE DIOCESE OF ROCHESTER FOR THE PERIOD
JULY 1, 2025 THROUGH JULY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 27, 2019 [Docket No. 300] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | July 1, 2025 through July 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $22,132.49 ($17,705.99) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,636.83 |

This is a:  X  monthly ___ quarterly ___ final application.

This is Blank Rome LLP's sixty-eighth monthly fee statement in this case.



**BLANKROME**

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO.

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCHESTER | INVOICE DATE: AUGUST 07, 2025 |
| ATTN: LISA M. PASSERO | CLIENT ID: 156954 |
| CHIEF FINANCIAL OFFICER | MATTER NUMBER: 156954-00601 03348 |
| 1150 BUFFALO ROAD | INVOICE NUMBER: 2299101 |
| ROCHESTER, NY 14624 | |

**REGARDING:** ROMAN CATHOLIC DIOCESE OF ROCHESTER
INSURANCE ADVICE

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 09/23/2024 | 2224066 | $124.74 | ($99.79) | $24.95 |
| 11/22/2024 | 2239834 | $3,944.71 | ($3,155.77) | $788.94 |
| 01/06/2025 | 2247693 | $6,161.54 | ($4,929.23) | $1,232.31 |
| 01/28/2025 | 2253678 | $144.37 | ($115.50) | $28.87 |
| 02/24/2025 | 2259741 | $5,984.05 | ($4,787.24) | $1,196.81 |
| 03/11/2025 | 2263237 | $10,509.73 | ($8,407.78) | $2,101.95 |
| 04/16/2025 | 2272746 | $693.00 | ($554.40) | $138.60 |
| 05/19/2025 | 2280774 | $365.36 | ($292.29) | $73.07 |
| 06/16/2025 | 2287410 | $481.25 | ($385.00) | $96.25 |
| 07/15/2025 | 2293823 | $4,816.35 | $0.00 | $4,816.35 |

**BALANCE FORWARD** $10,498.10

| | |
|---|---|
| FOR LEGAL SERVICES RENDERED THROUGH 7/31/25 | $28,743.50 |
| LESS 23% ACCOMMODATION | ($6,611.01) |
| NET SERVICES | $22,132.49 |
| FOR DISBURSEMENTS ADVANCED THROUGH 7/31/25 | $1,636.83 |
| **CURRENT INVOICE TOTAL** | **$23,769.32** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | **$34,267.42** |

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | | 130 North 18th St |
| ABA Number: | (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | (International) | |
| | To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI



**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** █

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF ROCHESTER | INVOICE DATE: AUGUST 07, 2025 |
| ATTN: LISA M. PASSERO | CLIENT ID: 156954 |
| CHIEF FINANCIAL OFFICER | MATTER NUMBER: 156954-00601 |
| 1150 BUFFALO ROAD | INVOICE NUMBER: 2299101 |
| ROCHESTER, NY 14624 | PAGE 1 |

**REGARDING:** ROMAN CATHOLIC DIOCESE OF ROCHESTER
INSURANCE ADVICE

**FOR LEGAL SERVICES RENDERED THROUGH JULY 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **TASK: 01 ASSET, ANALYSIS AND RECOVERY** | | | | | |
| 07/06/25 | PREPARE PROPOSED SUBMISSION, INCLUDING ANALYZING MATRIX IN CONNECTION WITH SAME | R. MICHAELSON | 01 | 1.60 | 1,000.00 |
| 07/07/25 | FOLLOW UP QUESTIONS FROM MEDIATORS, REVIEW STATUS OF CNA ANALYZES AND RANGES | J. MURRAY | 01 | 0.90 | 985.50 |
| 07/09/25 | REVIEW AND ANALYZE CLAIMS WORKSHEET FOR CX RE SUBMISSION | A. MARTIN | 01 | 0.40 | 248.00 |
| 07/09/25 | REVISE EXHIBIT FOR PROPOSED SUBMISSION | K. ROGERS | 01 | 1.90 | 617.50 |
| 07/09/25 | ADDITIONAL REVIEW OF CNA EXPOSURE ANALYSIS AND LEGAL ARGUMENTS FOR MEDIATION | J. MURRAY | 01 | 2.20 | 2,409.00 |
| 07/14/25 | TRAVEL TO MEDIATION (NY) (BILLED AT HALF TIME - ACTUAL TRAVEL TIME WAS 4 HOURS) | J. MURRAY | 01 | 2.00 | 2,190.00 |
| 07/14/25 | PREPARE FOR MEDIATION, CONFIRM CNA ANALYSIS REGARDING CLAIMS SEVERITY AND LIMITS | J. MURRAY | 01 | 2.20 | 2,409.00 |
| 07/15/25 | REVIEW/REVISE DRAFT SUBMISSION | R. MICHAELSON | 01 | 0.40 | 250.00 |
| 07/15/25 | MEDIATION (CNA/IN PERSON) | J. MURRAY | 01 | 9.50 | 10,402.50 |
| 07/16/25 | TRAVEL FOR MEDIATION NY/DC (AT HALF RATE, ACTUAL TRAVEL TIME WAS 3 HOURS) | J. MURRAY | 01 | 1.50 | 1,642.50 |
| 07/21/25 | CONFERENCE WITH R. MICHAELSON REGARDING COMMENTS ON SUBMISSION TO CX RE | J. CARTER | 01 | 0.10 | 81.00 |
| 07/21/25 | REVIEW DRAFT SUBMISSION TO CX RE AND PROVIDE COMMENTS | J. CARTER | 01 | 0.30 | 243.00 |

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | TO R. MICHAELSON | | | | |
| 07/21/25 | FINALIZE/SUBMIT CLAIM SUBMISSION | R. MICHAELSON | 01 | 0.30 | 187.50 |
| 07/21/25 | REVIEW EXPERT REPORTS, MOTIONS AND RULING AS RELATES TO INSURANCE OBJECTIONS AND RESPONSES | J. MURRAY | 01 | 1.40 | 1,533.00 |
| 07/21/25 | PREPARE FURTHER ANALYSIS FOR CNA MEDIATION | J. MURRAY | 01 | 0.80 | 876.00 |
| 07/22/25 | REVIEW/ANALYZE CLAIM INFORMATION IN CONNECTION WITH SETTLEMENT-RELATED QUERIES | R. MICHAELSON | 01 | 0.90 | 562.50 |
| 07/22/25 | REVIEW INSURANCE RELATED EXPERT REPORTS, MOTION PAPER ARGUMENTS TO PREPARE FOR HEARING | J. MURRAY | 01 | 2.10 | 2,299.50 |
| 07/22/25 | TELECONFERENCE WITH MEDIATOR REGARDING SETTLEMENT | J. MURRAY | 01 | 0.10 | 109.50 |
| 07/22/25 | DRAFT LIST OF INSURER'S POLICIES TO BE ATTACHED TO SETTLEMENT DOCUMENTS FILED WITH THE COURT | K. ROGERS | 01 | 0.90 | 292.50 |
| | **TOTALS FOR 01 ASSET, ANALYSIS AND RECOVERY** | | | **29.50** | **28,338.50** |

**TASK: 07 FEE AND EMPLOYMENT APPLICATIONS**

| DATE | DESCRIPTION | TIMEKEEPER | CODE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/31/25 | REVISE DRAFT FEE APPLICATION | J. CARTER | 07 | 0.50 | 405.00 |
| | **TOTALS FOR 07 FEE AND EMPLOYMENT APPLICATIONS** | | | **0.50** | **405.00** |

| | | |
|---|---|---|
| **TOTAL SERVICES** | | $28,743.50 |
| **LESS 23% ACCOMMODATION** | | ($6,611.01) |
| **NET SERVICES** | | $22,132.49 |

**FOR DISBURSEMENTS ADVANCED THROUGH JULY 31, 2025**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14/25 | OUT OF TOWN LODGING: JAMES MURRAY ATTEND IN PERSON MEDIATION WITH CNA (2 NIGHTS) ON 07/14/25 | 1,128.83 |
| 07/14/25 | TRAIN: JAMES MURRAY ATTEND IN PERSON MEDIATION WITH CNA ON 07/16/25 | 508.00 |
| | **TOTAL DISBURSEMENTS** | **$1,636.83** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$23,769.32** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| JAMES CARTER | PARTNER | 810.00 | 0.90 | 729.00 |
| JAMES MURRAY | PARTNER | 1,095.00 | 22.70 | 24,856.50 |
| ROBYN MICHAELSON | PARTNER | 625.00 | 3.20 | 2,000.00 |
| ANDREW G. MARTIN | ASSOCIATE | 620.00 | 0.40 | 248.00 |
| KEVIN ROGERS | PARALEGAL | 325.00 | 2.80 | 910.00 |
| **TOTALS** | | | **30.00** | **$28,743.50** |