UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905 (PRW)
Chapter 11

Debtor.

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE
MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025**

Pursuant to this Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318] (the "Interim Compensation Order")[1], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545] (the "Supplement") and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870] (collectively, the "Interim Compensation Orders"), the undersigned hereby certifies that on July 30, 2025, Bond, Schoeneck & King, PLLC filed its *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period May 1, 2025 through May 31, 2025* [Docket No. 3317] (the "May Monthly Fee Statement"); and as of the date hereof, Bond has received no Objections to the May Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Accordingly, pursuant to the Interim Compensation Orders, The Diocese of Rochester is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the May Monthly Fee Statement.

Dated: August 21, 2025                          BOND, SCHOENECK & KING, PLLC


By:      */s/ Stephen A. Donato, Esq.*
    Stephen A. Donato, Esq.
    Charles J. Sullivan, Esq.
    Grayson T. Walter, Esq.
    One Lincoln Center
    Syracuse, New York 13202-1355
    Telephone: (315) 218-8000
    Emails:  sdonato@bsk.com
             csullivan@bsk.com
             gwalter@bsk.com

    *Attorneys for The Diocese of Rochester*