UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In Re: | Case No.: 2−19−20905−PRW |
|---|---|
| The Diocese of Rochester aka The Roman Catholic Diocese of Rochester | Chapter: 11 |
| | Tax ID: 16−0755765 |
| Debtor(s) | |

# NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **September 5, 2025**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #3379: Decision and Order Confirming Eighth Amended Joint Chapter 11 Plan of Reorganization for the Diocese of Rochester Signed on 9/5/2025 NOTICE OF ENTRY. (Teutonico, C.)

Date: September 5, 2025　　　　　　　　　　　Lisa Bertino Beaser
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Form ntcentry/Doc 3379
www.nywb.uscourts.gov