# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209−2 | User: admin | Date Created: 9/5/2025 |
| Case: 2−19−20905−PRW | Form ID: ntcentry | Total: 25 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Erin Champion, 11 | USTPRegion02.RO.ECF@USDOJ.GOV |
| aty | Andrew Scott Rivera | arivera@bsk.com |
| aty | Camille W. Hill | chill@bsk.com |
| aty | Catalina Sugayan | catalina.sugayan@clydeco.us |
| aty | Charles J. Sullivan | csullivan@bsk.com |
| aty | David C. Christian, II | dchristian@dca.law |
| aty | David D. MacKnight | dmacknight@lacykatzen.com |
| aty | Grayson T. Walter | gwalter@bsk.com |
| aty | Gregory J. McDonald | gjmcdonald@bsk.com |
| aty | Harris Winsberg | hwinsberg@phrd.com |
| aty | Ilan D Scharf | ischarf@pszjlaw.com |
| aty | Ingrid S. Palermo | ipalermo@bsk.com |
| aty | Jeff Kahane | jkahane@skarzynski.com |
| aty | Jeffrey Austin Dove | jdove@barclaydamon.com |
| aty | Karen B. Dine | kdine@pszjlaw.com |
| aty | Mark Bruh | mark.bruh@usdoj.gov |
| aty | Mark D. Plevin | mplevin@plevinturner.com |
| aty | Melanie Wolk | mwolk@trevettcristo.com |
| aty | Mitchell Garabedian | mgarabedian@garabedianlaw.com |
| aty | Sara C. Temes | stemes@bsk.com |
| aty | Stephen Boyd | sboyd@steveboyd.com |
| aty | Stephen A. Donato | sdonato@bsk.com |
| aty | Timothy Patrick Lyster | tlyster@woodsoviatt.com |

TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 | |
| pr | Lisa M. Passero | The Diocese of Rochester | 1150 Buffalo Road | Rochester, NY 14624 |

TOTAL: 2