UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                        Reorganized Debtor.

Case No.  19-20905

Chapter 11

## NOTICE OF FILING

      **PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period August 1, 2025 Through August 31, 2025*, a copy of which is attached hereto and hereby served upon you.  In addition, Bond has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its August 2025 invoice in text format.

Dated: November 5, 2025    BOND, SCHOENECK & KING, PLLC

By:    /s/ Stephen A. Donato
       Stephen A. Donato
       Charles J. Sullivan
       Grayson T. Walter
       One Lincoln Center
       Syracuse, New York 13202
       Telephone:  (315) 218-8000
       Emails:  sdonato@bsk.com
                csullivan@bsk.com
                gwalter@bsk.com

       *Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

                                                Case No. 19-20905

The Diocese of Rochester,

                                                Chapter 11

                      Reorganized Debtor.

## MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025

Name of Applicant:                     Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:             The Diocese of Rochester, Debtor-In-Possession

Date of Retention:                   Order entered November 20, 2019 [Docket No. 249]
                                      *Nunc Pro Tunc* to September 12, 2019

Period for which compensation
and reimbursement is sought:        August 1, 2025 through August 31, 2025

Amount of compensation sought
as actual, reasonable and necessary:   80% of $63,265.25 ($50,612.20)

Amount of expense reimbursement sought
as actual, reasonable and necessary:   $1,519.90

This is a: __X__ monthly _____ quarterly _____ final application.

This is Bond, Schoeneck & King, PLLC's seventieth monthly fee statement in this case.

22554772.v1-11/5/25

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 08/31/25.

**Financial Review**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 08/04/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding the Diocese's June 2025 monthly operating report. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed U.S. Trustee's correspondence regarding U.S. Trustee fee payment issues. |
| | S.A.Donato | 0.10 | $57.15 | Consulted with Attorney Walter regarding U.S. Trustee fee payment issues. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | S.C.Temes | 0.30 | $145.80 | Participated in call with Attorney Sullivan regarding status and strategies. |
| 08/08/25 | K.M.Doner | 0.90 | $180.00 | Reviewed file materials and updated case charter summarizing case updates. |
| 08/11/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorneys Donato and Sullivan regarding outstanding operating report issue. |

Accounts Are Due Within 30 Days.

Page: 1

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorneys Donato and Sullivan regarding case status and strategies and updated case charter to reflect same. |
| | R.Clement | 0.20 | $48.60 | Participated in call with Attorney Sullivan regarding case status and strategy. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Sullivan regarding case status and strategy. |
| 08/20/25 | K.M.Doner | 0.20 | $40.00 | Revised case charter in preparation for strategy call with Attorneys Donato and Sullivan. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with S. Mosman regarding the Diocese's June 2025 operating report. |
| | K.M.Doner | 0.20 | $40.00 | Reviewed July 2025 Communis Fund statements, drafted correspondence to U.S. Trustee and corresponded with M. Ziarniak regarding same. |
| | G.J.McDonald | 0.20 | $105.30 | Telephone conferenced with L. Passero regarding status and strategy. |
| | G.T.Walter | 0.10 | $49.05 | Reviewed correspondence regarding Diocese inquiry on timing of case closure. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney McDonald regarding response to Diocese regarding case closure timing. |
| 08/21/25 | G.T.Walter | 0.50 | $245.25 | Reviewed and revised letter to faithful regarding status of chapter 11 case. |
| | G.J.McDonald | 0.80 | $421.20 | Continued drafting letter to Diocese regarding status of case. |
| 08/25/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorney Sullivan regarding the Diocese's June 2025 operating report. |
| 08/29/25 | K.M.Doner | 1.20 | $240.00 | Analyzed the Diocese's June 2025 operating report and related schedules. |

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | K.M.Doner | 0.50 | $100.00 | Participated in telephone conference with S. Mosman regarding the Diocese's June 2025 operating report. |
| | K.M.Doner | 0.40 | $80.00 | Revised and finalized the Diocese's June 2025 operating report and related schedules. |
| | Subtotal: | Hours: | 7.60 | |
| | | Amount: | $2,545.30 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/04/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding insurance carrier settlement issues. |
| | G.J.McDonald | 0.90 | $473.85 | Received and reviewed CNA proposed settlement agreement. |
| 08/05/25 | G.T.Walter | 2.30 | $1,128.15 | Analyzed CNA draft settlement agreement and related documents. |
| 08/06/25 | G.T.Walter | 0.30 | $147.15 | Conferred with Attorney Donato regarding status of CNA settlement agreement and related matters. |
| | G.T.Walter | 1.80 | $882.90 | Drafted form notices of CNA settlement and proposed order regarding same. |
| | G.T.Walter | 2.50 | $1,226.25 | Drafted revisions to CNA settlement agreement. |
| | S.A.Donato | 0.80 | $457.20 | Reviewed CNA counsel comments to draft settlement agreement. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding CNA counsel comments to draft settlement agreement. |
| | J.S.Krell | 1.50 | $654.75 | Reviewed CNA's initial draft of the settlement agreement. |
| | J.S.Krell | 0.50 | $218.25 | Reviewed draft order approving noticing procedures for the CNA settlement motion. |
| 08/08/25 | J.S.Krell | 5.50 | $2,400.75 | Drafted 363/9019 motion seeking approval of the CNA settlement agreement. |

**Bond, Schoeneck & King, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/11/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Donato regarding CNA settlement agreement. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with CNA regarding settlement noticing issues. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Committee counsel regarding CNA settlement. |
| | G.T.Walter | 2.10 | $1,030.05 | Reviewed and revised motion to approve CNA settlement. |
| | G.T.Walter | 0.10 | $49.05 | Exchanged correspondence with Parish counsel regarding settlement signatures. |
| | S.A.Donato | 0.60 | $342.90 | Further reviewed CNA counsel comments to draft settlement agreement. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed responsive comments to draft settlement agreement. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding responsive comments to draft settlement agreement. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in call with Attorney Donato regarding CNA settlement agreement. |
| | J.S.Krell | 0.20 | $87.30 | Discussed signature pages for insurer settlements with Attorney Walter. |
| 08/12/25 | G.T.Walter | 0.50 | $245.25 | Exchanged correspondence with CNA counsel regarding settlement agreement negotiations. |
| | J.S.Krell | 2.50 | $1,091.25 | Revised motion to approve CNA settlement. |
| | J.S.Krell | 1.20 | $523.80 | Discussed the CNA settlement agreement with Attorney Walter and reviewed correspondence from counsel to CNA regarding same. |
| 08/13/25 | G.T.Walter | 1.00 | $490.50 | Participated in call with CNA counsel regarding settlement agreement language. |
| | G.T.Walter | 0.60 | $294.30 | Reviewed and revised CNA settlement motion. |

Accounts Are Due Within 30 Days.

Page: 4

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | G.T.Walter | 0.60 | $294.30 | Revised noticing order for CNA settlement motion. |
| | G.T.Walter | 4.40 | $2,158.20 | Analyzed revisions to CNA settlement agreement and related documents. |
| | G.T.Walter | 0.60 | $294.30 | Prepared for call with CNA counsel regarding settlement agreement. |
| | G.T.Walter | 0.20 | $98.10 | Drafted correspondence to Chambers regarding order approving notice of CNA settlement motion. |
| | S.A.Donato | 0.50 | $285.75 | Consulted with Attorney McDonald regarding affiliate settlement issues. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed follow up correspondence regarding affiliate settlement issues. |
| | G.J.McDonald | 0.50 | $263.25 | Attended zoom meeting with Attorney Donato regarding CNA settlement agreement. |
| | J.S.Krell | 1.50 | $654.75 | Analyzed the revised terms of the CNA settlement agreement. |
| | J.S.Krell | 0.50 | $218.25 | Revised motion seeking approval of the CNA settlement and drafted correspondence to counsel to CNA regarding same. |
| | J.S.Krell | 0.50 | $218.25 | Drafted correspondence to Stretto in preparation for service of the CNA settlement agreement and motion. |
| | J.S.Krell | 0.30 | $130.95 | Reviewed correspondence from Attorney McDonald regarding revisions to the CNA settlement agreement. |
| | J.S.Krell | 0.40 | $174.60 | Discussed revised notice procedures order for the notice of the CNA settlement with Attorney Walter and reviewed revised order. |
| 08/14/25 | G.T.Walter | 0.40 | $196.20 | Exchanged correspondence with Fr. Condon regarding further revisions to CNA settlement agreement. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 0.50 | $245.25 | Drafted correspondence to Chambers regarding proposed noticing order for CNA settlement motion and redline comparison to prior order. |
| | G.T.Walter | 0.10 | $49.05 | Participated in call with Attorney Krell regarding CNA settlement matters. |
| | G.T.Walter | 0.40 | $196.20 | Exchanged correspondence with counsel for Committee and CNA regarding settlement agreement revisions. |
| | G.T.Walter | 0.60 | $294.30 | Drafted update memoranda to Attorneys Donato and Sullivan regarding status of CNA settlement. |
| | G.T.Walter | 0.50 | $245.25 | Reviewed and analyzed CNA revisions to settlement agreement. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with CNA counsel regarding settlement agreement changes. |
| | S.A.Donato | 1.20 | $685.80 | Reviewed CNA counsel further comments to draft settlement agreement. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding CNA counsel comments to draft settlement agreement. |
| | S.A.Donato | 0.60 | $342.90 | Reviewed remaining open issues concerning settlement agreement finalization. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Attorney Sullivan regarding open issues concerning settlement agreement finalization. |
| 08/15/25 | K.M.Doner | 0.50 | $100.00 | Participated in telephone conference with Attorney Krell regarding motion to approve settlement with CNA and direct mail notice and publication notice related to same. |
| | G.T.Walter | 0.50 | $245.25 | Conferred with CNA counsel regarding revisions to settlement agreement. |
| | G.T.Walter | 1.00 | $490.50 | Final revisions to CNA settlement agreement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | K.M.Doner | 0.50 | $100.00 | Revised motion to approve settlement with CNA and direct mail notice and publication notice in connection with same. |
| | G.J.McDonald | 0.40 | $210.60 | Attended zoom call with CNA regarding CNA settlement agreement. |
| 08/18/25 | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Walter regarding CNA insurance settlement issues. |
| | J.S.Krell | 0.30 | $130.95 | Discussed status of CNA settlement with Attorney Walter. |
| 08/20/25 | G.T.Walter | 0.30 | $147.15 | Consulted with K. Doner regarding obtaining copy of transcript of insurer settlement hearing. |
| | K.M.Doner | 0.20 | $40.00 | Communicated with Attorney Walter regarding response to U.S. Trustee's objection to insurance settlements. |
| 08/22/25 | G.T.Walter | 2.60 | $1,275.30 | Further revisions to reply in support of insurance settlement motion. |
| 08/25/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Krell regarding insurance settlements. |

| | Subtotal: | Hours: | 49.30 | |
|---|-----------|--------|-------|---|
| | | Amount: | $23,519.35 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/07/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding stay relief motion issues. |
| 08/11/25 | K.M.Doner | 0.20 | $40.00 | Corresponded with Attorneys Donato and Rivera regarding motion for relief from stay filed by Marsh firm's CVA plaintiffs. |
| | A.S.Rivera | 0.40 | $124.20 | Consulted with Attorney Sullivan regarding withdrawal of stay relief motions. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| | A.S.Rivera | 0.40 | $124.20 | Examined issues related to state court plaintiff stay relief motions. |
| 08/28/25 | G.T.Walter | 0.40 | $196.20 | Reviewed subpoena for state court case and analysis of section 362 issues regarding same. |
| | Subtotal: | Hours:<br>Amount: | 1.70<br>$656.05 | |

**B150: Meetings of and Communications with Creditors**

| | | | | |
|------|------|------|------|------|
| 08/25/25 | S.C.Temes | 0.10 | $48.60 | Participated in conference call with Committee regarding status. |
| | Subtotal: | Hours:<br>Amount: | 0.10<br>$48.60 | |

**B160: Fee/Employment Applications**

| | | | | |
|------|------|------|------|------|
| 08/01/25 | K.M.Doner | 0.30 | $60.00 | Consulted with Attorney Clement regarding fee applications of various professionals and corresponded with fee examiner regarding coordination of next round of fee applications. |
| | K.M.Doner | 0.60 | $120.00 | Participated in telephone conferences with Attorney Donato regarding proposed order approving Bond's eleventh interim fee application and Bond's twelfth interim fee application. |
| | K.M.Doner | 0.40 | $80.00 | Revised proposed order approving Bond's eleventh interim fee application. |
| | K.M.Doner | 1.90 | $380.00 | Continued drafting portions of Bond's twelfth interim fee application. |
| | K.M.Doner | 0.20 | $40.00 | Corresponded with Attorney Desiderio regarding status of confirmation and timing for submission of final fee applications. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | K.M.Doner | 1.10 | $220.00 | Drafted proposed order granting Blank Rome's eleventh interim fee application. |
| | K.M.Doner | 0.50 | $100.00 | Participated in follow up telephone conference with Attorney Clement regarding Bond's twelfth interim fee application. |
| | R.Clement | 2.10 | $510.30 | Reviewed updates to fee application and provided commentary as needed. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed and revised fee application orders. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with K. Doner regarding fee application orders. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from fee examiner regarding fee application issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to fee examiner regarding fee application issues. |
| | S.A.Donato | 0.90 | $514.35 | Reviewed and revised Bond's twelfth fee application. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with K. Doner regarding revisions to Bond's twelfth fee application. |
| 08/04/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorneys Sullivan and Clement regarding Bond's twelfth interim fee application. |
| | K.M.Doner | 0.20 | $40.00 | Reviewed file materials and drafted summary report of fee statements for Attorneys Donato, Sullivan and Clement. |
| | R.Clement | 0.20 | $48.60 | Discussed review comments to the Bond's twelfth interim fee application with K. Doner. |
| | R.Clement | 0.80 | $194.40 | Revised Bond's twelfth interim fee application based on review comments. |
| | K.M.Doner | 0.70 | $140.00 | Revised Bond's twelfth interim fee application. |
| | S.A.Donato | 0.60 | $342.90 | Further reviewed and revised Bond's twelfth fee application. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/05/25 | K.M.Doner | 0.30 | $60.00 | Revised proposed order approving Blank Rome's eleventh interim fee application and corresponded with D. Lowrance of Blank Rome regarding same. |
| | K.M.Doner | 0.90 | $180.00 | Drafted joint notice of hearing in connection with twelfth round of fee applications. |
| | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorney Clement regarding joint notice and summary and cover sheets for Bond's and Blank Rome's twelfth interim fee applications. |
| | K.M.Doner | 0.70 | $140.00 | Drafted summary and cover sheets in connection with Bond's and Blank Rome's twelfth interim fee applications. |
| | K.M.Doner | 0.60 | $120.00 | Revised Bond's twelfth interim fee application. |
| | K.M.Doner | 1.20 | $240.00 | Drafted exhibits to Bond's and Blank Rome's twelfth interim fee applications. |
| | R.Clement | 0.30 | $72.90 | Discussed fee order for eleventh interim period and review comment for twelfth interim period with K. Doner. |
| | R.Clement | 1.60 | $388.80 | Finalized fee application edits. |
| 08/06/25 | K.M.Doner | 0.40 | $80.00 | Consulted with Attorney Clement regarding joint notice related to twelfth round of fee applications, Bond's twelfth interim fee application and related summary and cover sheet. |
| | K.M.Doner | 0.40 | $80.00 | Revised joint notice of hearing for twelfth round of fee applications and Bond's summary and cover sheet for twelfth interim fee application. |
| | K.M.Doner | 0.40 | $80.00 | Revised Bond's twelfth interim fee application. |
| | K.M.Doner | 0.40 | $80.00 | Revised Blank Rome's twelfth interim fee application. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | K.M.Doner | 0.20 | $40.00 | Corresponded with Committee counsel regarding logistics for twelfth round of fee applications and joint notice of hearing related to same. |
| | R.Clement | 1.80 | $437.40 | Finalized Bond's twelfth interim fee application and joint notice. |
| | S.A.Donato | 0.80 | $457.20 | Final review and edits of Bond's twelfth interim fee application. |
| 08/08/25 | K.M.Doner | 1.20 | $240.00 | Revised and finalized Bond's twelfth interim fee application, together with related exhibits. |
| | K.M.Doner | 0.30 | $60.00 | Revised and finalized Blank Rome's twelfth interim fee application and related exhibits and cover sheet. |
| | K.M.Doner | 0.50 | $100.00 | Revised and finalized Harris Beach's twelfth interim fee application, together with related exhibits and cover sheet. |
| 08/12/25 | K.M.Doner | 0.50 | $100.00 | Drafted certificates of no objection related to Bond's March 2025 and Blank Rome's June 2025 fee statements. |
| | K.M.Doner | 0.40 | $80.00 | Drafted Blank Rome's July 2025 fee statement, including summary and cover sheet and related notice. |
| 08/20/25 | R.Clement | 0.20 | $48.60 | Researched information related to PSIP fees in Bond's twelfth interim fee application and responded to correspondence. |
| 08/21/25 | K.M.Doner | 0.40 | $80.00 | Drafted certificates of no objection related to Bond's April and May 2025 fee statements. |
| 08/29/25 | K.M.Doner | 1.70 | $340.00 | Drafted Bond's June 2025 fee statement. |

Subtotal:      Hours:      27.50

Amount:      $7,138.40

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| 08/18/25 | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Sullivan regarding draft confirmation order. |

| | Subtotal: | Hours:<br>Amount: | 0.30<br>$121.50 | |

**B210: Business Operations**

| 08/21/25 | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan regarding Diocese communications to faithful. |
| 08/22/25 | G.T.Walter | 1.00 | $490.50 | Reviewed and responded to Diocese inquiries regarding next steps in restructuring process. |
| 08/26/25 | G.T.Walter | 1.00 | $490.50 | Reviewed proposed article regarding non-monetary commitments and provide comments to Fr. Condon. |
| 08/27/25 | G.T.Walter | 0.30 | $147.15 | Exchanged correspondence with Fr. Condon regarding article for Catholic Courier. |

| | Subtotal: | Hours:<br>Amount: | 2.50<br>$1,226.25 | |

**B310: Claims Administration and Objections**

| 08/11/25 | G.J.McDonald | 0.30 | $157.95 | Consulted with Attorney Walter regarding potential additional claim objections. |
| | J.S.Krell | 0.30 | $130.95 | Discussed general unsecured claims objections with Attorney Walter. |
| 08/29/25 | G.J.McDonald | 2.00 | $1,053.00 | Prepared for and attended zoom conference with SJV regarding CVA claims. |

| | Subtotal: | Hours:<br>Amount: | 2.60<br>$1,341.90 | |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B320: Plan and Disclosure Statement (including Business Plan)** | | | | |
| 08/01/25 | S.A.Donato | 0.30 | $171.45 | Conferred with U.S. Trustee regarding adjourned confirmation hearing issues. |
| 08/04/25 | R.Clement | 0.20 | $48.60 | Consullted with Attorney Walter regarding draft confirmation order. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding plan confirmation issues. |
| | G.T.Walter | 0.40 | $196.20 | Reviewed draft confirmation order. |
| | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding compliance with child protection protocols. |
| | J.S.Krell | 0.40 | $174.60 | Discussed preparation for plan confirmation with Attorney Donato. |
| 08/05/25 | R.Clement | 1.20 | $291.60 | Reviewed confirmation order template in preparation for drafting the confirmation order. |
| | G.T.Walter | 0.40 | $196.20 | Reviewed and revised communications to the faithful regarding plan confirmation status. |
| 08/06/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel concerning preparation for adjourned confirmation hearing. |
| | J.S.Krell | 0.50 | $218.25 | Reviewed correspondence from counsel to Interstate regarding draft confirmation order. |
| 08/07/25 | G.T.Walter | 1.00 | $490.50 | Analyzed provisions to be included in confirmation order. |
| | R.Clement | 9.40 | $2,284.20 | Updated the confirmation order for the eighth modified plan of reorganization. |
| | G.T.Walter | 0.70 | $343.35 | Analyzed transcript of 7/29 hearing regarding plan confirmation issues. |
| 08/08/25 | R.Clement | 2.50 | $607.50 | Finalized draft of the confirmation order. |
| 08/11/25 | G.T.Walter | 0.30 | $147.15 | Exchanged correspondence with Committee counsel regarding Sisters of St. Joseph's confirmation order inserts. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 08/12/25 | G.T.Walter | 1.00 | $490.50 | Analyzed plan confirmation issues raised by Sisters of St. Joseph's objections. |
| 08/13/25 | G.T.Walter | 0.40 | $196.20 | Exchanged correspondence with counsel for Interstate regarding confirmation order provisions. |
| 08/18/25 | R.Clement | 0.30 | $72.90 | Participated in call with Attorneys Donato and Sullivan regarding draft confirmation order. |
| | G.T.Walter | 1.80 | $882.90 | Reviewed and revised draft confirmation order. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed and revised draft confirmation order. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding draft confirmation order. |
| 08/21/25 | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Diocese regarding adjourned confirmation preparation issues. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding adjourned confirmation preparation issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Parish counsel regarding plan confirmation issues. |
| 08/23/25 | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from Diocese regarding plan confirmation. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to Diocese regarding plan confirmation. |
| 08/24/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding plan confirmation preparation. |
| 08/25/25 | E.Valtierra | 0.30 | $67.50 | Participated in conference call with Attorney Sullivan regarding plan confirmation preparation. |
| | S.C.Temes | 0.30 | $145.80 | Participated in call with Attorneys Sullivan and Krell regarding plan confirmation preparation. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorneys Sullivan, Temes and Krell regarding plan confirmation strategies. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Krell regarding plan confirmation issues. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorneys Sullivan and Krell regarding plan confirmation preparation. |
| | J.S.Krell | 0.30 | $130.95 | Discussed preparation for plan confirmation with Attorney Sullivan. |
| 08/26/25 | S.A.Donato | 0.50 | $285.75 | Corresponded with Diocese regarding plan confirmation issues. |
| 08/27/25 | G.T.Walter | 0.50 | $245.25 | Conferred with L. Passero regarding confirmation issues. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Sisters of St. Joseph's regarding confirmation order language. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding proposed Sisters of St. Joseph's language for confirmation order. |
| 08/28/25 | G.T.Walter | 4.40 | $2,158.20 | Reviewed docket entries and file materials regarding preparation for continued confirmation hearing. |
| | G.T.Walter | 3.50 | $1,716.75 | Drafted and revised proposed confirmation order. |
| | G.T.Walter | 1.70 | $833.85 | Analyzed balloting issues and updates regarding same in advance of continued confirmation hearing. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Walter regarding confirmation hearing preparation issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding confirmation hearing preparation issues. |
| | S.A.Donato | 1.10 | $628.65 | Initial preparation for adjourned confirmation hearing. |
| | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with Committee counsel regarding amended ballot. |
| 08/29/25 | C.J.Sullivan | 2.60 | $1,415.70 | Reviewed and revised proposed confirmation order. |

Accounts Are Due Within 30 Days.

Page:  15

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | G.T.Walter | 3.30 | $1,618.65 | Conducted research in support of confirmation issues. |
| | G.T.Walter | 2.50 | $1,226.25 | Conducted further revisions to confirmation order to include Judge Warren's prior rulings on U.S. Trustee objections. |
| | G.T.Walter | 0.50 | $245.25 | Reviewed and evaluated Committee revisions to Sisters of St. Joseph's insert for confirmation order. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Sisters of St. Joseph's counsel regarding Committee revisions to order language. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with L. Passero regarding plan confirmation issues and plan objection issues. |
| | S.A.Donato | 0.60 | $342.90 | Initial review of chapter 11 plan regarding confirmation hearing preparation issues. |
| | S.A.Donato | 1.30 | $742.95 | Continued preparation for adjourned confirmation hearing. |
| | S.A.Donato | 0.40 | $228.60 | Participated in supplemental consultation with L. Passero regarding plan objection issues. |
| | S.C.Temes | 0.40 | $194.40 | Reviewed revised balloting declaration from Stretto. |
| 08/30/25 | G.T.Walter | 1.20 | $588.60 | Revised proposed confirmation order and circulated same for comment. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed comments from Committee counsel regarding Sisters of St. Joseph's proposed settlement language. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Walter regarding comments from Committee counsel regarding Sisters of St. Joseph's proposed settlement language. |

BOND, SCHOENECK & KING, PLLC

ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.60 | $342.90 | Conducted partial review of Committee counsel's revisions to plan supplements. |
| | S.A.Donato | 0.80 | $457.20 | Continued preparation for adjourned confirmation hearing. |
| 08/31/25 | G.T.Walter | 1.00 | $490.50 | Conducted initial review and analysis of settling insurer revisions to plan supplement documents. |
| | S.A.Donato | 2.60 | $1,485.90 | Continued preparation for confirmation hearing. |
| | S.A.Donato | 0.60 | $342.90 | Reviewed comments from Attorney Plevin to draft confirmation order. |
| | S.A.Donato | 0.60 | $342.90 | Reviewed and analyzed U.S. Trustee's objection to plan confirmation. |

|  | Subtotal: | Hours: | 59.10 |
|---|---|---|---|
|  |  | Amount: | $26,667.90 |

**Total Hours and Fees For This Matter:**        150.70        $63,265.25

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 9, 2025
Bill Number: 20105941

The Diocese of Rochester

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 24.00 | $571.50 | $13,716.00 |
| G. J. McDonald (Member) | 5.10 | 526.50 | 2,685.15 |
| B. M. Sheehan (Member) | 0.80 | 405.00 | 324.00 |
| C. J. Sullivan (Member) | 3.80 | 544.50 | 2,069.10 |
| S. C. Temes (Member) | 1.10 | 486.00 | 534.60 |
| G. T. Walter (Member) | 54.50 | 490.50 | 26,732.25 |
| J. S. Krell (Senior Counsel) | 16.40 | 436.50 | 7,158.60 |
| R. Clement (Associate) | 20.80 | 243.00 | 5,054.40 |
| A. S. Rivera (Associate) | 1.30 | 310.50 | 403.65 |
| E. Valtierra (Associate) | 0.30 | 225.00 | 67.50 |
| K. M. Doner (Paralegal) | 22.60 | 200.00 | 4,520.00 |
| **Total** | 150.70 | | $63,265.25 |

**Matter Disbursement Summary**

| | |
|---|---|
| Data Hosting & Storage | $1,145.00 |
| Stenographic/ Deposition Transcripts | 374.90 |
| **Total Disbursements** | **$1,519.90** |

**TOTAL FOR THIS MATTER**      **$64,785.15**

---

Accounts Are Due Within 30 Days.