UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

            Reorganized Debtor.

Case No. 19-20905

Chapter 11

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period September 1, 2025 Through September 30, 2025*, a copy of which is attached hereto and hereby served upon you. In addition, Bond has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its September 2025 invoice in text format.

Dated: November 5, 2025        BOND, SCHOENECK & KING, PLLC

                               By:    /s/ Stephen A. Donato
                                        Stephen A. Donato
                                        Charles J. Sullivan
                                        Grayson T. Walter
                                        One Lincoln Center
                                        Syracuse, New York 13202
                                        Telephone:  (315) 218-8000
                                        Emails:  sdonato@bsk.com
                                                           csullivan@bsk.com
                                                           gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Reorganized Debtor.

Case No. 19-20905

Chapter 11

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Diocese of Rochester, Debtor-In-Possession |
| Date of Retention: | Order entered November 20, 2019 [Docket No. 249] *Nunc Pro Tunc* to September 12, 2019 |
| Period for which compensation and reimbursement is sought: | September 1, 2025 through September 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $71,704.60 ($57,363.68) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,584.68 |

This is a:  X  monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's seventy-first monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester  
1150 Buffalo Road  
Rochester, NY 14624-1890

For Legal Services Rendered through 09/30/25.

**Financial Review**  
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 09/02/25 | R.Cappiello | 0.30 | $60.00 | Participated in call with Attorney Sullivan to discuss case status and strategy. |
| | K.M.Doner | 0.40 | $80.00 | Participated in telephone conference with Attorney Sullivan regarding updates to case charter in preparation for status and strategy call. |
| 09/04/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorney Sullivan regarding review and modification of case charter. |
| | K.M.Doner | 0.10 | $20.00 | Corresponded with Diocese regarding new procedures for payment of U.S. Trustee quarterly fees. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with K. Doner regarding review and modification of case charter. |
| 09/05/25 | K.M.Doner | 0.20 | $40.00 | Updated case charter to reflect recent activity in Diocese case in preparation for status and strategy call with Bond team. |
| 09/08/25 | K.M.Doner | 0.50 | $100.00 | Revised case charter following call with Bond team to include updates to case and proposed strategies following plan confirmation. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 22, 2025
Bill Number: 20108308

The Diocese of Rochester

| Date | Attorney | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 1.50 | $735.75 | Analyzed pending legislation regarding U.S. Trustee fees. |
| 09/15/25 | K.M.Doner | 0.10 | $20.00 | Consulted with Attorney Sullivan regarding the Diocese's July and August 2025 operating reports and potential amendments to June 2025 report following completion of audit. |
| | E.Valtierra | 0.20 | $45.00 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 09/19/25 | K.M.Doner | 0.20 | $40.00 | Reviewed Communis Fund statements for August 2025, drafted correspondence to Trustee Bruh and corresponded with Diocese regarding same. |
| | K.M.Doner | 0.20 | $40.00 | Updated the case charter summarizing case updates in preparation for strategy call with Attorneys Donato and Sullivan. |
| 09/22/25 | R.Clement | 0.20 | $48.60 | Discussed case strategy with Attorney Sullivan and Donato. |
| | E.Valtierra | 0.20 | $45.00 | Consulted with Attorneys Donato and Sullivan to discuss case status and strategies. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorneys Donato and Sullivan regarding case status issues. |
| | S.C.Temes | 0.20 | $97.20 | Participated in call with Attorneys Donato and Sullivan regarding status updates and strategies. |
| 09/27/25 | K.M.Doner | 0.40 | $80.00 | Updated case charter to reflect recent activity in Diocese case in preparation for status and strategy call with Bond team. |
| 09/29/25 | R.Clement | 0.30 | $72.90 | Participated in call with Attorneys Donato and Walter regarding case status and strategy. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Donato regarding open issues and case strategy. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Donato regarding case status and strategies. |
| | Subtotal: | Hours: | 6.80 | |
| | | Amount: | $2,315.25 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/02/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney McDonald regarding affiliate settlement issues. |
| 09/08/25 | G.T.Walter | 1.00 | $490.50 | Exchanged correspondence with counsel for settling insurers regarding docketing of final insurance settlement agreements and other plan documents. |
| | J.S.Krell | 0.30 | $130.95 | Discussed finalizing signatures for the insurer settlements with Attorney Walter. |
| 09/09/25 | G.J.McDonald | 0.40 | $210.60 | Participated in multiple communications with Villa of Hope counsel regarding CNA agreement and participating party funding. |
| 09/16/25 | G.T.Walter | 0.30 | $147.15 | Exchanged correspondence with Attorney Lyster regarding insurance settlement signature pages. |
| 09/22/25 | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Attorney Lyster regarding insurance settlement signature pages. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Diocese regarding insurance settlement agreements. |
| 09/25/25 | G.J.McDonald | 2.00 | $1,053.00 | Worked on obtaining signatures for insurer settlement agreements. |
| | A.S.Rivera | 0.90 | $279.45 | Prepared execution copies of insurance settlement agreements and drafted correspondence to Diocese regarding same. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/29/25 | G.J.McDonald | 2.00 | $1,053.00 | Worked on insurer settlement agreements. |
| | Subtotal: | Hours:<br>Amount: | 7.60<br>$3,732.30 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/08/25 | R.Clement | 0.20 | $48.60 | Analyzed order on motion for stay relief in an unrelated diocesan case for implications to the Diocese. |
| | Subtotal: | Hours:<br>Amount: | 0.20<br>$48.60 | |

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/08/25 | S.C.Temes | 0.30 | $145.80 | Participated in Committee conference call regarding case status. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding case status. |
| 09/22/25 | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding case status. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding case status. |
| | S.C.Temes | 0.30 | $145.80 | Participated in status update conference call with Committee counsel. |
| | Subtotal: | Hours:<br>Amount: | 1.50<br>$765.45 | |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B160: Fee/Employment Applications** | | | | |
| 09/02/25 | K.M.Doner | 0.30 | $60.00 | Reviewed and revised proposed order approving Harris Beach's eleventh interim fee application and corresponded with J. Wright of Harris Beach regarding same. |
| 09/04/25 | R.Clement | 2.50 | $607.50 | Reviewed draft of Bond's June 2025 statement and sent comments to Attorney Donato and K. Doner. |
| 09/05/25 | K.M.Doner | 0.60 | $120.00 | Reviewed revisions to Bond's June 2025 fee statement and consulted with Attorney Clement regarding same. |
| | R.Clement | 1.00 | $243.00 | Researched reconciliation question regarding final fee applications. |
| | R.Clement | 0.30 | $72.90 | Participated in telephone call with K. Doner to discuss final fee application reconciliation. |
| 09/09/25 | K.M.Doner | 0.10 | $20.00 | Corresponded with Attorney Desiderio regarding timing for submission of final fee applications in compliance with confirmation order. |
| | R.Cappiello | 0.30 | $60.00 | Drafted certificate of no objection for Blank Rome's July 2025 fee statement. |
| 09/10/25 | K.M.Doner | 0.50 | $100.00 | Participated in telephone conference with Attorney Clement regarding final fee applications. |
| | R.Clement | 0.50 | $121.50 | Met with K. Doner to discuss planning for next round of fee applications. |
| 09/15/25 | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with R. Cappiello regarding supplemental declaration in support of Bonadio's employment as accountants for the Diocese. |
| | K.M.Doner | 0.20 | $40.00 | Corresponded with N. Snyder regarding supplemental declaration in further support of Bonadio's retention as accountants for the Diocese. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | R.Cappiello | 0.80 | $160.00 | Drafted supplemental declaration in further support of The Bonadio Group's retention pertaining to increase in hourly rates. |
| 09/16/25 | K.M.Doner | 1.40 | $280.00 | Revised supplemental declaration in support of Bonadio's retention. |
| | K.M.Doner | 0.20 | $40.00 | Consulted with R. Cappiello regarding supplemental declaration in further support of Bonadio's retention. |
| | K.M.Doner | 0.20 | $40.00 | Corresponded with N. Snyder regarding terms of supplemental declaration in further support of Bonadio's retention. |
| | R.Cappiello | 1.80 | $360.00 | Revised supplemental declaration in further support of Bonadio's retention. |
| | C.J.Sullivan | 0.50 | $272.25 | Reviewed supplemental declaration in connection with Bonadio retention application. |
| 09/18/25 | K.M.Doner | 3.30 | $660.00 | Drafted Bond's July 2025 fee statement. |
| 09/19/25 | K.M.Doner | 0.50 | $100.00 | Prepared further revisions to Bond's July 2025 fee statement and conferred with A. Bullock regarding same. |
| | R.Cappiello | 0.20 | $40.00 | Finalized supplemental declaration of Nancy J. Snyder in further support of Bonadio's retention as accountants to the Diocese. |
| 09/22/25 | R.Clement | 3.90 | $947.70 | Reviewed July fee statement and provided comments. |
| 09/29/25 | K.M.Doner | 0.20 | $40.00 | Reviewed confirmation order and consulted with Attorney Clement regarding timing for submission of final round of fee applications. |
| | R.Clement | 0.20 | $48.60 | Planning discussion with K. Donor regarding next round of fee applications. |

| | | | |
|---|---|---|---|
| Subtotal: | Hours: | 19.70 | |
| | Amount: | $4,473.45 | |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|

**B195: Non-Working Travel**

| Date | Attorney | Hours | Amt | Description |
|---|---|---|---|---|
| 09/05/25 | G.T.Walter | 0.80 | $392.40 | Travel to Rochester for confirmation hearing. |
| | G.T.Walter | 0.80 | $392.40 | Return travel from Rochester. |
| | C.J.Sullivan | 1.50 | $816.75 | Travel to and from Rochester for confirmation hearing. |

Subtotal: Hours: 3.10  
Amount: $1,601.55

**B310: Claims Administration and Objections**

| Date | Attorney | Hours | Amt | Description |
|---|---|---|---|---|
| 09/15/25 | K.M.Doner | 0.10 | $20.00 | Participated in telephone conference with Attorneys Walter and Krell regarding additional claim objections. |
| 09/25/25 | G.T.Walter | 2.80 | $1,373.40 | Reviewed and analyzed claims register regarding potential claim objections. |

Subtotal: Hours: 2.90  
Amount: $1,393.40

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | Attorney | Hours | Amt | Description |
|---|---|---|---|---|
| 09/01/25 | G.T.Walter | 0.60 | $294.30 | Analyzed CNA revisions to confirmation order. |
| | S.A.Donato | 1.10 | $628.65 | Continued preparation for adjourned confirmation hearing. |
| 09/02/25 | G.T.Walter | 0.40 | $196.20 | Participated in call with Attorney Sullivan regarding confirmation hearing preparation. |
| | G.T.Walter | 3.50 | $1,716.75 | Reviewed plan and related materials regarding open issues to be addressed in connection with plan confirmation and implementation. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 22, 2025
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 2.00 | $981.00 | Reviewed and analyzed proposed revisions to plan supplement documents and further revisions to same. |
| | G.T.Walter | 1.30 | $637.65 | Consulted with Attorney Donato regarding open issues and strategy for confirmation hearing. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Attorney Krell regarding further revisions to confirmation order. |
| | R.Clement | 0.40 | $97.20 | Consulted with Attorney Sullivan regarding confirmation hearing preparation. |
| | K.M.Doner | 0.20 | $40.00 | Participated in telephone conference with Attorney Walter regarding preparation for confirmation hearing and updates to proposed confirmation order. |
| | E.Valtierra | 0.40 | $90.00 | Participated in a telephonic meeting with Attorneys Sullivan and Walter to review and discuss confirmation hearing preparation. |
| | S.A.Donato | 1.60 | $914.40 | Continued preparation for adjourned confirmation hearing. |
| | S.A.Donato | 1.30 | $742.95 | Consulted with Attorney Walter in preparation for confirmation hearing. |
| | S.A.Donato | 0.90 | $514.35 | Further reviewed additional comments from insurance carrier counsel to draft confirmation order and plan supplements. |
| | S.C.Temes | 0.40 | $194.40 | Participated in conference call with Attorneys Donato, Sullivan and Walter regarding confirmation hearing preparation. |
| | C.J.Sullivan | 0.40 | $217.80 | Participated in telephone conference with Attorney Walter regarding confirmation hearing preparation. |
| | B.M.Sheehan | 0.40 | $162.00 | Consulted with Attorneys Sullivan and Walter to discuss confirmation hearing strategies. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.J.McDonald | 0.40 | $210.60 | Attended call with Attorneys Sullivan, Donato and Walter to prepare for confirmation hearing. |
| | J.S.Krell | 0.40 | $174.60 | Discussed preparation for confirmation hearing with Attorneys Walter and Sullivan. |
| | J.S.Krell | 0.30 | $130.95 | Discussed Sisters of St. Joeseph's settlement of confirmation objections with Attorney Sullivan. |
| | J.S.Krell | 2.10 | $916.65 | Reviewed draft confirmation order and revised same. |
| | A.S.Rivera | 0.40 | $124.20 | Participated in conference call with Attorneys Donato, Sullivan, Walter and Temes to prepare for confirmation hearing. |
| 09/03/25 | K.M.Doner | 0.40 | $80.00 | Revised notice of filing of proposed confirmation order related to eighth amended plan. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with Committee counsel regarding confirmation order modification request. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with U.S. Trustee regarding plan objections concerning confirmation hearing issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with special insurance counsel regarding plan confirmation issues. |
| | S.A.Donato | 1.10 | $628.65 | Continued preparation for confirmation hearing. |
| | S.A.Donato | 0.50 | $285.75 | Consulted with Attorney McDonald regarding confirmation hearing preparation issues. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with affiliate counsel regarding plan objection issues. |
| | G.J.McDonald | 0.50 | $263.25 | Prepared for confirmation hearing. |
| | G.J.McDonald | 1.00 | $526.50 | Participated in telephone conference with Sisters of St. Joseph's counsel regarding plan objections. |
| | G.T.Walter | 7.50 | $3,678.75 | Participated in negotiations regarding revisions to proposed confirmation order and updates to plan supplement documents. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 1.00 | $490.50 | Conferred with counsel for Committee and counsel for Sisters of St. Joseph regarding resolution of plan confirmation objections. |
| | G.T.Walter | 3.00 | $1,471.50 | Prepared for confirmation hearing. |
| | J.S.Krell | 3.50 | $1,527.75 | Drafted notice of filing of proposed confirmation order and finalized draft order confirming the plan. |
| | J.S.Krell | 0.40 | $174.60 | Reviewed Interstate's comments to the trust agreement and reviewed correspondence from counsel to Interstate regarding same. |
| 09/04/25 | K.M.Doner | 0.60 | $120.00 | Revised notice of filing of modified plan supplements and related exhibits. |
| | S.A.Donato | 0.90 | $514.35 | Reviewed final revised consolidated plan exhibits in preparation for bankruptcy court hearing. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with U.S. Trustee regarding plan objection issues. |
| | S.A.Donato | 4.10 | $2,343.15 | Continued preparation for confirmation hearing. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding confirmation hearing. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding confirmation hearing preparation. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding confirmation hearing strategy. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney McDonald regarding confirmation hearing preparation issues. |
| | S.A.Donato | 0.40 | $228.60 | Participated in supplemental telephone conference with Attorney Walter regarding confirmation order modifications. |
| | G.J.McDonald | 4.00 | $2,106.00 | Prepared for confirmation hearing. |
| | G.T.Walter | 5.80 | $2,844.90 | Conducted further revisions to plan supplement documents in preparation for confirmation. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 22, 2025
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 5.50 | $2,697.75 | Prepare for contested confirmation hearing, including research regarding recent bankruptcy precedents. |
| | J.S.Krell | 2.20 | $960.30 | Prepared notice of redlines of plan supplement to eighth amended plan and analyzed documents in connection with same. |
| 09/05/25 | A.S.Rivera | 1.50 | $465.75 | Participated telephonically in confirmation hearing. |
| | R.Clement | 1.50 | $364.50 | Attended confirmation hearing via phone. |
| | G.J.McDonald | 2.50 | $1,316.25 | Prepared for confirmation hearing. |
| | G.T.Walter | 2.30 | $1,128.15 | Prepared for confirmation hearing. |
| | G.T.Walter | 1.50 | $735.75 | Appeared at confirmation hearing. |
| | G.T.Walter | 0.60 | $294.30 | Attended post-hearing discussions with Committee counsel and Diocese regarding confirmation hearing. |
| | G.T.Walter | 1.50 | $735.75 | Attended post-hearing debrief with Attorneys Sullivan and McDonald. |
| | G.T.Walter | 1.00 | $490.50 | Analyzed post-confirmation next steps. |
| | C.J.Sullivan | 1.50 | $816.75 | Participated in confirmation hearing. |
| | J.S.Krell | 1.50 | $654.75 | Remotely attended plan confirmation hearing. |
| | G.J.McDonald | 1.50 | $789.75 | Attended confirmation hearing. |
| 09/08/25 | R.Cappiello | 0.30 | $60.00 | Participated in call with Attorney Sullivan regarding conditions of effective date. |
| | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Attorney Sullivan regarding conditions to plan effective date. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding post-confirmation procedures. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed plan regarding effective date conditions. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Donato regarding post-confirmation procedures. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding plan effective date conditions. |
| | G.T.Walter | 0.30 | $147.15 | Participated in call with Attorney Donato regarding post-confirmation procedures. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding remaining task lists after confirmation to achieve effective date. |
| 09/09/25 | K.M.Doner | 0.50 | $100.00 | Participated in telephone conference with Attorney Clement regarding order confirming plan, items that trigger effective date and timing for submission of final fee applications, report of substantial consummation and other items triggered by effective date. |
| 09/11/25 | C.J.Sullivan | 0.50 | $272.25 | Conferred with Attorney Walter regarding status of confirmation and conferred with Attorney Rivera about preparing chart to outline deliverables and conditions for effective date of Plan. |
| 09/15/25 | K.M.Doner | 0.20 | $40.00 | Consulted with Attorneys Walter and Rivera regarding effective date requirements under the plan and deadlines triggered under the plan in connection with same. |
| | G.T.Walter | 0.30 | $147.15 | Participated in call with Attorney Rivera regarding effective date checklist. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Rivera regarding checklist for effective date of plan. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding checklist for effective date of plan. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 22, 2025
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/16/25 | G.T.Walter | 2.70 | $1,324.35 | Reviewed plan documents regarding preparations for effective date. |
| | G.T.Walter | 0.90 | $441.45 | Drafted update to Diocese regarding status of confirmation order and timing of effective date. |
| 09/17/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding plan effective date issues. |
| 09/18/25 | S.A.Donato | 0.30 | $171.45 | Conferred with claim reviewer regarding plan effective date issues. |
| 09/19/25 | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Attorney Rivera regarding closing checklist for plan effective date. |
| 09/20/25 | A.S.Rivera | 1.80 | $558.90 | Reviewed plan documents and drafted case closing check list. |
| 09/21/25 | G.T.Walter | 0.50 | $245.25 | Review draft closing checklist. |
| 09/22/25 | G.T.Walter | 0.50 | $245.25 | Consulted with Attorney Sullivan regarding plan effective date and related closing checklist. |
| | G.T.Walter | 3.60 | $1,765.80 | Reviewed plan materials and revisions to closing checklist. |
| | G.T.Walter | 0.60 | $294.30 | Participated in call with Attorney Rivera regarding revisions to closing checklist. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Walter regarding plan effective date and closing checklist. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with L. Passero regarding plan effective date issues. |
| | S.A.Donato | 0.10 | $57.15 | Conferred with L. Passero regarding appeal issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with insurance carrier counsel regarding plan effective date issues. |
| | G.J.McDonald | 0.50 | $263.25 | Attended call with Attorneys Sullivan and Walter regarding plan effective date and closing checklist. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | J.S.Krell | 0.30 | $130.95 | Discussed status of plan confirmation and expiration of time to appeal with Attorney Donato. |
| | A.S.Rivera | 0.50 | $155.25 | Consulted with Attorney Walter regarding case closing checklist and plan effective date. |
| 09/23/25 | A.S.Rivera | 3.20 | $993.60 | Continued drafting case closure check list. |
| 09/24/25 | G.T.Walter | 4.50 | $2,207.25 | Conducted further review of plan documentation and revisions to closing checklist. |
| | G.T.Walter | 0.70 | $343.35 | Conducted final review of closing checklist and sent same to Diocese. |
| | A.S.Rivera | 1.30 | $403.65 | Revised plan and case closure checklist. |
| 09/25/25 | G.J.McDonald | 0.90 | $473.85 | Prepared for and attended conference call with Diocese and counsel regarding effective date matters. |
| | G.T.Walter | 1.00 | $490.50 | Prepared for update call with Diocese to discuss conditions of effective date of plan. |
| | G.T.Walter | 0.90 | $441.45 | Participated in call with Diocese regarding plan consummation and next steps. |
| | G.T.Walter | 3.70 | $1,814.85 | Prepared insurer settlement agreements for execution and finalize documents regarding satisfaction of conditions precedent to plan effective date. |
| | G.T.Walter | 0.20 | $98.10 | Exchanged correspondence with Attorney Rivera regarding execution versions of plan documents. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding plan effective date procedures. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed correspondence from Attorney Walter concerning effective date conditions. |
| | S.A.Donato | 0.90 | $514.35 | Conferred with Diocese and Attorney Walter regarding plan effective date conditions. |
| | A.S.Rivera | 0.50 | $155.25 | Prepared for call with Diocese to discuss effective date conditions. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | A.S.Rivera | 0.90 | $279.45 | Participated in call with Diocese regarding achieving effective date of plan. |
| 09/26/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Walter regarding effective date follow up issues. |
| 09/29/25 | K.M.Doner | 0.30 | $60.00 | Participated in telephone conference with Attorneys Temes and Walter regarding conditions of effective date, post-confirmation operating reports and final fee applications. |
| | G.T.Walter | 0.30 | $147.15 | Confer with Committee counsel regarding plan implementation. |
| | E.Valtierra | 0.30 | $67.50 | Attended meeting with counsel for Committee regarding steps after confirmation of the chapter 11 plan. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding plan effective date procedures. |
| | S.C.Temes | 0.30 | $145.80 | Participated in status update conference call with Committee counsel regarding plan implementation. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Walter regarding tasks necessary to achieve effective date. |

Subtotal: Hours: 120.80  
Amount: $57,374.60

**Total Hours and Fees For This Matter:** 162.60 $71,704.60

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

October 22, 2025  
Bill Number: 20108308

The Diocese of Rochester

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| S. A. Donato (Member) | 19.20 | $571.50 | $10,972.80 |
| G. J. McDonald (Member) | 15.70 | 526.50 | 8,266.05 |
| B. M. Sheehan (Member) | 1.20 | 405.00 | 486.00 |
| C. J. Sullivan (Member) | 6.80 | 544.50 | 3,702.60 |
| S. C. Temes (Member) | 1.80 | 486.00 | 874.80 |
| G. T. Walter (Member) | 66.80 | 490.50 | 32,765.40 |
| J. S. Krell (Senior Counsel) | 11.00 | 436.50 | 4,801.50 |
| R. Clement (Associate) | 11.00 | 243.00 | 2,673.00 |
| A. S. Rivera (Associate) | 11.90 | 310.50 | 3,694.95 |
| E. Valtierra (Associate) | 1.10 | 225.00 | 247.50 |
| R. Cappiello (Paralegal) | 3.70 | 200.00 | 740.00 |
| K. M. Doner (Paralegal) | 12.40 | 200.00 | 2,480.00 |
| **Total** | 162.60 | | $71,704.60 |

**Matter Disbursement Summary**

| | |
|---|---|
| Data Hosting & Storage | $1,145.00 |
| Travel Expense | 439.68 |
| **Total Disbursements** | **$1,584.68** |

**TOTAL FOR THIS MATTER**      **$73,289.28**