UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                        Reorganized Debtor.

Case No. 19-20905

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 318], the *Supplement and Modification to Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 545], and the *Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 2870], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Diocese of Rochester for the Period October 1, 2025 Through October 23, 2025*, a copy of which is attached hereto and hereby served upon you. In addition, Bond has provided the United States Trustee and Lori Lapin Jones, Esq., the Fee Examiner, with a copy of its October 2025 invoice in text format.

Dated: November 5, 2025  BOND, SCHOENECK & KING, PLLC

By: /s/ Stephen A. Donato
   Stephen A. Donato
   Charles J. Sullivan
   Grayson T. Walter
   One Lincoln Center
   Syracuse, New York 13202
   Telephone: (315) 218-8000
   Emails: sdonato@bsk.com
      csullivan@bsk.com
      gwalter@bsk.com

*Attorneys for The Diocese of Rochester*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

Case No. 19-20905

The Diocese of Rochester,

Chapter 11

                Reorganized Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DIOCESE OF ROCHESTER
FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 23, 2025**

Name of Applicant:                            Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                The Diocese of Rochester, Debtor-In-Possession

Date of Retention:                     Order entered November 20, 2019 [Docket No. 249]
*Nunc Pro Tunc* to September 12, 2019

Period for which compensation
and reimbursement is sought:        October 1, 2025 through October 23, 2025

Amount of compensation sought
as actual, reasonable and necessary:    80% of $51,360.55 ($41,088.44)

Amount of expense reimbursement sought
as actual, reasonable and necessary:    $0.00

This is a: __X__ monthly _____ quarterly _____ final application.

This is Bond, Schoeneck & King, PLLC's seventy-second monthly fee statement in this case.

22555642.v1-11/5/25

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester
1150 Buffalo Road
Rochester, NY 14624-1890

For Legal Services Rendered through 10/23/25.

**Financial Review**
**Client Matter # 042203.787187**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 10/06/25 | E.Valtierra | 0.30 | $78.30 | Consulted with Attorneys Sullivan and Walter to discuss updates on the case. |
| | G.T.Walter | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | R.Clement | 0.30 | $83.70 | Participated on update conference with Attorneys Sullivan and Walter. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | B.M.Sheehan | 0.30 | $136.35 | Consulted with Attorneys Sullivan and Walter regarding case status issues. |
| | S.C.Temes | 0.30 | $156.60 | Participated in call with Attorneys Sullivan, Walter, Sheehan and Clement to discuss case status and strategy. |
| 10/09/25 | K.M.Doner | 0.20 | $44.00 | Updated case charter summary in preparation for case strategy call with Attorneys Donato and Sullivan. |
| 10/10/25 | K.M.Doner | 0.20 | $44.00 | Updated case charter to reflect recent activity in Diocese case in preparation for status and strategy call with Bond team. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/13/25 | E.Valtierra | 0.30 | $78.30 | Consulted with Attorney Sullivan to discuss updates on the case. |
| | S.C.Temes | 0.30 | $156.60 | Participated in conference call with Attorney Sullivan regarding case status and strategies. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Committee counsel regarding case status and strategy. |
| | B.M.Sheehan | 0.30 | $136.35 | Consulted with Attorney Sullivan regarding case status issues. |
| | A.S.Rivera | 0.20 | $71.10 | Revised case closure checklist. |
| 10/15/25 | K.M.Doner | 1.30 | $286.00 | Analyzed the Diocese's July 2025 monthly operating report and related schedules. |
| | K.M.Doner | 0.20 | $44.00 | Corresponded with S. Mosman regarding updates to the Diocese's July 2025 monthly operating report. |
| | S.C.Temes | 0.20 | $104.40 | Participated in conference calls with Stretto regarding notice issues. |
| 10/16/25 | K.M.Doner | 0.30 | $66.00 | Reviewed revised draft of the Diocese's July 2025 operating report and corresponded with S. Mosman and Attorney Temes regarding same. |
| | K.M.Doner | 0.20 | $44.00 | Received and reviewed Communis Fund statements for September 2025, forwarded same to U.S. Trustee and corresponded with M. Ziarniak regarding same. |
| 10/17/25 | K.M.Doner | 1.10 | $242.00 | Analyzed the Diocese's August 2025 operating report and related schedules. |
| | K.M.Doner | 0.20 | $44.00 | Updated case charter to reflect recent activity in Diocese case in preparation for status and strategy call with Bond team. |
| 10/20/25 | R.Cappiello | 0.50 | $110.00 | Finalized the Diocese's August 2025 monthly operating report. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | R.Cappiello | 0.20 | $44.00 | Drafted correspondence to L. Passero regarding the Diocese's August 2025 operating report. |
| | B.M.Sheehan | 0.20 | $90.90 | Consulted with Attorney Sullivan regarding case status issues. |
| | S.C.Temes | 0.20 | $104.40 | Participated in call with Attorney Sullivan regarding case strategy. |
| | S.C.Temes | 0.40 | $208.80 | Reviewed draft of the Diocese's August 2025 monthly operating report. |
| 10/21/25 | R.Cappiello | 0.80 | $176.00 | Finalized the Diocese's July 2025 monthly operating report. |
| | R.Cappiello | 0.30 | $66.00 | Drafted letter to Clerk regarding the Diocese's July 2025 operating report. |
| | R.Cappiello | 0.50 | $110.00 | Finalized the Diocese's June 2025 monthly operating report. |
| | R.Cappiello | 0.20 | $44.00 | Drafted letter to Clerk regarding the Diocese's June 2025 operating report. |
| | S.C.Temes | 0.40 | $208.80 | Reviewed draft of the Diocese's June 2025 monthly operating report. |

|  | Subtotal: | Hours: | 10.80 | |
|  |  | Amount: | $3,484.85 | |

**B120: Asset Analysis and Recovery**

| 10/01/25 | G.J.McDonald | 0.50 | $281.25 | Drafted insurer settlement agreements. |
|---|---|---|---|---|
| 10/06/25 | G.T.Walter | 0.10 | $52.65 | Participated in call with L. Passero regarding insurer settlement agreements. |
| | G.T.Walter | 0.20 | $105.30 | Drafted correspondence to LMI/Underwriters regarding settlement agreement signature pages. |
| 10/07/25 | G.T.Walter | 1.10 | $579.15 | Participated in multiple communications with settling insurers regarding exchange of signature pages to insurance settlement agreements. |

Accounts Are Due Within 30 Days.

Page: 3

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/08/25 | G.T.Walter | 0.50 | $263.25 | Coordinated LMI/Underwriters settlement signature page exchange. |
| 10/15/25 | G.J.McDonald | 1.00 | $562.50 | Finalized insurer settlement agreements. |
| | C.A.Raskopf | 1.40 | $308.00 | Reviewed Underwriters settlement agreement, LMI settlement agreement, CNA settlement agreement, Interstate settlement agreement, and First State settlement agreement. |
| | C.A.Raskopf | 0.20 | $44.00 | Consulted with Attorney McDonald regarding settlement agreements. |
| | G.T.Walter | 0.70 | $368.55 | Exchanged communications with Diocese and settlement parties regarding finalization of insurance settlement agreements. |
| 10/16/25 | G.T.Walter | 1.60 | $842.40 | Coordinated circulation of fully-executed settlement agreements and corresponded with settling insurers regarding same. |
| 10/20/25 | G.T.Walter | 0.70 | $368.55 | Exchanged correspondence with Interstate counsel and make non-material revisions to settlement agreement regarding same. |
| 10/21/25 | G.T.Walter | 0.40 | $210.60 | Conferred with CNA counsel regarding settlement agreement finalization. |
| 10/22/25 | G.T.Walter | 0.30 | $157.95 | Exchanged correspondence with settling insurers regarding filing execution copies of settlement agreements. |
| | G.T.Walter | 0.10 | $52.65 | Participated in call with Attorney Rivera regarding preparation of notice of Trust Agreement and insurance settlement agreements. |

|  | Subtotal: | Hours: | 8.80 |
|--|-----------|--------|------|
|  |  | Amount: | $4,196.80 |

Accounts Are Due Within 30 Days.

Page: 4

BOND, SCHOENECK & KING, PLLC

ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 10/08/25 | S.C.Temes | 0.80 | $417.60 | Conferred with Committee counsel and Stretto representative regarding creditor counsel lien issue. |
| 10/20/25 | S.C.Temes | 0.30 | $156.60 | Participated in conference call with Committee counsel regarding case status. |

|  | Subtotal: | Hours: | 1.10 | |
|  | | Amount: | $574.20 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 10/03/25 | R.Cappiello | 0.90 | $198.00 | Reviewed second fee examiner's report in preparation for drafting orders approving twelfth interim fee applications. |
| | R.Cappiello | 0.40 | $88.00 | Began drafting proposed order approving Blank Rome's twelfth interim fee application. |
| | R.Cappiello | 0.40 | $88.00 | Began drafting Bond, Schoeneck and King's twelfth interim fee application. |
| | R.Cappiello | 0.40 | $88.00 | Began drafting Harris Beach's twelfth interim fee application. |
| | R.Cappiello | 0.90 | $198.00 | Reviewed twelfth interim fee applications for Bond, Blank Rome and Harris Beach in preparation for drafting proposed orders approving same. |
| | R.Cappiello | 0.20 | $44.00 | Compiled drafts of proposed fee orders, twelfth interim fee applications and second fee examiner's report and drafted correspondence to K. Doner for review and comment. |
| 10/07/25 | K.M.Doner | 0.20 | $44.00 | Participated in telephone conference with Attorney Clement regarding Bond's final fee application. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | R.Clement | 0.20 | $55.80 | Discussed fee application planning matters with the paralegal, K. Doner. |
| | R.Clement | 0.20 | $55.80 | Drafted follow up correspondence to K. Doner regarding fee application planning matters. |
| | R.Cappiello | 0.40 | $88.00 | Drafted summary and cover sheet and related notice in connection with Bond's June 2025 monthly fee statement. |
| 10/08/25 | K.M.Doner | 0.20 | $44.00 | Conferred with fee examiner regarding timing for submission of final fee applications. |
| | K.M.Doner | 0.40 | $88.00 | Reviewed plan and confirmation order regarding treatment and timing of final fee applications and consulted with Attorney Walter regarding same. |
| | K.M.Doner | 1.40 | $308.00 | Drafted Bond's August 2025 fee statement. |
| 10/09/25 | R.Clement | 0.30 | $83.70 | Participated in discussion regarding next round of fee applications with paralegal K. Doner. |
| 10/10/25 | K.M.Doner | 1.50 | $330.00 | Drafted Bond's September 2025 fee statement. |
| 10/13/25 | G.T.Walter | 0.30 | $157.95 | Consulted with Attorney Donato regarding professional final fee application procedures. |
| | G.T.Walter | 0.50 | $263.25 | Analyzed timing issues regarding final fee applications. |
| | R.Clement | 0.20 | $55.80 | Participated in telephone conference with K. Doner regarding final fee applications. |
| | R.Clement | 0.90 | $251.10 | Reviewed Bond's August fee statement. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Walter regarding professional fee application procedures. |
| 10/14/25 | R.Cappiello | 0.80 | $176.00 | Drafted fee statement for Bonadio Co. for April 2025 through September 2025. |
| | R.Clement | 0.10 | $27.90 | Planning for the final round of fee applications with the paralegal, K. Doner. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/15/25 | K.M.Doner | 0.30 | $66.00 | Reviewed and revised Bonadio's April 1, 2025 through September 30, 2025 fee statement. |
| | K.M.Doner | 0.10 | $22.00 | Corresponded with U.S. Trustee and fee examiner regarding Bonadio's April 1, 2025 through September 30, 2025 combined fee statement. |
| | K.M.Doner | 0.10 | $22.00 | Corresponded with Attorney Desiderio regarding timing for submission of Nixon Peabody's final fee application. |
| | R.Cappiello | 0.20 | $44.00 | Finalized Bonadio's combined monthly fee statement for April through September 2025. |
| | S.A.Donato | 0.80 | $489.60 | Conducted initial preparation for hearings on twelfth interim fee applications. |
| 10/16/25 | K.M.Doner | 0.30 | $66.00 | Reviewed fee examiner's second report in connection with Bond's twelfth interim fee application and corresponded with Attorney Donato regarding preparation for hearings on professional fee applications. |
| | R.Clement | 0.10 | $27.90 | Participated in call with K. Doner to discuss fee application status. |
| | S.A.Donato | 0.30 | $183.60 | Prepared for twelfth interim fee application hearing and reviewed fee examiner report regarding same. |
| 10/17/25 | K.M.Doner | 0.40 | $88.00 | Participated in various telephone conferences with Attorney Clement regarding orders approving Bond's, Blank Rome's and Harris Beach's twelfth interim fee applications. |
| | K.M.Doner | 0.40 | $88.00 | Revised proposed order approving Bond's twelfth interim fee application. |
| | K.M.Doner | 0.40 | $88.00 | Revised proposed order approving Blank Rome's twelfth interim fee application and drafted correspondence to Attorney Murray and D. Lowrance regarding same. |

Accounts Are Due Within 30 Days.

Case 2-19-20905-PRW,   Doc 3454,   Filed 11/05/25,   Entered 11/05/25 11:39:56,
Description: Main Document  , Page 10 of 22

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | K.M.Doner | 0.30 | $66.00 | Revised proposed order approving Harris Beach's twelfth interim fee application and drafted correspondence to Attorney Flynn and J. Wright regarding same. |
| | R.Clement | 2.60 | $725.40 | Reviewed and revised proposed fee orders for Bond and two other professionals against adjustments agreed to with fee examiner. |
| | R.Cappiello | 0.30 | $66.00 | Received and reviewed redline of draft fee orders from Attorney Clement. |
| | R.Cappiello | 0.60 | $132.00 | Finalized proposed Bond, Harris Beach and Blank Rome twelfth interim fee orders. |
| 10/21/25 | S.A.Donato | 0.40 | $244.80 | Conferred with fee examiner regarding final fee application procedures. |
| | G.T.Walter | 0.20 | $105.30 | Reviewed correspondence with fee examiner regarding final fee applications. |
| 10/22/25 | K.M.Doner | 0.40 | $88.00 | Participated in telephone conference with R. Cappiello regarding final fee applications and conditions of effective date. |
| | K.M.Doner | 0.80 | $176.00 | Participated in telephone conference with Attorney Clement and R. Cappiello regarding timing for submission of final fee applications and related issues. |
| | K.M.Doner | 0.40 | $88.00 | Drafted correspondence to all professionals regarding timing and procedures for filing final fee applications in this case. |
| | K.M.Doner | 0.50 | $110.00 | Received and reviewed correspondence from fee examiner regarding request for information related to final round of fee applications and drafted response related to same. |

Case 2-19-20905-PRW,   Doc 3454,   Filed 11/05/25,   Entered 11/05/25 11:39:56,   Description: Main Document  , Page 11 of 22

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | R.Cappiello | 0.40 | $88.00 | Participated in meeting with Attorneys Donato, Sullivan, Walter and Clement in connection with timing and logistics for timely filing professionals' final fee applications. |
| | R.Cappiello | 0.50 | $110.00 | Drafted summary and cover sheet and related notice pertaining to Bond's July 2025 monthly fee statement. |
| | R.Cappiello | 0.10 | $22.00 | Drafted correspondence to Trial Attorney Bruh and Fee Examiner L.  Jones regarding Bond's July 2025 fee statement. |
| | R.Cappiello | 0.80 | $176.00 | Participated in telephone conference with Attorney Clement and K. Doner regarding timing and logistics for filing and service of professionals' final fee applications. |
| | R.Clement | 0.40 | $111.60 | Participated in meeting with Attorneys Donato, Sullivan, and Walter to strategize for final cycle of fee applications. |
| | R.Clement | 0.80 | $223.20 | Participated in meeting with paralegals K. Doner and R. Cappiello to strategize final round of fee applications. |
| | R.Clement | 0.20 | $55.80 | Summarized follow up actions for final fee application submission in an email to fee examiner, Lori Lappin Jones. |
| | S.A.Donato | 0.20 | $122.40 | Consulted with K. Doner regarding final fee application procedures and issues. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Clement regarding final fee application issues. |
| | S.A.Donato | 0.20 | $122.40 | Conferred with Committee counsel regarding final fee application issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/23/25 | R.Clement | 0.70 | $195.30 | Reviewed draft of Bond's September 2025 fee statement. |
| | Subtotal: | Hours:<br>Amount: | 25.60<br>$7,313.80 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/08/25 | K.M.Doner | 0.40 | $88.00 | Communicated with Attorneys Donato and Walter regarding wind-down of case and timing for final fee applications, motion for final decree and related issues. |
| | K.M.Doner | 0.30 | $66.00 | Participated in supplemental office conference with Attorney Walter regarding wind-down of case, final fee applications and report of substantial consummation. |
| 10/09/25 | G.T.Walter | 0.30 | $157.95 | Reviewed correspondence from Sisters of St. Joseph's counsel and drafted correspondence to Diocese regarding same. |
| | Subtotal: | Hours:<br>Amount: | 1.00<br>$311.95 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/07/25 | R.Clement | 0.30 | $83.70 | Reviewed status of claims objections and sent related correspondence to Attorney Walter. |
| | J.S.Krell | 2.50 | $1,158.75 | Reviewed claims register, related proof of claims, and related draft claim objections. |
| 10/10/25 | G.T.Walter | 1.00 | $526.50 | Analyzed issues regarding non-abuse claim objections. |
| | J.S.Krell | 1.00 | $463.50 | Discussed preparation of claim objections with Attorney Walter. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | J.S.Krell | 2.00 | $927.00 | Performed legal research regarding omnibus claim objections and reviewed documents regarding same. |
| 10/13/25 | K.M.Doner | 0.20 | $44.00 | Consulted with Attorneys Sullivan and Walter regarding final claim objections. |
| | A.S.Rivera | 0.30 | $106.65 | Consulted with Attorney Sullivan regarding review of potential claim objections. |
| | J.S.Krell | 0.50 | $231.75 | Discussed claim objections with Attorneys Walter and Sullivan. |
| 10/16/25 | R.Clement | 0.40 | $111.60 | Worked on claim file and sent filtered list of objectionable claims to Attorney Krell. |
| 10/17/25 | J.S.Krell | 1.30 | $602.55 | Analyzed certain claims in connection with claim objections. |
| 10/20/25 | E.Valtierra | 0.20 | $52.20 | Consulted with Attorney J. Krell regarding objections to proof of claims post-confirmation. |
| | G.T.Walter | 0.20 | $105.30 | Consulted with Attorneys Sullivan and Krell regarding claim objections. |
| | E.Valtierra | 4.50 | $1,174.50 | Reviewed docket and drafted objections to proof of claims 2,12,21,22. |
| | J.S.Krell | 1.50 | $695.25 | Revised updated claim objections and claims analysis. |
| | J.S.Krell | 0.20 | $92.70 | Discussed claim objections with Attorney Sullivan. |
| | J.S.Krell | 5.50 | $2,549.25 | Drafted omnibus claim objection to Parish inbound contribution claims. |
| | J.S.Krell | 0.50 | $231.75 | Analyzed certain insurance claims filed by Chubb. |
| 10/21/25 | E.Valtierra | 1.00 | $261.00 | Reviewed proof of claim 17 and drafted objection to same. |
| | G.T.Walter | 1.60 | $842.40 | Reviewed and analyzed potentially objectionable claims. |

Accounts Are Due Within 30 Days.

Page: 11

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | J.S.Krell | 0.70 | $324.45 | Analyzed certain insurance claims filed by Chubb and drafted correspondence to Blank Rome regarding same. |
| | J.S.Krell | 2.50 | $1,158.75 | Analyzed claims register to confirm full universe of objectionable non-abuse claims and drafted correspondence to L. Passero regarding same. |
| | J.S.Krell | 0.50 | $231.75 | Discussed the chart of objectionable claims with Attorney Clement. |
| | J.S.Krell | 2.10 | $973.35 | Revised draft omnibus claim objection to Parish inbound contribution claims. |
| 10/22/25 | G.T.Walter | 0.30 | $157.95 | Conferred with Attorney Lyster regarding Parish claim resolution. |
| | R.Clement | 0.50 | $139.50 | Investigated claims register data source and identified support for certain claim information. |
| | E.Valtierra | 0.90 | $234.90 | Drafted objection to proof of claim 20. |
| | E.Valtierra | 0.60 | $156.60 | Continued drafting objection to proof of claim 17. |
| | J.S.Krell | 0.30 | $139.05 | Discussed the preparation of a declaration from L. Passero in support of the claim objections with Attorney Valtierra. |
| | J.S.Krell | 1.20 | $556.20 | Discussed continued preparation of claim objections with Attorney Valtierra. |
| | J.S.Krell | 3.50 | $1,622.25 | Started drafting omnibus claim objection with the NYS Department of Labor claims and analyzed poofs of claim in connection with same. |
| | J.S.Krell | 0.30 | $139.05 | Drafted correspondence to Blank Rome in follow up to the Chubb insurance claims and possible objection to same. |
| 10/23/25 | E.Valtierra | 0.60 | $156.60 | Continued drafting objection to proof of claim 20. |
| | E.Valtierra | 0.50 | $130.50 | Continued drafting objection to proof of claim 17. |
| | G.T.Walter | 2.80 | $1,474.20 | Reviewed and revised draft claim objections. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | E.Valtierra | 0.30 | $78.30 | Continued drafting declaration of L. Passero in support of objection to proof of claim 22. |
| | E.Valtierra | 0.80 | $208.80 | Continued drafting declaration for L. Passero's confirmation and signature regarding objection to proof of claim 21. |
| | E.Valtierra | 1.10 | $287.10 | Drafted declaration for L. Passero's confirmation and signature regarding Diocese's omnibus objection to New York State Department of Labor's proof of claim. |
| | A.S.Rivera | 0.30 | $106.65 | Consulted with Attorney Krell regarding claim objections. |
| | J.S.Krell | 0.70 | $324.45 | Reviewed draft declaration of L. Passero in support of certain claim objections. |
| | J.S.Krell | 2.30 | $1,066.05 | Revised draft declaration of L. Passero in support of certain claim objections. |
| | J.S.Krell | 2.00 | $927.00 | Revised draft of the omnibus claim objection to the NYS Department of Labor claims. |
| | J.S.Krell | 1.70 | $787.95 | Revised objection to claim no. 21 filed by M&T Bank. |

| | Subtotal: | Hours: | 51.20 |
|--|-----------|--------|-------|
| | | Amount: | $21,641.75 |

**B320: Plan and Disclosure Statement (including Business Plan)**

| 10/06/25 | K.M.Doner | 0.30 | $66.00 | Participated in telephone conference with Attorneys Donato and Sullivan regarding requirements for effective date under the plan and timing for submission of final fee applications and report of substantial consummation and final decree. |
|----------|-----------|------|--------|-------------|
| | G.T.Walter | 0.30 | $157.95 | Participated in call with Committee counsel regarding plan implementation. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 0.50 | $263.25 | Participated in call with Attorneys Donato, Sullivan, Temes and Krell regarding plan implementation. |
| | S.A.Donato | 0.30 | $183.60 | Conferred with L. Passero regarding plan effective date issues and procedures. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding plan effective date issues and procedures. |
| | S.A.Donato | 0.50 | $306.00 | Participated in supplemental telephone conference call with Attorneys Sullivan and Walter regarding plan effective date issues and procedures. |
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding effective date issues. |
| | C.J.Sullivan | 0.30 | $174.15 | Particpated in telephone conference with Attorney Donato regarding conditions of effective date under the plan. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Committee counsel regarding conditions of plan effective date. |
| | C.J.Sullivan | 0.50 | $290.25 | Participated in telephone conference with Attorneys Temes, Walter and Krell regarding necessary steps to arrive at effective date in case. |
| | S.C.Temes | 0.30 | $156.60 | Participated in conference call with Committee counsel to discuss conditions of plan effective date. |
| | S.C.Temes | 0.50 | $261.00 | Participated in conference call with Attorneys Donato, Sullivan, Water and Krell to coordinate post-confirmation issues. |
| | A.S.Rivera | 0.30 | $106.65 | Consulted with Attorney Sullivan regarding status of open items to achieve effective date. |
| 10/08/25 | A.M.Takashima | 2.10 | $359.10 | Began drafting a notice of effective date in connection with confirmed plan. |

Accounts Are Due Within 30 Days.

Page:  14

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | G.T.Walter | 1.10 | $579.15 | Reviewed open issues regarding plan effective date and entry of final decree. |
| 10/09/25 | K.M.Doner | 0.20 | $44.00 | Participated in telephone conference with Attorney Donato regarding conditions of effective date and timing for submission of final fee applications. |
| | A.M.Takashima | 1.90 | $324.90 | Completed a first draft of a notice of effective date related to confirmed plan. |
| | G.T.Walter | 0.20 | $105.30 | Analyzed issues regarding timing of effective date and next steps regarding same. |
| 10/10/25 | A.S.Rivera | 1.40 | $497.70 | Revised notice of effective date in connection with confirmed plan. |
| 10/13/25 | K.M.Doner | 0.40 | $88.00 | Consulted with Attorneys Donato, Sullivan and Walter regarding conditions of effective date and timing for submission of final fee applications and participated in follow up telephone conference with Attorney Walter regarding same. |
| | C.J.Sullivan | 0.40 | $232.20 | Participated in telephone conference with Attorney Donato and K. Doner regarding conditions of effective date. |
| 10/15/25 | K.M.Doner | 0.20 | $44.00 | Corresponded with Attorney Donato regarding conditions of effective date and timing for submission of final fee applications. |
| | G.T.Walter | 0.50 | $263.25 | Exchanged correspondence with Committee counsel regarding establishment of Trust and plan effective date issues. |
| 10/17/25 | K.M.Doner | 0.20 | $44.00 | Corresponded with fee examiner regarding conditions of effective date and timing for submission of final fee applications. |
| 10/19/25 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding plan effective date issues. |
| 10/20/25 | G.T.Walter | 0.30 | $157.95 | Conferred with Committee counsel regarding plan effective date issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding plan effective date issues. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Donato regarding plan effective date issues. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Committee counsel regarding plan effective date issues. |
| | G.T.Walter | 1.00 | $526.50 | Exchanged calls and correspondence with settling insurers regarding conditions precedent to plan effective date. |
| | J.S.Krell | 0.30 | $139.05 | Reviewed correspondence from counsel to Travelers regarding insurance settlement signature pages and proposed revisions to the plan confirmation order regarding same. |
| 10/21/25 | S.A.Donato | 0.30 | $183.60 | Reviewed correspondence from fee examiner regarding effective date and final case administration issues. |
| | G.T.Walter | 1.80 | $947.70 | Conferred with settling insurers regarding finalization of insurance settlement agreements and plan effective date issues. |
| | J.S.Krell | 0.40 | $185.40 | Reviewed correspondence from insurance carriers regarding release of settlement agreement signature pages in connection with effectiveness of the plan. |
| 10/22/25 | G.T.Walter | 0.40 | $210.60 | Participated in call with Attorneys Donato, Sullivan and Clement regarding plan effective date. |
| | G.T.Walter | 0.20 | $105.30 | Reviewed correspondence from Diocese regarding plan effective date. |
| | G.T.Walter | 0.20 | $105.30 | Participated in call with L. Passero regarding plan effective date. |

Accounts Are Due Within 30 Days.

Page:  16

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 0.10 | $52.65 | Participated in call with Attorney Scharf regarding plan effective date open items. |
| | G.T.Walter | 0.20 | $105.30 | Exchanged calls with Attorney Donato regarding plan effective date. |
| | K.M.Doner | 0.20 | $44.00 | Participated in telephone conference with Attorney Donato regarding notice of effective date and conditions related to same. |
| | G.T.Walter | 1.00 | $526.50 | Compiled final executed Trust Agreement and circulated same to settling insurers with communication regarding plan effective date. |
| | G.T.Walter | 1.00 | $526.50 | Reviewed and revised notice of effective date. |
| | G.T.Walter | 0.10 | $52.65 | Participated in call to L. Passero regarding Trust Agreement execution. |
| | A.S.Rivera | 0.60 | $213.30 | Examined joint plan and confirmation order for effective date requirements. |
| | A.S.Rivera | 0.60 | $213.30 | Drafted notice of executed trust agreement and settlement agreements. |
| | S.A.Donato | 0.40 | $244.80 | Consulted with Attorneys Sullivan, Walter and Clement regarding plan effective date issues. |
| | S.A.Donato | 0.10 | $61.20 | Conferred with Committee counsel regarding effective date issues. |
| 10/23/25 | G.T.Walter | 2.20 | $1,158.30 | Reviewed insurance settlement agreements and draft correspondence to insurers to confirm plan effective date. |
| | G.T.Walter | 1.00 | $526.50 | Reviewed correspondence from Diocese regarding wire transfer progress. |
| | G.T.Walter | 0.30 | $157.95 | Conferred with L. Passero regarding effective date issues. |
| | G.T.Walter | 0.40 | $210.60 | Conferred with Attorney Rivera regarding notice pertaining to final plan documents. |

Accounts Are Due Within 30 Days.

Page:  17

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | G.T.Walter | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding plan effective date issues. |
| | G.T.Walter | 0.20 | $105.30 | Reviewed correspondence with Stretto regarding service issues related to notice of executed plan documents. |
| | G.T.Walter | 0.10 | $52.65 | Participated in follow up call with Attorney Rivera regarding service of executed plan documents notice. |
| | G.T.Walter | 0.20 | $105.30 | Exchanged correspondence with Stretto regarding service of notice of executed plan documents. |
| | G.T.Walter | 0.30 | $157.95 | Exchanged calls with Interstate counsel regarding plan effective date issues. |
| | G.T.Walter | 0.20 | $105.30 | Exchanged correspondence with CNA counsel regarding plan effective date issues. |
| | A.S.Rivera | 1.80 | $639.90 | Finalized notice of executed plan documents. |
| | A.S.Rivera | 0.30 | $106.65 | Revised notice of effective date. |

Subtotal: Hours: 30.90
Amount: $13,837.20

**Total Hours and Fees For This Matter:** 129.40 $51,360.55

Accounts Are Due Within 30 Days.

Page: 18

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

October 31, 2025
Bill Number: 20109624

The Diocese of Rochester

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 5.30 | $612.00 | $3,243.60 |
| G. J. McDonald (Member) | 1.50 | 562.50 | 843.75 |
| B. M. Sheehan (Member) | 0.80 | 454.50 | 363.60 |
| C. J. Sullivan (Member) | 2.70 | 580.50 | 1,567.35 |
| S. C. Temes (Member) | 3.70 | 522.00 | 1,931.40 |
| G. T. Walter (Member) | 27.20 | 526.50 | 14,320.80 |
| J. S. Krell (Senior Counsel) | 33.50 | 463.50 | 15,527.25 |
| R. Clement (Associate) | 8.20 | 279.00 | 2,287.80 |
| A. S. Rivera (Associate) | 5.80 | 355.50 | 2,061.90 |
| E. Valtierra (Associate) | 11.10 | 261.00 | 2,897.10 |
| R. Cappiello (Paralegal) | 9.80 | 220.00 | 2,156.00 |
| K. M. Doner (Paralegal) | 14.20 | 220.00 | 3,124.00 |
| C. A. Raskopf (Paralegal) | 1.60 | 220.00 | 352.00 |
| A. M. Takashima (Associate Trainee) | 4.00 | 171.00 | 684.00 |
| **Total** | 129.40 | | $51,360.55 |

**TOTAL FOR THIS MATTER**                                    **$51,360.55**