In re:

The Diocese of Rochester,

            Reorganized Debtor.

Case No. 19-20905

Chapter 11 Case

### NOTICE OF WITHDRAWAL OF ERRONEOUS DOCUMENTS AND REQUEST FOR REMOVAL FROM THE COURT'S CM/ECF SYSTEM

**PLEASE TAKE NOTICE,** that the filings at Docket Nos. 3441, 3442 and 3444 contained incomplete and/or erroneous documents and that they are accordingly withdrawn by the undersigned counsel for The Diocese of Rochester with a request that they be removed from the Court's CM/ECF system.

**PLEASE TAKE FURTHER NOTICE,** that corrected documents were filed at Docket Nos. 3443 and 3445.

Dated: November 5, 2025  
       Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By: /s/ *Grayson T. Walter*  
Stephen A. Donato, Esq.  
Charles J. Sullivan, Esq.  
Grayson T. Walter, Esq.  
Justin S. Krell, Esq.  
Office and Post Office Address:  
One Lincoln Center  
Syracuse, New York 13202  
Tel: (315) 218-8000  
Fax: (315) 218-8100  
Email: sdonato@bsk.com  
       csullivan@bsk.com  
       gwalter@bsk.com  
       jkrell@bsk.com

*Counsel to The Diocese of Rochester*