

November 5, 2025

**VIA ELECTRONIC FILING**

Clerk
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, New York 14614

Re: *The Diocese of Rochester; Chapter 11 Case No. 19-20905*

Dear Clerk:

Please accept this letter as a written request to withdraw the exhibits only to Docket No. 3438 titled "Exhibit A - Proposed Order-Part 1" and "Exhibit A - Proposed Order – Part 2" as they were inadvertently appended to the wrong claim objection. The main document filed at Docket No. 3438 contains the *Notice of Objection to Allowance of Proof of Claim No. 12*, the *Objection to Allowance of Proof of Claim No. 12* and the correct proposed order as *Exhibit A*, should remain on the Court's docket.

Should you have any questions or concerns, please feel free to contact me.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Grayson T. Walter

GTW/kmd