UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 Case |
|  | ) |  |
| THE DIOCESE OF ROCHESTER, | ) | Case No. 19-20905 |
|  | ) |  |
| Reorganized Debtor. | ) |  |
|  | ) |  |

**JOINT NOTICE OF HEARING TO CONSIDER**
**FINAL PROFESSIONAL FEE APPLICATIONS**

**PLEASE TAKE NOTICE**, that each of (i) Bond, Schoeneck & King, PLLC, counsel for

The Diocese of Rochester (the "Diocese"); (ii) Harris Beach Murtha Cullina PLLC, special counsel

for the Diocese; (iii) Blank Rome, LLP, special insurance counsel for the Diocese; (iv) Nixon

Peabody LLP, special corporate counsel for the Diocese; (v) Gnarus Advisors LLC, claims

valuation expert for the Diocese; (vi) Bonadio & Co., LLP, accountants for the Diocese;

(vii) Pachulski Stang Ziehl & Jones LLP, counsel for the Official Committee of Unsecured

Creditors (the "Committee"); (viii) Burns Bair LLP, special insurance counsel to the Committee;

(ix) Berkeley Research Group, LLC, financial advisor to the Committee; (x) Stout Risius Ross,

LLC, valuation expert for the Committee; and (xi) Tom Baker, expert witness to the Committee,

have filed applications (each, an "Application") for final allowance and payment of professional

fees and expenses incurred in the above-captioned case. The amounts of fees and expenses

requested by the foregoing professionals on a final basis pursuant to the Applications are as

follows:

| Applicant | Fees Requested | Expenses Requested | Total | Application Period |
|---|---|---|---|---|
| Bond, Schoeneck & King, PLLC *Counsel for Diocese* | $467,039.06 | $19,777.68 | $486,816.74 | 6/1/25 – 10/23/25 |
| Harris Beach Murtha Cullina PLLC *Special Counsel for Diocese* | $70,086.00 | $424.58 | $70,510.58 | 6/1/25 – 10/23/25 |
| Blank Rome, LLP *Special Insurance Counsel for Diocese* | $27,981.79 | $1,636.83 | $29,618.62 | 6/1/25 – 10/23/25 |
| Nixon Peabody, LLP *Special Corporate Counsel for Diocese* | $19,850.00 | $0.00 | $19,850.00 | 9/12/19 – 10/22/25 |
| Gnarus Advisors, LLC *Claims Valuation Expert for Diocese* | $0.00 | $0.00 | $0.00[1] | N/A |
| Bonadio & Co., LLP *Accountants for Diocese* | $58,200.00 | $0.00 | $58,200.00 | 1/1/25 – 9/30/25 |
| Pachulski Stang Ziehl & Jones LLP *Counsel for Committee* | $190,800.00 | $21,358.96 | $212,158.96 | 6/1/25 – 9/5/25 |
| Burns Bair LLP *Special Insurance Counsel for Committee* | $146,265.50 | $13,596.91 | $159,862.41 | 6/1/25 – 9/5/25 |
| Berkeley Research Group, LLC *Financial Advisor for Committee* | $1,427.50 | $0.00 | $1,427.50 | 1/1/23 – 9/5/25 |
| Stout Risius Ross, LLC *Valuation Expert for Committee* | $0.00 | $0.00 | $0.00[2] | N/A |
| Tom Baker *Expert Witness for Committee* | $202,260.00 | $5,730.56 | $207,990.56 | 5/30/24 – 7/17/25 |

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider the Applications will be held telephonically before the Honorable Paul R. Warren, United States Bankruptcy Judge for the Western District of New York on the **18th day of December, 2025 at 11:00 a.m.**, or as soon thereafter as counsel can be heard by (1) dialing (571) 353−2301; (2) when prompted for the number you wish to dial, dial 808325466#; and (3) when prompted for the security pin, enter 9999#.

---

[1] Gnarus Advisors, LLC is only seeking approval of its fees awarded in connection with its First Fee Application in the amount of $118,672.50 on a final basis pursuant to 11 U.S.C. § 330.

[2] Stout Risius Ross, LLC is only seeking approval of its fees and expenses, on a final basis, in the amounts of $924,282.50 and $1,560.55, respectively, in connection with its First, Second, Third, Fourth and Fifth Interim Fee Applications pursuant to 11 U.S.C. § 330.

22561823.v2
Case 2-19-20905-PRW, Doc 3469, Filed 11/06/25, Entered 11/06/25 18:26:37, Description: Main Document , Page 2 of 4

**PLEASE TAKE FURTHER NOTICE**, that responses in opposition to the relief requested in the Applications, if any, must be filed with the United States Bankruptcy Court Clerk's Office in Rochester, New York and served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Charles J. Sullivan and Grayson T. Walter); (ii) the Office of the United States Trustee, Federal Office Building, 100 State Street, Rochester, New York 14614 (Attn: Mark Bruh and Erin Champion); (iii) counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones, LLP, 1700 Broadway, 36th Floor, New York, New York 10019 (Attn: Ilan D. Scharf); (iv) the Fee Examiner Lori Lapin Jones, Lori Lapin Jones PLLC, 98 Cutter Mill Road, Suite 255 South, Great Neck, New York 11021; and (v) the respective applicant(s) at the address(es) set forth on the attached schedule, **not less than 72 hours prior to the scheduled date and time of the hearing**.

Dated: November 6, 2025
     Syracuse, New York                 BOND, SCHOENECK & KING, PLLC


By:        /s/ Stephen A. Donato
           Stephen A. Donato, Esq.
           Charles J. Sullivan, Esq.
           Grayson T. Walter, Esq.
           One Lincoln Center
           Syracuse, New York 13202
           Tel: (315) 218-8000
           Fax: (315) 218-8100
           Email:  sdonato@bsk.com
                   csullivan@bsk.com
                   gwalter@bsk.com

           *Attorneys for The Diocese of Rochester*

**SCHEDULE OF APPLICANTS**

**Bond, Schoeneck & King, PLLC**
Attn: Stephen A. Donato
One Lincoln Center
Syracuse, NY 13202

**Harris Beach Murtha Cullina PLLC**
Attn: Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, NY 14210

**Blank Rome, LLP**
Attn: James Murray
1825 Eye Street NW
Washington, DC 20006

**Nixon Peabody LLP**
Attn: Christopher Desiderio
55 West 46th Street
New York, NY 10036-4120

**Gnarus Advisors LLC**
Attn: Jessica Horewitz
2029 Century Park East, Suite 400
Los Angeles, CA 90067

**Bonadio & Co., LLP**
Attn: Nancy J. Snyder
171 Sully's Trail
Pittsford, NY 14534

**Pachulski Stang Ziehl & Jones LLP**
Attn: Ilan D. Scharf
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

**Burns Bair LLP**
Attn: Timothy W. Burns
10 E. Doty Street, Suite 600
Madison, WI 53703-3392

1700 Broadway, 36th Floor
New York, NY 10019

**Berkeley Research Group, LLC**
Attn: Matthew Babcock
201 South Main Street, Suite 450
Salt Lake City, UT 84111

**Stout Risius Ross, LLC**
Attn: Katie McNally
1 S. Wacker Drive, 28th Floor
Chicago, IL 60606

**Tom Baker**
University of Pennsylvania Carey Law School
3501 Sansom Street
Philadelphia, PA 19104

22561823.v2