United States Bankruptcy Court

Western District of New York

In re:                                                                  Case No. 19-20905-PRW

The Diocese of Rochester                                                 Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 13 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdfterm | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |
| pr | + | Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | Dec 11 2025 18:22:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |

Adam Horowitz

    on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com

Adam Horowitz

    on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com

Adam P. Haberkorn

    on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com  adam-haberkorn-2269@ecf.pacerpro.com

Adam P. Haberkorn

    on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com
    adam-haberkorn-2269@ecf.pacerpro.com

Amy Keller

    on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

    on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

    on behalf of Defendant AB 100 Doe  et al akeller@lglaw.com, sfischer@lglaw.com

Andrew S. Richmond

    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com

Andrew S. Richmond

    on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com

Andrew Scott Rivera

    on behalf of Debtor The Diocese of Rochester arivera@bsk.com  kdoner@bsk.com;CourtMail@bsk.com

Annette Rolain

    on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com  bkfilings@ruggerilaw.com

Ashley Storey

    on behalf of Interested Party London Market Insurers astorey@skarzynski.com

Brian Milos Micic

    on behalf of Defendant HDI Global Specialty SE bmicic@fgppr.com

Brian Milos Micic

    on behalf of Defendant The Dominion Insurance Company Limited bmicic@fgppr.com

Brian Milos Micic

    on behalf of Interested Party Certain Underwriters at Lloyd's  London bmicic@fgppr.com

Brian Milos Micic

    on behalf of Defendant Markel International Insurance Company Limited bmicic@fgppr.com

Brian Milos Micic

    on behalf of Defendant Tenecom Limited bmicic@fgppr.com

Brian Milos Micic

    on behalf of Interested Party London Market Insurers bmicic@fgppr.com

Brian Milos Micic

    on behalf of Defendant Certain Underwriters at Lloyd's  London bmicic@fgppr.com

Brian Milos Micic

    on behalf of Interested Party HDI Global Specialty SE bmicic@fgppr.com

Brian Milos Micic

    on behalf of Defendant Certain London Market Companies bmicic@fgppr.com

Brianna M Espeland

    on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland

    on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael

    on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael

    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill

    on behalf of Debtor The Diocese of Rochester chill@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre

    caroldopray61@yahoo.com

Catalina Sugayan

District/off: 0209-2        User: admin        Page 3 of 13

Date Rcvd: Dec 11, 2025     Form ID: pdfterm      Total Noticed: 3

| | |
|---|---|
| | on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Interested Party Certain Underwriters at Lloyd's  London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Defendant Certain Underwriters at Lloyd's  London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | |
| | on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us |
| Catherine Beideman Heitzenrater | on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com |
| Charles Edwin Jones | on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com |
| Charles J. Sullivan | on behalf of Creditor Claimant MM csullivan@bsk.com  kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Attorney Bond  Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Debtor The Diocese of Rochester csullivan@bsk.com  kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com  kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Christopher Loeber | on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com |
| Christopher Loeber | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com |
| Christopher Eric Love | on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com |
| Christopher Eric Love | on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com |
| Craig Goldblatt | on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com |
| Craig Goldblatt | on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com |

Danielle Spinelli
on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David C. Christian, II
on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David D. MacKnight
on behalf of Creditor The Sisters of Saint Joseph of Rochester  Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com;cdiesel@lacykatzen.com

Deola T. Ali
on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Dirk C. Haarhoff
on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com therese@andersonadvocates.com

Eric John Ward
on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke
on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11
USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber
on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney

    on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney

    on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter

    on behalf of Debtor The Diocese of Rochester gwalter@bsk.com  kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter

    on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com  kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald

    on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com  Kleo@bsk.com

Gregory J. McDonald

    on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com  Kleo@bsk.com

Harris Winsberg

    on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg

    on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg

    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg

    on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg

    on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg

    on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir

    on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf

    on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf

    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com  nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf

    on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf

    on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf

    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com
    nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ingrid S. Palermo

    on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com  kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin

    on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin

    on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James Moffitt

    on behalf of Interested Party HDI Global Specialty SE james.moffitt@clydeco.us

James Moffitt

    on behalf of Interested Party Certain Underwriters at Lloyd's  London james.moffitt@clydeco.us

James Moffitt

    on behalf of Interested Party London Market Insurers james.moffitt@clydeco.us

James I. Stang

    on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter

    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri

District/off: 0209-2       User: admin       Page 6 of 13

Date Rcvd: Dec 11, 2025     Form ID: pdfterm     Total Noticed: 3

on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com

James R Marsh

on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor S. B. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor S.B. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor M.G. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor R.O. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor Claimant MM jamesmarsh@marsh.law

James R Murray

on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com  edocketing@blankrome.com

James R Murray

on behalf of Special Counsel Blank Rome  LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter

on behalf of Special Counsel Blank Rome  LLP james.carter@blankrome.com

Jarrod W Smith

on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jason P. Amala

on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jason P. Amala

on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jeff Kahane

on behalf of Defendant Certain Underwriters at Lloyd's  London jkahane@skarzynski.com

Jeff Kahane

on behalf of Interested Party London Market Insurers jkahane@skarzynski.com

Jeff Kahane

on behalf of Defendant Certain London Market Companies jkahane@skarzynski.com

Jeff Kahane

on behalf of Interested Party Certain Underwriters at Lloyd's  London jkahane@skarzynski.com

Jeffrey Austin Dove

on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine
    on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com
kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
    on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com  kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com
kdempski@burnsbair.com,bhorn@burnsbair.com

John Bucheit
    on behalf of Interested Party National Surety Corporation jbucheit@phrd.com  ssnead@phrd.com

John Bucheit
    on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com  ssnead@phrd.com

John Bucheit
    on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com  ssnead@phrd.com

John Bucheit
    on behalf of Defendant National Surety Corporation jbucheit@phrd.com  ssnead@phrd.com

John A. Mueller
    on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com
jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

Jon Travis Powers
    on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com
mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Joshua D Weinberg
    on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton
    on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com
jvail@walkerwilcox.com

Kaitlin M. Calov
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com
jvail@walkerwilcox.com

Kaitlin M. Calov
    on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com  jvail@walkerwilcox.com

Karen B. Dine
    on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen B. Dine
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

|  |  |
|---|---|
|  | on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com |
| Kathleen Thomas | on behalf of Creditor J. O. kat@tlclawllc.com |
| Kathleen Thomas | on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com |
| Kathleen Thomas | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com |
| Kelly McNamee | on behalf of Interested Party Gannett Co.  Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com |
| Lauren Lifland | on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com |
| Leander Laurel James, IV | on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor CW187 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor JP185 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor GM127 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor MG133 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net |
| Lee E. Woodard | on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com  efilings@harrisbeach.com;broy@harrisbeach.com |
| Lucas B. Franken | on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com  mfilomeno@pcvalaw.com |
| Lucien A. Morin, II | on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com |
| Mark Bruh | on behalf of Assistant U.S. Trustee Erin Champion  11 mark.bruh@usdoj.gov |
| Mark Bruh | on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov |
| Mark D. Plevin | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mary Jo Korona | on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com |
| Matthew Roberts | on behalf of Defendant National Surety Corporation mroberts@phrd.com |

Matthew Roberts
on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com

Matthew Roberts
on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com

Matthew Roberts
on behalf of Interested Party National Surety Corporation mroberts@phrd.com

Matthew Griffin Merson
on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com

Matthew John Obiala, I
on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us

Matthew Michael Weiss
on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com

Matthew Michael Weiss
on behalf of Interested Party National Surety Corporation mweiss@phrd.com

Melanie Wolk
on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com

Michael Finnegan
on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com
therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com
therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com,
therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Watson
on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com

Michael Watson
on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com

Michael A. Weishaar
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com
r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Michael J Grygiel
on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com,
alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com

Miranda Turner
on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com

Miranda Turner
on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company
of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com

Miranda Turner
on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com

Miranda Turner
on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com

Mitchell Garabedian
on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com

Mitchell Garabedian
on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com

Mitchell Garabedian
on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com

Mitchell Garabedian
on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com

Mitchell Garabedian
on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com

Mitchell Garabedian
on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com

Mitchell Garabedian
on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com

Mitchell Garabedian

    on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mohammad Tehrani

    on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan Mark Kuenzi

    on behalf of Creditor Committee Official Committee of Unsecured Creditors nkuenzi@burnsbair.com

Nathan W. Reinhardt

    on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com

Nathan W. Reinhardt

    on behalf of Interested Party Certain Underwriters at Lloyd's  London nreinhardt@skarzynski.com

Nathaniel Foote

    on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote

    on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Nathaniel Foote

    on behalf of Creditor claimants CC151  CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law

Paul L. Leclair

    on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law

Peter Garthwaite

    on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com

Peter Garthwaite

    on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com

Renee E. Franchi

    on behalf of Creditor Thomas David Adams renee@vca.law

Robert Drummond

    on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com

Robert Drummond

    on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com

Robert P. Arnold

    on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com  MZaiko@walkerwilcox.com

Robert P. Arnold

    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Russell Webb Roten

    on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com

Russell Webb Roten

    on behalf of Interested Party Certain Underwriters at Lloyd's  London rroten@skarzynski.com

Russell Webb Roten

    on behalf of Interested Party London Market Insurers rroten@skarzynski.com

Russell Webb Roten

    on behalf of Defendant Certain Underwriters at Lloyd's  London rroten@skarzynski.com

Sam A Elbadawi

    on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com

Samrah Mahmoud

    on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com

Sara C. Temes

    on behalf of Debtor The Diocese of Rochester stemes@bsk.com  CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Sara C. Temes

    on behalf of Other Professional Stretto stemes@bsk.com  CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott Michael Duquin

    on behalf of Creditor Daniel Regan sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

    on behalf of Creditor D. S. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

    on behalf of Creditor M. P. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor B. M. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor T. G. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. F. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D S sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. O. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor John Doe 3 sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. B. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Michael Crespo sduquin@hermanlaw.com  smdlaw27@gmail.com

Seth H. Lieberman
    on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com

Seth H. Lieberman
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho
    on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich
    on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross
    on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd
    on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com  rmatuzic@steveboyd.com

Stephen Boyd
    on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com  rmatuzic@steveboyd.com

Stephen A. Donato
    on behalf of Attorney Bond  Schoeneck & King, PLLC sdonato@bsk.com,
    ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Defendant The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Debtor The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen G. Schwarz

on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 480 sbross@sssfirm.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 527 sbross@sssfirm.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 468 sbross@sssfirm.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 557 sbross@sssfirm.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 481 sbross@sssfirm.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 485 sbross@sssfirm.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 274 sbross@sssfirm.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 496 sbross@sssfirm.com

Stephenie Lannigan Bross

   on behalf of Creditor claimant 434 sbross@sssfirm.com

Steve Phillips

   on behalf of Creditor LCVAWCR DOE sphillips@p2law.com

Steve Phillips

   on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com

Steven D. Allison

   on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com  tracey.cantu@troutman.com

Stuart S. Mermelstein

   on behalf of Creditor Claimants smermelstein@hermanlaw.com  gdano@hermanlaw.com

Tancred Schiavoni

   on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com
   tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni

   on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com  tancred-schiavoni-9326@ecf.pacerpro.com

Terrance Flynn

   on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com  jwright@harrisbeach.com

Timothy Evanston

   on behalf of Interested Party London Market Insurers tevanston@skarzynski.com

Timothy Evanston

   on behalf of Interested Party Certain Underwriters at Lloyd's  London tevanston@skarzynski.com

Timothy Patrick Lyster

   on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

   on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

   on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Quaid Karcher

   on behalf of Financial Advisor Berkeley Research Group  LLC tkarcher@proskauer.com

Timothy Quaid Karcher

   on behalf of Notice of Appearance Creditor Berkeley Research Group  LLC tkarcher@proskauer.com

Timothy W. Burns

   on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com
   kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com

Timothy W. Burns

   on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com
   kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com

Timothy W. Burns

   on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com
   kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com

Todd C. Jacobs

on behalf of Interested Party National Surety Corporation tjacobs@phrd.com  ssnead@phrd.com

Todd C. Jacobs

on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com  ssnead@phrd.com

Todd C. Jacobs

on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com  ssnead@phrd.com

Todd C. Jacobs

on behalf of Defendant National Surety Corporation tjacobs@phrd.com  ssnead@phrd.com

Victoria Phillips

on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon

on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 299

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF ROCHESTER,

          Reorganized Debtor.

Case No. 19-20905
Chapter 11 Case

## ORDER DISALLOWING AND EXPUNGING
## PROOF OF CLAIM NO. 20

Upon the objection (the "Objection")[1] filed by The Diocese of Rochester (the "Diocese"),

seeking entry of an order (this "Order") pursuant to sections 502 of title 11 of the United States

Code, 11 U.S.C. § 101, *et seq.,* and Rule 3007 of the Federal Rules of Bankruptcy Procedure

disallowing and expunging Proof of Claim No. 20 in its entirety; and upon the *Declaration of*

*Lisa Passero Pursuant to 28 U.S.C. § 1746 in Support of Claim Objections* [Docket No. __]; and

the Court having found that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this

proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

and (iv) the relief requested in the Objection is in the best interests of the Diocese, the Diocese's

estate, creditors and other parties in interest; and the Court having found that the Diocese

provided appropriate notice of the Objection and the opportunity for a hearing on the Objection;

and the Court having reviewed the Objection and determined that the legal and factual bases set

forth in the Objection establish just cause for the relief granted herein; and upon the record

herein and after due deliberation and cause appearing therefor,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is GRANTED, as set forth herein.

2.      Any objections or responses to the relief requested in the Objection which have not otherwise been withdrawn, resolved, or settled are hereby overruled on the merits.

3.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, Proof of Claim No. 20, filed by Ms. Mary Ann Brasley on behalf of the Estate of Susanne Brasley, a copy of which is attached hereto as *Exhibit 1*, is hereby disallowed and expunged in its entirety.

4.      Nothing in this Order shall be deemed a waiver or release by the Diocese of its rights to object to POC 20 on any other grounds not stated in the Objection or to object to any other claims filed in this Chapter 11 Case, except with respect to Consenting Class 4 Claims which are dealt with exclusively through the Joint Plan.

5.      This Order is immediately effective and enforceable upon its entry.

6.      The Diocese and Stretto are authorized to modify the claims register to comport with the entry of this Order.

7.      The Diocese is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.      This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: 12-4      , 2025
Rochester, New York

Hon. Paul R. Warren
United States Bankruptcy Judge

3

22501095.v2
Case 2-19-20905-PRW,   Doc 3439-1,   Filed 11/04/25,   Entered 11/04/25 15:48:33,
Description: Exhibit A- Proposed Order-Part 1, Page 3 of 3

Case 2-19-20905-PRW,   Doc 3527,   Filed 12/13/25,   Entered 12/14/25 00:33:06,
Description: Imaged Certificate of Notice, Page 15 of 21

**EXHIBIT 1**

Proof of Claim

22501095.v2

Fill in this information to identify the case:

# The Diocese of Rochester
# Case Number: 19-20905

STRETTO

MAY 11 2020

Received

United States Bankruptcy Court for the Western District of New York

Official Form 410

## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:   Identify the Claim

1. Who is the current creditor?

*MARYANN BRASLEY-Estate of SR Susanne BRASLEY*
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   *SR. Susanne BRASLEY*

2. Has this claim been acquired from someone else?

☒ No
☐ Yes.  From whom? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices be sent to the creditor?

*MARYANN BRASLEY*
Name

*4 Sand Rd*
*Rochester, NY 14624*

Street Address

*Rochester*      *NY 14624*
City        State        ZIP Code

Contact phone *585 426-8105*

Contact email *N/A*

Where should payments to the creditor be sent? (if different)

*Same*
Name

Street Address

City        State        ZIP Code

Contact phone _____

Contact email _____

4. Does this claim amend one already filed?

☒ No
☐ Yes.  Claim number on court claims registry (if known)_____   Filed on ___/___/____ MM/DD/YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?

☒ No
☐ Yes.  Who made the earlier filing? _____

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?

*SR Susane Brasley her*

$ *pension when*

*she was alive*

*died Sept 10, 2012*

Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

*"Pension for SR Susane Brasley - request at Ret. pemer Shehad taught appro #548 Diocese claim they to Sisters of STJ. shehad left convent Sisters claimed , belonged to their Neither party received this - Mc ALones*

9. Is all or part of the claim secured?
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: *diocese sent me letter saving they give to Nuns*

*This is only info I received*

Basis for perfection: *she had alzheimer + I took care of her*

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____
Amount of the claim that is unsecured: $ *Pension* (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ *Pension*

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

10. Is this claim based on a lease?
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

11. Is this claim subject to a right of setoff?
☒ No
☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☒ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☒ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ *Pension* |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:   Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor. *Volunteer Administrator*

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _4 / 20 / 2020_
                  MM / DD / YYYY

Signature: *Maryann Brasley*

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | *MARYANN*  | *BRASLEY* |
| | First name        Middle name | Last name |
| Title | *Volunteer Administrator* | |
| Company | *Estate of Sr Suzanne Brasley* | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | *4 Sands Rd* | |
| | Number    Street | |
| | *Rochester*   *NY*   *14621* | |
| | City            State   ZIP Code | |
| Contact phone | *585 436 8808* | Email  *N/A* |

**Supporting Documents**

Official Form 410                Proof of Claim                page 3

OH-1961 (10/2005)

NEW YORK STATE
DEPARTMENT OF HEALTH

# CERTIFICATE OF DEATH

STATE FILE NUMBER

| 1. NAME: FIRST | MIDDLE | LAST | 2. SEX | 3A. DATE OF DEATH | |
|---|---|---|---|---|---|
| Susanne | | Brasley | MALE ☐ FEMALE ☒ | MONTH 9 DAY 10 YEAR 2012 | 3B. HOUR 7:45 A m |

4A. PLACE OF DEATH: (Check one)
DOA ☐  ER ☐  HOSPITAL OUTPATIENT ☐  HOSPITAL INPATIENT ☒  NURSING HOME ☐  PRIVATE RESIDENCE ☐  HOSPICE FACILITY ☐  OTHER (Specify) ☐

4B. IF FACILITY, DATE ADMITTED:
MONTH 10  DAY 26  YEAR 2011

4C. NAME OF FACILITY: (if not facility, give address)
Monroe Community Hospital

4D. LOCALITY: (Check one and specify)
CITY ☒ VILLAGE ☐ TOWN ☐
Rochester

4E. COUNTY OF DEATH
Monroe

4F. MEDICAL RECORD NO.
92356

4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state)
NO ☒  YES ☐

| 5. DATE OF BIRTH: | | | 6A. AGE IN YEARS | 6B. IF UNDER 1 DAY | 6C. IF UNDER 1 DAY | 6D. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province) | 7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: |
|---|---|---|---|---|---|---|---|
| MONTH 04 | DAY 19 | YEAR 1935 | 77 yrs. | ENTER: months days | ENTER: hours minutes | Rochester,NY | |

8. SERVED IN U.S. ARMED FORCES? (specify war)
NO ☒  YES ☐

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe whether the decedent is Spanish/Hispanic/Latina.
A ☒ No, not Spanish/Hispanic/Latino
B ☐ Yes, Mexican, Mexican American, Chicano
C ☐ Yes, Puerto Rican
D ☐ Yes, Cuban
E ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE: (Decedent or race stazo to indicate what the decedent considered himself or herself to be)
A ☒ White/Caucasian
B ☐ Black or African American
C ☐ Asian Indian
D ☐ Chinese
E ☐ Filipino
F ☐ Japanese
G ☐ Korean
H ☐ Vietnamese
I ☐ Native Hawaiian
J ☐ Guamanian or Chamorro
K ☐ Samoan
L ☐ American Indian or Alaska Native (specify)
M ☐ Other Asian (specify)
N ☐ Other Pacific Islander (specify)
O ☐ Other (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death.
1 ☐ 8th grade
2 ☐ 9th-12th grade; no diploma
3 ☒ High school graduate or GED
4 ☐ Some college credit, but no degree
5 ☐ Associate's degree
6 ☐ Bachelor's degree
7 ☐ Master's degree
8 ☐ Doctorate/Professional degree

13. MARITAL STATUS:
NEVER MARRIED ☒ 1  MARRIED ☐ 2  WIDOWED ☐ 3  DIVORCED ☐ 4  SEPARATED ☐ 5

12. SOCIAL SECURITY NUMBER:

14. SURVIVING SPOUSE: (Enter name if married or separated. If surviving spouse is wife, enter maiden name)

15A. USUAL OCCUPATION: (Do not enter retired)
Nun /Sister

15B. KIND OF BUSINESS OR INDUSTRY:
Religious

15C. NAME AND LOCALITY OF COMPANY OR FIRM:
Sisters of St. Joseph
Rochester,NY

16A. RESIDENCE:
(State or Country if not USA)
New York

16B. County or Region/Province if not USA:
Monroe

16C. LOCALITY: (Check one and specify)
CITY ☒ VILLAGE ☐ TOWN ☐
Rochester

16D. STREET AND NUMBER OF RESIDENCE:
435 E. Henrietta Road

16E. ZIP CODE:
14620

| 17. NAME OF FATHER: FIRST | MIDDLE | LAST | 18. MAIDEN NAME OF MOTHER: FIRST | MIDDLE | LAST |
|---|---|---|---|---|---|
| Edward | Joseph | Brasley | Mary Agnes | | Riley |

19A. NAME OF INFORMANT:
Maryanne Brasley

19B. MAILING ADDRESS: (include zip code)
4 Sands Road Rochester,NY 14624

20A. ☐ BURIAL  ☒ CREMATION  ☐ ENTOMBMENT  ☐ REMOVAL  ☐ HOLD  ☐ OTHER
MONTH 09  DAY 10  YEAR 2012

20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:
Mt. Hope Cemetery

20C. LOCATION: (City or town and state)
Rochester,NY

21. NAME AND ADDRESS OF FUNERAL HOME:
Dierna Funeral Home 2309 Culver Road Rochester,NY 14609

21B. REGISTRATION NUMBER:
00454

22A. NAME OF FUNERAL DIRECTOR:
Donald J. Macher

22B. SIGNATURE OF FUNERAL DIRECTOR:

22C. REGISTRATION NUMBER:
12169

23A. SIGNATURE OF REGISTRAR:
Stephanie C. Holtz

23B. DATE FILED:
09 10 2012

24A. BURIAL OR REMOVAL PERMIT ISSUED BY:

24B. DATE ISSUED:
09 10 2012

ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.

Certifier's Name:
Diane R. Hecat NP

License No.:
F300824

Signature:
Diane R. Hecat

MONTH 09  DAY 10  YEAR 2012

25B. Certifier's Title: ☐ Attending Physician  ☐ Physician acting on behalf of Attending Physician
☐ Coroner  ☐ Medical Examiner / Deputy Medical Examiner

Address:

25B. If coroner is not a physician, enter Coroner's Physician's name & title:

License No.:

Signature:

Address:

26. If certifier is not attending physician, enter Attending Physician's name & title:
Dr. Ian Deutchki

License No.:
259899

Address:
435 E. Henrietta Rd Rochester NY 14620

28A. Attending physician attended decedent:
FROM MONTH 10 DAY 26 YEAR 2011
TO MONTH 09 DAY 10 YEAR 2012

28B. Deceased last seen alive by attending physician:
MONTH 04 DAY 27 YEAR 2012

29A. AUTOPSY:
NO ☒  YES ☐

29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?
NO ☐  YES ☐

27. MANNER OF DEATH:
NATURAL CAUSE ☒ 1  ACCIDENT ☐ 2  HOMICIDE ☐ 3  SUICIDE ☐ 4  UNDETERMINED CIRCUMSTANCES ☐ 5  PENDING INVESTIGATION ☐ 6

29A. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?
NO ☒ 1  YES ☐ 2

CONFIDENTIAL  SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH  CONFIDENTIAL

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B) AND (C).)

PART I. IMMEDIATE CAUSE:
(A) Failure to Thrive — 3 months
DUE TO OR AS A CONSEQUENCE OF:
(B) Alzheimer's Dementia
DUE TO OR AS A CONSEQUENCE OF:
(C)

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I A:

DID TOBACCO USE CONTRIBUTE TO DEATH?
NO ☐  YES ☐  PROBABLY ☐  UNKNOWN ☐

31A. INJURY: DATE:  HOUR:

31B. INJURY LOCALITY: (City or town and county and state)

31C. DESCRIBE HOW INJURY OCCURRED:

31D. PLACE OF INJURY:

31E. INJURY AT WORK?
NO ☐  YES ☐

31F. IF TRANSPORTATION INJURY, SPECIFY:
☐ Driver/Operator  ☐ Passenger  ☐ Pedestrian  ☐ OTHER (specify)

32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?
NO ☐  YES ☐

33A. IF FEMALE:
1 ☐ Pregnant at time of death
2 ☐ Not pregnant within last year
3 ☐ Pregnant, but pregnant within 42 days of death
4 ☐ Pregnant, but pregnant 43 days to 1 year before death
5 ☐ Unknown if pregnant within past year

33B. DATE OF DELIVERY:
MONTH  DAY  YEAR

(left margin, handwritten vertical) For use by physician or ambulance
TIME OF DEATH 7:45 PM
NAME OF DECEDENT Susanne Brasley
DATE OF DEATH 9/10/12

Certificate# 37789

## SURROGATE'S COURT OF THE STATE OF NEW YORK
## MONROE COUNTY

File#:   2016-2832

### CERTIFICATE OF VOLUNTARY ADMINISTRATION

IT IS HEREBY CERTIFIED that an affidavit for Voluntary Administration of the estate of the decedent named below was filed with the court and the Voluntary Administrator named below has been found qualified and is authorized to act as follows:

Name of Decedent:      **Susanne Brasley**

Date of Death:             **September 10, 2012**

Domicile of Decedent:   **County Of Monroe**

Voluntary Administrator:  **Maryann Brasley**
Mailing Address:          **4 Sands Road**
                          **Rochester NY  14624**

The Voluntary Administrator is only authorized to collect and receive the following personal property of the decedent:

**NEW YORK STATE UNCLAIMED FUNDS - CITIBANK NA   $83.03**

Date Original Affidavit Filed:  December 21, 2016
Date Certificate Issued:        December 12, 2018

IN TESTIMONY WHEREOF, I have hereunto set
my hand and affixed the seal of the Monroe
County Surrogate's Court at Rochester, New York.

WITNESS, Hon. John M Owens, Judge of the
Monroe County Surrogate's Court.

_____
Mark L Annunziata, Chief Clerk
Monroe County Surrogate's Court

*This certificate is Not Valid Without the Raised Seal of the Monroe County Surrogate's Court*