In re:                                                              Case No. 19-20905-PRW

The Diocese of Rochester                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0209-2 | User: admin | Page 1 of 13 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: pdfterm | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |
| pr | + | Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | Dec 11 2025 18:22:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |

Adam Horowitz

on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com

Adam Horowitz

on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com

Adam P. Haberkorn

on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com  adam-haberkorn-2269@ecf.pacerpro.com

Adam P. Haberkorn

on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com
adam-haberkorn-2269@ecf.pacerpro.com

Amy Keller

on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com  sfischer@lglaw.com

Amy Keller

on behalf of Defendant AB 100 Doe  et al akeller@lglaw.com, sfischer@lglaw.com

Andrew S. Richmond

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com

Andrew S. Richmond

on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com

Andrew Scott Rivera

on behalf of Debtor The Diocese of Rochester arivera@bsk.com  kdoner@bsk.com;CourtMail@bsk.com

Annette Rolain

on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com  bkfilings@ruggerilaw.com

Ashley Storey

on behalf of Interested Party London Market Insurers astorey@skarzynski.com

Brian Milos Micic

on behalf of Defendant HDI Global Specialty SE bmicic@fgppr.com

Brian Milos Micic

on behalf of Defendant The Dominion Insurance Company Limited bmicic@fgppr.com

Brian Milos Micic

on behalf of Interested Party Certain Underwriters at Lloyd's  London bmicic@fgppr.com

Brian Milos Micic

on behalf of Defendant Markel International Insurance Company Limited bmicic@fgppr.com

Brian Milos Micic

on behalf of Defendant Tenecom Limited bmicic@fgppr.com

Brian Milos Micic

on behalf of Interested Party London Market Insurers bmicic@fgppr.com

Brian Milos Micic

on behalf of Defendant Certain Underwriters at Lloyd's  London bmicic@fgppr.com

Brian Milos Micic

on behalf of Interested Party HDI Global Specialty SE bmicic@fgppr.com

Brian Milos Micic

on behalf of Defendant Certain London Market Companies bmicic@fgppr.com

Brianna M Espeland

on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland

on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael

on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill

on behalf of Debtor The Diocese of Rochester chill@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre

caroldopray61@yahoo.com

Catalina Sugayan

on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan

on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us

Catherine Beideman Heitzenrater

on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com

Charles Edwin Jones

on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles Edwin Jones

on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com

Charles J. Sullivan

on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan

on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan

on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan

on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Christopher Loeber

on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com

Christopher Loeber

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com

Christopher Eric Love

on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Christopher Eric Love

on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Craig Goldblatt

on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com

Craig Goldblatt

on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com

Danielle Spinelli
                on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
                on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company
                of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
                on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David C. Christian, II
                on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David D. MacKnight
                on behalf of Creditor The Sisters of Saint Joseph of Rochester  Inc. dmacknight@lacykatzen.com,
                dgay@lacykatzen.com;cdiesel@lacykatzen.com

Deola T. Ali
                on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
                on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com
                dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
                on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com
                dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
                on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
                on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
                on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
                on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
                on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
                on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Dirk C. Haarhoff
                on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
                on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
                on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
                on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com
                therese@andersonadvocates.com

Eric John Ward
                on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
                on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
                on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
                on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke
                on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke
                on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11
                USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber
                on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com
                mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney
 on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney
 on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter
 on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
 on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald
 on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Gregory J. McDonald
 on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Harris Winsberg
 on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
 on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
 on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
 on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg
 on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
 on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir
 on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf
 on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com
nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
 on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
 on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com
nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
 on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com
nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
 on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com
nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ingrid S. Palermo
 on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin
 on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
 on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James Moffitt
 on behalf of Interested Party HDI Global Specialty SE james.moffitt@clydeco.us

James Moffitt
 on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us

James Moffitt
 on behalf of Interested Party London Market Insurers james.moffitt@clydeco.us

James I. Stang
 on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter
 on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri

on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com

James R Marsh

on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor S. B. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor S.B. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor M.G. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor R.O. jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law

James R Marsh

on behalf of Creditor Claimant MM jamesmarsh@marsh.law

James R Murray

on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com  edocketing@blankrome.com

James R Murray

on behalf of Special Counsel Blank Rome  LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter

on behalf of Special Counsel Blank Rome  LLP james.carter@blankrome.com

Jarrod W Smith

on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W Smith

on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jason P. Amala

on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jason P. Amala

on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jeff Kahane

on behalf of Defendant Certain Underwriters at Lloyd's  London jkahane@skarzynski.com

Jeff Kahane

on behalf of Interested Party London Market Insurers jkahane@skarzynski.com

Jeff Kahane

on behalf of Defendant Certain London Market Companies jkahane@skarzynski.com

Jeff Kahane

on behalf of Interested Party Certain Underwriters at Lloyd's  London jkahane@skarzynski.com

Jeffrey Austin Dove

on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company
of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com,
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove

on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
> on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com
> avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine
> on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
> on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
> on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com
> kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
> on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com  kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
> on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com
> kdempski@burnsbair.com,bhorn@burnsbair.com

John Bucheit
> on behalf of Interested Party National Surety Corporation jbucheit@phrd.com  ssnead@phrd.com

John Bucheit
> on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com  ssnead@phrd.com

John Bucheit
> on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com  ssnead@phrd.com

John Bucheit
> on behalf of Defendant National Surety Corporation jbucheit@phrd.com  ssnead@phrd.com

John A. Mueller
> on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com
> jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

Jon Travis Powers
> on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Jon Travis Powers
> on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com
> mglowinski@hodgsonruss.com

Jon Travis Powers
> on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Jon Travis Powers
> on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com  mglowinski@hodgsonruss.com

Joshua D Weinberg
> on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton
> on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton
> on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton
> on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov
> on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com
> jvail@walkerwilcox.com

Kaitlin M. Calov
> on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com
> jvail@walkerwilcox.com

Kaitlin M. Calov
> on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com  jvail@walkerwilcox.com

Karen B. Dine
> on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen B. Dine
> on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Katerina Marie Kramarchyk
> on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com

Kathleen Thomas

on behalf of Creditor J. O. kat@tlclawllc.com

Kathleen Thomas

on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com

Kathleen Thomas

on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com

Kelly McNamee

on behalf of Interested Party Gannett Co.  Inc. mcnameek@gtlaw.com,
Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com

Lauren Lifland

on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com

Leander Laurel James, IV

on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor CW187 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor JP185 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor GM127 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor MG133 DOE ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net

Leander Laurel James, IV

on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net  Lucia@jvwlaw.net

Lee E. Woodard

on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com  efilings@harrisbeach.com;broy@harrisbeach.com

Lucas B. Franken

on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com  mfilomeno@pcvalaw.com

Lucien A. Morin, II

on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com
lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com

Mark Bruh

on behalf of Assistant U.S. Trustee Erin Champion  11 mark.bruh@usdoj.gov

Mark Bruh

on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov

Mark D. Plevin

on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company
of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com,
mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin

on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com
mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin

on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com
mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mary Jo Korona

on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law
sarahi@leclairkorona.com

Matthew Roberts

on behalf of Defendant National Surety Corporation mroberts@phrd.com

Matthew Roberts
                    on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com

Matthew Roberts
                    on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com

Matthew Roberts
                    on behalf of Interested Party National Surety Corporation mroberts@phrd.com

Matthew Griffin Merson
                    on behalf of Notice of Appearance Creditor Merson Law  PLLC mmerson@mersonlaw.com

Matthew John Obiala, I
                    on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us

Matthew Michael Weiss
                    on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com

Matthew Michael Weiss
                    on behalf of Interested Party National Surety Corporation mweiss@phrd.com

Melanie Wolk
                    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com

Michael Finnegan
                    on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com
                    therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
                    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com
                    therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
                    on behalf of Defendant AB 100 Doe  et al mike@andersonadvocates.com,
                    therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Watson
                    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com

Michael Watson
                    on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com

Michael A. Weishaar
                    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com
                    r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Michael J Grygiel
                    on behalf of Interested Party Gannett Co.  Inc. grygielm@gtlaw.com,
                    alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com

Miranda Turner
                    on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com

Miranda Turner
                    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company
                    of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com

Miranda Turner
                    on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com

Miranda Turner
                    on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com

Mitchell Garabedian
                    on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com

Mitchell Garabedian
                    on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com

Mitchell Garabedian
                    on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com

Mitchell Garabedian
                    on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com

Mitchell Garabedian
                    on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com

Mitchell Garabedian
                    on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com

Mitchell Garabedian
                    on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com

Mitchell Garabedian
 on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mohammad Tehrani
 on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan Mark Kuenzi
 on behalf of Creditor Committee Official Committee of Unsecured Creditors nkuenzi@burnsbair.com

Nathan W. Reinhardt
 on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com

Nathan W. Reinhardt
 on behalf of Interested Party Certain Underwriters at Lloyd's London nreinhardt@skarzynski.com

Nathaniel Foote
 on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote
 on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Nathaniel Foote
 on behalf of Creditor claimants CC151 CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law

Paul L. Leclair
 on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law

Peter Garthwaite
 on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com

Peter Garthwaite
 on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com

Renee E. Franchi
 on behalf of Creditor Thomas David Adams renee@vca.law

Robert Drummond
 on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com

Robert Drummond
 on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com

Robert P. Arnold
 on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Robert P. Arnold
 on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Russell Webb Roten
 on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com

Russell Webb Roten
 on behalf of Interested Party Certain Underwriters at Lloyd's London rroten@skarzynski.com

Russell Webb Roten
 on behalf of Interested Party London Market Insurers rroten@skarzynski.com

Russell Webb Roten
 on behalf of Defendant Certain Underwriters at Lloyd's London rroten@skarzynski.com

Sam A Elbadawi
 on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com

Samrah Mahmoud
 on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com

Sara C. Temes
 on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Sara C. Temes
 on behalf of Other Professional Stretto stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott Michael Duquin
 on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
 on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
 on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor B. M. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor T. G. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor J. F. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor D S sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor J. O. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor John Doe 3 sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor M. B. sduquin@hermanlaw.com  smdlaw27@gmail.com

Scott Michael Duquin

on behalf of Creditor Michael Crespo sduquin@hermanlaw.com  smdlaw27@gmail.com

Seth H. Lieberman

on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com

Seth H. Lieberman

on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com

Shannon Anne Scott

on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho

on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich

on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich

on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross

on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd

on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com  rmatuzic@steveboyd.com

Stephen Boyd

on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com  rmatuzic@steveboyd.com

Stephen A. Donato

on behalf of Attorney Bond  Schoeneck & King, PLLC sdonato@bsk.com,
ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Defendant The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Debtor The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com  ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen G. Schwarz

on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 480 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 527 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 468 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 557 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 481 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 485 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 274 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 496 sbross@sssfirm.com

Stephenie Lannigan Bross

on behalf of Creditor claimant 434 sbross@sssfirm.com

Steve Phillips

on behalf of Creditor LCVAWCR DOE sphillips@p2law.com

Steve Phillips

on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com

Steven D. Allison

on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com  tracey.cantu@troutman.com

Stuart S. Mermelstein

on behalf of Creditor Claimants smermelstein@hermanlaw.com  gdano@hermanlaw.com

Tancred Schiavoni

on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com
tancred-schiavoni-9326@ecf.pacerpro.com

Tancred Schiavoni

on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com  tancred-schiavoni-9326@ecf.pacerpro.com

Terrance Flynn

on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com  jwright@harrisbeach.com

Timothy Evanston

on behalf of Interested Party London Market Insurers tevanston@skarzynski.com

Timothy Evanston

on behalf of Interested Party Certain Underwriters at Lloyd's  London tevanston@skarzynski.com

Timothy Patrick Lyster

on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Patrick Lyster

on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com  esolimano@woodsoviatt.com

Timothy Quaid Karcher

on behalf of Financial Advisor Berkeley Research Group  LLC tkarcher@proskauer.com

Timothy Quaid Karcher

on behalf of Notice of Appearance Creditor Berkeley Research Group  LLC tkarcher@proskauer.com

Timothy W. Burns

on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com
kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com

Timothy W. Burns

on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com
kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com

Timothy W. Burns

on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com
kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com

Todd C. Jacobs
                    on behalf of Interested Party National Surety Corporation tjacobs@phrd.com  ssnead@phrd.com

Todd C. Jacobs
                    on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com  ssnead@phrd.com

Todd C. Jacobs
                    on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com  ssnead@phrd.com

Todd C. Jacobs
                    on behalf of Defendant National Surety Corporation tjacobs@phrd.com  ssnead@phrd.com

Victoria Phillips
                    on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon
                    on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com


TOTAL: 299

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

THE DIOCESE OF ROCHESTER,                    Case No. 19-20905
                                              Chapter 11 Case
                    Reorganized Debtor.

## ORDER DISALLOWING AND EXPUNGING
## PROOF OF CLAIM NO. 27

Upon the objection (the "Objection")[1] filed by The Diocese of Rochester (the "Diocese"),

seeking entry of an order (this "Order") pursuant to sections 502 of title 11 of the United States

Code, 11 U.S.C. § 101, *et seq.,* and Rule 3007 of the Federal Rules of Bankruptcy Procedure

disallowing and expunging Proof of Claim No. 27 in its entirety; and upon the *Declaration of*

*Lisa Passero Pursuant to 28 U.S.C. § 1746 in Support of Claim Objections* [Docket No. __]; and

the Court having found that: (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this

proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

and (iv) the relief requested in the Objection is in the best interests of the Diocese, the Diocese's

estate, creditors and other parties in interest; and the Court having found that the Diocese

provided appropriate notice of the Objection and the opportunity for a hearing on the Objection;

and the Court having reviewed the Objection and determined that the legal and factual bases set

forth in the Objection establish just cause for the relief granted herein; and upon the record

herein and after due deliberation and cause appearing therefor,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is GRANTED, as set forth herein.

2.      Any objections or responses to the relief requested in the Objection which have not otherwise been withdrawn, resolved, or settled are hereby overruled on the merits.

3.      Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, POC 27, filed by Federal Insurance Company, a copy of which is attached hereto as *Exhibit 1*, is hereby disallowed and expunged in its entirety.

4.      Nothing in this Order shall be deemed a waiver or release by the Diocese of its rights to object to POC 27 on any other grounds not stated in the Objection or to object to any other claims filed in this Chapter 11 Case, except with respect to Consenting Class 4 Claims which are dealt with exclusively through the Joint Plan.

5.      This Order is immediately effective and enforceable upon its entry.

6.      The Diocese and Stretto are authorized to modify the claims register to comport with the entry of this Order.

7.      The Diocese is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8.      This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____12-4_____, 2025
        Rochester, New York

_____
Hon. Paul R. Warren
United States Bankruptcy Judge

3

22545643.v2

Case 2-19-20905-PRW,   Doc 3446-1,   Filed 11/04/25,   Entered 11/04/25 18:01:42,
Description: Exhibit A- Proposed Order, Page 3 of 14

Case 2-19-20905-PRW,   Doc 3531,   Filed 12/13/25,   Entered 12/14/25 00:33:06,
Description: Imaged Certificate of Notice, Page 15 of 26

**EXHIBIT 1**

Proof of Claim

22545643.v2

Case 2-19-20905-PRW,   Doc 3531,   Filed 12/13/25,   Entered 12/14/25 00:33:06,
Description: Imaged Certificate of Notice, Page 16 of 26

Fill in this information to identify the case:

# The Diocese of Rochester
# Case Number: 19-20905

**United States Bankruptcy Court for the Western District of New York**

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Federal Insurance Company

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No

☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Wendy M. Simkulak

Name

Duane Morris LLP
30 S. 17th Street

Street Address

Philadelphia, PA 19103

City                State            ZIP Code

Contact phone   215-979-1547

Contact email   WMSimkulak@duanemorris.com

Where should payments to the creditor be sent? (if different)

*and to Claimant per attached.

Name

Street Address

City                State            ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No

☐ Yes. Claim number on court claims registry (if known)_____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No

☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ See attached.

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Insurance policies and related agreements, see attached.

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☒ Yes. Identify the property: See attached. _____

Case 2-19-20905-PRW    Doc 3531    Filed 12/13/25    Entered 12/14/25 00:33:06, Description: Imaged Certificate of Notice, Page 18 of 26

DocuSign Envelope ID: 62D7E0C4-AFBB-42E7-B25C-9F95B70E12A2

| | | | Amount entitled to priority |
|---|---|---|---|
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No | |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   8/12/2020
MM / DD / YYYY

DocuSigned by:

*Catherine Heitzenrter*
Signature
A4CE3B31374C481...

**Print the name of the person who is completing and signing this claim:**

Name          Catherine Heitzenrter
              First name        Middle name        Last name

Title         _____

Company       Duane Morris LLP
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       30 S. 17th Street
              Number      Street
              Philadelphia, PA 19103
              City                State      ZIP Code

Contact phone _____  Email _____

## Supporting Documents

I will upload a PDF document supporting my claim (please redact all confidential information)

DocuSign Envelope ID: 62D7E0C4-AFBB-42E7-B25C-9F95B70E12A2

## ADDENDUM TO PROOF OF CLAIM OF
## FEDERAL INSURANCE COMPANY

1.      This Addendum is attached to and a part of the proof of claim (the "Proof of Claim") filed by Federal Insurance Company (together with its U.S.-based affiliates and successors, the "Claimant" or the "Chubb Companies")[1] against The Diocese of Rochester (the "Debtor") in its bankruptcy case. As the documents supporting this claim are voluminous and contain confidential, personal and/or commercial information, Claimant has not attached them to Claimant's Proof of Claim. Copies of such documents are or should be, upon information and belief, in the possession of the Debtor. Claimant will provide copies of such documents to other parties upon request provided that appropriate steps can be taken to ensure their confidentiality, as necessary or appropriate.

2.      On September 12, 2019 (the "Petition Date"), the Debtor filed its voluntary petition for bankruptcy relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of New York (the "Court").

3.      Prior to the Petition Date, the Chubb Companies issued certain insurance policies (as renewed, amended, modified, endorsed or supplemented from time to time, collectively, the "Policies") to the Debtor as named insured.

4.      Under the Policies and any agreements related thereto (collectively, the "Chubb Insurance Program"),[2] the Chubb Companies provide, *inter alia*, boiler and machinery, excess,

---

[1]     For purposes of this Proof of Claim, the Chubb Companies shall refer to only those U.S.-based entities related to Federal Insurance Company prior to January 14, 2016 (the date on which the ACE American Insurance Company and its affiliates completed an acquisition of the Chubb Companies).

[2]     The Chubb Insurance Program includes insurance policies issued to non-Debtors to the extent that they provide coverage to the Debtor, and any agreements related thereto.

DM3\6947163.1

DocuSign Envelope ID: 62D7E0C4-AFBB-42E7-B25C-9F95B70E12A2

fiduciary liability, property, and certain other insurance for specified policy periods subject to certain limits, deductibles, retentions, exclusions, terms and conditions, as more particularly described therein; and the insureds, including the Debtor, are required to pay to the Chubb Companies certain amounts including, but not limited to, insurance premiums (including audit premiums), deductibles, funded deductibles, expenses, taxes, assessments and surcharges, as more particularly described in the Chubb Insurance Program (collectively, the "Obligations").[3]

5.     To the extent that the Debtor is an insured under the Chubb Insurance Program and has in the past or the present received, or in the future receives, any benefit – directly or indirectly – under the Chubb Insurance Program including, but not limited to, any payment by any of the Chubb Companies to or on behalf of the Debtor with respect to a claim made under the Chubb Insurance Program, then the Debtor is jointly and severally liable with other insureds for the Obligations arising with respect to such claim under the Chubb Insurance Program.

6.     As of the date of this Proof of Claim, the Debtor is liable to the Chubb Companies in a contingent and unliquidated amount (the "Claim") for the Obligations. The Claim is currently contingent, unliquidated, and subject to further and future adjustments and estimations by the Claimant, from time to time, in accordance with the terms of the Chubb Insurance Program including, without limitation, additional amounts that may become due for premium, deductibles, expenses, taxes, assessments and surcharges.[4]

---

[3]     For the avoidance of doubt, the Obligations shall include any non-monetary obligations that the insureds, including the Debtor, may have. The Chubb Companies specifically reserve and preserve all rights with respect to such non-monetary obligations including, but not limited to, the right to amend this Proof of Claim to assert a claim for amounts incurred by the Chubb Companies based on any failure of the insureds to satisfy such non-monetary obligations.

[4]     The Chubb Companies have recently issued a Policy to the Debtors in the ordinary course of business. In connection with such Policy, the Chubb Companies are owed the amount of $72,930.00 (the "Post-Petition Premium"). The Post-Petition Premium is an administrative expense. However, to the extent that the Post-Petition Premium is not paid to the Chubb Companies in the ordinary course of business as an administrative expense, the Chubb Companies reserve all rights with respect thereto, including the right to

DocuSign Envelope ID: 62D7E0C4-AFBB-42E7-B25C-9F95B70E12A2

7.    The Claim is evidenced by the Chubb Insurance Program, including, without limitation, those Policies listed on Exhibit "A" hereto.[5]

8.    A portion of the Claim is or may be entitled to administrative expense priority under 11 U.S.C. §§ 503(b) and 507(a)(2).

9.    The Claim may be secured by letters of credit, trusts, escrows, surety bonds, cash collateral, paid loss deposit funds, or other amounts.

10.    The Claimant reserves and preserves the right: (a) to file and seek payment of additional claims for (i) administrative expenses, (ii) attorneys' fees and costs, and (iii) cure amounts or rejection damages; (b) to estimate contingent claims and assert additional claims if contingent claims are estimated or liquidated; and (c) to assert any other claims the Claimant may have against the Debtor relating to or incidental to the Obligations and the documents referenced herein. The Claimant reserves and preserves all rights to assert any and all defense, setoff and/or recoupment against the Debtor. The Claimant reserves the right to amend and/or further supplement this Proof of Claim to, *inter alia*, (a) adjust the amount of the Claim to reflect an updated actuarial review and/or financial analysis and/or (b) include additional collateral required as a result thereof. In light of the COVID-19 outbreak, Claimant further reserves and preserves its rights with respect to the foregoing and any adjustments, modifications, revisions or

---

assert a right to payment of the Post-Petition Premium in connection with this Proof of Claim or under the *Final Order (I) Authorizing The Continued Maintenance Of The Debtor's Protected Self-Insurance Program; And (II) Authorizing The Payment Of Certain Prepetition Obligations In Respect Thereof And Other Legacy Claims* [Doc. No. 199].

[5]   Exhibit A is non-exhaustive and may include Policies under which amounts are not yet nor ever may become due and owing. However, because the Policies are part of the Chubb Insurance Program, the Chubb Companies have included them herein and reserve all rights with respect thereto including, but not limited to, amending this Proof of Claim to assert any amounts that may become due thereunder. Additionally, and for the avoidance of doubt, although the Chubb Companies have filed two proofs of claim against the Debtor, the Chubb Companies do not expect that any liquidated amounts of the Claim will be paid in the aggregate by the Debtor to each of the Chubb Companies.

DM3\6947163.1

DocuSign Envelope ID: 62D7E0C4-AFBB-42E7-B25C-9F95B70E12A2

other changes that may arise with respect to this Proof of Claim made necessary by financial, actuarial or other administrative complications occurring as a result of the outbreak.

11.     The filing of this Proof of Claim is not intended to be, and should not be construed as (a) an election of remedies; (b) a waiver of any past, present or future default or event of default; (c) a waiver or limitation of the Claimant's rights or defenses; (d) a waiver of the Claimant's claims against the Debtor or any of its subsidiaries or affiliates; (e) a waiver of the Claimant's right to draw on any collateral or security; (f) a waiver of the Claimant's claims against any other parties liable to it (whether under the Chubb Insurance Program or otherwise); (g) a determination as to coverage or entitlements to benefits as to coverage under the Chubb Insurance Program or a submission to the jurisdiction of this Court for the determination of any coverage issues; (h) a waiver of the Chubb Companies' rights under the Chubb Insurance Program, including the right to require arbitration; (i) a consent to jurisdiction of this Court with respect to proceedings, if any, commenced involving the Proof of Claim or the Claimant; (j) waiver or release of the right to request withdrawal of the reference with respect to the subject matter of the Proof of Claim, any objection thereto, any other proceeding commenced with respect thereto, or any other proceeding that may be commenced in this case against or otherwise involving the Claimant; (k) a waiver or release of the Chubb Companies' right to trial by jury in this Court or any other court or forum as to any and all matter so triable herein, whether or not the same be designated legal or private rights or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether or not such jury trial right is under a statute or the United States Constitution; or (l) a waiver or release of the Chubb Companies' right to have any and all

DM3\6947163.1

DocuSign Envelope ID: 62D7E0C4-AFBB-42E7-B23C-9F95B70E12A2

final orders in any and all non-core matters or proceedings entered only after *de novo* review by

a United States District Court Judge.

      12.     All notices to the Claimant relating to this Proof of Claim should be sent to the

Claimant as follows:

> c/o Chubb
> 436 Walnut Street
> Philadelphia, PA 19106
> Attention: Collateral Manager

With a copy to counsel for the Claimant:

> Wendy M. Simkulak, Esquire
> DUANE MORRIS LLP
> 30 S. 17th Street
> Philadelphia, PA 19103

      13.     This Proof of Claim is filed as a separate claim from other claims that may be

filed by or on behalf of the Claimant or any of its affiliates against the Debtor, and does not

replace or supersede such other claims.

DM3\6947163.1

DocuSign Envelope ID: 62D7E0C4-AFBB-42E7-B23C-9F95B70E1ZA2

## EXHIBIT A

The Chubb Companies' Claim is evidence by, without limitation, the Policies, and includes, without limitation, the following and all other documents, instruments, agreements, or policies, and any and all endorsements, addenda, amendments, renewals, supplements and modifications to any of the following:

**Policies include, but are not limited to:**

| Policy Number | Policy Period | Insurer | Type of Coverage |
|---|---|---|---|
| 76427102 | 7/1/2020 – 7/1/2021 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2019 – 7/1/2020 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2018 – 7/1/2019 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2017 – 7/1/2018 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2016 – 7/1/2017 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2015 – 7/1/2016 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2014 – 7/1/2015 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2013 – 7/1/2014 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2012 – 7/1/2013 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2011 – 7/1/2012 | Great Northern Insurance Company | Boiler & Machinery |
| 76427102 | 7/1/2010 – 7/1/2011 | Great Northern Insurance Company | Boiler & Machinery |
| 79089360 | 7/1/1999 – 7/1/2000 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1998 – 7/1/1999 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1997 – 7/1/1998 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1996 – 7/1/1997 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1995 – 7/1/1996 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1994 – 7/1/1995 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1993 – 7/1/1994 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1992 – 7/1/1993 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1991 – 7/1/1992 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1990 – 7/1/1991 | Federal Insurance Company | Excess |
| 79089360 | 7/1/1988 – 7/1/1989 | Federal Insurance Company | Excess |
| 79737122 | 10/1/2006 – 10/1/2007 | Federal Insurance Company | Excess |
| 79737122 | 10/1/2005 – 10/1/2006 | Federal Insurance Company | Excess |
| 79737122 | 10/1/2004 – 10/1/2005 | Federal Insurance Company | Excess |
| 79737122 | 07/1/2004 – 10/1/2004 | Federal Insurance Company | Excess |
| 79737122 | 07/1/2003 – 07/1/2004 | Federal Insurance Company | Excess |
| 79737122 | 07/1/2002 – 07/1/2003 | Federal Insurance Company | Excess |
| 81564359 | 2/3/2004 – 2/3/2005 | Federal Insurance Company | Fiduciary Liability |
| 81564359 | 2/3/2003 – 2/3/2004 | Federal Insurance Company | Fiduciary Liability |
| 81564359 | 2/3/2002 – 2/3/2003 | Federal Insurance Company | Fiduciary Liability |
| 81564359 | 2/3/2001 – 2/3/2002 | Federal Insurance Company | Fiduciary Liability |
| 81564359 | 2/3/2000 – 2/3/2001 | Federal Insurance Company | Fiduciary Liability |
| 81564359 | 2/3/1999 – 2/3/2000 | Federal Insurance Company | Fiduciary Liability |
| 82092555 | 7/1/2008 – 7/1/2009 | Federal Insurance Company | Fiduciary Liability |
| 82092555 | 10/1/2007 – 7/1/2008 | Federal Insurance Company | Fiduciary Liability |
| 66102426 | 7/1/1999 – 7/1/2000 | Federal Insurance Company | Property |
| 66102426 | 7/1/1998 – 7/1/1999 | Federal Insurance Company | Property |

**Reservation of Rights**
The brief summary of the Policies contained herein is for descriptive purposes only and is not intended to be binding on the Chubb Companies or constitute their position with respect to the proper interpretation and meaning thereof.

DM3\6947163.1

DocuSign Envelope ID: 62D7E0C4-AFBB-42E7-B23C-9F95B70E12A2

For a complete and accurate explanation of the terms and conditions of the Policies, reference should be made to the actual Policies.

7