UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Reorganized Debtor.

**ORDER GRANTING FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BOND,
SCHOENECK & KING, PLLC, AS ATTORNEYS FOR THE DIOCESE**

This matter came before the Court on the *Final Application for Compensation and Reimbursement of Expenses of Bond Schoeneck & King, PLLC* ("Bond"), *as Attorneys for the Diocese* for the period of June 1, 2025 through October 23, 2025 [Docket No. 3462] (the "Final Fee Application").[1] In the Final Fee Application, Bond requests: (a) allowance of compensation for professional services performed by Bond for the Final Compensation Period in the amount of $467,039.06; (b) reimbursement of its actual and necessary expenses in the amount of $19,777.68 incurred during the Final Compensation Period; (c) authorization directing the Diocese to pay the unpaid balance; and (d) approval of all interim compensation awarded to Bond in this Chapter 11 Case as final compensation under 11 U.S.C. § 330.

The Court, having considered the Final Fee Application and notice of the Final Fee Application appearing adequate, and having taken the Final Fee Application under submission, and having considered the *Third and Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Final Applications for Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 3502] (the "Fee Examiner Final Report"), and Bond having consented to a voluntary reduction in fees in the amount of $3,821.70 as requested in the Fee Examiner Final

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

Report (the "Voluntary Reduction"), and there being no additional filings in connection with the Final Fee Application, and the Court having found that services rendered and expenses incurred by Bond were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Final Fee Application is granted as set forth herein; and it is further

**ORDERED**, that any additional objections to the Final Fee Application, or to the compensation and expense reimbursement sought therein, that have not been made, withdrawn, waived, or settled on the record, and all reservation of rights included therein, are hereby overruled and disallowed on the merits; and it is further

**ORDERED**, that Bond's compensation for professional services rendered during the Final Compensation Period is allowed in the reduced amount of $463,217.36; and it is further

**ORDERED**, that reimbursement of Bond's expenses incurred during the Final Compensation Period is allowed in the amount of $19,777.68; and it is further

**ORDERED**, that Bond shall apply the Voluntary Reduction to the unpaid, reduced portion of fees and expenses sought in the Final Compensation Period in the sum of $463,217.36.

**ORDERED**, that all interim professional compensation and disbursements previously awarded to Bond in this Chapter 11 Case are hereby approved on a final basis pursuant to 11 U.S.C. § 330; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December ___, 2025
      Rochester, New York

                                                   Honorable Paul R. Warren
                                                   United States Bankruptcy Judge

2

22726658.v2
Case 2-19-20905-PRW, Doc 3538, Filed 12/18/25, Entered 12/18/25 10:37:37, Description: Main Document , Page 2 of 2