UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Reorganized Debtor.

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
OF BONADIO & CO. LLP, AS ACCOUNTANTS FOR THE DIOCESE**

This matter came before the Court on the *Final Application for Compensation of Bonadio & Co. LLP* ("Bonadio"), *as Accountants for the Diocese of Rochester* for the period of January 1, 2025 through September 30, 2025 [Docket No. 3465] (the "Final Fee Application")[1]. Through the Final Fee Application, Bonadio respectfully requests (a) allowance of compensation and professional services performed by Bonadio for the Final Compensation Period in the amount of $58,200.00; (b) authorization directing the Diocese to pay Bonadio for the unpaid total; and (c) approval of all interim compensation awarded to Bonadio in this Chapter 11 Case as final compensation under 11 U.S.C. § 330.

The Court, having considered the Final Fee Application and notice of the Final Fee Application appearing adequate, and having taken the Final Fee Application under submission, and having considered the *Third and Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Final Applications for Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 3502], and there being no additional filings in connection with the Final Fee Application, and the Court having found that all services rendered by Bonadio were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

1

**ORDERED**, that the Final Fee Application is granted as set forth herein; and it is further

**ORDERED**, that any objections to the Final Fee Application, or to the compensation sought therein, that have not been made, withdrawn, waived, or settled on the record, and all reservation of rights included therein, are hereby overruled and disallowed on the merits; and it is further

**ORDERED**, that Bonadio's compensation for professional services rendered during the Final Compensation Period is allowed in the amount of $58,200.00; and it is further

**ORDERED**, that the Diocese is directed to pay Bonadio for the unpaid portion of fees sought through the Final Compensation Period; and it is further

**ORDERED**, that all interim professional compensation and disbursements previously awarded to Bonadio in this Chapter 11 Case are hereby approved on a final basis pursuant to 11 U.S.C. § 330; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.


Dated: December ___, 2025
      Rochester, New York

                                                               _____
                                                                Hon. Paul R. Warren
                                                                United States Bankruptcy Judge

2

22729637.v2
Case 2-19-20905-PRW, Doc 3540, Filed 12/18/25, Entered 12/18/25 10:46:11, Description: Main Document , Page 2 of 2