UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

                Reorganized Debtor.

Case No.: 19-20905
Chapter 11 Case

# ORDER GRANTING THIRTEENTH AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HARRIS BEACH MURTHA CULLINA, PLLC AS SPECIAL COUNSEL TO THE DIOCESE

This matter came before the Court on the *Thirteenth and Final Application for Compensation and Reimbursement of Expenses of Harris Beach Murtha Cullina, PLLC* ("Harris Beach") *as Special Counsel to the Debtor* for the period of June 1, 2025 through October 23, 2025 [Docket No. 3467] (the "Final Fee Application") [1]. In the Final Fee Application, Harris Beach requests: (a) allowance of compensation and professional services performed by Harris Beach for the Thirteenth and Final Compensation Period in the amount of $70,086.00; (b) reimbursement of its actual and necessary expenses in the amount of $424.58 incurred during the Thirteenth and Final Compensation Period; (c) authorization directing the Debtor to pay Harris Beach the unpaid balance; and (d) approval of all interim compensation awarded to Harris Beach in this Chapter 11 Case as final compensation under 11 U.S.C. § 330.

The Court, having considered the Final Fee Application and notice of the Final Fee Application appearing adequate, and having taken the Final Fee Application under submission, and having considered the *Third and Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Final Applications for Compensation and Reimbursement of Expenses of Retained*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

1

22728222.v2
Case 2-19-20905-PRW, Doc 3541, Filed 12/18/25, Entered 12/18/25 10:50:15, Description: Main Document , Page 1 of 3

*Professionals* [Docket No. 3502], and there being no additional filings in connection with the Final Fee Application, and the Court having found that all services rendered and expenses incurred by Harris Beach were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Final Fee Application is granted as set forth herein; and it is further

**ORDERED**, that any objections to the Final Fee Application, or to the compensation and expense reimbursement sought therein, that have not been made, withdrawn, waived, or settled on the record, and all reservation of rights included therein, are hereby overruled and disallowed on the merits; and it is further

**ORDERED**, that Harris Beach's compensation for professional services rendered during the Thirteenth and Final Compensation Period is allowed in the amount of $70,086.00; and it is further

**ORDERED**, that reimbursement of Harris Beach's expenses incurred during the Thirteenth and Final Compensation Period is allowed in the amount of $424.58; and it is further

**ORDERED**, that the Diocese is directed to pay Harris Beach for the unpaid portion of fees and expenses sought through the Thirteenth and Final Compensation Period; and it is further

**ORDERED**, that all interim professional compensation and disbursements previously awarded to Harris Beach in this Chapter 11 Case are hereby approved on a final basis pursuant to 11 U.S.C. § 330; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: December ___, 2025
      Rochester, New York

                                                         _____
                                                         Honorable Paul R. Warren
                                                         United States Bankruptcy Judge