UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    The Diocese of Rochester,

                  Reorganized Debtor.

Case No.: 19-20905
Chapter 11 Case

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION BY GNARUS ADVISORS LLC,
AS CLAIMS VALUATION EXPERT FOR THE DIOCESE**

This matter came before the Court on the *Final Application for Compensation by Gnarus Advisors LLC* ("Gnarus"), *as Claims Valuation Expert for the Diocese* [Docket No. 3464] (the "Final Fee Application").[1] In the Final Fee Application, Gnarus requests approval, on a final basis pursuant to 11 U.S.C. § 330, of payment of interim fees previously awarded to Gnarus in the amount of $118,672.50 in this Chapter 11 Case.

The Court, having considered the Final Fee Application and notice of the Final Fee Application appearing adequate, and having taken the Final Fee Application under submission, and having considered the *Third and Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Final Applications for Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 3502], and there being no additional filings in connection with the Final Fee Application, and the Court having found that all services rendered by Gnarus were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Final Fee Application is granted as set forth herein; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

1

**ORDERED**, that any objections to the Final Fee Application that have not been made, withdrawn, waived, or settled on the record, and all reservation of rights included therein, are hereby overruled and disallowed on the merits; and it is further

**ORDERED**, that all interim professional compensation previously awarded to Gnarus in this Chapter 11 Case, less the amount Gnarus has previously agreed to disgorge, are hereby approved on a final basis pursuant to 11 U.S.C. § 330; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December ___, 2025
      Rochester, New York

                                                                          _____
                                                                          Honorable Paul R. Warren
                                                                          United States Bankruptcy Judge

2

22730610.v2
Case 2-19-20905-PRW, Doc 3542, Filed 12/18/25, Entered 12/18/25 10:53:59,
Description: Main Document , Page 2 of 2