UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| In re: | Case No. 19-20905 (PRW) |
|---|---|
| The Diocese Of Rochester, | Chapter 11 |
| Debtor. | |

**ORDER GRANTING NINTH INTERIM AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL FOR THE PERIOD MAY 26, 2021 THROUGH SEPTEMBER 5, 2025**

This matter came before the Court on the *Ninth Interim and Final Application for Allowance of Compensation and Reimbursement of Expenses by Burns Bair LLP as Special Insurance Counsel for the Period May 26, 2021 through September 5, 2025* [Docket No. 3459] (the "Application"), filed by Burns Bair LLP ("Burns Bair"), special insurance counsel to the Official Committee of Unsecured Creditors in the above-captioned case. In the Application, Burns Bair requests that the Court: (i) allow on a final basis compensation in the amount of $1,885,774.25 for reasonable and necessary professional services rendered and reimbursement of actual and necessary expenses in the amount of $57,632.78 for the period from May 26, 2021 through September 5, 2025 (the "Final Application Period"), including compensation of $146,265.50 for reasonable and necessary professional services rendered and reimbursement of actual and necessary expenses in the amount of $13,596.91 for the period June 1, 2025 through September 5, 2025 (the "Ninth Interim Period"); (ii) direct the Debtor to pay the unpaid balance of such amounts to Burns Bair; and (iii) grant any other relief that this Court deems necessary and appropriate.

The Court, having considered the Application and notice of the Application appearing adequate, and having taken the Application under submission, and having considered the *Third and Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Final Applications for Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 3502], and

being otherwise duly advised in the premises, determines that the Application should be, and hereby is GRANTED.

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED as set forth herein.

2. Burns Bair's compensation for professional services rendered during the Final Application Period is allowed on a final basis in the amount of $1,885,774.25, including compensation in the amount of $146,265.50 for professional services rendered during Ninth Interim Period.

3. Reimbursement of Burns Bair's expenses incurred during the Final Application Period is allowed on a final basis in the amount of $57,632.78, including reimbursement in the amount of $13,596.91 for expenses incurred during Ninth Interim Period.

4. The Debtor is directed to pay the unpaid balance of fees and expenses owed to Burns Bair.

5. The allowance of final compensation of fees and reimbursement of expenses pursuant to this Order is without prejudice to Burns Bair's right to seek additional compensation for services performed and expenses incurred during the Final Compensation Period, which were not processed at the time of the Application.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2025.
Rochester, New York

_____
Honorable Paul R. Warren
United States Bankruptcy Judge