United States Bankruptcy Court
Western District of New York

In re:  Case No. 19-20905-PRW
The Diocese of Rochester  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2  User: admin  Page 1 of 13
Date Rcvd: Dec 18, 2025  Form ID: pdforder  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| fa | + | Berkeley Research Group, LLC, 70 W. Madison St., Suite 5000, Chicago, IL 60602-4217 |
| pr | + | Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | Dec 18 2025 18:28:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ntcapr | *+ | Berkeley Research Group, LLC, 70 W. Madison St., Suite 5000, Chicago, IL 60602-4217 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |

Adam Horowitz
    on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com

Adam Horowitz
    on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com

Adam Horowitz
    on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com

Adam P. Haberkorn
    on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com

Adam P. Haberkorn
    on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com
    adam-haberkorn-2269@ecf.pacerpro.com

Amy Keller
    on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com

Amy Keller
    on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com sfischer@lglaw.com

Amy Keller
    on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com

Andrew S. Richmond
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com

Andrew S. Richmond
    on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com

Andrew Scott Rivera
    on behalf of Debtor The Diocese of Rochester arivera@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Annette Rolain
    on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com bkfilings@ruggerilaw.com

Ashley Storey
    on behalf of Interested Party London Market Insurers astorey@skarzynski.com

Brian Milos Micic
    on behalf of Defendant HDI Global Specialty SE bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant The Dominion Insurance Company Limited bmicic@fgppr.com

Brian Milos Micic
    on behalf of Interested Party Certain Underwriters at Lloyd's London bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant Markel International Insurance Company Limited bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant Tenecom Limited bmicic@fgppr.com

Brian Milos Micic
    on behalf of Interested Party London Market Insurers bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant Certain Underwriters at Lloyd's London bmicic@fgppr.com

Brian Milos Micic
    on behalf of Interested Party HDI Global Specialty SE bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant Certain London Market Companies bmicic@fgppr.com

Brianna M Espeland
    on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland
    on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill
    on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre

caroldopray61@yahoo.com

Catalina Sugayan
on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us

Catalina Sugayan
on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us  Nancy.Lima@clydeco.us

Catherine Beideman Heitzenrater
on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com

Charles Edwin Jones
on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com

Charles Edwin Jones
on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com  Brenda.murphy@lawmoss.com

Charles J. Sullivan
on behalf of Creditor Claimant MM csullivan@bsk.com  kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Debtor The Diocese of Rochester csullivan@bsk.com  kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan
on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com  kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Christopher Loeber
on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com

Christopher Loeber
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com

Christopher Eric Love
on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Christopher Eric Love
on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com

Craig Goldblatt
on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com

Craig Goldblatt
    on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com

Danielle Spinelli
    on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
    on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David C. Christian, II
    on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David D. MacKnight
    on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com;cdiesel@lacykatzen.com

Deola T. Ali
    on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
    on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Dirk C. Haarhoff
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
    on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com therese@andersonadvocates.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke
    on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11
    USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber
on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney
on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney
on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter
on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald
on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Gregory J. McDonald
on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Harris Winsberg
on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg
on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir
on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf
on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ingrid S. Palermo
on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin
on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James Moffitt
on behalf of Interested Party HDI Global Specialty SE james.moffitt@clydeco.us

James Moffitt
on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us

James Moffitt
on behalf of Interested Party London Market Insurers james.moffitt@clydeco.us

James I. Stang
on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

| | |
|---|---|
| James K.T. Hunter | on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com |
| James Pio Ruggeri | on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com |
| James R Marsh | on behalf of Creditor 31 Claimants jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor S. B. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor S.B. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor M.G. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor R.O. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor Claimant MM jamesmarsh@marsh.law |
| James R Murray | on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com edocketing@blankrome.com |
| James R Murray | on behalf of Special Counsel Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com |
| James S. Carter | on behalf of Special Counsel Blank Rome LLP james.carter@blankrome.com |
| Jarrod W Smith | on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com |
| Jarrod W Smith | on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com |
| Jarrod W Smith | on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com |
| Jarrod W Smith | on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com |
| Jason P. Amala | on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com |
| Jason P. Amala | on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com |
| Jeff Kahane | on behalf of Defendant Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party London Market Insurers jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Defendant Certain London Market Companies jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeffrey Austin Dove | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |

Jeffrey Austin Dove
    on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
    on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine
    on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
    on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com kdempski@burnsbair.com,bhorn@burnsbair.com

John Bucheit
    on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
    on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John A. Mueller
    on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

Jon Travis Powers
    on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
    on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Joshua D Weinberg
    on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton
    on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
    on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Karen B. Dine
    on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen B. Dine
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Katerina Marie Kramarchyk
on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com

Kathleen Thomas
on behalf of Creditor J. O. kat@tlclawllc.com

Kathleen Thomas
on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com

Kathleen Thomas
on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com

Kelly McNamee
on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com

Lauren Lifland
on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com

Leander Laurel James, IV
on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Lee E. Woodard
on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com

Lucas B. Franken
on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com mfilomeno@pcvalaw.com

Lucien A. Morin, II
on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com

Mark Bruh
on behalf of Assistant U.S. Trustee Erin Champion 11 mark.bruh@usdoj.gov

Mark Bruh
on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov

Mark D. Plevin
on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin
on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin
on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mary Jo Korona
on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law

sarahi@leclairkorona.com

Matthew Roberts
    on behalf of Defendant National Surety Corporation mroberts@phrd.com

Matthew Roberts
    on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com

Matthew Roberts
    on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com

Matthew Roberts
    on behalf of Interested Party National Surety Corporation mroberts@phrd.com

Matthew Griffin Merson
    on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com

Matthew John Obiala, I
    on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us

Matthew Michael Weiss
    on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com

Matthew Michael Weiss
    on behalf of Interested Party National Surety Corporation mweiss@phrd.com

Melanie Wolk
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com

Michael Finnegan
    on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
    on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Watson
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com

Michael Watson
    on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com

Michael A. Weishaar
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Michael J Grygiel
    on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com, alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com

Miranda Turner
    on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com

Miranda Turner
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com

Miranda Turner
    on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com

Miranda Turner
    on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com

Mitchell Garabedian
    on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mohammad Tehrani
    on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan Mark Kuenzi
    on behalf of Creditor Committee Official Committee of Unsecured Creditors nkuenzi@burnsbair.com

Nathan W. Reinhardt
    on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com

Nathan W. Reinhardt
    on behalf of Interested Party Certain Underwriters at Lloyd's London nreinhardt@skarzynski.com

Nathaniel Foote
    on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote
    on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Nathaniel Foote
    on behalf of Creditor claimants CC151 CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law

Paul L. Leclair
    on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law

Peter Garthwaite
    on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com

Peter Garthwaite
    on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com

Renee E. Franchi
    on behalf of Creditor Thomas David Adams renee@vca.law

Robert Drummond
    on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com

Robert Drummond
    on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com

Robert P. Arnold
    on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Robert P. Arnold
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Russell Webb Roten
    on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com

Russell Webb Roten
    on behalf of Interested Party Certain Underwriters at Lloyd's London rroten@skarzynski.com

Russell Webb Roten
    on behalf of Interested Party London Market Insurers rroten@skarzynski.com

Russell Webb Roten
    on behalf of Defendant Certain Underwriters at Lloyd's London rroten@skarzynski.com

Sam A Elbadawi
    on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com

Samrah Mahmoud
    on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com

Sara C. Temes
    on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Sara C. Temes
    on behalf of Other Professional Stretto stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott Michael Duquin
    on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor T. G. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor B. M. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. F. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D S sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. O. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor John Doe 3 sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Seth H. Lieberman
    on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com

Seth H. Lieberman
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho
    on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich
    on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross
    on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd
    on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen Boyd
    on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato
    on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato

| | |
|---|---|
| Stephen A. Donato | on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| | on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen G. Schwarz | on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 434 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 480 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 527 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 557 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 468 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 481 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 485 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 274 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 496 sbross@sssfirm.com |
| Steve Phillips | on behalf of Creditor LCVAWCR DOE sphillips@p2law.com |
| Steve Phillips | on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com |
| Steven D. Allison | on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com |
| Stuart S. Mermelstein | on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com |
| Tancred Schiavoni | on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com |
| Tancred Schiavoni | on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com |
| Terrance Flynn | on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com |
| Timothy Evanston | on behalf of Interested Party London Market Insurers tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com |
| Timothy Patrick Lyster | on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Quaid Karcher | on behalf of Financial Advisor Berkeley Research Group LLC tkarcher@proskauer.com |
| Timothy Quaid Karcher | on behalf of Notice of Appearance Creditor Berkeley Research Group LLC tkarcher@proskauer.com |
| Timothy W. Burns | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |
| Timothy W. Burns | |

| | |
|---|---|
| | on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |
| Timothy W. Burns | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |
| Todd C. Jacobs | |
| | on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | |
| | on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | |
| | on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com |
| Todd C. Jacobs | |
| | on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com |
| Victoria Phillips | |
| | on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com |
| William Henry Gordon | |
| | on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com |

TOTAL: 299

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 20-12345 (MG) |
| ) | |
| THE DIOCESE OF ROCHESTER, ) | Chapter 11 |
| ) | |
| Debtor.[1] ) | |
| ) | |
| ) | |

**ORDER GRANTING FIFTH INTERIM AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY BERKELEY RESEARCH GROUP, LLC AS FINANCIAL ADVISOR FOR THE PERIOD FROM JULY 8, 2020, THROUGH SEPTEMBER 5, 2025**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors in the above-captioned case, filed its Fifth Interim and Final Application for Compensation (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby:

**ORDERED** that the Application is GRANTED. The Court approves: (a) interim compensation of $1,427.50 and reimbursement of expenses of $0.00 for a total amount of $1,427.50 for the period January 1, 2023 through September 5, 2025 (the "Interim Fee Period"); (b) compensation of $137,205.00 and reimbursement of expenses of $500.00 for services rendered and actual and necessary expenses incurred in the Chapter 11 case for the period of July

---

[1] The Debtor in this chapter 11 case is The Diocese of Rochester, the last for digits of its federal tax identification number are 5765, and its mailing address is 1150 Buffalo Road, Rochester, NY 14624.

8, 2020 through September 5, 2025 (the "Final Fee Period") on a final basis, and (c) authorize and order the Settlement Trustee to pay the unpaid balance totaling $1,427.50 to BRG.[2]

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: ___December 18___, 2025
Rochester, New York

                                          /s/
                              THE HONORABLE PAUL R. WARREN
                              UNITED STATES BANKRUPTCY JUDGE

---

[2] As discussed in the *Final Report Of Lori Lapin Jones, Esq., Independent Fee Examiner, On Prior And Pending Interim Applications For Compensation And Reimbursement Of Expenses Of Retained Professionals* [Docket 3089] BRG agreed to a reduction of its fees in the amount of $8,718.00. BRG will offset any outstanding, unpaid fees awarded as part of this Final Fee Application and reimburse the net difference to the Debtor.

3