In re:  Case No. 19-20905-PRW

The Diocese of Rochester  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0209-2  User: admin  Page 1 of 13
Date Rcvd: Dec 18, 2025  Form ID: pdforder  Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |
| pr | + | Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |
| op | + | Thomas Baker, Penn Carey School of Law, 3501 Sansom St, Philadelphia, PA 19104-3464 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | Dec 18 2025 18:28:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |

| Name | Role |
|---|---|
| Adam Horowitz | on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com |
| Adam P. Haberkorn | on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |
| Adam P. Haberkorn | on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com |
| Amy Keller | on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com |
| Andrew S. Richmond | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com |
| Andrew S. Richmond | on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com |
| Andrew Scott Rivera | on behalf of Debtor The Diocese of Rochester arivera@bsk.com kdoner@bsk.com;CourtMail@bsk.com |
| Annette Rolain | on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com bkfilings@ruggerilaw.com |
| Ashley Storey | on behalf of Interested Party London Market Insurers astorey@skarzynski.com |
| Brian Milos Micic | on behalf of Defendant HDI Global Specialty SE bmicic@fgppr.com |
| Brian Milos Micic | on behalf of Defendant The Dominion Insurance Company Limited bmicic@fgppr.com |
| Brian Milos Micic | on behalf of Interested Party Certain Underwriters at Lloyd's London bmicic@fgppr.com |
| Brian Milos Micic | on behalf of Defendant Markel International Insurance Company Limited bmicic@fgppr.com |
| Brian Milos Micic | on behalf of Defendant Tenecom Limited bmicic@fgppr.com |
| Brian Milos Micic | on behalf of Interested Party London Market Insurers bmicic@fgppr.com |
| Brian Milos Micic | on behalf of Defendant Certain Underwriters at Lloyd's London bmicic@fgppr.com |
| Brian Milos Micic | on behalf of Interested Party HDI Global Specialty SE bmicic@fgppr.com |
| Brian Milos Micic | on behalf of Defendant Certain London Market Companies bmicic@fgppr.com |
| Brianna M Espeland | on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net |
| Brianna M Espeland | on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net |
| Brittany Mitchell Michael | on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Brittany Mitchell Michael | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Camille W. Hill | on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Carol Dupre | caroldopray61@yahoo.com |
| Catalina Sugayan | |

| | |
|---|---|
| Catalina Sugayan | on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catherine Beideman Heitzenrater | on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com |
| Charles Edwin Jones | on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles J. Sullivan | on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Christopher Loeber | on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com |
| Christopher Loeber | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com |
| Christopher Eric Love | on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com |
| Christopher Eric Love | on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com |
| Craig Goldblatt | on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com |
| Craig Goldblatt | on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com |

Danielle Spinelli
on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David C. Christian, II
on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David D. MacKnight
on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com;cdiesel@lacykatzen.com

Deola T. Ali
on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com
dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com
dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Dirk C. Haarhoff
on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com
therese@andersonadvocates.com

Eric John Ward
on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke
on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke
on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11
USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber
on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com
mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney
    on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney
    on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter
    on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
    on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald
    on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Gregory J. McDonald
    on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Harris Winsberg
    on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
    on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
    on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg
    on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
    on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir
    on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf
    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
    on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
    on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
    on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ingrid S. Palermo
    on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin
    on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
    on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James Moffitt
    on behalf of Interested Party HDI Global Specialty SE james.moffitt@clydeco.us

James Moffitt
    on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us

James Moffitt
    on behalf of Interested Party London Market Insurers james.moffitt@clydeco.us

James I. Stang
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri

on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com

James R Marsh
on behalf of Creditor 31 Claimants jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor S. B. jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor S.B. jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor M.G. jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor R.O. jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law

James R Marsh
on behalf of Creditor Claimant MM jamesmarsh@marsh.law

James R Murray
on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com  edocketing@blankrome.com

James R Murray
on behalf of Special Counsel Blank Rome  LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com

James S. Carter
on behalf of Special Counsel Blank Rome  LLP james.carter@blankrome.com

Jarrod W Smith
on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith
on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com

Jarrod W Smith
on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jarrod W Smith
on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com

Jason P. Amala
on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jason P. Amala
on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com
mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com

Jeff Kahane
on behalf of Defendant Certain Underwriters at Lloyd's  London jkahane@skarzynski.com

Jeff Kahane
on behalf of Interested Party London Market Insurers jkahane@skarzynski.com

Jeff Kahane
on behalf of Defendant Certain London Market Companies jkahane@skarzynski.com

Jeff Kahane
on behalf of Interested Party Certain Underwriters at Lloyd's  London jkahane@skarzynski.com

Jeffrey Austin Dove
on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY  successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com
avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey Austin Dove
  on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine
  on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
  on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
  on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
  on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
  on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com kdempski@burnsbair.com,bhorn@burnsbair.com

John Bucheit
  on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit
  on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
  on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
  on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John A. Mueller
  on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

Jon Travis Powers
  on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
  on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
  on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
  on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Joshua D Weinberg
  on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton
  on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton
  on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton
  on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov
  on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
  on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
  on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Karen B. Dine
  on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen B. Dine
  on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Katerina Marie Kramarchyk
  on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

| | |
|---|---|
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com |
| Katerina Marie Kramarchyk | on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com |
| Kathleen Thomas | on behalf of Creditor J. O. kat@tlclawllc.com |
| Kathleen Thomas | on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com |
| Kathleen Thomas | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com |
| Kelly McNamee | on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com |
| Lauren Lifland | on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com |
| Leander Laurel James, IV | on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Leander Laurel James, IV | on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net |
| Lee E. Woodard | on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com |
| Lucas B. Franken | on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com mfilomeno@pcvalaw.com |
| Lucien A. Morin, II | on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com |
| Mark Bruh | on behalf of Assistant U.S. Trustee Erin Champion 11 mark.bruh@usdoj.gov |
| Mark Bruh | on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov |
| Mark D. Plevin | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mark D. Plevin | on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com |
| Mary Jo Korona | on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com |
| Matthew Roberts | on behalf of Defendant National Surety Corporation mroberts@phrd.com |

| | |
|---|---|
| Matthew Roberts | on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com |
| Matthew Roberts | on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com |
| Matthew Roberts | on behalf of Interested Party National Surety Corporation mroberts@phrd.com |
| Matthew Griffin Merson | on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com |
| Matthew John Obiala, I | on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us |
| Matthew Michael Weiss | on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com |
| Matthew Michael Weiss | on behalf of Interested Party National Surety Corporation mweiss@phrd.com |
| Melanie Wolk | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com |
| Michael Finnegan | on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Finnegan | on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com |
| Michael Watson | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com |
| Michael Watson | on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com |
| Michael A. Weishaar | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com |
| Michael J Grygiel | on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com, alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com |
| Miranda Turner | on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com |
| Miranda Turner | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com |
| Miranda Turner | on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com |
| Miranda Turner | on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com |
| Mitchell Garabedian | on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com |
| Mitchell Garabedian | on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com |

Mitchell Garabedian
    on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mohammad Tehrani
    on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan Mark Kuenzi
    on behalf of Creditor Committee Official Committee of Unsecured Creditors nkuenzi@burnsbair.com

Nathan W. Reinhardt
    on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com

Nathan W. Reinhardt
    on behalf of Interested Party Certain Underwriters at Lloyd's London nreinhardt@skarzynski.com

Nathaniel Foote
    on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote
    on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Nathaniel Foote
    on behalf of Creditor claimants CC151 CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law

Paul L. Leclair
    on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law

Peter Garthwaite
    on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com

Peter Garthwaite
    on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com

Renee E. Franchi
    on behalf of Creditor Thomas David Adams renee@vca.law

Robert Drummond
    on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com

Robert Drummond
    on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com

Robert P. Arnold
    on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Robert P. Arnold
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Russell Webb Roten
    on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com

Russell Webb Roten
    on behalf of Interested Party Certain Underwriters at Lloyd's London rroten@skarzynski.com

Russell Webb Roten
    on behalf of Interested Party London Market Insurers rroten@skarzynski.com

Russell Webb Roten
    on behalf of Defendant Certain Underwriters at Lloyd's London rroten@skarzynski.com

Sam A Elbadawi
    on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com

Samrah Mahmoud
    on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com

Sara C. Temes
    on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Sara C. Temes
    on behalf of Other Professional Stretto stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott Michael Duquin
    on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor T. G. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor B. M. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. F. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D S sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor J. O. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor John Doe 3 sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com

Seth H. Lieberman
    on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com

Seth H. Lieberman
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com

Shannon Anne Scott
    on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov

Shirley S. Cho
    on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com

Siobhain Patricia Minarovich
    on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com

Siobhain Patricia Minarovich
    on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com

Sommer L. Ross
    on behalf of Interested Party London Market Insurers slross@duanemorris.com

Stephen Boyd
    on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen Boyd
    on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com

Stephen A. Donato
    on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato
    on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen G. Schwarz

| | |
|---|---|
| | on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 434 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 480 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 527 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 557 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 468 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 481 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 485 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 274 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 496 sbross@sssfirm.com |
| Steve Phillips | on behalf of Creditor LCVAWCR DOE sphillips@p2law.com |
| Steve Phillips | on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com |
| Steven D. Allison | on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com |
| Stuart S. Mermelstein | on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com |
| Tancred Schiavoni | on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com |
| Tancred Schiavoni | on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com |
| Terrance Flynn | on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com |
| Timothy Evanston | on behalf of Interested Party London Market Insurers tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com |
| Timothy Patrick Lyster | on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Quaid Karcher | on behalf of Financial Advisor Berkeley Research Group LLC tkarcher@proskauer.com |
| Timothy Quaid Karcher | on behalf of Notice of Appearance Creditor Berkeley Research Group LLC tkarcher@proskauer.com |
| Timothy W. Burns | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |
| Timothy W. Burns | on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |
| Timothy W. Burns | on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |

Todd C. Jacobs
    on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
    on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Victoria Phillips
    on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon
    on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 299

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE DIOCESE OF ROCHESTER, | Case No. 19-20905 (PRW) |
| Debtor. | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF PROFESSOR TOM BAKER FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS EXPERT WITNESS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE DIOCESE OF ROCHESTER FOR THE PERIOD OF MAY 30, 2024 THROUGH JULY 17, 2025**

This matter is before the Court on the First and Final Fee Application of Professor Tom Baker for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Expert Witness to the Official Committee of Unsecured Creditors of the Debtor for the Period May 30, 2024 through July 17, 2025 (the "Application") [Doc. 3460], filed on behalf of Professor Tom Baker ("Professor Baker"), expert witness to the Committee. In the Application, Professor Baker requests (a) allowance of final fee compensation for professional services performed during the period May 30, 2024 through July 17, 2025 (the "Final Compensation Period") in the amount of $202,260.00; (b) reimbursement of his actual and necessary expenses in the amount of $5,730.56 incurred during the Final Compensation Period, and (c) directing the Debtor to pay Professor Baker the amount of $112,320.00 for the unpaid total of fees and expenses during the Final Compensation Period.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing and being

4935-3626-5079.2 18489.002

otherwise duly advised in the premises, determines that the Application should be, and hereby is GRANTED. Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED in its entirety.

2. Professor Baker's fees for professional services rendered during the Final Compensation Period is allowed on a final basis in the amount of $202,260.00.

3. Reimbursement of Professor Baker's expenses incurred during the Final Compensation Period is allowed on a final basis in the amount of $5,730.56.

4. The Debtor is directed to pay Professor Baker the amount of $112,320.00 for the unpaid fees Professor Baker incurred during the Final Compensation Period.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December 18, 2025 _____/s/_____
Rochester, NY Hon. Paul R. Warren, U.S.B.J.

4935-3626-5079.2 18489.002          2

Case 2-19-20905-PRW,   Doc 3561,   Filed 12/20/25,   Entered 12/21/25 00:33:36,
Description: Imaged Certificate of Notice, Page 15 of 15