| | |
|---|---|
| In re: | Case No. 19-20905-PRW |
| The Diocese of Rochester | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 13 |
| Date Rcvd: Dec 18, 2025 | Form ID: pdforder | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |
| sp | + | Blank Rome, LLP, 1825 Eye Street NW, Washington, DC 20006-5403 |
| pr | + | Lisa M. Passero, The Diocese of Rochester, 1150 Buffalo Road, Rochester, NY 14624-1890 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.ro.ecf@usdoj.gov | Dec 18 2025 18:28:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Horowitz | on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Creditor Claimants Certain Sexual Abuse adam@adamhorowitzlaw.com |
| Adam Horowitz | on behalf of Attorney Horowitz Law Claimants adam@adamhorowitzlaw.com |

Adam Horowitz
    on behalf of Creditor Certain Sexual Abuse Claimants adam@adamhorowitzlaw.com

Adam Horowitz
    on behalf of Creditor 31 Claimants adam@adamhorowitzlaw.com

Adam P. Haberkorn
    on behalf of Interested Party Federal Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com

Adam P. Haberkorn
    on behalf of Interested Party Illinois Union Insurance Company ahaberkorn@omm.com adam-haberkorn-2269@ecf.pacerpro.com

Amy Keller
    on behalf of Creditor Certain Sexual Abuse Claimants akeller@lglaw.com sfischer@lglaw.com

Amy Keller
    on behalf of Creditor LG DOE VICTIMS akeller@lglaw.com sfischer@lglaw.com

Amy Keller
    on behalf of Defendant AB 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com

Andrew S. Richmond
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates arichmond@pryorcashman.com

Andrew S. Richmond
    on behalf of Notice of Appearance Creditor Jeff Anderson arichmond@pryorcashman.com

Andrew Scott Rivera
    on behalf of Debtor The Diocese of Rochester arivera@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Annette Rolain
    on behalf of Interested Party First State Insurance Company arolain@ruggerilaw.com bkfilings@ruggerilaw.com

Ashley Storey
    on behalf of Interested Party London Market Insurers astorey@skarzynski.com

Brian Milos Micic
    on behalf of Defendant HDI Global Specialty SE bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant The Dominion Insurance Company Limited bmicic@fgppr.com

Brian Milos Micic
    on behalf of Interested Party Certain Underwriters at Lloyd's London bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant Markel International Insurance Company Limited bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant Tenecom Limited bmicic@fgppr.com

Brian Milos Micic
    on behalf of Interested Party London Market Insurers bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant Certain Underwriters at Lloyd's London bmicic@fgppr.com

Brian Milos Micic
    on behalf of Interested Party HDI Global Specialty SE bmicic@fgppr.com

Brian Milos Micic
    on behalf of Defendant Certain London Market Companies bmicic@fgppr.com

Brianna M Espeland
    on behalf of Creditor Kenneth Cubiotti brianna@jvwlaw.net

Brianna M Espeland
    on behalf of Notice of Appearance Creditor Brian S. Delafranier brianna@jvwlaw.net

Brittany Mitchell Michael
    on behalf of Creditor Committee Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Brittany Mitchell Michael
    on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors bmichael@pszjlaw.com

Camille W. Hill
    on behalf of Debtor The Diocese of Rochester chill@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Carol Dupre
    caroldopray61@yahoo.com

Catalina Sugayan

| | |
|---|---|
| Catalina Sugayan | on behalf of Defendant Markel International Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Tenecom Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Certain London Market Companies catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant CX Reinsurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Interested Party London Market Insurers catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant The Dominion Insurance Company Limited catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant Certain Underwriters at Lloyd's London catalina.sugayan@clydeco.us, Nancy.Lima@clydeco.us |
| Catalina Sugayan | on behalf of Defendant HDI Global Specialty SE catalina.sugayan@clydeco.us Nancy.Lima@clydeco.us |
| Catherine Beideman Heitzenrater | on behalf of Creditor The Chubb Companies cheitzenrater@duanemorris.com |
| Charles Edwin Jones | on behalf of Defendant Interstate Fire & Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Notice of Appearance Creditor National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Interested Party National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Interested Party Interstate Fire and Casualty Company charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles Edwin Jones | on behalf of Defendant National Surety Corporation charles.jones@lawmoss.com Brenda.murphy@lawmoss.com |
| Charles J. Sullivan | on behalf of Creditor Claimant MM csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Attorney Bond Schoeneck & King, PLLC csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Debtor The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Charles J. Sullivan | on behalf of Plaintiff The Diocese of Rochester csullivan@bsk.com kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com |
| Christopher Loeber | on behalf of Notice of Appearance Creditor Jeff Anderson cloeber@pryorcashman.com |
| Christopher Loeber | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates cloeber@pryorcashman.com |
| Christopher Eric Love | on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants chris@pcvalaw.com |
| Christopher Eric Love | on behalf of Creditor Marsh/PCVA Claimants chris@pcvalaw.com |
| Craig Goldblatt | on behalf of Notice of Appearance Creditor Continental Insurance Company craig.goldblatt@wilmerhale.com |
| Craig Goldblatt | on behalf of Interested Party Continental Insurance Company craig.goldblatt@wilmerhale.com |

Danielle Spinelli
    on behalf of Notice of Appearance Creditor Continental Insurance Company danielle.spinelli@wilmerhale.com

David C. Christian, II
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey dchristian@dca.law

David C. Christian, II
    on behalf of Interested Party Continental Insurance Company dchristian@dca.law

David C. Christian, II
    on behalf of Notice of Appearance Creditor Continental Insurance Company dchristian@dca.law

David D. MacKnight
    on behalf of Creditor The Sisters of Saint Joseph of Rochester Inc. dmacknight@lacykatzen.com, dgay@lacykatzen.com;cdiesel@lacykatzen.com

Deola T. Ali
    on behalf of Creditor Certain Sexual Abuse Claimants dali@awtxlaw.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor Catholic Youth Organization dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Devin L. Palmer
    on behalf of Notice of Appearance Creditor St. Joseph's Villa dpalmer@boylancode.com dpalmer@boylancode.com;sciaccia@boylancode.com;rmarks@boylancode.com

Diane Paolicelli
    on behalf of Creditor 065 -Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor 528 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor PC-33 DOE dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor LCVAWCR DOE dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor 198 - Claimant (Creditor) dpaolicelli@p2law.com

Diane Paolicelli
    on behalf of Creditor ORLANDO RIVERA dpaolicelli@p2law.com

Dirk C. Haarhoff
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
    on behalf of Defendant Colonial Penn Insurance Company dchaarhoff@kslnlaw.com

Dirk C. Haarhoff
    on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator dchaarhoff@kslnlaw.com

Elin Lindstrom
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates elin@andersonadvocates.com therese@andersonadvocates.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor St. Joseph's Villa eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester eward@hodgsonruss.com

Eric John Ward
    on behalf of Notice of Appearance Creditor Catholic Youth Organization eward@hodgsonruss.com

Erik Bakke
    on behalf of Notice of Appearance Creditor Jeff Anderson ebakke@pryorcashman.com

Erik Bakke
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates ebakke@pryorcashman.com

Erin Champion, 11
    USTPRegion02.RO.ECF@USDOJ.GOV

Garry M. Graber
    on behalf of Notice of Appearance Creditor Manufacturers and Traders Trust Company ggraber@hodgsonruss.com mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Gerard Sweeney
  on behalf of Creditor Claimants Certain Sexual Abuse gkosmakos@srblawfirm.com

Gerard Sweeney
  on behalf of Creditor CC 403 gkosmakos@srblawfirm.com

Grayson T. Walter
  on behalf of Debtor The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Grayson T. Walter
  on behalf of Plaintiff The Diocese of Rochester gwalter@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Gregory J. McDonald
  on behalf of Debtor The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Gregory J. McDonald
  on behalf of Defendant The Diocese of Rochester gjmcdonald@bsk.com Kleo@bsk.com

Harris Winsberg
  on behalf of Defendant National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
  on behalf of Interested Party National Surety Corporation hwinsberg@phrd.com

Harris Winsberg
  on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
  on behalf of Defendant Interstate Fire & Casualty Company hwinsberg@phrd.com

Harris Winsberg
  on behalf of Interested Party Interstate Fire and Casualty Company hwinsberg@phrd.com

Harris Winsberg
  on behalf of Notice of Appearance Creditor National Surety Corporation hwinsberg@phrd.com

Iain A.W. Nasatir
  on behalf of Creditor Committee Official Committee of Unsecured Creditors inasatir@pszjlaw.com

Ilan D Scharf
  on behalf of Attorney Pachulski Stang Ziehl & Jones LLP ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
  on behalf of Intervenor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
  on behalf of Interested Party Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
  on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ilan D Scharf
  on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors ischarf@pszjlaw.com nhall@pszjlaw.com;nrobinson@pszjlaw.com

Ingrid S. Palermo
  on behalf of Debtor The Diocese of Rochester ipalermo@bsk.com kdoner@bsk.com;aparris@bsk.com

Isley Markman Gostin
  on behalf of Notice of Appearance Creditor Continental Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
  on behalf of Interested Party Continental Insurance Company isley.gostin@wilmerhale.com

James Moffitt
  on behalf of Interested Party HDI Global Specialty SE james.moffitt@clydeco.us

James Moffitt
  on behalf of Interested Party Certain Underwriters at Lloyd's London james.moffitt@clydeco.us

James Moffitt
  on behalf of Interested Party London Market Insurers james.moffitt@clydeco.us

James I. Stang
  on behalf of Creditor Committee Official Committee of Unsecured Creditors jstang@pszjlaw.com

James K.T. Hunter
  on behalf of Creditor Committee Official Committee of Unsecured Creditors jhunter@pszjlaw.com

James Pio Ruggeri

|  |  |
|---|---|
|  | on behalf of Interested Party First State Insurance Company jruggeri@ruggerilaw.com |
| James R Marsh | on behalf of Creditor 31 Claimants jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor S. B. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor MLF-PCVA Creditors jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor S.B. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor M.G. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor R.O. jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor Certain Sexual Abuse Claimants jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor Claimant Creditors Marsh Law Firm jamesmarsh@marsh.law |
| James R Marsh | on behalf of Creditor Claimant MM jamesmarsh@marsh.law |
| James R Murray | on behalf of Special Counsel James R Murray Jim.Murray@BlankRome.com edocketing@blankrome.com |
| James R Murray | on behalf of Special Counsel Blank Rome LLP Jim.Murray@BlankRome.com, edocketing@blankrome.com |
| James S. Carter | on behalf of Special Counsel Blank Rome LLP james.carter@blankrome.com |
| Jarrod W Smith | on behalf of Creditor Donna Oppedisano jarrodsmithlaw@gmail.com |
| Jarrod W Smith | on behalf of Notice of Appearance Creditor Donna Oppedisano jarrodsmithlaw@gmail.com |
| Jarrod W Smith | on behalf of Creditor Kathleen Israel jarrodsmithlaw@gmail.com |
| Jarrod W Smith | on behalf of Notice of Appearance Creditor Kathleen Israel jarrodsmithlaw@gmail.com |
| Jason P. Amala | on behalf of Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com |
| Jason P. Amala | on behalf of Notice of Appearance Creditor Marsh/PCVA Claimants jason@pcvalaw.com mfilomeno@pcvalaw.com;mmoore@pcvalaw.com;kweaver@pcvalaw.com |
| Jeff Kahane | on behalf of Defendant Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party London Market Insurers jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Defendant Certain London Market Companies jkahane@skarzynski.com |
| Jeff Kahane | on behalf of Interested Party Certain Underwriters at Lloyd's London jkahane@skarzynski.com |
| Jeffrey Austin Dove | on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | on behalf of Notice of Appearance Creditor Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |
| Jeffrey Austin Dove | on behalf of Defendant The Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com |

Jeffrey Austin Dove
on behalf of Interested Party Continental Insurance Company jdove@barclaydamon.com avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey M Dine
on behalf of Interested Party Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jeffrey M Dine
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jdine@pszjlaw.com

Jesse Bair
on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
on behalf of Special Counsel Burns Bowen Bair LLP jbair@burnsbair.com kdempski@burnsbair.com,bhorn@burnsbair.com

Jesse Bair
on behalf of Creditor Committee Official Committee of Unsecured Creditors jbair@bbblawllp.com kdempski@burnsbair.com,bhorn@burnsbair.com

John Bucheit
on behalf of Interested Party National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John Bucheit
on behalf of Interested Party Interstate Fire and Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
on behalf of Defendant Interstate Fire & Casualty Company jbucheit@phrd.com ssnead@phrd.com

John Bucheit
on behalf of Defendant National Surety Corporation jbucheit@phrd.com ssnead@phrd.com

John A. Mueller
on behalf of Notice of Appearance Creditor Monroe County jmueller@lippes.com jtenczar@lippes.com;mbrennan@lippes.com;rizzo@lippes.com

Jon Travis Powers
on behalf of Defendant National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
on behalf of Interested Party Interstate Fire and Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
on behalf of Interested Party National Surety Corporation powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Jon Travis Powers
on behalf of Defendant Interstate Fire & Casualty Company powerst@whiteandwilliams.com mglowinski@hodgsonruss.com

Joshua D Weinberg
on behalf of Interested Party First State Insurance Company jweinberg@ruggerilaw.com

Judith Treger Shelton
on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator jtshelton@kslnlaw.com

Judith Treger Shelton
on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company jtshelton@kslnlaw.com

Judith Treger Shelton
on behalf of Defendant Colonial Penn Insurance Company jtshelton@kslnlaw.com

Kaitlin M. Calov
on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
on behalf of Notice of Appearance Creditor Swiss Re America Corporation as Administrator kcalov@wwmlawyers.com jvail@walkerwilcox.com

Kaitlin M. Calov
on behalf of Defendant Colonial Penn Insurance Company kcalov@wwmlawyers.com jvail@walkerwilcox.com

Karen B. Dine
on behalf of Interested Party Official Committee of Unsecured Creditors kdine@pszjlaw.com

Karen B. Dine
on behalf of Creditor Committee Official Committee of Unsecured Creditors kdine@pszjlaw.com

Katerina Marie Kramarchyk
on behalf of Notice of Appearance Creditor Camp Stella Maris of Livonia kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Catholic Youth Organization kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor Catholic Charities of the Diocese of Rochester kkramarchyk@wardgreenberg.com

Katerina Marie Kramarchyk
    on behalf of Notice of Appearance Creditor St. Joseph's Villa kkramarchyk@wardgreenberg.com

Kathleen Thomas
    on behalf of Creditor J. O. kat@tlclawllc.com

Kathleen Thomas
    on behalf of Creditor Certain Sexual Abuse Claimants kat@tlclawllc.com

Kathleen Thomas
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor kat@tlclawllc.com

Kelly McNamee
    on behalf of Interested Party Gannett Co. Inc. mcnameek@gtlaw.com, Keara.Merges@gtlaw.com,kelly-mcnamee-7424@ecf.pacerpro.com

Lauren Lifland
    on behalf of Notice of Appearance Creditor Continental Insurance Company lauren.lifland@wilmerhale.com

Leander Laurel James, IV
    on behalf of Interested Party Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor CW187 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor JP185 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor GM127 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor MG133 DOE ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Notice of Appearance Creditor Kenneth G. Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Leander Laurel James, IV
    on behalf of Creditor Kenneth Cubiotti ljames@jvwlaw.net Lucia@jvwlaw.net

Lee E. Woodard
    on behalf of Special Counsel Harris Beach PLLC bkemail@harrisbeach.com efilings@harrisbeach.com;broy@harrisbeach.com

Lucas B. Franken
    on behalf of Creditor Marsh/PCVA Claimants lfranken@pcvalaw.com mfilomeno@pcvalaw.com

Lucien A. Morin, II
    on behalf of Notice of Appearance Creditor Amaryllis Figueroa lmorin@mccmlaw.com lmorinzmcm@aol.com;jcole@mccmlaw.com;kruegermr74613@notify.bestcase.com

Mark Bruh
    on behalf of Assistant U.S. Trustee Erin Champion 11 mark.bruh@usdoj.gov

Mark Bruh
    on behalf of U.S. Trustee William K. Harrington mark.bruh@usdoj.gov

Mark D. Plevin
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mplevin@plevinturner.com, mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin
    on behalf of Notice of Appearance Creditor Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D. Plevin
    on behalf of Interested Party Continental Insurance Company mplevin@plevinturner.com mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mary Jo Korona
    on behalf of Notice of Appearance Creditor Bishop Emeritus Matthew H. Clark mkorona@adamsleclair.law sarahi@leclairkorona.com

Matthew Roberts
    on behalf of Defendant National Surety Corporation mroberts@phrd.com

Matthew Roberts
    on behalf of Interested Party Interstate Fire and Casualty Company mroberts@phrd.com

Matthew Roberts
    on behalf of Defendant Interstate Fire & Casualty Company mroberts@phrd.com

Matthew Roberts
    on behalf of Interested Party National Surety Corporation mroberts@phrd.com

Matthew Griffin Merson
    on behalf of Notice of Appearance Creditor Merson Law PLLC mmerson@mersonlaw.com

Matthew John Obiala, I
    on behalf of Interested Party London Market Insurers matt.obiala@clydeco.us

Matthew Michael Weiss
    on behalf of Interested Party Interstate Fire and Casualty Company mweiss@phrd.com

Matthew Michael Weiss
    on behalf of Interested Party National Surety Corporation mweiss@phrd.com

Melanie Wolk
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwolk@trevettcristo.com

Michael Finnegan
    on behalf of Creditor Certain Sexual Abuse Claimants mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates mike@andersonadvocates.com therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Finnegan
    on behalf of Defendant AB 100 Doe et al mike@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com

Michael Watson
    on behalf of Notice of Appearance Creditor Sexual Abuse Survivor/Creditor mwatson@thematthewslawfirm.com

Michael Watson
    on behalf of Creditor Certain Sexual Abuse Claimants mwatson@thematthewslawfirm.com

Michael A. Weishaar
    on behalf of Notice of Appearance Creditor Jeff Anderson & Associates rbg_gmf@hotmail.com r48948@notify.bestcase.com,gmwecfalternate@gmail.com,bankruptcy@gmlaw.com

Michael J Grygiel
    on behalf of Interested Party Gannett Co. Inc. grygielm@gtlaw.com, alblitsupport@gtlaw.com,caponev@gtlaw.com,jonesmar@gtlaw.com,michael-grygiel-0205@ecf.pacerpro.com

Miranda Turner
    on behalf of Interested Party Continental Insurance Company mturner@plevinturner.com

Miranda Turner
    on behalf of Plaintiff THE CONTINENTAL INSURANCE COMPANY successor by merger to Commercial Insurance Company of Newark, New Jersey, and Fireman's Insurance Company of Newark, New Jersey mturner@plevinturner.com

Miranda Turner
    on behalf of Notice of Appearance Creditor Continental Insurance Company mturner@plevinturner.com

Miranda Turner
    on behalf of Defendant The Continental Insurance Company mturner@plevinturner.com

Mitchell Garabedian
    on behalf of Creditor DG 278 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Victor Rivera mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor BB 44 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor MS 275 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SHC-MG-2 Doe mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor SM 247 mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor Carol Dupre mgarabedian@garabedianlaw.com

Mitchell Garabedian
    on behalf of Creditor VJR 41 mgarabedian@garabedianlaw.com

Mohammad Tehrani
    on behalf of Interested Party London Market Insurers mtehrani@duanemorris.com

Nathan Mark Kuenzi
    on behalf of Creditor Committee Official Committee of Unsecured Creditors nkuenzi@burnsbair.com

Nathan W. Reinhardt
    on behalf of Interested Party London Market Insurers nreinhardt@skarzynski.com

Nathan W. Reinhardt
    on behalf of Interested Party Certain Underwriters at Lloyd's London nreinhardt@skarzynski.com

Nathaniel Foote
    on behalf of Creditor Thomas David Adams nate@vca.law

Nathaniel Foote
    on behalf of Attorney Nathaniel Lucas Foote nate@vca.law

Nathaniel Foote
    on behalf of Creditor claimants CC151 CC074, CC441, CC312, CC177, CC412, CC189, CC310, CC309, CC188, CC075, CC311 nate@vca.law

Paul L. Leclair
    on behalf of Notice of Appearance Creditor St. Bernard's School of Theology and Ministry pleclair@adamsleclair.law arichardson@adamsleclair.law

Peter Garthwaite
    on behalf of Defendant Tenecom Limited peter.garthwaite@clydeco.com

Peter Garthwaite
    on behalf of Interested Party London Market Insurers peter.garthwaite@clydeco.com

Renee E. Franchi
    on behalf of Creditor Thomas David Adams renee@vca.law

Robert Drummond
    on behalf of Interested Party National Surety Corporation drummondr@whiteandwilliams.com

Robert Drummond
    on behalf of Interested Party Interstate Fire and Casualty Company drummondr@whiteandwilliams.com

Robert P. Arnold
    on behalf of Defendant Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Robert P. Arnold
    on behalf of Notice of Appearance Creditor Colonial Penn Insurance Company rarnold@walkerwilcox.com MZaiko@walkerwilcox.com

Russell Webb Roten
    on behalf of Defendant Certain London Market Companies RWRoten@duanemorris.com

Russell Webb Roten
    on behalf of Interested Party Certain Underwriters at Lloyd's London rroten@skarzynski.com

Russell Webb Roten
    on behalf of Interested Party London Market Insurers rroten@skarzynski.com

Russell Webb Roten
    on behalf of Defendant Certain Underwriters at Lloyd's London rroten@skarzynski.com

Sam A Elbadawi
    on behalf of Interested Party First State Insurance Company selbadawi@sugarmanlaw.com

Samrah Mahmoud
    on behalf of Interested Party Interstate Fire and Casualty Company samrah.mahmoud@troutman.com

Sara C. Temes
    on behalf of Debtor The Diocese of Rochester stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Sara C. Temes
    on behalf of Other Professional Stretto stemes@bsk.com CourtMail@bsk.com;kdoner@bsk.com;tayers@bsk.com

Scott Michael Duquin
    on behalf of Creditor Daniel Regan sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor D. S. sduquin@hermanlaw.com smdlaw27@gmail.com

Scott Michael Duquin
    on behalf of Creditor M. P. sduquin@hermanlaw.com smdlaw27@gmail.com

| | |
|---|---|
| Scott Michael Duquin | on behalf of Creditor Certain Sexual Abuse Claimants sduquin@hoganwillig.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor T. G. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor B. M. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Daniel Crespo sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor J. F. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor D S sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor J. O. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor John Doe 3 sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor M. B. sduquin@hermanlaw.com smdlaw27@gmail.com |
| Scott Michael Duquin | on behalf of Creditor Michael Crespo sduquin@hermanlaw.com smdlaw27@gmail.com |
| Seth H. Lieberman | on behalf of Notice of Appearance Creditor Jeff Anderson slieberman@pryorcashman.com |
| Seth H. Lieberman | on behalf of Notice of Appearance Creditor Jeff Anderson & Associates slieberman@pryorcashman.com |
| Shannon Anne Scott | on behalf of U.S. Trustee William K. Harrington shannon.scott2@usdoj.gov |
| Shirley S. Cho | on behalf of Creditor Committee Official Committee of Unsecured Creditors scho@pszjlaw.com |
| Siobhain Patricia Minarovich | on behalf of Interested Party National Surety Corporation minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | on behalf of Interested Party Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | on behalf of Defendant National Surety Corporation minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | on behalf of Notice of Appearance Creditor Interstate Fire and Casualty Company minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | on behalf of Defendant Interstate Fire & Casualty Company minarovichs@whiteandwilliams.com |
| Siobhain Patricia Minarovich | on behalf of Notice of Appearance Creditor National Surety Corporation minarovichs@whiteandwilliams.com |
| Sommer L. Ross | on behalf of Interested Party London Market Insurers slross@duanemorris.com |
| Stephen Boyd | on behalf of Creditor Certain Sexual Abuse Claimants sboyd@steveboyd.com rmatuzic@steveboyd.com |
| Stephen Boyd | on behalf of Notice of Appearance Creditor 1 - Doe AB sboyd@steveboyd.com rmatuzic@steveboyd.com |
| Stephen A. Donato | on behalf of Attorney Bond Schoeneck & King, PLLC sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen A. Donato | on behalf of Defendant The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen A. Donato | on behalf of Debtor The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen A. Donato | on behalf of Plaintiff The Diocese of Rochester sdonato@bsk.com ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Stephen G. Schwarz | |

| | |
|---|---|
| | on behalf of Creditor Claimants CC115/CC136 and CC114/CC135 sschwarz@faraci.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 434 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 480 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 527 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 557 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 468 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 481 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 485 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 274 sbross@sssfirm.com |
| Stephenie Lannigan Bross | on behalf of Creditor claimant 496 sbross@sssfirm.com |
| Steve Phillips | on behalf of Creditor LCVAWCR DOE sphillips@p2law.com |
| Steve Phillips | on behalf of Creditor LCVAWCR-DOE sphillips@p2law.com |
| Steven D. Allison | on behalf of Interested Party Interstate Fire and Casualty Company steven.allison@troutman.com tracey.cantu@troutman.com |
| Stuart S. Mermelstein | on behalf of Creditor Claimants smermelstein@hermanlaw.com gdano@hermanlaw.com |
| Tancred Schiavoni | on behalf of Interested Party Illinois Union Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com |
| Tancred Schiavoni | on behalf of Interested Party Federal Insurance Company tschiavoni@omm.com tancred-schiavoni-9326@ecf.pacerpro.com |
| Terrance Flynn | on behalf of Special Counsel Harris Beach PLLC tflynn@harrisbeachmurtha.com jwright@harrisbeach.com |
| Timothy Evanston | on behalf of Interested Party London Market Insurers tevanston@skarzynski.com |
| Timothy Evanston | on behalf of Interested Party Certain Underwriters at Lloyd's London tevanston@skarzynski.com |
| Timothy Patrick Lyster | on behalf of Attorney Woods Oviatt Gilman LLP tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Notice of Appearance Creditor Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Patrick Lyster | on behalf of Interested Party Ad Hoc Parish Committee tlyster@woodsoviatt.com esolimano@woodsoviatt.com |
| Timothy Quaid Karcher | on behalf of Financial Advisor Berkeley Research Group LLC tkarcher@proskauer.com |
| Timothy Quaid Karcher | on behalf of Notice of Appearance Creditor Berkeley Research Group LLC tkarcher@proskauer.com |
| Timothy W. Burns | on behalf of Notice of Appearance Creditor Official Committee of Unsecured Creditors tburns@burnsbair.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |
| Timothy W. Burns | on behalf of Special Counsel Burns Bowen Bair LLP tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |
| Timothy W. Burns | on behalf of Creditor Committee Official Committee of Unsecured Creditors tburns@bbblawllp.com kdempski@burnsbair.com;nkuenzi@burnsbair.com,4756200420@filings.docketbird.com |

Todd C. Jacobs
 on behalf of Interested Party National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
 on behalf of Defendant Interstate Fire & Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
 on behalf of Interested Party Interstate Fire and Casualty Company tjacobs@phrd.com ssnead@phrd.com

Todd C. Jacobs
 on behalf of Defendant National Surety Corporation tjacobs@phrd.com ssnead@phrd.com

Victoria Phillips
 on behalf of Creditor LCVAWCR-DOE vphillips@p2law.com

William Henry Gordon
 on behalf of Creditor Carol Dupre wgordon@garabedianlaw.com

TOTAL: 299

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Rochester,

Case No.: 19-20905
Chapter 11 Case

Reorganized Debtor.

**ORDER GRANTING FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
BLANK ROME, LLP, AS SPECIAL COUNSEL FOR THE DIOCESE**

This matter came before the Court on the *Final Application for Compensation and Reimbursement of Expenses of Blank Rome, LLP* ("Blank Rome"), *as Special Insurance Counsel for the Diocese* for the period of June 1, 2025 through October 23, 2025 [Docket No. 3463] (the "Final Fee Application").[1]  In the Final Fee Application, Blank Rome requests: (a) allowance of compensation and professional services performed by Blank Rome for the Final Compensation Period in the amount of $27,981.79; (b) reimbursement of its actual and necessary expenses in the amount of $1,636.83 incurred during the Final Compensation Period; (c) authorization directing the Diocese to pay Blank Rome the unpaid balance; and (d) approval of all interim compensation awarded to Blank Rome in this Chapter 11 Case as final compensation under 11 U.S.C. § 330.

The Court, having considered the Final Fee Application and notice of the Final Fee Application appearing adequate, and having taken the Final Fee Application under submission, and having considered the *Third and Final Report of Lori Lapin Jones, Esq., Independent Fee Examiner, on Final Applications for Compensation and Reimbursement of Expenses of Retained Professionals* [Docket No. 3502], and there being no additional filings in connection with the Final Fee Applications, and the Court having found that all services rendered and expenses incurred by

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

1

22727698.v2

Blank Rome were reasonable, necessary, and beneficial to the Diocese's estate under 11 U.S.C. § 330(a)(3), it is

**ORDERED**, that the Final Fee Application is granted as set forth herein; and it is further

**ORDERED**, that any additional objections to the Final Fee Application, or to the compensation and expense reimbursement sought therein, that have not been made, withdrawn, waived, or settled on the record, and all reservation of rights included therein, are hereby overruled and disallowed on the merits; and it is further

**ORDERED**, that Blank Rome's compensation for professional services rendered during the Final Compensation Period is allowed in the amount of $27,981.79; and it is further

**ORDERED**, that reimbursement of Blank Rome's expenses incurred during the Final Compensation Period is allowed in the amount of $1,636.83; and it is further

**ORDERED**, that all interim professional compensation and disbursements previously awarded to Blank Rome in this Chapter 11 Case are hereby approved on a final basis pursuant to 11 U.S.C. § 330; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: December 18, 2025
Rochester, New York

_____/s/_____
Honorable Paul R. Warren
United States Bankruptcy Judge

2

22727698.v2

Case 2-19-20905-PRW, Doc 3564, Filed 12/20/25, Entered 12/21/25 00:33:36, Description: Imaged Certificate of Notice, Page 15 of 15